# In the United States Court of Federal Claims

No. 04-106 C
(Filed: April 21, 2004)

****************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On April 19, 2004, Plaintiff filed a motion for reconsideration of the Court's Order of April 14, 2004, pursuant to which the parties were directed, at their option, to submit a report by April 23 and to participate, also at their option, in a joint pre-discovery conference on April 30 with the parties in other "new" Spent Nuclear Fuel cases before the Court, over which Judge Diane Sypolt will preside.

The Court hereby **DENIES** Plaintiff's motion to reconsider.

s/ EDWARD J. DAMICH
Chief Judge