IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-0106C<br><br>(Chief Judge Damich) |

DAIRYLAND'S MOTION TO EXTEND THE EXISTING STAY
UNTIL THE FEDERAL CIRCUIT ISSUES A DECISION IN
INDIANA MICHIGAN v. UNITED STATES

Plaintiff Dairyland Power Cooperative ("Dairyland") respectfully submits this motion to extend the stay of discovery in this action until the Federal Circuit issues a decision in the pending appeal in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.). Plaintiff's counsel contacted government counsel before the holiday and understands that government counsel has no objection to the extension of the stay.

By Order dated May 12, the Court stayed discovery in this spent nuclear fuel ("SNF") breach of contract damages case until December 31, 2004. Both parties agreed that a stay was appropriate. At this time, an extension of the stay is appropriate because *Indiana Michigan*, as well as other earlier-filed SNF cases, may address issues that are implicated in this case. Moreover, developments in other, earlier-filed SNF cases may streamline issues relating to various defenses and theories that the government has been advancing in the SNF cases, and promote efficiency in the resolution of this case.

In addition, Dairyland seeks a clarification on the scope of the stay. The Court's May 12 Order provides for a stay of discovery. However, the government appears to view the stay more broadly because the government has not yet filed an answer in this case. Dairyland does not have any objection to a general stay of this action. Accordingly, Dairyland submits that a general stay of proceedings should be entered in this case.[1]

For the foregoing reasons, the case should be stayed until the Federal Circuit's panel decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.).

Respectfully submitted,

s/ Jerry Stouck

Dated: December 28, 2004

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800 (Telephone)
(202) 682-1639 (Facsimile)
Counsel for Plaintiff
Dairyland Power Cooperative

Of Counsel:
Robert L. Shapiro
Peter J. Skalaban
SPRIGGS & HOLLINGSWORTH

---

[1] Even under a general stay, the parties should finalize and submit an agreed order governing e-mail retention for this Court's consideration. The government has previously stated that it wants such orders entered in the newly-filed SNF cases. By letter dated November 3, 2004, Dairyland advised the government that the terms of the e-mail order entered by Judge Braden in the *Systems Fuel, Inc.* case, another newly-filed SNF case, were acceptable to Dairyland. We are waiting for the government's response.