# In the United States Court of Federal Claims

No. 04-106 C
(Filed: February 4, 2005)

******************************************
*
**DAIRYLAND POWER COOPERATIVE**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

## ORDER

In light of Plaintiff's unopposed motion to stay, filed on December 28, 2004, the Court hereby **ORDERS** that this case be stayed until the earlier of July 1, 2005, or the date of the Federal Circuit decision on the appeal of the judgment in *Indiana Michigan v. United States,* No. 98-486C (Fed. Cl.). Further, the parties shall file a joint status report on or before the earlier of July 15, 2005, or within 30 days after the decision in *Indiana Michigan*.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge