# In the United States Court of Federal Claims

No. 04-106 C
(Filed: March 14, 2005)

*****************************************
DAIRYLAND POWER COOPERATIVE, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
*****************************************

**ORDER**

On March 8, 2005, the parties filed a Joint Motion for Entry of an Order Governing the Preservation of E-mail and Other Electronic Evidence. For good cause show, the Court hereby **ORDERS** the parties to adhere to the following provisions regarding preservation of e-mail and other electronic evidence:

1) Except as noted in paragraph 2 below, the parties agree that no preservation or retention requirements with respect to e-mail and electronic evidence apply to any of the parties;

2) The parties agree to preserve any e-mail backup tapes that exist from the 1988-96 time frame which may potentially contain relevant information. The Department of Energy shall only have to preserve such tapes to the extent they are from the Office of Civilian Radioactive Waste Management;

3) The parties shall agree to share evenly the costs of any searches of any of the backup tapes preserved pursuant to paragraph 2, which costs should not exceed $15,000 for each tape.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge