IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| Plaintiff, | ) | No. 04-0106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of August 16, 2005, the parties hereby file this Joint Status Report within 21 days after the Federal Circuit's decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 & -5139, 2005 WL 2173563 (Fed. Cir.).

Plaintiff, Dairyland Power Co., has a claim for significant damages arising from a breach of contract and both plaintiff and the government would like to move forward toward resolution of that claim. At the same time, both parties believe that discovery and trial in this case are likely to be more efficient and effective for the parties and the Court if the parties have the benefit of decisions that are currently pending, following damages trials, in three other spent fuel cases pending in this Court involving as plaintiffs, respectively, the "Yankee Utilities," Sacramento Municipal Utility District, and the Tennessee Valley Authority. Those trials were all completed at least several months ago, and decisions are expected in early to mid-2006. In addition, we note that the *Indiana*

*Michigan* decision is not yet final, and the parties there have through October 24 to seek rehearing or *en banc* review.[1]

Accordingly, the parties request this case be set for trial between March and September 2007, subject to the Court's schedule. The parties currently estimate a need for approximately three weeks trial time. Upon learning of the trial date(s), the parties will confer and present to the Court within 30 days a proposed schedule for discovery and other pretrial proceedings. In particular, Dairyland believes that discovery should not commence until a trial date is established and a complete pretrial schedule has been formulated and adopted in the manner hereby requested.

The parties are available to discuss these matters with the Court if requested.

[1] A decision by the Federal Circuit in *PSEG Nuclear* may also affect this case. *PSEG Nuclear, LLC v. United States*, No. 01-551C, (Fed. Cl.), *appeal docketed*, No. 05-5162 (Fed. Cir. Aug. 15, 2005).

Respectfully submitted,

Dated: September 30, 2005

s/

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
GREENBERG TRAURIG, LLP

s/

RUSSELL ALAN SHULTIS
U. S. Department of Justice
Civil Division - Commercial
Litigation Branch
1100 L Street, N.W., Room 7020
Washington, DC 20530
(202) 305-7571 (Telephone)
(202) 305-7643 (Facsimile)
*Counsel for Defendant*
UNITED STATES OF AMERICA