# In the United States Court of Federal Claims

No. 04-106 C
(Filed: October 13, 2005)

*************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

## SCHEDULING ORDER

On September 30, 2005, the parties filed a Joint Status Report suggesting, inter alia, that the Court set a trial date between March and September 2007 for a three-week trial in this case. After the date is set for trial, the parties would propose a schedule for discovery and other pre-trial proceedings.

While the Court would like to accommodate the parties in this manner, the Court prefers not to skip certain procedural formalities prescribed in the Rules of the Court of Federal Claims (RCFC). To that end, the Court hereby ORDERS the parties to heed the following schedule:

1) on or before **November 14, 2005**, Defendant shall file its answer to Plaintiff's Complaint;

2) on or before **January 6, 2006**, the parties shall file their Joint Preliminary Status Report (JPSR);

3) in their JPSR, the parties shall propose three alternative dates during the period from **January 30 to February 11, 2006**, for a 10:00 A.M. in-court Preliminary Status Conference to discuss the matters addressed in the JPSR, including, in particular, discovery and pre-trial scheduling deadlines. The Court may seek to hold the Preliminary Status Conference sooner, depending on the dates of filing of the answer and JPSR.

The deadlines established above shall supercede the scheduling prescribed in the Court's Special Procedures Order, as revised October 11, 2005.

To the extent that the Court's pre-trial procedures impact the parties' proposed discovery

schedule, the Court's directs their attention in advance to the Court's Proposed Trial Preparation Order, posted on the Court's website in the entry for Chief Judge Damich under "Special Procedures Orders."

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge