# EXHIBIT 1

# In the United States Court of Federal Claims

No. 04-106 C
(Filed: October 13, 2005)

****************************************
DAIRYLAND POWER COOPERATIVE, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
****************************************

## SCHEDULING ORDER

On September 30, 2005, the parties filed a Joint Status Report suggesting, inter alia, that the Court set a trial date between March and September 2007 for a three-week trial in this case. After the date is set for trial, the parties would propose a schedule for discovery and other pre-trial proceedings.

While the Court would like to accommodate the parties in this manner, the Court prefers not to skip certain procedural formalities prescribed in the Rules of the Court of Federal Claims (RCFC). To that end, the Court hereby ORDERS the parties to heed the following schedule:

1) on or before **November 14, 2005**, Defendant shall file its answer to Plaintiff's Complaint;

2) on or before **January 6, 2006**, the parties shall file their Joint Preliminary Status Report (JPSR);

3) in their JPSR, the parties shall propose three alternative dates during the period from **January 30 to February 11, 2006**, for a 10:00 A.M. in-court Preliminary Status Conference to discuss the matters addressed in the JPSR, including, in particular, discovery and pre-trial scheduling deadlines. The Court may seek to hold the Preliminary Status Conference sooner, depending on the dates of filing of the answer and JPSR.

The deadlines established above shall supercede the scheduling prescribed in the Court's Special Procedures Order, as revised October 11, 2005.

To the extent that the Court's pre-trial procedures impact the parties' proposed discovery

schedule, the Court's directs their attention in advance to the Court's Proposed Trial Preparation Order, posted on the Court's website in the entry for Chief Judge Damich under "Special Procedures Orders."

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

# EXHIBIT 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-0106C<br>(Chief Judge Damich) |

JOINT STATUS REPORT

Pursuant to the Court's Order of August 16, 2005, the parties hereby file this Joint Status Report within 21 days after the Federal Circuit's decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 & -5139, 2005 WL 2173563 (Fed. Cir.).

Plaintiff, Dairyland Power Co., has a claim for significant damages arising from a breach of contract and both plaintiff and the government would like to move forward toward resolution of that claim. At the same time, both parties believe that discovery and trial in this case are likely to be more efficient and effective for the parties and the Court if the parties have the benefit of decisions that are currently pending, following damages trials, in three other spent fuel cases pending in this Court involving as plaintiffs, respectively, the "Yankee Utilities," Sacramento Municipal Utility District, and the Tennessee Valley Authority. Those trials were all completed at least several months ago, and decisions are expected in early to mid-2006. In addition, we note that the *Indiana*

*Michigan* decision is not yet final, and the parties there have through October 24 to seek rehearing or *en banc* review.[1]

Accordingly, the parties request this case be set for trial between March and September 2007, subject to the Court's schedule. The parties currently estimate a need for approximately three weeks trial time. Upon learning of the trial date(s), the parties will confer and present to the Court within 30 days a proposed schedule for discovery and other pretrial proceedings. In particular, Dairyland believes that discovery should not commence until a trial date is established and a complete pretrial schedule has been formulated and adopted in the manner hereby requested.

The parties are available to discuss these matters with the Court if requested.

[1] A decision by the Federal Circuit in *PSEG Nuclear* may also affect this case. *PSEG Nuclear, LLC v. United States*, No. 01-551C, (Fed. Cl.), *appeal docketed*, No. 05-5162 (Fed. Cir. Aug. 15, 2005).

Respectfully submitted,

Dated: September 30, 2005

s/

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
GREENBERG TRAURIG, LLP

s/

RUSSELL ALAN SHULTIS
U. S. Department of Justice
Civil Division - Commercial
Litigation Branch
1100 L Street, N.W., Room 7020
Washington, DC 20530
(202) 305-7571 (Telephone)
(202) 305-7643 (Facsimile)
*Counsel for Defendant*
UNITED STATES OF AMERICA