IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT PRELIMINARY STATUS REPORT

Defendant, the United States, respectfully requests leave to respond to plaintiff's unopposed motion for enlargement of time to submit a joint preliminary status report, which it filed on Friday, January 6, 2006. Although the Government did not oppose plaintiff's request for additional time, and although the Court granted plaintiff's unopposed motion by order dated January 9, 2006, we believe it necessary briefly to respond to the inaccurate and misleading statements in, and inflammatory nature of, plaintiff's motion. A copy of the Defendant's Response to Plaintiff's Unopposed Motion for Enlargement of Time to Submit Joint Preliminary Status Report is attached to our motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

January 11, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that, on January 11, 2006, a copy of "DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Russell A. Shultis