IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-0106C<br><br>(Chief Judge Damich)<br><br>Filed electronically: January 20, 2006 |

JOINT STIPULATION

Consistent with RCFC 26(a), Plaintiff Dairyland Power Cooperative and Defendant, the United States of America, hereby stipulate and agree that the parties will exchange their initial disclosures pursuant to RCFC 26(a)(1) on July 28, 2006, unless a different time is set by order of the Court.

SO STIPULATED AND AGREED:

Dated: January 20, 2006

s/Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U. S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-2503
Attorney for Defendant

APPROVED:

______________________________ ____________________

Hon. Edward J. Damich Date
Chief Judge