# In the United States Court of Federal Claims

No. 04-106 C
(Filed: February 22, 2006)

*************************************

**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

## ORDER TO SHOW CAUSE

On January 30, 2006, the Court issued an opinion granting summary judgment on contract liability in favor of the plaintiff in the case of *Energy Northwest v. United States*, #04-10 C.

The Court hereby **ORDERS** Defendant to show cause, on or before **March 22, 2006**, why the same holding should not apply in this case as well. Plaintiff may file a response, which shall be due on or before **April 5, 2006**; If Plaintiff files a response, Defendant may file a reply, which shall be due on or before **April 12, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge