# In the United States Court of Federal Claims

No. 04-106 C
(Filed: February 22, 2006)

*************************************
**DAIRYLAND POWER COOPERATIVE**, *

Plaintiff, *

v. *

**THE UNITED STATES**, *

Defendant. *

*************************************

## SCHEDULING ORDER

On February 8, 2006, the Court held a preliminary status conference with the parties to address the parties' proposed discovery and trial schedule and certain dispositive motions suggested by Defendant.

The Court hereby **ORDERS** Defendant to file, on or before March 16, 2006, a supplemental status report addressing the question, as discussed at the status conference, why resolution of the Greater Than Class C (GTCC) waste issue should necessarily be resolved prior to the start of fact discovery. If Plaintiff so chooses, it may file, on or before March 23, 2006, a responsive status report on the same question.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge