# In the United States Court of Federal Claims

No. 04-106 C
(Filed: April 27, 2006)

**************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

## ORDER

On February 22, 2006, the Court ordered Defendant to show cause why the Court's decision granting summary judgment for plaintiff on contract liability in the case of *Energy Northwest v. United States*, #04-10 C, should not apply in this case as well.

On March 22, 2006, Defendant filed its response to the show cause, noting its continued disagreement with the Court's holding in *Energy Northwest* but asserting that it is "not currently aware of any facts here that would distinguish this case from the legal reasoning of the Court's opinions in Energy Northwest or in Consumers Energy v. United States, 65 Fed. Cl. 364 (2005)" (footnote omitted).

The Court hereby finds for Plaintiff on the issue of contract liability.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge