# In the United States Court of Federal Claims

No. 04-106 C
(Filed: May 1, 2006)

**************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

## SCHEDULING ORDER

The Court hereby ORDERS the following schedule for discovery and trial in this case:

| | |
|---|---|
| RCFC 26(a)(1) Initial Disclosures (including exchange of documents) | July 28, 2006 |
| Commencement of Discovery | August 28, 2006 |
| Completion of Fact Discovery | February 16, 2007 |
| Plaintiff's Expert Report(s) | February 23, 2007 |
| In-court Post-Discovery Status Conference (10:00 a.m.) | March 8, 2007 |
| Defendant's Expert Report(s) | April 27, 2007 |
| Rebuttal Expert Report(s) | June 1, 2007 |
| Deadline to file Dispositive Motions | June 8, 2007 |

| | |
|---|---|
| Completion of Expert Discovery | June 15, 2007 |
| Trial (two weeks, Washington, D.C.) | October 29, 2007 |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge