**U.S. Department of Justice**

Civil Division

PDK:DMC:HDL:RAShultis
154-04-106

Telephone: (202) 305-7561
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

May 8, 2006

**VIA FACSIMILE AND UNITED STATES MAIL**

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: *Dairyland Power Cooperative v. United States*, No. 04-0106C (Fed. Cl.)

Dear Mr. Stouck:

On May 1, 2006, the Court of Federal Claims issued a scheduling order which largely adopts the schedule that plaintiff, Dairyland Power Cooperative ("Dairyland"), proposed last January in the Joint Preliminary Status Report ("JPSR"). In the JPSR, you stated that you would respond to our request for production of documents by July 28, 2006, if you received our request for production of documents by June 28, 2006. It is our understanding that you now wish to be allowed until August 28, 2006, to provide us with those documents. Unfortunately, we cannot agree to your request.

As an initial matter, your representation regarding a response to our request for documents was incorporated into the Court's order, which specifically provides that the parties shall exchange initial disclosures, "including the exchange of documents," on July 28, 2006. That phrase reflects the specific wording that was used by Dairyland in the JPSR. Given the short period provided for fact discovery, it is also clear that the Court relied upon that representation. The scheduling order contemplates that we be allowed to commence depositions next fall. Your failure to provide us with responsive documents until late August would prevent us from learning about Dairyland's claims and developing a response to those claims in a timely manner.

Further, we do not understand why you cannot respond to our document requests as you agreed. We sent our request for production of documents on April 26, 2006, to provide you with

more than 90 days to prepare your response.[1] To date, you have failed to provide any explanation as to why, given the amount of time that Dairyland will have to gather documents, Dairyland cannot comply with the schedule that you proposed last January. While we understand that your office is presently preparing for trial in Pacific Gas & Electric Co. v. United States, Nos. 04-0074 & 0075 (Fed. Cl.), our office is currently dealing with the requirements of approximately 60 spent nuclear fuel cases, including PG&E. Balancing the requirements of all of the spent nuclear fuel cases is one of the reasons that we depend upon representations like the one you made in the JPSR.

For those reasons, please respond to our document requests no later than July 28, 2006. To the extent that Dairyland seeks additional time to provide us with documents in this litigation, we will have no choice but to seek corresponding enlargements for the other scheduled dates in this case.

Sincerely,

RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch

[1] Although we sent you a set of interrogatories on April 26, 2006 as well, we do not expect you to respond to our interrogatories until September 28, 2006.