# In the United States Court of Federal Claims

No. 04-106 C
(Filed: August 2, 2006)

**************************************
**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
**************************************

## ORDER

On July 27, 2006, Plaintiff filed an emergency motion for entry of a protective order and a stay of the parties' exchange of confidential material. On August 1, 2006, the Court held a telephonic status conference to hear from the parties on these matters.

Plaintiff's motion is hereby granted in part. On or before August 4, 2006, Defendant shall file a response to Plaintiff's motion, addressing *inter alia* the question of who bears the burden of demonstrating whether a particular document is proprietary in nature such that it merits restricted access under a protective order. Defendant shall also attach a draft protective order generally consonant with that employed in the *Northern States* case.

The exchange of confidential materials is hereby stayed, except that both parties shall proceed with the exchange of Rule 26(a)(1) documents not otherwise in dispute. The Court will issue a protective order in short order, although the parties are encouraged to continue their efforts to reach an agreeable draft that they can jointly propose.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge