IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
DEFENDANT'S CORRECTED RESPONSE TO PLAINTIFF'S
EMERGENCY MOTION FOR ENTRY OF PROTECTIVE ORDER
AND STAY OF THE PARTIES' EXCHANGE OF CONFIDENTIAL MATERIAL

Defendant, the United States, respectfully requests leave to file "Defendant's Corrected Response to Plaintiff's Emergency Motion For Entry Of Protective Order And Stay Of The Parties' Exchange Of Confidential Material," a copy of which accompanies this motion. Our response was filed on Friday, August 4, 2006, pursuant to the Court's August 2, 2006 order. However, the cover of the response bears the incorrect case number. We respectfully request leave to file a corrected response with the correct case number.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-9640
Fax: (202) 307-2503

August 7, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of August 2006, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANT'S CORRECTED RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR ENTRY OF PROTECTIVE ORDER AND STAY OF THE PARTIES' EXCHANGE OF CONFIDENTIAL MATERIAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan