# In the United States Court of Federal Claims

No. 04-106 C
(Filed: August 17, 2006)

*************************************
**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

**DECLARATION OF: ______________________________**

1. My name is ______________________________________________.

2. My business address is ______________________________________________

______________________________________________.

3. My present employer is ______________________________________________.

4. My present occupation or job description is ______________________________

______________________________________________.

5. I have received a copy of the Protective Order entered by the court in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I certify that I am eligible to have access to the Confidential Material under paragraph 7 of the Protective Order.

8. I will comply with all of the provisions of the Protective Order.

9. I will hold all Confidential Material in confidence, will not disclose such information to anyone not specifically entitled to access under the Protective Order, and will use the information solely for purposes of this litigation, except as provided by the Protective Order.

10. At the conclusion of this litigation, I will return all originals of all Confidential Material and any copies of Confidential Material, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

Further declarant sayeth naught.

____________________________________
(signature)

____________________________________
(Date)