IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 04-0106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 21 days, to and including Thursday, November 30, 2006, within which to respond to plaintiff's First Request for Production of Document and First Set of Interrogatories. Our responses and objections are currently due on Thursday, November 9, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Dairyland Power Cooperative, does not oppose our request.

The discovery requests at issue seek, among other things, information to be provided by the Department of Energy ("DOE"). In recent weeks, key employees of DOE, as well as members of the Government's trial team in this case, have been engaged in the trial in Northern States Power Company v. United States, No. 98-484 (Senior Judge Wiese). That trial, which began in Minneapolis, Minnesota, on October 24, 2006, is currently continuing and is not scheduled to conclude until November 17, 2006 in Washington, D.C. Thus, the requested enlargement will permit Government counsel and DOE additional necessary time to prepare a more comprehensive response to plaintiff's discovery requests.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

November 9, 2006

CERTIFICATE OF FILING

I hereby certify that on this 9th day of November 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis