IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ORDER
REGARDING DISCOVERY OF DRAFT EXPERT REPORTS

Plaintiff, Dairyland Power Cooperative, and defendant, the United States, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this or any other spent nuclear fuel case. The parties agree that, for the benefit of both parties, they would like the Court to enter an order that eliminates the need for either party to produce drafts of their respective experts' final written reports. A proposed order, containing language upon which both parties agree, is attached to this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr
HAROLD D. LESTER, JR.
Assistant Director

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)

OF COUNSEL:
Robert Shapiro
Kevin Stern

Counsel for Plaintiff

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Attorneys for Defendant

November 9, 2006

CERTIFICATE OF FILING, AND CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2006, a copy of foregoing "**JOINT MOTION FOR AN ORDER REGARDING DISCOVERY OF DRAFT EXPERT REPORTS"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis