IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Neither party in this case shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any other spent nuclear fuel case that is or was pending before this Court.

Edward J. Damich
Chief Judge