# In the United States Court of Federal Claims

No. 04-106 C
(Filed: November 14, 2006)

*************************************

**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

## ORDER

On November 9, 2006, Defendant filed a joint motion for an Order Regarding Discovery of Draft Expert Reports. In the motion, the parties requested entry of an order that "neither party in this case shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any other spent nuclear fuel case that is or was pending before this Court."

The parties' motion is hereby GRANTED and the restriction on production of documents as noted above is accordingly ordered.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge