# In the United States Court of Federal Claims

No. 04-106 C
(Filed: December 4, 2006)

*************************************
**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*************************************

## ORDER

On November 30, 2006, Defendant moved the court for an additional enlargement of time, to and including December 8, 2006, within which to respond to Plaintiff's discovery requests (due on November 30, the date of the second motion for an enlargement). Plaintiff opposes the additional enlargement, out of concern for what may become a tight schedule for further discovery, including depositions, within the deadline for fact discovery previously ordered by the court.

The court shares Plaintiff's concern, especially if the court is called upon in the remaining period to settle discovery disagreements. However, given that Defendant's pending request for enlargement is only for eight days, the court hereby **GRANTS** Defendant's motion. Defendant's response to Plaintiff's First Request for Production of Documents and First Set of Interrogatories shall be due on or before **December 8, 2006.**

The parties should note that requests for enlargements filed on the same day that matters are due are inadvisable, unless the moving party could not reasonably have known in advance that the deadline could not be met. Defendant should have responded to as much of Plaintiff's discovery request as possible within the due date, even if other documents or discovery responses were still pending.

The parties should also note that the court will not be inclined to allow discovery disputes to delay the deadline for close of fact discovery, unless a party moving for a schedule adjustment has been prejudiced by a delay in discovery production or response by the opposing party. In any event, the court intends to keep the schedule set for trial.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge