IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of six days, to and including Wednesday, January 10, 2007, within which to respond to "Plaintiff Dairyland's Motion To Compel Depositions" (the "motion"). Our response currently is due on Thursday, January 4, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Kevin Stern, has represented that plaintiff, Dairyland Power Cooperative, does not oppose this request.

Plaintiff's motion was filed December 18, 2006, and the response period applicable to this motion includes the week between the Christmas and New Year's holidays. Counsel responsible for responding to the plaintiff's motion, as well as counsel of record in this case, are scheduled to be out of the office that entire week. Additionally, because the plaintiff's motion implicates discovery issues that could affect other pending spent nuclear fuel cases, the Government requires additional time to analyze the plaintiff's motion and to prepare its response.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
JOHN C. EKMAN
SONIA M. ORFIELD
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

December 22, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of December 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman