IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) | No. 04-0106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of two days, to and including Friday, January 12, 2007, within which to respond to "Plaintiff Dairyland's Motion To Compel Depositions" (the "motion"). Our response currently is due on Wednesday, January 10, 2007. This is defendant's second request for an enlargement of time for this purpose, having previously been granted an enlargement of six days for this purpose. Counsel for plaintiff, Jerry Stouck, has represented that plaintiff, Dairyland Power Cooperative, does not oppose this request, provided that the Government agrees to file its response to the plaintiff's other pending motion, a "Motion to Compel Discovery Responses," in advance of the January 19, 2007 hearing. We anticipate filing our response to that motion prior to that hearing.

Plaintiff's motion was filed December 18, 2006, and the original response period applicable to this motion included the week between the Christmas and New Year's holidays. As a result, the timing of the plaintiff's motion has complicated our ability to respond to it. Further, the plaintiff's motion implicates discovery issues that could affect other pending spent nuclear fuel cases, and we have found it necessary to search through the lengthy and voluminous history of discovery in the spent nuclear fuel cases to respond to some of the plaintiff's discovery

demands and allegations here, which we believe will provide the Court with a more complete understanding of the context of the plaintiff's present motion. That process has been further complicated by the need for attorneys assigned to the spent nuclear fuel cases to participate and/or attend depositions in two different spent nuclear fuel cases this week (Boston Edison Co. v. United States, No. 99-447C (Fed. Cl.), and Delmarva Power & Light Co. v. United States, No. 0034C (Fed. Cl.)); to participate in court hearings this week in Dominion Resources, Inc. v. United States, No. 04-0083C & -0084C (Fed. Cl.), in Carolina Power & Light Co. v. United States, No. 04-0037C (Fed. Cl.), and in Boston Edison Co. v. United States, No. 99-447C (Fed. Cl.); and to prepare expert witness written testimony for submission, due by Friday, January 12, 2007, for use in the continuation of trial in System Fuels, Inc. v. United States, No. 03-2624C (Fed. Cl.), on Tuesday, January 16, 2007. Because of these activities and the need to review some of the voluminous history of discovery in the spent nuclear fuel cases, we require an additional two days to finalize our response.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
JOHN C. EKMAN
SONIA M. ORFIELD
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

January 10, 2007

CERTIFICATE OF FILING

I hereby certify that on this 10th day of January 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman