# Fact Depositions Taken By Plaintiffs

| Last Name: | First Name: | Depo Date: | Plaintiff: | Vol: | Depo taken by: | 30(B)(6): | Expert: |
|---|---|---|---|---|---|---|---|
| Arthur, III | W. John | 9/22/2005 | PG&E | 1 | Plaintiff | No | No |
| Bajwa | Christopher | 2/18/2004 | ComEd | 1 | Plaintiff | No | No |
| Bajwa | Christopher | 5/17/2002 | Yankee | 1 | Plaintiff | No | No |
| Barrett | Lake | 4/22/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Barrett | Lake | 4/23/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Barrett | Lake | 4/26/2002 | CoDisc. | 3 | Plaintiff | No | No |
| Barrett | Lake | 5/8/2002 | CoDisc. | 4 | Plaintiff | No | No |
| Barrett | Lake | 5/10/2002 | CoDisc. | 5 | Plaintiff | No | No |
| Barrett | Lake | 5/14/2002 | Yankee | 1 | Plaintiff | No | No |
| Barrett | Lake | 5/15/2002 | Yankee | 2 | Plaintiff | No | No |
| Benz | Edward | 5/10/2002 | Yankee | 1 | Plaintiff | No | No |
| Benz | Edward | 12/15/2003 | IM | 1 | Plaintiff | No | No |
| Bernero | Robert | 1/24/2003 | Yankee | 1 | Plaintiff | No | No |
| Brownstein | Alan | 4/9/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Brownstein | Alan | 4/10/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Brownstein | Alan | 4/11/2002 | CoDisc. | 3 | Plaintiff | No | No |
| Brownstein. | Alan | 5/23/2002 | Yankee | 1 | Plaintiff | No | No |
| Brownstein | Alan | 6/14/2002 | Yankee | 2 | Plaintiff | No | No |
| Bubar | Patrice | 5/20/2004 | Yankee | 1 | Plaintiff | No | No |
| Burgoyne | Robert | 7/8/2004 | SMUD | 1 | Plaintiff | No | No |
| Campbell | Robert | 1/29/2003 | Yankee | 3 | Plaintiff | No | No |
| Campbell | Robert | 6/13/2002 | Yankee | 1 | Plaintiff | No | No |
| Campbell | Robert | 6/14/2002 | Yankee | 2 | Plaintiff | No | No |
| Campbell | Robert | 5/6/2004 | Yankee | 4 | Plaintiff | No | No |
| Carlson | James | 2/12/2004 | ComEd | 1 | Plaintiff | No | No |
| Carlson | James | 4/23/2004 | Yankee | 1 | Plaintiff | No | No |
| Cavanaugh | James | 9/17/2002 | Yankee | 2 | Plaintiff | No | No |
| Cavanaugh | James | 7/2/2002 | Yankee | 1 | Plaintiff | No | No |
| Cole | Billy | 3/12/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Cole | Billy | 6/5/2002 | Yankee | 2 | Plaintiff | No | No |
| Cole | Billy | 3/13/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Cole | Billy | 6/4/2002 | Yankee | 1 | Plaintiff | No | No |
| Coleman | Joseph | 9/10/2002 | Yankee | 1 | Plaintiff | No | No |
| Croote | Tammy | 12/1/2006 | WEPCO | 1 | Plaintiff | No | No |
| Dreyfus | Daniel | 5/15/2002 | Yankee | 1 | Plaintiff | No | No |
| Fiore | James | 6/20/2002 | Yankee | 1 | Plaintiff | No | No |
| Garrish | Theodore | 9/23/2005 | PG&E | 1 | Plaintiff | No | No |
| Greeves | John | 2/4/2003 | Yankee | 1 | Plaintiff | No | No |
| Grumbly | Thomas | 5/28/2002 | Yankee | 1 | Plaintiff | No | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Head | Charles | 6/6/2002 | Yankee | 1 | Plaintiff | No | No |
| Head | Charles | 6/7/2002 | Yankee | 2 | Plaintiff | No | No |
| Hoffman | Stephen | 2/23/2004 | IM | 1 | Plaintiff | No | No |
| Huizenga | David | 9/13/2002 | Yankee | 1 | Plaintiff | No | No |
| Huizenga | David | 4/30/2004 | Yankee | 1 | Plaintiff | No | No |
| Isaacs | Thomas | 5/24/2002 | Yankee | 1 | Plaintiff | No | No |
| Kennedy | James | 5/11/2004 | Yankee | 2 | Plaintiff | No | No |
| Kennedy | James | 2/5/2003 | Yankee | 1 | Plaintiff | No | No |
| Klein | Susan | 4/25/2002 | CoDisc. | 2 | Plaintiff | Yes | No |
| Klein | Susan | 4/24/2002 | CoDisc. | 1 | Plaintiff | Yes | No |
| Klein | Keith | 5/22/2002 | Yankee | 1 | Plaintiff | No | No |
| Knoll | William | 1/4/2005 | SMUD | 1 | Plaintiff | No | No |
| Kouts | Christopher | 10/11/2006 | SFI/MS | 1 | Plaintiff | No | No |
| Kouts | Christopher | 1/30/2004 | IM & ComEd | 1 | Plaintiff | No | No |
| Kouts | Christopher | 4/11/2005 | SoNuc & SCE&G | 1 | Plaintiff | Yes | No |
| Kouts | Christopher | 6/4/1999 | Yankee | 1 | Plaintiff | No | No |
| Kouts | Christopher | 3/12/2004 | ComEd | 1 | Plaintiff | Yes | No |
| Kouts | Christopher | 2/19/2004 | IM & ComEd | 2 | Plaintiff | No | No |
| Langstaff | David | 11/4/2004 | SMUD | 1 | Plaintiff | No | No |
| Lawrence | Michael | 5/21/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Lawrence | Michael | 5/20/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Lemeshewsky | William | 5/23/2002 | Yankee | 2 | Plaintiff | No | No |
| Lemeshewsky | William | 5/21/2002 | Yankee | 1 | Plaintiff | No | No |
| Leotta | Richard | 4/20/1999 | Yankee | 1 | Plaintiff | No | No |
| McDuffie | Patrick | 3/18/2002 | CoDisc. | 1 | Plaintiff | No | No |
| McDuffie | Patrick | 3/19/2002 | CoDisc. | 2 | Plaintiff | No | No |
| McDuffie | Patrick | 6/26/2002 | Yankee | 1 | Plaintiff | No | No |
| McKee | Robert | 5/23/2002 | Yankee | 1 | Plaintiff | No | No |
| McLeod | Barrie | 6/13/2002 | Yankee | 1 | Plaintiff | No | No |
| Milner | Ronald | 5/1/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Milner | Ronald | 5/3/2002 | CoDisc. | 3 | Plaintiff | No | No |
| Milner | Ronald | 5/7/2002 | CoDisc. | 4 | Plaintiff | No | No |
| Milner | Ronald | 5/7/2002 | Yankee | 1 | Plaintiff | No | No |
| Milner | Ronald | 5/8/2002 | Yankee | 2 | Plaintiff | No | No |
| Milner | Ronald | 5/2/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Morgan | Robert | 3/21/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Morgan | Robert | 3/22/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Morgan | Robert | 6/25/2002 | Yankee | 1 | Plaintiff | No | No |
| Morgan | Robert | 11/15/2006 | NoSt | 1 | Plaintiff | No | No |
| Newman | Darrell | 4/17/2002 | Yankee | 1 | Plaintiff | No | No |
| O'Connor | Steve | 6/18/2002 | Yankee | 1 | Plaintiff | No | No |
| O'Connor | Steve | 2/18/2004 | ComEd | 1 | Plaintiff | No | No |
| Picha, Jr. | Kenneth | 7/7/2004 | SMUD | 1 | Plaintiff | No | No |
| Plummer | Terry | 6/3/2002 | Yankee | 1 | Plaintiff | No | No |
| Plummer | Terry | 6/4/2002 | Yankee | 2 | Plaintiff | No | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pollog | Thomas | 2/24/2004 | ComEd | 1 | Plaintiff | No | No |
| Pollog | Thomas | 10/12/2006 | SFI/MS | 1 | Plaintiff | No | No |
| Pollog | Thomas | 11/1/2005 | PG&E | 1 | Plaintiff | No | No |
| Pollog | Thomas | 2/25/2004 | ComEd | 1 | Plaintiff | Yes | No |
| Pollog | Thomas | 2/25/2004 | ComEd | 2 | Plaintiff | No | No |
| Pollog | Thomas | 4/12/2002 | CoDisc. | 2 | Plaintiff | Yes | No |
| Pollog | Thomas | 2/19/2002 | CoDisc. | 1 | Plaintiff | Yes | No |
| Pollog | Thomas | 12/17/2003 | IM | 1 | Plaintiff | No | No |
| Pollog | Thomas | 4/11/2002 | CoDisc. | 1 | Plaintiff | Yes | No |
| Pollog | Thomas | 5/14/2002 | CoDisc. | 1 | Plaintiff | Yes | No |
| Pollog | Thomas | 5/15/2002 | Yankee | 1 | Plaintiff | Yes | No |
| Pollog | Thomas | 5/16/2002 | Yankee | 2 | Plaintiff | Yes | No |
| Pollog | Thomas | 5/22/2002 | Yankee | 3 | Plaintiff | Yes | No |
| Rabideau | Peter | 12/14/2006 | WEPCO | 1 | Plaintiff | No | No |
| Rives | Frank | 12/21/2006 | BECO, ENGC | 1 | Plaintiff | Yes | No |
| Rosselli | Robert | 4/15/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Rosselli | Robert | 4/16/2002 | Yankee | 1 | Plaintiff | No | No |
| Rosselli | Robert | 4/16/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Rushe | Ben | 5/17/2002 | Yankee | 2 | Plaintiff | No | No |
| Rushe | Ben | 5/16/2002 | Yankee | 1 | Plaintiff | No | No |
| Slater | Nancy | 4/22/1999 | Yankee | 2 | Plaintiff | No | No |
| Slater | Nancy | 4/21/1999 | Yankee | 1 | Plaintiff | No | No |
| Slater-Thomson | Nancy | 6/13/2002 | Yankee | 1 | Plaintiff | No | No |
| Stuart | Leroy | 7/1/2004 | SMUD | 1 | Plaintiff | No | No |
| Teer | Bill | 6/20/2002 | Yankee | 1 | Plaintiff | No | No |
| Tomasoni | Beth | 5/31/2002 | Yankee | 1 | Plaintiff | No | No |
| Trebules | Victor | 4/18/2002 | Yankee | 1 | Plaintiff | No | No |
| Trebules | Victor | 4/19/2002 | Yankee | 2 | Plaintiff | No | No |
| Trebules | Victor | 4/18/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Trebules | Victor | 4/17/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Wells | Robert | 4/8/1999 | Yankee | 1 | Plaintiff | No | No |
| Williams | Jeffrey | 12/12/2003 | IM | 1 | Plaintiff | No | No |
| Williams | Jeffrey | 1/22/2004 | ComEd | 1 | Plaintiff | No | No |
| Williams | Jeffrey | 6/12/2002 | Yankee | 2 | Plaintiff | No | No |
| Williams | Jeffrey | 6/11/2002 | Yankee | 1 | Plaintiff | No | No |
| Williams | Jeffrey | 11/18/2004 | SMUD | 1 | Plaintiff | No | No |
| Williamson | Douglas | 6/11/2002 | Yankee | 1 | Plaintiff | No | No |
| Wood | Thomas | 5/8/2002 | Yankee | 1 | Plaintiff | No | No |
| Young | Francis | 5/14/2004 | Yankee | 1 | Plaintiff | No | No |
| Zabransky | David | 1/29/2004 | IM & ComEd | 2 | Plaintiff | No | No |
| Zabransky | David | 2/10/1999 | Yankee | 1 | Plaintiff | Yes | No |
| Zabransky | David | 4/17/2002 | CoDisc. | 1 | Plaintiff | No | No |
| Zabransky | David | 4/12/2005 | SoNuc | 1 | Plaintiff | Yes | No |
| Zabransky | David | 4/18/2002 | CoDisc. | 2 | Plaintiff | No | No |
| Zabransky | David | 4/19/2002 | CoDisc. | 3 | Plaintiff | No | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Zabransky | David | 4/26/2002 | CoDisc. | 1 | Plaintiff | Yes | No |
| Zabransky | David | 6/5/2002 | Yankee | 1 | Plaintiff | No | No |
| Zabransky | David | 10/11/2006 | SFI/MS | 1 | Plaintiff | No | No |
| Zabransky | David | 1/28/2004 | IM & ComEd | 1 | Plaintiff | No | No |
| Zabransky | David | 6/1/2006 | PG&E | 1 | Plaintiff | No | No |
| Zabransky | David | 2/26/2004 | IM & ComEd | 3 | Plaintiff | No | No |
| Zabransky | David | 2/26/2004 | IM & ComEd | 1 | Plaintiff | Yes | No |
| Zabransky | David | 2/27/2004 | IM & ComEd | 2 | Plaintiff | Yes | No |
| Zabransky | David | 5/4/2004 | Yankee | 1 | Plaintiff | No | No |
| Zabransky | David | 10/20/2005 | WEPCO | 1 | Plaintiff | No | No |
| Zabransky | David | 10/21/2005 | WEPCO | 2 | Plaintiff | No | No |
| Zabransky | David | 11/1/2005 | PG&E | 1 | Plaintiff | No | No |
| Zabransky | David | 6/6/2002 | Yankee | 2 | Plaintiff | No | No |

| Deponent | Case | Date | Reporter |
|---|---|---|---|
| Kouts, Christopher | Yankee | 06/04/99 | Alderson Reporting Company |
| Kouts, Christopher | Indiana Michigan & Commonwealth Edison | 01/30/04 | Capital Reporting Company |
| Kouts, Christopher | Indiana Michigan & Commonwealth Edison | 02/19/04 | Capital Reporting Company |
| Kouts, Christopher | Commonwealth Edison | 03/12/04 | Esquire Deposition Services |
| Kouts, Christopher | Southern Nuclear & SCE&G | 04/11/05 | L.A.D. Reporting Company |
| Kouts, Christopher | SFI/Mississippi | 10/11/06 | Alderson Reporting Company |
| Pollog, Thomas | Coordinated Discovery | 02/19/02 | Alderson Reporting Company |
| Pollog, Thomas | Coordinated Discovery | 04/11/02 | Alderson Reporting Company |
| Pollog, Thomas | Coordinated Discovery | 04/12/02 | Alderson Reporting Company |
| Pollog, Thomas | Coordinated Discovery | 05/14/02 | Alderson Reporting Company |
| Pollog, Thomas | Yankee | 05/15/02 | Alderson Reporting Company |
| Pollog, Thomas | Yankee | 05/16/02 | Alderson Reporting Company |
| Pollog, Thomas | Yankee | 05/22/02 | Alderson Reporting Company |
| Pollog, Thomas | Indiana Michigan | 12/17/03 | Capital Reporting Company |
| Pollog, Thomas | Commonwealth Edison | 02/24/04 | Esquire Deposition Services |
| Pollog, Thomas | Commonwealth Edison | 02/25/04 | Esquire Deposition Services |
| Pollog, Thomas | Commonwealth Edison | 02/25/04 | Esquire Deposition Services |
| Pollog, Thomas | Pacific Gas & Electric | 11/01/05 | Capital Reporting Company |
| Pollog, Thomas | SFI/Mississippi | 10/12/06 | Alderson Reporting Company |
| Zabransky, David | Yankee | 02/10/99 | Atkinson-Baker, Inc. |
| Zabransky, David | Coordinated Discovery | 04/17/02 | L.A.D. Reporting Company |
| Zabransky, David | Coordinated Discovery | 04/18/02 | L.A.D. Reporting Company |
| Zabransky, David | Coordinated Discovery | 04/19/02 | L.A.D. Reporting Company |
| Zabransky, David | Coordinated Discovery | 04/26/02 | L.A.D. Reporting Company |
| Zabransky, David | Yankee | 06/05/02 | Alderson Reporting Company |

| | | | |
|---|---|---|---|
| Zabransky, David | Yankee | 06/06/02 | Alderson Reporting Company |
| Zabransky, David | Indiana Michigan & Commonwealth Edison | 01/28/04 | Capital Reporting Company |
| Zabransky, David | Indiana Michigan & Commonwealth Edison | 01/29/04 | Capital Reporting Company |
| Zabransky, David | Indiana Michigan & Commonwealth Edison | 02/26/04 | Capital Reporting Company |
| Zabransky, David | Indiana Michigan & Commonwealth Edison | 02/26/04 | Capital Reporting Company |
| Zabransky, David | Indiana Michigan & Commonwealth Edison | 02/27/04 | Capital Reporting Company |
| Zabransky, David | Yankee | 05/04/04 | Overnight Reporting Service |
| Zabransky, David | Southern Nuclear | 04/12/05 | L.A.D. Reporting Company |
| Zabransky, David | Wisconsin Electric | 10/20/05 | Miller Reporting Company |
| Zabransky, David | Wisconsin Electric | 10/21/05 | Miller Reporting Company |
| Zabransky, David | Pacific Gas & Electric | 11/01/05 | Capital Reporting Company |
| Zabransky, David | Pacific Gas & Electric | 06/01/06 | Capital Reporting Company |
| Zabransky, David | SFI/Mississippi | 10/11/06 | Alderson Reporting Company |

Rule 30(b)(6)

1. The rate of acceptance in estimates made by DOE from 1982 to 1987 in the areas of program cost, waste acceptance, transportation planning, and receiving capacity of the program and the basis for those estimates, as set forth in the following documents: (list to be provided).

2. The role and purpose of the Delivery Commitment Schedules ("DCS") and Final Delivery Schedules in the performance of the Standard Contract.

3. DOE's responses to DCS forms submitted by the utility plaintiffs, including DOE's decision to stop approving such DCS forms.

4. The purpose of Annual Capacity Reports and Acceptance Priority Rankings developed pursuant to the Standard Contracts and the basis for the acceptance rates contained therein.

5. DOE's consideration of its obligation to accept Greater-Than-Class-C waste.

6. The rate(s) of acceptance that DOE planned to use under the Standard Contract before DOE determined that it would not begin accepting SNF in a permanent repository in 1998.

7. The date that DOE currently believes that it will begin accepting fuel under the Standard Contract and the acceptance rate that DOE is planning to use once acceptance begins.

8. The role and purpose of the exchange provision in the performance of the Standard Contract.

9. The role and purpose of the provision on priority for shutdown reactors in the performance of the Standard Contract.

10. DOE's criteria for approving, and any use of, the exchange provision in the performance of the Standard Contract.



EXHIBIT
Zabransky 72
4/26/02 JVC

EXHIBIT

1. The rate of acceptance in estimates made by DOE from 1982 to 1987 in the areas of program cost, waste acceptance, transportation planning, and receiving capacity of the program and the basis for those estimates, as set forth in the following documents:

A. 1985 Mission Plan (and all published drafts) including:

i. December 1983 Draft
ii. January 1984 Draft
iii. April 1984 Draft

B. Report on Financing the Disposal of Commercial Spent Nuclear Fuel and Processed High-Level Radioactive Waste (June 1983)

C. Proceedings of the 1983 Civilian Radioactive Waste Management Information Meeting (February 1984)

D. Fee Adequacy Assessment Report (March 1986)

E. 1987 Annual Capacity Report

F. Monitored Retrievable Storage; Submission to Congress (March 1987):

i. The MRS Proposal
ii. The Environmental Assessment
iii. The Program Plan

2. The role and purpose of the Delivery Commitment Schedules ("DCS") and Final Delivery Schedules in the performance of the Standard Contract.

4. The purpose of Annual Capacity Reports and Acceptance Priority Rankings developed pursuant to the Standard Contracts and the basis for the acceptance rates contained therein.

6. The rate(s) of acceptance that DOE planned to use under the Standard Contract before DOE determined that it would not begin accepting SNF in a permanent repository in 1998.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | : | No. 98-126C<br>(Senior Judge Merow) |

## DEFENDANT'S WITNESS LIST

Pursuant to the Court's pretrial order issued November 4, 1998, as amended by subsequent orders, defendant submits the following list of witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to amend this list as described in the Court's rules. Defendant also reserves the right to call all witnesses listed on plaintiff's witness list.

**Fact Witnesses**

Government, Contractor or former Government employees

1. Christopher S. Bajwa
   Thermal Engineer
   Nuclear Regulatory Commission
   One White Flint North
   11555 Rockville Pike
   Rockville, Maryland 20852-2738

Mr. Bajwa will testify concerning the licensing process and requirements for fuel storage and transportation.

8. David Huizenga
Associate Assistant Deputy Administrator
Office of International Nuclear Safety and Cooperation
United States Department of Energy
1000 Independence Ave., S.W.
Washington D.C. 20585

Mr. Huizenga, former Deputy Assistant Secretary, Office of Environmental Management, will testify regarding the development of DOE's plans to accept "greater-than-class-C" low-level radioactive waste from commercial utilities pursuant to the Low Level Radioactive Waste Policy Act Amendments of 1985 that occurred during his tenure and other relevant matters.

9. Thomas H. Isaacs
Lawrence Livermore National Labs
7000 East Avenue
Lawrence Livermore, CA

Mr. Isaacs will provide testimony regarding the implementation of the Nuclear Waste Policy Act ("NWPA") and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, and the issuance and content of the ACRs, and the technical, legal, and political obstacles to the implementation of the NWPA, and other relevant matters.

10. Christopher Kouts
Director
Office of Systems Analysis and Strategy Development
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Kouts will testify about DOE's plans to begin waste acceptance in 2010, the fact that the Yucca Mountain repository is not being designed to accept "greater-than-class-c" low-level radioactive waste and other relevant matters.

11. Michael Lawrence
105605 N. Harrington Road
West Richland, Washington 99353

Mr. Lawrence, former Director of the Nuclear Waste Policy Act Project Office, will testify about the early implementation of the NWPA and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, the issuance and content of the ACRs, the technical, legal, and political obstacles to the implementation of the NWPA, and the formation of the Standard Contract, including the intention of the parties concerning the rate of acceptance, priority for shutdown reactors, the delivery commitment schedule process as well as other relevant matters.

12. Pat McDuffie
1840 Monserrat Way
Vista, CA 92083

Mr. McDuffie, based upon his experience as a contractor for DOE, will provide testimony concerning the implementation of the Standard Contract, including the ACR issue resolution process conducted with industry representatives and the technical and legal basis for acceptance rates contained in the ACRs/APRs, and other relevant matters.

13. Ronald Milner
Chief Operating Officer
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-2
1000 Independence Ave., SW
Washington, DC 20585

Mr. Milner will testify about the implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, exchanges, the fact that the Yucca Mountain repository is not being designed to accept "greater-than-class-c" low-level radioactive waste, and other relevant matters.

14. Robert L. Morgan
3001 NW Colonial Drive
Bend, OR 97701-5447

Mr. Morgan, former Director of the Nuclear Waste Policy Act Project Office, will provide testimony concerning the early implementation of the NWPA and the formation of the Standard Contract, including the intention of the parties concerning the rate of acceptance, priority for shutdown reactors, the delivery commitment schedule process, and other relevant matters.

15. Stephen C. O'Connor
Project Manager
United States Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Rockville, Maryland 20852-2738

Mr. O'Connor will provide testimony concerning the licensing process and requirements for fuel storage and transportation.

16. Tom Pollog
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Pollog will testify about the implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, exchanges, the fact that the Yucca Mountain repository is not being designed to accept "greater-than-class-c" low-level radioactive waste and other relevant matters. Mr. Pollog will also testify about the DOE database built upon the RW-859 data submitted by the utilities and used to develop fuel acceptance allocations.

17. Robert Rosselli
2631 Thoroughbroad Way
Richland, Washington 99352

Mr. Rosselli will provide testimony concerning the early implementation of the NWPA and the formation of the Standard Contract, including the intention of the parties concerning the rate of acceptance, the delivery commitment schedule process, and other relevant matters.

18. Benard Rusche
10 Chicorana Rd
West Columbia, SC 29169-7402

Mr. Rusche, former Director of the Office of Civilian Radioactive Waste Management, will provide testimony about the implementation of the NWPA and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, the issuance and content of the ACRs, and the technical, legal, and political obstacles to the implementation of the NWPA, as well as other relevant matters.

Mr. Trebules will testify about the implementation of the NWPA and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, the issuance and content of the ACRs, and the technical, legal, and political obstacles to the implementation of the NWPA, as well as other relevant matters.

22. David Zabransky
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Zabransky will testify about the Government's implementation of the Standard Contract, including acceptance rates, priority for shutdown reactors, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, exchanges, the fact that the Yucca Mountain repository is not being designed to accept "greater-than-class-c" low-level radioactive waste, and other relevant matters. Mr. Zabransky may also testify about his knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE.

23. Member of Office of Nuclear Security and Incident Response
United States Nuclear Regulatory Commission
One White Flint North
11555 Rockville Pike
Rockville, Maryland 20852-2738

This individual will testify about the regulatory requirements relating to the security staffing and security hardware necessary for the storage of SNF or GTCC radioactive waste.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA<br>Defendant. | No.98-488 C<br>(Judge Braden) |

DEFENDANT'S WITNESS LIST

Pursuant to the Court's amended scheduling order and ¶15 of Appendix A of the Rules of the Court of Federal Claims, defendant, The United States, respectfully sets forth a list of witnesses defendant expects to call at trial and witnesses defendant may call if the need arises. Defendant reserves the right to modify the list as permitted by the Court as trial preparation continues. In addition, defendant reserves the right to call any witness appearing upon plaintiff's February 17, 2005 witness list. Finally, the enclosed list does not include witnesses defendant may call for impeachment.

**Witnesses Defendant Expects to Present:**

Government Employees

1. Thomas Pollog

Mr. Pollog is expected to testify regarding the implementation of the Standard Contract between SMUD and DOE regarding the acceptance and disposal of spent nuclear fuel ("Standard Contract"), and fuel acceptance issues.

Estimated Time For Direct: 2-4 hours

2. David Zabransky

Mr. Zabransky is expected to testify regarding the implementation of the Standard Contract, fuel acceptance issues, and Yucca Mountain design and capabilities. In addition, Mr. Zabransky may testify about his knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE.

Estimated Time For Direct: 4-6 hours

3. Christopher Kouts

Mr. Kouts is expected to testify regarding DOE's plans to accept spent nuclear waste including delays in those plans, and Yucca Mountain design and capabilities.

Estimated Time For Direct: 1-2 hours

4. Jeffery Williams

Mr. Williams is expected to testify regarding DOE's involvement in the Cooperative Agreement between SMUD and DOE for the development of a dual purpose dry storage system and a dry transfer system.

Estimated Time For Direct: 1-2 hours

5. David Langstaff

Mr. Langstaff is expected to testify regarding DOE's involvement in the Cooperative Agreement between SMUD and DOE for the development of a dual purpose dry storage system and a dry transfer system.

Estimated Time For Direct: 1-2 hours

6. Will Knoll

Mr. Knoll is expected to testify regarding the United States Navy's decision to transfer its spent nuclear fuel to dry storage and the considerations surrounding that process.

Estimated Time For Direct: 1 hour

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TENNESSEE VALLEY AUTHORITY,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 01-249 C<br>(Judge Lettow) |

DEFENDANT'S FINAL WITNESS LIST

Pursuant to the Court's amended scheduling order and paragraph 15 of Appendix A of the Rules of the Court of Federal Claims, defendant, the United States, respectfully sets forth a list of witnesses that defendant expects to call at trial and witnesses that defendant may call if the need arises. Defendant reserves the right to modify the list as permitted by the Court as trial preparation continues. In addition, defendant reserves the right to call any witness appearing upon plaintiff's witness list. Finally, the following list does not include witnesses that defendant may call for impeachment.

**Witnesses That Defendant Expects to Present:**

**Government Employees**

1. Thomas Pollog

Mr. Pollog is expected to testify regarding the performance of the Standard Contract between TVA and DOE regarding the acceptance and disposal of spent nuclear fuel ("Standard Contract"); the DOE Spent Fuel Discharge Projections Model and the SNF acceptance allocations and schedule produced by that model; and other related matters.

Estimated Time For Direct: 1-2 hours

2. David Zabransky

Mr. Zabransky is expected to testify regarding the performance of the Standard Contract, fuel acceptance issues, and Yucca Mountain design and capabilities; his knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE; and other related matters.

Estimated Time For Direct: 1-3 hours

3. Christopher Kouts

Mr. Kouts is expected to testify regarding DOE's plans to accept spent nuclear waste in a repository and a Monitored Retrievable Storage facility; plans for the anticipated Yucca Mountain design and capabilities; the reasons for delays in the Yucca Mountain project and the Department's ability to accept utility spent nuclear fuel; budgetary issues; and other related matters.

Estimated Time For Direct: 1-2 hours

**TVA Personnel (Present and Former)**

1. Thomas Hayslett

Mr. Hayslett is expected to testify regarding Tennessee Valley Authority's ("TVA's") management of its spent fuel storage; the development of TVA's damages claim in this matter; the allocation rates for TVA, and the manner in which considerations relating to TVA's management affected the development of the claim.

Estimated Time For Direct: 1 hour

2. Don Hutson

Mr. Hutson is expected to testify regarding TVA's management of its spent fuel storage, delivery commitment schedules, and allocation rates for TVA.

Estimated Time For Direct: 1-2 hours

3. George M. Holton

Mr. Holton is expected to testify regarding TVA's management of its spent fuel storage

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOUTHERN NUCLEAR OPERATING, COMPANY, ALABAMA POWER COMPANY, and GEORGIA POWER COMPANY, Plaintiffs, | ) | |
| v. | ) | No. 98-614C (Senior Judge Merow) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Court's pretrial order issued April 5, 2005, as amended by subsequent orders, and paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims, defendant provides the following list of witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to amend this list as described in the Court's rules. Defendant also reserves the right to call all witnesses listed on the witness list provided by plaintiffs, Alabama Power Company, Georgia Power Company, and Southern Nuclear Operating Company ("plaintiffs").

**FACT WITNESSES**

Robert Berryhill
245 Norwick Forest Drive
Alabaster, Alabama 35007

Mr. Berryhill will testify about spent fuel management issues and other relevant matters.

David W. Bland
Trivas, Inc.
1001 Yeager Parkway
Pelham, Alabama 35124

Mr. Bland will testify about spent fuel management issues and other relevant matters.

Ronald Cocherell
Nuclear Fuel Services Manager
Southern Nuclear Operating Company
42 Inverness Center Parkway
Birmingham, Alabama 35242

Mr. Cocherell will testify about the administration of the Standard Contracts for plaintiffs, plaintiffs' participation in the Private Fuel Storage ("PFS") initiative, spent fuel management issues and other relevant matters.

Richard Fennell
Senior Engineer
Nuclear Fuel Services
Southern Nuclear Operating Company
42 Inverness Center Parkway
Birmingham, Alabama 35242

Mr. Fennell will testify about the administration of the Standard Contracts for plaintiffs, spent fuel management issues and other relevant matters.

Bruce Hunt
Manager, Nuclear Fuel
Southern Nuclear Operating Company
42 Inverness Center Parkway
Birmingham, Alabama 35242

Mr. Hunt will testify about the formation of the Standard Contract, the administration of the Standard Contracts for plaintiffs, spent fuel management issues and other relevant matters.

Christopher Kouts
Director
Office of Systems Analysis and Strategy Development
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Kouts will testify about the Department of Energy's ("DOE") plans to accept spent nuclear fuel at a repository and a Monitored Retrievable Storage facility, DOE's plans for the anticipated Yucca Mountain design and capabilities, the reasons for the delays in the Yucca Mountain project and DOE's ability to accept utility spent nuclear fuel, budgetary issues and other relevant matters.

Eric Lewis
Project Manager
Holtec International, Inc.
555 Lincoln Drive West
Marlton, New Jersey 08053

Mr. Lewis will testify about projects and analyses that Holtec has performed related to spent fuel management at plaintiffs' facilities.

Louis P. Long
Vice President
Southern Nuclear Operating Company
40 Inverness Center Parkway
Birmingham, Alabama 35242

Mr. Long will testify about plaintiffs' decision to participate in the PFS initiative, spent fuel management issues and other relevant matters.

Ronald Milner
Chief Operating Officer
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-2
1000 Independence Ave., SW
Washington, DC 20585

Mr. Milner will testify about the implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations and other relevant matters.

Robert L. Morgan
P. O. Box 2584
Monument, Colorado 80132

Mr. Morgan, former Director of the Nuclear Waste Policy Act Project Office, will testify about the early implementation of the NWPA and the formation of the Standard Contract and other relevant matters.

Tom Pollog
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Pollog will testify about the implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations and other relevant matters. Mr. Pollog will also testify about the DOE database built upon the RW-859 data submitted by the utilities and used to develop fuel acceptance allocations.

John Reynolds
2017 Bridgelake Drive
Birmingham, Alabama 35244

Mr. Reynolds will testify about spent fuel management issues, including the activities of the Hatch Spent Fuel Task Force, and other relevant matters.

Victor Trebules
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-30
1000 Independence Ave., SW
Washington, DC 20585

Mr. Trebules will testify about the implementation of the NWPA and the 1987 Amendments to the NWPA, including the issuance and content of the 1985 Mission Plan and 1987 Mission Plan Amendment, the technical, legal, and political obstacles to the implementation of the NWPA and other relevant matters.

David Zabransky
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Zabransky will testify about the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations and other relevant matters. Mr. Zabransky may also testify about his knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PACIFIC GAS & ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 04-0074C into which has been consolidated No. 04-0075C (Judge Hewitt) |

DEFENDANT'S REVISED WITNESS LIST

Pursuant to the Court's pretrial order entered May 20, 2006, and paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims, defendant provides the following list of witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff in response to the exhibit lists served in this case. Defendant also reserves the right to amend this list as described in the Court's rules or based upon the Court's rulings upon motions *in limine* filed by plaintiff, Pacific Gas & Electric Company ("PG&E"). Defendant reserves the right to call all witnesses listed on the witness list provided by PG&E.

**FACT WITNESSES**

**Government Employees (Present and Former)**

1. Patrice Bubar
   Office of Environmental Management
   United States Department of Energy
   1000 Independence Ave., S.W.
   Washington D.C. 20585

   Ms. Bubar may be called to testify regarding the development of plans of the Department

of Energy ("DOE") to accept "greater-than-class-C" radioactive waste ("GTCC") from commercial utilities pursuant to the Low Level Radioactive Waste Policy Amendments Act of 1985 that occurred during her tenure and other relevant matters.

2. David Huizenga
Assistant Deputy Administrator for International Material Protection and Cooperation
Office of International Nuclear Safety and Cooperation
United States Department of Energy
1000 Independence Ave., S.W.
Washington D.C. 20585

Mr. Huizenga, former Deputy Assistant Secretary, Office of Environmental Management, may be called to testify regarding the development of DOE's plans to accept GTCC from commercial utilities pursuant to the Low Level Radioactive Waste Policy Act Amendments of 1985 that occurred during his tenure and other relevant matters.

3. Christopher Kouts
Director
Office of Systems Analysis and Strategy Development
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Kouts is expected to testify concerning DOE's plans to accept spent nuclear fuel at a repository and a Monitored Retrievable Storage facility, issues relating to the disposal of GTCC, the reasons for the delays in the Yucca Mountain project, and DOE's ability to accept utility spent nuclear fuel, budgetary issues, and other relevant matters.

4. Ronald Milner
Chief Operating Officer
Office of Civilian Radioactive Waste Management
United States Department of Energy
RW-2
1000 Independence Ave., SW
Washington, DC 20585

Mr. Milner is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the Annual Capacity Report ("ACR") issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the Acceptance Priority Ranking ("APR"), delivery commitment schedules, schedule negotiations, and other relevant matters.

5. Robert L. Morgan
P. O. Box 2584
Monument, Colorado 80132

Mr. Morgan, former Director of the Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

6. Thomas Pollog
Office of Civilian Radioactive Waste Management
United States Department of Energy
Room RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Pollog is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Pollog is also expected to testify concerning the DOE database built upon the Form RW-859 data

submitted by the utilities and used to develop fuel acceptance allocations.

7. Francis Young
Nuclear Regulatory Commission
Senior Transportation Program Manager
Office of Nuclear Security and incident Response
Rockville, MD 20852

Mr. Young may be called to testify about the management of GTCC by nuclear utilities.

8. David Zabransky
Office of Civilian Radioactive Waste Management
United States Department of Energy
Room RW-20E
1000 Independence Ave., SW
Washington, DC 20585

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE.

**PG&E Employees (Present and Former)**

1. Lloyd Cluff
Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105

Mr. Cluff is expected to testify concerning work performed by PG&E's Geosciences Department related to the Humboldt Bay SAFSTOR, the Humboldt Bay and Diablo Canyon dry storage projects, and other relevant matters.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SYSTEM FUELS, INC., on its own behalf and as agent for SYSTEM ENERGY RESOURCES, INC. and SOUTH MISSISSIPPI ELECTRIC POWER ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 03-2624C<br>(Judge Braden) |

**DEFENDANT'S FINAL WITNESS LIST**

Pursuant to the Court's pretrial scheduling order entered February 27, 2006, and paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims, defendant, the United States, provides the following list of trial witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff, System Fuels, Inc., on its own behalf and as agent for System Energy Resources, Inc. and South Mississippi Electric Power Association ("SFI Mississippi"), in response to the exhibit lists served in this case. Defendant also reserves the right to amend this list as described in the Court's rules or based upon the Court's rulings upon motions *in limine* filed by SFI Mississippi. Defendant reserves the right to call all witnesses listed on the witness list provided by SFI Mississippi.

**Witnesses That Defendant Expects to Present:**

**Government Employees**

**1. Thomas Pollog**

Mr. Pollog is expected to testify regarding the performance of the Standard Contract between TVA and DOE regarding the acceptance and disposal of spent nuclear fuel ("Standard Contract"); the DOE Spent Fuel Discharge Projections Model and the SNF acceptance allocations and schedule produced by that model; and other related matters.

Estimated Time For Direct: 1 hour

**2. David Zabransky**

Mr. Zabransky is expected to testify regarding the performance of the Standard Contract, fuel acceptance issues, and Yucca Mountain design and capabilities; his knowledge of issues concerning the Standard Contract discussed by the utility industry and DOE based upon his experience in the nuclear utility industry prior to his employment with DOE; and other related matters.

Estimated Time For Direct: 1-2 hours

**3. Christopher Kouts**

Mr. Kouts is expected to testify regarding DOE's plans to accept spent nuclear waste in a repository and a Monitored Retrievable Storage facility; plans for the anticipated Yucca Mountain design and capabilities; the reasons for delays in the Yucca Mountain project and the

Department's ability to accept utility spent nuclear fuel; budgetary issues; and other related matters.

Estimated Time For Direct: 1-2 hours

**4. Ronald Milner**

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management ("OCRWM"), is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the Annual Capacity Report ("ACR") issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the Acceptance Priority Ranking ("APR"), delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time for Direct: 1-2 hours

**5. Robert L. Morgan**

Mr. Morgan, former Director of the Nuclear Waste Policy Act Project Office, may testify regarding the formation and implementation of the NWPA, the Standard Contract, and fuel acceptance issues. He may also provide testimony necessary to authenticate certain documents.

Estimated Time For Direct: 1-2 hours

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| NORTHERN STATES POWER COMPANY<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 098-484C<br>(Senior Judge Wiese) |

**DEFENDANT'S FINAL WITNESS LIST**

Pursuant to the Court's pretrial scheduling order entered September 14, 2005, and paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, provides the following final list of trial witnesses. This list does not list witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff, Northern States Power Company ("NSP"), in response to the exhibit lists served in this case. Defendant also reserves the right to amend this list as described in the Court's rules. Defendant reserves the right to call all witnesses listed on the witness list provided by NSP.

**Witnesses That Defendant Expects to Present:**

**Government Employees**

**1. Thomas Pollog**

Mr. Pollog is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the Annual Capacity Report ("ACR") issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the Acceptance Priority Ranking ("APR"), delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Pollog is also expected to testify concerning the Department of Energy ("DOE") database built upon the Form RW-859 data submitted by the utilities and used to develop fuel acceptance allocations.

Estimated Time For Direct: 1-2 hours

**2. David Zabransky**

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr. Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE.

Estimated Time For Direct: 1-2 hours

Case 1:98-cv-00484-JPW Document 267 Filed 10/06/2006 Page 3 of 9

**3. Christopher Kouts**

Mr. Kouts is expected to testify concerning the plans by DOE to accept spent nuclear fuel at a geological repository and a Monitored Retrievable Storage facility, the reasons for the delays in the Yucca Mountain project, DOE's ability to accept utility spent nuclear fuel ("SNF"), budgetary issues, and other relevant matters.

Estimated Time For Direct: 1-2 hours

**4. Ronald Milner**

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management, is expected to testify concerning the implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APR, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time for Direct: 1-2 hours

**5. Robert L. Morgan**

Mr. Morgan, former Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

Estimated Time For Direct: 1-2 hours

CERTIFICATE OF FILING

I hereby certify that on this 12th day of January, 2007, a copy of foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEPOSITIONS AND CROSS-MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THOSE DEPOSITIONS OR, IN THE ALTERNATIVE, TO RE-INSTITUTE THE COORDINATED DISCOVERY PROCEEDINGS IN THE PENDING SPENT NUCLEAR FUEL CASES," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan