IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0106C<br>(Chief Judge Damich) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of two days, to and including Thursday, January 18, 2007, within which to respond to "Plaintiff Dairyland's Motion To Compel Discovery Responses" (the "motion"). Our response currently is due on Tuesday, January 16, 2007. This is our first request for an enlargement of time for this purpose. The Government previously represented that it anticipated filing this response prior to the hearing scheduled for January 19, 2007. Although we request an enlargement of two days, we will make every effort to file our response tomorrow so that the plaintiff has an opportunity to review the response in advance of the hearing, in the event that the Court and plaintiff's counsel wish to address this motion at that hearing. Counsel for plaintiff, Robert Shapiro, has represented that plaintiff, Dairyland Power Cooperative, opposes this request.

Plaintiff's motion was filed December 28, 2006, and the original response period applicable to this motion included a portion of the week between the Christmas and New Year's holidays, which has complicated our ability to respond to it. Further, trial resumed today in another spent nuclear fuel case, System Fuels, Inc. v. United States, No. 03-2624C (Fed. Cl.), and is expected to continue through this week, and attorneys knowledgeable about the matters at

issue in the plaintiff's motion here are involved in that trial. One of the attorneys who is assisting in preparing our response to the plaintiff's motion has unexpectedly been affected by some alternations in the timing of the presentation of witnesses at that trial in System Fuels, and, as a result, we have been unable to obtain that attorney's assistance in completing our response today. Like the plaintiff's other motion to compel – to which the Government filed its response on Friday, January 12, 2007 – the instant motion implicates discovery issues that could affect other pending spent nuclear fuel cases, and we have found it necessary to search through the history of discovery in the spent nuclear fuel cases to respond to some of the plaintiff's discovery demands and allegations here, which we believe will provide the Court with a more complete understanding of the context of the plaintiff's present motion. We hope that the trial schedule in System Fuels, coupled with the use of other resources, will allow us to complete our response by tomorrow. However, because trial schedules can change unexpectedly, it is possible that we will not be able to prepare a complete response until Thursday, January 18, 2007. For these reasons, we respectfully request that the Court grant us an enlargement of two days to respond to the plaintiff's motion to compel, although we will make every effort to complete and file our response by tomorrow.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
JOHN C. EKMAN
SONIA M. ORFIELD
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

January 16, 2007

CERTIFICATE OF FILING

I hereby certify that on this 16th day of January 2007, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman