Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 239 | HQR2170001 | HQR2170023 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 240 | HQR2170024 | HQR2170031 | 12/2003 | Untitled draft spreadsheets analyzing various options that DOE might have for accepting SNF at a repository. These documents were prepared in the process of formulating a ®recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 241 | HQR2170032 | HQR2170064 | 12/2003 | Draft spreadsheets entitled "minimum funding profile" analyzing the costs relating to various options for the acceptance of SNF at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 242 | HQR2170065 | HQR2170080 | 12/2003 | Untitled spreadsheets analyzing various options that DOE might have for accepting SNF at a repository. These documents were prepared in the process of formulating a ®recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 243 | HQR2170081 | HQR2170100 | 12/2003 | Draft spreadsheets entitled "minimum funding profile" analyzing the costs relating to various options for the acceptance of SNF at a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 244 | HQR2170101 | HQR2170108 | 12/2003 | Draft of an internal memorandum analyzing the potential effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1246-1272 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP |
| 245 | HQR2170109 | HQR2170112 | 12/2003 | Draft spreadsheet analyzing the potential costs related to an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 246 | HQR2170113 | HQR2170122 | 12/2003 | Series of e-mails with comments regarding an option for SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the department of justice regarding the SNF litigation.®AW attorney: DOE-OGC. | DP, AC, AW |
| 247 | HQR2180001 | HQR2180002 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 248 | HQR2180003 | HQR2180004 | 12/2003 | Draft internal memorandum entitled "Yucca project expectations" regarding the effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 249 | HQR2180005 | HQR2180026 | 12/2003 | Draft of a graphic presentation entitled "OCRWM transportation & waste acceptance project status, issues, & plans" dealing with an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to portions of the documents bates numbered HQR250 1471-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 250 | HQR2180027 | HQR2180039 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 251 | HQR2180040 | HQR2180057 | 12/2003 | Draft memorandum entitled ""Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC. | AC, AW, DP |
| 252 | HQR2180137 | HQR2180144 | 12/2003 | Series of e-mails with comments regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 253 | HQR2190001 | HQR2190013 | 12/2003 | Final memorandum prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justifications and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP |
| 254 | HQR2190014 | HQR2190024 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP |
| 255 | HQR2190025 | HQR2190032 | 12/2003 | Internal checklist discussing the pros and cons of various concepts relating to an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 256 | HQR2190033 | HQR2190038 | 12/2003 | Draft memorandum entitled "Yucca Mountain is a sound business decision for the united states" analyzing the policy options relating to an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 257 | HQR2190039 | HQR2190040 | 12/2003 | Spreadsheet analyzing the costs of various options relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 258 | HQR2190041 | HQR2190045 | 12/2003 | Notes, a draft outline, and draft of internal memorandum re: business case and program budget decision analyzing the pros and cons of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 259 | HQR2190046 | HQR2190052 | 12/2003 | Tables and several brief draft memoranda discussing the effect of FY 2003 budgetary options upon DOE programs. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 260 | HQR2190053 | HQR2190053 | 12/2003 | E-mail commenting upon an internal memorandum analyzing the pros and cons of an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 261 | HQR2190054 | HQR2190054 | 12/2003 | Draft agenda for a briefing for Dr. Margaret Chu regarding potential repository design changes. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 262 | HQR2190055 | HQR2190056 | 12/2003 | Series of e-mails with comments regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 263 | HQR2190057 | HQR2190074 | 12/2003 | Drafts of a graphic presentation regarding repository design options. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 264 | HQR2190075 | HQR2190152 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the department of justice regarding the SNF litigation.®AW attorney: DOE-OGC. | DP, AC, AW |
| 265 | HQR2200001 | HQR2200012 | 12/2003 | Two versions of draft memorandum that prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 266 | HQR2200013 | HQR2200013 | 12/2003 | Handwritten draft outline for a memorandum analyzing the potential effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 267 | HQR2210001 | HQR2210001 | 12/2003 | E-mail regarding an internal memorandum analyzing the effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |

A107

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 268 | HQR2210002 | HQR2210013 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.® | AC, AW, DP |
| 269 | HQR2220001 | HQR2220004 | 12/2003 | Series of e-mails and draft internal memorandum entitled "Yucca project expectations" regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 270 | HQR2220005 | HQR2220010 | 12/2003 | Series of e-mails and internal memoranda analyzing methods for increasing efficiency and DOE's reducing costs in SNF acceptance for purposes of budget requests. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 271 | HQR2220011 | HQR2220026 | 12/2003 | Internal check lists and draft spread sheets analyzing the costs of various options relating to Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 272 | HQR2220027 | HQR2220042 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. Also includes discussions of communications with department of justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP |
| 273 | HQR2230001 | HQR2230007 | 12/2003 | E-mail re: white paper support for cost and schedule reduction and draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. A portion of this document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 274 | HQR2230008 | HQR2230015 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications with the department of justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC | DP, AC, AW |
| 275 | HQR2240001 | HQR2240002 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between the department of justice and DOE regarding the SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP |
| 276 | HQR2250001 | HQR2250001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document also discusses communications between the department of justice and DOE regarding the SNF litigation.®AW attorney: DOE-OGC® | AC, AW, DP |

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 277 | HQR2260001 | HQR2260005 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications with the department of justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC.® | AC, AW, DP |
| 278 | HQR2270001 | HQR2270016 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 279 | HQR2280001 | HQR2280001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP |
| 280 | HQR2290001 | HQR2290001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document also discusses communications between DOE and the department of justice.®AW attorney: DOE-OGC.® | AC, AW, DP |
| 281 | HQR2300001 | HQR2300008 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits of an option for SNF acceptance ay Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the department of justice relating to the SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP |
| 282 | HQR2310001 | HQR2310001 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the department of justice regarding the SNF litigation. | AC, AW, DP |
| 283 | HQR2320001 | HQR2320018 | 12/2003 | Draft memoranda discussing the costs and benefits of an option for receipt and emplacement of SNF at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 284 | HQR2330001 | HQR2330003 | 12/2003 | E-mail re: brainstorming session and attached draft spreadsheet analyzing the costs of various options relating to Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 285 | HQR2340001 | HQR2340001 | 12/2003 | E-mail forwarding a memorandum discussing the costs and benefits of an option for acceptance of SNF at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. The document also discusses communications between DOE and the department of justice regarding the SNF litigation. | DP, AC |
| 286 | HQR2350001 | HQR2350002 | 12/2003 | Series of e-mails discussing the financial modeling for waste acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |

Pacific Gas and Electric v. United States
Unitea States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 287 | HQR2360001 | HQR2360012 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP |
| 288 | HQR2360013 | HQR2360029 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP |
| 289 | HQR2360030 | HQR2360037 | 12/2003 | Fax transmittal from J. Taylor to w. Olsen forwarding material regarding GTCC presented to Undersecretary Card for deliberation regarding the budget; redacted material and pages contain budget information regarding programs unrelated to OCRWM or GTCC. A redacted version of this document, pages 0030 - 0032, is being released pursuant to the court's order of August 25, 2003. Page 0030 was released in unredacted form on August 1, 2004.®AW attorney: J. Taylor (DOE-OGC) | AC, AW, DP |
| 290 | HQR2360038 | HQR2360055 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret S.Y. Chu, Director of the OCRWM, to present to Undersecretary of energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP |
| 291 | HQR2500001 | HQR2500020 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of portion of draft presentation to Undersecretary Card regarding legislative proposals for OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 292 | HQR2500021 | HQR2500025 | 1/13/03 Email Priv Log | E-mail forwarding practice questions and answers for briefing to OMB pertaining to RW's FY02 budget; questions and answers prepared as part of budgetary process and briefing for OMB; reveals deliberative process in preparation of budget and in the budgetary process. | DP |
| 293 | HQR2500026 | HQR2500028 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding e-mail from Kim, D., regarding request from OMB for briefing with description of potential subjects to be discussed; prepared as part of the deliberative process to assist Director, OCRWM, to prepare for briefing of OMB; reveals deliberative process in preparation of budget and in the budgetary process. | DP |
| 294 | HQR2500031 | HQR2500043 | 1/13/03 Email Priv Log | E-mail forwarding most recent version of draft presentation to OMB to be made by M. Chu (OCRWM); reveals deliberative process in preparation of budget and in the budgetary process. | DP |
| 295 | HQR2500044 | HQR2500062 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of portion of draft presentation to Undersecretary Card regarding legislative proposals for OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 296 | HQR2500063 | HQR2500076 | 1/13/03 Email Priv Log | E-mail forwarding most recent version of draft presentation to OMB to be made by M. Chu (OCRWM); reveals deliberative process in preparation of budget and in the budgetary process. | DP |
| 297 | HQR2500168 | HQR2500180 | 1/13/03 Email Priv Log | E-mail forwarding draft whitepaper regarding legislative proposals and initiatives that could be undertaken by OCRWM; whitepaper prepared in response to questions andissues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budge requests for OCRWM. | DP |
| 298 | HQR2500170 | HQR2500171 | 1/13/03 Email | see above, part of larger range | DP |

A110

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 299 | HQR2500212 | HQR2500213 | 1/13/03 Email Priv Log | Email forwarding attached draft issue paper prepared for the Secretary in advance of meeting with Governor of Connecticut; whitepaper described potential areas of discussion, provides areas of discussion, provides recommednations and forms part of the deliberative process. | DP |
| 300 | HQR2500214 | HQR2500215.4 | 1/13/03 Email Priv Log | Two copies of e-mail discussing DOE's response to proposed NRC rule on GTCC, Part 72 and forwarding attached proposed response; e-mail and attached proposed response reflects discussions regarding DOE's response to proposed NRC rule, reveals the deliberations of DOE regarding proposed response and forms part of the deliberative process. | DP |
| 301 | HQR2500216 | HQR2500217 | 1/13/03 Email Priv Log | 2 copies of e-mail discussing DOE's proposed comments upon proposed NRC rules on GTCC; e-mail contains comments and discussion regarding DOE's response to proposed NRC rule, reveals the deliberations of DOE regarding proposed response and forms part of the deliberative process. | DP |
| 302 | HQR2500218 | HQR2500225 | 1/13/03 Email Priv Log | E-mail forwarding draft memorandum to Undersecretary Moniz concerning storage of DOE-owned SNF at Ineel; memorandum contains recommendations, was prepared as part of the deliberative process and reveals the deliberations of DOE on issue; draft memorandum is a version of document described at HQR0950014-0025 in the July 5, 2002, privilege log which was subject to Motion to Compel by Utility Plaintiffs; the motion was denied in its entirety by Order of Judge Sypolt dated October 9, 2002. | DP |
| 303 | HQR2500226 | | 1/13/03 Email Priv Log | E-mail regarding OCRWM activities and budget requirements for FY 2001; document contains information and provides recommendations regarding DOE's budget request and reveals deliberative process in reparation of budget and in the budgetary process. | DP |
| 304 | HQR2500227 | HQR2500234 | 1/13/03 Email Priv Log | E-mail forwarding draft memorandum to Undersecretary Moniz concerning storage of DOE-owned SNF at Ineel; memorandum contains recommendations, was prepared as part of the deliberative process and reveals the deliberations of DOE on issue; draft memorandum is a version of document described at HQR0950014-0025 in the July 5, 2002, privilege log which was subject to Motion to Compel by Utility Plaintiffs; the motion was denied in its entirety by Order of Judge Sypolt dated October 9, 2002. | DP |
| 305 | HQR2500235 | HQR2500239 | 1/13/03 Email Priv Log | E-mail providing information ot Undersecretary Card about regarding audit by DOE inspec | DP |
| 306 | HQR2500240 | HQR2500246 | 1/13/03 Email Priv Log | Email discussing and forwarding the attached mark-up of draft IG report regarding investigation of Yucca Mountain surface facilities; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's Investigatory Process; also withheld under the deliberative process privilege | DP, OT |
| 307 | HQR2500247 | HQR2500260 | 1/13/03 Email Priv Log | E-mail providing information and proposed response to report from Office of the Inspector General in response to request from Undersecretary Card's staff; withheld under the deliberative process privilege because e-mail contains information and recommendations regarding proposed response to report. | DP |
| 308 | HQR2500251 | HQR2500257 | 1/13/03 Email Priv Log | Email forwarding attached mark-up of draft IG report regarding investigation of Yucca Mountain surface facilities; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's Investigatory Process; also withheld under the deliberative process privilege because the document represents proposed response from OCRWM to IG report. | DP |
| 309 | HQR2500261 | HQR2500265 | 1/13/03 Email Priv Log | Email forwarding questions from the Office of the Inspector General in connection with audit conducted by DOE-IG; email contains draft responses to questions; withheld as privileged under investogatory files privilege to protect the integroty of the Inspector. | DP |
| 310 | HQR2500266 | HQR2500359 | 1/13/03 Email Priv Log | E-mail forwarding draft responses to questions from the Office of Inspector General in connection with audit conducted by DOE-IG; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's investigatory process. | DP |
| 311 | HQR2500400 | HQR2500400A | 1/13/03 Email Priv Log | 2 copies of email forwarding electronic version of draft answers and updates to congressional questions regarding OCRWM's FY03 budget; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP |
| 312 | HQR2500407 | HQR2500421 | 1/13/03 Email Priv Log | 2 copies of email forwarding electronic version of draft answers and updates to congressional questions regarding OCRWM's FY03 budget; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP |
| 313 | HQR2500424 | HQR2500439 | 1/13/03 Email Priv Log | Email forwarding information and analysis conducted for input to presentation to Undersecretary Card regarding waste acceptance rates and system costs; presentation prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 314 | HQR2500440 | HQR2500445 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding electronic version of draft comments written in preparation for congressional testimony by department official; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP |
| 315 | HQR2500446 | HQR250510 | 1/13/03 Email Priv Log | E-mail forwarding attached notes of meeting with Undersecretary Card, held on February 27, 2002, regarding status of repository and other issues; notes contain description of questions asked by Undersecretary Card and assignments given; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 316 | HQR2500511 | HQR2500511.6 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of proposed responses to post hearing questions from March 6 hearing, in which Secretary Abraham testified before the House Water Development Appropriates Subcommittee; draft responses prepared for consideration by the Secretary as part of deliberative process revealing consideration of policy and/or budgetary matters by the Department. | DP |
| 317 | HQR2500512 | HQR2500558 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 318 | HQR2500559 | HQR25000563 | 1/13/03 Email Priv Log | E-mail regarding revisions to list and forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 319 | HQR2500565 | HQR2500609 | 1/13/03 Email Priv Log | E-mail discussing and forwarding electronic version of draft answer to questions posed by congressional office in advance of and in preparation for congressional testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP |
| 320 | HQR2500610 | | 1/13/03 Email Priv Log | E-mail regarding suggested input to whitepaper prepared for Undersecretary Card regarding acceptance rates and system costs; whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 321 | HQR2500611 | HQR2500623 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding electronic version of draft answers to congressional questions resulting from testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to congress regarding policy budgetary matters affecting program; e-mail also describes issue to be discussed with DOJ in connection with Litigation, prior to providing response. | DP |
| 322 | HQR2500624 | HQR2500645 | 1/13/03 Email Priv Log | E-mail forwarding attached analyses for input to presentation to Undersecretary Card regarding acceptance rates and system costs in operation of the waste management system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 323 | HQR2500646 | HQR2500654 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 324 | HQR2500655 | HQR2500656 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of draft answers to Congressional Questions resulting from testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary maters affecting program. | DP |
| 325 | HQR2500657 | HQR2500660 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of draft whitepaper regarding waste acceptance and transportation; whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 326 | HQR2500661 | HQR2500790 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 327 | HQR2500791 | HQR2500911 | 1/13/03 Email Priv Log | Email requesting information and analysis for attached draft presentation to undersecretary Card regarding OCRWM FY03 budget strategy; prepared in response to questions and iussues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 328 | HQR2500912 | HQR2500915 | 1/13/03 Email Priv Log | Exchange of emails regarding information to be gathered and analysis to be conducted for input to presentation to Undersecretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 329 | HQR2500916 | HQR2500976 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of presentation to Undersecretary Card regarding OWCWM budget strategy for FY03; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 330 | HQR2500977 | HQR2500980 | 1/13/03 Email Priv Log | 2 e-mails forwarding page from draft presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 331 | HQR2500981 | HQR2500981.45 | 1/13/03 Email Priv Log | E-mail forwarding information gathered in response to questions and issues raised by Undersecretary Card regarding the operation of the waste management system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 332 | HQR2500982 | HQR2501050 | 1/13/03 Email Priv Log | Three copies of e-mail with attached preliminary draft of congressional testimony for L/ Barrett, OCRWM; prepared as part of deliberative process revealing consideration of policy and/or budgetary matters by the department. | DP |
| 333 | HQR2501051 | HQR2501053 | 1/13/03 Email Priv Log | E-mail with attached notes of 4/19/02 budget meeting with Undersecretary Card; prepared as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 334 | HQR2501054 | HQR2501119 | 1/13/03 Email Priv Log | Six copies of e-mail forwarding attached whitepaper regarding acceptance rates and system costs (originally forwarded to E. Benz on 4/23/02, by W. Stroupe); whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 335 | HQR2501120 | HQR2501123 | 1/13/03 Email Priv Log | E-mail inquiring about status of analysis and information requested for input to presentation to Undersecretary Card; sent in response to e-mail forwarding attached information and analysis conducted for input to presentation to Undersecretary Card regarding OCRWM transportation and waste acceptance system; analysis prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 336 | HQR2501124 | HQR2501134 | 1/13/03 Email Priv Log | 5 copies of e-mail requesting status of updated on attached list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 337 | HQR2501135 | HQR2501137 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as revealing consideration of policy and/or budgetary matters by the department. | DP |
| 338 | HQR2501140 | HQR2501156 | 1/13/03 Email Priv Log | 4 copies of e-mail forwarding information and analysis conducted for input to presentation to Undersecretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 339 | HQR2501157 | HQR2501232 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of draft presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 340 | HQR2501233 | HQR2501235 | 1/13/03 Email Priv Log | E-mail providing additional information for input to presentation to Undersecretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 341 | HQR2501236 | HQR2501236 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding attached whitepaper presenting information and analysis regarding acceptance rates and system costs for Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist Foe in making policy decisions in formulating budget requests for OCRWM. | DP |
| 342 | HQR2501246 | HQR2501272 | 1/13/03 Email Priv Log | E-mail suggesting revisions to draft presentation sent in response to e-mail forwarding attached electronic version of draft presentation to Undersecretary Card regarding OCRWM FY03 budget requirements; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 343 | HQR2501273 | HQR2501326 | 1/13/03 Email Priv Log | 2 copies of e-mail responding to previous e-mail regarding question on draft presentation; also forwarding electronic version f draft presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |

Pacific Gas and Electric v. United States
United States Court of Federal Claims 04-74C
Table of Challenges

| REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM |
|---|---|---|---|---|---|
| 344 | HQR2501327 | HQR2501334 | 1/13/03 Email Priv Log | 2 copies of e-mail regarding data provided in previous e-mail; previous e-mail forwarded proposed answers to questions raised about presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 345 | HQR2501335 | HQR2501470 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding electronic version of draft presentation to Undersecretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process decisions in formulating budget requests for OCRWM. | DP |
| 346 | HQR2501471 | HQR2501696 | 1/13/03 Email Priv Log | E-mail providing comments on attached draft presentations; e-mail forwarding electronic version of draft presentation to Undersecretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative proves to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 347 | HQR2501697 | | 1/13/03 Email Priv Log | E-mail forwarding information and analysis conducted for input t presentation to Undersecretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 348 | HQR2501698 | HQR2501705 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Undersecretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM.. | DP |
| 349 | HQR2501706 | HQR2501710 | 1/13/03 Email Priv Log | E-mail forwarding information and analysis conducted for input t presentation to Undersecretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 350 | HQR2501711 | HQR2501733 | 1/13/03 Email Priv Log | E-mail message containing directions provided by R. Shultis, DOJ, regarding collection of responsive documents in DNF cases; email forwarding information and analysis requested by Undersecretary Card regarding waste acceptance rates and system costs; information gathered in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP |
| 351 | HQR2502017 | HQR2502080 | 1/13/03 Email Priv Log | E-mail forwarding attachment containing information regarding waste management system; provided to the office of the Secretary in response to requests from the office of the Secretary for such information in support of the formulation of the site recommendation for Yucca Mountain; information prepared of gathered as part of the deliberative process to assist the Secretary in making a site recommendation for Yucca Mountain. | DP |
| 352 | HQR2502096 | HQR2502099 | 1/13/03 Email Priv Log | E-mail forwarding spreadsheet presenting analysis of rates over time prepared by E. Benz, Jai, at the request of M.A. Sullivan, DOE-OGC, through D. Zabransky, OCRWM, for use in litigation and negations to settle cases currently pending before the Court of Federal Claims; document similar to that described in entry No. 704 on July 5, 2002 Privilege Log and subject of utility Plaintiff's Motion To Compel, which was denied in its entiety by Judge Sypolt, by order dated October 9, 2002. | DP |
| 353 | HQR2502100 | HQR2502101 | 1/13/03 Email Priv Log | E-mail providing information and forwarding draft response to questions from Congress; draft response reveals deliberations of DOE regarding how to respond to Congress regarding policy and budgetary matters affecting program. | DP |
| 354 | HQR2502102 | HQR2502102 | 1/13/03 Email Priv Log | E-mail discussing possible legislative changes for OCRWM; provided in response to request for information for DOE-OGC and the office of the Secretary document reveals deliberations of DOE regarding possible legislative changes necessary for the program. | DP |
| 355 | HQR2502103 | HQR2502115 | 1/13/03 Email Priv Log | E-mail forwarding attached briefing to be included in Secretary's briefing book regarding OCRWM, upcoming site recommendation and budget issues, provided to the Secretary to assist the Secretary in making a site recommendation for Yucca Mountain and formulating budget requests for OCRWM. | DP |
| 356 | HQR2540001 | HQR2540083 | 12/2003 | Drafts of an internal memorandum, drafts for graphic presentation, and other notes analyzing the costs and benefits of DOE's FY 2003 budget request and its effect upon the repository at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Undersecretary of energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP |
| 357 | HQR2580544 | HQR2580549 | 12/2003 | Copy of e-mail forwarding draft responses to questions from the office of inspector general in connection with audit conducted by DOE-ig; withheld as privileged under the deliberative process privilege because it reflects proposed response from OCRWM to ig report; same document as HQR250 0280-0297 which was subject of court's August 25, 2003, order upholding the government's assertion of deliberative process. | DP |