# In the United States Court of Federal Claims

No. 04-106 C
(Filed: January 18, 2007)

*************************************
**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*************************************

## ORDER

On January 16, 2007, Defendant moved for an enlargement of time within which to file its response to Plaintiff's motion to compel discovery regarding interrogatories and document requests. Defendant's motion was filed on the afternoon of the same day that its response was otherwise due. Plaintiff filed an opposition to Defendant's motion.

The court GRANTS Defendant's motion and ORDERS that Defendant's response to Plaintiff's motion to compel be filed on or before January 18, 2006. The court will not extend this deadline any further. The court cautions the parties, and Defendant in particular, that motions for enlargement filed at the brink of a deadline for a filing otherwise due are inherently risky and may indeed be denied in the future. Furthermore, a party filing such a late motion should call chambers to advise that the motion has been filed; otherwise, the court may not even be aware of the request for enlargement until after the earlier deadline for the filing has passed.

Plaintiff's reply to Defendant's response shall be filed on or before January 23, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge