# In the United States Court of Federal Claims

No. 04-106 C
(Filed: January 18, 2007)

*************************************

**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

**ORDER**

The oral argument on Plaintiff's motion to compel depositions is hereby cancelled for January 19, 2007, and RESCHEDULED for January 25, 2007, at 10:00 a.m., in the National Courts Building.

The hearing on January 25, 2007, shall include argument on Defendant's cross-motion for a protective order or to re-institute coordinated discovery proceedings, as well as argument on Plaintiff's separate motion to compel discovery regarding interrogatories and document requests.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge