Scott Vance
Ed Benz

QUESTION 7: The identities of the eight (8) PERSONS with the most personal knowledge concerning the effect of the annual capacity reports issued by DOE and mentioned in Article IV.B.5(b) of PLAINTIFFS' Spent Fuel Disposal Contracts on the schedule by which DOE is obligated to remove SPENT FUEL from the site of PLAINTIFFS' reactors.

Federal

Alan Brownstein
Nancy Slater
Dave Zabransky
Beth Tomasoni
Chris Jedrey
Rich Leotta

Contractor

Billy Cole
Scott Vance
Ed Benz

QUESTION 8: The identities of the eight (8) PERSONS with the most personal knowledge concerning DOE's plans, projections and/or objectives, as of June 30, 1983, with respect to the annual acceptance rate of SPENT FUEL at the DOE facility(ies) to which PLAINTIFFS' SPENT FUEL would be removed pursuant to PLAINTIFFS' Spent Fuel Disposal Contracts.

Federal

Robert L. Morgan, Former Acting Director, OCRWM (no current address)
Michael J. Lawrence, Former Acting Deputy Director, OCRWM (no current address)
Robert Rosselli, Former Acting Associate Director, OCRWM Management Development (no current address)
Robert Bauer, Former Associate Director, OCRWM Storage and Systems (no current address)
J. William Bennett, Former Acting Associate Director, OCRWM Geologic Repository Deployment (no current address)

Contractor

Daryl Newman, PNL Principal Investigator (no current address)

Bob McKee, Retired Principal Investigator PNL (no current address)
Billy Cole

**QUESTION 9: The identities of the eight (8) PERSONS with the most personal knowledge concerning the creation of or amendments to DOE's plans, projections and/or objectives with respect to the annual acceptance rate of SPENT FUEL at the DOE facility(ies) to which PLAINTIFFS' SPENT FUEL would be removed pursuant to PLAINTIFFS' Spent Fuel Disposal Contracts.**

Federal

Jeff Williams, Director, Office of Acceptance, Transportation and Integration's Systems Engineering and International Division
James Carlson
Stephen Brocum, Acting Director for Licensing and Regulatory Integration, YMSCO, 1551 Hillshire Drive, Las Vegas, Nevada 89134
Roger Hilley, title and address not currently available
Christopher Kouts, Former Director Storage and Engineering Technology Division

Contractor

Billy Coles
Scott Vance
Pat MacDuffee

**QUESTION 10: The identities of the eight (8) PERSONS with the most personal knowledge concerning the creation of or amendments to the annual acceptance priority rankings issued by DOE and mentioned in Article IV.B.5(a) of PLAINTIFFS' Spent Fuel Disposal Contracts.**

Federal

Nancy Slater
Thomas Pollog (1988-90, Nuclear Engineer, Office of System & Storage Development; 1990-91, Nuclear Engineer, Integration Branch; 1991-92, Nuclear Engineer, Logistics & Utility Interface Branch; 1992-95, detailed to IAEA; January 1995 to September 1995, Nuclear Engineer, Logistics & Utility Interface Branch; September 1995 to February 1997, Nuclear Engineer, Engineering Division; February 1997 to present, Nuclear Engineer, Waste Acceptance and Transportation Division)
Alan Brownstein

Robert P. Milner
James Carlson
Beth Tomasoni
Chris Jedrey
Rich Leotta

Contractor

Billy Cole
Scott Vance
Ronald MacDonald, Principal Investigator, TESS (no current address)

**QUESTION 11:** **The identities of the eight (8) PERSONS with the most personal knowledge concerning the effect of the annual acceptance priority rankings issued by DOE and mentioned in Article IV.B.5(a) of PLAINTIFFS' Spent Fuel Disposal Contract on the schedule by which DOE is obligated to remove SPENT FUEL from the site of PLAINTIFFS' reactors.**

Federal

Alan Brownstein
Nancy Slater
Thomas Pollog
Dave Zabransky
Beth Tomasoni
Chris Jedrey
Rich Leotta

Contractor

Billy Cole
Scott Vance
Ronald MacDonald

**QUESTION 12:** **The identities of the eight (8) PERSONS with the most personal knowledge concerning DOE's rights and obligations, pursuant to PLAINTIFFS' Spent Fuel Disposal Contracts, with respect to the approval or disapproval of delivery commitment schedules furnished by PLAINTIFFS pursuant to Article V.B.1. of PLAINTIFFS' Spent Fuel Disposal Contracts.**

Federal

Alan Brownstein
Nancy Slater
James Carlson
Beth Tomasoni

Chris Jedrey
Rich Leotta

Contractor

Billy Cole
Scott Vance
Doug Williamson, TESS Scientific Consultant

**QUESTION 13: The identities of the eight (8) PERSONS with the most personal knowledge concerning the factual grounds upon which you base your denial of paragraph 16 of Yankee Atomic's Complaint.**

Federal

Daniel A. Dreyfus, Former Director, OCRWM, current address: Smithsonian Institute, Washington, D.C.
John Bartlett, Former Director, OCRWM (no current address)
Ben Rusche, Former Director, OCRWM (no current address)
Lake Barrett
Frank Peters, Former Acting Director, OCRWM

Contractor

Robert Strickler, Former General Manager, TESS
Robbie Robertson, Former General Manager, TESS
Colin Heath, Assistant General Manager, TESS

**QUESTION 14: The identities of the eight (8) PERSONS with the most personal knowledge concerning the factual grounds upon which you base your denial of paragraph 17 of Yankee Atomic's Complaint.**

Federal

Alan Brownstein
Nancy Slater
Thomas Pollog
Dave Zabransky
Beth Tomasoni
Chris Jedrey
Rich Leotta

QUESTION 15: The identities of the eight (8) PERSONS with the most personal knowledge concerning the factual grounds upon which you base your denial of paragraph 23 of Yankee Atomic's Complaint.

Federal

Dave Zabransky
James Carlson
Thomas Pollog
Ronald P. Milner
Beth Tomasoni

Contractor

Billy Cole
Scott Vance
Ed Benz

QUESTION 16: The identities of the eight (8) PERSONS with the most personal knowledge concerning the factual grounds upon which you base your denial of paragraph 24 of Yankee Atomic's Complaint.

Federal

Dave Zabransky
James Carlson
Thomas Pollog
Ronald P. Milner
Beth Tomasoni

Contractor

Billy Cole
Scott Vance
Ed Benz

QUESTION 17: The identities of the eight (8) PERSONS with the most personal knowledge concerning the factual grounds upon which you base your denial of paragraph 25 of Yankee Atomic's Complaint.

Federal

Dave Zabransky
James Carlson
Thomas Pollog
Ronald P. Milner

Beth Tomasoni

Contractor

Billy Cole
Scott Vance
Ed Benz

**QUESTION 18: The identities of the eight (8) PERSONS with the most personal knowledge concerning the factual grounds upon which you base your denial of paragraph 27 of Yankee Atomic's Complaint.**

Federal

Dave Zabransky
James Carlson
Thomas Pollog
Ronald P. Milner
Beth Tomasoni

Contractor

Billy Cole
Scott Vance
Ed Benz

**QUESTION 19: The identities of the eight (8) PERSONS with the most personal knowledge concerning the factual grounds upon which you base your denial of paragraph 39 of Yankee Atomic's Complaint.**

Federal

Dave Zabransky
James Carlson
Thomas Pollog
Ronald P. Milner
Beth Tomasoni

Contractor

Billy Cole
Scott Vance
Ed Benz

QUESTION 20: The identities of the eight (8) PERSONS with the most personal knowledge concerning the factual grounds upon which you base the contention in paragraph 21 of your Answer to Yankee Atomic's Complaint that "plaintiff would have been required to incur substantially all of its claimed additional costs even had the Department of Energy commenced disposal operations in 1998."

Federal

Dave Zabranśky
James Carlson
Thomas Pollog
Ronald P. Milner
Beth Tomasoni

Contractor

Billy Cole
Scott Vance
Ed Benz

QUESTION 21: The identities of the eight (8) PERSONS with the most personal knowledge concerning the extent and manner of the government's current storage of SPENT FUEL originating from commercial nuclear power reactors.

For the same reasons specified in response to Interrogatory No. 46 of plaintiff's second set of interrogatories, we object to this request.

QUESTION 22: The identities of the eight (8) PERSONS with the most personal knowledge concerning movements of SPENT FUEL into or within the United States by or on behalf of the United States since January 1, 1990.

For the same reasons specified in response to Interrogatory No. 47 of plaintiff's second set of interrogatories, we object to this request.

QUESTION 23: The identities of the eight (8) PERSONS with the most personal knowledge concerning places in the United States in which SPENT FUEL has been stored since January 1, 1983 at a site other than at a commercial nuclear power reactor.

For the same reasons specified in response to Interrogatory No. 48 of plaintiff's second set of interrogatories, we object to this request.

**QUESTION 24:** **The identities of the eight (8) PERSONS with the most personal knowledge concerning DOE's rights and obligations, pursuant to PLAINTIFFS' Spent Fuel Disposal Contracts, with respect to the timely provision of casks necessary for the removal of SPENT FUEL from the site of PLAINTIFFS' reactors.**

Federal

William Lemeshewsky, Team Leader for Transportation within the Office of Acceptance, Transportation and Integration's Waste Acceptance and Transportation Division
James Carlson
Dwight Shelor
Beth Tomasoni
Chris Jedrey
Rich Leotta

Contractor

Billy Cole
Ed Benz
Bill Teer, Senior Transportation Consultant, TESS

**QUESTION 25:** **The identities of the eight (8) PERSONS with the most personal knowledge concerning DOE's physical capability to transport SPENT FUEL from PLAINTIFFS' reactors.**

We object to this request as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

**QUESTION 26:** **The identities of the eight (8) PERSONS with the most personal knowledge concerning DOE's physical capability to store SPENT FUEL removed from PLAINTIFFS' reactors.**

We object to this request as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

**QUESTION 27:** **The identities of the eight (8) PERSONS with the most personal knowledge concerning any effort undertaken by or on behalf of DOE to examine the manner in which DOE would remove SPENT FUEL from PLAINTIFFS' reactors.**

Federal

James Carlson
Lake Barrett
Ed Wilmont, title and address not currently available
Thomas Pollog

Jim Osborne, General Engineer, Engineering Division, 1551 Hillshire Drive, Las Vegas, Nevada 89134

Contractor

Bill Teer
Nigel Mote, NAS, address not known
Ron Kelly, Former TESS, address not known

We are currently attempting to locate additional information about the employment histories of some of the individuals listed above and will supplement this letter with that information at a later date. Otherwise, we presume that this information more than adequately responds to your requests for information. Additional information may be found in the documents that we have produced to you and in the electronic database to be made available to you.

Very truly yours,

HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - x

YANKEE ATOMIC ELECTRIC COMPANY, (98-126C) (Merow, S.J.) :
CONNECTICUT YANKEE ATOMIC POWER COMPANY (98-154C) (Merow, S.J.) :
MAINE YANKEE ATOMIC POWER COMPANY (98-474C) (Merow, S.J.) :
FLORIDA POWER & LIGHT COMPANY (98-483C) (Wilson, J.) :
NORTHERN STATES POWER COMPANY (98-484C) (Wiese, J.) :
DUKE POWER, A Division of DUKE ENERGY CORP. (98-485C) (Tidwell, S.J.) :
INDIANA MICHIGAN POWER COMPANY (98-486C) (Hodges, J.) :
SACRAMENTO MUNICIPAL UTILITY DISTRICT (98-488C) (Yock, S.J.) :
SOUTHERN NUCLEAR OPERATING COMPANY, et al., (98-614C) (Merow, S.J.) :
COMMONWEALTH EDISON COMPANY (98-621C) (Hewitt, J.) :
BOSTON EDISON COMPANY (99-447C) (Allegra, J.) :
GPU NUCLEAR, INCORPORATED (00-440C) (Bush, J.) :
WISCONSIN ELECTRIC POWER COMPANY, (00-697C) (Merow, S.J.) :
POWER AUTHORITY OF THE STATE OF NEW YORK (00-703C) (Damich, J.) :
OMAHA PUBLIC POWER DISTRICT (01-115C) (Bush, J.) :
NEBRASKA PUBLIC POWER DISTRICT (01-116C) (Weinstein, J.) :
TENNESSEE VALLEY AUTHORITY (01-249C) (Bruggink, J.) :

Plaintiffs, : Discovery Judge (Judge Sypolt)

vs.

THE UNITED STATES,

Defendant.

- - - - - - - - - - - - - - - - - - - - x

PAGES 1 - 273

Deposition of THOMAS E. POLLOG, held at the offices of Shaw Pittman, 2300 N Street, N.W., Conference Room 4A, Washington, D.C., commencing at 9:30 a.m. Tuesday, February 19, 2002, before Elizabeth Mingione, Notary Public.



APPEARANCES OF COUNSEL:

ON BEHALF OF PLAINTIFFS:

FOR FLORIDA POWER & LIGHT COMPANY, NORTHERN STATES POWER COMPANY, DUKE POWER, INDIANA MICHIGAN POWER COMPANY, BOSTON EDISON COMPANY, GPU NUCLEAR, INC., POWER AUTHORITY OF THE STATE OF NEW YORK, OMAHA PUBLIC POWER DISTRICT, AND NEBRASKA PUBLIC POWER DISTRICT:

SHAW PITTMAN, LLP
BY: ALEX D. TOMASZCZUK, ESQUIRE
JACK Y. CHU, ESQUIRE
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940

FOR SOUTHERN NUCLEAR POWER, ALABAMA POWER, AND GEORGIA POWER:

ARNOLD & PORTER
BY: JEFFREY L. HANDWERKER, ESQUIRE
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
(202) 942-6103

FOR YANKEE ATOMIC ELECTRIC POWER COMPANY, CONNECTICUT YANKEE ATOMIC POWER COMPANY, AND MAINE YANKEE ATOMIC POWER COMPANY:

SPRIGGS & HOLLINGSWORTH
BY: PETER J. SKALABAN, JR., ESQUIRE
1350 I Street, N.W.



Washington, D.C. 20005-3305
(202) 898-5821

FOR WISCONSIN ELECTRIC POWER COMPANY:

PERKINS COIE, LLP
BY: DONALD J. CARNEY, ESQUIRE
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011
(202) 434-1675

FOR COMMONWEALTH EDISON COMPANY:

JENNER & BLOCK
BY: THEODORE T. EIDUKAS, ESQUIRE
ONE IBM PLAZA
Chicago, Illinois 60611-7603
(312) 222-9350

ON BEHALF OF THE DEFENDANTS:

FOR THE UNITED STATES:

U.S. DEPARTMENT OF JUSTICE
BY: MARIAN E. SULLIVAN, ESQUIRE
1100 L Street, N.W., Room 10150
Washington, D.C. 20530
(202) 307-6288



FOR THE U.S. DEPARTMENT OF ENERGY:

BY: JANE K. TAYLOR, ESQUIRE
1000 Independence Avenue, S.W.
Washington, D.C. 20585
(202) 586-7530

CONTENTS

WITNESS: THOMAS E. POLLOG


| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Tomaszczuk | 8 |
| Ms. Sullivan | 222 |
| Mr. Tomaszczuk | 223 |
| Mr. Handwerker | 224 |
| Ms. Sullivan | 228 |
| Mr. Handwerker | 229 |
| Mr. Skalaban | 230 |
| Mr. Carney | 270 |




DEPOSITION EXHIBITS

THOMAS E. POLLOG


| NUMBER | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 1 | Notice of Deposition | 9 |
| 2 | E-Mail Dated 12/11/98 from Lake Barrett to All RW | 34 |
| 3 | E-Mail Dated February 15, 2002 from Nick Dinunzio | 48 |
| 4 | Memo Dated March 15, 2000 to OCRWM Federal and Contractor Staff | 55 |
| 5 | Three-Page E-Mail Dated June 26, 2000 at 01:16 p.m. | 64 |
| 6 | E-Mail Dated 10/10/2001 Re: Memo Dated September 14, 2001 | 87 |
| 7 | Two-Page Document, List of Non-Doe Agencies Contacted | 123 |
| 8 | 8 One-Page Typed and Handwritten Page with 3/25/99 Date in Upper Corner, and Multi-person Distribution List. | 138 |
| 9 | Department of Energy Organizational Chart | 148 |
| 10 | Two-Page Handwritten Document Containing Names and Initials | 160 |
| 11 | Spend Fuel Government Container Source Codes | 170 |
| 12 | Spent Fuel Government Responsive Document Collections List Dated February 15, 2002 | 186 |


- - -



Whereupon,

THOMAS E. POLLOG,

having been first duly sworn by Elizabeth Mingione, a Notary Public within and for the District of Columbia, was examined and testified as follows:

- - -

EXAMINATION CONDUCTED BY MR. TOMASZCZUK:

Q. Would you state your name please?
A. Thomas E. Pollog, P-O-L-L-O-G.
Q. Are you employed?
A. Yes.
Q. Where?
A. United States Department of Energy.
Q. And what is your title there, Mr. Pollog?
A. Nuclear Engineer.
Q. Where is your office located?
A. Forrestal Building, 1000 Independence Avenue.
Q. Washington, D.C.?
A. Washington, D.C., 20585.
Q. Your job title is Nuclear Engineer?
A. Correct.
Q. Okay.



A. My position description is Nuclear Engineer.
Q. This is a deposition taken pursuant to a notice in this case issued pursuant to a court order. And you are here by agreement of the parties and designation by the Government. Do you understand that?
A. Yes.
Q. Have you seen a copy of the notice that was served on the Government in this case?
A. Can you show me a copy of what you are referring to?
Q. I sure can. We'll just mark this as Exhibit 1.

- - -

(A document was marked as Deposition Exhibit Number 1)

- - -

A. Yes, I have seen this.
Q. And you understand that you are the designee by the Government with respect to these categories of documents I'm going to ask you about today?
A. Yes.
Q. What is your level of education,

Mr. Pollog?
A. Highest level or all?
Q. Please. If you briefly summarize your education history for me?
A. Bachelor of Science in Nuclear Engineering from Penn State University, Masters of Science in Environmental Engineering from Clemson University.
Q. In what year did you obtain those two degrees?
A. My Bachelor of Science I obtained in 1981, and my Masters of Science I obtained in 1988.
Q. Can you briefly summarize for me your employment history?
A. Following graduation from Penn State in 1981, I was employed for five years by the Pennsylvania Department of Environmental Resources, Bureau of Radiation Protection, Division of Nuclear Safety. I left there in 1986 and went to graduate school at Clemson, graduated there in 1988.
In 1988, I started working for the U.S. Department of Energy, Office of Civilian Radioactive Waste Management. I worked there until the beginning of 1992. And years 1992, 1993, 1994, I was on assignment to the International Atomic Energy



Agency in Vienna, Austria. I returned to the Department of Energy in 1995, and I have been employed there since.
Q. You left the Department of Energy's employ for a period of three years roughly from '93 to '95?
A. Ninety-two to ninety-four.
Q. I'm sorry.
A. Left in early '92 and returned to DOE beginning January of 1995. I was not at leave, I was on a leave of absence.
Q. On a leave of absence?
A. Yes.
Q. You were detailed, if you will, to another organization?
A. Correct. Correct.
Q. So you have essentially been an employee of the Department of Energy since 1988. Do I have this right?
A. Correct.
Q. Okay. Have you been deposed before?
A. No.
Q. Let me just say, in that regard, I'm going to ask you a series of questions. I'll ask you to answer to the best of your ability. If you



don't understand any question that I ask you, please tell me that and I'll try and rephrase it or restate it so it's understandable. Do you agree with that?
A. Yes.
Q. Okay. Could you tell me what your job duties are?
A. For the Office of Civilian Radioactive Waste Management I work in what we refer to as RW-40 which is the Office of Acceptance Transportation and Integration. And in that group I work what is called RW-44 which is a division of Waste Acceptance and Transportation.
In RW-44 there are two teams. One is the Transportation Team and the other is the Waste Acceptance Team. I am on the Waste Acceptance Team.
And summarize it briefly is to implement provisions of the standard contract, everything from fee verification work to contract interpretation to participating in fine gatherings like this.
Q. Those duties that you have just described, how long have you been performing those?
A. I did these duties in 1990 and '91. And then I have been doing them again since I believe September of '96. I'm not sure about the exact month, but I believe it was September.



Q. When you returned back to the Department of -- strike that. Let me go back just a little bit. I just want to fill out a few details just so I understand your background at DOE. You said you started to work there I believe in 1988. Is that right?
A. Yes.
Q. And where were you assigned and what were your duties at that time?
A. My initial assignment was with the Systems Development Branch and that was working primarily in the area of developing dry cask storage technologies.
Q. And was your title at that point in time nuclear engineer?
A. It was either a nuclear engineer or general engineer.
Q. And how long did you stay in that job, if you will, on working --
A. Six months.
Q. -- in dry cask storage?
A. Approximately.
Q. And then did your duties change in some way?
A. Yes.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

YANKEE ATOMIC ELECTRIC COMPANY )
(98-126C) (Merow, S.J.) )
CONNECTICUT YANKEE ATOMIC POWER COMPANY )
(98-154C) (Merow, S.J.) )
MAINE YANKEE ATOMIC POWER COMPANY )
(98-474C) (Merow, S.J.) )
FLORIDA POWER & LIGHT COMPANY )
(98-483C) (Wilson, J.) )
NORTHERN STATES POWER COMPANY )
(98-484C) (Wiese, J.) )
DUKE POWER, A Division of DUKE ENERGY CORP. )
(98-485C) (Tidwell, S.J.) )
INDIANA MICHIGAN POWER COMPANY )
(98-486C) (Hodges, J.) )
SACRAMENTO MUNICIPAL UTILITY DISTRICT )
(98-488C) (Yock, S.J.) )
SOUTHERN NUCLEAR OPERATING COMPANY, et al. )
(98-614C) (Merow, S.J.) )
COMMONWEALTH EDISON COMPANY )
(98-621C) (Hewitt, J.) )
BOSTON EDISON COMPANY )
(99-447C) (Allegra, J.) )
GPU NUCLEAR, INCORPORATED )
(00-440C) (Bush, J.) )
WISCONSIN ELECTRIC POWER COMPANY )
(00-697C) (Merow, S.J.) )
POWER AUTHORITY OF THE STATE OF NEW YORK )
(00-703C) (Damich, J.) )
OMAHA PUBLIC POWER DISTRICT )
(01-115C) (Bush, J.) )
NEBRASKA PUBLIC POWER DISTRICT )
(01-116C) (Weinstein, J.) )
TENNESSEE VALLEY AUTHORITY )
(01-249C) (Bruggink, J.) )
)
Plaintiffs, )
v. )
)
THE UNITED STATES, ) Discovery Judge:
) (Judge Sypolt)
Defendant. )
)

EXHIBIT 1
POLLOG
Feb 19, 2002

NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Rules of the Court of Federal Claims and the Order of the Discovery Judge dated February 1, 2002, counsel for the above-referenced Utility Plaintiffs will take the deposition of Defendant's records custodian at 9:30 a.m. on February 19, 2002, at the law offices of Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037. The deposition will be recorded by stenographic means and will continue day to day until completed.

Defendant's designated records custodian will be examined with respect to the following matters concerning (a) the production of documents responsive to the Utility Plaintiffs' document requests dated September 4, 2001, and (b) the Government's voluntary production of approximately 700,000 electronic images:

1. Identification of the specific locations, offices, and files that were searched for responsive documents.

2. Identification of the particular individuals who conducted the search for responsive documents.

3. Details pertaining to how the searches for responsive documents were conducted, including a description of all procedures, methods, and routines employed in the search.

4. The names, titles, and seniority levels of all individuals whose files were searched for responsive documents and the hierarchical relationships among such individuals, if any exist.

5. Identification of all specific locations at which responsive documents were found.

6. Details concerning how responsive documents were labeled and maintained, and the various media in which responsive documents existed – including, but not limited to, the following: paper, microfilm, electronic mail, computer discs.

7. Details pertaining to the structure, design, retention policy, and contents of the Department of Energy's Office of Civilian Radioactive Waste Management's electronic records management system and any other record collections that were searched for responsive documents.

Dated: February 8, 2002

Respectfully submitted,

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: 703.770.7940
Fax: 703.770.7901

Counsel of Record for Plaintiffs
Florida Power & Light Company, Northern States Power Company, Duke Power, Indiana Michigan Power Company, Boston Edison Company, GPU Nuclear, Inc., Power Authority of the State of New York, Omaha Public Power District, and Nebraska Public Power District

**OF COUNSEL:**
Jay E. Silberg
Devon E. Hewitt
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, DC 20037-1128

M. Stanford Blanton (by Alex D. Tomaszczuk)
M. Stanford Blanton
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Tel: (205) 251-8100
Counsel of Record for Plaintiff:
Southern Nuclear Operating Company, et al.

Richard C. Johnson (by Alex D. Tomaszczuk)
Richard C. Johnson
Jenner & Block
601 13th Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Tel: (202) 639-6075
Counsel of Record for Plaintiff:
Commonwealth Edison Company

Jerry Stouck (by Alex D. Tomaszczuk)
Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005-3305
Tel: (202) 898-5839
Counsel of Record for Plaintiffs:
Yankee Atomic Electric Power Company
Connecticut Yankee Atomic Power Company
Maine Yankee Atomic Power Company

Richard W. Oehler (by Alex D. Tomaszczuk)
Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Tel: (206) 583-8419
Counsel of Record for Plaintiff:
Wisconsin Electric Power Company

Melvin C. Garbow (by Alex D. Tomaszczuk)

Melvin C. Garbow
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5666
Counsel of Record for Plaintiff:
Sacramento Municipal Utility District

Peter K. Shea (by Alex D. Tomaszczuk)

Peter K. Shea
Office of General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401
Tel: (865) 632-7319
Counsel of Record for Plaintiff:
Tennessee Valley Authority

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2002, I caused a copy of the foregoing NOTICE OF DEPOSITION to be served by facsimile and by U.S. mail, postage prepaid, on:

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

Alex D. Tomaszczuk

Document #: 1171354 v.1

# In the United States Court of Federal Claims

No. 04-74C
(into which has been consolidated No. 04-75C)

(E-Filed: October 18, 2005)

PACIFIC GAS AND ELECTRIC COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Pacific Gas & Electric Company's Motion to Compel Discovery and Request for Expedited Hearing (Pl.'s Mot. or Motion), Defendant's Response to Plaintiff's Motion to Compel Discovery (Def.'s Resp.), and Pacific Gas & Electric Company's Reply Memorandum in Support of Motion to Compel Discovery and Response to Defendant's Motion for Protective Order (Pl.'s Reply). The court has held two telephonic hearings on the record on plaintiff's Motion, one on Friday, October 14, 2005, and the other on Monday, October 17, 2005.

I. Document Requests

After hearing the parties' arguments and further to the discussion with the parties on each of the issues which remain contested,[1] the court rules on the following document requests in plaintiff's Motion as follows:

[1]The matters discussed in plaintiff's Motion and not addressed in this Order are deemed MOOT.

Document Request 15: The Request is GRANTED provided that the documents requested are limited to those created up to and including January 22, 2004. To the extent the Request asks for documents created after January 22, 2004, the Request is DENIED.

Document Request 19: The Request is DENIED.

Document Request 22: The legal basis for the Request shall be briefed by the parties. Plaintiff's brief shall be filed on or before Friday, October 21, 2005, at or before 5:00 p.m. E.D.T.; defendant's response shall be filed on or before Tuesday, October 25, 2005, at or before 5:00 p.m. E.D.T.; and Plaintiff's Reply shall be filed on or before Friday, October 27, 2005, at or before 5:00 p.m. E.D.T.

Document Requests 24 and 25: The Requests are GRANTED. For these Requests and others discussed below, defendant shall, on or before Friday, October 21, 2005, at or before 12:00 p.m. E.D.T., provide to plaintiff a letter certifying that it has responded to plaintiff's Requests in compliance with the applicable discovery rules of the Rules of the Court of Federal Claims (RCFC) (Letter of Certification).

Document Request 26: The Request is GRANTED provided that the documents requested are limited to those created up to and including January 22, 2004. Defendant shall provide certification as to these documents in its Letter of Certification. To the extent the Request asks for documents created after January 22, 2004, the Request is DENIED.

Document Request 29: The Request is GRANTED provided that the documents requested are limited to those created up to and including January 22, 2004. Defendant shall provide certification as to these documents in its Letter of Certification. To the extent the Request asks for documents created after January 22, 2004, the Request is DENIED.

Document Request 30: The Request is GRANTED. Defendant shall provide certification as to these documents in its Letter of Certification, and shall specify therein a date during the week of October 24, 2005 when these documents will be made available for inspection by plaintiff..

Document Requests 31, 32, and 36: The Requests are GRANTED provided that the documents requested are limited to those created up to and including January 22, 2004. Defendant shall provide certification as to these documents in its Letter of Certification. To the extent the Requests ask for documents created after January 22, 2004, the Requests are DENIED.

Document Request 33: The Request is GRANTED provided that the documents requested are limited to those created up to and including December 31, 2000. Defendant shall provide certification as to these documents in its Letter of Certification. Additionally, if any of these documents are privileged, defendant shall, if it has not done so already, provide a privilege log related to these documents or direct plaintiff to the location of an existing privilege log in its Letter of Certification. To the extent the Request asks for documents created after December 31, 2000, the Request is DENIED.

II. Requests for Deposition

After hearing the parties' arguments and further to the discussion with the parties on the issue of plaintiff's request for depositions under RCFC 30(b)(6), see Pl.'s Mot. Exhibit (Ex.) 11 at 3, the court rules that on or before Friday, October 21, 2005, at or before 5:00 p.m. E.D.T., plaintiff shall forward to defendant a deposition on written questions. Defendant shall forward to plaintiff written answers to these questions on or before Monday, October 31, 2005. The court rules on the scope of the deposition requests as follows:

Deposition Requests 1, 2 and 5: The Requests are GRANTED to the extent that the subjects covered by the Requests do not cover subjects certified to in the Letter of Certification.

Deposition Request 3 and 4: The Requests are DENIED.

Plaintiff shall provide to the court, by fax, a courtesy copy of the deposition on written questions. Defendant shall provide to the court, by fax, a courtesy copy of its Letter of Certification and its written answer to plaintiff's deposition on written questions. The fax number in chambers is (202) 357-6570.

The parties are invited together to contact the court if they believe that any portion of the foregoing fails to reflect the conclusions of the hearings on October 14 and 17, 2005 and at any time when they believe that the involvement of the court will aid in the "just, speedy, and inexpensive determination of [this] action." RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

SPENT FUEL - PRODUCTION CDs AS OF 12/4/2006

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA001 | 6456 | EDB 001<br>HQR 003<br>HQR 005 | 1999 Ris-Web production docs<br>Miscellaneous<br>Miscellaneous |
| YA002r1 | 9148 | HQR 001<br>HQR 002<br>HQR 004<br>HQR 006 | Miscellaneous<br>Miscellaneous<br>Miscellaneous<br>Miscellaneous |
| YA003r1 | 9474 | HQR 007<br>HQR 008<br>HQR 009<br>HQR 010<br>YMP 001 | Miscellaneous<br>Miscellaneous<br>Contract Files<br>Miscellaneous<br>Miscellaneous |
| YA004r1 | 8579 | ADM 001<br>CTR 001<br>CTR 002<br>CTR 003<br>HQR 011 | 1982 Nuclear Waste Policy Act, Fed. Register, Public Hearing<br>Scott Vance<br>Rulemaking Info, Waste Acceptance Deliverables<br>Miscellaneous<br>CFR/ACR/APR info |
| YA005 | 7224 | CTR 004<br>CTR 005<br>EDB 002<br>HQR 012<br>HQR 013<br>YMP 002 | Billy Cole<br>Ken Beall<br>1999 Ris-Web production docs<br>Robert Wells<br>Wesley Barnes<br>Miscellaneous |
| YA006 | 8794 | FOI 001<br>FOI 002<br>FOI 005<br>FOI 007 | FOIA production<br>FOIA production<br>FOIA production<br>FOIA production |
| YA007 | 10301 | FOI 003<br>FOI 004 | FOIA production<br>FOIA production |
| YA008r2 | 7500 | EDB 003<br>EDB 004<br>EMS 001<br>HQR 014<br>HQR 015<br>ZAB 001 | 1999 Ris-Web production docs<br>1999 Ris-Web production docs<br>Discovery Responses 1998-1999<br>Miscellaneous Waste Management docs<br>Miscellaneous Waste Management docs<br>David Zabransky |

SPENT FUEL - PRODUCTION CDs AS OF 12/4/2006

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA010r1 | 11665 | PNL 005<br>PNL 006<br>PNL 009<br>PNL 011<br>PNL 017<br>PNL 025 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA011 | 12242 | PNL 001<br>PNL 002<br>PNL 008<br>PNL 010<br>PNL 019 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA012 | 10124 | PNL 018<br>PNL 020<br>PNL 021<br>PNL 022<br>PNL 050<br>PNL 051 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA013 | 11421 | PNL 075<br>PNL 077<br>PNL 080<br>PNL 081<br>PNL 085 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA014r1 | 14903 | PNL 083<br>PNL 088<br>PNL 090<br>PNL 095<br>PNL 096 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA015 | 14883 | PNL 084<br>PNL 094<br>PNL 097<br>PNL 098<br>PNL 101 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA016r2 | 11038 | PNL 103<br>PNL 106<br>PNL 109<br>PNL 110 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |

SPENT FUEL - PRODUCTION CDs AS OF 12/4/2006

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA017r1 | 11205 | PNL 111<br>PNL 113<br>PNL 127<br>PNL 129 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA018r1 | 17791 | PNL 034<br>PNL 132<br>PNL 138<br>PNL 140<br>PNL 143<br>PNL 150 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA019r1 | 13318 | PNL 154<br>PNL 158<br>PNL 159<br>PNL 164 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA020r1 | 15141 | PNL 046<br>PNL 144<br>PNL 165<br>PNL 168<br>PNL 171 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA021 | 11786 | PNL 023<br>PNL 026<br>PNL 028<br>PNL 029<br>PNL 030<br>PNL 031 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA022r1 | 11646 | PNL 035<br>PNL 036<br>PNL 039<br>PNL 041<br>PNL 047 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA023 | 14965 | PNL 040<br>PNL 042<br>PNL 048<br>PNL 058<br>PNL 064<br>PNL 067<br>PNL 068 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |

SPENT FUEL - PRODUCTION CDs AS OF 12/4/2006

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA024 | 13654 | PNL 070<br>PNL 079<br>PNL 082<br>PNL 100<br>PNL 173 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA025r1 | 14623 | PNL 086<br>PNL 089<br>PNL 091<br>PNL 092<br>PNL 102<br>PNL 104 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA026r1 | 15163 | PNL 105<br>PNL 107<br>PNL 108<br>PNL 114<br>PNL 115<br>PNL 123 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA027 | 13693 | PNL 116<br>PNL 120<br>PNL 121<br>PNL 122<br>PNL 124<br>PNL 125<br>PNL 126 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA028r1 | 16348 | PNL 131<br>PNL 134<br>PNL 141<br>PNL 142<br>PNL 147<br>PNL 148<br>PNL 151 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA029r1 | 17460 | PNL 146<br>PNL 153<br>PNL 157<br>PNL 160<br>PNL 162<br>PNL 163 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |

SPENT FUEL - PRODUCTION CDs AS OF 12/4/2006

| CD # | TOTAL IMAGES | CONTAINERS | DESCRIPTION |
|---|---|---|---|
| YA030 | 12353 | PNL 135<br>PNL 152<br>PNL 156<br>PNL 167<br>PNL 170<br>ROH 001 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Rockwell Operations (Hanford) |
| YA031 | 5429 | PNL 169<br>PNL 172 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA032 | 9161 | PNL 004<br>PNL 012<br>PNL 014<br>PNL 016<br>PNL 044 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA033 | 8772 | PNL 003<br>PNL 007<br>PNL 013<br>PNL 015 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |
| YA034 | 10092 | PNL 045<br>PNL 052<br>PNL 056<br>PNL 061<br>PNL 062<br>PNL 063 | Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents<br>Pacific Northwest National Laboratories contractors documents |