John D. Parkyn, DPC,[2] (608) 787-1236. Dairyland's consideration of alternatives to on-site wet pool storage and participation in Private Fuel Storage, LLC ("PFS").

Seymour J. Raffety, LACBWR, (608) 689-4222. Spent fuel management issues at LACBWR. Administration of Dairyland's DOE contract.

Charles V. Sans Crainte, DPC, (608) 787-1233. Spent fuel management issues and costs at LACBWR, including Dairyland's consideration of alternatives to on-site wet pool storage and participation in PFS.

Keith A. Stubbendick, DPC, (608) 787-1245. Dairyland's accounting for costs of management of spent fuel and participation in PFS.

John W. Bartlett, 1300 Crystal Drive, Arlington, VA 22202, (703) 415-4541. Factual matters addressed in Dr. Bartlett's testimony in the Yankee and PG&E spent fuel trials.

Loring E. Mills, 132 Eareckson Lane, Stevensville, MD (410) 643-1244. Factual matters addressed in Mr. Mills' testimony in the Yankee and PG&E spent fuel trials.

Ivan F. Stuart, East 11-B, 500 Ocean Drive, Juno, FL 33408, (561) 691-4696. Factual matters addressed in Mr. Stuart's testimony in the Yankee and PG&E spent fuel trials.

B. Documents

Once a protective order is entered in this case, Dairyland will provide DVDs containing images of documents that Dairyland may use to support its claims. In order to expedite discovery, Dairyland will be disclosing not only documents that it will likely need to support its claims, but also many other documents the government is otherwise seeking in discovery.

---

[2] This abbreviation is being used to note individuals located at Dairyland Power Cooperative ("DPC") headquarters. The address for DPC is 3200 East Avenue S., P.O. Box 817, La Crosse, WI 54602.

Within the next few weeks, Dairyland will also provide complete bibliographic indexing of these documents. Dairyland may also support its claims with many of the government documents listed as trial exhibits or otherwise offered into evidence at trial by plaintiffs in the Yankee and PG&E spent fuel litigations.

C. Damages

The government's failure to remove spent fuel from Dairyland's La Crosse Boiling Water Reactor (LACBWR) plant in a timely manner consistent with its contractual obligations has caused Dairyland to incur damages as described in the categories set out below. The computations of these categories of damages are based, in part, on Dairyland's accounting records. Copies of such records, as well as spreadsheets setting forth the computations of the categories of damages, are included in the enclosed CD entitled "Dairyland Power Cooperative Initial Disclosures." The computations reflect costs incurred through June 30, 2006. Computation of a damages amount appropriate for final judgment, including issues such as allocation of G&A and other "overhead" costs and the RPV removal project costs (and other issues appropriately the subject of consideration and analysis by experts), will be presented in one or more expert witness reports that will be produced no later than the time set out in the Court's Order of May 1, 2006.

1. LACBWR SAFSTOR

The government's failure to timely remove spent fuel from Dairyland's LACBWR plant has caused Dairyland to incur costs to store its spent nuclear fuel in its spent fuel pool since 1998, and Dairyland will continue to incur such costs until all of the spent nuclear fuel is removed. The computation of this category of damage is set out in the documents entitled

"Summary of Damages" (DPID 0000001). Dairyland data and documentation supporting this computation are documents Bates-labeled DPID 0000002-683.

G&A costs included in this computation were derived from Dairyland's Core Business Models (which will be provided upon entry of a protective order in this case) and are appropriately the subject of expert consideration and analysis which will be presented in one or more expert witness reports that will be produced no later than the time set out in the Court's Order of May 1, 2006.

2. Off-site Storage/PFS

As a result of the government's failure to timely remove spent fuel from Dairyland's LACBWR plant, Dairyland has incurred costs in connection with exploring, supporting and developing private off-site alternatives for storage of its spent fuel. The computation of this category of damage is set out in the document entitled "Summary of Damages" (DPID 0000001). Dairyland data and documentation supporting this computation are documents Bates-labeled DPID 0000684-1764.

3. Insurance Expense

Dairyland has had to pay property and liability insurance premiums that it would not have paid had the government removed the spent nuclear fuel from the spent fuel pool in a timely manner. The computation of this category of damage is set out in the document entitled "Summary of Damages" (DPID 0000001). Dairyland data and documentation supporting this computation are documents Bates-labeled DPID 0001765-1805.

4. Reactor Pressure Vessel Removal Project

Dairyland has incurred significant costs in connection with the removal of its RPV from the LACBWR containment building that it would not have incurred had the government

removed the spent nuclear fuel from the spent fuel pool in a timely manner in accordance with its contractual obligations. Through June 2006, DPC has incurred $4,934,562 in costs on the RPV removal project, which are set forth in the tab titled "Reactor Pressure Vessel Removal." Additional supporting documentation are documents Bates-labeled DPID 0001806-1834. Determination of the portion of those costs on the RPV removal project that would not have been incurred had the government removed the spent fuel in a timely manner is appropriately the subject of expert consideration and analysis, which will be presented in one or more expert witness reports that will be produced no later than the time set out in the Court's Order of May 1, 2006.

July 28, 2006

Respectfully submitted,

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Dairyland's RCFC 26(a)(1) Disclosures to be served by hand this 28th day of July 2006 on:

Russell Shultis
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530

Todd W. Monroe

Shultis R
2020

**Greenberg Traurig**

Todd W. Monroe
Tel. 202.530.8561
Fax 202.261.0174
monroet@gtlaw.com

December 13, 2006

***VIA FACSIMILE AND FIRST CLASS MAIL***

Russell Shultis
Department of Justice
Commercial Litigation Branch
Civil Division – Classification Unit
8th Floor Mailroom
1100 L Street, NW
Washington, D.C. 20530

RECEIVED
2006 DEC 19 P 3: 23
CASE PROCESSING UNIT
CIVIL DIVISION/OM

Re: *Dairyland Power Cooperative v. United States*

Dear Mr. Shultis:

I am writing regarding certain documents produced to the government which inadvertently reveal privileged or protected work-product material. The documents in question include a chain email with the Bates number PLAC0068937 and the last paragraph of an email with the Bates number PDPC0021072.

Pursuant to paragraph 10 of the Protective Order dated August 17, 2006 in the above-referenced case, we ask that the government promptly 1) return (or destroy) all copies of the aforementioned documents and likewise delete them from the government's document database 2) not make any further use of these documents in this or other spent fuel cases, and 3) notify us that you have destroyed or returned all copies of these documents and deleted them from the government's database. A revised version of the email numbered PDPC0021072, which redacts the privileged information is attached.

Please let us know if you have any questions regarding these matters.

Very truly yours,

Todd W. Monroe

Enclosure

cc: John Ekman

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

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH



**Roger E Christians**
09/01/2004 11:04 AM

To: Chuck V Sans Crainte/Dairynet@Dairynet, David L Rybarik/Dairynet@Dairynet, Bob C Mueller/Dairynet@Dairynet, Mike N Johnsen/Dairynet@Dairynet, Jeff B Mc Rill/Dairynet@Dairynet, Don G Egge/Dairynet@Dairynet, Michael A Brasel/Dairynet@Dairynet, Rich J Cota/Dairynet@Dairynet, Larry L Nelson/Dairynet@Dairynet, "Zaremba, Thomas" <TZaremba@wheelerlaw.com>, Seymour J Raffety/Dairynet@Dairynet
cc:
Subject: Talking points for Duratek discussion

Gentlemen,

For our meeting tomorrow regarding the Duratek proposal, I have listed some "talking points" to facilitate our discussion. Please feel free to add, delete, or modify any of them.

A. Response to Duratek proposal
- -Pursue full license transfer? Advantages/Disadvantages?
  - -Vessel removal preparations
    - -reserve space soon which will need a commitment sometime within 2 to 3 months
    - -Characterization survey
      - - use Decommissioning Funds for both of these?
  - - Any reasons, legal or otherwise that preclude this effort?
  - - Costs outside of Decommissioning Fund?
- - If we do NOT wish to pursue License transfer, would we wish to go forward with ANY project involving Duratek at this time?

B. Fuel removal issues
- -Move forward now?
  - -cost/benefit analysis of moving forward now vs. later
  - -Staffing questions
    - -up to 10 LACBWRians will be eligible for retirement within 3 to 5 years
  - -PFS status and it's relationship to LACBWR fuel removal timing

[redacted]

Internal -
No Duratek reps.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 04-106C<br>(Chief Judge Damich) |

DAIRYLAND'S PRIVILEGE LOG CORRESPONDING TO DOCUMENTS PRODUCED AS PART OF DAIRYLAND'S INITIAL DISCLOSURES

Pursuant to RCFC 26(b)(5), Dairyland is producing the attached privilege log corresponding to documents produced as part of its initial disclosures.

Dated: October 10, 2006

Respectfully submitted,

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3173
(202) 261-4751
Counsel for Plaintiff
Pacific Gas & Electric Company

Of Counsel:

Robert L. Shapiro
Kevin E. Stern
Greenberg Traurig, LLP

WDC 371351765v1 10/10/2006

| REF NO | BEG BATES | END BATES | DATE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|
| 1 | LAC0003016 | LAC0003017 | 10/10/2001 | LANDSMAN, JEFFREY | RUDE, BRIAN | ZAREMBA, T; JOHNSEN, MIKE; RAFFETY, SEYMOUR | EMAIL FROM COUNSEL TO CLIENT PROVIDING LEGAL REVIEW AND ANALYSIS OF PENDING LEGISLATION AND ITS IMPACT ON DAIRYLAND | ATTORNEY CLIENT |
| 2 | LAC0009648 | LAC0009649 | 3/26/2003 | MUELLER, BOB | BERMAN, NILES; ZAREMBA, T | CHRISTIANS, ROGER; JOHNSEN, MIKE; NELSON, LARRY | CHAIN EMAIL REFLECTING LEGAL ADVICE AND ANALYSIS, INCLUDING THOUGHTS AND IMPRESSIONS OF COUNSEL REGARDING DECOMMISSIONING FUNDING | ATTORNEY CLIENT |
| 3 | LAC0009862 | LAC0009863 | 9/16/2003 | ZAREMBA, T | CHRISTIANS, ROGER; SANS CRAINTE, C; MUELLER, BOB | BERMAN, NILES; MCRILL, JEFF | EMAIL FROM COUNSEL TO CLIENT PROVIDING REQUESTED LEGAL REVIEW AND ANALYSIS REGARDING NRC REGULATIONS AND SAFSTOR FUNDING | ATTORNEY CLIENT |
| 4 | LAC0009906 | LAC0009907 | 2/11/2004 | ZAREMBA, T (ATTY) | MUELLER, BOB; CHRISTIANS, ROGER; SANS CRAINTE, C | JOHNSEN, MIKE | EMAIL FROM COUNSEL TO CLIENT PROVIDING REQUESTED LEGAL REVIEW AND ANALYSIS REGARDING SAFSTOR FUNDING CONTINGENCY PLANS | ATTORNEY CLIENT |
| 5 | LAC0009908 | LAC0009909 | 12/18/2003 | CHRISTIANS, ROGER E | JOHNSEN, MIKE N | | EMAIL FROM COUNSEL TO CLIENT PROVIDING REQUESTED LEGAL REVIEW AND ANALYSIS REGARDING NRC REGULATIONS AND SAFSTOR FUNDING | ATTORNEY CLIENT |
| 6 | LAC0012015 | LAC0012016 | 4/30/2003 | ZAREMBA, T | SANS CRAINTE, CHUCK; RUDE, BRIAN | BARRETT, LAKE;TREMMEL, ERNIE | CHAIN EMAIL BETWEEN CLIENT AND COUNSEL PROVIDING REQUESTED ADVICE AND ANALYSIS, INCLUDING THOUGHTS AND IMPRESSIONS OF COUNSEL REGARDING PENDING LEGISLATION AND LEGISLATIVE EFFORTS RELATED TO LACBWR AND SNF | ATTORNEY CLIENT |
| 7 | LAC0012361 | LAC0012365 | 1/19/2004 | BARRETT, LAKE | ZAREMBA, T (ATTY); ; SANS CRAINTE, C; TREMMEL, ERNIE; CHRISTIANS, ROGER; RUDE, BRIAN | JOHNSEN, MIKE | CHAIN EMAIL BETWEEN CLIENT AND COUNSEL PROVIDING REQUESTED INFORMATION CONCERNING SPENT FUEL LITIGATION AND SETTLEMENT INCLUDING ANALYSIS AND SUMMARY OF MEETINGS WITH DOE | ATTORNEY CLIENT, WORK PRODUCT |
| 8 | LAC0012407 | LAC0012408 | 1/9/2004 | ZAREMBA, T (ATTY) | SANS CRAINTE, C; RUDE, BRIAN; CHRISTIANS, ROGER; MUELLER, BOB | BERMAN, NILES (ATTY); JOHNSEN, MIKE; RYBARIK, DAVID | EMAIL BETWEEN CLIENT AND COUNSEL PROVIDING LEGAL ADVICE AND ANALYSIS REGARDING SNF LITIGATION AND DAMAGES CLAIMS | ATTORNEY CLIENT, WORK PRODUCT |
| 9 | LAC0012708 | LAC0012708 | 9/18/2001 | ZAREMBA, T (ATTY) | BERG, BILL; SANS CRAINTE, C; BERMAN, NILES (ATTY); MONDSCHEIN, STU (ATTY) | | FACSIMILE FROM COUNSEL TO CLIENT CONCERNING SUBPOENA SERVED ON DAIRYLAND IN NWPA LITIGATION | ATTORNEY CLIENT |
| 10 | LAC0020872 | LAC0020872 | 11/21/2005 | ZAREMBA, T (ATTY) | SANS CRAINTE, C | RUDE, BRIAN; SCHEEVEL, KENRIC; CHRISTIANS, ROGER | EMAIL BETWEEN COUNSEL AND CLIENT DISCUSSING STATUS AND SETTLEMENT ISSUES OF SNF/NWPA LITIGATION - REFLECTS THOUGHTS AND IMPRESSIONS RELATED TO THE PROVISION OF LEGAL ADVICE | ATTORNEY CLIENT, WORK PRODUCT |
| 11 | LAC0020873 | LAC0020874 | 11/18/2005 | BARRETT, LAKE | SANS CRAINTE, C | RUDE, BRIAN; ZAREMBA, T (ATTY); SCHEEVEL, KENRIC; TREMMEL, ERNIE; CHRISTIANS, ROGER | REDACTED PORTION REFLECTS PROTECTED COMMUNICATIONS REFLECTING ADVICE AND STRATEGY PREPARED FOR OR IN ANTICIPATION OF LITIGATION | ATTORNEY CLIENT, WORK PRODUCT |
| 12 | LAC0020875 | LAC0020876 | 11/18/2005 | BARRETT, LAKE | SANS CRAINTE, C | JOHNSEN, MIKE; ; RAFFETY, SEYMOUR; RUDE, BRIAN; ZAREMBA, T (ATTY); SCHEEVEL, KENRIC; TREMMEL, ERNIE; CHRISTIANS, ROGER | SUBSTANTIALLY SIMILAR TO EMAIL AT LAC0020873-20874. REDACTED PORTION REFLECTS PROTECTED COMMUNICATIONS REFLECTING ADVICE AND STRATEGY PREPARED FOR OR IN ANTICIPATION OF LITIGATION | ATTORNEY CLIENT, WORK PRODUCT |
| 13 | LAC0020879 | LAC0020881 | 10/14/2005 | BARRETT, LAKE | SANS CRAINTE, C; RUDE, BRIAN; ZAREMBA, T (ATTY); TREMMEL, ERNIE | | EMAIL BETWEEN COUNSEL AND CLIENT DISCUSSING FUEL RECEIPT AND MANAGEMENT PLANS INCLUDING CONSIDERATIONS IN LIGHT OF LITIGATION. | ATTORNEY CLIENT, WORK PRODUCT |

| REF NO | BEG BATES | END BATES | DATE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|
| 240 | PLAC0051457 | PLAC0051460 | 3/1/2005 | ZAREMBA, T | SANS CRAINTE, C;ENGEN, LAURIE;STUBBENDICK, K;RAFFETY, SEYMOUR;RACKERS, DENNIS;FRUEHLING, DANIEL C;BOETTCHER, BRIAN;BERG, WILLIAM L;CHRISTIANS, ROGER;PARKYN, J;JOHNSON, MICHAEL;MUELLER, ROBERT C;NELSON, JANET;RYBARIK, DAVID;RUDE, BRIAN | | | COMBINED WITH PRIOR DOCUMENT |
| 241 | PLAC0051463 | PLAC0051464 | 4/15/2004 | BRASEL, MIKE | CHRISTIANS, ROGER | JOHNSEN, MIKE; SANS CRAINTE, C | EMAIL ATTACHING AND DISCUSSING SPREADSHEET IDENTIFYING POTENTIAL DAMAGES IN NWPA LITIGATION - PREPARED AT THE REQUEST OF OR UNDER THE SUPERVISION OF COUNSEL IN PREPARATION FOR LITIGATION | WORK PRODUCT |
| 242 | PLAC0051465 | PLAC0051466 | 9/1/2004 | ZAREMBA, T (ATTY) | CHRISTIANS, ROGER; ; SANS CRAINTE, C; RACKERS, DENNIS; MUELLER, BOB; JOHNSEN, MIKE; MCRILL, JEFF; BRASEL, MIKE; COTA, RICH; NELSON, LARRY; RAFFETY, SEYMOUR | KELLY, JANET (ATTY) | EMAIL FROM COUNSEL TO CLIENT PROVIDING LEGAL ADVICE AND ANALYSIS REGARDING DURATEK CONTRACT NEGOTIATION AND UPDATE ON NWPA LITIGATION MATTERS | ATTORNEY CLIENT; WORK PRODUCT |
| 243 | PLAC0051469 | PLAC0051471 | 3/1/2005 | ZAREMBA, T (ATTY); ; LANDSMAN, JEFF (ATTY) | SANS CRAINTE, C | CHRISTIANS, ROGER | LETTER (ATTACHED TO EMAIL AT LAC0051663) FROM COUNSEL TO CLIENT PROVIDING AND DISCUSSING LEGAL ADVICE AND ANALYSIS REGARDING RECENT DOE COMMENTS CONCERNING DOE POSITION ON "CONTAINERIZED" FUEL ON SPENT FUEL LITIGATION | ATTORNEY CLIENT; WORK PRODUCT |
| 244 | PLAC0051558 | PLAC0051560 | 11/2/2005 | ZAREMBA, T (ATTY) | CHRISTIANS, ROGER; ; SANS CRAINTE, C; PARKYN, J; RUDE, BRIAN | JOHNSEN, MIKE N;BRASEL, MICHAEL A;RAFFETY, SEYMOUR J | EMAIL BETWEEN COUNSEL AND CLIENT PROVIDING AND DISCUSSING LEGAL ADVICE AND ANALYSIS REGARDING DOE COMMUNICATIONS CONCERNING FUEL CANISTERS | ATTORNEY CLIENT |
| 245 | PLAC0051596 | PLAC0051596 | NONE | JOHNSEN, MIKE | FILE | | HANDWRITTEN NOTES PREPARED BY MIKE JOHNSEN REFLECTING PROTECTED CONVERSATIONS WITH COUNSEL REGARDING NWPA LITIGATION AND STRATEGY | ATTORNEY CLIENT; WORK PRODUCT |
| 246 | PLAC0052690 | PLAC0052690 | 00/00/2004 | JOHNSEN, MIKE | | | SPREADSHEET PREPARED AT THE REQUEST OF OR UNDER THE SUPERVISION OF COUNSEL REGARDING PROSPECTIVE NWPA LITIGATION DAMAGES | WORK PRODUCT |
| 247 | PLAC0052934 | PLAC0052937 | 2/5/2004 | ZAREMBA, T (ATTY) | SANS CRAINTE, C; ; BERG, BILL;ENGEN, LAURIE;CHRISTIANS, ROGER;STUBBENDICK, K;PARKYN, J;RAFFETY, SEYMOUR;JOHNSON, MICHAEL;RACKERS, DENNIS;MUELLER, ROBERT C;FRUEHLING, DANIEL C;NELSON, JANET;BOETTCHER, BRIAN;RYBARIK, DAVID | SKALABAN, PETER | MEMORANDUM PREPARED BY COUNSEL IN PREPARATION FOR LITIGATION REGARDING PROTECTION AND PRESERVATION OF LITIGATION MATERIALS - SUBSTANTIALLY SIMILAR OR IDENTICAL TO LAC0077532-LAC0077535 | ATTORNEY CLIENT; WORK PRODUCT |

| REF NO | BEG BATES | END BATES | DATE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|
| 248 | PLAC0052938 | PLAC0052941 | 3/6/2004 | ZAREMBA, T (ATTY) | SANS CRAINTE, C;ENGEN, LAURIE;STUBBENDICK, K;RAFFETY, SEYMOUR;RACKERS, DENNIS;FRUEHLING, DANIEL C;BOETTCHER, BRIAN;BERG, WILLIAM L;CHRISTIANS, ROGER;PARKYN, J;JOHNSON, MICHAEL;MUELLER, BOB;NELSON, JANET;RYBARIK, DAVID;RUDE, BRIAN | | MEMORANDUM PREPARED BY COUNSEL IN PREPARATION FOR LITIGATION REGARDING PROTECTION AND PRESERVATION OF EMAIL AND ELECTRONICALLY-STORED LITIGATION MATERIALS | ATTORNEY CLIENT; WORK PRODUCT |
| 249 | PLAC0068815 | PLAC0068815 | 00/00/2004 | JOHNSEN, MIKE | | | SPREADSHEET PREPARED AT THE REQUEST OF OR UNDER THE SUPERVISION OF COUNSEL REGARDING PROSPECTIVE NWPA LITIGATION DAMAGES | WORK PRODUCT |
| 250 | PLAC0068950 | PLAC0068954 | 00/00/2004 | STUBBENDICK, K | BRASEL, MIKE; JOHNSEN, MIKE | | DOCUMENTS PREPARED AT THE REQUEST OF OR UNDER THE SUPERVISION OF COUNSEL REFLECTING ACCOUNTS AND POTENTIAL DAMAGES REGARDING DAIRYLAND CLAIMS AGAINST THE GOVERNMENT FOR BREACH OF THE CONTRACT FOR DISPOSAL OF SNF; ; | WORK PRODUCT |
| 251 | PLAC0068957 | PLAC0068957 | 00/00/2004 | BRASEL, MIKE; JOHNSEN, MIKE | | | DOCUMENTS PREPARED AT THE REQUEST OF OR UNDER THE SUPERVISION OF COUNSEL REFLECTING ACCOUNTS AND POTENTIAL DAMAGES REGARDING DAIRYLAND CLAIMS AGAINST THE GOVERNMENT FOR BREACH OF THE CONTRACT FOR DISPOSAL OF SNF; ; | WORK PRODUCT |
| 252 | PLAC0068963 | PLAC0068963 | 6/1/2004 | BRASEL, MIKE | FRUEHLING, DANIEL | JOHNSEN, MIKE | REDACTED PORTION REFLECTS QUESTIONS AND WORK BEING DONE IN PREPARATION FOR DRAFT CALCULATION OF DAMAGES PREPARED AT THE REQUEST OR UNDER THE SUPERVISION OF COUNSEL CONCERNING NWPA LITIGATION | WORK PRODUCT |
| 253 | PLAC0068964 | PLAC0068980 | 2004 | SIMES, SHERRY; STUBBENDICK, K | | | DOCUMENTS PREPARED AT THE REQUEST OF OR UNDER THE SUPERVISION OF COUNSEL REFLECTING ACCOUNTS AND POTENTIAL DAMAGES REGARDING DAIRYLAND CLAIMS AGAINST THE GOVERNMENT FOR BREACH OF THE CONTRACT FOR DISPOSAL OF SNF; ; | WORK PRODUCT |
| 254 | PLAC0068981 | PLAC0068982 | 2/5/2004 | ZAREMBA, T (ATTY) | BOETTCHER, BRIAN | EGGE, DON G;BRASEL, MICHAEL A; RYBARIK, DAVID; JOHNSEN, MIKE; SANS CRAINTE, C; SKALABAN, PETER (ATTY); CHRISTIANS, ROGER | EMAIL BETWEEN COUNSEL AND CLIENT PROVIDING OVERVIEW OF NWPA LITIGATION AND REFLECTING SUBSTANCE OF PRIVILEGED COMMUNICATION CONCERNING PREPARATION FOR LITIGATION AND ADVICE REGARDING SAME | ATTORNEY CLIENT |
| 255 | PLAC0068983 | PLAC0068984 | 2/8/2004 | ZAREMBA, T (ATTY) | SANS CRAINTE, C; BERG, BILL; RUDE, BRIAN; ; MUELLER, BOB; FRUEHLING, DANIEL; CHRISTIANS, ROGER; ENGEN, LAURIE; SCHEEVEL, KENRIC; PARKYN, J; RAFFETY, SEYMOUR; JOHNSEN, MIKE; BOETTCHER, BRIAN; RACKERS, DENNIS | BERMAN, NILES (ATTY); SKALABAN, PETER (ATTY) | EMAIL AND ATTACHED MEMORANDUM PREPARED BY COUNSEL IN PREPARATION FOR LITIGATION REGARDING PROTECTION AND PRESERVATION OF LITIGATION MATERIALS | ATTORNEY CLIENT; WORK PRODUCT |

| REF NO | BEG BATES | END BATES | DATE | AUTHOR | RECIPIENT | COPYEE | DESCRIPTION | CLAIM |
|---|---|---|---|---|---|---|---|---|
| 256 | PLAC0069008 | PLAC0069681 | 08/00/2004 | BRASEL, MIKE; JOHNSEN, MIKE; SIMES, SHERRY | | | DOCUMENTS PREPARED AT THE REQUEST OF OR UNDER THE SUPERVISION OF COUNSEL REGARDING POTENTIAL DAIRYLAND DAMAGES AND CLAIMS AGAINST THE GOVERNMENT FOR BREACH OF THE CONTRACT FOR DISPOSAL OF SNF; | WORK PRODUCT |
| 257 | PLAC0072956 | PLAC0072958 | 6/30/1997 | SILBERG, JAY (ATTY) | BRIMER, BOB | | LETTER FROM COUNSEL TO CLIENT PROVIDING LEGAL REVIEW AND ANALYSIS OF CHANGES IN FERC DECOMMISSIONING TRUST FUND GUIDELINES | ATTORNEY CLIENT |
| 258 | PLAC0094072 | PLAC0094073 | 6/13/1983 | SHIMSHAK, RICHARD E | TAYLOR, JAMES | MUELLER, BOB;RAFFETY, SEYMOUR; CALHOUN, DON; TREMMEL, ERNIE; DEVINE, HANK; PARKYN, J;ROSS, C | REDACTED PORTION REFLECTS INTERNAL DISCUSSION RE ADVISE OF COUNSEL RE STRATEGY PERTAINING TO DAIRYLAND'S SPENT FUEL CLAIM. | ATTORNEY CLIENT |
| 259 | PLAC0094522 | PLAC0094522 | 5/22/1998 | BRIMER, BOB | RAFFETY, SEYMOUR | | REDACTED PORTION OF MEMORANDUM REFLECTS SUBSTANCE OF CONVERSATIONS WITH COUNSEL, INCLUDING THOUGHTS AND IMPRESSIONS OF COUNSEL CONCERNING CLAIM AGAINST DOE FOR COSTS ASSOCIATED WITH THE SHUTDOWN OF LACBWR; | ATTORNEY CLIENT; WORK PRODUCT |
| 260 | PLAC0110659 | PLAC0110661 | 9/27/2005 | ZAREMBA, T (ATTY) | SANS CRAINTE, C; RUDE, BRIAN; PARKYN, J; CHRISTIANS, ROGER | JOHNSEN, MIKE; RAFFETY, SEYMOUR | REDACTED PORTION REFLECTS LEGAL ADVICE AND ANALYSIS REGARDING POLITICAL ACTIONS CONCERNING YUCCA MOUNTAIN AND POTENTIALLY AFFECTING DAIRYLAND AND PFS | ATTORNEY CLIENT |
| 261 | PLAC0110665 | PLAC0110668 | 2/8/2005 | ZAREMBA, T (ATTY) | SANS CRAINTE, C; RUDE, BRIAN; CHRISTIANS, ROGER; TREMMEL, ERNIE; BARRETT, LAKE | RYBARIK, DAVID; JOHNSEN, MIKE; RAFFETY, SEYMOUR | REDACTED PORTION REFLECTS LEGAL ADVICE AND ANALYSIS REGARDING DEVELOPMENTS CONCERNING YUCCA MOUNTAIN AND POTENTIALLY AFFECTING DAIRYLAND AND PFS | ATTORNEY CLIENT |
| 262 | PLAC0110673 | PLAC0110676 | 3/29/2005 | ZAREMBA, T (ATTY) | CHRISTIANS, ROGER E; RUDE, BRIAN; SANS CRAINTE, C | RAFFETY, SEYMOUR; JOHNSEN, MIKE; RYBARIK, DAVID | REDACTED PORTION REFLECTS LEGAL ADVICE AND ANALYSIS OF COUNSEL REGARDING ARTICLE CONCERNING SNF STORAGE REPORT | ATTORNEY CLIENT |
| 263 | PLAC0110677 | PLAC0110679 | 1/7/2005 | SANSCRAINTE, CHUCK | BARRETT, LAKE;TREMMEL, ERNIE;ZAREMBA, TOM;CHRISTIANS, ROGER;JOHNSEN, MIKE;PARKYN, J;RAFFERTY, SEYMOUR;RUDE, BRIAN | | REDACTED PORTION REFLECTS SUBSTANCE OF PROTECTED COMMUNICATIONS DISCUSSING REVIEW AND ANALYSIS, INCLUDING LEGAL ADVICE AND STRATEGY RELATED TO DAIRYLAND PLANS FOR DISPOSITION OF SPENT FUEL IN LIGHT ON PROSPECTIVE LEGISLATION AND ON-GOING LITIGATION | ATTORNEY CLIENT; WORK PRODUCT |
| 264 | PLAC0124741 | PLAC0124743 | 6/8/2004 | PRIVATE FUEL STORAGE LLC | SANS CRAINTE, C;COCHERELL, RONALD;PARKYN, J;RIVES, FRANK;GOULD, AL;BOMBERGER, CHARLES;RINCKEL, JEANNIE;DONNELL, J;SWIMMER, M (ATTY);COURTNEY, M (ATTY) | | REDACTED PORTION REFLECTS THE PROVISION AND DISCUSSION OF LEGAL ADVICE REGARDING DEFENSE REAUTHORIZATION BILL | ATTORNEY CLIENT |
| 265 | PLAC0124748 | PLAC0124752 | 5/19/2004 | PRIVATE FUEL STORAGE LLC | BOMBERGER, CHARLES;GOULD, ALAN;RIVES, FRANK;COCHERELL, RON;PARKYN, J;DONNELL, J;SWIMMER, M (ATTY);COURTNEY, M (ATTY) | | REDACTED PORTION REFLECTS THE PROVISION AND DISCUSSION OF LEGAL ADVICE REGARDING DEFENSE REAUTHORIZATION BILL AND ITS EFFECT OF PFS STRATEGY | ATTORNEY CLIENT |

**U.S. Department of Justice**

Civil Division

PDK:DMC:HDL:JEkman
154-04-106

Telephone: (202) 353-0897
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

January 11, 2007

VIA FACSIMILE AND U.S. MAIL

Kevin E. Stern
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: *Dairyland Power Cooperative v. United States*, No. 04-0106C (Fed. Cl.)

Dear Mr. Stern:

We are writing to satisfy our meet and confer requirements under RCFC 37(a)(2)(A), and formally request that you produce several documents listed upon your privilege log.

Specifically, we request that you produce the following eight documents listed upon Dairyland's Privilege Log, dated October 10, 2006: Ref. Nos. 241, 246, 249-253, and 256. These documents all were withheld upon work product grounds. We believe, based upon, among other decisions, the Court's decision in Pacific Gas & Electric Co. v. United States, 69 Fed. Cl. 784, 816 (2006), these documents do not fall within the protections of the work product doctrine. Additionally, we ask that you re-produce the two documents clawed-back by Dairyland that were used during the deposition of Michael Brasel upon the same grounds.

Additionally, we ask that you produce the following documents withheld upon attorney-client privilege and/or work product grounds that were written by or copied to Lake Barrett: Dairyland Privilege Log, dated October 10, 2006, Ref. Nos. 7, 11, 12, 13, 16-17, 20, 38, 124, 222, 224, and 235; Dairyland Privilege Log, dated November 6, 2006, Ref. Nos. 265-266, 268, 270-278, 284-287, 473, 479, 481-482, 484, 486-487, 489-495, and 497-499. In the alternative, and with respect to the documents withheld upon attorney-client privilege, we ask that you produce evidence establishing an attorney-client relationship with Mr. Barrett, as well as the date that the relationship commenced.

Please contact us by Tuesday, January 16, 2007, to let us know which, if any, of these documents you will agree to produce.

Sincerely,

JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch

---

**From:** sternk@gtlaw.com
**Sent:** Tuesday, January 16, 2007 12:01 PM
**To:** Ekman, John (CIV)
**Cc:** Monroet@gtlaw.com; shapiror@gtlaw.com
**Subject:** Your Jan. 11, 2007 letter

John,

Responding to your voice mail message from last week, I am confirming that we are in receipt of your January 11 letter requesting that Dairyland produce certain documents listed on its privilege log. Your letter requests that we respond to your request by today, January 16. However, since I was out of the office last week and yesterday was a holiday, today is the first day that I have had an opportunity to evaluate your request. We presently anticipate responding to your request by no later than this Thursday, January 18.

***Kevin E. Stern***
**Greenberg Traurig LLP**
*800 Connecticut Ave., NW*
*Suite 500*
*Washington, DC 20006*
*(202) 452-4878*
*(202) 261-0107 (fax)*
*sternk@gtlaw.com*

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

**From:** sternk@gtlaw.com
**Sent:** Monday, January 22, 2007 11:50 AM
**To:** Ekman, John (CIV)
**Subject:** Privilege/work product challenges - your Jan. 11, 2007 letter
John,

We have reviewed documents 241, 246, 249-53 and 256 from Dairyland's October 11, 2006 privilege log along with the two documents, PLAC0068937 and PDPC0021072 (which has been reproduced to you in redacted form), that were clawed back by Dairyland by letter dated December 13, 2006, and continue to believe that all of these documents are protected from disclosure under the work product doctrine.

Sincerely,

*Kevin E. Stern*
**Greenberg Traurig LLP**
*800 Connecticut Ave., NW*
*Suite 500*
*Washington, DC 20006*
*(202) 452-4878*
*(202) 261-0107 (fax)*
*sternk@gtlaw.com*

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

---

Roger Christians – Chair. LACBWR - Duratek 1 of 4

Mike Basel ACR – Annual Capacity Report 9/2/04

Don Egge Spriggs & Hollingsworth – ACR Report – ship fuel deadline 2010

Larry Nelson 607 assemblies eligible (DCS) need to have approved DCS

Bob Mueller (39 metric tons) 333 — .8 MT – 1st DCS.

Chuck Brossoit Oldest fuel first . . .

R.J. Cote

Jeff McRill #1 DOE Request for ACR – Tom's discussion with Spriggs –

Mike Johnson Hollingsworth – communication/advice

Dave Rybarik (Also working on Yankee law suite)

Janet Kelley Respond with cover letter to preserve rights for breach

Tom Zaremba of contract (damages letter) S&H drafting letter to

submit with ACR. – end

2010 realistic date ?? DOE

Government will use the ACR against us –

Needs to be submitted by the end of the month.

DOE website certification – ruling . . . (PFS)

#2 – Duratek – license transfer effort

Tentative reserved space at

Characterization – study – Plan . . .

Rx Pressure Vessel Removal –

License Termination Plan.

Is their a fatal flaw – NRC discussion

Fuel procurement is our responsibility regardless of the

NRC approval

WPI product is being used for vessel removal –

Duratek . . . Non-utility ownership – fabricators/labs.



PLAC0052691

CERTIFICATE OF FILING

I hereby certify that on January 23, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO COMPEL DEPOSITION TESTIMONY AND THE PRODUCTION OF DOCUMENTS IMPROPERLY WITHHELD UPON THE BASIS PRIVILEGE OR UPON DOCTRINAL GROUNDS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John C. Ekman