CERTIFICATE OF FILING

I hereby certify that on this 24th day of January 2007, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE TWO DOCUMENTS RELEVANT TO PLAINTIFF'S JANUARY 23, 2007 'REPLY ON ITS MOTION TO COMPEL DEPOSITIONS'" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.