# In the United States Court of Federal Claims

No. 04-106 C
(Filed: February 8, 2007)

| | |
|---|---|
| **DAIRYLAND POWER COOPERATIVE,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On January 18, 2007, Plaintiff filed a "Motion to Compel [Production] of Documents Withheld Under the 'Deliberative Process' and Attorney-Client Privileges." On January 29, 2007, Defendant filed a Motion to Strike or Deny the motion to compel or, in the alternative, for an enlargement of time to and including February 26, 2007, within which to respond. On February 1, 2007, Plaintiff filed an opposition to Defendant's motion to strike, including opposition to Defendant's alternative request for an enlargement.

Defendant's motion to strike, etc., is founded upon the allegation of Plaintiff's failures to meet and confer prior to filing the motion to compel and to certify in the motion to compel that it has done so, pursuant to Rule 37(a)(2)(B) and Appendix A of the Rules of the Court of Federal Claims (RCFC).

The Court hereby DENIES Defendant's motion to strike or to deny Plaintiff's motion to compel. Plaintiff and Defendant shall meet and confer on or before February 14, 2007, to try to resolve this discovery dispute without court action, pursuant to RCFC 37(a)(2)(B) and Appendix A. To the extent that any dispute remains regarding documents withheld by Defendant under the deliberative process and attorney-client privileges, Defendant shall respond to Plaintiff's motion to compel on or before February 28, 2007.

The court expects the parties to adhere to both the letter and spirit of the rules regarding resolution of discovery disputes and is disinclined to grant further motions for enlargement in this respect.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge