IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed: February 14, 2007

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE, Plaintiff, | No. 04-0106C |
| v. | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, Defendant. | |

## DAIRYLAND'S UNOPPOSED MOTION TO REVISE SCHEDULING ORDER

Pursuant to RCFC 16(b), Dairyland respectfully moves to revise the Scheduling Order of May 1, 2006 entered in this case in a manner consistent with this Court's January 29, 2007 Order, which extended the fact discovery deadline from February 16, 2007 to March 30, 2007. Dairyland's counsel has negotiated this revised schedule with the government's counsel, and the government does not oppose this motion.

On January 29, 2007, the Court granted Dairyland's Motion to Compel Depositions of government witnesses. In its January 29, 2007 Order, the Court extended the deadline for the completion of fact discovery from February 16, 2007 to March 30, 2007 and stated that "A revised scheduling order, including deadlines for expert discovery, will also be issued shortly." On February 5, 2007, the Court granted Dairyland's Motion to Compel Discovery Responses and ordered that the government provide its discovery responses by March 9. To date, however, the Court has not issued a revised scheduling order.

Under the current Scheduling Order entered in this case, Dairyland's expert reports are due February 23, 2007, which was to be one week after the deadline for completion of fact discovery. Now that fact discovery is scheduled to be concluded six weeks later, on March 30, and the government's discovery responses are not due until March 9, Dairyland respectfully requests that the parties' respective expert report deadlines be adjusted in a manner consistent with these new deadlines. The revised schedule will allow Dairyland's experts to consider, prior to submission of their reports, the government's discovery responses and any additional facts and information that may be obtained from the fact depositions that remain to be taken. The revised schedule also will ensure that fact discovery concludes (with the possible exception of a couple of depositions of government personnel that should be unrelated to the expert witness reports Dairyland expects to serve) before expert discovery begins, as was contemplated in the initial pretrial schedule. Importantly, the revised pretrial schedule will not require any adjustment to the currently scheduled trial date, and Dairyland strongly urges that trial not be delayed.

Dairyland's counsel has discussed a proposed new schedule with government counsel, and the parties are in agreement on the following revised schedule:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Plaintiff's Expert Report(s) | February 23, 2007 | March 23, 2007 |
| Completion of Fact Discovery | March 30, 2007 | same |
| Defendant's Expert Report(s) | April 27, 2007 | June 8, 2007 |
| Rebuttal Expert Report(s) | June 1, 2007 | July 27, 2007 |
| Deadline to file Dispositive Motions | June 8, 2007 | August 3, 2007 |
| Completion of Expert Discovery | June 15, 2007 | August 10, 2007 |
| Trial | October 29, 2007 | same |

In addition, the parties respectfully request that the Court reschedule the post-fact discovery status conference currently scheduled for March 15, 2007 to a date subsequent to the new March 30 deadline for completion of fact discovery.

For these reasons, the requested unopposed revised scheduling order should be entered.

Respectfully submitted,

February 14, 2007

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP