# In the United States Court of Federal Claims

No. 04-106 C
(Filed: February 22, 2007)

****************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On February 14, 2007, Plaintiff filed an unopposed motion to revise the scheduling order, proposing revised dates for various discovery deadlines and for filing dispositive motions.

The Court GRANTS Plaintiff's motion and orders the following revised deadlines:

| Event | Deadline |
|---|---|
| Plaintiff's Expert Report(s) | March 23, 2007 |
| Completion of Fact Discovery | March 30, 2007 (pursuant to previous order) |
| Defendant's Expert Report(s) | June 8, 2007 |
| Rebuttal Expert Report(s) | July 27, 2007 |
| Deadline to file Dispositive Motions | August 3, 2007 |
| Completion of Expert Discovery | August 10, 2007 |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge