IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY

Pursuant to the Court's General Order 42A, defendant, the United States, respectfully requests leave of the Court to file documents under seal electronically in this case. Because documents in the appendix to the response to "Dairyland's Motion To Compel The Production Of Documents Withheld Under The Deliberative Process and Attorney-Client Privileges," that the Government will file today have been designated as protected material pursuant to the protective order entered by the Court and because this case is designated as an electronic filing case, we require the Court's permission to file documents under seal electronically prior to any such filing. Pursuant to the Court's order, issued February 8, 2007, the Government's response is due today. However, pursuant to paragraph 7 of General Order 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Therefore, the Government plans to file its response with the protected material removed from the accompanying appendix and will re-file the response with the protected material in the accompanying appendix if the Court grants the Government's motion for leave.

For these reasons, we respectfully request that the Court enter an order allowing defendant to file documents electronically under seal in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 205230
Tele: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN LO RE
Senior Trial Counsel

PATRICK B. BRYAN
SONIA ORFIELD
MARIAN E. SULLIVAN
Trial Attorneys
Department of Justice

February 28, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 28th day of February 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan