| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 139 | 248 | HQR2180003 | HQR2180004 | 12/2003 | Draft internal memorandum entitled "Yucca project expectations" regarding the effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 40 | 70 | 5/14/2006 | |
| 140 | 249 | HQR2180005 | HQR2180026 | 12/2003 | Draft of a graphic presentation entitled "OCRWM transportation & waste acceptance project status, issues, & plans" dealing with an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to portions of the documents bates numbered HQR250 1471-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 42 | 64 | 5/14/2006 | 678 |
| 141 | 250 | HQR2180027 | HQR2180039 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options upon SNF inventories. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 11 | 51 | 4/26/2006 | |
| 142 | 251 | HQR2180040 | HQR2180057 | 12/2003 | Draft memorandum entitled ""Yucca Mountain business case" under legal review and prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC. | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 54 | | |
| 143 | 252 | HQR2180137 | HQR2180144 | 12/2003 | Series of e-mails with comments regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 33 | 71 | | |
| 144 | 253 | HQR2190001 | HQR2190013 | 12/2003 | Final memorandum prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justifications and cost implications of increasing DOE's FY 2003 budget request for the Yucca Mountain repository. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to a portion of the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. | DP | Milner 11/10/2005 Aff III 14 | 54 | | |
| 145 | 254 | HQR2190014 | HQR2190024 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 54 | | |
| 146 | 255 | HQR2190025 | HQR2190032 | 12/2003 | Internal checklist discussing the pros and cons of various concepts relating to an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 32 | 62 | 5/14/2006 | |
| 147 | 256 | HQR2190033 | HQR2190038 | 12/2003 | Draft memorandum entitled "Yucca Mountain is a sound business decision for the united states" analyzing the policy options relating to an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 14, III 40 | 54, 70 | 5/14/2006 | 689 |
| 148 | 257 | HQR2190039 | HQR2190040 | 12/2003 | Spreadsheet analyzing the costs of various options relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 38 | 45 | | |
| 149 | 258 | HQR2190041 | HQR2190045 | 12/2003 | Notes, a draft outline, and draft of internal memorandum re: business case and program budget decision analyzing the pros and cons of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 32 | 62 | | |
| 150 | 259 | HQR2190046 | HQR2190052 | 12/2003 | Tables and several brief draft memoranda discussing the effect of FY 2003 budgetary options upon DOE programs. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 23 | 38 | | |
| 151 | 260 | HQR2190053 | HQR2190053 | 12/2003 | E-mail commenting upon an internal memorandum analyzing the pros and cons of an option for SNF acceptance. This document was prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 32 | 62 | 5/14/2006 | |

10

# Table of Challenges

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 152 | 261 | HQR2190054 | HQR2190054 | 12/2003 | Draft agenda for a briefing for Dr. Margaret Chu regarding potential repository design changes. This document was prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 21 | 31 | | |
| 153 | 262 | HQR2190055 | HQR2190056 | 12/2003 | Series of e-mails with comments regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/2006 | |
| 154 | 263 | HQR2190057 | HQR2190074 | 12/2003 | Drafts of a graphic presentation regarding repository design options. These documents were prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 21 | 31 | | |
| 155 | 264 | HQR2190075 | HQR2190152 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing an option for SNF acceptance. These documents were prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the Department of Justice regarding the SNF litigation.®AW attorney: DOE-OGC. | DP, AC, AW | Milner 11/10/2005 Aff III 33 | 71 | 5/14/06 (redacted) | |
| 156 | 265 | HQR2200001 | HQR2200012 | 12/2003 | Two versions of draft memorandum that prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 36 | 44 | | |
| 157 | 266 | HQR2200013 | HQR2200013 | 12/2003 | Handwritten draft outline for a memorandum analyzing the potential effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/2006 | |
| 158 | 267 | HQR2210001 | HQR2210001 | 12/2003 | E-mail regarding an internal memorandum analyzing the effect of an option for SNF acceptance. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/2006 | |
| 159 | 268 | HQR2210002 | HQR2210013 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.® | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 54 | 5/14/06 (redacted) | |
| 160 | 269 | HQR2220001 | HQR2220004 | 12/2003 | Series of e-mails and draft internal memorandum entitled "Yucca project expectations" regarding the effect of an option for SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 40 | 70 | 5/14/2006 | |
| 161 | 270 | HQR2220005 | HQR2220010 | 12/2003 | Series of e-mails and internal memoranda analyzing methods for increasing efficiency and DOE's reducing costs in SNF acceptance for purposes of budget requests. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/2006 | |
| 162 | 271 | HQR2220011 | HQR2220026 | 12/2003 | Internal check lists and draft spread sheets analyzing the costs of various options relating to Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 32 | 62 | | |
| 163 | 272 | HQR2220027 | HQR2220042 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. Also includes discussions of communications with Department of Justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/06 (redacted) | |
| 164 | 273 | HQR2230001 | HQR2230007 | 12/2003 | E-mail re: white paper support for cost and schedule reduction and draft of an internal check list entitled "Yucca Mountain potential cost savings analysis" dealing with the pros and cons of various concepts relating to the construction and operation of a repository. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. A portion of this document is substantially similar to a portion of the documents bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 32 | 62 | | |
| 165 | 274 | HQR2230008 | HQR2230015 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications with the Department of Justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC | DP, AC, AW | Milner 11/10/2005 Aff III 33 | 71 | 5/14/06 (redacted) | |

Table of Challenges

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 166 | 275 | HQR2240001 | HQR2240002 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between the Department of Justice and DOE regarding the SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/06 (redacted) | |
| 167 | 276 | HQR2250001 | HQR2250001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document also discusses communications between the Department of Justice and DOE regarding the SNF litigation.®AW attorney: DOE-OGC® | AC, AW, DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/06 (redacted) | |
| 168 | 277 | HQR2260001 | HQR2260005 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications with the Department of Justice attorneys regarding SNF litigation.®AW attorney: DOE-OGC.® | AC, AW, DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/06 (redacted) | |
| 169 | 278 | HQR2270001 | HQR2270016 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/2006 | 703 |
| 170 | 279 | HQR2280001 | HQR2280001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/2006 | |
| 171 | 280 | HQR2290001 | HQR2290001 | 12/2003 | E-mail regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document also discusses communications between DOE and the Department of Justice.®AW attorney: DOE-OGC.® | AC, AW, DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/2006 (redacted) | |
| 172 | 281 | HQR2300001 | HQR2300008 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits of an option for SNF acceptance ay Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the Department of Justice relating to the SNF litigation.®AW attorney: DOE-OGC. | AC, AW, DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/2006 (redacted) | |
| 173 | 282 | HQR2310001 | HQR2310001 | 12/2003 | Series of e-mails regarding an internal memorandum analyzing the costs and benefits to DOE of an option for SNF acceptance at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. These documents also discuss communications between DOE and the Department of Justice regarding the SNF litigation. | AC, AW, DP | Milner 11/10/2005 Aff III 33 | 71 | 5/14/06 (redacted) | |
| 174 | 283 | HQR2320001 | HQR2320018 | 12/2003 | Draft memoranda discussing the costs and benefits of an option for receipt and emplacement of SNF at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 39 | 69 | 5/14/2006 | |
| 175 | 284 | HQR2330001 | HQR2330003 | 12/2003 | E-mail re: brainstorming session and attached draft spreadsheet analyzing the costs of various options relating to Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 19 | 59 | 5/14/2006 | |
| 176 | 287 | HQR2360001 | HQR2360012 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 54 | 5/14/2006 | |
| 177 | 288 | HQR2360013 | HQR2360029 | 12/2003 | Copies of slides that were used for a graphic presentation for group discussion of options regarding the design and operation of a repository at Yucca Mountain and the effect of those options. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. They are substantially similar to portions of the documents bates numbered HQR250 1157-1232, 1246-1272, 1335-1696, which were the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.® | DP | Milner 11/10/2005 Aff III 11 | 51 | 4/26/2006 | |

12

# Table of Challenges

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 178 | 290 | HQR2360038 | HQR2360055 | 12/2003 | Draft memorandum entitled "Yucca Mountain business case" under legal review and prepared for Dr. Margaret s.Y. Chu, Director of the OCRWM, to present to Under Secretary of Energy Robert Card discussing the policy justification and cost implications of increasing DOE's FY 2003 budget request for the repository at Yucca Mountain. This document was prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflects DOE's policy deliberations in the budgetary process. This document is substantially similar to the document bates numbered HQR250 1711-1733 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege.®AW attorney: DOE-OGC.®® | AC, AW, DP | Milner 11/10/2005 Aff III 14 | 54 | 5/14/2006 | |
| 179 | 291 | HQR2500001 | HQR2500020 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of portion of draft presentation to Under Secretary Card regarding legislative proposals for OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 other than FY2003 III 3 | 72 | | |
| 180 | 292 | HQR2500021 | HQR2500025 | 1/13/03 Email Priv Log | E-mail forwarding practice questions and answers for briefing to OMB pertaining to RW's FY02 budget; questions and answers prepared as part of budgetary process and briefing for OMB; reveals deliberative process in preparation of budget and in the budgetary process. | DP | Milner 6/13/03 other than FY2003 III 1 | 47 | | |
| 181 | 293 | HQR2500026 | HQR2500028 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding e-mail from Kim, D., regarding request from OMB for briefing with description of potential subjects to be discussed; prepared as part of the deliberative process to assist Director, OCRWM, to prepare for briefing of OMB; reveals deliberative process in preparation of budget and in the budgetary process. | DP | Milner 6/13/03 other than FY2003 III 2 | 48 | | |
| 182 | 294 | HQR2500031 | HQR2500043 | 1/13/03 Email Priv Log | E-mail forwarding most recent version of draft presentation to OMB to be made by M. Chu (OCRWM); reveals deliberative process in preparation of budget and in the budgetary process. | DP | Milner 6/13/03 Aff for FY'03 IV 1 | 49 | | |
| 183 | 295 | HQR2500044 | HQR2500062 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of portion of draft presentation to Under Secretary Card regarding legislative proposals for OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 other than FY2003 III 3 | 72 | | |
| 184 | 296 | HQR2500063 | HQR2500076 | 1/13/03 Email Priv Log | E-mail forwarding most recent version of draft presentation to OMB to be made by M. Chu (OCRWM); reveals deliberative process in preparation of budget and in the budgetary process. | DP | Milner 6/13/03 Aff for FY'03 IV 1 | 49 | | |
| 185 | 297 | HQR2500168 | HQR2500180 | 1/13/03 Email Priv Log | E-mail forwarding draft whitepaper regarding legislative proposals and initiatives that could be undertaken by OCRWM; whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budge requests for OCRWM. | DP | Milner 6/13/03 other than FY2003 III 3 | 72 | | |
| 186 | 298 | HQR2500170 | HQR2500171 | 1/13/03 Email Priv Log | see above, part of larger range | DP | Milner 6/13/03 Aff for FY'03 IV 1 | 72 | | |
| 187 | 302 | HQR2500218 | HQR2500225 | 1/13/03 Email Priv Log | E-mail forwarding draft memorandum to Under Secretary Moniz concerning storage of DOE-owned SNF at Ineel; memorandum contains recommendations, was prepared as part of the deliberative process and reveals the deliberations of DOE on issue; draft memorandum is a version of document described at HQR0950014-0025 in the July 5, 2002, privilege log which was subject to Motion to Compel by Utility Plaintiffs; the motion was denied in its entirety by Order of Judge Sypolt dated October 9, 2002. | DP | Milner 6/13/03 other than FY2003 III 7 | 23 | | |
| 188 | 303 | HQR2500226 | | 1/13/03 Email Priv Log | E-mail regarding OCRWM activities and budget requirements for FY 2001; document contains information and provides recommendations regarding DOE's budget request and reveals deliberative process in reparation of budget and in the budgetary process. | DP | Milner 6/13/03 other than FY2003 III 6 | 74 | | |
| 189 | 304 | HQR2500227 | HQR2500234 | 1/13/03 Email Priv Log | E-mail forwarding draft memorandum to Under Secretary Moniz concerning storage of DOE-owned SNF at Ineel; memorandum contains recommendations, was prepared as part of the deliberative process and reveals the deliberations of DOE on issue; draft memorandum is a version of document described at HQR0950014-0025 in the July 5, 2002, privilege log which was subject to Motion to Compel by Utility Plaintiffs; the motion was denied in its entirety by Order of Judge Sypolt dated October 9, 2002. | DP | Milner 6/13/03 other than FY2003 III 7 | 23 | | |
| 190 | 305 | HQR2500235 | HQR2500239 | 1/13/03 Email Priv Log | E-mail providing information ot Under Secretary Card about regarding audit by DOE Inspec | DP | Milner 6/13/03 other than FY2003 III 13 | 82 | | |
| 191 | 306 | HQR2500240 | HQR2500246 | 1/13/03 Email Priv Log | Email discussing and forwarding the attached mark-up of draft IG report regarding investigation of Yucca Mountain surface facilities; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's Investigatory Process; also withheld under the deliberative process privilege. | DP, OT | Friedman 6/10/03 All a. | 11 | | |
| 192 | 307 | HQR2500247 | HQR2500260 | 1/13/03 Email Priv Log | E-mail providing information and proposed response to report from Office of the Inspector General in response to request from Under Secretary Card's staff; withheld under the deliberative process privilege because e-mail contains information and recommendations regarding proposed response to report. | DP | Milner 6/13/03 other than FY2003 III 13 | 82 | | |
| 193 | 308 | HQR2500251 | HQR2500257 | 1/13/03 Email Priv Log | Email forwarding attached mark-up of draft IG report, regarding investigation of Yucca Mountain surface facilities; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's Investigatory Process; also withheld under the deliberative process privilege because the document represents proposed response from OCRWM to IG report. | DP | Friedman 6/10/03 All a. | 11 | | |
| 194 | 309 | HQR2500261 | HQR2500265 | 1/13/2003 Email Priv Log | Email forwarding questions from the Office of Inspector General in connection with audit conducted by DOE-IG; e-mail contains draft responses to questions; withheld as privileged under investigatory files privilege to protect the integrity of the inspector. | DP | Friedman 6/10/03 All b. | 12 | | |
| 195 | 310 | HQR2500266 | HQR2500359 | 1/13/03 Email Priv Log | E-mail forwarding draft responses to questions from the Office of Inspector General in connection with audit conducted by DOE-IG; withheld as privileged under investigatory files privilege to protect the integrity of the Inspector General's investigatory process. | DP | Milner 6/13/03 other than FY2003, III 13 Milner 11/10/05 Aff | 82 | | |
| 196 | 311 | HQR2500400 | HQR2500400A | 1/13/03 Email Priv Log | 2 copies of email forwarding electronic version of draft answers and updates to congressional questions regarding OCRWM's FY03 budget; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP | Milner 6/13/03 Aff for FY'03 IV 15 | 55 | 5/14/2006 | |
| 197 | 312 | HQR2500407 | HQR2500421 | 1/13/03 Email Priv Log | 2 copies of email forwarding electronic version of draft answers and updates to congressional questions regarding OCRWM's FY03 budget; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP | Milner 6/13/03 other than FY2003 III 8 | 75 | | |

## Table of Challenges

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 198 | 313 | HQR2500424 | HQR2500439 | 1/13/03 Email Priv Log | Email forwarding information and analysis conducted for input to presentation to Under Secretary Card regarding waste acceptance rates and system costs; presentation prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 15 | 55 | 5/14/2006 | 675 |
| 199 | 314 | HQR2500440 | HQR2500445 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding electronic version of draft comments written in preparation for congressional testimony by department official; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP | Milner 6/13/03 other than FY2003 III 8 | 75 | | |
| 200 | 315 | HQR2500446 | HQR250510 | 1/13/03 Email Priv Log | E-mail forwarding attached notes of meeting with Under Secretary Card, held on February 27, 2002, regarding status of repository and other issues; notes contain description of questions asked by Under Secretary Card and assignments given; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 7 | 65 | | |
| 201 | 316 | HQR2500511 | HQR2500511.6 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of proposed responses to post hearing questions from March 6 hearing, in which Secretary Abraham testified before the House Water Development Appropriates Subcommittee; draft responses prepared for consideration by the Secretary as part of deliberative process revealing consideration of policy and/or budgetary matters by the Department. | DP | Milner 6/13/03 other than FY2003 III 8 | 76 | | |
| 202 | 317 | HQR2500512 | HQR2500558 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 7 | 65 | | |
| 203 | 318 | HQR2500559 | HQR25000563 | 1/13/03 Email Priv Log | E-mail regarding revisions to list and forwarding revised list of questions and issues to be addressed by OCRWM in response to Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 7 | 65 | | |
| 204 | 319 | HQR2500565 | HQR2500609 | 1/13/03 Email Priv Log | E-mail discussing and forwarding electronic version of draft answer to questions posed by congressional office in advance of and in preparation for congressional testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary matters affecting program. | DP | Milner 6/13/03 other than FY2003 III 8 | 77 | 5/14/2006 | |
| 205 | 320 | HQR2500610 | | 1/13/03 Email Priv Log | E-mail regarding suggested input to whitepaper prepared for Under Secretary Card regarding acceptance rates and system costs; whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 8 | 66 | 5/14/2006 | |
| 206 | 321 | HQR2500611 | HQR2500623 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding electronic version of draft answers to congressional questions resulting from testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to congress regarding policy budgetary matters affecting program; e-mail also describes issue to be discussed with DOJ in connection with Litigation, prior to providing response. | DP | Milner 6/13/03 other than FY2003 III 8 | 77 | | |
| 207 | 322 | HQR2500624 | HQR2500645 | 1/13/03 Email Priv Log | E-mail forwarding attached analyses for input to presentation to Under Secretary Card regarding acceptance rates and system costs in operation of the waste management system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY2003, 1V 15 Milner 11/10/05 Aff | 55 | 5/14/2006 | 676 |
| 208 | 323 | HQR2500646 | HQR2500654 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 7 | 65 | 5/14/2006 | |
| 209 | 324 | HQR2500655 | HQR2500656 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of draft answers to Congressional Questions resulting from testimony by L. Barrett, OCRWM; document reveals deliberations of DOE regarding proper response to Congress regarding policy and budgetary maters affecting program. | DP | Milner 6/13/03 other than FY2003 III 8 | 77 | 5/14/2006 | |
| 210 | 326 | HQR2500661 | HQR2500790 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 1V 7 | 65 | 5/14/2006 | |
| 211 | 327 | HQR2500791 | HQR2500911 | 1/13/03 Email Priv Log | Email requesting information and analysis for attached draft presentation to undersecretary Card regarding OCRWM FY03 budget strategy; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 9 | 43 | 5/14/2006 | |
| 212 | 328 | HQR2500912 | HQR2500915 | 1/13/03 Email Priv Log | Exchange of emails regarding information to be gathered and analysis to be conducted for input to presentation to Under Secretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 10 | 53 | 4/26/2006 | |
| 213 | 329 | HQR2500916 | HQR2500976 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of presentation to Under Secretary Card regarding OCRWM budget strategy for FY03; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 9 | 43 | | |
| 214 | 330 | HQR2500977 | HQR2500980 | 1/13/03 Email Priv Log | 2 e-mails forwarding page from draft presentation to Under Secretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 for FY2003, IV 11 Milner 11/10/05 Aff | 53 | 4/26/2006 5/14/2006 | |
| 215 | 331 | HQR2500981 | HQR2500981.45 | 1/13/03 Email Priv Log | E-mail forwarding information gathered in response to questions and issues raised by Under Secretary Card regarding the operation of the waste management system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 5 | 37 | | |
| 216 | 333 | HQR2501051 | HQR2501053 | 1/13/03 Email Priv Log | E-mail with attached notes of 4/19/02 budget meeting with Under Secretary Card; prepared as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 12 | 50 | 5/14/2006 | |
| 217 | 334 | HQR2501054 | HQR2501119 | 1/13/03 Email Priv Log | Six copies of e-mail forwarding attached whitepaper regarding acceptance rates and system costs (originally forwarded to E. Benz on 4/23/02, by W. Stroupe); whitepaper prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 15 | 55 | 5/14/2006 | 677 |
| 218 | 335 | HQR2501120 | HQR2501123 | 1/13/03 Email Priv Log | E-mail inquiring about status of analysis and information requested for input to presentation to Under Secretary Card; sent in response to e-mail forwarding attached information and analysis conducted for input to presentation to Under Secretary Card regarding OCRWM transportation and waste acceptance system; analysis prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 13 | 61 | 5/14/2006 | |

14

## Table of Challenges

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 219 | 336 | HQR2501124 | HQR2501134 | 1/13/03 Email Priv Log | 5 copies of e-mail requesting status of updated on attached list of questions and issues to be addressed by OCRWM in response to Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 7 | 65 | 5/14/2006 | |
| 220 | 337 | HQR2501135 | HQR2501137 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Under Secretary Card; prepared in response to questions and issues raised as revealing consideration of policy and/or budgetary matters by the department. | DP | Milner 6/13/03 Aff for FY'03 IV 13 | 58 | | |
| 221 | 338 | HQR2501140 | HQR2501156 | 1/13/03 Email Priv Log | 4 copies of e-mail forwarding information and analysis conducted for input to presentation to Under Secretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 14 | 60 | | |
| 222 | 339 | HQR2501157 | HQR2501232 | 1/13/03 Email Priv Log | E-mail forwarding electronic version of draft presentation to Under Secretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 for FY2003, IV 4 Milner 11/10/05 Aff | 51 | 4/26/2006 | |
| 223 | 340 | HQR2501233 | HQR2501235 | 1/13/03 Email Priv Log | E-mail providing additional information for input to presentation to Under Secretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 14 | 60 | 5/14/2006 | |
| 224 | 341 | HQR2501236 | HQR2501236 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding attached whitepaper presenting information and analysis regarding acceptance rates and system costs for Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist Foe in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 for FY2003, IV 3 Milner 11/10/05 Aff | 56 | 5/14/2006 | |
| 225 | 342 | HQR2501246 | HQR2501272 | 1/13/03 Email Priv Log | E-mail suggesting revisions to draft presentation sent in response to e-mail forwarding attached electronic version of draft presentation to Under Secretary Card regarding OCRWM FY03 budget requirements; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 for FY2003, IV 9 Milner 11/10/05 Aff | 54 | | |
| 226 | 343 | HQR2501273 | HQR2501326 | 1/13/03 Email Priv Log | 2 copies of e-mail responding to previous e-mail regarding question on draft presentation; also forwarding electronic version f draft presentation to Under Secretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 1 | 51 | 4/26/2006 | |
| 227 | 344 | HQR2501327 | HQR2501334 | 1/13/03 Email Priv Log | 2 copies of e-mail regarding data provided in previous e-mail; previous e-mail forwarded proposed answers to questions raised about presentation to Under Secretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 for FY2003, IV 3 Milner 11/10/05 Aff | 52 | 4/26/2006 | |
| 228 | 345 | HQR2501335 | HQR2501470 | 1/13/03 Email Priv Log | 2 copies of e-mail forwarding electronic version of draft presentation to Under Secretary Card regarding acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 for FY2003, IV 1 Milner 11/10/05 Aff | 51 | 4/26/2006 | |
| 229 | 346 | HQR2501471 | HQR2501696 | 1/13/03 Email Priv Log | E-mail providing comments on attached draft presentations; e-mail forwarding electronic version of draft presentation to Under Secretary Card regarding OCRWM transportation and waste acceptance system; prepared in response to questions and issues raised as part of the deliberative proves to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff+H175 for FY2003, IV 4 Milner 11/10/05 Aff | 64 | 5/14/2006 | |
| 230 | 347 | HQR2501697 | | 1/13/03 Email Priv Log | E-mail forwarding information and analysis conducted for input t presentation to Under Secretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 14 | 60 | 5/14/2006 | 679 |
| 231 | 348 | HQR2501698 | HQR2501705 | 1/13/03 Email Priv Log | 3 copies of e-mail forwarding revised list of questions and issues to be addressed by OCRWM in response to Under Secretary Card; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM.. | DP | Milner 6/13/03 Aff for FY'03 IV 7 | 65 | 5/14/2006 | |
| 232 | 349 | HQR2501706 | HQR2501710 | 1/13/03 Email Priv Log | E-mail forwarding information and analysis conducted for input t presentation to Under Secretary Card regarding waste acceptance rates and system costs; prepared in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY2003, IV 14 Milner 11/10/05 Aff | 60 | 5/14/2006 | |
| 233 | 350 | HQR2501711 | HQR2501733 | 1/13/03 Email Priv Log | E-mail message containing directions provided by R. Shullis, DOJ, regarding collection of responsive documents in DNF cases; email forwarding information and analysis requested by Under Secretary Card regarding waste acceptance rates and system costs; information gathered in response to questions and issues raised as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM. | DP | Milner 6/13/03 Aff for FY'03 IV 6 | 54 | 5/14/06 (redacted) | 704 |
| 234 | 351 | HQR2502017 | HQR2502080 | 1/13/03 Email Priv Log | E-mail forwarding attachment containing information regarding waste management system; provided to the office of the Secretary in response to requests from the office of the Secretary for such information in support of the formulation of the site recommendation for Yucca Mountain; information prepared of gathered as part of the deliberative process to assist the Secretary in making a site recommendation for Yucca Mountain. | DP | Milner 6/13/03 other than FY2003 III 9 | 79 | | |
| 235 | 353 | HQR2502100 | HQR2502101 | 1/13/03 Email Priv Log | E-mail providing information and forwarding draft response to questions from Congress; draft response reveals deliberations of DOE regarding how to respond to Congress regarding policy and budgetary matters affecting program. | DP | Milner 6/13/03 other than FY2003 III 11 | 80 | | |
| 236 | 354 | HQR2502102 | HQR2502102 | 1/13/03 Email Priv Log | E-mail discussing possible legislative changes for OCRWM; provided in response to request for information for DOE-OGC and the office of the Secretary document reveals deliberations of DOE regarding possible legislative changes necessary for the program. | DP | Milner 6/13/03 other than FY2003 III 3 | 72 | | |
| 237 | 355 | HQR2502103 | HQR2502115 | 1/13/03 Email Priv Log | E-mail forwarding attached briefing to be included in Secretary's briefing book regarding OCRWM, upcoming site recommendation and budget issues, provided to the Secretary to assist the Secretary in making a site recommendation for Yucca Mountain and formulating budget requests for OCRWM. | DP | Milner 6/13/03 other than FY2003 III 12 | 81 | | |
| 238 | 356 | HQR2540001 | HQR2540083 | 12/2003 | Drafts of an internal memorandum, drafts for graphic presentation, and other notes analyzing the costs and benefits of DOE's FY 2003 budget request and its effect upon the repository at Yucca Mountain. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy regarding DOE's fiscal year 2003 budget request which was ultimately submitted to the office of management and budget ("OMB") and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 30 | 41 | | |

15

# Table of Challenges

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 239 | 357 | HQR2580544 | HQR2580549 | 12/2003 | Copy of e-mail forwarding draft responses to questions from the office of inspector general in connection with audit conducted by DOE-IG; withheld as privileged under the deliberative process privilege because it reflects proposed response from OCRWM to Ig report; same document as HQR250 0280-0297 which was subject of court's August 25, 2003, order upholding the government's assertion of deliberative process. | DP | Milner 11/10/2005 Aff III 6 | 82 | | |
| 240 | 358 | HQR2580550 | HQR2580555 | 12/2003 | E-mail forwarding draft responses to questions from the office of inspector general in connection with audit conducted by DOE-IG; withheld as privileged under the deliberative process privilege because it reflects proposed response from OCRWM to Ig report; same document as HQR250 0298-0304 which was subject of court's August 25, 2003, order upholding the government's assertion of deliberative process. | DP | Milner 11/10/2005 Aff III 6 | 82 | | |
| 241 | 359 | HQR2580556 | HQR2580562 | 12/2003 | E-mail forwarding draft responses to questions from the office of inspector general in connection with audit conducted by DOE-IG; withheld as privileged under the deliberative process privilege because it reflects proposed response from OCRWM to Ig report; same document as HQR250 0298-0304 which was subject of court's August 25, 2003, order upholding the government's assertion of deliberative process. | DP | Milner 11/10/2005 Aff III 6 | 82 | | |
| 242 | 360 | HQR2640021 | HQR2640040 | 5/2004 | Presentation titled, "impacts of accelerated waste acceptance;" presentation provides information requested by Under Secretary Card in connection with consideration of decisions to be made in connection with waste acceptance. An earlier version of this document is numbered at HQR250 0977-0980 which was the subject of the court's August 25, 2003, ruling upholding the government's assertion of privilege. A duplicate version of this document appears at CTR174 0004-0030. | DP | Milner 11/10/2005 Aff III 13 | 53 | 4/26/2006 | |
| 243 | 361 | HQR2640041 | HQR2640085 | 5/2004 | Presentation titled, "RW waste acceptance analyses;" presentation made to Under Secretary Card at his request; information and recommendations made to the Under Secretary in deliberations regarding how to proceed on decisions regarding waste acceptance | DP | Milner 11/10/2005 Aff III 17 | 57 | 5/14/2006 | 681 |
| 244 | 362 | HQR2640086 | HQR2640099 | 5/2004 | Presentation to Under Secretary Card regarding program strategy, waste acceptance and transportation; materials provide recommendations to the Under Secretary regarding decisions to be made in areas of transportation, waste acceptance, and submission of license application. | DP | Milner 11/10/2005 Aff III 27 | 35 | 5/14/2006 | |
| 245 | 363 | HQR2890012 | HQR2890015 | 5/2004 | Three copies of a draft white paper titled "evaluation of alternative waste acceptance scenarios." this document was prepared in the process of formulating a recommendation to Under Secretary Card regarding waste acceptance scenarios; the information was conveyed in the presentation set forth on the log at HQR289 0138-0183. | DP | Milner 11/10/2005 Aff III 18 | 58 | 5/14/2006 | 683 |
| 246 | 364 | HQR2890016 | HQR2890033 | 5/2004 | Notes, draft white paper, and tables regarding alternatives for waste acceptance and a model for analyzing alternatives. These documents were prepared in the process of formulating a recommendation to Under Secretary Card regarding waste acceptance scenarios. The information was conveyed in a presentation set forth at HQR289 0138-0183. | DP | Milner 11/10/2005 Aff III 18 | 58 | 5/14/2006 | 658 |
| 247 | 365 | HQR2890034 | HQR2890137 | 5/2004 | Notes, slides, tables, and draft white paper regarding alternatives for waste acceptance. These documents were prepared in the process of formulating a recommendation to Under Secretary Card regarding waste acceptance scenarios. The information was conveyed in the presentation set forth at HQR289 0138-0183. | DP | Milner 11/10/2005 Aff III 18 | 58 | 5/14/2006 | |
| 248 | 366 | HQR2890138 | HQR2890183 | 5/2004 | Three copies of presentation titled, "RW waste acceptance analyses;" marked "predecisional, preliminary draft;" presented to Under Secretary Card, Dr. Chu, and T. Garrish; this presentation includes information and recommendations requested by Card, Chu, and Garrish regarding possible waste acceptance scenarios to be followed by DOE when waste acceptance begins in 2010 and reflects DOE's policy deliberations. | DP | Milner 11/10/2005 Aff III 17 | 57. 58 | 5/14/2006 | 710 |
| 249 | 367 | HQR2890184 | HQR2890198 | 5/2004 | Draft presentation titled "proposed approach to initiating modifications to the utility disposal contracts." this document was prepared at the request of Under Secretary Card, provides recommendations regarding modifications to the standard contract, and reflects deliberations regarding those modifications. | DP | Milner 11/10/2005 Aff III 28 | 36, 58 | | |
| 250 | 368 | HQR2890199 | HQR2890200 | 5/2004 | Draft memorandum regarding the resumption of disposal contract scheduling process. This document was prepared for Under Secretary Card and Dr. Chu, provides recommendations regarding how to restart scheduling process for 2010 acceptance, and reflects deliberations regarding that process. The document bears the legend, "prepared at the direction of an attorney."®AC attorney: J. Taylor (DOE-OGC) | DP, AC | Milner 11/10/2005 Aff III 7 | 29 | | |
| 251 | 369 | HQR2890201 | HQR2890240 | 5/2004 | Various drafts of a presentation titled, "proposed approach to initiating modifications to the utility disposal contracts;" presentation was prepared at the request of Under Secretary Card, provides recommendations regarding possible modifications to the standard contract, and reflects deliberations regarding those modifications. | DP | Milner 11/10/2005 Aff III 28 | 36 | | |
| 252 | 370 | HQR2930031 | HQR2930044 | 5/2004 | OCRWM presentation titled "FY 2005 OMB review budget;" this presentation reflects the DOE's deliberations regarding the budget request which it prepared for submission to the office of management and budget (OMB). | DP | Milner 11/10/2005 Aff III 25 | 33 | | |
| 253 | 371 | HQR2950001 | HQR2950003 | 5/2004 | Notes from meeting with the Under Secretary reflecting analysis requested by the Under Secretary including advice sought for budget submittals; redacted document to be released. | DP | Milner 11/10/2005 Aff III 22 | 33 | | |
| 254 | 372 | HQR3010001 | HQR3010009 | 5/2004 | E-mail forwarding attached draft report to the Secretary of Energy regarding the inspector general's audit of the licensing support network; document was prepared as part of an ongoing audit by the DOE-IG and reflects analysis and recommendations by the DOE-IG to the Secretary. | DP | Milner 11/10/2005 Aff III 8 | 30 | | |
| 255 | 373 | HQR3030001 | HQR3030009 | 5/2004 | Memo forwarding attached white paper regarding need to replan budget for FY2003 due to extended continuing resolution. This document was requested by and provided to Dr. Chu, provides recommendations, and forms part of the deliberative process regarding budget matters. | DP | Milner 11/10/2005 Aff III 24 | 39 (Milner)<br>10 (Friedman) | | |
| 256 | 374 | HQR3030010 | HQR3030021 | 5/2004 | Presentation regarding need to replan budget for FY2003 due to extended continuing resolution. This document was requested by and provided to Dr. Chu, provides recommendations, and forms part of the deliberative process regarding budget matters. | DP | Milner 11/10/2005 Aff III 24 | 39 | | |
| 257 | 375 | HQR3030022 | HQR3030023 | 5/2004 | White paper regarding need to replan budget for FY2003 due to extended continuing resolution. This document was requested by and provided to Dr. Chu, provides recommendations, and forms part of the deliberative process regarding budget matters. | DP | Milner 11/10/2005 Aff III 24 | 39 | | |
| 258 | 376 | HQR3030024 | HQR3030027 | 5/2004 | White paper regarding need to replan budget for FY2003 due to extended continuing resolution. This document was requested by and provided to Dr. Chu, provides recommendations, and forms part of the deliberative process regarding budget matters. | DP | Milner 11/10/2005 Aff III 24 | 39 | | |
| 259 | 377 | HQR3060001 | HQR3060022 | 5/2004 | Memo to the Secretary regarding identification of a preferred rail corridor to Yucca Mountain; the memorandum reflects deliberations regarding the decision and recommendations of OCRWM personnel to the Secretary | DP | Milner 11/10/2005 Aff III 26 | 34 | | |
| 260 | 378 | HQR3080001 | HQR3080038 | 5/2004 | Draft copies of slides prepared for a graphic presentation regarding possible waste acceptance scenarios. The final presentation is set forth on the privilege log at HQR289 0138-0183. These slides reflect the deliberations of DOE personnel and form part of the deliberative process regarding policy decisions. ®®this document previously appeared on the log under entry HQR 266. | DP | Milner 11/10/2005 Aff III 17 | 57 | 5/14/2006 | 705 |

16

| NO. | REFNO | BEGNO | ENDNO | PRIV LOG | DESCRIPTION | PRIV CLAIM | AFFIDAVIT | FINAL AFFIDAVIT PARAGRAPH | ORDERED PRODUCED IN PG&E CASE | PG&E EXHIBIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 261 | 379 | HQR3080039 | HQR3080072 | 5/2004 | Copies of slides prepared for a draft graphic presentation regarding transportation options for a repository at Yucca Mountain. These slides reflect the recommendations of DOE personnel and form part of the deliberative process. A substantially similar version of this document appears at HQR 254 0056-0083, which was the subject of the court's August 25, 2003 ruling upholding the government's assertion of privilege.®®this document previously appeared on the log under entry HQR 266. | DP | Milner 11/10/2005 Aff III 17, III 30 | 57, 67 | | |
| 262 | 380 | HQR3080073 | HQR3080085 | 5/2004 | Graphs, tables, and a list of assumptions regarding receipt rates and cost impacts; prepared in response to questions and issues raised by Under Secretary Card as part of the deliberative process to assist DOE in making policy decisions in formulating budget requests for OCRWM.®®this document previously appeared on the log under entry HQR 266. | DP | Milner 11/10/2005 Aff III 13 | 53 | 4/26/2006 | |
| 263 | 381 | HQR3130001 | HQR3130004 | 5/2004 | Graphs and tables regarding the effect of options regarding the rate of SNF acceptance. These documents were prepared in the process of formulating a recommendation for consideration by the Under Secretary of Energy and reflect DOE's policy deliberations in the budgetary process. | DP | Milner 11/10/2005 Aff III 29 | 32 | 5/14/2006 | |
| 264 | 382 | HQR3130004 | HQR3130022 | 5/2004 | Package of notes and draft agenda prepared in connection with briefing to Under Secretary Card regarding the design of a repository; the documents were prepared in the process of formulating a recommendation to Under Secretary Card regarding repository design and reflect DOE's deliberations regarding the design of the repository. | DP | Milner 11/10/2005 Aff III 29 | 32 | | |
| 265 | 383 | HQR3130023 | HQR3130096 | 5/2004 | Binder of drawings and other material prepared in connection with briefing to Under Secretary Card regarding the design of the repository; the documents were prepared in the process of formulating a recommendation to Under Secretary Card regarding repository design and reflect DOE's deliberations regarding the design of the repository. | DP | Milner 11/10/2005 Aff III 29 | 32 | | |
| 266 | 387 | HQR339 | HQR339 | 12/2004 | Draft action memorandum to the Secretary, prepared for Dr. Chu, Director, OCRWM, and to be reviewed by the Under Secretary, regarding the issuance of the 2004 ACR/APR and the DCS process; memorandum contains recommendations to the Secretary, reveals the deliberations of DOE regarding the issuance of the 2004 ACR/APR and the DCS process, and forms part of the deliberative process. | DP | Milner 11/10/2005 Aff III 7 | 29 | | |
| 267 | 388 | HQR339 | HQR339 | 12/2004 | Draft action memorandum to the Secretary, prepared for Dr. Chu, Director, OCRWM, and to be reviewed by the Under Secretary, regarding the issuance of the 2004 ACR/APR and the DCS process; memorandum contains recommendations to the Secretary, reveals the deliberations of DOE regarding the issuance of the 2004 ACR/APR and the DCS process, and forms part of the deliberative process. | DP | Milner 11/10/2005 Aff III 7 | 29 | | |
| 268 | 389 | HQR339 | HQR339 | 12/2004 | Draft of cover letter from contracting officer to contract holders to accompany 2004 ACR/APR; document reveals the deliberations of DOE regarding the issuance of the 2004 ACR/APR and forms part of the deliberative process. | DP | Milner 11/10/2005 Aff III 7 | 29 | | |
| 269 | 390 | HQR3420001 | HQR3420009 | 12/2004 | Draft action memorandum to the Secretary, prepared for Dr. Chu, Director, OCRWM, and to be reviewed by the Under Secretary, regarding the issuance of the 2004 ACR/APR and the DCS process; memorandum contains recommendations to the Secretary, reveals the deliberations of DOE regarding the issuance of the 2004 ACR/APR and the DCS process and forms part of the deliberative process. | DP | Milner 11/10/2005 Aff 7 | 29 | | |