# In the United States Court of Federal Claims

No. 04-106 C
(Filed: March 1, 2007)

*************************************
**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*************************************

**ORDER**

On February 28, 2007, Defendant filed a motion for leave to file documents under seal electronically as an appendix to Defendant's Response to Dairyland's Motion to Compel the Production of Documents Withheld Under the Deliberative Process and Attorney-Client Privileges.

Defendant's motion for leave is granted (Defendant must formally refile its response with the documents subject to the seal). Because the court has entered a protective order in this case, leave is hereby granted to the parties to file documents under seal henceforth without the necessity of seeking prior leave of the court.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge