# In the United States Court of Federal Claims

No. 04-106 C
(Filed: March 8, 2007)

*********************************************
**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
*********************************************

## ORDER

On January 23, 2007, Defendant filed a "Motion to Compel Deposition Testimony and the Production of Documents Improperly Withheld Upon the Basis of Privilege or Upon Doctrinal Grounds." Briefing on the motion was completed by the parties on February 23, 2007.

The Court hereby ORDERS Plaintiff to produce to the court for in-camera inspection the documents in question, Document Nos. 241, 246, 249, 250, 251, 252, 253, and 256 of Plaintiff's privilege log as well as two "clawed back" documents, identified in the filings on this motion per Bates numbers PLAC0689367 and PDPC0021072. In addition, to the extent Plaintiff has clawed back, or intends to claw back, the document identified per Bates numbers PLAC0052691-PLAC0052694, it shall also be produced to the court for in camera inspection.

One copy of the documents noted above shall be delivered to chambers on or before March 16, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge