# In the United States Court of Federal Claims

No. 04-106 C
(Filed: March 9, 2007)

**************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

## ORDER

On March 7, 2007, Defendant filed a "Motion for an Enlargement of Time," seeking 1) an enlargement of two weeks, to and including March 23, 2007, within which to complete its compliance with the Court's order of February 5, 2007, compelling certain discovery responses; and 2) an enlargement of one month, to and including April 30, 2007, for the parties to complete fact discovery.

Based foremost on Defendant's representation that it is "prepared to begin producing documents responsive to Dairyland's requests by the current deadline of March 9, 2007," and in light of the Court's liberal grant of Plaintiff's motion to compel despite Defendant's objection, among others, that Plaintiff's requests were overbroad, the Court hereby GRANTS Defendant's Motion for Enlargement to March 23, 2007. The Court trusts the parties will continue efforts in particular to narrow or otherwise focus Plaintiff's request for documents relating to the Global Nuclear Energy Partnership (GNEP), in response to Plaintiff's request No. 42, so as to minimize the volume of documents to be produced.

The Court further GRANTS Defendant's Motion to enlarge the deadline for fact discovery to April 30, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge