No. 04-106C
Chief Judge Damich

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

DAIRYLAND POWER COOPERATIVE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S MOTION TO COMPEL DEPOSITION TESTIMONY
IMPROPERLY WITHHELD UPON THE BASIS OF PRIVILEGE
OR UPON DOCTRINAL GROUNDS

---

APPENDIX

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, .D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

March 19, 2007

Attorneys for Defendant

**INDEX**


Document Page

Dairyland Power Cooperative v. United States, No. 04-0106C, Deposition of Charles V. Sans Crainte (January 30, 2007) . . . . . . . . . 1

Dairyland Power Cooperative v. United States, No. 04-0106C, Deposition of Keith Stubbendick (February 1, 2007) . . . . . . . . . 18

Letter from Kevin Stern (Greenbeg Traurig) to Russell A. Shultis, (Department of Justice) transmitting updated damages claim for Dairyland Power Cooperative v. United States, No. 04-0106C (February 13, 2007) . . . . . . . . . 136

Summary of Damages for Dairyland Power Cooperative v. United States, No. 04-0106C, (July 28, 2006) . . . . . . . . . 137

Revised Summary of Damages for Dairyland Power Cooperative v. United States, No. 04-0106C (February 12, 2007) . . . . . . . . . 138