specific plant locations.
Q For the decommissioning activity -- let's use the RPV as a specific example, for that project, is that project being allocated any of these 920 numbers?
A As far as I know, anybody that's working on the RPV project is using P7802 and 52008 as their account combinations.
Q But there isn't an attempt -- let me step back. You would agree that at any given time there's going to be numerous projects, let's limit it even to capital projects, that are ongoing at the various Dairyland plants, true?
A Yes.
Q There's -- is -- is it true then that, from an accounting perspective, Dairyland does not seek to then distribute the 920, these overhead costs, among the capital projects that are ongoing at any given time?
A Not per se that way. But there is a -- an adder that's allowed on our capital projects. It's also one we do on our billable projects where it's GNA rates, it's a nominal amount. And I can't recall the amount per -- per labor hour, I believe is what's assessed onto our capital projects that then flows into the depreciation base and everything that

way.
Q Is it an AFUDC or is it something --
A No. That's a financing rate. This is just purely a recognition that there is all of these type of admin costs, there's part of a property accountant's time, there's part of account payable clerk's time for processing, there's part of these different type of admin people that would have some part of an appropriately capitalizable cost of part of a -- of a work order --
Q But that --
A -- capital project.
Q Sorry. But that number is a fixed percent; in other words, it doesn't -- if Mr. Sans Crainte and his folks were to spend 90 percent of their time in a particular capital project in any given year, and then in the next year it was to only spend 10 percent on that same project, the percent that's still getting passed through and ultimately capitalized is the same year to year?
A The rate changes from one year to the next based on a nominal increase of what our average wage rate is increasing because that's the main driver of what that component of that cost is. But there would not be a change in that rate purely because of a senior

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

staff involvement more or less one year to the next.
Q The only change then it's -- it's a statutory or
regulatory rate, is that right?
A No, it's neither. It's one that's allowed as part
of an appropriate total cost of a self-constructed
asset. We're very involved with capital projects
because of the nature of the utility industry being
very capital intensive. So there are different
components at the plants where there are these
capital projects that are incurred. It's just a way
to be able to appropriately add in that element of
cost to that final project cost, which then is
depreciated. It is also what's available for loan
funds, that type of thing.
Q When you say appropriate, appropriate by whose
measure, whose standard?
A Typical cost accounting and whatever. But it's just
that there's a GNA rate allowed in the RUS capital
projects guidelines that there would be, you know,
it -- probably has a reference of including whatever
GNA adder or something like that. And it's pretty
much at the discretion of the individual company
then that way as far as how it's derived.
Q At the risk of sounding stupid or naive, would this
be GAP? Is this generally accepted accounting

practices? Is that what you're implying?
A Well, I'm just saying it's a basic concept of accounting principles. And it would be supported by any kind of GAP reporting that way.
Q For noncapital projects, for instance, operations and maintenance, that there is not a separate percentage then that would be applicable to the 920?
A We do nothing that way as far as any kind of internal allocation.
Q Do you know if the way Dairyland -- let me ask this: You've been in the utility industry for how long?
A 20 years.
Q Are you familiar -- have you had any occasion to talk to folks, accountants at other facilities, other utilities?
A Yes.
Q Do you know if what Dairyland does with respect to the 920 is more -- is sort of the norm or is it different? And I guess if it's different, I'd be interested to know why it's different. So it's a compound question, I'll throw out my own objection.
MR. STERN: Object to the form, compound, also vague.
A Dairyland as a generation and transmission cooperative is kind of a subset of the utility field

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

in that cooperatives aren't the same as typical investor-owned utilities. As a result, we have -- there are similar Dairyland type of companies across the country that are generation and transmission cooperatives. RUS is the regulatory body for all of us that way as far as prescribing our reporting format, that type of a thing. And I have counterparts in those other utilities that are similar to Dairyland like that. And there -- they, again, probably one company to the next will do things within the latitude that is allowed them for RUS as far as how they apply GNA or whatever like that. But I know -- I don't say, I don't know. But for the most part GNA adders for capital projects is a very common practice for them. How they exactly calculate it, that I wouldn't know, but --

MR. EKMAN: Can we just take one second so I could figure out what I need to ask based upon his previous answers? Just give me two minutes. I think it's too early for a break, otherwise I'd take one 11:09. AM.

(A break was taken at 11:09 a.m. The deposition resumed at 11:14 a.m. Exhibit Number 5 was marked for identification.)

Q (Mr. Ekman, continuing) Mr. Stubbendick, you've been

handed Exhibit 5, which is a document entitled Summary of Damages, Dairyland Power Cooperative v. United States. You can see that this document was created also in the July 28, 2006 time frame. Have you seen this document before?

A Yes.

Q When did you see it?

A I recognize this as being part of the initial disclosure supplied to the Department of Justice.

Q Do you know who prepared this document?

A It was compiled by -- in this format by Greenberg Traurig.

Q Did you provide the underlying accounting information that goes into this document?

A The SAFSTOR documentation that we just went through was that page -- those nine pages and that type of thing, yes.

Q And you can see that if you look at SAFSTOR, those numbers, based upon our brief discussion, appear to be tie through back to Exhibit -- what is it, Exhibit 2?

MS. FLINN: 2.

A Yes.

Q (Mr. Ekman, continuing) All right. Now, there are two other categories here under SAFSTOR. One is

called generation support and management. And one is called corporate support services. Do you see that?

A Yes.

Q What is generation support and management?

A These are both categories that come out of the Core Business Model that are identified as being of a GNA or overhead type of nature for the -- the result of the unbundling of the rates to the power supply, the transmission and whatever out of -- out of the Core Business Model.

Q Why are these included in the damage claim?

A This was a reflection as a placeholder to include a cost for those type of GNA expenses as they relate to the costs that have been incurred for SAFSTOR, because in the Core Business Model, again, as I represented, the LACBWR costs are isolated to the rate holders because those are a potential strand cost item. And in a manner that is trying to reflect an adder, a component that is beyond just the raw LACBWR costs that are part of that stranded cost impact that we are able to identify what that component of the rate would be for LACBWR.

Q Outside of this -- let me ask this: You mention that there is a GNA adder to capital projects.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A Uh-huh.
Q In your normal business you do not add -- have a GNA adder for SAFSTOR?
A We do not have a GNA anywhere other than for capital projects or billable projects on a limited basis.
Q And other than the purposes identified for the Core Business Model, is it also true that you don't allocate those costs to LACBWR SAFSTOR?
A We do not do those outside of Core Business Model.
Q You've talked about LACBWR being a stranded cost. What does that mean?
A That's a term that was -- again, it's an industry specific term that was first being discussed not just with LACBWR but with the whole concept of open access that a company could have incurred some kind of business unit or a facility or some type of a component of its business that may not be able to be recovered on a prospective basis if the change in the industry was such that the underlying base of customers did not remain the same. And so that was part of the development of the Core Business Model where there was this -- this whole unbundling of these components of costs, but needing to identify that the existing base of customers that we would have had at any given point had been the ones who

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

had enjoyed the benefits of the generation production from LACBWR when it was an operating facility. They also -- and this goes back to the cooperative philosophy. They also would then share in what that cost was having to bear the cost of that. And so they were getting charged that in their rate. If there was this open access whereas a date certain they would be able to get a different power supply provider, they would still be legally responsible as a member of the cooperative to bear that stranded cost of that LACBWR facility. And so it was an attempt to be able to identify what that cost was in the rate component that way so that if they did have an alternate power supplier, as I mentioned, it would only be the power supply component of the rate that they would be trading off. They would still have these other components of rates that they would need to still recover or be recovered from them.

Q And did you calculate the yearly generation support and management and corporate support services?

A It comes out of the Core Business Model.

Q Just directly?

A Yes.

Q So there's a Core Business Model for every year?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A Yes.
Q Do either of those categories include what -- at least what I've characterized as fixed costs?
MR. STERN: Object to the form.
A The fixed cost as we discussed them before with depreciation, interest, and taxes as they would relate to LACBWR, or taxes as they would relate to LACBWR are identified on a plant-by-plant basis for every facility.
Q (Mr. Ekman, continuing) What about, for instance, Mr. Sans Crainte's time?
A No, there would -- that part of the -- the -- his time would end up -- I'd have to look at the individual cost pool on that, but is part of -- I believe corporate support service is part of a senior staff member. But the generation support would be something similar to our environmental services group. It's a group primarily of engineers based out of the La Crosse administrative office. They service all of our power plants, transmission needs, if need be, that that is a -- an area whereas they do something specific to a facility, they would -- similar to the way we had described what Mike Brasel and others do, they direct charge the specific plant account at that plant facility,

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

whatever it would be. And then they would have the leftover, whatever you want to call it, that was the nonproject specific that would be part of their baseline activity that would roll into the overall remaining dollars that would be there for that function to be in the company. And so then it would be allocated between generation and transmission initially and then it was allocated between plants.
Q In the Core Business Model?
A In the Core Business Model.
Q Not as a matter of general accounting?
A Again, this is a limited application as far as what the Core Business Model is as far as determining it, but it's the one area where we do any kind of a review of that -- those generation support or corporate support type of services.
Q But Mr. Sans Crainte, again, to the extent he's not specifically charging his time, his would ultimately be in the pool that then gets distributed in the Core Business Model, correct?
A That is correct.
Q Do you know if there's time of Mr. Sans Crainte and Mr. Berg, for example, that's included in those two categories?
A Well, corporate support services would include any

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

of the admin type of functions that are not specific to any plant facility, so their time would be in that as well.

Q One of the plants in Exhibit 4 is called JPM. What does JPM stand for?

A It's initial for John P. Madgett. It's a coal fired unit at our Alma site, which is near Alma, Wisconsin.

Q And, again, among this list, just as an ordinary course of business, they do not typically receive the administrative and general costs?

A That is it, correct.

(Deposition Exhibit Number 6 was marked for identification.)

Q (Mr. Ekman, continuing) Mr. Stubbendick, Exhibit 6 is again from the Core Business Model of 1999, and should be four tabs. First is the employee count. The second is total labor. The third page should be total benefits. And the four should be total O&M. Is that correct?

A We're in a different order than what you just described, but O&M is ahead of benefits.

MS. FLINN: Just put them in the order.

MR. EKMAN: Let's flip.

(A discussion was held off the record.)

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q (Mr. Ekman, continuing) Let's do that again. Employee count, total labor, total O&M, and total benefits, is that the order?
A Yes.
Q All right. I want to start with the total labor. Cell C-28 is something called cell -- sorry, C-25.
MS. FLINN: You're on the wrong tab.
MR. EKMAN: I'm on the wrong tab, sorry.
Q (Mr. Ekman, continuing) All right. Are you on the total labor tab, because I wasn't?
A Okay.
Q All right. Cell C-28 is something called Gen, I assume it's Generation Division Management.
A Yes.
Q Do you know what that is?
A That would be -- that would primarily be the vice president of the generation.
Q And that's Mr. Sans Crainte?
A If he was vice president at that time. I don't -- I don't remember when he assumed that.
Q And it would also include his staff, is that right?
A There's an administrative assistant, yes.
Q How many employees are there in that today?
A He has one assistant. And the reason I'm hesitating is some of the Generation Division admin staff that

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

are of a clerical nature at one time got grouped together as an individual cost center. And I don't know for sure that they're all still -- what their cost center configuration exactly is.

Q If you look at the employee count in 1999 for this on the -- it would be the first page of the exhibit, I think, in line 25 looks like there are four people --

A Right. Okay.

Q -- at this point. Now you think there's fewer than that?

A I'm just not sure how it's configured currently, but that's what I was trying to recall. So this -- I would believe that this is Chuck -- or the vice president, if that was Chuck at that time, plus three admin staff people.

Q Let me just give a couple names and see if -- and I'll just do a list. And if you think that at this time they were part of this group, let me know. Dave Becker.

A No.

Q Palmberg?

A No.

Q Mr. Hennen?

A No.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q Mr. Parkyn?
A He had a separate cost center created along the way, and I don't know when it was, so it could have been part of this time frame.
Q Roger Christians, that's a no?
A No.
Q And Cindi Spears?
A She would be, yes.
Q She's a yes?
A Yes.
Q Is she -- is she Mr. Sans Crainte's assistant?
A Yes.
Q If LACBWR did not exist, would Dairyland continue to have these employees in Generation Division Management?
A The Chuck and -- and Cindi Spears, yes.
Q Now, if you look at the Core Business Model, go back to the -- the total labor page, column line 28, I see that there's a total amount for that year is $91,000.
A Uh-huh.
Q That seems to not be the total that would be paid for Mr. Sans Crainte and his assistant for a year, based on a guess that he makes more than that. Do you know how that number is -- first of all, is that

a true statement?

A I would -- I would have to see what made up this number. I couldn't tell you if it's a complete number for him or not.

Q Do you know what Mr. Sans Crainte's salary is?

A I know what it is now approximately.

Q Is it more than 91,227?

A 2007 is different than 1999.

Q I understand.

A It's more than 91,000.

Q What is his salary today?

A It's approximately 200,000.

Q Even assuming 1999, you'd agree that for, well, what is allegedly a head count of four, $91,000 would not appear to encompass all those folks?

A Right.

Q You don't know sitting here today where the rest of the money went?

A This is a summary total. I'd have to see what would make it up.

Q What do you have to show what makes this up?

A Well, this would typically be coming out of our financial systems on a cost center basis as far as total labor. And, again, it would be down to -- you know, at this -- at this example, it would be the

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

summary costs at the cost center element of the code block that would be deriving this type of summary costs.
Q So for all of the numbers on this page there should be some underlying accounting data that supports the number, how that number was calculated?
A Yes. Yes. If this is coming out of the actual side of the -- out of the Core Business Model, yes.
Q And we noticed, and I'll represent to you, although we do have it electronically, that if you go to the cell, it's a hard coded number. There's not a calculation. The calculation would have occurred -- if that's the case, would have occurred before it was inputted into the Core Business Model?
A How this typically is done is it's a data extract out of the financial system, and it just ends up being -- especially in this time frame, it would have just been a dump onto a printout that somebody would have had to turn around and key in onto -- onto the spreadsheet.
Q Now, if you go to the next page, it's total O&M. And Generation Division Management is again 28. And you can see it's $831,000 in that particular for total O&M as opposed to total labor. What's the difference between total O&M and total labor?

A There could be again vendor payments. Typically -- I don't know if they had special consulting projects or without seeing the detail, but, I mean, that would be the typical type of thing that would roll into the O&M type of costs.

Q This should not be -- this should not reflect internal labor for Dairyland but rather contractors or --

A That's right.

Q -- supplies or whatever it is?

A Right.

Q So is this telling me that in that year the four people in Generation Division Management had about over $800,000 in contractor costs?

A That is what it would show you, yes. But it wouldn't be related necessarily to the four people, as that cost center is also the top cost center for each general division of the company. In the similar manner we have a division management cost center for transmission and for financing and administration and for corporate where you have a project that is more of a divisional type of project, it's being housed in that cost center from a budget standpoint. And so that's where you'll see a seemingly lopsided assignment of dollars, perhaps,

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

for an O&M type of cost.

Q Is this a roll up number then for all of that?

A No. What I'm just saying is that's where it's being housed from a budget standpoint. We have to budget any dollar, just say it's generation project number 1 that they're going to do. And it applies perhaps to some part of a coal plant or some part of an environmental issue and anything else where it's not specific to one part of a generation component or a -- or a Generation Division area. And so it will be budgeted at the top level, the management level. So that's where you'll see it, up at that level.

Q Why wouldn't -- wouldn't those folks, the contractors, be charging to particular activity numbers and account numbers?

A Depending upon the type of a project it is, they will. This is typically going to be more of a high level or perhaps a global type of a -- of a project.

Q Is it possible that the total O&M then that's charged to Generation Division Management in any given year is wholly unrelated to work being performed at LACBWR?

A It could -- that's correct. It could have nothing to do with LACBWR.

Q Did you -- ultimately this number is going to feed

through, this $831,000 will ultimately feed through to the cost categories, those two line items we looked at in the damage summary, is that true?
A Not -- not without -- I mean, it goes through quite an involved process of allocations. So exactly how this flows, you'd have to go down through some steps of allocations that first determine the general categories to -- for example, the generation and support area is more of the Generation Division specific, so there's like a tier of the allocations that occurs first before it then gets further allocated to specific plant locations.
Q So, in other words, only a percentage of this goes -- ultimately flows through to LACBWR?
A Part of it could. Part of it could not.
Q But is there any attempt to look behind this number and determine whether all $831,000 relates to coal in that particular year in the Core Business Model?
A In -- no, not in the Core Business Model.
Q And didn't you just take the numbers from the Core Business Model and put it in the damages?
A The -- the --
MR. STERN: Object to the form.
A The end result is out of the Core Business Model. This is the front end of raw cost data that are in

these categories. And it goes through several iterations and allocations before it gets assigned to the specific components of the rates of which LACBWR is one, and of which that amount that's on the summary damage claim would be what is assigned from -- from the Core Business Model to LACBWR.

Q So it goes through several iterations within the Core Business Model?

A Yes. Yep.

Q Okay. And and we'd be able to see those iterations in the Core Business Model, right?

A There's an allocations page and whatever.

Q And the support, what support would exist for this number? If we wanted to know what makes up the 831,000, what would be there for us?

A It would be a query to the system of what was in cost center 59 in the O&M area. It would be nonlabor. So, I mean, that would be how the query would be formed.

Q And you could do that for any of these categories on the O&M or the labor charges?

A Yes.

Q Let's take a break. I think it's time.

11:37 AM

(A break was taken at 11:37 a.m. The

deposition resumed at 11:49 a.m. Deposition Exhibit Number 7 was marked for identification.)

Q (Mr. Ekman, continuing) We will need Exhibit 6 again, but I just have a quick question about Exhibit 7, which is the 2002 Core Business Model, or at least excerpts from that holdings. And you should have an employee count, a total labor, a total O&M, and a total benefits tab for -- from that particular model.

A Yes.

Q The one area I want to talk about, and if you go to the total labor sheet, cell C-37, something called -- I think it's Generation Engineering Records. Do you see that?

A Yes.

Q Do you know what that -- that group is, what they do?

A I believe that is the cost center that covers the archiving of plant drawings and blueprints of plant systems drawings.

Q Do you know how many employees or at least 2002 were in that group?

A I don't.

Q Do you know how many are in it today?

A That's a small cost center. And it's one that typically has summer students help. So I don't know at any given time. It's a handful, small handful.
Q We noticed on the employee count, if you go to the employee count sheet, which is the first page, we couldn't find a line item for Generation Engineering Records in '02.
A Could be that there isn't. Not every cost center has an employee in it. There can be a category of costs that's budgeted in a cost center, although typically there will also be employees in -- in a cost center.
Q So is it possible that in 2002 the -- the tasks associated with that cost center were being handled by employees from somewhere else?
A It could either have been other employees. It could have been some kind of a contract employee. It could have been the equipment for it's one of those massive copier -- I don't even know what the exact term, but it's a significant piece of printing equipment or copying equipment, type of thing.
Q You -- do you know an individual named Glenn Tullius?
A Yes.
Q Is he the manager of engineering records?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A Initially I'd say yes, I think he is, but I can't say absolutely that he is, but he does work in Engineering Records. So I don't know that's his title, but yeah.
Q We looked, and apparently there's some labor detail, and it did list him as the manager of Engineering Records from 2000 and 2006.
A Okay.
Q Is he currently the manager or at least --
A He's currently an employee and he works in that area of the facility, so I would -- I don't -- I'm not aware that he's not still in that role.
Q And, again, there's 67, $68,000 in costs associated with this line item for labor. Do you see that, C-37?
A Yes.
Q And, again, you don't know whether that would be for Mr. Tullius or for somebody else given that there's a zero -- at least there's no employee head count in the Core Business Model for that group in this year?
A I'd have to see the detail on it.
Q Did you -- in looking at what numbers would flow through to the two damages categories, did you go behind the numbers to look and see what that $68,000 was -- was attributable to?

A This would be an output of the financial systems as a starting point for all the Core Business Model work. The financial systems are all audited and everything that way, and so that's -- that's where this would flow from.

Q Did you look behind it to see what work Generation Records was doing that particular year?

A I did not.

Q Is it possible that in 2002 a significant component of that time was actually related to the other plants that are operated by Dairyland?

A I wouldn't be in a position to identify what their work tasks were for the year.

Q With respect to any of these categories, whether it was the '99 ones we were looking at or this one, did you drill down into any of them to see if either the labor or O&M costs were attributable to other plants other than LACBWR?

A No. This is done as part of a summary level as a starting point for the Core Business Model assignments.

Q And why didn't you do that?

A It's not part of that process.

Q But what about as part of this process, this litigation?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A The items, the dollar amounts that were on the initial disclosure are the placeholders coming out of the Core Business Model as a component of that.

Q Why do you say placeholders?

A The corporate support services and the generation support management was footnoted with footnote to on the front.

Q What does that say?

A It reads the GNA cost listed under SAFSTOR were derived from Dairyland Core Business Model and are subject to expert review and analysis.

Q It's possible these numbers may change, is that your understanding?

A That is my understanding.

Q Do you know if they are going to change?

A I expect that they will.

Q So it's your understanding there has been some expert, I won't ask you who that is, but some expert has been retained to look at these GNA numbers?

A That is correct.

Q Do you know if that expert is using the work that you did for the Core Business Model?

MR. STERN: Object to the form.

A The Core Business Model uses actual labor, O&M and benefits as its initial premise. That same data is

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

what is being used.

Q (Mr. Ekman, continuing) All right. Let's go back to the previous exhibit, Exhibit 6, which is the '99 model. And if you go to the labor tab, line 54, something called Generation Support Services.

A Yes.

Q What is -- what kind of work do they do?

A That is typically the cost center that engineers of the classification that Mike Brasel and others are in, where they are nominally housed and they are administrative center but they can be assigned to any specific plant related project.

Q And typically in that group these folks, if they're working on a major project, will be charging time to that project?

A That's correct, they charge the plant location and the plant account number, yes.

Q But the plant when -- so these would be effectively costs within that labor for that year that were not allocated, is that right, the $59,000?

A The -- this should be the nonallocated -- nonspecifically charged cost center costs. I'd have to see all of the components there. But that's what it should be.

Q It's intended to be that?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A Yes.
Q And if -- and at the end of the year you don't look at these unallocated costs and then take all of the different folks who actually charge time and allocate additional amounts to the particular projects and the particular plants, true?
A That is correct.
Q Now, how many employees are in this group, roughly today that is, that is --
A Six or eight. Let me look to see back here.
Q This one says on --
A Yeah, I don't know.
Q C-52 it says there's one on the employee count, first page of Exhibit 6.
A I don't recall what 1999 structure was like. I mean, we add and change cost centers and configurations on a somewhat routine basis, so how divisions and departments align and realign, I'm not always going to be able to recall that.
Q Are -- in terms of doing the employee count in this -- within this model, are you -- are you trying to be as accurate as possible with the number of employees?
A The employee count in all of the models is the -- on a budgeted head count basis. And we don't true it

up for actuals.

Q Does it have any bearing on how the numbers ultimately flow through to the different utilities?

A There are certain of the allocators that are based on head count within divisions or head counts within departments.

Q So if there's -- if -- if the employee head count within the model says one, but there's really eight, that could affect the allocations then?

A It could affect it, yes.

Q In what way would it affect it?

A To whatever degree one employee head count gathered cost or became a percentage basis of some element of cost, that would be a factor of one eighth-or eight times, whichever. Our employee base is relatively static at Dairyland. I mean, in this last number of years that way we have typically been in the range of, I earlier said 550 to 600 employees, probably 525 in the low end in the late '90s type of thing. The business units of our company, absent any kind of significant addition of a plant or closure of a plant, you're not going to see a significant change in the structure of the number of employees, one area to the next.

Q Although, of course, there is certainly a

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

possible -- when Stoneman shut down, obviously there
were no more employees at Stoneman?
A That is correct.
Q And when LACBWR eventually shuts down, there will be
no more employees at LACBWR?
A That is correct.
Q Certainly there will be an effect there?
A That is correct.
Q But if -- if LACBWR were to shut down today and were
able to close today, obviously a hypothetical world,
but if that were to happen, would Generation Support
Services still exist for Dairyland?
A Oh, certainly.
Q And would it still exist at the same level at which
it exists today?
A Depending upon what projects we're required in the
other areas, because it could well be that tasks
that a typical employee would be performing at one
of the coal plants is now having to be done by an
outside engineering firm because we have deployed
our employees say at a LACBWR project or any
project, it doesn't matter, if you've got a base
number of employees, you've only got so much time
resources that they can commit to. So if there are
projects that need to be done and those employees

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States,
and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

are not available because of commitments to other projects, then there's some contract engineers that we work with.
Q Sure. And Mike Brasel might be a good example of that because he does do some -- initially I think he did coal, now he does some nuclear, right?
A Yes.
Q So to the extent that he's not working at the coal, he's had to -- somebody else may be doing a project at coal that they might not otherwise be doing?
A That is correct.
Q Do you know if, for instance, in Mike Brasel's case there have been contractors hired to backfill?
A I don't know on a project specific basis. But I do know they routinely work with Sargent & Lundy and some of the other, there's some smaller specific purpose engineering firms that are contracted with. But, again, I don't know to the degree that it's being driven because of Mike's availability or lack of availability that way.
Q Most of the folks in that department, to the extent they're doing any material work, significant work are likely going to be charge to go a specific project number?
A Yes.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q So that would not be relevant to this Core Business Model?
A That's correct.
Q If you go to C-55, there's something called Generation?
A On the labor page?
Q Yeah, I'm sorry.
A Okay.
Q Well, yeah, on the labor page. You were a step ahead of me, and you were right, Generation Engineering. Do you see that?
A Yes.
Q Do you know how many employees there are today in that category?
A I don't.
Q And then in this it says there's four on C-53 of the first page of Exhibit 6.
A Yeah, that's probably --
Q Do you see that?
A -- that's probably more -- that is probably Mike Brasel's category of that function.
Q And do you know if -- again, if LACBWR were to not exist as of tomorrow, would Generation Engineering still exist?
A Yes, because it would be to the point that I'd

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

spoken to to your earlier question that way, work that same way. They're there for support of the -- the engineering support of the plant projects. And so depending upon what type of resources are needed and what type of resources are available.

Q Do you know if, given the size, as you understand that group, do you know if some fellow would be out of luck if LACBWR closed and be out looking for a job?

A I haven't seen any of their work plans to know exactly their -- their time commitments and all.

Q And, again, within that group, a lot of the folks are going to be -- a lot of the employees are going to be charging their time specifically?

A Yes.

Q And the Core Business Model is only accounting for the unallocated or uncharged time?

A Yes.

Q At least within the labor tab?

A Yes.

Q And how is that $163,000 number calculated?

A It would -- any of the dollars that would be coming through this should be the residual labor charge that are nonspecific, nondirect charge that way. It's going to be again right out of the financial

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

systems.

Q So what you do is you take the overall cost of that particular category for a year, subtract from it the charge costs, and that gives you the leftover, is that right?

A It should be that, yes.

Q And when Mike Brasel is doing work at the coal plant, is the coal plant being charged a burden labor rate for him?

A Any dollar of labor that's charged anywhere in the company is charged a burdened labor rate.

Q And the burden labor rate is intended to encompass what costs?

A That's all of the typical employee payroll tax related items, FICA, FUDA/SUDA, any of the employee typical benefits, 401(k), pension, health, et cetera, as well as the nonproductive labor, paid time off, holidays, vacation, and sick leave, we apply that to the productive labor base, which is for 2007 budget purposes it's 1824 hours, whatever, 152 hours a month times 12 months ends up being 1824, 1842, something like that. So that -- that rate is calculated as a percentage of each -- is calculated and then is applied to each labor dollar, wherever that labor dollar charge is.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q To the extent again there's labor charges within the SAFSTOR cost category, true?
A Yes.
Q In fact significant labor costs?
A Yes.
Q Those labor costs are going to include all those burdens that you just talked about?
A Right, as they relate to those employees at the average burden rate across the company.
Q And then with respect to sort of the residual, this total labor, for instance, for Generation Engineering, does that $163,000, is that -- would that effectively be a burden grade, is that how that would work?
A No. That should be the raw labor. And then the next page --
Q Total benefits?
A Yeah, whichever the one is then that should be on that.
Q Okay. So it --
A And, again, what you're looking at 1999, I just want to clarify that there was a change in the way that burden rate applied because of the change in our financial systems. We did not have the capability of applying it the way we do now. So 1999 was a

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

little bit of a hybrid year that way with the way some of the earlier costs were assigned.

Q All right, if you -- -- if you go to the total O&M sheet, again in the Exhibit 6, and I'm going to focus on Exhibit 6, so you could use Exhibit 7 as a guide, there's 131,000, it's D-55, $131,000 in costs associated with Generation Engineering O&M. Do you see that?

A Yes.

Q Do you know what costs are captured within this category?

A The specific, no. But we -- again, the system, because it would have any of the transactions coded at the code block levels of the various elements of the account structure, we'd be able to identify what this is.

Q And in ultimately flowing through to the initial disclosure that we got, there was no attempt to drill down into what this number is to determine whether the O&M costs were related to the coal plant versus the nuclear plant or whatever?

A That is correct.

Q And let me just ask, because I think I can eliminate a whole lot of questions. With respect to the total O&M, is there any cost category that was included in

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

the -- in your analysis that flowed through to the damages claim where you did drill down and make an attempt to decide or determine, okay, these costs were really related to coal, so we're not going to put those in; conversely, these costs were related to nuclear and they are appropriately in?

A The values that are on these two lines is what you're asking for clarification on?

Q Yes.

A That would have flowed through the normal Core Business Model practice. There was not anything supplemental done than what was done as part of the typical Core Business Model result.

Q Have you spoken with the individual who is looking at this -- these costs from an expert perspective?

A I have.

Q And what information have you provided him?

MR. STERN: I'm going to instruct the witness not to answer on the work product grounds.

Q (Mr. Ekman, continuing) All right. Performance Administration is cell C-56, again, under labor. Do you know what that is, that category?

A I do not. I know it's a Generation Division because that's the category that it falls into, but the

specific I do not.

Q And the reason then it would have flowed through to your calculation is because it's Generation --

A Yes.

Q -- right?

A As far as it flowing into the Generation Support and Management number you're talking.

Q So you don't know then if, again, in that category, since you don't know what they do, you don't know if LACBWR didn't exist tomorrow whether that would still -- that group would still exist?

A I would not know that.

Q Do you know in the home office are there any groups that are LACBWR specific?

A Not that I'm aware.

Q Are there any people who are LACBWR specific, in other words, all they do is LACBWR? And I don't mean it at a particular point in time, but rather as part of their job, that their job is dealing with LACBWR solely?

A John Parkyn is in a cost center by himself. And I believe -- I don't know his title, exactly, but it's special nuclear and special project or whatever. I do -- a disproportionate amount of his time would be LACBWR. I don't know that he spends 100 percent of

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

his time on LACBWR.
Q Anyone other than Mr. Parkyn that you can think of?
A He would be the only one other than, for example, Mike Brasel right now. But that would again because of the project he's working with.
Q Sure. And presumably when his projects are over at LACBWR, Mr. Brasel will be utilized in some other fashion?
A He'd be doing something different, yes.
Q C-57 is something called Generation Maintenance. Do you know what that category is, what they do?
A I don't know exactly what that is, no.
Q And when you say you don't know exactly, I'm going to assume that because you're moderately intellectually curious, you can guess that Generation Maintenance would be maintenance activities?
A Well, certainly, yeah.
Q But beyond that, you're not familiar with the details of that?
A Once I would be able to find out which employees are in that cost center and I know basically what they do or would be able to inquire, I would know what their function is.
Q Do you know what employees are in that, sitting here

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"