today, are in that cost center?
A I do not.
Q Do you know how many employees are in that cost center?
A I do not. We have about 100 cost centers across the company. And I don't keep track of all of them.
Q And obviously you don't know if -- again, if LACBWR didn't exist, whether Generation Maintenance would continue?
A I would not know that, correct.
Q Although we could probably guess that there would still be some form of maintenance facilities at the plants, but that would still be a guess, right? Plant operations is on line C-61. And, again, other than sort of the plain English definition that you and I could surmise about, do you have any specific understanding what's included in that category?
A I do not.
Q And it flows through ultimately to Exhibit 5, because it's a generation cost center?
A To the degree that all of these costs that we're looking at here on the O&M recap flow through the allocation process, and if this is one that survives that allocation process and gets assigned to LACBWR, it will be included in that total allocation.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q You don't know how many employees are in plant operations, do you?
A I do not.
Q Galen Heichel?
A Okay.
Q Do you know Mr. Heichel?
A I know who he is.
Q Do you know what his job is?
A He was in quality assurance at one time. And that may be what they've got that. Again, cost centers change names over the years as well.
Q And what is he now, do you know?
A Absolutely, no, I don't. I would still think he's quality assurance, but I'm not exactly sure of the --
Q What's GPM? Do you know what GPM is?
A GP -- JPM?
Q Is it JPM?
(A discussion was held off the record.)
Q (Mr. Ekman, continuing) It's apparently a transcription issue with Mr. Brasel's deposition. But I think Mr. Brasel testified that Mr. Heichel was an operator at JPM.
A That would be our coal plant that John P. Madgett station at Alma, Wisconsin.

Q Do you know if that's true?
A I don't know that it's true.
Q Okay. Dave Becker?
A Yes.
Q Do you know what his job is?
A He's currently director of plant operations.
Q Do you know if Mr. Becker's time would be included in this cost category here, plant operations?
A I don't know where his time would have fit in 1999 because he just has assumed a new role as of summer of '05 and actually was at our Genoa number 3 coal plant. So he would have been I expect as his time would have been at that point.
Q What about today, do you know if he's included within this cost category today, plant operations?
A I don't know that that's the cost center that he is in right now.
Q Do either Mr. Becker or Mr. Heichel's jobs today depend upon the existence of LACBWR?
A I couldn't answer that.
Q All right. Line C -- cell C-64 is something called Nuclear and Special Projects?
A Yes.
Q Do you know what is included within that category?
A That would be John Parkyn's cost center. So it

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

would be his cost center costs.
Q I understand that Mr. Parkyn's primary work at LACBWR relates to the Genoa Fuel Tech and Private Fuel Storage initiative?
A He is heavily involved in that. I don't know if that's his -- disproportionately his primary effort.
Q All right, if you go to the total labor, again, total labor sheet cell C-6, something called corporate?
A Yes.
Q What is corporate?
A Corporate is the nonspecific business division, business location, I'm trying to -- I'm trying to -- I don't know how else to say it. It's not a plant specific. It's not transmission specific. It's not anything with any of our lines or substations, that type of a thing. And it's not part of the finance and administration area. So then it is the corporate. That includes not just in cost center 39, but the corporate designation is where our general manager or, excuse me, now president and CEO, that cost center is, as well as some government relations cost centers. It's where our IT and human resources also flow, because they're looked at as kind of a more global, therefore, corporate.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q We -- and you can look, just to confirm that we're right. But on the -- there is no employee head count listed for corporate in this particular year.

A Not for cost center 39.

Q Do you know why that is?

A Because there are no employees in cost center 39. It's a corporate expense. Each one of those that I just delineated have their own specific cost centers.

Q Then how can there be total labor for corporate?

A I'm not sure.

Q You don't know?

A Again, 1999 was a transition year. And I know we were changing cost centers as we implemented new financial systems. And I -- just without being able to see what that is, I wouldn't be able to speak to it.

Q If you go to total benefits, cell D-6 in total benefits, it's -- again, this is the line for corporate, you can see there's actually a negative number?

A Yes.

Q Do you know why that number is negative?

A That would be -- it's where -- and, again, with 1999 being a transition year, the way the initial charges

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

were going into the various benefits, it would all be compiled in one specific area and then they would be cleared out to the specific cost centers with the burden rate that we had spoken of earlier.

Q So, in other words --

A Based on this, it would appear there was an overclearing in that cost center. But, again, you'd have to look at what all of the various benefits, components were as far as what was charged and what was cleared.

Q And if you go to total O&M, the total O&M sheet, there's actually a big number associated with that in cell D-6 $7,466,000.

A Okay.

Q Do you know what activities or contracts were accounting for that cost?

A Not specifically. Again, it would be available. I'd have to query to see what the detail is.

Q And so you can't explain why the cost for O&M for corporate are so much higher, many multiples of the total labor for corporate?

A Correct. It would be a similar experience of what we described earlier where the Generation Division Management cost center may well be budgeting for a project that's specific to the entire division even

though it would impact specific cost centers within that division. At a similar level there would be either projects or charges that would be of a companywide basis that would be budgeted at a cost center of 39 level for an entire corporate even though it is not specific to one cost center in and of itself.

Q And you didn't -- again, as with the others, you didn't look to determine what activities or contracts made up that number to determine whether it related to LACBWR in any way or not?

A That is correct.

Q Have you heard of something called CS&P subdivision management?

A Customer service and planning.

Q What is that?

A That is another component of our unbundled rates. It's a very small component of the rates. But, again, as part of -- in essence, it's our marketing group or along that line. Had we, as in the utility industry, gotten to a point where there was open access, this would have been a potential profit center or a business function that could have been offered to not only our utility customers but other utility customers if there were certain types of

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

product services or activity that that group would
have had --
Q And how --
A -- available.
Q How is that group related to LACBWR?
A They would not be.
Q I should ask one more question about corporate.
If -- if there was no LACBWR facility, I assume
there would still be a corporate umbrella, I don't
know how else to call it, corporate umbrella over
Dairyland?
A We're not going to take a wing off our building or
something that way. Our board of directors will
still exist.
Q Do you know what the total revenues are for
Dairyland in a year, roughly?
A It's changed significantly because we've had to do
some pretty significant rate increases, but it's
approximately 268 million. I think 2006 just
finished out about 268.
Q Do you know what the total costs are that are for
Dairyland employees that they pay every year?
A A total payroll cost?
Q Yeah.
A 35 million.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q And then what about the total of everything? In other words, what do you net out at the end of the year, roughly?
A Last year we had end results of 11.4 million for net margins is what our terminology is in a cooperative, and that is revenue in excess of cost. Those margin amounts get cycled back to the members down the road. It's used as working capital on a interim basis.
Q There's a cost category called printing?
A Yes.
Q It's line C-8 or 8. Do you know what printing is?
A We have a print shop in-house.
Q And does that relate to a specific plant or is that a general, they just perform activities for everybody?
A Yes. They also do a significant amount of billing for noncustomers. And that amount gets credited against their entire cost center cost as well.
Q For noncustomers?
A We've got our main class A customers. There are similar other distribution cooperatives that are in other -- this region of the country that we do print shop work for that also includes billing services where those distribution co-ops can contract with

that group to perform the printing and production of annual reports or print shop services, graphics work, whatever, as it relates to those individual distribution cooperatives billing to their customers. That's all done on a -- on a fee basis and everything so those charges all just net back against that.

Q And those charges should not be in the Core Business Model?

A That is correct. Those all get allocated into a totally separate area.

Q Is there printing work for LACBWR?

A To the degree that they would need any large printing jobs that the office copiers or whatever would not be able to support, they would use it.

Q And in 1999, I want to give you four names and see if you can tell me if they were in this group. Hurley?

A Yes.

Q Felt, F-E-L-T?

A Yes.

Q Kujath, K-U-J-A-T-H?

A Yes.

Q And Norman?

A Yes, they're all print shop employees.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q Anyone else?
A It could have had a summer or temporary employees at the time. I --
Q Are they still the print shop employees?
A One of them is retired and one of them has moved into the manager job, and then they've hired somebody as a replacement.
Q If there was no LACBWR, do you know if there would be a -- there would be four printing employees?
A Printing would not really be impacted by LACBWR.
Q I have some other questions about where we see some negative balances in the certain categories. Again, you couldn't -- sitting here today, you'd be unable to explain why the numbers are negative?
A That's correct.
Q Whether I'm asking about corporate, printing or any other cost category?
A Right. We'd have to do a query on the system to see what the result was that drives it.
Q Can we do one more category and do lunch?
A Sure.
Q Marketing and development is line 9 of the total labor.
A Okay.
Q Do you know what work is performed by that division

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

or cost center, I should say?
A I do not. I'm not positive that's a -- still a current one. It could be, but I'm not positive. Again, that's an area that's had some transition. Again, this was an area that initially we expected to be this potential offering to other utility people. And, again, from '99 until now I'm just not sure what that one is.
Q And based on that description and my reading of that name, it would seem to me that marketing and development may not be applicable to the shutdown of the LACBWR facility, is that a fair statement?
A I would say that's a fair statement.
Q Since that was so short, can we do customer relations and sales?
A All right.
Q Do you know what that is, what they do, I should say?
A If -- if -- I believe that it is the people that -- we have got some municipal customers in addition to our class A distribution cooperatives. We have 15 -- it's varied, 13 to 16 municipal customers that we sell at wholesale to as well. And they turn around and have their local municipal utility that is sold. And we have got some ongoing business

relations with those entities that I'm -- I'm fairly certain this is the cost center that deals with that activity.

Q So you're selling power to cities and towns basically?

A Yes. They're long-term wholesale power contracts.

Q Based on that description, is this category related to LACBWR?

A It would not be related to LACBWR.

Q All right. Let's take a break.

(A lunch break was taken from 12:29 to 1:42 p.m.)

Q (Mr. Ekman, continuing) All right. Welcome back, Mr. Stubbendick. I have about 25 pages of questions that go to continuation of what we've been doing, but I think we can make is very quick and streamlined. To the extent that you want to look at the line numbers to confirm that these are in fact on this Core Business Model, I'm happy to tell you where they are. I'm going to try to do it without, since really what interests me is conceptual issues, not necessarily the money. If the money is an issue, I'll point to a specific line. Is that okay?

A Okay.

Q If you would like to see it, let me know, and I can

give you the line it's on. Have you ever heard of a cost category called area development?

A Yes.

Q Do you know, what is that?

A Along the line of, excuse me, my earlier discussion with the work where our marketing group did efforts with our municipal groups, tied in with that group of customers as well as our class A cooperatives, we do work with their member services representatives where they are trying to bring in some kind of economic development or business development in their regions, which would then grow their demand for power, which would then allow us to be the ones with power supplying it.

Q And that would not -- that cost category would not be related to LACBWR then?

A That is correct.

Q Integrated planning, have you heard of that?

A Yes.

Q What is integrated planning?

A That would be one that is taking the developed load forecasts of what our power supplies are currently and in the subsequent years and then being able to integrate that with the needs for generation facilities to be able to meet the supply of that,

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

the demand of those load growth areas.

Q And that would be unrelated to -- that cost category would be unrelated to LACBWR?

A Yes.

Q I want to give you three names. These are from 1990 on an organizational chart.

A Okay.

Q I want you to tell me if these folks are still employed in that group. Kennebeck, K-E-N-N-E-B-E-C-K?

A Yes.

Q Kuester?

A Kuester.

Q K-U-E-S-T-E-R?

A Yes.

Q And Zhu, Z-H-U, does that name sound familiar?

A No. It does, but it was a former employee.

Q Do you know who else is employed within that cost category today?

A Again, that's an area that the cost centers have kind of mingled, commingled and changed. But both of those are still in a function that is similar to what we had just been discussing.

Q Are there organizational charts for every year?

A Yes.

MR. EKMAN: And just so you know, Mr. Stern, we'll -- we have organizational charts for I think '99, 2001, and 2003. And we'll put in a letter. It would be helpful if we had organizational charts for every year. They are fairly comprehensive and do list all of the employees. It makes it easier for us to do the analysis.

Q (Mr. Ekman, continuing) And, again, just because I forgot whether I did this, with respect to the O&M costs that are associated with that cost category or, frankly, any cost category, you didn't drill down to determine what the O&M costs were incurred for, in other words what activities?

A That is correct.

Q Graphic design?

A Yes.

Q What does that group do?

A That is tied in with the print shop that we had discussed earlier. And they are the ones that prepare leaflets or information, portfolios or whatever geared heavily towards our distribution cooperatives and some certainly internal work as well. But any of the nonspecific internal stuff is billed out. It's all part of the -- that service

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

that's offered to those other customers.

Q Are there only two employees in graphic design?

A There's probably -- there probably were two then. There's three now, I believe, so --

Q Are these folks who would exist regardless whether LACBWR existed?

A Yes.

Q I want to give you two names. And what I'm going to do is, if it's okay with the court reporter, instead of spelling every name, I'm going to circle them and have Ms. Flinn write down the names.

(A discussion was held off the record.)

Q (Mr. Ekman, continuing) Deich?

A Deich, yes.

Q Nearling?

A Yes.

Q And who is the third?

A Hoff, H-O-F-F.

Q Communications, what does that group do?

A It's the corporate publication -- not publications, corporate communications group for public -- public related -- what am I trying to say? The press release, that type of thing, that's the primary contact if there's issues with the media for whatever reason.

Q So they could do work related to LACBWR as well as
related to the coal plants, true?
A Yes.
Q How many employees are in communications?
A Currently there are two.
Q I'm going to guess that one of them is not solely
devoted to LACBWR.
A Correct.
Q So they probably both would exist even if LACBWR
disappeared tomorrow?
A Fair.
Q F&A.
A Finance and administration.
Q Division management?
A Yes.
Q What is that?
A That will be similar to what we had discussed with
Chuck Sans Crainte where there's a division
management cost center, there's that in our
transmission. And this would be the corresponding
division head cost center for finance and
administration.
Q Are you in that division?
A No. I'm in the division. I'm not in that cost
center. I'm in the finance and administration

division, but there's an F&A that would be the vice president and CFO and two admin people at this time. There might have been three in '99.

Q And can you just, again, very generally, tell me what services are peformed by that cost center?

A They would be the overall management of the finance and administration division.

Q These are high level employees and their secretaries?

A Yes. One, it would be the vice president, CFO and two admin.

Q Mr. Miller or Mueller?

A Mueller, yes.

Q Williams?

A Yes, that's his administrative assistant.

Q Schlifer?

A Yes.

Q They're current today?

A Yes.

Q Are there any more?

A No.

Q Given your description, I would assume that while some of them may do work at LACBWR, if LACBWR disappeared tomorrow, all of these people would still have a job over at corporate?

A Yes.
Q Cost category accounting, is that you?
A That would be me, cost center 32.
Q And you do accounting work for Dairyland's entire operations, correct?
A Yes.
Q How many employees are in this group?
A Currently we have 11.
Q And in 1999 I think there were 13. Does that sound right?
A That could be. Like I said, we went through a transition with the downsizing.
Q All right. I'm going to give you names. Tell me if they are still employed.
A Okay.
Q Koglin?
A No.
Q Halverson?
A Yes.
Q Kallenbach?
A Yes.
Q Iverson?
A No.
Q Nelson?
A No.

Q Jelen?
A Wait, there were different Nelsons. Is that Elizabeth?
Q E. Nelson?
A Well, she no longer is either. She retired also.
Q Jelen? Jelen?
A She's employed by Dairyland, but she's transferred to a different division in the company.
Q Bearwald?
A Same thing there, he's not an accounting department employee anymore.
Q Jolivette?
A Yes.
Q Eide?
A Eide, yes.
Q Fancher or Fanshay?
A Fancher, no. She's an employee on long-term medical disability.
Q Sime?
A Yes.
Q And Young?
A Well, he's retiring tomorrow, so depending on your time frame.
Q Yes today, no tomorrow?
A Yes.

Q Okay. That obviously isn't 11. Who else do we have?

A Because the number of the nos that have been retirements have been replaced.

Q Who are they?

A Well, we had one start yesterday, Dwyer, D-W-Y-E-R.

Q Uh-huh.

A Orkutt, O-R-K-U-T-T; Michalski; and Flock, F-L-O-C-K.

Q Now, and you manage this cost center, right?

A Yes.

Q You're the head of it? If LACBWR again disappeared tomorrow, would -- would these folks -- would any of these folks be out on the street, other than the one that's retiring tomorrow?

A No. That would be correct.

Q And just from a work level perspective, do your folks -- are your folks working extra time because of LACBWR or are they able to fold that into their normal job responsibilities?

A As with any of our areas, there are times where people do have to work extra time because of specific things going on.

Q And are they -- are these folks salaried individuals?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A There are some salaried, many hourly.
Q And to the extent there's overtime?
A They're paid time-and-a-half.
Q How many are -- how many are hourly of that crew?
A Out of the 11 now, there would be seven are hourly.
Q Do you know how much overtime has been paid in connection with work relative to LACBWR?
A No.
Q And of course it's also true overtime could hit because of work at the coal plants, for example, true?
A True.
Q Building services?
A Yes.
Q What do they do?
A They are the cost center responsible for the maintenance and operation of our administrative center and our service center that is across the street from our service center -- across the street from our administrative center, excuse me.
Q Based on that description, it sounds like as long as you have a building in a service center in La Crosse, you need building services?
A That is correct.
Q And it doesn't sound to me that that's related to

LACBWR, is that fair?
A That is fair.
Q This one seems obvious as well. Aviation, that's the plane?
A Yes.
Q And it's only the plane, right --
A Well --
Q -- and pilots and those types of things?
A Yeah, we have two fixed wing aircraft and a helicopter and two pilots and a mechanic.
Q And aviation does not obviously cover employee airfare on commercial airlines?
A That is correct.
Q What is the -- why does Dairyland have the planes, let's start with that?
A Okay. The availability of commercial airfare to destinations in this region are limited on a -- on a beck and call basis, if you will. And years back, I think the aviation department has been with -- in the company since, boy, I couldn't say for sure, in the 1960s, thereabouts, it was devised so that there was the flexibility of staff as they needed to either typically go to meetings and whatever it was. It was created for that purpose. The helicopter is actually the driving force that becomes the basis

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

for why we maintain that function more than anything, because it is used routinely as part of our line construction and line maintenance and patrolling the lines and whatever. Again, there's a lot of this part of our service territory that is very either rural or remote or whatever, and so it's done for purposes that way.
Q That's why I separate them out, because I thought they served two different purposes. The helicopter obviously, based on that description, is not related to LACBWR?
A There wouldn't be. I mean, there might have been something somewhere in its history it was used. But, correct, it for the most part would not have anything to do with LACBWR.
Q If LACBWR went away tomorrow, would the two fixed wing airplanes become one fixed wing airplane?
A No.
Q Okay. I'm going to give three employees.
A Yes.
Q Hopefully two are pilots. Stamschror?
A Yes.
Q Pilot?
A Yes.
Q Hart?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A He would have been at the time. He's not with the company anymore.
Q And Mullarkey?
A He's the mechanic.
Q And who is other pilot today?
A Chase.
Q Okay. Financial management?
A Yes.
Q What is that cost category?
A It is financial -- not to be redundant, but it's the finance side of the accounting and finance within our finance and administration division. So it is lending, treasury, budget and rates and risk management.
Q What work would this group do for LACBWR?
A Any type of special information that they may need for any type of company projects, those project managers may come and solicit economic factors or input or work with economic planning or, you know, those type of things with projects. The budget is the corporate budget function that is across all -- all cost centers that we've been going down through that way. The risk manager is the one who coordinates the insurance policies in whatever way, shape or form they are for the company. And that

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

would include the nuclear insurance policies and the property risk policy at LACBWR.

Q So if I was doing a -- if I was a project manager and wanted to know an inflation rate to try to estimate future costs, I might call financial management to see what inflation rate is being used?

A Uh-huh.

Q How many employees?

A They're in transition right now, but there's about five positions right now.

Q Garrett?

A Yes, he's the director.

Q Frehling (ph.)?

A He's the risk manager.

Q Erickson, M. Erickson?

A He would have been the budget director at the time from '99. He is no longer with the company.

Q Who is in that position now?

A It's an open position right now. We've got -- it's being recruited for.

Q Hanson?

A Yes, still is. She's about to retire.

Q And then we're missing one.

A Because there's a position that would not have been in the '99 time frame, capital projects

administration, and that's Bearwald that you'd asked about earlier in accounting. That was part of our reorganization there.
Q Do you know, would this department be affected from a personnel standpoint if LACBWR closed?
A There wouldn't be a reduction of personnel because of LACBWR.
Q Records management?
A Yes.
Q Seems obvious?
A Yes.
Q Do they manage the company records?
A They do.
Q Does that include storing them?
A Yes.
Q So that applies to all the business of Dairyland?
A Yes.
Q How many folks are in that department?
A Two.
Q Swanson?
A No. Nelson is the current incumbent in that position.
Q Is that Elizabeth Nelson?
A No, that's Janet.
Q Okay. And how about Beach?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A That would have been the admin person who is now Kapanke, K-A-P-A-N-K-E.
Q So there are only two employees within records management?
A Yes.
Q Based on that, I would assume that it wouldn't become one if LACBWR --
A No. But they would be impacted because LACBWR is our off-site storage facility.
Q For records?
A Yes.
Q So coal plant records are kept at LACBWR?
A The official -- I don't know what all is there, but because it's an off-site off area facility and secured, that is our off-site official corporate records area.
Q So they'd be affected in that they would potentially have to go find another location to store the records?
A There would definitely be an impact, yes.
Q But in terms of Ms. Nelson and Ms. Kapanke's employment that probably would not be affected?
A That would be correct.
Q Material control, have you heard of that?
A Yes.

Q What is that?
A It's our warehouse operations.
Q So what is that, storage of nuts and bolts, tools, that kind of stuff?
A Yes. We have three different primary warehouse locations. One at the service center that's in La Crosse. Primarily that is used for our line and substation construction because that's where those crews tend to be based out of. And we have two large plant locations that have warehouse -- or plant warehouses at plant locations.
Q Which plants?
A At the Alma site with the JPM station, and then at G3, at Genoa that there are issues out of it for LACBWR supplies and whatever. The La Crosse warehouse also has general supplies that can go to any of the power plants and whatever.
Q And how many employees are in material control, do you know?
A I don't.
Q And do you know whether -- I -- I would assume that the employee levels certainly at the service center in La Crosse and Alma would not be affected by LACBWR's -- by the sudden nonexistence of LACBWR, is that fair?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"