A Alma would not be.
Q La Crosse may be?
A It may be.
Q And Genoa 3?
A Maybe as well.
Q Maybe?
A Yes.
Q Do you know how much?
A I would not be able to answer that.
Q Purchasing?
A Yes.
Q Could you describe it just briefly?
A Sure. It's the part of the organization within finance and administration that works on behalf of all of the cost centers for needing to procure goods and services.
Q And how many people are in that cost center?
A Currently there are four.
Q Okay. I have a few names. Dahl?
A Yes.
Q Poellinger?
A Yes.
Q Poellinger and Zahn?
A They're both buyers, and there's assistant purchasing manager Sprester.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q Would the -- do you know if the personnel levels in that department would be affected by the presence of LACBWR?

A They could be because they -- any of these big projects, again, regardless of where they're at in the plants, they're working with them on it, contract terms, that type of thing. And I'm not exactly sure how they deal with that differently from one set of projects to the next or that type of thing.

Q Procurement, sounds a little different than purchasing.

A It is.

Q How is it different?

A Purchasing is actually a subset of procurement in that it's what I just described. The procurement area is the umbrella cost center, if you will. And the primary difference there is that's where all of our fuel and natural gas procurement occurs, coal and the related transportation contracts and barging contracts that are related to that for our coal plants.

Q How many employees?

A Three currently.

Q Peterson?

A He's retired.
Q Radke?
A She's on medical leave.
Q All right. Who are the three?
A Well, she is hopefully coming right back soon. Rakers is the replacement for Peterson. And then there is an assistant to him, Walters.
Q When you say assistant is administrative assistant?
A No. An assistant procurement director. He works with contracts and --
Q Given your description of that, is it fair to say that that department is relatively -- would be relatively affected by a LACBWR closure?
A Yes.
Q Mail services, does that coordinate mail delivery through the system?
A It does.
Q And it appears after 2000 that the mail services cost category was referred to as publication services?
A Yeah. It was one of the reorganizations with the printing, graphics and all of that was all kind of coordinated together in one area.
Q So mail services was more specialized. Now it's under a larger umbrella?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A Again, the mail services encompasses the actual -- these contracts that we do for our customers for processing their billing and whatever, there's mail equipment and sorting equipment. It's a pretty sophisticated operation. It's all tied, part and parcel now.

Q People at LACBWR certainly get mail delivered to them. Based again on that description, it would seem to me to be a very small component?

A It would be very incidental to that whole function, yes.

Q Cafeteria, food?

A It's in the admin building, yes.

Q And I assume affected by LACBWR?

A Yes.

Q Administrative services?

A Okay.

Q What is that?

A That is the area of the company that coordinates travel services, events, planning. We've got two float stenos that go around the company either admin or elsewhere if need be for just like temporary interim fill-ins and that type of thing.

Q Do you know how -- and how many employees?

A AV and graphics, auto visual and graphics for

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

meetings is also included in that.
Q How many folks are employed in that group, do you know?
A I think there are five right now.
Q Vingers?
A Yes.
Q M. Smith?
A Yes.
Q Gerzsik?
A No.
A That's one I wasn't counting, so there would be six now when I said five before. That's our receptionist. Henchen is the current.
Q Henchen is the current receptionist?
A Yes.
Q Brcka?
A Yes.
Q Schroeder?
A Yes.
Q Long?
A Yes.
Q We got them. Obviously there are meetings and associated activities related to LACBWR, correct?
A Yes.
Q Do you know how this department would be affected if

LACBWR stopped operating -- or closed?
A Some of the individuals wouldn't be impacted at all. Others would be to the degree that they're either coordinating events or handling other activity as it would relate to -- it would be part of the -- they work with communications group that we'd talked about earlier as far as some of the press releases or public events, that type of thing, so they'd be impacted that way, but I'm not sure of what exactly. There would probably not be a reduction of staff.
Q They'd be asked to do different things, services?
A Yes.
Q Strategic planning, does that relate to the operational units, that cost category?
A It's -- yes, it's tied in with all of the -- again, the -- what the resources are going to need to be based on our growth patterns and everything and what type of facilities we have to be able to meet the need of that. And how to stage all of that.
Q What kind of work would they do for LACBWR?
A I'm not sure what they do for LACBWR. They may do something or they may not do something at all.
Q You certainly would agree then that the primary focus would be the operational units and the existing staff obviously in La Crosse?

A That would be fair.
Q General manager, what is that?
A That's now the president and CEO's cost center.
Q Do you know how many people are included in that?
A Currently there are probably five, four or five.
Q Mr. Berg is certainly one?
A Yes.
Q Who else is there?
A Laurie Engen is his assistant, admin assistant. She's the executive secretary.
Q Steele?
A No.
A He's retired.
Q Okay.
A And Brian Rude and then Schevil is his assistant, S-C-H-E-V-I-L that might not be quite right, sorry.
Q And based on what I know about Mr. Berg and Mr. Rude, they -- obviously both require their own assistants, correct?
A Brian and Kendrick -- Schevil and Rude both use the admin people, either Laurie -- Laurie or the strategic planning people because of where they're physically located so they -- they do some overlap with that admin.
Q Schevil -- Schevil, when you say assistant, you mean

not administrative assistant?
A Correct. Yeah, assistant public relations or government relations, I guess.
Q What about Engen?
A She is the administrative assistant, executive secretary of the board.
Q And my suspicion is, again, based on those descriptions, that all of these folks would likely be fortunate enough to find themselves employed if LACBWR stopped existing tomorrow.
A Yes.
Q And all of these folks also, I would assume, are they all salaried?
A Most of the administrative people would be hourly. The others are going to be typically salary. And like if you're talking just in this particular cost center?
Q Yeah.
A Yeah, that would be the case.
Q What about in other cost centers, is there a rule of thumb?
A No. It depends on -- for example, when we were talking about the warehouses, any of those nonmanagerial employees would be not only hourly but they'd also be covered under bargaining agreements

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

so --
Q Because they're union?
A Yes.
Q Let me ask while you bring it up. Union employees, what unions do you have within this organization?
A It's primarily the electrical workers. It's IBEW and a certain number, and I can't recall. But there's two of those. And then there's a subgroup with it as it relates to one of the transmission area groups of employees.
Q I would assume the administrative assistants are not unionized.
A That is correct.
Q Are there any other general categories of hourly workers that are not unionized?
A Any other nonplant workers that are hourly workers are going to be nonunion.
Q And for the most part, other than administrative assistants, if they're hourly at the plant, they are probably union, with possible exceptions?
A Yes.
Q And as part of their -- as part of the contracts with the union, are the employees or the union members guaranteed a certain amount of time per week, do you know?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A I'm not sure of those -- those requirements.
Q For instance, if there was a real slow week, do you know if they could just send all of the union guys home, pay them only 20 hours that week?
A I don't know the parts of the contract.
Q Okay. Safety and security, is that for the home office?
A It's housed administratively out of central base for the home, but it is for the entire system, both lines, substations and the generation stations.
Q What kind of work would they do at LACBWR? What would their work be for LACBWR?
A I don't know exactly what they would do, but they would coordinate work with the external security firm or any of the internal type of company security and safety measures that they would be dealing with in similar to what they would do with other power plants. But the exact tasks and activities that way, I'm not aware of.
Q Are there seven employees in that cost center?
A That would be approximately correct.
Q Christopherson?
A Yes.
Q Molland or Mulland?
A Yes.

Q Wilbur?
A Yes. Some of these guys are either transitioning into retirement or about to, so I -- and because they're workplace tends to be at a facility as opposed to headquarters, I don't always see that so --
Q Sure.
A Uh-huh.
Q I mean --
A It will either be them or their replacement, so yeah. Actually Molland I think is officially retired now.
Q I promise you that if this goes to trial and you're on the stand, I will not accuse you of misrepresenting a person's employment status. Well, you told me Mr. Molland was an employee. This is really just for approximation. Colbert?
A She's administrative person that somebody else is in there now.
Q C. Parr?
A He's one of the -- it's either he or somebody that's replaced him. It's one of our outlying --
Q And M. Stamper?
A He'd be the same as that, yeah.
Q And, again, based on your description, do you know

if this group would be affected from personnel standpoint if LACBWR wasn't around?

A They're impacted by LACBWR but, again, I don't know how their work tasks interplay that way.

Q LACBWR obviously has its own security and its own security issues because of its nuclear components?

A Right. They're the external mandates imposed on us by NRC for that.

Q Human resources?

A Yes.

Q How many folks are in human resources? Let me say I have nine in '99.

A I would come up with about that many.

Q Lund?

A Yes.

Q Sommermeyer?

A She would have been an admin person who is somebody else is in her place.

Q Opland?

A She's there.

Q Leisso?

A Yes.

Q Brendum?

A Yes.

Q Karcher.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A He's been replaced.
Q And Henchen?
A She's been replaced.
Q But there is --
A And there's another admin person or two.
Q The general overall category has remained relatively constant?
A Yes.
Q Do you know if the 27 employees, all -- let's assume hypothetically that all of them were terminated from the company tomorrow that are at LACBWR. Do you know if that would affect one of these folk's jobs?
A It would affect all of their jobs in one way or the other because some of them are benefits, some are -- they're different roles that way.
Q They might have a little bit less --
A How it would ultimately play out, I'm not sure.
Q Okay. Information technology, IT department?
A Yes.
Q Normal information technology dealing with computers, Blackberries?
A Yes.
Q How many employees?
A I couldn't tell you off the top of my head.
Q We have two.

A Well, there's probably four or five cost centers that IT is broken down into. And, again, that's one that is -- they've kind of grouped and regrouped over the years, so that's what's different from one year to the next.

Q In 1999 may not be the best example because technologies has advanced quite a bit since 1999, true?

A Yes, Y2K.

Q Do you know how again the termination of operations at LACBWR would affect the IT department?

A I don't know what their work plan would be, but it would be impacted to the degree that 25 employees or desktops or whatever that would change would be impacted that way.

Q Since you mention, you don't know if all 25 folks at LACBWR have desktops?

A I do not know, that's right.

Q I would assume people like the fuel handlers may not in fact have --

A Or it's a shared desktop. It's not uncommon in some areas.

Q And to the extent it was affected, you would expect -- would it be fair to believe that it would be impacted within the same percentage as you're

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

reducing personnel or similar percentage?
A I couldn't say that absolutely.
Q Okay. If you could go to the -- it's the O&M page from '99.
A Okay.
Q Go to line 69. There is a charge under info technology of $50,000.
A No description.
Q No description. I'm wondering what that is.
A The whole 53 through 57, probably even the 58 at the time were different IT related cost centers. I don't recall what 54 would have been at the time. But it would have all been that type of function.
Q And I see there's DPC application systems.
A Yes.
Q What is that?
A That's the mainframe that's long dead. So there were -- there were -- that was one of the cost centers that has changed and rechanged because of the underlying infrastructure of the IT that was there.
Q And you needed a mainframe to run this show?
A Yeah. And that was all of the developed IT systems that were running off of the mainframe application at that time across the company.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

Q Here's some names that we found in that group. Just tell me if they're still employed generally in the IT department. Anderson, Jay Anderson?

A Yes.

Q Holland?

A No.

Q Bakkum?

A No.

Q Jenks?

A Yes.

Q And Stever?

A She's not in IT, but she's still a Dairyland employee.

Q I'm sorry, maybe I asked, how many do you think are in the total aggregate IT?

A 20 to 25.

Q Are there IT people that are stationed at the different plants as well?

A There are IT resources, and that changes depending upon the circumstances of either projects or whatever. There are aspects of the maintenance planners' jobs that are at the power plants that are more IT based. And then the other area is the systems operation center that is very IT oriented. But it's the -- the control center and the brain

center, if you will, for the dispatching of all of the units and power lines and all of that type of thing that's all hooked -- you know, all hooked part and parcel together.

Q With respect to certainly that latter, that would not relate to LACBWR?

A There's no operating facility there, that's right.

Q There's another category called technical services. Do you know how that differs at least at this time?

A No. That would -- that would have just been some subset of IT that they had identified at that point.

Q All right. I have six employees, and let me -- just tell me if they actually -- I think I have seven.

A Probably the computer room, now that you're going to start asking, I'm thinking of it's probably that so --

Q Von Klein?

A She is not there.

Q Wilkerson?

A Yes, he is.

Q Wrobel?

A No.

Q Bergh?

A No.

Q Bufton?

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

A Yes.
Q Heilman?
A Yes.
Q And Ustby?
A Yes.
Q Then we have -- oh, info center, what is info center?
A Which it's again part of the -- yeah, it's part of the IT area, it's now what would be more of the nature of a help desk.
Q For employees?
A Yes, IT related function. It was where we did -- when we were bringing in people to have training on either specific sub type of software, you needed the admin people having further Word and PowerPoint all of that was being brought on, that type of time frame.
Q Those folks would obviously do work for LACBWR as well as others?
A All across the company, yes.
Q Some of the work for LACBWR might be if Mr. Sans Crainte wants help with a PowerPoint presentation?
A It could, yes.
Q Leidel?
A Yes. She's not in that function anymore, but she is

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"

still an employee.

Q Still in the IT area?

A Yes.

Q And just in the IT, and just if these people are still in the IT area?

A Sure.

Q Hurlbert?

A Yes.

Q And Litsheim?

A No.

Q Let's talk about --

Q I'm going to show you something that we've received for some years, it's called a monthly reforecast variance by CE, the one I'm going to show you --

MR. EKMAN: If you'd get a copy for Mr. Stern as well.

Q (Mr. Ekman, continuing) -- is 103898 to 103393 with the prefix ACO. And my only question for you is -- I guess I have two. Have you seen that?

MR. STERN: Are we going to mark this?

MR. EKMAN: I'm not going to mark it.

Q (Mr. Ekman, continuing) Have you seen that type of document before?

A It looks like it's out of our Pillar budgeting system.

"Confidential-To be used only in litigating Case No. 04-106C, Dairyland Power Cooperative vs. The United States, and in accordance with U.S. Court of Federal Claims Protective Order entered 8-17-06"