Greenberg
Traurig

Kevin E. Stern
Tel. 202.452.4878
Fax 202.261.0107
sternk@gtlaw.com

February 13, 2007

*VIA HAND DELIVERY*

Russell A. Shultis
Department of Justice
Commercial Litigation Branch
Civil Division – Classification Unit
8th Floor Mailroom
1100 L Street, NW
Washington, D.C. 20530

Re: *Dairyland Power Cooperative v. United States*

Dear Russ:

Enclosed you will find two disks containing documents supporting Dairyland's revised and updated damages claim, which includes costs incurred through December 2006. The Bates range for this supplemental production is PDPC0032835-33512. More specifically, the DVD labeled PROD14 contains documents including, but not limited to revised and updated damages summary spreadsheets, activity source summary reports, and supporting invoices and purchase orders. This disk also includes all of the Lake Barrett invoices which have not been previously produced. The other disk, labeled Updated & Revised Damages through December 2006 includes the activity source summary reports in their native, Excel format.

Feel free to contact me if you have any questions or wish to discuss this further.

Sincerely,

Kevin E. Stern

Kevin E. Stern

Enclosures

COPY

WDC 371384991v1 2/13/2007