Dairyland Power Cooperative v. The United States
Case No. 04-106

## SUMMARY OF DAMAGES

| | TOTAL | 1995-1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 [1] |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ 42,712,821 | $ 2,826,263 | $ 5,314,028 | $ 5,160,721 | $ 5,874,037 | $ 5,874,873 | $ 5,134,446 | $ 5,217,193 | $ 5,282,461 | $ 2,028,799 |
| SAFSTOR [2] | $ 26,521,834 | | $ 2,927,568 | $ 2,618,292 | $ 3,497,615 | $ 3,850,328 | $ 4,103,435 | $ 3,810,556 | $ 3,849,648 | $ 1,864,393 |
| Generation Support & Mgmt | $ 1,836,662 | | $ 298,999 | $ 293,378 | $ 228,928 | $ 299,585 | $ 278,137 | $ 204,103 | $ 233,532 | |
| Corporate Support Services | $ 2,136,021 | | $ 279,152 | $ 249,430 | $ 319,333 | $ 340,715 | $ 349,561 | $ 298,805 | $ 299,026 | |
| Private Fuel Storage, LLC | | | | | | | | | | |
| Capital Contributions | $ 8,669,517 | $ 2,078,547 | $ 1,454,634 | $ 1,670,197 | $ 1,456,139 | $ 1,000,000 | | $ 510,000 | $ 500,000 | |
| DPC to GFT Costs | $ 2,153,667 | $ 747,716 | $ 157,170 | $ 195,239 | $ 206,741 | $ 189,807 | $ 187,042 | $ 177,139 | $ 196,906 | $ 95,906 |
| Insurance | $ 1,395,120 | | $ 196,506 | $ 134,185 | $ 165,281 | $ 194,439 | $ 216,271 | $ 216,589 | $ 203,349 | $ 68,500 |
| RPV Removal Project [3] | Tab RPV | | | | | | | | | |

[1] 2006 costs are through June.

[2] The G&A costs listed under SAFSTOR were derived from Dairyland's Core Business Model and are subject to expert review and analysis.

[3] The incremental cost of the RPV removal has not yet been determined at this time and will be the subject of expert analysis.

137