**Dairyland Power Cooperative v. The United States**
**REVISED SUMMARY OF DAMAGES**
**February 12, 2007**

| | TOTAL | 1995-1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| | **$ 41,281,402** | **$2,826,263** | **$4,735,878** | **$4,616,709** | **$5,325,776** | **$5,234,573** | **$4,509,286** | **$4,693,172** | **$4,756,801** | **$4,582,945** |
| **SAFSTOR** | **$ 28,671,951** | | $2,927,568 | $2,617,088 | $3,497,615 | $3,850,328 | $4,105,972 | $3,789,443 | $3,838,273 | $4,045,664 |
| **Private Fuel Storage, LLC** | | | | | | | | | | |
| Capital Contributions | **$ 8,669,517** | $2,078,547 | $1,454,634 | $1,670,197 | $1,456,139 | $1,000,000 | | $ 510,000 | $ 500,000 | |
| DPC to GFT Costs | **$ 2,267,384** | $ 747,716 | $ 157,170 | $ 195,239 | $ 206,741 | $ 189,807 | $ 187,042 | $ 177,139 | $ 196,906 | $ 209,623 |
| **Insurance** | **$ 1,672,551** | | $ 196,506 | $ 134,185 | $ 165,281 | $ 194,439 | $ 216,271 | $ 216,589 | $ 221,622 | $327,658 |
| **RPV Removal Project [2]** | Tab RPV | | | | | | | | | |
| Subtotal | | $2,826,263 | $4,735,878 | $4,616,709 | $5,325,776 | $5,234,573 | $4,509,286 | $4,693,172 | $4,756,801 | $4,582,945 |
| LACBWR Overhead Rate [1a] | n/a | | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| LACBWR Applied Overhead | $ - | | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Company G&A Rate [1b] | n/a | | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| Company Applied G&A | $ - | | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |

[1a] The LACBWR Overhead rates have not yet been determined at this time and will be the subject of expert analysis.

[1b] The Company G&A rates have not yet been determined at this time and will be the subject of expert analysis.

[2] The incremental cost of the RPV removal has not yet been determined at this time and will be the subject of expert analysis.

138



Confidential - To Be Used Only In Litigating Case No. 04-106C, Dairyland Power Cooperative v. US, And In Accordance With U.S. Court of Federal Claims Protective Order Entered August 17, 2006

PDPC0032834