# In the United States Court of Federal Claims

No. 04-106 C
(Filed: March 27, 2007)

| | |
|---|---|
| ************************************* | |
| | * |
| **DAIRYLAND POWER COOPERATIVE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**SCHEDULING ORDER**

The Court hereby ORDERS that the schedule for trial shall be revised as follows:

| | |
|---|---|
| Final Pre-Trial Conference: | Tuesday, January 15, 2008<br>(10:00 a.m., National Courts Bldg.); |
| Trial: | Monday, January 28, 2008,<br>through February 8, 2008<br>(National Courts Bldg.). |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge