# In the United States Court of Federal Claims

No. 04-106 C
(Filed: March 28, 2007)

**************************************
DAIRYLAND POWER COOPERATIVE, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
**************************************

## ORDER

On March 22, 2007, Defendant filed a "Motion for an Enlargement of Time and for Modification of the Court's February 5, 2007 Order." In its motion, Defendant requests a second enlargement of time, to and including April 6, 2005, within which to complete "the bulk" of its production of documents previously ordered by the Court and a modification even of that deadline "to provide for the possibility that small quantities of additional documents may be located or produced" thereafter. On March 23, 2007, Plaintiff filed an opposition to the proposed enlargement and modification, arguing, *inter alia*, the importance of "keep[ing] this case on track."

The Court recognizes the burden to Defendant of the document production that the Court ordered on February 5, 2007. The Court also recognizes, as Plaintiff notes, that Defendant has already had seven weeks since the February Order and five and a half months since Plaintiff first served its discovery requests. Accordingly, and in light of the close of fact discovery set for April 30, 2007, the Court grants Defendant's motion for enlargement only in part and hereby ORDERS Defendant to complete its discovery response as follows:

1) Defendant shall complete production of its responsive documents by 5:00 p.m on April 6, 2007; if necessary for Defendant's production, by the same deadline, pursuant to RCFC 34, Defendant shall copy for Plaintiff, or make available for copying, responsive documents not subject to privilege, even if not yet fully "processed";

2) In the interim, despite the enlargement to April 6, 2007, Defendant shall continue to produce responsive documents on a rolling basis as they become available;

3) Defendant's interrogatory response revisions, not addressed in the motion for enlargement, were due on March 23, 2007; if they have not been served as of the date of this order, they shall be served on or before April 2, 2007; and

4) Defendant's proposed modification of the February 5 Order is DENIED. Rather, Defendant shall observe its obligation to supplement its discovery responses pursuant to RCFC 26(e)(2).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge