| CONTAINER | FIRST IMAGE | LAST IMAGE |
|---|---|---|
| HQR117 | HQR1170534 | HQR1170643 |
| HQR144 | HQR1440001 | HQR1440120 |
| HQR147 | HQR1470001 | HQR1470120 |
| HQR381 | HQR3810001 | HQR3810026 |
| HQR381 | HQR3810159 | HQR3810193 |
| HQR381 | HQR3810224 | HQR3810228 |
| HQR381 | HQR3810358 | HQR3810378 |
| HQR382 | HQR3820187 | HQR3820188 |
| HQR382 | HQR3820189 | HQR3820189 |
| HQR382 | HQR3820217 | HQR3820259 |

Containers of documents from past document production efforts with additional documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

33. DOCUMENTS RELATED TO DOE's consideration of whether or not to accept SPENT FUEL stored in dual-purpose casks or canisters or in any other non-TAD canister as part of the civilian radioactive waste management system.

RESPONSE: Defendant objects to this request as overly broad and unduly burdensome, particularly given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests. Defendant also objects to this request to the extent that it seeks documents that are publicly available.

Without waiving these objections, and to the extent required by the Court's February 5, 2007 order, defendant will produce or make available all non-privileged documents within its control responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. Containers of documents from past document production efforts with documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

34. DOCUMENTS RELATED TO the decommissioning of LACBWR, excluding any DOCUMENTS created by or submitted to the NRC by DAIRYLAND.

RESPONSE: Defendant objects to this request as overly broad and unduly burdensome, particularly given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests. Defendant further objects to this request as irrelevant because the NRC is likely to have numerous documents covered by this request that are not relevant to the determination of damages in this litigation. Defendant also objects to this request to the extent that it seeks documents that are publicly available.

Without waiving these objections, and to the extent required by the Court's February 5, 2007 order, defendant will produce or make available all non-privileged documents within its control responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. The documents that we have been able to locate in our database of past document productions, following a reasonable effort, which appear to be responsive to this request are identified below:

| CONTAINER | FIRST IMAGE | LAST IMAGE |
|---|---|---|
| COF026 | COF0261787 | COF0261788 |
| COF026 | COF0261789 | COF0261792 |
| COF026 | COF0261846 | COF0261851 |
| HQR044 | HQR0441655 | HQR0441676 |
| HQR088 | HQR0880106 | HQR0880107 |
| HQR088 | HQR0880112 | HQR0880116 |
| HQR088 | HQR0880175 | HQR0880177 |
| HQR088 | HQR0880179 | HQR0880180 |
| HQR088 | HQR0880183 | HQR0880183 |
| HQR088 | HQR0880190 | HQR0880195 |
| HQR088 | HQR0880203 | HQR0880204 |
| HQR088 | HQR0880205 | HQR0880206 |
| HQR088 | HQR0880208 | HQR0880208 |

Containers of documents from past document production efforts with additional documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

35. DOCUMENTS RELATED TO the date by which DOE will begin accepting SPENT FUEL from utilities, including but not limited to any milestone schedules, critical path activities or sensitivity analyses conducted by or on behalf of DOE.

RESPONSE: Defendant objects to this production request because it seeks speculative information about the date upon which DOE may accept spent nuclear fuel in the future. In accordance with the decision in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005), future damages are not recoverable in a partial breach of contract case, rendering the information sought through this production request irrelevant to this litigation. Defendant objects to this request as overly broad and unduly burdensome, particularly given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests. Defendant also objects to this request to the extent that it seeks documents that are publicly available.

Without waiving these objections, and to the extent required by the Court's February 5, 2007 order, defendant will produce or make available all non-privileged documents within its control responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search.

36. Organizational charts and/or personnel rosters for the Office of Civilian Radioactive Waste Management from 2002 to the present.

RESPONSE: Defendant objects to this request to the extent that it seeks documents that are publicly available.

Without waiving this objection, defendant will produce or make available all non-privileged documents within its control from the files of the Department of Energy responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. The documents that we have been able to locate in our database of past document productions, following a reasonable effort, which appear to be responsive to this request are identified below:

| RFP | CONTAINER | FIRSTIMAGE | LASTIMAGE |
|---|---|---|---|
| 36 | CTR158 | CTR1581447 | CTR1581450 |
| 36 | HQR361 | HQR3610001 | HQR3610030 |
| 36 | HQR388 | HQR3880001 | HQR3880039 |
| 36 | CTR170 | | |

Containers of documents from past document production efforts with additional documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

37. DOCUMENTS RELATED TO any proposed DELIVERY COMMITMENT SCHEDULES or FINAL DELIVERY SCHEDULES submitted to DOE by DAIRYLAND.

RESPONSE: Defendant objects to this request to the extent that it seeks documents that are publicly available to Dairyland or are otherwise within it's the possession, custody, and control. Defendant further objects to this request as overly broad and unduly burdensome, given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests. Defendant also objects to this request to the extent that it seeks documents that are publicly available or seeks the same documents that the Government provided in response to Request No. 18 in the Utility Plaintiffs' Joint First Set of Requests for Production.

Without waiving these objections, defendant will produce or make available all non-privileged documents within its control responsive to this request, to the extent that these

documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. Documents responsive to this request may include documents with the Bates stamp numbers COF 010 0139-0538, COF010 1038-1153, COF026 1630-1906, and COF036 0883-0908, which are documents from DOE's contract and delivery commitment schedule files for Dairyland's contract. Containers of documents from past document production efforts with additional documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

38. DOCUMENTS RELATED TO DOE's decision to request new proposed DELIVERY COMMITMENT SCHEDULES from utilities in 2004.

RESPONSE: Defendant objects to this production request because it seeks information that is not relevant to the determination of damages arising from DOE's delay in accepting spent nuclear fuel beginning in 1998. In accordance with this Court's decision in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005), future damages are not recoverable in a partial breach of contract case, rendering the information sought through this production request irrelevant to this litigation. Defendant objects to this request as overly broad and unduly burdensome, particularly given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests. Defendant also objects to this request to the extent that it seeks documents that are publicly available.

Without waiving these objections, defendant will produce or make available all non-privileged documents within its control responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. Containers of documents from past document

production efforts with documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

39. DOCUMENTS RELATED TO DOE's decision to suspend the approval and submittal of proposed DELIVERY COMMITMENT SCHEDULES in 2004.

RESPONSE: Defendant objects to this production request because it seeks information that is not relevant to the determination of damages arising from DOE's delay in accepting spent nuclear fuel beginning in 1998. In accordance with this Court's decision in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005), future damages are not recoverable in a partial breach of contract case, rendering the information sought through this production request irrelevant to this litigation. Defendant objects to this request as overly broad and unduly burdensome, particularly given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests. Defendant also objects to this request to the extent that it seeks documents that are publicly available.

Without waiving these objections, defendant will produce or make available all non-privileged documents within its control responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. Containers of documents from past document production efforts with additional documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

40. DOCUMENTS RELATED TO PFS, except any already publicly available DOCUMENTS RELATED TO PFS's license application with the NRC.

RESPONSE: Defendant objects to this request as overly broad and unduly burdensome, particularly given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests, and clearly would encompass a tremendous number of documents, including the NRC's entire record of evaluation of the license application.

Without waiving these objections, and to the extent required by the Court's February 5, 2007 order, defendant will produce or make available all non-privileged documents within its control responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. Containers of documents from past document production efforts with additional documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

41. DOCUMENTS RELATED TO PFS's offer or proposal to allow government use of its temporary spent fuel storage site located in Skull Valley, Utah.

RESPONSE: Defendant objects to this request as overly broad and unduly burdensome, particularly given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests. Defendant further objects to this request as irrelevant. The issue in this case involve whether plaintiff has incurred incremental costs as a result of DOE's delay in beginning spent nuclear fuel acceptance, and this request is unrelated to that issue. Defendant also objects to this request to the extent that it seeks documents that are publicly available.

Without waiving these objections, and to the extent required by the Court's February 5, 2007 order, defendant will produce or make available all non-privileged documents within its

control responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. Containers of documents from past document production efforts with documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

42. DOCUMENTS RELATED TO DOE's consideration of or planning for the relationship between the Global Nuclear Energy Partnership ("GNEP") and the civilian radioactive waste management system.

RESPONSE: Defendant objects to this request as overly broad and unduly burdensome, particularly given its use of the words "related to," which plaintiff has defined very broadly in the "Definitions" section of its requests. Defendant further objects to this request as irrelevant. The issue in this case involve whether plaintiff has incurred incremental costs as a result of DOE's delay in beginning spent nuclear fuel acceptance, and this request is unrelated to that issue. Defendant also objects to this request to the extent that it seeks documents that are publicly available.

Without waiving these objections, defendant states that, in response to the Court's February 5, 2007 order, counsel for defendant discussed this request with counsel for plaintiff, Robert L. Shapiro. During that discussion, counsel for defendant explained that, based upon an estimate from DOE, there may be approximately 500,000 documents that satisfy the literal terms of this request, given that generic representations that GNEP could reduce the amount of waste that will have be accepted at Yucca Mountain or a Federal repository are included in the large majority of documents that the office within DOE's Office of Nuclear Engineering assigned responsibility for the GNEP program generates, which, though they could be considered to "relate

to" the general topic of this request, contain no substantive analysis of the issue. Based upon the parties' discussion, defendant understands that plaintiff is not seeking the entirety of documents that mention a relationship between GNEP and a Federal repository or storage facility, but, instead, is seeking only those documents that discuss any substantive analysis or specific planning for the receipt of materials at Yucca Mountain or a Federal storage or disposal facility. In accordance with that understanding, defendant will produce or make available all non-privileged documents within its control responsive to this request, to the extent that these documents have not previously been produced or made available to plaintiff and to the extent that they can be located after a reasonable search. Containers of documents from past document production efforts with documents that are potentially responsive to this request are identified in Attachment 1 to these responses.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

March 23, 2007

# Attachment 1

**RFP - 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| ZAB001 | WLH002 | WLH001 | SVR004 | RDL001 | NRC019 | NRC005 |
| IDF004 | HQR354 | HQR297 | HQR288 | HQR250 | HQR081 | HQR068 |
| HQR057 | HQR056 | HQR055 | HQR052 | HQR043 | HQR042 | HQR038 |
| HQR032 | HQR029 | HQR028 | HQR027 | HQR026 | HQR016 | HQR010 |
| FOI007 | FOI005 | FOI004 | FOI003 | FOI002 | FOI001 | EDB004 |
| EDB003 | EDB002 | CTR041 | CTR018 | CTR013 | CTR002 | |

**RFP - 2**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP012 | RDL001 | NRC017 | HQR355 | HQR354 | HQR068 | HQR064 |
| HQR056 | HQR048 | HQR043 | HQR042 | HQR041 | HQR040 | HQR039 |
| HQR038 | HQR032 | HQR029 | HQR027 | HQR010 | FER001 | EDB002 |
| CTR170 | CTR042 | CTR006 | CTR003 | ADM001 | | |

**RFP - 3**

| | | | | | | |
|---|---|---|---|---|---|---|
| ZAB001 | HQR354 | HQR249 | HQR248 | HQR241 | HQR119 | HQR095 |
| HQR089 | HQR088 | HQR069 | HQR043 | HQR041 | HQR039 | HQR029 |
| HQR010 | HQR009 | HQR008 | HQR007 | HQR006 | HQR005 | HQR004 |
| HQR003 | HQR002 | HQR001 | FER003 | EDB003 | CTR180 | CTR132 |
| CTR116 | CTR055 | CTR051 | CTR013 | CTR006 | CTR003 | CTR001 |
| COF034 | COF030 | COF029 | COF028 | COF027 | COF026 | COF025 |
| COF024 | COF023 | COF022 | COF021 | COF020 | COF019 | COF018 |
| COF017 | COF016 | COF015 | COF014 | COF013 | COF012 | COF011 |
| COF010 | COF009 | COF003 | COF002 | COF001 | | |

**RFP - 5**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR088 | HQR056 | HQR052 | HQR048 | HQR043 | HQR041 | HQR039 |
| HQR038 | HQR029 | HQR028 | HQR013 | HQR011 | HQR010 | HQR009 |
| HQR006 | HQR005 | HQR004 | HQR003 | HQR002 | HQR001 | FER001 |
| EMS001 | EDB001 | DER006 | CTR147 | CTR116 | CTR060 | CTR049 |
| CTR040 | CTR036 | CTR027 | CTR020 | CTR017 | CTR014 | CTR013 |
| CTR006 | CTR003 | CTR002 | CTR001 | COF026 | COF024 | COF021 |
| COF020 | COF015 | COF011 | COF010 | COF007 | COF003 | COF002 |
| ARC001 | ADM001 | | | | | |

**RFP - 6**

| | | | | | | |
|---|---|---|---|---|---|---|
| ZAB001 | HQR319 | HQR249 | HQR248 | HQR243 | HQR162 | HQR107 |
| HQR052 | HQR050 | HQR041 | HQR029 | HQR010 | HQR009 | HQR005 |
| HQR004 | HQR001 | FER003 | FER002 | EDB004 | EDB003 | EDB001 |
| CTR132 | CTR130 | CTR116 | CTR055 | CTR051 | CTR045 | CTR042 |
| CTR025 | CTR024 | CTR013 | CTR006 | CTR003 | CTR001 | COF034 |
| COF030 | COF029 | COF028 | COF027 | COF026 | COF025 | COF024 |
| COF023 | COF022 | COF021 | COF020 | COF019 | COF018 | COF017 |
| COF016 | COF015 | COF014 | COF013 | COF012 | COF011 | COF010 |
| COF009 | COF008 | COF007 | COF006 | COF003 | COF002 | COF001 |
| ARC001 | | | | | | |

**RFP - 7**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP012 | HQR088 | COF026 | | | | |

**RFP - 8**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP003 | PNL170 | PNL119 | PNL070 | PNL055 | PNL037 | PNL017 |

# Attachment 1

| | | | | | | |
|---|---|---|---|---|---|---|
| IDF011 | HQR294 | HQR288 | HQR279 | HQR239 | HQR114 | HQR088 |
| HQR055 | HQR040 | HQR038 | HQR036 | HQR035 | HQR032 | HQR017 |
| HQR013 | HQR012 | HQR011 | HQR010 | HQR009 | HQR008 | HQR007 |
| HQR006 | HQR005 | HQR003 | HQR001 | FER002 | EMS001 | EDB004 |
| CTR139 | CTR135 | CTR132 | CTR130 | CTR129 | CTR127 | CTR045 |
| CTR044 | CTR042 | CTR041 | CTR025 | CTR024 | CTR013 | CTR006 |
| CTR003 | CTR001 | COF034 | | | | |

**RFP - 9**

| | | | | | | |
|---|---|---|---|---|---|---|
| ZAB001 | PNL171 | PNL098 | PNL070 | PNL038 | HQR258 | HQR018 |
| HQR008 | HQR006 | HQR005 | HQR004 | HQR001 | CTR132 | CTR025 |
| CTR024 | CTR013 | CTR006 | CTR004 | CTR003 | CTR002 | CTR001 |

**RFP - 10**

| | | | | | | |
|---|---|---|---|---|---|---|
| NRC017 | HQR288 | HQR088 | HQR063 | HQR043 | HQR042 | HQR038 |
| HQR029 | HQR013 | FOI002 | FER001 | CTR006 | COF026 | COF010 |

**RFP - 11**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP002 | HQR331 | HQR316 | HQR241 | HQR088 | HQR066 | HQR039 |
| HQR011 | HQR010 | HQR009 | HQR008 | HQR007 | HQR006 | HQR005 |
| HQR004 | HQR003 | HQR002 | HQR001 | FOI002 | EMS001 | EDB001 |
| CTR036 | CTR027 | CTR020 | CTR013 | CTR006 | CTR003 | CTR002 |
| CTR001 | COF030 | COF029 | COF028 | COF026 | COF025 | COF024 |
| COF023 | COF022 | COF021 | COF020 | COF019 | COF018 | COF017 |
| COF016 | COF015 | COF014 | COF013 | COF012 | COF011 | COF010 |
| COF008 | COF007 | COF002 | COF001 | | | |

**RFP - 12**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP019 | YMP013 | YMP003 | YMP001 | SVR015 | PNL166 | PNL108 |
| PNL073 | PNL070 | PNL041 | PNL036 | PNL025 | HQR331 | HQR330 |
| HQR316 | HQR292 | HQR266 | HQR250 | HQR088 | HQR055 | HQR048 |
| HQR043 | HQR042 | HQR040 | HQR039 | HQR029 | HQR024 | HQR013 |
| HQR012 | HQR011 | HQR010 | HQR009 | HQR008 | HQR007 | HQR006 |
| HQR005 | HQR004 | HQR003 | HQR002 | HQR001 | EMS001 | EDB004 |
| EDB001 | CTR167 | CTR166 | CTR148 | CTR146 | CTR143 | CTR132 |
| CTR130 | CTR128 | CTR127 | CTR125 | CTR122 | CTR120 | CTR119 |
| CTR117 | CTR052 | CTR045 | CTR043 | CTR041 | CTR040 | CTR030 |
| CTR028 | CTR006 | CTR002 | CTR001 | COF026 | | |

**RFP - 13**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP020 | PNL170 | PNL119 | PNL114 | PNL108 | PNL104 | PNL098 |
| PNL087 | PNL070 | PNL057 | PNL043 | PNL026 | PNL017 | HQR331 |
| HQR330 | HQR316 | HQR088 | HQR064 | HQR055 | HQR043 | HQR042 |
| HQR040 | HQR039 | HQR029 | HQR013 | HQR012 | HQR011 | HQR010 |
| HQR009 | HQR008 | HQR007 | HQR006 | HQR005 | HQR004 | HQR003 |
| HQR002 | HQR001 | EDB001 | CTR158 | CTR130 | CTR040 | CTR013 |
| CTR006 | CTR003 | CTR002 | CTR001 | COF023 | COF011 | COF002 |
| COF001 | | | | | | |

**RFP - 14**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR024 | | | | | | |

Attachment 1

**RFP - 15**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR088 | | | | | | |

**RFP - 17**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP002 | HQR241 | HQR011 | HQR004 | HQR002 | FOI002 | EMS001 |
| EDB001 | CTR036 | CTR020 | CTR013 | CTR006 | CTR003 | CTR002 |
| COF010 | | | | | | |

**RFP - 22**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR029 | | | | | | |

**RFP - 24**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP021 | YMP019 | YMP017 | YMP016 | YMP014 | YMP013 | YMP007 |
| YMP005 | YMP004 | YMP003 | YMP002 | YMP001 | SVR004 | PNL184 |
| PNL183 | PNL182 | PNL181 | PNL180 | PNL179 | PNL178 | PNL177 |
| PNL175 | PNL174 | PNL173 | PNL172 | PNL171 | PNL170 | PNL169 |
| PNL168 | PNL167 | PNL166 | PNL165 | PNL164 | PNL163 | PNL162 |
| PNL161 | PNL160 | PNL159 | PNL158 | PNL157 | PNL156 | PNL155 |
| PNL154 | PNL153 | PNL152 | PNL151 | PNL150 | PNL149 | PNL148 |
| PNL147 | PNL146 | PNL145 | PNL144 | PNL143 | PNL142 | PNL141 |
| PNL140 | PNL139 | PNL138 | PNL137 | PNL136 | PNL135 | PNL134 |
| PNL133 | PNL132 | PNL131 | PNL130 | PNL129 | PNL128 | PNL127 |
| PNL126 | PNL125 | PNL124 | PNL123 | PNL122 | PNL121 | PNL120 |
| PNL119 | PNL118 | PNL117 | PNL116 | PNL115 | PNL114 | PNL113 |
| PNL112 | PNL111 | PNL110 | PNL109 | PNL108 | PNL107 | PNL106 |
| PNL105 | PNL104 | PNL103 | PNL102 | PNL101 | PNL100 | PNL099 |
| PNL098 | PNL097 | PNL096 | PNL095 | PNL094 | PNL093 | PNL091 |
| PNL090 | PNL089 | PNL088 | PNL087 | PNL086 | PNL085 | PNL084 |
| PNL083 | PNL082 | PNL081 | PNL080 | PNL079 | PNL078 | PNL077 |
| PNL076 | PNL075 | PNL074 | PNL073 | PNL072 | PNL071 | PNL070 |
| PNL069 | PNL068 | PNL067 | PNL066 | PNL065 | PNL064 | PNL063 |
| PNL062 | PNL061 | PNL060 | PNL059 | PNL058 | PNL057 | PNL056 |
| PNL055 | PNL054 | PNL053 | PNL052 | PNL051 | PNL050 | PNL049 |
| PNL048 | PNL047 | PNL046 | PNL045 | PNL044 | PNL043 | PNL042 |
| PNL041 | PNL040 | PNL039 | PNL038 | PNL037 | PNL036 | PNL035 |
| PNL034 | PNL033 | PNL032 | PNL031 | PNL030 | PNL029 | PNL028 |
| PNL027 | PNL026 | PNL025 | PNL024 | PNL023 | PNL022 | PNL021 |
| PNL020 | PNL019 | PNL018 | PNL017 | PNL016 | PNL015 | PNL014 |
| PNL013 | PNL012 | PNL011 | PNL010 | PNL009 | PNL008 | PNL007 |
| PNL006 | PNL005 | PNL004 | PNL003 | PNL002 | PNL001 | NWN001 |
| NRC018 | HQR366 | HQR355 | HQR354 | HQR352 | HQR351 | HQR350 |
| HQR349 | HQR331 | HQR330 | HQR329 | HQR328 | HQR322 | HQR319 |
| HQR317 | HQR316 | HQR309 | HQR307 | HQR305 | HQR294 | HQR292 |
| HQR290 | HQR287 | HQR279 | HQR276 | HQR275 | HQR265 | HQR261 |
| HQR250 | HQR243 | HQR241 | HQR171 | HQR145 | HQR133 | HQR118 |
| HQR114 | HQR110 | HQR108 | HQR106 | HQR104 | HQR103 | HQR097 |
| HQR096 | HQR087 | HQR081 | HQR080 | HQR079 | HQR077 | HQR076 |
| HQR075 | HQR072 | HQR068 | HQR067 | HQR064 | HQR063 | HQR062 |
| HQR061 | HQR060 | HQR058 | HQR057 | HQR056 | HQR055 | HQR053 |
| HQR050 | HQR049 | HQR048 | HQR047 | HQR045 | HQR044 | HQR043 |
| HQR042 | HQR039 | HQR038 | HQR037 | HQR036 | HQR035 | HQR034 |
| HQR033 | HQR032 | HQR031 | HQR029 | HQR028 | HQR027 | HQR026 |

Attachment 1

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR025 | HQR024 | HQR023 | HQR022 | HQR021 | HQR019 | HQR018 |
| HQR017 | HQR015 | HQR014 | HQR010 | HQR008 | HQR007 | HQR006 |
| HQR004 | HQR003 | HQR002 | HQR001 | FOI002 | EMS001 | EDB003 |
| EDB001 | DER011 | DER010 | DER009 | DER008 | DER007 | DER006 |
| DER005 | DER004 | DER003 | DER002 | DER001 | CTR180 | CTR179 |
| CTR145 | CTR135 | CTR130 | CTR128 | CTR127 | CTR125 | CTR122 |
| CTR121 | CTR120 | CTR119 | CTR100 | CTR086 | CTR058 | CTR057 |
| CTR047 | CTR046 | CTR045 | CTR043 | CTR042 | CTR041 | CTR040 |
| CTR039 | CTR038 | CTR036 | CTR035 | CTR034 | CTR033 | CTR030 |
| CTR029 | CTR027 | CTR026 | CTR025 | CTR020 | CTR018 | CTR013 |
| CTR011 | CTR007 | CTR006 | CTR003 | CTR002 | COF029 | COF009 |
| COF008 | COF007 | COF003 | ANL001 | | | |

**RFP - 25**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP025 | YMP018 | YMP013 | YMP012 | YMP005 | YMP003 | SVR015 |
| SVR011 | PNL182 | PNL169 | PNL136 | PNL096 | PNL040 | PNL017 |
| PNL009 | NWN001 | NRC048 | NRC019 | HQR302 | HQR299 | HQR298 |
| HQR295 | HQR292 | HQR283 | HQR280 | HQR279 | HQR276 | HQR273 |
| HQR272 | HQR271 | HQR266 | HQR261 | HQR257 | HQR250 | HQR249 |
| HQR248 | HQR109 | HQR087 | HQR077 | HQR075 | HQR070 | HQR068 |
| HQR064 | HQR063 | HQR050 | HQR048 | HQR043 | HQR037 | HQR036 |
| HQR035 | HQR034 | HQR028 | HQR027 | HQR023 | HQR021 | HQR020 |
| HQR018 | HQR017 | HQR011 | HQR010 | HQR008 | HQR007 | EMS001 |
| EDB004 | DER011 | DER010 | DER009 | DER008 | DER007 | DER006 |
| DER005 | DER004 | DER003 | DER002 | DER001 | CTR183 | CTR175 |
| CTR170 | CTR166 | CTR160 | CTR158 | CTR150 | CTR149 | CTR148 |
| CTR147 | CTR143 | CTR141 | CTR140 | CTR136 | CTR133 | CTR131 |
| CTR129 | CTR128 | CTR127 | CTR125 | CTR121 | CTR117 | CTR116 |
| CTR054 | CTR053 | CTR050 | CTR043 | CTR028 | CTR026 | CTR025 |
| CTR021 | CTR019 | CTR017 | CTR016 | CTR015 | CTR014 | CTR012 |
| CTR011 | CTR010 | CTR009 | CTR007 | CTR005 | CTR004 | ANL001 |

**RFP - 26**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR088 | HQR044 | COF026 | COF010 | ARC001 | | |

**RFP - 28**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP026 | YMP025 | YMP020 | YMP016 | YMP015 | YMP013 | YMP012 |
| YMP010 | YMP009 | YMP007 | YMP005 | YMP004 | YMP002 | SVR015 |
| SVR008 | SVR006 | SVR005 | ROH001 | RDL001 | NRC019 | NRC018 |
| HQR366 | HQR355 | HQR354 | HQR346 | HQR320 | HQR304 | HQR300 |
| HQR296 | HQR294 | HQR292 | HQR287 | HQR283 | HQR281 | HQR280 |
| HQR276 | HQR274 | HQR270 | HQR267 | HQR266 | HQR265 | HQR260 |
| HQR259 | HQR250 | HQR117 | HQR097 | HQR081 | HQR075 | HQR071 |
| HQR064 | HQR060 | HQR058 | HQR056 | HQR042 | HQR040 | HQR038 |
| HQR036 | HQR031 | HQR018 | HQR015 | HQR005 | FOI004 | FOI001 |
| EDB003 | CTR178 | CTR170 | CTR167 | CTR161 | CTR160 | CTR158 |
| CTR150 | CTR148 | CTR146 | CTR144 | CTR143 | CTR139 | CTR135 |
| CTR119 | CTR117 | CTR116 | CTR052 | CTR049 | CTR045 | CTR044 |
| CTR042 | CTR041 | CTR040 | CTR023 | CTR021 | CTR018 | CTR012 |
| CTR011 | CTR010 | CTR007 | CTR006 | CTR005 | CTR004 | CTR003 |
| COF005 | COF002 | | | | | |

# Attachment 1

**RFP - 29**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP023 | YMP022 | YMP018 | YMP013 | YMP012 | YMP007 | YMP005 |
| YMP003 | YMP001 | PNL169 | PNL040 | NRC011 | NRC001 | HQR374 |
| HQR373 | HQR343 | HQR312 | HQR310 | HQR294 | HQR293 | HQR290 |
| HQR283 | HQR280 | HQR278 | HQR276 | HQR267 | HQR266 | HQR263 |
| HQR262 | HQR260 | HQR257 | HQR250 | HQR249 | HQR248 | HQR247 |
| HQR245 | HQR243 | HQR242 | HQR241 | HQR109 | HQR108 | HQR087 |
| HQR066 | HQR064 | HQR060 | HQR058 | HQR055 | HQR050 | HQR042 |
| HQR037 | HQR036 | HQR035 | HQR034 | HQR031 | HQR028 | HQR023 |
| HQR020 | HQR018 | HQR010 | HQR008 | HQR005 | EDB004 | DER011 |
| DER010 | DER009 | DER008 | DER007 | DER006 | DER005 | DER004 |
| DER003 | DER002 | DER001 | CTR183 | CTR175 | CTR165 | CTR160 |
| CTR151 | CTR149 | CTR148 | CTR147 | CTR146 | CTR145 | CTR144 |
| CTR138 | CTR135 | CTR133 | CTR132 | CTR130 | CTR125 | CTR119 |
| CTR117 | CTR116 | CTR099 | CTR054 | CTR053 | CTR050 | CTR042 |
| CTR041 | CTR026 | CTR019 | CTR017 | CTR016 | CTR015 | CTR014 |
| CTR013 | CTR012 | CTR010 | CTR007 | CTR006 | CTR005 | CTR004 |
| CTR003 | CTR001 | COF009 | COF001 | | | |

**RFP - 30**

| | | | | | | |
|---|---|---|---|---|---|---|
| PNL163 | PNL048 | PNL040 | PNL034 | IDF007 | HQR261 | HQR257 |
| HQR248 | HQR245 | HQR149 | HQR146 | HQR034 | HQR025 | HQR019 |
| HQR016 | HQR008 | CTR116 | CTR024 | CTR014 | CTR013 | CTR006 |
| CTR005 | CTR003 | CTR001 | COF001 | ADM001 | | |

**RFP - 31**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP009 | YMP007 | YMP005 | YMP003 | YMP001 | PNL040 | NRC011 |
| HQR374 | HQR373 | HQR312 | HQR310 | HQR290 | HQR281 | HQR263 |
| HQR250 | HQR248 | HQR245 | HQR064 | HQR060 | HQR058 | HQR055 |
| HQR008 | EDB004 | CTR146 | CTR132 | CTR130 | CTR119 | CTR116 |
| CTR042 | CTR024 | CTR019 | CTR013 | CTR012 | CTR006 | CTR005 |
| CTR004 | CTR003 | CTR001 | | | | |

**RFP - 32**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR382 | HQR381 | HQR147 | HQR144 | HQR117 | CTR005 | |

**RFP - 33**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP009 | YMP007 | YMP005 | YMP003 | YMP001 | PNL040 | NRC011 |
| HQR374 | HQR373 | HQR312 | HQR311 | HQR310 | HQR293 | HQR290 |
| HQR263 | HQR250 | HQR248 | HQR245 | HQR243 | HQR241 | HQR151 |
| HQR150 | HQR147 | HQR118 | HQR116 | HQR113 | HQR112 | HQR108 |
| HQR074 | HQR064 | HQR060 | HQR058 | HQR055 | HQR037 | HQR019 |
| HQR016 | HQR008 | EDB004 | CTR146 | CTR132 | CTR130 | CTR119 |
| CTR116 | CTR042 | CTR026 | CTR024 | CTR019 | CTR013 | CTR012 |
| CTR006 | CTR005 | CTR004 | CTR003 | CTR001 | COF020 | COF001 |

**RFP - 34**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR088 | FER001 | COF026 | | | | |

**RFP - 36**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR388 | HQR361 | HQR010 | CTR170 | CTR158 | | |

Attachment 1

**RFP - 37**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP002 | HQR330 | HQR279 | HQR241 | HQR004 | HQR003 | HQR002 |
| HQR001 | FOI002 | EMS001 | EDB001 | CTR036 | CTR020 | CTR013 |
| CTR006 | CTR003 | CTR002 | COF026 | COF010 | | |

**RFP - 38**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR342 | HQR339 | HQR338 | HQR333 | HQR332 | HQR331 | HQR330 |
| HQR329 | HQR328 | HQR327 | HQR326 | HQR316 | HQR289 | |

**RFP - 39**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR342 | HQR339 | HQR338 | HQR333 | HQR332 | HQR331 | HQR330 |
| HQR329 | HQR328 | HQR327 | HQR326 | HQR316 | HQR289 | |

**RFP - 40**

| | | | | | | |
|---|---|---|---|---|---|---|
| YMP012 | HQR383 | HQR382 | HQR381 | HQR346 | HQR250 | FER003 |
| CTR146 | CTR144 | CTR133 | | | | |

**RFP - 41**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR383 | HQR382 | HQR381 | HQR039 | HQR009 | FER003 | CTR146 |
| CTR049 | CTR033 | | | | | |

**RFP - 42**

| | | | | | | |
|---|---|---|---|---|---|---|
| HQR382 | HQR381 | | | | | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on this 23rd day of March 2007, I caused to be served by overnight courier (Federal Express, for next business-day delivery) a copy of "DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AS AMENDED IN RESPONSE TO THE COURT'S FEBRUARY 5, 2007 ORDER," addressed as follows:

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Harold D Fox
______________________________