# In the United States Court of Federal Claims

No. 04-106 C
(Filed: April 11, 2007)

| | |
|---|---|
| ************************************** | |
| | * |
| **DAIRYLAND POWER COOPERATIVE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

## ORDER

The Court will hold a discovery hearing on April 12, 2007, at 2:30 p.m. at the National Courts Building on Defendant's motion [#88] to compel deposition testimony of Messrs. Sans Crainte and Stubbendick.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge