IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of one day, to and including April 20, 2007, within which to file its response to "Dairyland's Motion To Enforce February 5, 2007 Order And For Sanctions," dated April 2, 2007. Currently, the Government's response to due to be filed on April 19, 2007. Defendant has not previously requested an enlargement of time for this purpose. On Wednesday, April 18, 2007, counsel for plaintiff represented to counsel for defendant, Russell Shultis, that, if it became apparent that the Government needed this one-day enlargement of time, plaintiff, Dairyland Power Cooperative, would not oppose the request.

We have been preparing our response to the plaintiff's motion, but have determined that we need some additional information from our litigation support contractor to assist us in completing that response. Unfortunately, our litigation support contractor, which has been focused almost exclusively on processing large volumes of documents for electronic production to the plaintiff in this case, has been unable to gather all of the necessary information for us in time for us to incorporate it into our response. In addition, counsel of record for the Government in this case is out of the office today, complicating our ability to complete our response. We

believe that, with an enlargement of one day, our litigation support contractor will be able to provide us with the necessary information in time to allow us to incorporate it into our response and file it with the Court. To provide us with the time necessary to complete those tasks, we respectfully request that the Court grant this one-day enlargement request.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by Harold D. Lester, Jr.
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
SONIA M. ORFIELD
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of April 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.