IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | No. 04-0106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S RCFC 26(a)(1) DISCLOSURES

Pursuant to RCFC 26(a)(1) and the Court's Orders of May 1, 2006 and May 23, 2006, Dairyland Power Cooperative ("Dairyland") provides the following disclosures:

A. Witnesses

The individuals listed below are likely to have discoverable information on the noted subjects that Dairyland may use to support its claims. These individuals are represented by counsel, and the government should only contact the witnesses through counsel.

Michael A. Brasel, LACBWR,[1] (608) 689-4220. Spent nuclear fuel and high-level radioactive waste (together, "spent fuel") management issues at LACBWR. Removal of the reactor pressure vessel ("RPV") from the LACBWR containment building. Dairyland's consideration of alternatives to on-site wet pool storage.

Roger E. Christians, LACBWR, (608) 689-4216. Spent fuel management issues at LACBWR.

[1] This abbreviation is being used to note individuals located at the La Crosse Boiling Water Reactor ("LACBWR") plant. The address for LACBWR is S4601 State Hwy 35, Genoa, WI 54632.

John D. Parkyn, DPC,[2] (608) 787-1236. Dairyland's consideration of alternatives to on-site wet pool storage and participation in Private Fuel Storage, LLC ("PFS").

Seymour J. Raffety, LACBWR, (608) 689-4222. Spent fuel management issues at LACBWR. Administration of Dairyland's DOE contract.

Charles V. Sans Crainte, DPC, (608) 787-1233. Spent fuel management issues and costs at LACBWR, including Dairyland's consideration of alternatives to on-site wet pool storage and participation in PFS.

Keith A. Stubbendick, DPC, (608) 787-1245. Dairyland's accounting for costs of management of spent fuel and participation in PFS.

John W. Bartlett, 1300 Crystal Drive, Arlington, VA 22202, (703) 415-4541. Factual matters addressed in Dr. Bartlett's testimony in the Yankee and PG&E spent fuel trials.

Loring E. Mills, 132 Eareckson Lane, Stevensville, MD (410) 643-1244. Factual matters addressed in Mr. Mills' testimony in the Yankee and PG&E spent fuel trials.

Ivan F. Stuart, East 11-B, 500 Ocean Drive, Juno, FL 33408, (561) 691-4696. Factual matters addressed in Mr. Stuart's testimony in the Yankee and PG&E spent fuel trials.

B. Documents

Once a protective order is entered in this case, Dairyland will provide DVDs containing images of documents that Dairyland may use to support its claims. In order to expedite discovery, Dairyland will be disclosing not only documents that it will likely need to support its claims, but also many other documents the government is otherwise seeking in discovery.

---

[2] This abbreviation is being used to note individuals located at Dairyland Power Cooperative ("DPC") headquarters. The address for DPC is 3200 East Avenue S., P.O. Box 817, La Crosse, WI 54602.

Within the next few weeks, Dairyland will also provide complete bibliographic indexing of these documents. Dairyland may also support its claims with many of the government documents listed as trial exhibits or otherwise offered into evidence at trial by plaintiffs in the Yankee and PG&E spent fuel litigations.

C. Damages

The government's failure to remove spent fuel from Dairyland's La Crosse Boiling Water Reactor (LACBWR) plant in a timely manner consistent with its contractual obligations has caused Dairyland to incur damages as described in the categories set out below. The computations of these categories of damages are based, in part, on Dairyland's accounting records. Copies of such records, as well as spreadsheets setting forth the computations of the categories of damages, are included in the enclosed CD entitled "Dairyland Power Cooperative Initial Disclosures." The computations reflect costs incurred through June 30, 2006. Computation of a damages amount appropriate for final judgment, including issues such as allocation of G&A and other "overhead" costs and the RPV removal project costs (and other issues appropriately the subject of consideration and analysis by experts), will be presented in one or more expert witness reports that will be produced no later than the time set out in the Court's Order of May 1, 2006.

1. LACBWR SAFSTOR

The government's failure to timely remove spent fuel from Dairyland's LACBWR plant has caused Dairyland to incur costs to store its spent nuclear fuel in its spent fuel pool since 1998, and Dairyland will continue to incur such costs until all of the spent nuclear fuel is removed. The computation of this category of damage is set out in the documents entitled

"Summary of Damages" (DPID 0000001). Dairyland data and documentation supporting this computation are documents Bates-labeled DPID 0000002-683.

G&A costs included in this computation were derived from Dairyland's Core Business Models (which will be provided upon entry of a protective order in this case) and are appropriately the subject of expert consideration and analysis which will be presented in one or more expert witness reports that will be produced no later than the time set out in the Court's Order of May 1, 2006.

2. Off-site Storage/PFS

As a result of the government's failure to timely remove spent fuel from Dairyland's LACBWR plant, Dairyland has incurred costs in connection with exploring, supporting and developing private off-site alternatives for storage of its spent fuel. The computation of this category of damage is set out in the document entitled "Summary of Damages" (DPID 0000001). Dairyland data and documentation supporting this computation are documents Bates-labeled DPID 0000684-1764.

3. Insurance Expense

Dairyland has had to pay property and liability insurance premiums that it would not have paid had the government removed the spent nuclear fuel from the spent fuel pool in a timely manner. The computation of this category of damage is set out in the document entitled "Summary of Damages" (DPID 0000001). Dairyland data and documentation supporting this computation are documents Bates-labeled DPID 0001765-1805.

4. Reactor Pressure Vessel Removal Project

Dairyland has incurred significant costs in connection with the removal of its RPV from the LACBWR containment building that it would not have incurred had the government

removed the spent nuclear fuel from the spent fuel pool in a timely manner in accordance with its contractual obligations. Through June 2006, DPC has incurred $4,934,562 in costs on the RPV removal project, which are set forth in the tab titled "Reactor Pressure Vessel Removal." Additional supporting documentation are documents Bates-labeled DPID 0001806-1834. Determination of the portion of those costs on the RPV removal project that would not have been incurred had the government removed the spent fuel in a timely manner is appropriately the subject of expert consideration and analysis, which will be presented in one or more expert witness reports that will be produced no later than the time set out in the Court's Order of May 1, 2006.

Respectfully submitted,

July 28, 2006

JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0083345 |
| ENDPRODNO | = | PLAC0083345 |
| STAMPEDNO | = | |
| DOCTYPE | : | LETTER |
| DOCDATE | = | 10/22/1992 |
| TITLE | : | [UNTITLED] |
| AUTHOR | : | WELLS, DIXIE |
| RECIPIENT | : | REGION III 10CFR20 WORKSHOP MEMBERS |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0083345 |
| TEXT | : | i |

REGION III

10 CFR 20 WORKSHOP

i
A

Detroit Edison Co.
Fermi 2
Newport, MI 48166

Data: October 22, 1992 ~i s-. (, 9 12-

-F 0: Region III 1OCFR20 Workshop Members '

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0083361 |
| ENDPRODNO | = | PLAC0083361 |
| STAMPEDNO | = | |
| DOCTYPE | : | LETTER |
| DOCDATE | = | 10/06/1992 |
| TITLE | : | [UNTITLED] |
| AUTHOR | : | PAT |
| RECIPIENT | : | REGION 3 10CFR20 WORKSHOP REPRESENTATIVES |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0083361 |
| TEXT | : | OCT 1. 1992 |

~~ THE CLEVELAND ELECTRIC ILLUMINATING COMPANY

P.O. BOX 97 ⊐ PERRY, OHIO 44081 ⊐ TELEPHONE (216) 259-3737 ⊐ ADDRESS-10 CENTER ROAD ⊐ FROM CLEVELAND: 479-1260
Serving The Best Location in the Nation
PERRY NUCLEAR POWER PLANT
October 6, 1992

To: Region 3 10CFR20 Workshop Representatives

As agreed during our last meeting in Chicago, I have prepared a standard protocol by which we can calculate the fraction of total "deliverable" internal dose due to readily detectable gamma emitters and transuranics. Please perform the following:

1. Enter the Sample Description of your most recent 10CFR61 sample

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0084270 |
| ENDPRODNO | = | PLAC0084271 |
| STAMPEDNO | = | |
| DOCTYPE | : | MEETING/PRESENTATION |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | PRINCIPAL FEATURES OF THE LOCOMOTION SYSTEM |
| AUTHOR | : | [UNKNOWN] |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0084270 |
| TEXT | : | PRINCIPAL FEATURES OF THE LOCOMOTION SYSTEM |

• CONTACT WITH THE WALL IS NOT REQUIRED

• NAVIGATION OVER ARBITRARY PATHS WITH

HIGH PRECISION; 2mm HYSTERESIS LOOP

• ABSOLUTE CONTROL OVER VELOCITY AND

ACCELERATION ON THE "FLY"

• HEAVY LOAD CAPACITY OF 100+ KG

• EXTENDIBLE TO AN "ENDLESS" WALL

PLAC0084270

| | | |
|---|---|---|
| BEGPRODNO | = | DPID0000814 |
| ENDPRODNO | = | DPID0000815 |
| STAMPEDNO | = | |
| DOCTYPE | : | |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | |
| AUTHOR | : | |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | DPID |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | DPID0000814 |
| TEXT | : | L)alland Yower Cooperative |

ATTIN: ACCOUNTS RECEIVABLE
P.O. Box 817
La Crosse, WI 54602-0817
(608)788-4000

BILLING FOR NOVEMBER , 1996
GENOA FUELTECH, INC_

kvo-.~ifixsrA3GE:;aa:?+`i T~Fn•:.Yr-bC?ifw:-:;}4• yY.LtG}aaY':L4x4??Lfi;Ni'":CA'.": w~ri:!U.

INVOICE DATE: 12-10-96
BILLING NBR B6552
INVOICE NBR : 022835
DUE DATE : 12-30-96

B GENOA FUELTECH, INC.
I T ATTM: KEITH STtjBBENDICK
L 0 P. 0. BOX 817
L LA CROSSE , WI 54602-0817

| | | |
|---|---|---|
| BEGPRODNO | = | DPID0001402 |
| ENDPRODNO | = | DPID0001414 |
| STAMPEDNO | = | |
| DOCTYPE | : | |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | |
| AUTHOR | : | |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | DPID |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | DPID0001402 |
| TEXT | : | and Power Cooperative |

,~a~ I rY
AT3N: ACCOUNTS RECEIVABLE
P.O. Box 817
La Crosse, W1 54602-0817
(608)788-4000

S! '
VU.",Runxs
" a•..
S
NM

:Oiiaii?.FSi56iv':ri3ii:ii33: X??:iX3.hhW:Gh ~hP]hW'"s4}vlri4K4:5S#03Xlstinvn4":...yivF

GENOA FUELTECH INC
ATTN: SANDY FANCHER
PO BOX 817
LA CROSSE WI 54602-0817

BEGPRODNO = PDPC0031802
ENDPRODNO = PDPC0031805
STAMPEDNO =
DOCTYPE :
DOCDATE = 00/00/0000
TITLE :
AUTHOR :
RECIPIENT :
COPYEE :
CUSTODIAN :
PRODUCTION : PROD08
PROTORDER =
PRODATE = 00/00/0000
PROTWITHDRAW :
IMG = PDPC0031802
TEXT : LACBWR PROJECTS FUNDED BY NDT/NFS
rpl ly)Ay zoos

IVITY ACCT CE DESCRIPTION

P6564 51700 01 Expense accrual
P6564 51700 40 PAYRL OVERHEADS INS&TAX

P6564 92100 10 2081DONALD G EGGE

71 P6564
71 P6564
71 P6564
71 P6564
89 P6564
89 P6564
89 P6564

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0151356 |
| ENDPRODNO | = | PLAC0151356 |
| STAMPEDNO | = | |
| DOCTYPE | : | |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | |
| AUTHOR | : | |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD10 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0151356 |
| TEXT | : | |

<<<< PLAC0151356 / 1 >>>>

=

=

I

via

=

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0085009 |
| ENDPRODNO | = | PLAC0085017 |
| STAMPEDNO | = | |
| DOCTYPE | : | BUSINESS |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | CAPITAL CAMPAIGN NCRP |
| AUTHOR | : | NCRP |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0085009 |
| TEXT | : | II IIL IKII-+I |

Capital Campaign NCRP

WHO The National Council on Radiation Protection and Measurement is a federally chartered not for profit organization whose mission is to provide the nation with authoritative information and advice about radiation policy. The NCRP consists of 75 members of the Council plus more than 400 other scientists and policy makers who serve on its 48 expert committees. These volunteers are supported by a staff of 15 functioning in a headquarters office in Bethesda, Maryland, just outside of the nation's capital.

WHAT For reasons to be discussed below, the NCRP leadership has concluded that it is timely to seek a building of its own. Since being chartered in 1964, the NCRP has occupied rented space in the Washington area. Projected needs for additional space and anticipated increases in rent in its current quarters make it desirable to gain the control of these elements of budget and function by the acquisition of the NCRP's own facilities.

WHERE The desired facility should contain space for existing and anticipated staff

BEGPRODNO = PLAC0096355
ENDPRODNO = PLAC0096360
STAMPEDNO =
DOCTYPE : BUSINESS
DOCDATE = 00/00/0000
TITLE : LACBWR FUEL ELEMENT TRANSFER RECORD
AUTHOR : [UNKNOWN]
RECIPIENT :
COPYEE :
CUSTODIAN :
PRODUCTION : PROD03A
PROTORDER =
PRODATE = 00/00/0000
PROTWITHDRAW :
IMG = PLAC0096355
TEXT : rage 1/ u1 ss
fit.. LACBWR FUEL ELEMENT TRANSFER RECORD

symbol Key: Location Notation
Off Site ti
Reactor (Position C-s) C-5
New Fuel Storage -(Position 69')' ~. NFS-69
Irradiated Fuel Storage..-,
Well (Fosition 69) SW-_69

| DATE/ TIME | ELEMENT NUMBER | FROM | '-.-TO - | REMARKS- - | INTS |
| --- | --- | --- | --- | --- | --- |
| ,y | Z4 ~33 -~ | vfr~s' | | | |
| /1 71s is- | | .5W- / | , | | |
| ~/ //8.57a | -,36 | - . | s w- | | |

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0096383 |
| ENDPRODNO | = | PLAC0096383 |
| STAMPEDNO | = | |
| DOCTYPE | : | HANDWRITTEN NOTES |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | SPRING 1982 REFUELING OUTAGE FUEL HANDLING SEQUENCE AND STORAGE INSTRUCTIONS |
| AUTHOR | : | [UNKNOWN] |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03A |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0096383 |
| TEXT | : | 1. |

W
z

_FC-31-82-2~x
Pr6cedure
Page 10
i.
Spr; h~ 19~z Ref ue1 Oe ta.~e

Fuel Hahd lih~ Sc eJic ahd Sterege 1-hsZr~cTi'ons
Check Noi;/c 7-
i4s Grr'd _
s. Me. Froh-, .x- Qhd

BEGPRODNO = PLAC0096429
ENDPRODNO = PLAC0096429
STAMPEDNO =
DOCTYPE : FINANCIAL
DOCDATE = 06/03/1992
TITLE : SUMMARY DETAILING THE TOTAL REFUND PRINCIPAL REQUESTED
AUTHOR : [UNKNOWN]
RECIPIENT :
COPYEE :
CUSTODIAN :
PRODUCTION : PROD03A
PROTORDER =
PRODATE = 00/00/0000
PROTWITHDRAW :
IMG = PLAC0096429
TEXT : Attachment to DPC Letter,
LAC-13179, dated June 3, 1992

SUMMARY DETAILING THE TOTAL REFUND (PRINCIPAL) REQUESTED

(Revised 06/02/92)

Standard Contract Identification Number: DE-CRO1-83NE44377
Station Name: La Crosse Boiling Nater Reactor

| PERIOD IOVERED FY YEAR/ QUARTER | PAYMENT DATE | (1) GROSS NET NUCLEAR GENERATION (MWH) | (2) ORIGINAL NUCLEAR GENERATION (MWH) | (3) FEE PAID |
|---|---|---|---|---|
| 83/03 | 07/29/83 | 56,248 | 52,655 | $56,248 |
| 83/04 | 10/31183 | 24,192 | 22,625 | $24,192 |
| 84/21 | 01/31184 | 35,216 | 33,072 | $35,216 |
| 84/02 | 04/30184 | 97,173 | 92,328 | $97,173 |
| 84/03 | 07/31184 | 75,773 | 71,644 | $75,773 |
| 84/04 | 10/31/84 | 59,993 | 56,535 | $59,993 |