| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0109120 |
| ENDPRODNO | = | PLAC0109120 |
| STAMPEDNO | = | |
| DOCTYPE | : | BUSINESS |
| DOCDATE | = | 00/16/1973 |
| TITLE | : | CYCLE III TRIAL RELOAD D |
| AUTHOR | : | [UNKNOWN] |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03B |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0109120 |
| TEXT | : | |

At

OIL
E 77 J /

j G b C F G H K
:L.
y 3 y s G 7 $ 9
I 9, 7 10, .
0/32- o/7y
rt
/%' 7/8 9.17/

Z Na,- 01ST' 022.3 02 Z/ 0?2 OZ2G OIZ2. Oz=y` o/ r
F~i -~ to.69 I•99I z.I/9 2.2a7 jj z.a0: /o.7.73 10 2 /3 0/s7 0zzT~ oz-/9 oz /Y 02i1 o/S).

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0119888 |
| ENDPRODNO | = | PLAC0119889 |
| STAMPEDNO | = | |
| DOCTYPE | : | LETTER |
| DOCDATE | = | 04/16/1990 |
| TITLE | : | [UNTITLED] |
| AUTHOR | : | JACKSON, GW;[ILLEGIBLE] |
| RECIPIENT | : | FELDMAN, CARL |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03B |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0119888 |
| TEXT | : | 2 3 |

Westinghouse
– Hanford Company

P.O. Box 1970 Richland, WA 99352

April 16, 1990

Dr. Carl Feldman, Program Manager
U.S. Nuclear Regulatory Commission
5650 Nicholson Lane
Rockville, Maryland 20852

Dear Dr. Feldman:

9052669

EVALUATION OF NUCLEAR FACILITY DECOMMISSIONING PROJECTS PROGRAM DRAFT SUMMARY REPORT – LACROSSE BOILING WATER REACTOR SAFSTOR DECOMMISSIONING

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0121482 |
| ENDPRODNO | = | PLAC0121482 |
| STAMPEDNO | = | |
| DOCTYPE | : | LETTER |
| DOCDATE | = | 02/22/1996 |
| TITLE | : | [UNTITLED] |
| AUTHOR | : | RAFFETY, SEYMOUR J |
| RECIPIENT | : | WISCONSIN DEPARTMENT OF TRANSPORTATION |
| COPYEE | : | CHRISTIANS;NELSON;FRUEHLING, D;TOEPFER, J |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03C |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0121482 |
| TEXT | : | |

COR-FILE

I~-AG T-t~
p DAIRYLAND

O(__~" J(U COOPERATIVE LACROSSE BOILING WATER REACTOR (LACBWR) • ROUTE 1, BOX 275
GENOA, WISCONSIN 54632 • (608) 689-2331

February 22, 1996

Hazardous Materials Registration Program
Division of Motor Vehicles
Wisconsin Department of Transportation
P.O. Box 7955
Madison, WI 53707-7955

Gentlemen:

In reply, please

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0134385 |
| ENDPRODNO | = | PLAC0134385 |
| STAMPEDNO | = | |
| DOCTYPE | : | LETTER |
| DOCDATE | = | 02/21/1986 |
| TITLE | : | AREA RECOMMENDATION REPORT FOR CRYSTALLINE ROCK REPOSITORY |
| AUTHOR | : | KRAFT, SP |
| RECIPIENT | : | STEERING COMMITTEE;HIGH-LEVEL WASTE SPENT FUEL STORAGE WORKING GROUP;ALABAMA POWER COMPANY;ARIZONA PUBLIC SERVICE COMPANY;BALTIMORE GAS AND ELECTRIC COMPANY;BOSTON EDISON COMPANY;CAROLINA POWER AND LIGHT COMPANY;CLEVELAND ELECTRIC ILLUMINATING COMPANY;COMMONWEALTH EDISON CO;CONSOLIDATED EDISON COMPANY;DETROIT EDISON COMPANY;DUKE POWER COMPANY;DUQUESNE LIGHT COMPANY;FLORIDA POWER CORPORATION;FLORIDA POWER AND LIGHT COMPANY;[LIST] |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03D |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0134385 |
| TEXT | : | UNWMG |

Utility Nuclear Waste Management Group
1111 19th Street, N.W. ☐ Washington, D.C. 20036-36910 (202) 828-7581

MEMBERS
Alabama Power Company
Arizona Public Service Company
Baltimore Gas & Electric Company
Boston Edison Company
Carolina Power & Light Company
The Cleveland Electric Illuminating Company
Commonwealth Edison Company
Consolidated Edison Co. of New York, Inc.
The Detroit Edison Company

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0134777 |
| ENDPRODNO | = | PLAC0134778 |
| STAMPEDNO | = | |
| DOCTYPE | : | LETTER |
| DOCDATE | = | 07/01/1986 |
| TITLE | : | HIGH LEVEL NUCLEAR WASTE DISPOSAL |
| AUTHOR | : | MCCOLLAM, WILLIAM |
| RECIPIENT | : | FLANAGAN, DAVID T |
| COPYEE | : | ROWE, JOHN W |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03D |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0134777 |
| TEXT | : | WILLIAM McCOLLAM. Jr., President |

EDISON ELECTRIC
::: S T I T U T E The association of electric companies

nn i9In Street N W -
Washington. 0 C 2003691
Tel (202) 828- 7400

July 1, 1986

Mr. David T. Flanagan
Vice President
Law and Administration
Central Maine Power Company
Edison Drive
Augusta, Maine 04336

Subject: High Level Nuclear Waste Disposal

near Mr. Flanagan:

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0135686 |
| ENDPRODNO | = | PLAC0135708 |
| STAMPEDNO | = | |
| DOCTYPE | : | BUSINESS |
| DOCDATE | = | 10/22/1986 |
| TITLE | : | AIF FUEL CYCLE CONFERENCE PRIVATE INDUSTRY OPPORTUNITY AND CHALLENGE PARTICIPATION IN THE DOE/NWPA TRANSPORTATION PROGRAM |
| AUTHOR | : | BARRETT, LAKE H |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03D |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0135686 |
| TEXT | : | I |

AIF FUEL CYCLE CONFERENCE

OCTOBER 22, 1986

PRIVATE INDUSTRY OPPORTUNITY AND CHALLENGE:

PARTICIPATION IN THE DOE/NWPA TRANSPORTATION PROGRAM

PRESENTED BY

LAKE H. BARRETT

DIRECTOR

TRANSPORTATION AND WASTE SYSTEMS DIVISION

OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0137987 |
| ENDPRODNO | = | PLAC0137987 |
| STAMPEDNO | = | |
| DOCTYPE | : | LETTER |
| DOCDATE | = | 07/17/2002 |
| TITLE | : | [UNTITLED] |
| AUTHOR | : | BALDWIN-VAKY, TERESA R |
| RECIPIENT | : | YOUNG, ROGER |
| COPYEE | : | F-4J |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03D |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0137987 |
| TEXT | : | |

g NT pp~
04,

Mr. Roger Young
Dairyland Power Cooperative
P. O. Box 817
3200 East Avenue
Lacrossee, Wisconsin 54601

Dear Mr. Young:

July 17, 2002

The enclosed report summarizes payments and amounts due from your firm to the Department of Energy for the Nuclear Waste Fund for the quarter ending June 30, 2002.

Your Remittance Advice and Annex A's will continue to be needed by your quarterly payment date (i.e, ACH/wire transfer date). If you are unable to mail the forms in time for receipt at

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0149770 |
| ENDPRODNO | = | PLAC0149806 |
| STAMPEDNO | = | |
| DOCTYPE | : | BUSINESS |
| DOCDATE | = | 05/00/1991 |
| TITLE | : | ACCEPTANCE PRIORITY RANKING MAY 1991 |
| AUTHOR | : | [UNKNOWN] |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD03E |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0149770 |
| TEXT | : | |

COR•RLE:
D

DRAFT

ACCEPTANCE PRIORITY RANKING

r
D
C)
0
-01
0
0

May 1991
", GJ J 1 1 O : G13 - KVl'l i r- .LHI.KV55t HU I fK5 I V LHL,bWK HHUt , UU,3

| | | |
|---|---|---|
| BEGPRODNO | = | PDPC0000642 |
| ENDPRODNO | = | PDPC0000642 |
| STAMPEDNO | = | |
| DOCTYPE | : | FAX COVER SHEET |
| DOCDATE | = | 06/09/2003 |
| TITLE | : | [UNTITLED] |
| AUTHOR | : | BERG, WILLIAM L |
| RECIPIENT | : | HERBKOHL, SENATOR |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD04A |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PDPC0000642 |
| TEXT | : | ** JOB STATUS REPORT ** |

JOB #802

DATE TIME TO/FROM
001 6/09 11:19 SENATOR KOHL

Z00 v
mw+s.MW - upi MK

To:

Company:

Senator Herb Kohl
United States Senate

AS OF JUN 09 2003 11:20
DAIRYLAND POWER

PAGE. 01

| | | |
|---|---|---|
| BEGPRODNO | = | PDPC0014666 |
| ENDPRODNO | = | PDPC0014666 |
| STAMPEDNO | = | |
| DOCTYPE | : | HANDWRITTEN NOTES |
| DOCDATE | = | 05/17/0000 |
| TITLE | : | LACBWR INSURANCE |
| AUTHOR | : | GEN SYS ENERGY |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD04B |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PDPC0014666 |
| TEXT | : | |

GEN-SYS (NF IHa,%V,% Energy Date: ..~_A 7 ... . ..
Subject: Page No:
~By:. ....... .
ENERGY

i

I
I
ss '~
I ~T
I

I , I

\ o..J ICc2_ CQ
I I
07 3O AI\
0-% S I~
_GA-tT

| | | |
|---|---|---|
| BEGPRODNO | = | PDPC0032405 |
| ENDPRODNO | = | PDPC0032408 |
| STAMPEDNO | = | |
| DOCTYPE | : | |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | |
| AUTHOR | : | |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD12 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PDPC0032405 |
| TEXT | : | |

<<<< PDPC0032405 / 1 >>>>

Roger E Christians To: Chuck V Sans Crainte/Dairynet@Dairynet
08/11/2004 09:02 AM cc:
Subject: Fw: Nuclear Fuel Classification: Standard vs Non-Standard

----- Forwarded by Roger E Christians/Dairynet on 08/11/2004 09:02 AM -----
W & Lynne S Goodman To: rec@dairynet.com
<goodmanl@dteenergy cc:
QM com> Subject: Fw: Nuclear Fuel Classification: Standard vs Non-Standard
NZIEW 08/10/2004 04:11 PM

Roger, here is the latest correspondence on the non-standard fuel issue.
Decided to forward it to you, so Seymour, et al can consider it in their discussions.
Lynne

Steve:

| | | |
|---|---|---|
| BEGPRODNO | = | PDPC0032703 |
| ENDPRODNO | = | PDPC0032703 |
| STAMPEDNO | = | |
| DOCTYPE | : | |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | |
| AUTHOR | : | |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD12 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PDPC0032703 |
| TEXT | : | |

<<<< PDPC0032703 / 1 >>>>

Brian D Rude

03/02/2001 01:24
PM

To: Chuck V Sans Crainte/Dairynet@Dairynet, Roger E
Christians/Dairynet@Dairynet, John D Parkyn/Dairynet@Dairynet,
TZremba@wheelerlaw.com
cc:
Subject: Call from Bob Capstick

Today, I finally completed a call with Bob Capstick, government affairs representative from the Yankee companies. You may remember it was Bob who Jerry Stouck said is the inspiration for the gathering of shut down reactor companies recently. C~P~\

Bob and I had a very lengthy call. He reviewed much of the history of the Yankee companies, as well as their past efforts in Washington. They no longer have full-time Washington representation, so he is taking on that task as well as state relations in CT and MA (sounds familiar!).

| | | |
|---|---|---|
| BEGPRODNO | = | PDPC0032821 |
| ENDPRODNO | = | PDPC0032822 |
| STAMPEDNO | = | |
| DOCTYPE | : | |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | |
| AUTHOR | : | |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD12 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PDPC0032821 |
| TEXT | : | |

<<<< PDPC0032821 / 1 >>>>

Brian D Rude To: Chuck V Sans Crainte/Dairynet@Dairynet,
06/18/2001 11:55 TZaremba@wheelerlaw.com
AM cc:
Subject: Revised draft DPC news release

Brian D. Rude
Director, External Relations
Dairyland Power Cooperative
Phone: 608-787-1320
Fax: 608-787-1281
----- Forwarded by Brian D Rude/Dairynet on 06/18/01 11:54 AM -----

"David Blee" To: ramellor@aol.com, howese@myapc.com, "Timothy E. Smith"
<DBlee@NACINTL.CO <tim smith@govstrat.com>, nortonw@myapc.co`n,
M> meisnerm@myapc.com, thomasm@myapc.co
06/18/01 09:54 AM capstick@yankee.com, michael.callahan@ ow r' ldnet.att.net,

BEGPRODNO = PLAC0097400
ENDPRODNO = PLAC0097400
STAMPEDNO =
DOCTYPE :
DOCDATE = 00/00/0000
TITLE :
AUTHOR :
RECIPIENT :
COPYEE :
CUSTODIAN :
PRODUCTION : PROD13
PROTORDER =
PRODATE = 00/00/0000
PROTWITHDRAW :
IMG = PLAC0097400
TEXT :

<<<< PLAC0097400 / 1 >>>>

EXHIBIT B.

PROJECT. STATUS OVERVIEW
AS OF 03-09-88

x 501 75 1OOs
PROJECT yc LOCATION EST. STATUS (X COHPLETE) [EL I -? ]
DESCRIPTION "~ (CO., STATE) COMPL. ENVIRONMENTAL ENGINEERING R/W CONS ON

TRANSMISSION SUBSTATIONS
DAYTON SWITCHING STA. RICHLAND, WI 05/88
BIG SAND SWITCHING STA. BURNETT. WI 02/88
REPL OCB 16NB110-BARRON BARRON, WI N A ® N A

DISTRIBUTION SUBSTATIONS
CANOE WINNESHEIK, IA 02/88
BRUNSWICK EAU CLAIRE. WI 05/88

| | | |
|---|---|---|
| BEGPRODNO | = | PDPC0032872 |
| ENDPRODNO | = | PDPC0032873 |
| STAMPEDNO | = | |
| DOCTYPE | : | |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | |
| AUTHOR | : | |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | |
| PRODUCTION | : | PROD14 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PDPC0032872 |
| TEXT | : | |

<<<< PDPC0032872 / 1 >>>>

Dairyland Power Cooperative v. The United States

United States Court of Federal Claims

Case No. 04-106C

ACTIVITY SOURCE DETAIL

activity journal entries.xls

JULY 2006 to DECEMBER 2006

Confidential - To Be Used Only In Litigating Case No. 04-106C, Dairyland Power Cooperative v. US, PDP00032872
And In Accordance With U.S. Court of Federal Claims Protective Order Entered August 17, 2006

<<<< PDPC0032873 / 2 >>>>

LACBWR JOURNAL ENTRIES - ACTIVITY SOURCE DETAIL

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0047364 |
| ENDPRODNO | = | PLAC0047371 |
| STAMPEDNO | = | |
| DOCTYPE | : | BUSINESS |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | 2003 LACBWR DECOMMISSIONING PLAN REVIEW |
| AUTHOR | : | [UNKNOWN] |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | LACBWR Central Files |
| PRODUCTION | : | PROD02 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0047364 |
| TEXT | : | 2003 LACBWR Decommissioning Plan Review |

• Cover Page Update revision date.

Index, Rename Section 6.7 from. "Cost Estimate and Financing, " to "SAFSTOR Page 0-2 Funding and Decommissioning Cost Financing." Renumber indexed section pages as needed.

Page 1-2 Section 1. 1, Selection of SAFSTOR: Fourth paragraph, third sentence states, "The decommissioning estimate is discussed in Section 6.7. " This revision to the Decommissioning Plan adds the SAFSTOR spent fuel management and funding plan to Section 6.7. The previous statement is changed to reference this plan by stating, "SAFSTOR funding and decommissioning cost financing are discussed in Section 6.7. "

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0052712 |
| ENDPRODNO | = | PLAC0052714 |
| STAMPEDNO | = | |
| DOCTYPE | : | AGREEMENT/CONTRACT |
| DOCDATE | = | 06/02/2004 |
| TITLE | : | CONFIDENTIAL INFORMATION AGREEMENT |
| AUTHOR | : | MUELLER, ROBERT;[ILLEGIBLE], PAUL C |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | Mike Johnsen |
| PRODUCTION | : | PROD02 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0052712 |
| TEXT | : | |

r.

CONFIDENTIAL INFORMATION AGREEMENT

4 1-
Duratek-
COR-FILE:

THIS AGREEMENT is made and entered into as of May 18, 2004 by and between Dairyland Power Cooperative , and Duratek Services, Inc..

WHEREAS, the parties hereto have begun discussions concerning a proposed business arrangement (the "Business Arrangement"), known as the "LaCrosse BWR Decommissioning Program"; and

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0038041 |
| ENDPRODNO | = | PLAC0038042 |
| STAMPEDNO | = | |
| DOCTYPE | : | LETTER |
| DOCDATE | = | 04/13/1990 |
| TITLE | : | TRANSMITTAL OF FUELSTOR PAPER |
| AUTHOR | : | VALENTINE, MK |
| RECIPIENT | : | RAFFETY, SEYMOUR J |
| COPYEE | : | |
| CUSTODIAN | : | Seymour Raffety |
| PRODUCTION | : | PROD01 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0038041 |
| TEXT | : | s7'r ~<br>cuss MAIL<br><br>U.S.~OSTAGE<br>APR 13'90 ~@ F~.65<br>,,E R<br>`71475}<br><br>ADVANCED NUCLEAR FUELS CORPORATION<br><br>2101 HORN RAPIDS ROAD, PO BOX 130, RICHLAND, WA 99352-0130<br><br>Mr. M. K. Valentine |

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0000032 |
| ENDPRODNO | = | PLAC0000034 |
| STAMPEDNO | = | |
| DOCTYPE | : | BUSINESS |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | [UNTITLED] |
| AUTHOR | : | [UNKNOWN] |
| RECIPIENT | : | |
| COPYEE | : | |
| CUSTODIAN | : | Mike Brasel |
| PRODUCTION | : | PROD01 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0000032 |
| TEXT | : | 17. Comment: Should the activation of N-14 be included in the total C-14 activity? |

Response: Contribution of N-14 activation to total C-14 activity is considered negligible. Total activity content is less than a Curie and well below Class A limit; including N-14 activity will not change waste classification.

Reply: Please include C-14 activity, do to activation of N-14, for components in the report.

24. Do the calculations take into account the control rod density in the reactor core and how it varies with core bumup throughout each fuel cycle and how the control rods affect the neutron energy spectrum, etc.?

Response: For power distribution, the conservative approach was used. The analysis was performed with all of the control rods in the fully withdrawn position. With the control rods in the fully withdrawn position, the handle of the control rod stick into the core region by approximately 7 inches. This intrusion was modeled.

Reply: Please provide further clarification of how flux was determined to be the most conservative value, given the LACBWR operating methodology (center control rod inserted for much of full power operation).

| | | |
|---|---|---|
| BEGPRODNO | = | PLAC0070171 |
| ENDPRODNO | = | PLAC0070171 |
| STAMPEDNO | = | |
| DOCTYPE | : | 10/21/1987 |
| DOCDATE | = | 00/00/0000 |
| TITLE | : | [UNTITLED] |
| AUTHOR | : | REEKE, GAIL HUNT |
| RECIPIENT | : | GOODMAN, LYNNE |
| COPYEE | : | |
| CUSTODIAN | : | Lynne Goodman |
| PRODUCTION | : | PROD01 |
| PROTORDER | = | |
| PRODATE | = | 00/00/0000 |
| PROTWITHDRAW | : | |
| IMG | = | PLAC0070171 |
| TEXT | : | MORGAN STANLEY |

r_t

MORGAN STANLEY
ASSET MANAGEMENT 1NC.
1633 BROADWAY
NEW YORK, NEW YORK 10019

Ms. Lynne Goodman
Dairyland Power Cooperative
2615 East Avenue, South
LaCrosse, WI 54601

Dear Lynne:

CERTIFICATE OF FILING

I hereby certify that on this 20th day of April 2007, a copy of foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE FEBRUARY 5, 2007 ORDER AND FOR SANCTIONS, AND DEFENDANT'S MOTION FOR IMPOSITION OF RECIPROCAL OBLIGATIONS UPON THE PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.