IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO DEPOSE FACT WITNESS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of the fact discovery period of three days, to and including Thursday, May 3, 2007, to allow the Government to depose one of plaintiff's fact witnesses in this case, Lake Barrett. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has represented that, plaintiff, Dairyland Power Cooperative ("Dairyland"), does not oppose our request.

This request is necessary to complete fact discovery while accommodating the schedules of all of the parties involved. Currently, the parties are preparing to take depositions of Messrs. Michael Brasel, William Berg, Keith Stubbendick, and Charles Sans Crainte in La Crosse, Wisconsin between April 25 and 27, 2007. Dairyland has noticed depositions of Messrs. Christopher Kouts, David Zabransky, and Thomas Pollog, to be taken on May 1, 3, and 4, 2007 respectively, in Washington, D.C. Given the shortness of time and to accommodate the schedules of the attorneys and witnesses involved, the parties have agreed to this deposition schedule, which provides for fact depositions after the close of fact discovery on April 30, 2007.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

April _____, 2007

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of April 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO DEPOSE FACT WITNESS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis