IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-0106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time, out of time,[1] of four days, to and including May 25, 2007, within which to file its reply to plaintiff's response to the Government's motion to strike privileged documents that plaintiff, Dairyland Power Cooperative ("Dairyland"), attached to a reply brief relating to Dairyland's motion to compel the production of documents withheld as privileged. Defendant's reply was due on May 21, 2007. Defendant has not previously requested an enlargement of time for this purpose. Counsel for plaintiff has represented that Dairyland does not oppose this motion.

Over the past several days, defendant has been focused upon the preparation of the Government's initial brief in Sacramento Municipal Utility District v. United States, No. 2007-5046 (Fed. Cir.), a spent nuclear fuel case that is now pending before the United States Court of Appeals for the Federal Circuit, which was scheduled to be filed on May 21, 2007, but now is expected to be filed on May 22, 2007, and upon pre-trial preparation activities in Boston Edison

[1] We attempted to file this motion last night, after we realized that we had mistakenly failed to calendar our reply brief due date properly. Unfortunately, we were unable to work the Adobe Acrobat conversion program and, as a result, were unable to file this motion last night. Accordingly, we are filing the motion today, now that our Adobe Acrobat conversion program is working properly, one day out of time.

Co. v. United States, No.99-447C (Fed. Cl.), which is scheduled to commence trial on June 4, 2007. Earlier this afternoon, while continuing our work associated with this other activities, we recognized that we had failed to calendar properly the due date for our reply brief here. Having realized this error, we contacted counsel for plaintiff to request plaintiff's consent to allow us to complete our briefing in the SMUD case and to file our reply brief after that filing. Given that we have briefing on another discovery matter due on Friday, May 25, 2007, this requested enlargement should not prejudice Dairyland.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by Harold D. Lester, Jr.
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
SONIA M. ORFIELD
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

May 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of May 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.