IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO SUBMIT EXPERT REPORTS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 21 days, to and including Friday, June 29, 2007, within which to submit our expert reports. Our expert reports are currently due on Friday, June 8, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has represented that plaintiff, Dairyland Power Cooperative, opposes our request.

This request is necessary because the press of other spent nuclear fuel cases prevents us from being able to submit our expert reports on the date currently scheduled. Beginning with the week in which our expert reports are due, Government experts, key employees of the Department of Energy ("DOE"), and Department of Justice attorneys who have been assigned to this case will be engaged in the trial in Boston Edison Co. v. United States, No. 99-447 (Judge Lettow). That trial begins on June 4, 2007, and is currently scheduled to be completed by June 22, 2007. Thus, the expert reports in this case are currently due to be submitted to counsel for Dairyland at the end of the first week of the Boston Edison trial. Several of the experts who are scheduled to testify in Boston Edison will likely submit expert reports in this case. Several of the DOE

witnesses who review those expert reports prior to their submission are scheduled to testify in Boston Edison as well. Furthermore, several Department of Justice attorneys who are assigned to work in this case are also part of the trial team in Boston Edison. Consequently, the Government's ability to produce the expert reports in this case, prior to the June 8, 2007 deadline, has been severely hampered by the Boston Edison trial.

Further, the Government's experts are currently working to review a great deal of fact and expert information that was recently provided by Dairyland. The Government has recently deposed a number of Dairyland's expert witnesses. Those experts and the dates they were deposed are: 1) Charles Wilkins, deposed on May 11, 2007; 2) Todd Smith, deposed on May 22, 2007; and 3) Ivan Stuart, deposed on May 24, 2007. Because the Government's expert reports are, to some degree, responsive to Dairyland's experts, the Government's experts and consultants are busily reviewing those deposition transcripts in an effort to fully understand Dairyland's experts and their opinions before writing their own reports. The Government's experts and consultants are also reviewing more that 15,000 images that Dairyland produced on May 16, 2007, primarily in response to the Government's third request for production of documents that was submitted to Dairyland on March 30, 2007. Those 15,000 images were received more than two weeks after Dairyland's response was due upon the close of fact discovery in this case, April 30, 2007. Additionally, Dairyland produced some information on May 16, 2007, that the Government sought in its first and second requests for production, but were missing from Dairyland's previous document productions.

Additionally, this request is necessary so the Government can depose one of Dairyland's experts, Mr. Frank Graves, before the Government submits its expert reports. Mr. Graves offers

the opinion that, but for DOE's partial breach of the Standard Contract, Dairyland would have been able to obtain a sufficient number of delivery commitment schedules from other nuclear utilities to allow Dairyland to have eliminated its need for spent fuel storage after 1998. Due to the Government's deposition of other Dairyland experts, the demands of other spent nuclear fuel cases, and the schedules of all of the parties involved, the parties were unable to schedule Mr. Graves' deposition until June 19, 2007. Mr. Graves opinions will likely be addressed in a report submitted by Jonathan Neuberger of Economists, Inc. Mr. Neuberger is scheduled to testify in the Boston Edison trial, likely during the week of June 18, 2007. Thus, Mr. Neuberger would not be able to review Mr. Graves' deposition testimony if he were required to submit his expert report on June 8, 2007. Therefore, we are seeking sufficient time to allow the Government to submit our expert reports at the end of the week following the close of the Boston Edison trial.

Finally, granting our motion for enlargement should not adversely affect any of the other scheduling deadlines in this case. Currently, Dairyland has until July 27, 2007 to depose the Government's experts and submit Dairyland's rebuttal reports. Particularly in light of the fact that Dairyland's counsel will likely depose Government experts that Dairyland's counsel has deposed in other spent nuclear fuel cases, Dairyland should still be able to do so even if the Government is allowed to submit its expert reports on June 29, 2007. Similarly, there is no reason to expect that, particularly if counsel exercise reasonable scheduling flexibility, the parties cannot complete expert discovery by August 10, 2007.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

June 1, 2007

CERTIFICATE OF FILING

I hereby certify that on this 1st day of June 2007, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT EXPERT REPORTS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis