# In the United States Court of Federal Claims

No. 04-106 C
(Filed: June 6, 2007)

*************************************

**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

## OPINION AND ORDER

On June 1, 2007, Defendant filed a motion for an enlargement of time, from the present deadline of June 8 to and including June 29, 2007, within which to submit expert reports. Plaintiff opposes the extension.

In support of its motion, Defendant argues three points: 1) Defendant's experts and counsel are currently involved in another spent nuclear fuel case, *Boston Edison*, which is in trial from June 4 through June 22, 2007, and Defendant's ability to produce the expert reports in *Dairyland* has been severely hampered by this commitment; 2) Defendant and its experts and consultants are engrossed in reviewing recent deposition transcripts (of depositions taken May 11, May 22, and May 24, 2007) of several of Plaintiff's experts, as well as in reviewing a large number of discovery documents submitted by Plaintiff on May 16, 2007; and 3) Defendant's deposition of one of Plaintiff's experts, Mr. Frank Graves, is not scheduled until June 19, 2007, and Defendant will need time to review the transcript of that deposition in order to address the opinions therein in its own report.

Plaintiff in opposition notes that the confluence of the expert witness report due-date in this case and the trial in *Boston Edison* has been evident since the Court's revised scheduling order issued February 22, 2007, and that the schedule set for the depositions of Plaintiff's experts, including that of Mr. Graves, was requested by Defendant. Plaintiff further argues that extending the deadline for Defendant's expert reports will likely entail extending the deadline for close of all discovery.

The Court has endeavored to accommodate Defendant's earlier motions to extend discovery deadlines and to revise the trial schedule. It has advised Defendant against motions to enlarge made on the cusp of existing deadlines. It has also encouraged the parties to try to reach agreement wherever possible without the intervention of the Court.

In light of all of the above, the Court ORDERS that Defendant shall submit its expert reports on or before **June 15, 2007**, except that its report in response to the deposition of Mr. Graves shall be submitted on or before June 29, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge