IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed: July 20, 2007

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE, | |
| Plaintiff, | No. 04-0106C |
| v. | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

JOINT STATUS REPORT

In accordance with footnote 8 of the Court's June 29, 2007 Order, the parties have conferred about additional documents potentially subject to Dairyland's motion that was otherwise resolved by that Order. The parties have resolved among themselves all issues pertaining to such additional documents, with the exception that with respect to one document there remain potential issues outstanding. If it appears necessary for the Court to be involved in resolving issues pertaining to that one document, the parties will so advise the Court at or before the status conference scheduled for July 25, 2007.

Respectfully submitted,

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

July 20, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis by s/Jerry Stouck
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant