IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 04-106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a three-day enlargement of time, to and including Monday, July 23, 2007, to produce two of the five binders of documents that the Court ordered the Government to provide for in camera inspection by order dated June 29, 2007. Defendant has not previously sought an enlargement of time for this purpose. Counsel for plaintiff, Robert L. Shapiro, has represented that plaintiff, Dairyland Power Cooperative, does not oppose this request.

Our motion is necessary because, this afternoon, our litigation support staff unexpectedly experienced technical difficulties in processing, labeling, and copying two of the five binders of documents that the Court's June 29, 2007 order requires the Government to produce to chambers for in camera review today. Because of these technical delays, the Government will not be in a position to provide the Court with those two binders by the time that the Court closes this evening to the public. The Government was able, however, to complete three of the five binders of documents without experiencing difficulties, and, therefore, the Government will deliver those three binders to chambers this afternoon for the Court's in camera inspection. An enlargement of one business day, to and including July 23, 2007, will ensure that the Government is able to

complete the necessary processing, copying, and labeling of the remaining two binders of documents in compliance with the Court's June 29, 2007 order. Accordingly, we respectfully request that the Court grant this unopposed request for a three-day enlargement of time.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
SCOTT C. SLATER
Trial Attorneys
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

July 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of July 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan