IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed electronically on July 25, 2007

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| Plaintiff, | ) | No. 04-106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT REBUTTAL EXPERT REPORTS

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff Dairyland Power Cooperative ("Dairyland") respectfully requests an enlargement of time of 21 days, to and including August 17, 2007, within which to submit its rebuttal expert reports. Dairyland's rebuttal expert reports are currently due on July 27, 2007. This is Dairyland's first request for an enlargement of time for this purpose. Counsel for the government has represented that it does not oppose Dairyland's request.

An enlargement of time is necessary because of the additional time the government was granted to submit its expert reports and to allow Dairyland to depose one of the government's experts, Jonathan A. Neuberger, before Dairyland submits its rebuttal expert reports. Under the February 22, 2007 scheduling order, the government was originally scheduled to submit its expert reports on June 8, 2007. On June 6, 2007, the Court granted the government's request for additional time to submit its expert reports and ordered the government to submit its reports by June 15, 2007, except for its

report in response to Dairyland's expert, Frank Graves, which was ordered to be submitted by June 29, 2007. On June 15, 2007, the government submitted two expert witness reports. On June 29, 2007, the government submitted the expert report of Jonathan Neuberger, which responds to some of the opinions offered by Mr. Graves. The depositions of two of the government's experts have been taken. However, due to Dr. Neuberger's unavailability, he is not scheduled to be deposed until August 8. Accordingly, Dairyland needs until August 17 to submit its rebuttal reports so that its experts will have sufficient time to review and analyze Dr. Neuberger's deposition testimony before submitting such reports.

For these reasons, Dairyland respectfully requests that the Court enlarge its time to August 17, 2007 to submit its rebuttal expert reports.

Respectfully submitted,

Dated: July 25, 2007

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP