IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, Plaintiff, | ) | |
| v. | ) | No. 04-106C (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests an 11-day enlargement of time, to and including Friday, August 17, 2007, to file the Government's opposition brief in response to "Dairyland's Motion For Relief For Government Discovery Violations Regarding Rule 30(b)(6) Deposition Testimony," which the plaintiff, Dairyland Power Cooperative ("Dairyland"), filed on July 18, 2007. Defendant's response is currently due on August 6, 2007. Defendant has not previously sought an enlargement of time for this purpose. Counsel for plaintiff, Jerry Stouck and Robert L. Shapiro, have represented that Dairyland does not oppose this request.

Our motion is necessary because, during the past several weeks, counsel for the Government has been participating in deposition discovery in Dominion Resources, Inc. v. United States, No. 04-83C (Fed. Cl.) (Bruggink, J.), and Energy Northwest v. United States, No. 04-10C (Damich, C.J.), as well as preparing for closing argument in System Fuels, Inc. v. United States, No. 03-2623 (Fed. Cl.) (Lettow, J.). In addition, counsel for the Government has been focused upon the pre-trial preparation activities in Wisconsin Electric Power Co. v. United

States, No. 00-697C (Fed. Cl.) (Merow, S.J.), which is scheduled to commence on September 10, 2007. Counsel for the Government's participation in these trial and discovery matters has limited the ability of defendant's counsel to prepare a response to Dairyland's motion by August 6, 2007. To ensure that the Government is able to file a complete and thorough response to Dairyland's motion, we respectfully request that the Court grant this unopposed request for an eleven-day enlargement of time

For the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT C. SLATER
Trial Attorneys
U.S. Department of Justice

July 30, 2007

CERTIFICATE OF FILING

I hereby certify that on this 30th day of July 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan