IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE
MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL

Pursuant to the Protective Order entered by the Court in the above-captioned case on August 17, 2006 ("Protective Order"), defendant, the United States, respectfully requests leave of the Court to file a motion for partial summary judgment, as well as the accompanying appendix, under seal. Counsel for Dairyland Power Cooperative has represented that plaintiff has no objection to this motion.

Pursuant to this Court's February 22, 2007 order, the Government intends to file a motion for partial summary judgment through the Court's Electronic Court Filing ("ECF") system no later than August 3, 2007. We anticipate that our motion will refer to documents that the parties have identified as confidential material in accordance with paragraph 1 of the Protective Order. Defendant intends to include discussions and quotes from these materials in the text of its motion and the accompanying appendix.

Therefore, pursuant to paragraph 8 of the Protective Order, we respectfully request that the Court issue an order permitting defendant to file its motion for partial summary judgment and the accompanying appendix under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Joshua E. Gardner
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT C. SLATER
Trial Attorneys
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

August 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of August 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner