IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 04-106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE COMPLETION OF EXPERT DISCOVERY

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a 28-day enlargement of time, to and including Friday, September 7, 2007, for the completion of expert discovery in this matter. Pursuant to the Court's February 22, 2007 scheduling order, expert discovery is presently scheduled to conclude on August 10, 2007. This is the Government's first request for an extension of time for this purpose. Counsel for plaintiff, Dairyland Power Cooperative ("Dairyland"), has represented that Dairyland does not oppose this request.

An enlargement of time is necessary because of the additional time that Dairyland was granted for the submission of its rebuttal expert reports in this matter. Pursuant to the February 22, 2007 scheduling order, Dairyland was originally scheduled to submit rebuttal expert reports on July 27, 2007. On July 27, 2007, the Court granted Dairyland's request for a 21-day enlargement of time, to and including August 17, 2007, within which to submit its expert rebuttal reports. However, because expert discovery is scheduled to close on August 10, 2007, pursuant to the Court's February 22, 2007 scheduling order – which is one week before the date on which

Dairyland is now required to submit its rebuttal reports – the Government will be precluded from reviewing the expert rebuttal reports and conducting any necessary depositions of Dairyland's experts concerning the contents of such reports within the discovery period unless a corresponding extension for the conclusion of expert discovery is granted by the Court.

In addition, during the past several weeks, counsel for the Government has been participating in deposition discovery in Dominion Resources, Inc. v. United States, No. 04-83C (Fed. Cl.) (Bruggink, J.), and Energy Northwest v. United States, No. 04-10C (Damich, C.J.), as well as focusing upon the pre-trial preparation activities in Wisconsin Electric Power Co. v. United States, No. 00-697C (Fed. Cl.) (Merow, S.J.), which is scheduled to commence on September 10, 2007. Because of counsel for the Government's participation in these trial and discovery matters, an extension of time is necessary to allow the Government sufficient time to review and analyze the expert rebuttal reports that Dairyland's experts will submit on August 17, 2007, and to prepare for and conduct additional depositions of Dairyland's expert witnesses, as necessary. Accordingly, we respectfully request that the Court grant this unopposed request for a 28-day enlargement of time, to and including Friday, September 7, 2007, for the completion of discovery in this matter.

For the above reasons, defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT C. SLATER
Trial Attorneys
U.S. Department of Justice

August 2, 2007

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of August 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE COMPLETION OF EXPERT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan