IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed electronically on August 17, 2007

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| Plaintiff, | ) | No. 04-106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S NOTICE OF NEW DEVELOPMENTS
REGARDING GOVERNMENT FAILURE TO SERVE PRIVILEGE LOG

At a status conference on August 7, 2007, the Court addressed the fact that notwithstanding the Court's Order to the government to produce responsive documents by April 6, 2007, the government has been withholding an unspecified quantity of documents without disclosing that withholding through service of a privilege log. *See* Tr. *e.g.* at 34-37, 46-56. Events have transpired since the August 7 status regarding this issue of which the Court should be made aware.

In hand deliveries made on August 15 and 16, the government has turned over for the first time 10 boxes of documents. The boxes appear to contain more than 20,000 pages of documents. The cover letters accompanying the documents are attached hereto as exhibit 1 (the government appended a listing by Bates number of the four boxes of documents enclosed with the August 16 letter; no such listing was included with the provision of six boxes on August 15). In the letters, the government asserts that these documents were initially "tagged" as being deliberative but that the government has decided not to formally assert a claim of privilege over them. The letters note that the

government is continuing to prepare a privilege log, but the letters do not provide any further information as to when that process might be completed or even how far long the government is on that work.

This recent production of documents puts emphasis on the egregiousness of the government's failure to comply with the Court's April 6, 2007 deadline for the production of documents. There is now no dispute that the 20,000+ pages of documents produced this week have never been privileged, and Dairyland should have had them more than four months ago. Moreover, it appears very likely that the government withheld many and probably most of these documents for a significant period while knowing that they were not privileged. It is highly unlikely that the government determined in the past few days since the August 7 status conference that all of these documents are not privileged. Rather, it appears that the government has been gradually developing a privilege log at its own pace (utterly defiant of the Court's April 6 deadline for producing documents) and determining that some withheld documents are not privileged with the intent of not disclosing any such documents until the government had completed its privilege log. In light of the attention this issue received at the August 7 status conference, the government appears to have decided to take a different course. There is no way for Dairyland or the Court to know how many more documents the government continues to withhold.

We urge the Court to act swiftly to address the government's continued wrongful withholding of documents by ordering their immediate production to Dairyland.

Respectfully submitted,

Dated: August 17, 2007

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

*WDC 371461419v1 8/13/2007*

# EXHIBIT 1

**U.S. Department of Justice**

Civil Division

PDK:JED:HDL:MESullivan
154-04-106

Telephone: (202) 307-0365
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

August 15, 2007

BY HAND

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: *Dairyland Power Cooperative v. United States*, No. 04-106C (Fed. Cl.)

Dear Mr. Stouck:

As we continue to prepare a privilege log for documents that the Government has identified as containing privileged information, the Department of Energy ("DOE") has identified several documents that it originally tagged as created through a deliberative process, but over which it has now decided not to continue to maintain a formal deliberative process privilege assertion. Accordingly, we are producing to you now those documents over which DOE has withdrawn its privilege claims. The documents that we are providing to you today are identified on the attached log. To the extent that DOE identifies additional documents over which it elects not to continue to maintain a privilege assertion, we will provide you with copies of those documents as soon as practicable after such determinations are made.

Please feel free to contact us if you have any questions about these documents.

Sincerely,

MARIAN E. SULLIVAN
Senior Trial Counsel
National Courts Section
Commercial Litigation Branch

Attachment

**U.S. Department of Justice**

Civil Division

PDK:JED:HDL:MESullivan
154-04-106

Telephone: (202) 307-0365
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

August 16, 2007

BY HAND

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: *Dairyland Power Cooperative v. United States*, No. 04-106C (Fed. Cl.)

Dear Mr. Stouck:

As we continue to prepare a privilege log for documents that the Government has identified as containing privileged information, the Department of Energy ("DOE") has identified several additional documents that it originally tagged as created through a deliberative process, but over which it has now decided not to continue to maintain a formal deliberative process privilege assertion. Accordingly, we are producing to you now those documents over which DOE has withdrawn its privilege claims. The documents that we are providing to you today are identified on the attached log. To the extent that DOE identifies additional documents over which it elects not to continue to maintain a privilege assertion, we will provide you with copies of those documents as soon as practicable after such determinations are made.

Please feel free to contact us if you have any questions about these documents.

Sincerely,

MARIAN E. SULLIVAN
Senior Trial Counsel
National Courts Section
Commercial Litigation Branch

Attachment

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | COF036 | COF036 0154 | COF036 0155 | 2 | N/A | 8/16/2007 |
| | | COF036 0173 | COF036 0173 | 1 | | 8/16/2007 |
| | | COF036 0223 | COF036 0223 | 1 | | 8/16/2007 |
| | | COF036 0232 | COF036 0232 | 1 | | 8/16/2007 |
| | | COF036 0233 | COF036 0233 | 1 | | 8/16/2007 |
| | | COF036 0460 | COF036 0462 | 3 | | 8/16/2007 |
| | | COF036 0495 | COF036 0495 | 1 | | 8/16/2007 |
| | | COF036 0506 | COF036 0506 | 1 | | 8/16/2007 |
| | | COF036 0608 | COF036 0609 | 2 | | 8/16/2007 |
| | | COF036 0615 | COF036 0615 | 1 | | 8/16/2007 |
| | | COF036 0879 | COF036 0879 | 1 | | 8/16/2007 |
| | | COF036 0907 | COF036 0907 | 1 | | 8/16/2007 |
| | | COF036 0918 | COF036 0923 | 6 | | 8/16/2007 |
| | | COF036 1240 | COF036 1240 | 1 | | 8/16/2007 |
| | | COF036 1257 | COF036 1257 | 1 | | 8/16/2007 |
| | | COF036 1280 | COF036 1281 | 2 | | 8/16/2007 |
| | | COF036 1292 | COF036 1292 | 1 | | 8/16/2007 |
| | | COF036 1496 | COF036 1497 | 2 | | 8/16/2007 |
| | | COF036 1903 | COF036 1904 | 2 | | 8/16/2007 |
| | | COF036 2010 | COF036 2010 | 1 | | 8/16/2007 |
| | | COF036 2037 | COF036 2037 | 1 | | 8/16/2007 |
| | | COF036 2184 | COF036 2184 | 1 | | 8/16/2007 |
| | | COF036 2248 | COF036 2248 | 1 | | 8/16/2007 |
| | | COF036 2627 | COF036 2627 | 1 | | 8/16/2007 |
| | | COF036 2705 | COF036 2706 | 2 | | 8/16/2007 |
| | | COF036 2761 | COF036 2761 | 1 | | 8/16/2007 |
| Box 1 | COF037 | COF037 0016 | COF037 0016 | 1 | N/A | 8/16/2007 |
| | | COF037 0095 | COF037 0095 | 1 | | 8/16/2007 |
| | | COF037 0121 | COF037 0121 | 1 | | 8/16/2007 |
| | | COF037 0186 | COF037 0186 | 1 | | 8/16/2007 |
| | | COF037 0219 | COF037 0219 | 1 | | 8/16/2007 |
| | | COF037 0220 | COF037 0220 | 1 | | 8/16/2007 |
| | | COF037 0405 | COF037 0405 | 1 | | 8/16/2007 |
| | | COF037 0520 | COF037 0523 | 4 | | 8/16/2007 |
| | | COF037 0531 | COF037 0533 | 3 | | 8/16/2007 |
| | | COF037 0562 | COF037 0562 | 1 | | 8/16/2007 |
| | | COF037 0563 | COF037 0563 | 1 | | 8/16/2007 |
| | | COF037 0667 | COF037 0668 | 2 | | 8/16/2007 |
| | | COF037 0740 | COF037 0740 | 1 | | 8/16/2007 |
| | | COF037 0741 | COF037 0741 | 1 | | 8/16/2007 |
| | | COF037 0750 | COF037 0752 | 3 | | 8/16/2007 |
| | | COF037 1277 | COF037 1277 | 1 | | 8/16/2007 |
| | | COF037 1313 | COF037 1313 | 1 | | 8/16/2007 |
| Box 1 | CTR480 | CTR480 0001 | CTR480 0008 | 8 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 24 & 32 | 8/16/2007 |
| | | CTR480 0009 | CTR480 0010 | 2 | | 8/16/2007 |
| | | CTR480 0135 | CTR480 0166 | 32 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | CTR481 | CTR481 0025 | CTR481 0033 | 9 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/16/2007 |
| | | CTR481 0034 | CTR481 0035 | 2 | | 8/16/2007 |
| | | CTR481 0036 | CTR481 0037 | 2 | | 8/16/2007 |
| | | CTR481 0038 | CTR481 0039 | 2 | | 8/16/2007 |
| | | CTR481 0084 | CTR481 0111 | 28 | | 8/16/2007 |
| | | CTR481 0112 | CTR481 0116 | 5 | | 8/16/2007 |
| | | CTR481 0121 | CTR481 0123 | 3 | | 8/16/2007 |
| | | CTR481 0194 | CTR481 0196 | 3 | | 8/16/2007 |
| | | CTR481 0643 | CTR481 0655 | 13 | | 8/16/2007 |
| Box 1 | CTR483 | CTR483 0046 | CTR483 0102 | 57 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 32, 33 | 8/16/2007 |
| Box 1 | CTR533 | CTR533 0005 | CTR533 0007 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 4, 12, 19, 21, 24, 25, 29, 31, 32, 35, 40, 42 | 8/16/2007 |
| | | CTR533 0016 | CTR533 0020 | 5 | | 8/16/2007 |
| | | CTR533 0021 | CTR533 0045 | 25 | | 8/16/2007 |
| | | CTR533 0046 | CTR533 0071 | 26 | | 8/16/2007 |
| | | CTR533 0072 | CTR533 0096 | 25 | | 8/16/2007 |
| | | CTR533 0097 | CTR533 0121 | 25 | | 8/16/2007 |
| | | CTR533 0122 | CTR533 0146 | 25 | | 8/16/2007 |
| | | CTR533 0147 | CTR533 0172 | 26 | | 8/16/2007 |
| | | CTR533 0173 | CTR533 0198 | 26 | | 8/16/2007 |
| | | CTR533 0199 | CTR533 0222 | 24 | | 8/16/2007 |
| | | CTR533 0223 | CTR533 0246 | 24 | | 8/16/2007 |
| | | CTR533 0247 | CTR533 0273 | 27 | | 8/16/2007 |
| | | CTR533 0274 | CTR533 0301 | 28 | | 8/16/2007 |
| | | CTR533 0302 | CTR533 0329 | 28 | | 8/16/2007 |
| | | CTR533 0330 | CTR533 0371 | 42 | | 8/16/2007 |
| | | CTR533 0372 | CTR533 0376 | 5 | | 8/16/2007 |
| | | CTR533 0377 | CTR533 0402 | 26 | | 8/16/2007 |
| | | CTR533 0403 | CTR533 0428 | 26 | | 8/16/2007 |
| | | CTR533 0429 | CTR533 0454 | 26 | | 8/16/2007 |
| | | CTR533 0455 | CTR533 0480 | 26 | | 8/16/2007 |
| | | CTR533 0481 | CTR533 0506 | 26 | | 8/16/2007 |
| | | CTR533 0507 | CTR533 0533 | 27 | | 8/16/2007 |
| | | CTR533 0534 | CTR533 0559 | 26 | | 8/16/2007 |
| | | CTR533 0560 | CTR533 0586 | 27 | | 8/16/2007 |
| | | CTR533 0587 | CTR533 0613 | 27 | | 8/16/2007 |
| | | CTR533 0614 | CTR533 0639 | 26 | | 8/16/2007 |
| | | CTR533 0640 | CTR533 0667 | 28 | | 8/16/2007 |
| | | CTR533 0668 | CTR533 0694 | 27 | | 8/16/2007 |
| | | CTR533 0695 | CTR533 0721 | 27 | | 8/16/2007 |
| | | CTR533 0722 | CTR533 0746 | 25 | | 8/16/2007 |
| | | CTR533 0805 | CTR533 0824 | 20 | | 8/16/2007 |
| | | CTR533 0825 | CTR533 0843 | 19 | | 8/16/2007 |
| | | CTR533 0844 | CTR533 0847 | 4 | | 8/16/2007 |
| | | CTR533 0848 | CTR533 0851 | 4 | | 8/16/2007 |
| | | CTR533 0852 | CTR533 0854 | 3 | | 8/16/2007 |
| | | CTR533 0855 | CTR533 0859 | 5 | | 8/16/2007 |
| | | CTR533 0900 | CTR533 0914 | 15 | | 8/16/2007 |
| | | CTR533 0915 | CTR533 0916 | 2 | | 8/16/2007 |
| | | CTR533 0917 | CTR533 0918 | 2 | | 8/16/2007 |
| | | CTR533 0919 | CTR533 0919 | 1 | | 8/16/2007 |
| | | CTR533 0923 | CTR533 0932 | 10 | | 8/16/2007 |
| | | CTR533 0935 | CTR533 0962 | 28 | | 8/16/2007 |
| | | CTR533 0963 | CTR533 0990 | 28 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | CTR533 | CTR533 0991 | CTR553 0993 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 4, 12, 19, 21, 24, 25, 29, 31, 32, 35, 40, 42 | 8/16/2007 |
| | | CTR533 0994 | CTR553 0996 | 3 | | 8/16/2007 |
| | | CTR533 0997 | CTR533 1002 | 6 | | 8/16/2007 |
| | | CTR533 1003 | CTR533 1008 | 6 | | 8/16/2007 |
| | | CTR533 1009 | CTR533 1014 | 6 | | 8/16/2007 |
| | | CTR533 1015 | CTR533 1022 | 8 | | 8/16/2007 |
| | | CTR533 1023 | CTR533 1030 | 8 | | 8/16/2007 |
| | | CTR533 1037 | CTR533 1051 | 15 | | 8/16/2007 |
| | | CTR533 1052 | CTR533 1071 | 20 | | 8/16/2007 |
| | | CTR533 1084 | CTR533 1086 | 3 | | 8/16/2007 |
| | | CTR533 1087 | CTR533 1090 | 4 | | 8/16/2007 |
| | | CTR533 1091 | CTR533 1096 | 6 | | 8/16/2007 |
| | | CTR533 1099 | CTR533 1113 | 15 | | 8/16/2007 |
| | | CTR533 1114 | CTR533 1115 | 2 | | 8/16/2007 |
| | | CTR533 1116 | CTR533 1135 | 20 | | 8/16/2007 |
| | | CTR533 1136 | CTR533 1139 | 4 | | 8/16/2007 |
| | | CTR533 1140 | CTR533 1144 | 5 | | 8/16/2007 |
| | | CTR533 1145 | CTR533 1149 | 5 | | 8/16/2007 |
| | | CTR533 1150 | CTR533 1151 | 2 | | 8/16/2007 |
| | | CTR533 1152 | CTR533 1157 | 6 | | 8/16/2007 |
| | | CTR533 1158 | CTR533 1163 | 6 | | 8/16/2007 |
| | | CTR533 1164 | CTR533 1169 | 6 | | 8/16/2007 |
| | | CTR533 1170 | CTR533 1174 | 5 | | 8/16/2007 |
| | | CTR533 1175 | CTR533 1180 | 6 | | 8/16/2007 |
| | | CTR533 1181 | CTR533 1186 | 6 | | 8/16/2007 |
| | | CTR533 1187 | CTR533 1192 | 6 | | 8/16/2007 |
| | | CTR533 1193 | CTR533 1198 | 6 | | 8/16/2007 |
| | | CTR533 1199 | CTR533 1203 | 5 | | 8/16/2007 |
| | | CTR533 1204 | CTR533 1209 | 6 | | 8/16/2007 |
| | | CTR533 1210 | CTR533 1215 | 6 | | 8/16/2007 |
| | | CTR533 1216 | CTR533 1221 | 6 | | 8/16/2007 |
| | | CTR533 1222 | CTR533 1227 | 6 | | 8/16/2007 |
| | | CTR533 1228 | CTR533 1246 | 19 | | 8/16/2007 |
| | | CTR533 1258 | CTR533 1263 | 6 | | 8/16/2007 |
| | | CTR533 1264 | CTR533 1264 | 1 | | 8/16/2007 |
| | | CTR533 1296 | CTR533 1312 | 17 | | 8/16/2007 |
| | | CTR533 1313 | CTR533 1328 | 16 | | 8/16/2007 |
| | | CTR533 1329 | CTR533 1346 | 18 | | 8/16/2007 |
| | | CTR533 1347 | CTR533 1365 | 19 | | 8/16/2007 |
| | | CTR533 1366 | CTR533 1383 | 18 | | 8/16/2007 |
| | | CTR533 1384 | CTR533 1402 | 19 | | 8/16/2007 |
| | | CTR533 1403 | CTR533 1421 | 19 | | 8/16/2007 |
| | | CTR533 1448 | CTR533 1466 | 19 | | 8/16/2007 |
| | | CTR533 1467 | CTR533 1482 | 16 | | 8/16/2007 |
| | | CTR533 1483 | CTR533 1562 | 80 | | 8/16/2007 |
| | | CTR533 1563 | CTR533 1650 | 88 | | 8/16/2007 |
| | | CTR533 1651 | CTR533 1747 | 97 | | 8/16/2007 |
| | | CTR533 1763 | CTR533 1766 | 4 | | 8/16/2007 |
| | | CTR533 1767 | CTR533 1770 | 4 | | 8/16/2007 |
| | | CTR533 1812 | CTR533 1813 | 2 | | 8/16/2007 |
| | | CTR533 1822 | CTR533 1828 | 7 | | 8/16/2007 |
| | | CTR533 1834 | CTR533 1841 | 8 | | 8/16/2007 |
| | | CTR533 1843 | CTR533 1846 | 4 | | 8/16/2007 |
| | | CTR533 1847 | CTR533 1849 | 3 | | 8/16/2007 |
| | | CTR533 1851 | CTR533 1854 | 4 | | 8/16/2007 |
| | | CTR533 1855 | CTR533 1924 | 70 | | 8/16/2007 |
| | | CTR533 1925 | CTR533 1986 | 62 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | CTR533 | CTR533 1987 | CTR533 1995 | 9 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 4, 12, 19, 21, 24, 25, 29, 31, 32, 35, 40, 42 | 8/16/2007 |
| | | CTR533 1996 | CTR533 2003 | 8 | | 8/16/2007 |
| | | CTR533 2004 | CTR533 2012 | 9 | | 8/16/2007 |
| | | CTR533 2013 | CTR533 2019 | 7 | | 8/16/2007 |
| | | CTR533 2020 | CTR533 2027 | 8 | | 8/16/2007 |
| | | CTR533 2028 | CTR533 2030 | 3 | | 8/16/2007 |
| | | CTR533 2031 | CTR533 2049 | 19 | | 8/16/2007 |
| | | CTR533 2050 | CTR533 2053 | 4 | | 8/16/2007 |
| | | CTR533 2054 | CTR533 2054 | 1 | | 8/16/2007 |
| | | CTR533 2055 | CTR533 2078 | 24 | | 8/16/2007 |
| | | CTR533 2079 | CTR533 2081 | 3 | | 8/16/2007 |
| | | CTR533 2082 | CTR533 2085 | 4 | | 8/16/2007 |
| | | CTR533 2151 | CTR533 2152 | 2 | | 8/16/2007 |
| | | CTR533 2153 | CTR533 2154 | 2 | | 8/16/2007 |
| | | CTR533 2155 | CTR533 2156 | 2 | | 8/16/2007 |
| | | CTR533 2158 | CTR533 2159 | 2 | | 8/16/2007 |
| | | CTR533 2160 | CTR533 2164 | 5 | | 8/16/2007 |
| | | CTR533 2165 | CTR533 2168 | 4 | | 8/16/2007 |
| | | CTR533 2169 | CTR533 2172 | 4 | | 8/16/2007 |
| | | CTR533 2173 | CTR533 2175 | 3 | | 8/16/2007 |
| | | CTR533 2176 | CTR533 2178 | 3 | | 8/16/2007 |
| | | CTR533 2179 | CTR533 2180 | 2 | | 8/16/2007 |
| | | CTR533 2181 | CTR533 2182 | 2 | | 8/16/2007 |
| | | CTR533 2183 | CTR533 2186 | 4 | | 8/16/2007 |
| | | CTR533 2187 | CTR533 2189 | 3 | | 8/16/2007 |
| | | CTR533 2190 | CTR533 2191 | 2 | | 8/16/2007 |
| | | CTR533 2204 | CTR533 2205 | 2 | | 8/16/2007 |
| | | CTR533 2206 | CTR533 2207 | 2 | | 8/16/2007 |
| | | CTR533 2237 | CTR533 2240 | 4 | | 8/16/2007 |
| | | CTR533 2244 | CTR533 2417 | 174 | | 8/16/2007 |
| | | CTR533 2418 | CTR533 2441 | 24 | | 8/16/2007 |
| | | CTR533 2442 | CTR533 2463 | 22 | | 8/16/2007 |
| | | CTR533 2482 | CTR533 2506 | 25 | | 8/16/2007 |
| | | CTR533 2507 | CTR533 2531 | 25 | | 8/16/2007 |
| | | CTR533 2532 | CTR533 2535 | 4 | | 8/16/2007 |
| | | CTR533 2536 | CTR533 2569 | 34 | | 8/16/2007 |
| | | CTR533 2570 | CTR533 2623 | 54 | | 8/16/2007 |
| | | CTR533 2624 | CTR533 2675 | 52 | | 8/16/2007 |
| | | CTR533 2676 | CTR533 2729 | 54 | | 8/16/2007 |
| | | CTR533 2730 | CTR533 2781 | 52 | | 8/16/2007 |
| | | CTR533 2782 | CTR533 2833 | 52 | | 8/16/2007 |
| | | CTR533 2834 | CTR533 2891 | 58 | | 8/16/2007 |
| | | CTR533 2892 | CTR533 2915 | 24 | | 8/16/2007 |
| | | CTR533 2916 | CTR533 2918 | 3 | | 8/16/2007 |
| | | CTR533 2919 | CTR533 2922 | 4 | | 8/16/2007 |
| | | CTR533 2923 | CTR533 2931 | 9 | | 8/16/2007 |
| | | CTR533 2932 | CTR533 2958 | 27 | | 8/16/2007 |
| | | CTR533 2959 | CTR533 2968 | 10 | | 8/16/2007 |
| Box 1 | CTR538 | CTR538 0001 | CTR538 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 8, 25, 29, 33, 40 | 8/16/2007 |
| Box 1 | CTR539 | CTR539 0001 | CTR539 0001 | 1 | RESPONSE TO DAIRYLAND NOS. 12, 19, 25, 32, 40 | 8/16/2007 |
| | | CTR539 0098 | CTR539 0098 | 1 | | 8/16/2007 |
| | | CTR539 0170 | CTR539 0170 | 1 | | 8/16/2007 |
| | | CTR539 0266 | CTR539 0266 | 1 | | 8/16/2007 |
| | | CTR539 0322 | CTR539 0322 | 1 | | 8/16/2007 |
| | | CTR539 0357 | CTR539 0357 | 1 | | 8/16/2007 |
| | | CTR539 0392 | CTR539 0392 | 1 | | 8/16/2007 |
| | | CTR539 0427 | CTR539 0427 | 1 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | CTR539 | CTR539 0506 | CTR539 0506 | 1 | RESPONSE TO DAIRYLAND NOS. 12, 19, 25, 32, 40 | 8/16/2007 |
| | | CTR539 0584 | CTR539 0584 | 1 | | 8/16/2007 |
| | | CTR539 0599 | CTR539 0600 | 2 | | 8/16/2007 |
| | | CTR539 0698 | CTR539 0698 | 1 | | 8/16/2007 |
| | | CTR539 0713 | CTR539 0714 | 2 | | 8/16/2007 |
| | | CTR539 0721 | CTR539 0721 | 1 | | 8/16/2007 |
| | | CTR539 0902 | CTR539 0903 | 2 | | 8/16/2007 |
| | | CTR539 1056 | CTR539 1060 | 5 | | 8/16/2007 |
| | | CTR539 1061 | CTR539 1061 | 1 | | 8/16/2007 |
| Box 1 | CTR540 | CTR540 0001 | CTR540 0028 | 28 | RESPONSIVE TO DAIRYLAND 25, 36 | 8/16/2007 |
| | | CTR540 0029 | CTR540 0033 | 5 | | 8/16/2007 |
| | | CTR540 0043 | CTR540 0061 | 19 | | 8/16/2007 |
| | | CTR540 0062 | CTR540 0062 | 1 | | 8/16/2007 |
| | | CTR540 0063 | CTR540 0084 | 22 | | 8/16/2007 |
| | | CTR540 0085 | CTR540 0085 | 1 | | 8/16/2007 |
| | | CTR540 0086 | CTR540 0104 | 19 | | 8/16/2007 |
| | | CTR540 0133 | CTR540 0154 | 22 | | 8/16/2007 |
| | | CTR540 0155 | CTR540 0155 | 1 | | 8/16/2007 |
| | | CTR540 0156 | CTR540 0177 | 22 | | 8/16/2007 |
| | | CTR540 0178 | CTR540 0178 | 1 | | 8/16/2007 |
| | | CTR540 0179 | CTR540 0199 | 21 | | 8/16/2007 |
| | | CTR540 0200 | CTR540 0200 | 1 | | 8/16/2007 |
| | | CTR540 0201 | CTR540 0202 | 2 | | 8/16/2007 |
| | | CTR540 0203 | CTR540 0204 | 2 | | 8/16/2007 |
| | | CTR540 0216 | CTR540 0222 | 7 | | 8/16/2007 |
| | | CTR540 0223 | CTR540 0223 | 1 | | 8/16/2007 |
| | | CTR540 0224 | CTR540 0227 | 4 | | 8/16/2007 |
| | | CTR540 0228 | CTR540 0251 | 24 | | 8/16/2007 |
| | | CTR540 0252 | CTR540 0252 | 1 | | 8/16/2007 |
| | | CTR540 0253 | CTR540 0274 | 22 | | 8/16/2007 |
| | | CTR540 0275 | CTR540 0305 | 31 | | 8/16/2007 |
| | | CTR540 0306 | CTR540 0306 | 1 | | 8/16/2007 |
| | | CTR540 0307 | CTR540 0311 | 5 | | 8/16/2007 |
| | | CTR540 0312 | CTR540 0314 | 3 | | 8/16/2007 |
| | | CTR540 0315 | CTR540 0339 | 25 | | 8/16/2007 |
| | | CTR540 0340 | CTR540 0341 | 2 | | 8/16/2007 |
| | | CTR540 0342 | CTR540 0344 | 3 | | 8/16/2007 |
| | | CTR540 0345 | CTR540 0348 | 4 | | 8/16/2007 |
| | | CTR540 0349 | CTR540 0350 | 2 | | 8/16/2007 |
| | | CTR540 0351 | CTR540 0351 | 1 | | 8/16/2007 |
| | | CTR540 0352 | CTR540 0354 | 3 | | 8/16/2007 |
| | | CTR540 0355 | CTR540 0357 | 3 | | 8/16/2007 |
| | | CTR540 0358 | CTR540 0378 | 21 | | 8/16/2007 |
| | | CTR540 0379 | CTR540 0380 | 2 | | 8/16/2007 |
| | | CTR540 0381 | CTR540 0382 | 2 | | 8/16/2007 |
| | | CTR540 0383 | CTR540 0384 | 2 | | 8/16/2007 |
| | | CTR540 0385 | CTR540 0386 | 2 | | 8/16/2007 |
| | | CTR540 0387 | CTR540 0388 | 2 | | 8/16/2007 |
| | | CTR540 0389 | CTR540 0390 | 2 | | 8/16/2007 |
| | | CTR540 0392 | CTR540 0393 | 2 | | 8/16/2007 |
| | | CTR540 0394 | CTR540 0394 | 1 | | 8/16/2007 |
| | | CTR540 0395 | CTR540 0396 | 2 | | 8/16/2007 |
| | | CTR540 0397 | CTR540 0397 | 1 | | 8/16/2007 |
| | | CTR540 0398 | CTR540 0398 | 1 | | 8/16/2007 |
| | | CTR540 0399 | CTR540 0400 | 2 | | 8/16/2007 |
| | | CTR540 0401 | CTR540 0401 | 1 | | 8/16/2007 |
| | | CTR540 0402 | CTR540 0404 | 3 | | 8/16/2007 |
| | | CTR540 0406 | CTR540 0407 | 2 | | 8/16/2007 |
| | | CTR540 0408 | CTR540 0411 | 4 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | CTR540 | CTR540 0412 | CTR540 0413 | 2 | RESPONSIVE TO DAIRYLAND 25, 36 | 8/16/2007 |
| | | CTR540 0414 | CTR540 0414 | 1 | | 8/16/2007 |
| | | CTR540 0415 | CTR540 0416 | 2 | | 8/16/2007 |
| | | CTR540 0417 | CTR540 0419 | 3 | | 8/16/2007 |
| | | CTR540 0428 | CTR540 0431 | 4 | | 8/16/2007 |
| | | CTR540 0432 | CTR540 0433 | 2 | | 8/16/2007 |
| | | CTR540 0435 | CTR540 0436 | 2 | | 8/16/2007 |
| | | CTR540 0437 | CTR540 0443 | 7 | | 8/16/2007 |
| | | CTR540 0444 | CTR540 0450 | 7 | | 8/16/2007 |
| | | CTR540 0451 | CTR540 0452 | 2 | | 8/16/2007 |
| | | CTR540 0453 | CTR540 0458 | 6 | | 8/16/2007 |
| | | CTR540 0459 | CTR540 0465 | 7 | | 8/16/2007 |
| | | CTR540 0466 | CTR540 0467 | 2 | | 8/16/2007 |
| | | CTR540 0471 | CTR540 0473 | 3 | | 8/16/2007 |
| | | CTR540 0474 | CTR540 0475 | 2 | | 8/16/2007 |
| | | CTR540 0476 | CTR540 0477 | 2 | | 8/16/2007 |
| | | CTR540 0478 | CTR540 0480 | 3 | | 8/16/2007 |
| | | CTR540 0481 | CTR540 0482 | 2 | | 8/16/2007 |
| | | CTR540 0487 | CTR540 0489 | 3 | | 8/16/2007 |
| | | CTR540 0490 | CTR540 0492 | 3 | | 8/16/2007 |
| | | CTR540 0493 | CTR540 0497 | 5 | | 8/16/2007 |
| | | CTR540 0498 | CTR540 0498 | 1 | | 8/16/2007 |
| | | CTR540 0499 | CTR540 0501 | 3 | | 8/16/2007 |
| | | CTR540 0502 | CTR540 0504 | 3 | | 8/16/2007 |
| | | CTR540 0509 | CTR540 0511 | 3 | | 8/16/2007 |
| | | CTR540 0512 | CTR540 0514 | 3 | | 8/16/2007 |
| | | CTR540 0515 | CTR540 0516 | 2 | | 8/16/2007 |
| | | CTR540 0517 | CTR540 0521 | 5 | | 8/16/2007 |
| | | CTR540 0522 | CTR540 0522 | 1 | | 8/16/2007 |
| | | CTR540 0523 | CTR540 0524 | 2 | | 8/16/2007 |
| | | CTR540 0525 | CTR540 0526 | 2 | | 8/16/2007 |
| | | CTR540 0527 | CTR540 0541 | 15 | | 8/16/2007 |
| | | CTR540 0542 | CTR540 0550 | 9 | | 8/16/2007 |
| | | CTR540 0551 | CTR540 0551 | 1 | | 8/16/2007 |
| | | CTR540 0552 | CTR540 0552 | 1 | | 8/16/2007 |
| | | CTR540 0556 | CTR540 0556 | 1 | | 8/16/2007 |
| | | CTR540 0557 | CTR540 0558 | 2 | | 8/16/2007 |
| | | CTR540 0559 | CTR540 0561 | 3 | | 8/16/2007 |
| | | CTR540 0562 | CTR540 0563 | 2 | | 8/16/2007 |
| | | CTR540 0567 | CTR540 0569 | 3 | | 8/16/2007 |
| | | CTR540 0570 | CTR540 0572 | 3 | | 8/16/2007 |
| | | CTR540 0573 | CTR540 0576 | 4 | | 8/16/2007 |
| | | CTR540 0577 | CTR540 0578 | 2 | | 8/16/2007 |
| | | CTR540 0579 | CTR540 0581 | 3 | | 8/16/2007 |
| | | CTR540 0583 | CTR540 0619 | 37 | | 8/16/2007 |
| | | CTR540 0621 | CTR540 0647 | 27 | | 8/16/2007 |
| | | CTR540 0649 | CTR540 0675 | 27 | | 8/16/2007 |
| | | CTR540 0677 | CTR540 0704 | 28 | | 8/16/2007 |
| | | CTR540 0705 | CTR540 0708 | 4 | | 8/16/2007 |
| Box 2 | CTR541 | CTR541 0001 | CTR541 0117 | 117 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 12, 25, 29 & 32 | 8/16/2007 |
| | | CTR541 0118 | CTR541 0273 | 156 | | 8/16/2007 |
| | | CTR541 0274 | CTR541 0447 | 174 | | 8/16/2007 |
| | | CTR541 0448 | CTR541 0602 | 155 | | 8/16/2007 |
| | | CTR541 0603 | CTR541 0608 | 6 | | 8/16/2007 |
| | | CTR541 0609 | CTR541 0609 | 1 | | 8/16/2007 |
| | | CTR541 0610 | CTR541 0612 | 3 | | 8/16/2007 |
| | | CTR541 0613 | CTR541 0674 | 62 | | 8/16/2007 |
| | | CTR541 0675 | CTR541 0706 | 32 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | CTR541 | CTR541 0707 | CTR541 0784 | 78 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 12, 25, 29 & 32 | 8/16/2007 |
| | | CTR541 0785 | CTR541 0811 | 27 | | 8/16/2007 |
| | | CTR541 0812 | CTR541 0838 | 27 | | 8/16/2007 |
| | | CTR541 0839 | CTR541 0866 | 28 | | 8/16/2007 |
| | | CTR541 0867 | CTR541 0896 | 30 | | 8/16/2007 |
| | | CTR541 0897 | CTR541 0931 | 35 | | 8/16/2007 |
| | | CTR541 0932 | CTR541 0963 | 32 | | 8/16/2007 |
| | | CTR541 0964 | CTR541 0995 | 32 | | 8/16/2007 |
| | | CTR541 0996 | CTR541 0997 | 2 | | 8/16/2007 |
| | | CTR541 0998 | CTR541 0998 | 1 | | 8/16/2007 |
| | | CTR541 0999 | CTR541 1003 | 5 | | 8/16/2007 |
| | | CTR541 1004 | CTR541 1006 | 3 | | 8/16/2007 |
| | | CTR541 1007 | CTR541 1008 | 2 | | 8/16/2007 |
| | | CTR541 1009 | CTR541 1010 | 2 | | 8/16/2007 |
| | | CTR541 1011 | CTR541 1011 | 1 | | 8/16/2007 |
| | | CTR541 1012 | CTR541 1036 | 25 | | 8/16/2007 |
| | | CTR541 1037 | CTR541 1061 | 25 | | 8/16/2007 |
| | | CTR541 1062 | CTR541 1085 | 24 | | 8/16/2007 |
| | | CTR541 1086 | CTR541 1110 | 25 | | 8/16/2007 |
| | | CTR541 1111 | CTR541 1111 | 1 | | 8/16/2007 |
| | | CTR541 1112 | CTR541 1112 | 1 | | 8/16/2007 |
| | | CTR541 1113 | CTR541 1114 | 2 | | 8/16/2007 |
| | | CTR541 1115 | CTR541 1116 | 2 | | 8/16/2007 |
| | | CTR541 1117 | CTR541 1118 | 2 | | 8/16/2007 |
| | | CTR541 1119 | CTR541 1120 | 2 | | 8/16/2007 |
| | | CTR541 1121 | CTR541 1268 | 148 | | 8/16/2007 |
| | | CTR541 1269 | CTR541 1416 | 148 | | 8/16/2007 |
| | | CTR541 1417 | CTR541 1562 | 146 | | 8/16/2007 |
| | | CTR541 1563 | CTR541 1717 | 155 | | 8/16/2007 |
| | | CTR541 1718 | CTR541 1744 | 27 | | 8/16/2007 |
| | | CTR541 1745 | CTR541 1765 | 21 | | 8/16/2007 |
| | | CTR541 1766 | CTR541 1797 | 32 | | 8/16/2007 |
| | | CTR541 1798 | CTR541 1829 | 32 | | 8/16/2007 |
| | | CTR541 1830 | CTR541 1834 | 5 | | 8/16/2007 |
| | | CTR541 1835 | CTR541 1839 | 5 | | 8/16/2007 |
| | | CTR541 1840 | CTR541 1840 | 1 | | 8/16/2007 |
| Box 2 | CTR543 | CTR543 0001 | CTR543 0089 | 89 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/16/2007 |
| | | CTR543 0090 | CTR543 0113 | 24 | | 8/16/2007 |
| | | CTR543 0114 | CTR543 0138 | 25 | | 8/16/2007 |
| | | CTR543 0139 | CTR543 0163 | 25 | | 8/16/2007 |
| | | CTR543 0164 | CTR543 0189 | 26 | | 8/16/2007 |
| | | CTR543 0190 | CTR543 0215 | 26 | | 8/16/2007 |
| | | CTR543 0216 | CTR543 0218 | 3 | | 8/16/2007 |
| | | CTR543 0219 | CTR543 0261 | 43 | | 8/16/2007 |
| | | CTR543 0262 | CTR543 0293 | 32 | | 8/16/2007 |
| | | CTR543 0294 | CTR543 0325 | 32 | | 8/16/2007 |
| | | CTR543 0331 | CTR543 0356 | 26 | | 8/16/2007 |
| | | CTR543 0357 | CTR543 0382 | 26 | | 8/16/2007 |
| Box 2 | CTR544 | CTR544 0001 | CTR544 0019 | 19 | RESPONSIVE TO DAIRYLAND NOS. 11, 12, 25, 38, 39 | 8/16/2007 |
| | | CTR544 0020 | CTR544 0034 | 15 | | 8/16/2007 |
| | | CTR544 0035 | CTR544 0041 | 7 | | 8/16/2007 |
| | | CTR544 0042 | CTR544 0075 | 34 | | 8/16/2007 |
| | | CTR544 0076 | CTR544 0076 | 1 | | 8/16/2007 |
| | | CTR544 0077 | CTR544 0085 | 9 | | 8/16/2007 |
| | | CTR544 0086 | CTR544 0088 | 3 | | 8/16/2007 |
| | | CTR544 0089 | CTR544 0090 | 2 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | CTR544 | CTR544 0091 | CTR544 0144 | 54 | RESPONSIVE TO DAIRYLAND NOS. 11, 12, 25, 38, 39 | 8/16/2007 |
| | | CTR544 0149 | CTR544 0159 | 11 | | 8/16/2007 |
| | | CTR544 0160 | CTR544 0160 | 1 | | 8/16/2007 |
| | | CTR544 0161 | CTR544 0161 | 1 | | 8/16/2007 |
| | | CTR544 0162 | CTR544 0171 | 10 | | 8/16/2007 |
| | | CTR544 0180 | CTR544 0188 | 9 | | 8/16/2007 |
| | | CTR544 0189 | CTR544 0197 | 9 | | 8/16/2007 |
| | | CTR544 0198 | CTR544 0206 | 9 | | 8/16/2007 |
| | | CTR544 0207 | CTR544 0215 | 9 | | 8/16/2007 |
| | | CTR544 0216 | CTR544 0217 | 2 | | 8/16/2007 |
| | | CTR544 0218 | CTR544 0219 | 2 | | 8/16/2007 |
| | | CTR544 0220 | CTR544 0220 | 1 | | 8/16/2007 |
| | | CTR544 0221 | CTR544 0221 | 1 | | 8/16/2007 |
| | | CTR544 0222 | CTR544 0223 | 2 | | 8/16/2007 |
| Box 2/3 | CTR545 | CTR545 0001 | CTR545 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUESTS NO. 1, 2, 6, 19, 21, 24, 25, 32, 40 & 42 | 8/16/2007 |
| | | CTR545 0102 | CTR545 0104 | 3 | | 8/16/2007 |
| | | CTR545 0105 | CRT545 0187 | 83 | | 8/16/2007 |
| | | CTR545 0188 | CTR545 0263 | 76 | | 8/16/2007 |
| | | CTR545 0273 | CTR545 0394 | 122 | | 8/16/2007 |
| | | CTR545 0395 | CTR545 0459 | 65 | | 8/16/2007 |
| | | CTR545 0460 | CTR545 0558 | 99 | | 8/16/2007 |
| | | CTR545 0559 | CTR545 0686 | 128 | | 8/16/2007 |
| | | CTR545 0687 | CTR545 0709 | 23 | | 8/16/2007 |
| | | CTR545 0710 | CTR545 0711 | 2 | | 8/16/2007 |
| | | CTR545 0714 | CTR545 0855 | 142 | | 8/16/2007 |
| | | CTR545 0856 | CTR545 1027 | 172 | | 8/16/2007 |
| | | CTR545 1028 | CTR545 1248 | 221 | | 8/16/2007 |
| | | CTR545 1249 | CTR545 1478 | 230 | | 8/16/2007 |
| | | CTR545 1479 | CTR545 1699 | 221 | | 8/16/2007 |
| | | CTR545 1700 | CTR545 1702 | 3 | | 8/16/2007 |
| | | CTR545 1703 | CTR545 1705 | 3 | | 8/16/2007 |
| | | CTR545 1706 | CTR545 1745 | 40 | | 8/16/2007 |
| | | CTR545 1746 | CTR545 1787 | 42 | | 8/16/2007 |
| | | CTR545 2450 | CTR545 2634 | 185 | | 8/16/2007 |
| | | CTR545 2650 | CTR545 2653 | 4 | | 8/16/2007 |
| | | CTR545 2654 | CTR545 2656 | 3 | | 8/16/2007 |
| | | CTR545 2657 | CTR545 2659 | 3 | | 8/16/2007 |
| | | CTR545 2707 | CTR545 2772 | 66 | | 8/16/2007 |
| | | CTR545 2773 | CTR545 2779 | 7 | | 8/16/2007 |
| | | CTR545 2780 | CTR545 2790 | 11 | | 8/16/2007 |
| | | CTR545 2791 | CTR545 2791 | 1 | | 8/16/2007 |
| | | CTR545 2848 | CTR545 2849 | 2 | | 8/16/2007 |
| | | CTR545 2850 | CTR545 2971 | 122 | | 8/16/2007 |
| | | CTR545 3131 | CTR545 3131 | 1 | | 8/16/2007 |
| | | CTR545 3517 | CTR545 3517 | 1 | | 8/16/2007 |
| | | CTR545 3518 | CTR545 3521 | 4 | | 8/16/2007 |
| | | CTR545 3579 | CTR545 3588 | 10 | | 8/16/2007 |
| Box 3 | CTR547 | CTR547 0001 | CTR547 0002 | 2 | RESPONSE TO DAIRYLAND REQUEST NOS. 12, 25 & 32 | 8/16/2007 |
| | | CTR547 0033 | CTR547 0039 | 7 | | 8/16/2007 |
| | | CTR547 0040 | CTR547 0046 | 7 | | 8/16/2007 |
| | | CTR547 0047 | CTR547 0160 | 114 | | 8/16/2007 |
| | | CTR547 0161 | CTR547 0340 | 180 | | 8/16/2007 |
| | | CTR547 0341 | CTR547 0344 | 4 | | 8/16/2007 |
| | | CTR547 0353 | CTR547 0354 | 2 | | 8/16/2007 |
| Box 3 | CTR548 | CTR548 0021 | CTR548 0026 | 6 | RESPONSE TO DAIRYLAND REQUEST NOS. 12, 19, 24, 32 | 8/16/2007 |
| | | CTR548 10917 | CTR548 11662 | 746 | | 8/16/2007 |
| | | CTR548 20267 | CTR548 20291 | 25 | | 8/16/2007 |
| | | CTR548 28037 | CTR548 28102 | 66 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 3 | CTR569 | CTR569 0457 | CTR569 0459 | 3 | RESPONSE TO DAIRYLAND REQUEST NOS. 25, 29, 31, 32, 33 | 8/16/2007 |
| | | CTR569 0460 | CTR569 0581 | 122 | | 8/16/2007 |
| | | CTR569 0582 | CTR569 0638 | 57 | | 8/16/2007 |
| | | CTR569 0639 | CTR569 0786 | 148 | | 8/16/2007 |
| | | CTR569 0787 | CTR569 0789 | 3 | | 8/16/2007 |
| | | CTR569 0790 | CTR569 0796 | 7 | | 8/16/2007 |
| | | CTR569 0797 | CTR569 0823 | 27 | | 8/16/2007 |
| | | CTR569 0824 | CTR569 0922 | 99 | | 8/16/2007 |
| | | CTR569 0923 | CTR569 0997 | 75 | | 8/16/2007 |
| | | CTR569 1013 | CTR569 1088 | 76 | | 8/16/2007 |
| | | CTR569 1627 | CTR569 1637 | 11 | | 8/16/2007 |
| | | CTR569 1688 | CTR569 1809 | 122 | | 8/16/2007 |
| | | CTR569 1810 | CTR569 1920 | 111 | | 8/16/2007 |
| | | CTR569 1921 | CTR569 1936 | 16 | | 8/16/2007 |
| | | CTR569 1946 | CTR569 1955 | 10 | | 8/16/2007 |
| | | CTR569 1956 | CTR569 1971 | 16 | | 8/16/2007 |
| | | CTR569 1972 | CTR569 1989 | 18 | | 8/16/2007 |
| | | CTR569 1990 | CTR569 2081 | 92 | | 8/16/2007 |
| | | CTR569 2082 | CTR569 2103 | 22 | | 8/16/2007 |
| | | CTR569 2104 | CTR569 2113 | 10 | | 8/16/2007 |
| | | CTR569 2129 | CTR569 2242 | 114 | | 8/16/2007 |
| | | CTR569 2243 | CTR569 2356 | 114 | | 8/16/2007 |
| | | CTR569 2357 | CTR569 2538 | 182 | | 8/16/2007 |
| | | CTR569 2539 | CTR569 2546 | 8 | | 8/16/2007 |
| | | CTR569 2547 | CTR569 2582 | 36 | | 8/16/2007 |
| | | CTR569 2694 | CTR569 2745 | 52 | | 8/16/2007 |
| Box 4 | CTR578 | CTR578 0001 | CTR578 0003 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/16/2007 |
| | | CTR578 0032 | CTR578 0032 | 1 | | 8/16/2007 |
| | | CTR578 0037 | CTR578 0037 | 1 | | 8/16/2007 |
| | | CTR578 0042 | CTR578 0042 | 1 | | 8/16/2007 |
| | | CTR578 0113 | CTR578 0113 | 1 | | 8/16/2007 |
| | | CTR578 0131 | CTR578 0131 | 1 | | 8/16/2007 |
| | | CTR578 0138 | CTR578 0138 | 1 | | 8/16/2007 |
| | | CTR578 0150 | CTR578 0150 | 1 | | 8/16/2007 |
| | | CTR578 0208 | CTR578 0208 | 1 | | 8/16/2007 |
| | | CTR578 0780 | CTR578 0780 | 1 | | 8/16/2007 |
| Box 4 | CTR599 | CTR599 0001 | CTR599 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 13, 16, 17, 25, 29, 32 | 8/16/2007 |
| | | CTR599 0002 | CTR599 0061 | 60 | | 8/16/2007 |
| Box 4 | CTR600 | CTR600 0001 | CTR600 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32, 40, 42 | 8/16/2007 |
| | | CTR600 0002 | CTR600 0029 | 28 | | 8/16/2007 |
| | | CTR600 0030 | CTR600 0030 | 1 | | 8/16/2007 |
| | | CTR600 0031 | CTR600 0058 | 28 | | 8/16/2007 |
| | | CTR600 0059 | CTR600 0059 | 1 | | 8/16/2007 |
| | | CTR600 0060 | CTR600 0089 | 30 | | 8/16/2007 |
| | | CTR600 0101 | CTR600 0116 | 16 | | 8/16/2007 |
| | | CTR600 0117 | CTR600 0117 | 1 | | 8/16/2007 |
| | | CTR600 0118 | CTR600 0145 | 28 | | 8/16/2007 |
| | | CTR600 0157 | CTR600 0157 | 1 | | 8/16/2007 |
| | | CTR600 0158 | CTR600 0162 | 5 | | 8/16/2007 |
| | | CTR600 0257 | CTR600 0258 | 2 | | 8/16/2007 |
| | | CTR600 0259 | CTR600 0308 | 50 | | 8/16/2007 |
| | | CTR600 0309 | CTR600 0309 | 1 | | 8/16/2007 |
| | | CTR600 0310 | CTR600 0339 | 30 | | 8/16/2007 |
| | | CTR600 0340 | CTR600 0340 | 1 | | 8/16/2007 |
| | | CTR600 0341 | CTR600 0370 | 30 | | 8/16/2007 |
| | | CTR600 0372 | CTR600 0382 | 11 | | 8/16/2007 |
| | | CTR600 0392 | CTR600 0398 | 7 | | 8/16/2007 |
| | | CTR600 0399 | CTR600 0405 | 7 | | 8/16/2007 |
| | | CTR600 0412 | CTR600 0412 | 1 | | 8/16/2007 |
| | | CTR600 0413 | CTR600 0444 | 32 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 4 | CTR600 | CTR600 0459 | CTR600 0465 | 7 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32, 40, 42 | 8/16/2007 |
| Box 4 | CTR600 | CTR600 0466 | CTR600 0472 | 7 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32, 40, 42 | 8/16/2007 |
| Box 4 | CTR608 | CTR608 0106 | CTR608 0114 | 9 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/16/2007 |
| Box 4 | CTR608 | CTR608 0115 | CTR608 0124 | 10 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/16/2007 |
| Box 4 | CTR608 | CTR608 0139 | CTR608 0141 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/16/2007 |
| Box 4 | CTR608 | CTR608 0223 | CTR608 0239 | 17 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/16/2007 |
| Box 4 | CTR609 | CTR609 0201 | CTR609 0201 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/16/2007 |
| Box 4 | CTR609 | CTR609 0202 | CTR609 0212 | 11 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/16/2007 |
| Box 4 | CTR609 | CTR609 0314 | CTR609 0318 | 5 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/16/2007 |
| Box 4 | CTR609 | CTR609 0833 | CTR609 0833 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/16/2007 |
| Box 4 | CTR609 | CTR609 0834 | CTR609 0844 | 11 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/16/2007 |
| Box 4 | CTR609 | CTR609 1044 | CTR609 1095 | 52 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/16/2007 |
| Box 4 | CTR614 | CTR614 0263 | CTR614 0263 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 32, 33, 40 | 8/16/2007 |
| Box 4 | CTR614 | CTR614 0264 | CTR614 0271 | 8 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 32, 33, 40 | 8/16/2007 |
| Box 4 | CTR614 | CTR614 0666 | CTR614 0666 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 32, 33, 40 | 8/16/2007 |
| Box 4 | CTR614 | CTR614 0667 | CTR614 0670 | 4 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 32, 33, 40 | 8/16/2007 |
| Box 4 | HQR440 | HQR440 0243 | HQR440 0243 | 1 | RESPONSE TO DAIRYLAND RFP NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR440 | HQR440 0982 | HQR440 0983 | 2 | RESPONSE TO DAIRYLAND RFP NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR440 | HQR440 1521 | HQR440 1526 | 6 | RESPONSE TO DAIRYLAND RFP NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR440 | HQR440 2176 | HQR440 2181 | 6 | RESPONSE TO DAIRYLAND RFP NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 0903 | HQR441 0920 | 18 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1062 | HQR441 1066 | 5 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1078 | HQR441 1080 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1083 | HQR441 1085 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1086 | HQR441 1088 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1089 | HQR441 1092 | 4 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1093 | HQR441 1093 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1094 | HQR441 1095 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1117 | HQR441 1119 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 1958 | HQR441 1959 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR441 | HQR441 2455 | HQR441 2456 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/16/2007 |
| Box 4 | HQR473 | HQR473 0472 | HQR473 0533 | 62 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/16/2007 |
| Box 4 | HQR473 | HQR473 0534 | HQR473 0547 | 14 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/16/2007 |
| Box 4 | HQR473 | HQR473 0548 | HQR473 0551 | 4 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/16/2007 |
| Box 4 | HQR491 | HQR491 0137 | HQR491 0139 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1 & 2 | 8/16/2007 |
| Box 4 | HQR491 | HQR491 0856 | HQR491 0877 | 22 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1 & 2 | 8/16/2007 |
| Box 4 | HQR491 | HQR491 0942 | HQR491 1033 | 92 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1 & 2 | 8/16/2007 |
| Box 4 | HQR491 | HQR491 1078 | HQR491 1080 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1 & 2 | 8/16/2007 |
| Box 4 | HQR491 | HQR491 1621 | HQR491 1622 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1 & 2 | 8/16/2007 |
| Box 4 | HQR497 | HQR497 0001 | HQR497 0007 | 7 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR497 | HQR497 0008 | HQR497 0038 | 31 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR497 | HQR497 0055 | HQR497 0062 | 8 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR497 | HQR497 0063 | HQR497 0075 | 13 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR497 | HQR497 0076 | HQR497 0101 | 26 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR497 | HQR497 0102 | HQR497 0135 | 34 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29, 32, AND 42 | 8/16/2007 |
| Box 4 | HQR497 | HQR497 0136 | HQR497 0152 | 17 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29, 32, AND 42 | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 4 | HQR499 | HQR499 0496 | HQR499 0503 | 8 | DAIRYLAND REQUEST NOS. 3 & 6 | 8/16/2007 |
| Box 4 | HQR505 | HQR505 0081 | HQR505 0082 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2 & 28 | 8/16/2007 |
| | | HQR505 0100 | HQR505 0106 | 7 | | 8/16/2007 |
| | | HQR505 0143 | HQR505 0145 | 3 | | 8/16/2007 |
| | | HQR505 0146 | HQR505 0146 | 1 | | 8/16/2007 |
| | | HQR505 0908 | HQR505 0908 | 1 | | 8/16/2007 |
| | | HQR505 0909 | HQR505 0909 | 1 | | 8/16/2007 |
| | | HQR505 0923 | HQR505 0923 | 1 | | 8/16/2007 |
| | | HQR505 0924 | HQR505 0924 | 1 | | 8/16/2007 |
| | | HQR505 0925 | HQR505 0925 | -924 | | 8/16/2007 |
| | | HQR505 1097 | HQR505 1098 | 2 | | 8/16/2007 |
| | | HQR505 1130 | HQR505 1131 | 2 | | 8/16/2007 |
| | | HQR505 1161 | HQR505 1161 | 1 | | 8/16/2007 |
| | | HQR505 1191 | HQR505 1194 | 4 | | 8/16/2007 |
| | | HQR505 1202 | HQR505 1202 | 1 | | 8/16/2007 |
| | | HQR505 1213 | HQR505 1214 | 2 | | 8/16/2007 |
| | | HQR505 1215 | HQR505 1215 | 1 | | 8/16/2007 |
| | | HQR505 1226 | HQR505 1228 | 3 | | 8/16/2007 |
| | | HQR505 1243 | HQR505 1244 | 2 | | 8/16/2007 |
| | | HQR505 1245 | HQR505 1247 | 3 | | 8/16/2007 |
| Box 4 | HQR581 | HQR581 0001 | HQR581 0013 | 13 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2 & 42 | 8/16/2007 |
| | | HQR581 0014 | HQR581 0017 | 4 | | 8/16/2007 |
| | | HQR581 0071 | HQR581 0071 | 1 | | 8/16/2007 |
| | | HQR581 0134 | HQR581 0135 | 2 | | 8/16/2007 |
| | | HQR581 0153 | HQR581 0154 | 2 | | 8/16/2007 |
| | | HQR581 0155 | HQR581 0163 | 9 | | 8/16/2007 |
| | | HQR581 0164 | HQR581 0164 | 1 | | 8/16/2007 |
| | | HQR581 0165 | HQR581 0166 | 2 | | 8/16/2007 |
| | | HQR581 0167 | HQR581 0169 | 3 | | 8/16/2007 |
| | | HQR581 0170 | HQR581 0188 | 19 | | 8/16/2007 |
| | | HQR581 0189 | HQR581 0190 | 2 | | 8/16/2007 |
| | | HQR581 0191 | HQR581 0208 | 18 | | 8/16/2007 |
| | | HQR581 0209 | HQR581 0212 | 4 | | 8/16/2007 |
| | | HQR581 0213 | HQR581 0216 | 4 | | 8/16/2007 |
| | | HQR581 0217 | HQR581 0221 | 5 | | 8/16/2007 |
| | | HQR581 0222 | HQR581 0222 | 1 | | 8/16/2007 |
| | | HQR581 0223 | HQR581 0223 | 1 | | 8/16/2007 |
| | | HQR581 0224 | HQR581 0224 | 1 | | 8/16/2007 |
| | | HQR581 0225 | HQR581 0225 | 1 | | 8/16/2007 |
| | | HQR581 0226 | HQR581 0241 | 16 | | 8/16/2007 |
| | | HQR581 0248 | HQR581 0262 | 15 | | 8/16/2007 |
| | | HQR581 0293 | HQR581 0294 | 2 | | 8/16/2007 |
| | | HQR581 0324 | HQR581 0330 | 7 | | 8/16/2007 |
| | | HQR581 0364 | HQR581 0463 | 100 | | 8/16/2007 |
| | | HQR581 0482 | HQR581 0485 | 4 | | 8/16/2007 |
| | | HQR581 0502 | HQR581 0544 | 43 | | 8/16/2007 |
| | | HQR581 0587 | HQR581 0600 | 14 | | 8/16/2007 |
| | | HQR581 0605 | HQR581 0608 | 4 | | 8/16/2007 |
| | | HQR581 0609 | HQR581 0610 | 2 | | 8/16/2007 |
| | | HQR581 0614 | HQR581 0616 | 3 | | 8/16/2007 |
| | | HQR581 0691 | HQR581 0692 | 2 | | 8/16/2007 |

Dairyland Released Documents
on 8/16/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive To | Date Shipped |
|---|---|---|---|---|---|---|
| Box 4 | HQR581 | HQR581 0693 | HQR581 0741 | 49 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2 & 42 | 8/16/2007 |
| | | HQR581 0819 | HQR581 0840 | 22 | | 8/16/2007 |
| | | HQR581 0850 | HQR581 0853 | 4 | | 8/16/2007 |
| | | HQR581 0854 | HQR581 0858 | 5 | | 8/16/2007 |
| | | HQR581 0863 | HQR581 0864 | 2 | | 8/16/2007 |
| Box 4 | HQR583 | HQR583 0062 | HQR583 0063 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2, 28, 42 | 8/16/2007 |
| | | HQR583 0064 | HQR583 0087 | 24 | | 8/16/2007 |
| | | HQR583 0088 | HQR583 0098 | 11 | | 8/16/2007 |
| | | HQR583 0099 | HQR583 0105 | 7 | | 8/16/2007 |
| | | HQR583 0106 | HQR583 0108 | 3 | | 8/16/2007 |
| | | HQR583 0109 | HQR583 0115 | 7 | | 8/16/2007 |
| Box 4 | NVR006 | NVR006 0001 | NVR006 0003 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2, 42 | 8/16/2007 |
| | | NVR006 0445 | NVR006 0470 | 26 | | 8/16/2007 |
| | | NVR006 0471 | NVR006 0503 | 33 | | 8/16/2007 |