IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed electronically on August 23, 2007

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| Plaintiff, | ) | No. 04-106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S SECOND NOTICE OF NEW DEVELOPMENTS
REGARDING GOVERNMENT FAILURE TO SERVE PRIVILEGE LOG

Last week, on August 17, 2007, Dairyland gave notice to the Court that the government on August 15 and 16 had turned over ten boxes (containing approximately 20,000 pages) of documents that the government had previously withheld for no stated reason and now agrees are not privileged. As discussed in that notice, that recent production of documents put emphasis on the egregiousness of the government's failure to comply with this Court's Orders setting April 6, 2007 as the deadline for production of government documents. Dairyland made the Court aware of those recent productions because of the discussion at the August 7 status conference that the government had been withholding an unspecified quantity of documents without disclosing that withholding through service of a privilege log, or otherwise, and without seeking the Court's leave to withhold beyond the ordered April 6 order.

Since Dairyland filed that August 17 notice, further violations of the Court's Orders have come to light of which the Court should be aware. In subsequent hand deliveries made on August 17 and 22, the government has turned over 6 additional boxes

of documents. The boxes appear to contain more than 10,000 pages of documents, consisting of more than 1000 individual documents. The cover letters accompanying the documents, which appended a listing by Bates number of the documents being delivered, are attached hereto as exhibit 1 (two separate identical cover letters, albeit with different document lists attached, accompanied the August 22 delivery). In the letters, the government asserts that these documents include documents initially "tagged" as being deliberative but that the government has decided not to formally assert a claim of privilege over them. The August 17 letter also notes that some of the documents are those over which DOE had recently decided not to assert attorney-client or work product privileges. The August 22 letters also state: "In addition, we have been able to access some of the previously inaccessible electronic files that had been produced by DOE and are producing the documents that are not privileged to you today." The new letters note that the government is continuing to prepare a privilege log, but the letters – like those accompanying the August 15 and 16 deliveries – do not provide any further information as to when that process might be completed or even how far long the government is on that work. Nor has the government informed Dairyland, or the Court, how many additional documents it continues to withhold.[1]

Finally, the August 17 letter, like the August 15 and 16 letters, states: "To the extent that DOE identifies additional documents over which it elects not to continue to maintain a privilege assertion, we will provide you with copies of those documents as soon as practicable after such determinations are made." In other words, the government is essentially acknowledging that there may well be additional documents – perhaps

[1] Dairyland's August 17 notice inadvertantly stated that the government's August 15 letter did not attach a list of the accompanying documents. It did.

boxes and boxes full – that it has not yet produced but eventually will produce because they are not privileged, and thus there is no basis for withholding them.

It is not an overstatement to say that the government has blatantly ignored, and continues to ignore, the Court's Orders setting April 6 as the deadline for production of its documents. And the government has done so without even bothering to seek this Court's leave to extend the April 6 deadline ordered by the Court. *See Burlington Northern & Santa Fe Ry. Co. v. U.S. Distr. Court for Dist. of Montana*, 408 F.3d 1142, 1149 n.3 (9th Cir. 2005) (applying to the obligation to produce a privilege log the rule that "the onus should be on the producing party to secure from the relevant litigants, or by order, the appropriate time necessary to complete its discovery obligations."); *see also* Transcript of August 7, 2007 hearing at 61, included in exhibit 2 ("THE COURT: . . . [T]here has to be a deadline, and normally I would think that the close of fact discovery is when these kind of privileges, the log should be completed, the privilege asserted, so then the disputes can be teased out and the Court can make a decision before of course we go to trial. The difficulty here is that the fact discovery deadline seems to have become somewhat meaningless.").

The government's casual disregard of this Court's Orders underscores its misuse of the deliberative process privilege. The 16 boxes of documents the government has just produced, and an untold number of others that the government is still withholding, have been "tagged" only by government lawyers or persons working for the lawyers, ***not*** by the Agency heads or their proper delegees who are the only persons who can properly assert the deliberative process privilege. And because those proper persons have not

asserted the privilege pursuant to an appropriate affidavit, the privilege does not exist for purposes of this case (and therefore cannot and should not be recognized).

Government counsel admitted as much at the August 7 hearing:

> [I]n the PG&E litigation, which we litigated with these same attorneys, they took the position that we needed to do our declaration at the time of the assertion. And frankly, that's the reason that it takes so long. The fact that these documents have been marked as deliberative process, that's just the beginning of the story. . . .
>
> That's what takes the time, the fact that it's deliberative process. We can with particularity provide a list, but it's not a list with the long declaration from the agency representative. And that's frankly what we proposed to do in PG&E. The plaintiff's didn't like that, and *Judge Hewitt agreed and said, no, the declaration has to be made at the time of the assertion.* And that's what taking the time here.

Transcript of August 7, 2007 hearing at 59-61, included in exhibit 2 (emphasis added). Thus, government counsel has conceded that as of today, the deliberative process privilege has not been asserted. On that basis alone, the Court should order the government to produce the documents it continues to withhold. *See generally* Dairyland's August 13, 2007 Notice of Authority Regarding Consequences Of Government Failure To Serve Privilege Log.

More generally, the government's practice of overbroad "tagging" of potentially-privileged documents underscores the importance of enforcing a narrow view of the deliberative process privilege. Virtually any internal government document, and certainly any draft document, could be characterized as "deliberative" in some sense. Under a broad definition of the term, the government has complete discretion to withhold those "deliberative" documents it wishes to withhold, while releasing others that may be less harmful (or not at all harmful) to the government's litigating positions. The government has already produced to Dairyland hundreds of draft documents, and many

others that could readily be characterized as "deliberative" in some sense. The only thing that distinguishes those documents that have already been produced from the ones the government continues to withhold is that the government ***lawyers*** have chosen to withhold the latter documents – until the same government lawyers decide, as with the recent 16 boxes, not to withhold the documents. But as Judge Hewitt stated in her ruling in *PG&E*, which government counsel here purports to honor (at least selectively), the purpose of the deliberative process privilege is "not to further the litigation strategy of counsel who apparently, as in this case, decide when it will be asserted." *Pacific Gas and Elec. Co. v. United States*, 70 Fed. Cl. 128, 144 (2006).

We urge the Court to act swiftly to address the government's continued wrongful withholding of documents by ordering their immediate production to Dairyland.

Respectfully submitted,

Dated: August 23, 2007

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

# EXHIBIT 1

**U.S. Department of Justice**

Civil Division

PDK:JED:HDL:MESullivan
154-04-106

Telephone: (202) 307-0365
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

August 17, 2007

BY HAND

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: *Dairyland Power Cooperative v. United States*, No. 04-106C (Fed. Cl.)

Dear Mr. Stouck:

As we continue to prepare a privilege log for documents that the Government has identified as containing privileged information, the Department of Energy ("DOE") has identified several additional documents that it originally tagged as created through a deliberative process, but over which it has now decided not to continue to maintain a formal deliberative process privilege assertion. In addition, DOE has identified other documents over which it will not assert attorney-client or attorney work-product privileges. Accordingly, we are producing to you now those documents over which DOE has withdrawn its privilege claims. The documents that we are providing to you today are identified on the attached log. To the extent that DOE identifies additional documents over which it elects not to continue to maintain a privilege assertion, we will provide you with copies of those documents as soon as practicable after such determinations are made.

Please feel free to contact us if you have any questions about these documents.

Sincerely,

MARIAN E. SULLIVAN
Senior Trial Counsel
National Courts Section
Commercial Litigation Branch

Attachment

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | CTR531 | CTR531 0088 | CTR531 0088 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 19 & 25 | 8/17/2007 |
| | | CTR531 0093 | CTR531 0093 | 1 | | 8/17/2007 |
| | | CTR531 0108 | CTR531 0119 | 12 | | 8/17/2007 |
| | | CTR531 0221 | CTR531 0295 | 75 | | 8/17/2007 |
| | | CTR531 0296 | CTR531 0375 | 80 | | 8/17/2007 |
| | | CTR531 0376 | CTR531 0455 | 80 | | 8/17/2007 |
| | | CTR531 0456 | CTR531 0535 | 80 | | 8/17/2007 |
| | | CTR531 0536 | CTR531 0616 | 81 | | 8/17/2007 |
| | | CTR531 0617 | CTR531 0697 | 81 | | 8/17/2007 |
| | | CTR531 0698 | CTR531 0780 | 83 | | 8/17/2007 |
| | | CTR531 0781 | CTR531 0857 | 77 | | 8/17/2007 |
| | | CTR531 0858 | CTR531 0887 | 30 | | 8/17/2007 |
| | | CTR531 0888 | CTR531 0920 | 33 | | 8/17/2007 |
| | | CTR531 0921 | CTR531 0953 | 33 | | 8/17/2007 |
| | | CTR531 0954 | CTR531 0985 | 32 | | 8/17/2007 |
| | | CTR531 0986 | CTR531 1020 | 35 | | 8/17/2007 |
| | | CTR531 1021 | CTR531 1056 | 36 | | 8/17/2007 |
| | | CTR531 1057 | CTR531 1094 | 38 | | 8/17/2007 |
| | | CTR531 1095 | CTR531 1134 | 40 | | 8/17/2007 |
| | | CTR531 1135 | CTR531 1174 | 40 | | 8/17/2007 |
| | | CTR531 1175 | CTR531 1218 | 44 | | 8/17/2007 |
| | | CTR531 1219 | CTR531 1251 | 33 | | 8/17/2007 |
| | | CTR531 1252 | CTR531 1284 | 33 | | 8/17/2007 |
| | | CTR531 1285 | CTR531 1339 | 55 | | 8/17/2007 |
| | | CTR531 1340 | CTR531 1394 | 55 | | 8/17/2007 |
| | | CTR531 1395 | CTR531 1449 | 55 | | 8/17/2007 |
| | | CTR531 1450 | CTR531 1504 | 55 | | 8/17/2007 |
| | | CTR531 1505 | CTR531 1562 | 58 | | 8/17/2007 |
| | | CTR531 1563 | CTR531 1620 | 58 | | 8/17/2007 |
| | | CTR531 1621 | CTR531 1678 | 58 | | 8/17/2007 |
| | | CTR531 1679 | CTR531 1736 | 58 | | 8/17/2007 |
| | | CTR531 1737 | CTR531 1793 | 57 | | 8/17/2007 |
| | | CTR531 1794 | CTR531 1850 | 57 | | 8/17/2007 |
| | | CTR531 1851 | CTR531 1907 | 57 | | 8/17/2007 |
| | | CTR531 1908 | CTR531 1965 | 58 | | 8/17/2007 |
| | | CTR531 1966 | CTR531 2028 | 63 | | 8/17/2007 |
| | | CTR531 2029 | CTR531 2092 | 64 | | 8/17/2007 |
| | | CTR531 2093 | CTR531 2156 | 64 | | 8/17/2007 |
| | | CTR531 2157 | CTR531 2223 | 67 | | 8/17/2007 |
| | | CTR531 2224 | CTR531 2290 | 67 | | 8/17/2007 |
| | | CTR531 2291 | CTR531 2356 | 66 | | 8/17/2007 |
| | | CTR531 2357 | CTR531 2422 | 66 | | 8/17/2007 |
| | | CTR531 2423 | CTR531 2496 | 74 | | 8/17/2007 |
| | | CTR531 2497 | CTR531 2578 | 82 | | 8/17/2007 |
| | | CTR531 2579 | CTR531 2659 | 81 | | 8/17/2007 |
| | | CTR531 2660 | CTR531 2744 | 85 | | 8/17/2007 |
| | | CTR531 2745 | CTR531 2837 | 93 | | 8/17/2007 |
| | | CTR531 2838 | CTR531 2932 | 95 | | 8/17/2007 |
| | | CTR531 2933 | CTR531 3021 | 89 | | 8/17/2007 |
| | | CTR531 3022 | CTR531 3091 | 70 | | 8/17/2007 |
| | | CTR531 3092 | CTR531 3169 | 78 | | 8/17/2007 |
| | | CTR531 3170 | CTR531 3247 | 78 | | 8/17/2007 |
| | | CTR531 3248 | CTR531 3325 | 78 | | 8/17/2007 |
| | | CTR531 3326 | CTR531 3404 | 79 | | 8/17/2007 |
| | | CTR531 3405 | CTR531 3484 | 80 | | 8/17/2007 |
| | | CTR531 3485 | CTR531 3561 | 77 | | 8/17/2007 |
| | | CTR531 3562 | CTR531 3638 | 77 | | 8/17/2007 |
| | | CTR531 3639 | CTR531 3715 | 77 | | 8/17/2007 |
| | | CTR531 3716 | CTR531 3792 | 77 | | 8/17/2007 |
| | | CTR531 3793 | CTR531 3869 | 77 | | 8/17/2007 |
| | | CTR531 3870 | CTR531 3946 | 77 | | 8/17/2007 |
| | | CTR531 3947 | CTR531 4032 | 86 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | CTR531 | CTR531 4095 | CTR531 4131 | 37 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 19 & 25 | 8/17/2007 |
| | | CTR531 4315 | CTR531 4315 | 1 | | 8/17/2007 |
| | | CTR531 4320 | CTR531 4320 | 1 | | 8/17/2007 |
| | | CTR531 4335 | CTR531 4346 | 12 | | 8/17/2007 |
| Box 2 | CTR443 | CTR443 0001 | CTR443 0040 | 40 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25 & 32, 28 | 8/17/2007 |
| | | CTR443 0041 | CTR443 0162 | 122 | | 8/17/2007 |
| | | CTR443 0163 | CTR443 0188 | 26 | | 8/17/2007 |
| | | CTR443 0189 | CTR443 0223 | 35 | | 8/17/2007 |
| | | CTR443 0247 | CTR443 0280 | 34 | | 8/17/2007 |
| | | CTR443 0281 | CTR443 0317 | 37 | | 8/17/2007 |
| | | CTR443 0318 | CTR443 0320 | 3 | | 8/17/2007 |
| | | CTR443 0321 | CTR443 0321 | 1 | | 8/17/2007 |
| | | CTR443 0322 | CTR443 0339 | 18 | | 8/17/2007 |
| | | CTR443 0341 | CTR443 0342 | 2 | | 8/17/2007 |
| | | CTR443 0343 | CTR443 0343 | 1 | | 8/17/2007 |
| | | CTR443 0344 | CTR443 0345 | 2 | | 8/17/2007 |
| | | CTR443 0346 | CTR443 0346 | 1 | | 8/17/2007 |
| | | CTR443 0347 | CTR443 0360 | 14 | | 8/17/2007 |
| | | CTR443 0361 | CTR443 0470 | 110 | | 8/17/2007 |
| Box 2 | CTR444 | CTR444 0001 | CTR444 0004 | 4 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/17/2007 |
| | | CTR444 0005 | CTR444 0008 | 4 | | 8/17/2007 |
| | | CTR444 0009 | CTR444 0010 | 2 | | 8/17/2007 |
| | | CTR444 0011 | CTR444 0013 | 3 | | 8/17/2007 |
| | | CTR444 0014 | CTR444 0024 | 11 | | 8/17/2007 |
| | | CTR444 0025 | CTR444 0025 | 1 | | 8/17/2007 |
| | | CTR444 0026 | CTR444 0026 | 1 | | 8/17/2007 |
| | | CTR444 0027 | CTR444 0230 | 204 | | 8/17/2007 |
| Box 2 | CTR481 | CTR481 0117 | CTR481 0120 | 4 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/17/2007 |
| | | CTR481 0171 | CTR481 0193 | 23 | | 8/17/2007 |
| | | CTR481 0237 | CTR481 0243 | 7 | | 8/17/2007 |
| Box 2 | CTR482 | CTR482 2056 | CTR482 2060 | 5 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 24, 29, 31, 32, 33, 40 | 8/17/2007 |
| Box 2 | CTR546 | CTR546 0003 | CTR546 0016 | 14 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 24, 25, 32, 42, | 8/17/2007 |
| | | CTR546 0017 | CTR546 0038 | 22 | | 8/17/2007 |
| | | CTR546 0054 | CTR546 0060 | 7 | | 8/17/2007 |
| | | CTR546 0061 | CTR546 0061 | 1 | | 8/17/2007 |
| | | CTR546 0062 | CTR546 0062 | 1 | | 8/17/2007 |
| | | CTR546 0069 | CTR546 0069 | 1 | | 8/17/2007 |
| | | CTR546 0076 | CTR546 0076 | 1 | | 8/17/2007 |
| | | CTR546 0082 | CTR546 0082 | 1 | | 8/17/2007 |
| Box 2 | CTR571 | CTR571 0005 | CTR571 0016 | 12 | RESPONSIVE TO DAIRYLAND REQUEST NO 32 | 8/17/2007 |
| Box 2 | CTR573 | CTR573 0760 | CTR573 0792 | 33 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/17/2007 |
| | | CTR573 1489 | CTR573 1491 | 3 | | 8/17/2007 |
| | | CTR573 1554 | CTR573 1560 | 7 | | 8/17/2007 |
| | | CTR573 1561 | CTR573 1568 | 8 | | 8/17/2007 |
| | | CTR573 1569 | CTR573 1577 | 9 | | 8/17/2007 |
| | | CTR573 1578 | CTR573 1586 | 9 | | 8/17/2007 |
| | | CTR573 1587 | CTR573 1594 | 8 | | 8/17/2007 |
| | | CTR573 1595 | CTR573 1601 | 7 | | 8/17/2007 |
| | | CTR573 1725 | CTR573 1727 | 3 | | 8/17/2007 |
| | | CTR573 1728 | CTR573 1748 | 21 | | 8/17/2007 |
| | | CTR573 1749 | CTR573 1770 | 22 | | 8/17/2007 |
| | | CTR573 1771 | CTR573 1792 | 22 | | 8/17/2007 |
| | | CTR573 1793 | CTR573 1802 | 10 | | 8/17/2007 |
| | | CTR573 1803 | CTR573 1813 | 11 | | 8/17/2007 |
| | | CTR573 1814 | CTR573 1824 | 11 | | 8/17/2007 |
| | | CTR573 1825 | CTR573 1837 | 13 | | 8/17/2007 |
| | | CTR573 1838 | CTR573 1846 | 9 | | 8/17/2007 |
| | | CTR573 1847 | CTR573 1858 | 12 | | 8/17/2007 |
| | | CTR573 1859 | CTR573 1868 | 10 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | CTR579 | CTR579 0001 | CTR579 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25, 32, 13, 20, 7, 8, 33, 35 | 8/17/2007 |
| | | CTR579 0032 | CTR579 0032 | 1 | | 8/17/2007 |
| | | CTR579 0079 | CTR579 0079 | 1 | | 8/17/2007 |
| | | CTR579 0099 | CTR579 0107 | 9 | | 8/17/2007 |
| | | CTR579 0238 | CTR579 0239 | 2 | | 8/17/2007 |
| | | CTR579 0254 | CTR579 0254 | 1 | | 8/17/2007 |
| | | CTR579 0275 | CTR579 0275 | 1 | | 8/17/2007 |
| | | CTR579 0312 | CTR579 0312 | 1 | | 8/17/2007 |
| | | CTR579 0316 | CTR579 0316 | 1 | | 8/17/2007 |
| | | CTR579 0320 | CTR579 0320 | 1 | | 8/17/2007 |
| | | CTR579 0396 | CTR579 0396 | 1 | | 8/17/2007 |
| | | CTR579 0397 | CTR579 0399 | 3 | | 8/17/2007 |
| | | CTR579 0460 | CTR579 0460 | 1 | | 8/17/2007 |
| | | CTR579 0468 | CTR579 0468 | 1 | | 8/17/2007 |
| | | CTR579 0472 | CTR579 0472 | 1 | | 8/17/2007 |
| | | CTR579 0479 | CTR579 0479 | 1 | | 8/17/2007 |
| | | CTR579 0813 | CTR579 0813 | 1 | | 8/17/2007 |
| | | CTR579 0889 | CTR579 0889 | 1 | | 8/17/2007 |
| | | CTR579 1053 | CTR579 1053 | 1 | | 8/17/2007 |
| | | CTR579 1060 | CTR579 1060 | 1 | | 8/17/2007 |
| | | CTR579 1066 | CTR579 1066 | 1 | | 8/17/2007 |
| | | CTR579 1072 | CTR579 1072 | 1 | | 8/17/2007 |
| | | CTR579 1078 | CTR579 1078 | 1 | | 8/17/2007 |
| | | CTR579 1080 | CTR579 1080 | 1 | | 8/17/2007 |
| | | CTR579 1086 | CTR579 1086 | 1 | | 8/17/2007 |
| | | CTR579 1092 | CTR579 1092 | 1 | | 8/17/2007 |
| | | CTR579 1098 | CTR579 1098 | 1 | | 8/17/2007 |
| | | CTR579 1104 | CTR579 1104 | 1 | | 8/17/2007 |
| | | CTR579 1110 | CTR579 1110 | 1 | | 8/17/2007 |
| | | CTR579 1121 | CTR579 1121 | 1 | | 8/17/2007 |
| | | CTR579 1142 | CTR579 1142 | 1 | | 8/17/2007 |
| | | CTR579 1148 | CTR579 1148 | 1 | | 8/17/2007 |
| | | CTR579 1154 | CTR579 1154 | 1 | | 8/17/2007 |
| | | CTR579 1160 | CTR579 1160 | 1 | | 8/17/2007 |
| | | CTR579 1166 | CTR579 1166 | 1 | | 8/17/2007 |
| | | CTR579 1172 | CTR579 1172 | 1 | | 8/17/2007 |
| | | CTR579 1178 | CTR579 1179 | 2 | | 8/17/2007 |
| | | CTR579 1186 | CTR579 1186 | 1 | | 8/17/2007 |
| | | CTR579 1207 | CTR579 1207 | 1 | | 8/17/2007 |
| | | CTR579 1302 | CTR579 1302 | 1 | | 8/17/2007 |
| | | CTR579 1365 | CTR579 1366 | 2 | | 8/17/2007 |
| | | CTR579 1580 | CTR579 1581 | 2 | | 8/17/2007 |
| | | CTR579 1718 | CTR579 1719 | 2 | | 8/17/2007 |
| | | CTR579 1814 | CTR579 1814 | 1 | | 8/17/2007 |
| | | CTR579 1820 | CTR579 1820 | 1 | | 8/17/2007 |
| | | CTR579 1826 | CTR579 1826 | 1 | | 8/17/2007 |
| | | CTR579 1841 | CTR579 1844 | 4 | | 8/17/2007 |
| | | CTR579 2010 | CTR579 2012 | 3 | | 8/17/2007 |
| | | CTR579 2013 | CTR579 2013 | 1 | | 8/17/2007 |
| | | CTR579 2020 | CTR579 2020 | 1 | | 8/17/2007 |
| | | CTR579 2040 | CTR579 2040 | 1 | | 8/17/2007 |
| | | CTR579 2049 | CTR579 2049 | 1 | | 8/17/2007 |
| | | CTR579 2065 | CTR579 2065 | 1 | | 8/17/2007 |
| | | CTR579 2068 | CTR579 2068 | 1 | | 8/17/2007 |
| | | CTR579 2087 | CTR579 2090 | 4 | | 8/17/2007 |
| | | CTR579 2190 | CTR579 2190 | 1 | | 8/17/2007 |
| | | CTR579 2207 | CTR579 2207 | 1 | | 8/17/2007 |
| | | CTR579 2227 | CTR579 2228 | 2 | | 8/17/2007 |
| | | CTR579 2233 | CTR579 2233 | 1 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | CTR579 | CTR579 2425 | CTR579 2425 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25, 32, 13, 20, 7, 8, 33, 35 | 8/17/2007 |
| | | CTR579 2486 | CTR579 2487 | 2 | | 8/17/2007 |
| | | CTR579 2609 | CTR579 2611 | 3 | | 8/17/2007 |
| | | CTR579 2796 | CTR579 2797 | 2 | | 8/17/2007 |
| | | CTR579 3024 | CTR579 3026 | 3 | | 8/17/2007 |
| | | CTR579 3253 | CTR579 3253 | 1 | | 8/17/2007 |
| | | CTR579 3480 | CTR579 3480 | 1 | | 8/17/2007 |
| | | CTR579 3483 | CTR579 3483 | 1 | | 8/17/2007 |
| | | CTR579 3489 | CTR579 3490 | 2 | | 8/17/2007 |
| | | CTR579 3540 | CTR579 3540 | 1 | | 8/17/2007 |
| | | CTR579 3543 | CTR579 3543 | 1 | | 8/17/2007 |
| | | CTR579 3549 | CTR579 3549 | 1 | | 8/17/2007 |
| | | CTR579 3555 | CTR579 3555 | 1 | | 8/17/2007 |
| | | CTR579 3561 | CTR579 3561 | 1 | | 8/17/2007 |
| | | CTR579 3612 | CTR579 3612 | 1 | | 8/17/2007 |
| | | CTR579 3623 | CTR579 3623 | 1 | | 8/17/2007 |
| | | CTR579 3870 | CTR579 3870 | 1 | | 8/17/2007 |
| Box 2 | CTR582 | CTR582 0075 | CTR582 0089 | 15 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 32, 33, 40 | 8/17/2007 |
| | | CTR582 0270 | CTR582 0270 | 1 | | 8/17/2007 |
| | | CTR582 0340 | CTR582 0341 | 2 | | 8/17/2007 |
| | | CTR582 0361 | CTR582 0366 | 6 | | 8/17/2007 |
| | | CTR582 0678 | CTR582 0679 | 2 | | 8/17/2007 |
| Box 2 | CTR596 | CTR596 0001 | CTR596 0002 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32 | 8/17/2007 |
| Box 2 | CTR597 | CTR597 0001 | CTR597 0002 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 19,25,32, 35 | 8/17/2007 |
| | | CTR597 0003 | CTR597 0074 | 72 | | 8/17/2007 |
| | | CTR597 0075 | CTR597 0075 | 1 | | 8/17/2007 |
| | | CTR597 0076 | CTR597 0146 | 71 | | 8/17/2007 |
| | | CTR597 0240 | CTR597 0302 | 63 | | 8/17/2007 |
| | | CTR597 0303 | CTR597 0360 | 58 | | 8/17/2007 |
| | | CTR597 0364 | CTR597 0426 | 63 | | 8/17/2007 |
| | | CTR597 0427 | CTR597 0484 | 58 | | 8/17/2007 |
| | | CTR597 0511 | CTR597 0511 | 1 | | 8/17/2007 |
| | | CTR597 0512 | CTR597 0541 | 30 | | 8/17/2007 |
| | | CTR597 0557 | CTR597 0603 | 47 | | 8/17/2007 |
| | | CTR597 0605 | CTR597 0652 | 48 | | 8/17/2007 |
| | | CTR597 0653 | CTR597 0653 | 1 | | 8/17/2007 |
| | | CTR597 0730 | CTR597 0732 | 3 | | 8/17/2007 |
| | | CTR597 0736 | CTR597 0736 | 1 | | 8/17/2007 |
| | | CTR597 0746 | CTR597 0748 | 3 | | 8/17/2007 |
| | | CTR597 0749 | CTR597 0749 | 1 | | 8/17/2007 |
| | | CTR597 0770 | CTR597 0847 | 78 | | 8/17/2007 |
| | | CTR597 0848 | CTR597 0848 | 1 | | 8/17/2007 |
| | | CTR597 0918 | CTR597 0918 | 1 | | 8/17/2007 |
| | | CTR597 1068 | CTR597 1068 | 1 | | 8/17/2007 |
| | | CTR597 1093 | CTR597 1093 | 1 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | CTR598 | CTR598 0001 | CTR598 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32, 33, 12, 20, 25 | 8/17/2007 |
| | | CTR598 0200 | CTR598 0200 | 1 | | 8/17/2007 |
| | | CTR598 0226 | CTR598 0226 | 1 | | 8/17/2007 |
| | | CTR598 0252 | CTR598 0252 | 1 | | 8/17/2007 |
| | | CTR598 0280 | CTR598 0280 | 1 | | 8/17/2007 |
| | | CTR598 0281 | CTR598 0281 | 1 | | 8/17/2007 |
| | | CTR598 0282 | CTR598 0282 | 1 | | 8/17/2007 |
| | | CTR598 0285 | CTR598 0285 | 1 | | 8/17/2007 |
| | | CTR598 0289 | CTR598 0290 | 2 | | 8/17/2007 |
| | | CTR598 0294 | CTR598 0295 | 2 | | 8/17/2007 |
| | | CTR598 0299 | CTR598 0299 | 1 | | 8/17/2007 |
| | | CTR598 0335 | CTR598 0336 | 2 | | 8/17/2007 |
| | | CTR598 0337 | CTR598 0339 | 3 | | 8/17/2007 |
| | | CTR598 0340 | CTR598 0340 | 1 | | 8/17/2007 |
| | | CTR598 0373 | CTR598 0373 | 1 | | 8/17/2007 |
| | | CTR598 0414 | CTR598 0414 | 1 | | 8/17/2007 |
| | | CTR598 0436 | CTR598 0436 | 1 | | 8/17/2007 |
| | | CTR598 0458 | CTR598 0458 | 1 | | 8/17/2007 |
| | | CTR598 0466 | CTR598 0466 | 1 | | 8/17/2007 |
| | | CTR598 0468 | CTR598 0468 | 1 | | 8/17/2007 |
| | | CTR598 0469 | CTR598 0470 | 2 | | 8/17/2007 |
| | | CTR598 0473 | CTR598 0474 | 2 | | 8/17/2007 |
| | | CTR598 0475 | CTR598 0475 | 1 | | 8/17/2007 |
| | | CTR598 0480 | CTR598 0480 | 1 | | 8/17/2007 |
| | | CTR598 0508 | CTR598 0509 | 2 | | 8/17/2007 |
| | | CTR598 0537 | CTR598 0537 | 1 | | 8/17/2007 |
| | | CTR598 0566 | CTR598 0567 | 2 | | 8/17/2007 |
| | | CTR598 0596 | CTR598 0597 | 2 | | 8/17/2007 |
| | | CTR598 0598 | CTR598 0598 | 1 | | 8/17/2007 |
| | | CTR598 0600 | CTR598 0600 | 1 | | 8/17/2007 |
| | | CTR598 0601 | CTR598 0602 | 2 | | 8/17/2007 |
| | | CTR598 0605 | CTR598 0606 | 2 | | 8/17/2007 |
| | | CTR598 0609 | CTR598 0610 | 2 | | 8/17/2007 |
| | | CTR598 0611 | CTR598 0612 | 2 | | 8/17/2007 |
| | | CTR598 0613 | CTR598 0614 | 2 | | 8/17/2007 |
| | | CTR598 0739 | CTR598 0739 | 1 | | 8/17/2007 |
| | | CTR598 0740 | CTR598 0740 | 1 | | 8/17/2007 |
| | | CTR598 0743 | CTR598 0743 | 1 | | 8/17/2007 |
| | | CTR598 0754 | CTR598 0754 | 1 | | 8/17/2007 |
| | | CTR598 0755 | CTR598 0755 | 1 | | 8/17/2007 |
| | | CTR598 0781 | CTR598 0781 | 1 | | 8/17/2007 |
| | | CTR598 0782 | CTR598 0783 | 2 | | 8/17/2007 |
| | | CTR598 0787 | CTR598 0787 | 1 | | 8/17/2007 |
| | | CTR598 0788 | CTR598 0788 | 1 | | 8/17/2007 |
| | | CTR598 0795 | CTR598 0796 | 2 | | 8/17/2007 |
| | | CTR598 0797 | CTR598 0799 | 3 | | 8/17/2007 |
| | | CTR598 0800 | CTR598 0801 | 2 | | 8/17/2007 |
| | | CTR598 0805 | CTR598 0805 | 1 | | 8/17/2007 |
| | | CTR598 0808 | CTR598 0808 | 1 | | 8/17/2007 |
| | | CTR598 0813 | CTR598 0813 | 1 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | CTR598 | CTR598 0816 | CTR598 0816 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NO. 32, 33, 12, 20, 25 | 8/17/2007 |
| | | CTR598 0819 | CTR598 0819 | 1 | | 8/17/2007 |
| | | CTR598 0820 | CTR598 0821 | 2 | | 8/17/2007 |
| | | CTR598 0822 | CTR598 0822 | 1 | | 8/17/2007 |
| | | CTR598 0825 | CTR598 0826 | 2 | | 8/17/2007 |
| | | CTR598 1008 | CTR598 1008 | 1 | | 8/17/2007 |
| | | CTR598 1012 | CTR598 1012 | 1 | | 8/17/2007 |
| | | CTR598 1021 | CTR598 1021 | 1 | | 8/17/2007 |
| | | CTR598 1022 | CTR598 1023 | 2 | | 8/17/2007 |
| | | CTR598 1033 | CTR598 1033 | 1 | | 8/17/2007 |
| Box 2 | CTR610 | CTR610 1281 | CTR610 1281 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 8,25,32 | 8/17/2007 |
| | | CTR610 1282 | CTR610 1286 | 5 | | 8/17/2007 |
| | | CTR610 1304 | CTR610 1304 | 1 | | 8/17/2007 |
| | | CTR610 1305 | CTR610 1305 | 1 | | 8/17/2007 |
| | | CTR610 1523 | CTR610 1524 | 2 | | 8/17/2007 |
| | | CTR610 1525 | CTR610 1536 | 12 | | 8/17/2007 |
| | | CTR610 1537 | CTR610 1548 | 12 | | 8/17/2007 |
| | | CTR610 1714 | CTR610 1714 | 1 | | 8/17/2007 |
| | | CTR610 1715 | CTR610 1715 | 1 | | 8/17/2007 |
| | | CTR610 2121 | CTR610 2121 | 1 | | 8/17/2007 |
| | | CTR610 2122 | CTR610 2126 | 5 | | 8/17/2007 |
| | | CTR610 2552 | CTR610 2552 | 1 | | 8/17/2007 |
| | | CTR610 2553 | CTR610 2555 | 3 | | 8/17/2007 |
| | | CTR610 2556 | CTR610 2556 | 1 | | 8/17/2007 |
| | | CTR610 2557 | CTR610 2559 | 3 | | 8/17/2007 |
| | | CTR610 2565 | CTR610 2567 | 3 | | 8/17/2007 |
| | | CTR610 2568 | CTR610 2572 | 5 | | 8/17/2007 |
| | | CTR610 2573 | CTR610 2712 | 140 | | 8/17/2007 |
| | | CTR610 2713 | CTR610 2793 | 81 | | 8/17/2007 |
| | | CTR610 3190 | CTR610 3190 | 1 | | 8/17/2007 |
| | | CTR610 3197 | CTR610 3198 | 2 | | 8/17/2007 |
| | | CTR610 3199 | CTR610 3203 | 5 | | 8/17/2007 |
| | | CTR610 3204 | CTR610 3208 | 5 | | 8/17/2007 |
| | | CTR610 3209 | CTR610 3213 | 5 | | 8/17/2007 |
| | | CTR610 3214 | CTR610 3214 | 1 | | 8/17/2007 |
| | | CTR610 3215 | CTR610 3220 | 6 | | 8/17/2007 |
| | | CTR610 3221 | CTR610 3221 | 1 | | 8/17/2007 |
| | | CTR610 3222 | CTR610 2337 | 6 | | 8/17/2007 |
| | | CTR610 3280 | CTR610 3280 | 1 | | 8/17/2007 |
| | | CTR610 3281 | CTR610 3285 | 5 | | 8/17/2007 |
| | | CTR610 3286 | CTR610 3289 | 4 | | 8/17/2007 |
| | | CTR610 3822 | CTR610 3829 | 8 | | 8/17/2007 |
| | | CTR610 3830 | CTR610 3985 | 156 | | 8/17/2007 |
| Box 2 | HQR440 | HQR440 0541 | HQR440 0551 | 11 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35, 42 | 8/17/2007 |
| | | HQR440 0584 | HQR440 0584 | 1 | | 8/17/2007 |
| | | HQR440 0769 | HQR440 0769 | 1 | | 8/17/2007 |
| | | HQR440 0770 | HQR440 0794 | 25 | | 8/17/2007 |
| | | HQR440 0795 | HQR440 0819 | 25 | | 8/17/2007 |
| | | HQR440 0820 | HQR440 0843 | 24 | | 8/17/2007 |
| | | HQR440 1043 | HQR440 1044 | 2 | | 8/17/2007 |
| | | HQR440 1045 | HQR440 1049 | 5 | | 8/17/2007 |
| | | HQR440 1297 | HQR440 1297 | 1 | | 8/17/2007 |
| | | HQR440 1298 | HQR440 1298 | 1 | | 8/17/2007 |
| | | HQR440 1299 | HQR440 1300 | 2 | | 8/17/2007 |
| | | HQR440 1301 | HQR440 1302 | 2 | | 8/17/2007 |
| | | HQR440 1303 | HQR440 1303 | 1 | | 8/17/2007 |
| | | HQR440 2204 | HQR440 2205 | 2 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | HQR441 | HQR441 0632 | HQR441 0644 | 13 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/17/2007 |
| | | HQR441 0645 | HQR441 0657 | 13 | | 8/17/2007 |
| | | HQR441 0695 | HQR441 0697 | 3 | | 8/17/2007 |
| | | HQR441 0719 | HQR441 0723 | 5 | | 8/17/2007 |
| | | HQR441 1622 | HQR441 1652 | 31 | | 8/17/2007 |
| | | HQR441 1653 | HQR441 1679 | 27 | | 8/17/2007 |
| | | HQR441 1703 | HQR441 1724 | 22 | | 8/17/2007 |
| | | HQR441 1908 | HQR441 1908 | 1 | | 8/17/2007 |
| Box 2 | HQR505 | HQR505 0031 | HQR505 0032 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2 & 28 | 8/17/2007 |
| | | HQR505 0050 | HQR505 0050 | 1 | | 8/17/2007 |
| | | HQR505 0052 | HQR505 0052 | 1 | | 8/17/2007 |
| | | HQR505 0055 | HQR505 0072 | 18 | | 8/17/2007 |
| | | HQR505 0073 | HQR505 0073 | 1 | | 8/17/2007 |
| | | HQR505 0075 | HQR505 0077 | 3 | | 8/17/2007 |
| | | HQR505 0078 | HQR505 0080 | 3 | | 8/17/2007 |
| | | HQR505 0089 | HQR505 0093 | 5 | | 8/17/2007 |
| | | HQR505 0112 | HQR505 0114 | 3 | | 8/17/2007 |
| Box 2 | HQR516 | HQR516 0043 | HQR516 0066 | 24 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1 & 2 | 8/17/2007 |
| | | HQR516 0067 | HQR516 0071 | 5 | | 8/17/2007 |
| Box 2 | HQR581 | HQR581 0033 | HQR581 0034 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2 & 42 | 8/17/2007 |
| | | HQR581 0035 | HQR581 0041 | 7 | | 8/17/2007 |
| | | HQR581 0046 | HQR581 0068 | 23 | | 8/17/2007 |
| | | HQR581 0069 | HQR581 0070 | 2 | | 8/17/2007 |
| | | HQR581 0072 | HQR581 0075 | 4 | | 8/17/2007 |
| | | HQR581 0080 | HQR581 0082 | 3 | | 8/17/2007 |
| | | HQR581 0083 | HQR581 0085 | 3 | | 8/17/2007 |
| | | HQR581 0086 | HQR581 0087 | 2 | | 8/17/2007 |
| | | HQR581 0119 | HQR581 0121 | 3 | | 8/17/2007 |
| | | HQR581 0132 | HQR581 0133 | 2 | | 8/17/2007 |
| | | HQR581 0136 | HQR581 0138 | 3 | | 8/17/2007 |
| | | HQR581 0139 | HQR581 0142 | 4 | | 8/17/2007 |
| | | HQR581 0619 | HQR581 0623 | 5 | | 8/17/2007 |
| | | HQR581 0640 | HQR581 0644 | 5 | | 8/17/2007 |
| Box 2 | HQR582 | HQR582 0263 | HQR582 0263 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25, 32 | 8/17/2007 |
| Box 2 | HQR583 | HQR583 0231 | HQR583 0235 | 5 | RESPONSIVE TO DAIRYLAND REQUEST NO. 28, 42, 1, 2 | 8/17/2007 |
| | | HQR583 0528 | HQR583 0547 | 20 | | 8/17/2007 |
| Box 2 | HQR584 | HQR584 0001 | HQR584 0005 | 5 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25 & 32 | 8/17/2007 |
| | | HQR584 0006 | HQR584 0009 | 4 | | 8/17/2007 |
| | | HQR584 0019 | HQR584 0019 | 1 | | 8/17/2007 |
| Box 2 | HQR585 | HQR585 0045 | HQR585 0050 | 6 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 2,24,42 | 8/17/2007 |
| | | HQR585 0053 | HQR585 0054 | 2 | | 8/17/2007 |
| | | HQR585 0190 | HQR585 0194 | 5 | | 8/17/2007 |
| | | HQR585 0195 | HQR585 0209 | 15 | | 8/17/2007 |
| | | HQR585 0210 | HQR585 0223 | 14 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | HQR647 | HQR647 0042 | HQR647 0042 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 31, 32, 33, 42 | 8/17/2007 |
| | | HQR647 0043 | HQR647 0043 | 1 | | 8/17/2007 |
| | | HQR647 0044 | HQR647 0044 | 1 | | 8/17/2007 |
| | | HQR647 0045 | HQR647 0045 | 1 | | 8/17/2007 |
| | | HQR647 0046 | HQR647 0046 | 1 | | 8/17/2007 |
| | | HQR647 0047 | HQR647 0047 | 1 | | 8/17/2007 |
| | | HQR647 0048 | HQR647 0049 | 2 | | 8/17/2007 |
| | | HQR647 0050 | HQR647 0050 | 1 | | 8/17/2007 |
| | | HQR647 0051 | HQR647 0051 | 1 | | 8/17/2007 |
| | | HQR647 0052 | HQR647 0052 | 1 | | 8/17/2007 |
| | | HQR647 0053 | HQR647 0053 | 1 | | 8/17/2007 |
| | | HQR647 0054 | HQR647 0055 | 2 | | 8/17/2007 |
| | | HQR647 0056 | HQR647 0056 | 1 | | 8/17/2007 |
| | | HQR647 0057 | HQR647 0057 | 1 | | 8/17/2007 |
| | | HQR647 0058 | HQR647 0058 | 1 | | 8/17/2007 |
| | | HQR647 0826 | HQR647 0837 | 12 | | 8/17/2007 |
| | | HQR647 0839 | HQR647 0859 | 21 | | 8/17/2007 |
| | | HQR647 0866 | HQR647 0866 | 1 | | 8/17/2007 |
| | | HQR647 0867 | HQR647 0867 | 1 | | 8/17/2007 |
| | | HQR647 0868 | HQR647 0868 | 1 | | 8/17/2007 |
| Box 2 | HQR648 | HQR648 0022 | HQR648 0074 | 53 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 19, 35 | 8/17/2007 |
| | | HQR648 0075 | HQR648 0075 | 1 | | 8/17/2007 |
| Box 2 | HQR649 | HQR649 0069 | HQR649 0130 | 62 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 19, 24, 25, 29, 31, 32, 33, 35 | 8/17/2007 |
| | | HQR649 0131 | HQR649 0188 | 58 | | 8/17/2007 |
| | | HQR649 0189 | HQR649 0193 | 5 | | 8/17/2007 |
| | | HQR649 0515 | HQR649 0592 | 78 | | 8/17/2007 |
| Box 2 | HQR668 | HQR668 0001 | HQR668 0004 | 4 | ESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 40, 32, 19 | 8/17/2007 |
| | | HQR668 0005 | HQR668 0007 | 3 | | 8/17/2007 |
| | | HQR668 0008 | HQR668 0152 | 145 | | 8/17/2007 |
| | | HQR668 0153 | HQR668 0297 | 145 | | 8/17/2007 |
| | | HQR668 0298 | HQR668 0300 | 3 | | 8/17/2007 |
| | | HQR668 0301 | HQR668 0444 | 144 | | 8/17/2007 |
| | | HQR668 0445 | HQR668 0589 | 145 | | 8/17/2007 |
| | | HQR668 0590 | HQR668 0590 | 1 | | 8/17/2007 |
| | | HQR668 0633 | HQR668 0640 | 8 | | 8/17/2007 |
| | | HQR668 0641 | HQR668 0642 | 2 | | 8/17/2007 |
| Box 3 | HQR664 | HQR664 0001 | HQR664 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 32, 35 | 8/17/2007 |
| | | HQR664 0002 | HQR664 0079 | 78 | | 8/17/2007 |
| | | HQR664 0080 | HQR664 0080 | 1 | | 8/17/2007 |
| | | HQR664 0081 | HQR664 0158 | 78 | | 8/17/2007 |
| | | HQR664 0159 | HQR664 0160 | 2 | | 8/17/2007 |
| | | HQR664 0161 | HQR664 0232 | 72 | | 8/17/2007 |
| | | HQR664 0233 | HQR664 0233 | 1 | | 8/17/2007 |
| | | HQR664 0234 | HQR664 0237 | 4 | | 8/17/2007 |
| | | HQR664 0238 | HQR664 0309 | 72 | | 8/17/2007 |
| | | HQR664 0310 | HQR664 0310 | 1 | | 8/17/2007 |
| | | HQR664 0311 | HQR664 0314 | 4 | | 8/17/2007 |
| | | HQR664 0315 | HQR664 0325 | 11 | | 8/17/2007 |
| | | HQR664 0326 | HQR664 0342 | 17 | | 8/17/2007 |
| | | HQR664 0343 | HQR664 0343 | 1 | | 8/17/2007 |
| | | HQR664 0344 | HQR664 0421 | 78 | | 8/17/2007 |
| | | HQR664 0422 | HQR664 0422 | 1 | | 8/17/2007 |
| | | HQR664 0423 | HQR664 0423 | 1 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 3 | HQR664 | HQR664 0424 | HQR664 0425 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 32, 35 | 8/17/2007 |
| | | HQR664 0426 | HQR664 0427 | 2 | | 8/17/2007 |
| | | HQR664 0428 | HQR664 0429 | 2 | | 8/17/2007 |
| | | HQR664 0430 | HQR664 0430 | 1 | | 8/17/2007 |
| | | HQR664 0431 | HQR664 0434 | 4 | | 8/17/2007 |
| | | HQR664 0435 | HQR664 0436 | 2 | | 8/17/2007 |
| | | HQR664 0437 | HQR664 0447 | 11 | | 8/17/2007 |
| | | HQR664 0448 | HQR664 0464 | 17 | | 8/17/2007 |
| | | HQR664 0465 | HQR664 0468 | 4 | | 8/17/2007 |
| | | HQR664 0469 | HQR664 0469 | 1 | | 8/17/2007 |
| | | HQR664 0470 | HQR664 0471 | 2 | | 8/17/2007 |
| | | HQR664 0472 | HQR664 0472 | 1 | | 8/17/2007 |
| | | HQR664 0473 | HQR664 0504 | 32 | | 8/17/2007 |
| | | HQR664 0505 | HQR664 0566 | 62 | | 8/17/2007 |
| | | HQR664 0567 | HQR664 0567 | 1 | | 8/17/2007 |
| | | HQR664 0568 | HQR664 0571 | 4 | | 8/17/2007 |
| | | HQR664 0572 | HQR664 0604 | 33 | | 8/17/2007 |
| | | HQR664 0605 | HQR664 0665 | 61 | | 8/17/2007 |
| | | HQR664 0666 | HQR664 0666 | 1 | | 8/17/2007 |
| | | HQR664 0667 | HQR664 0670 | 4 | | 8/17/2007 |
| | | HQR664 0671 | HQR664 0671 | 1 | | 8/17/2007 |
| | | HQR664 0672 | HQR664 0690 | 19 | | 8/17/2007 |
| | | HQR664 0691 | HQR664 0694 | 4 | | 8/17/2007 |
| | | HQR664 0695 | HQR664 0696 | 2 | | 8/17/2007 |
| | | HQR664 0697 | HQR664 0710 | 14 | | 8/17/2007 |
| | | HQR664 0711 | HQR664 0712 | 2 | | 8/17/2007 |
| | | HQR664 0713 | HQR664 0713 | 1 | | 8/17/2007 |
| | | HQR664 0714 | HQR664 0791 | 78 | | 8/17/2007 |
| | | HQR664 0792 | HQR664 0792 | 1 | | 8/17/2007 |
| | | HQR664 0793 | HQR664 0824 | 32 | | 8/17/2007 |
| | | HQR664 0825 | HQR664 0856 | 32 | | 8/17/2007 |
| | | HQR664 0857 | HQR664 0916 | 60 | | 8/17/2007 |
| | | HQR664 0917 | HQR664 0976 | 60 | | 8/17/2007 |
| | | HQR664 0977 | HQR664 0977 | 1 | | 8/17/2007 |
| | | HQR664 0978 | HQR664 0978 | 1 | | 8/17/2007 |
| | | HQR664 0979 | HQR664 0979 | 1 | | 8/17/2007 |
| | | HQR664 0980 | HQR664 0983 | 4 | | 8/17/2007 |
| | | HQR664 0984 | HQR664 0994 | 11 | | 8/17/2007 |
| | | HQR664 0995 | HQR664 0998 | 4 | | 8/17/2007 |
| | | HQR664 0999 | HQR664 1016 | 18 | | 8/17/2007 |
| | | HQR664 1017 | HQR664 1018 | 2 | | 8/17/2007 |
| | | HQR664 1019 | HQR664 1019 | 1 | | 8/17/2007 |
| | | HQR664 1020 | HQR664 1020 | 1 | | 8/17/2007 |
| | | HQR664 1021 | HQR664 1022 | 2 | | 8/17/2007 |
| | | HQR664 1023 | HQR664 1023 | 1 | | 8/17/2007 |
| | | HQR664 1024 | HQR664 1024 | 1 | | 8/17/2007 |
| | | HQR664 1025 | HQR664 1025 | 1 | | 8/17/2007 |
| | | HQR664 1026 | HQR664 1026 | 1 | | 8/17/2007 |
| | | HQR664 1027 | HQR664 1027 | 1 | | 8/17/2007 |
| | | HQR664 1028 | HQR664 1028 | 1 | | 8/17/2007 |
| | | HQR664 1029 | HQR664 1029 | 1 | | 8/17/2007 |
| | | HQR664 1030 | HQR664 1061 | 32 | | 8/17/2007 |
| | | HQR664 1062 | HQR664 1123 | 62 | | 8/17/2007 |
| | | HQR664 1124 | HQR664 1124 | 1 | | 8/17/2007 |
| | | HQR664 1125 | HQR664 1125 | 1 | | 8/17/2007 |
| | | HQR664 1128 | HQR664 1187 | 60 | | 8/17/2007 |
| | | HQR664 1188 | HQR664 1188 | 1 | | 8/17/2007 |
| | | HQR664 1189 | HQR664 1220 | 32 | | 8/17/2007 |
| | | HQR664 1221 | HQR664 1221 | 1 | | 8/17/2007 |
| | | HQR664 1222 | HQR664 1281 | 60 | | 8/17/2007 |
| | | HQR664 1330 | HQR664 1330 | 1 | | 8/17/2007 |
| | | HQR664 1331 | HQR664 1362 | 32 | | 8/17/2007 |

Dairyland Released Documents
on 8/17/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 3 | HQR664 | HQR664 1363 | HQR664 1422 | 60 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 32, 35 | 8/17/2007 |
| | | HQR664 1423 | HQR664 1423 | 1 | | 8/17/2007 |
| | | HQR664 1424 | HQR664 1455 | 32 | | 8/17/2007 |
| | | HQR664 1456 | HQR664 1517 | 62 | | 8/17/2007 |
| | | HQR664 1536 | HQR664 1717 | 182 | | 8/17/2007 |
| | | HQR664 1718 | HQR664 1831 | 114 | | 8/17/2007 |
| | | HQR664 1832 | HQR664 1832 | 1 | | 8/17/2007 |
| | | HQR664 1833 | HQR664 1833 | 1 | | 8/17/2007 |
| | | HQR664 1834 | HQR664 1947 | 114 | | 8/17/2007 |
| | | HQR664 1948 | HQR664 2129 | 182 | | 8/17/2007 |
| | | HQR664 2130 | HQR664 2311 | 182 | | 8/17/2007 |
| | | HQR664 2312 | HQR664 2321 | 10 | | 8/17/2007 |
| | | HQR664 2322 | HQR664 2435 | 114 | | 8/17/2007 |
| | | HQR664 2436 | HQR664 2436 | 1 | | 8/17/2007 |
| | | HQR664 2437 | HQR664 2492 | 56 | | 8/17/2007 |
| | | HQR664 2493 | HQR664 2493 | 1 | | 8/17/2007 |
| | | HQR664 2494 | HQR664 2495 | 2 | | 8/17/2007 |
| | | HQR664 2496 | HQR664 2501 | 6 | | 8/17/2007 |
| | | HQR664 2502 | HQR664 2502 | 1 | | 8/17/2007 |
| | | HQR664 2503 | HQR664 2505 | 3 | | 8/17/2007 |
| | | HQR664 2506 | HQR664 2506 | 1 | | 8/17/2007 |
| | | HQR664 2507 | HQR664 2519 | 13 | | 8/17/2007 |
| | | HQR664 2520 | HQR664 2520 | 1 | | 8/17/2007 |
| | | HQR664 2521 | HQR664 2529 | 9 | | 8/17/2007 |
| | | HQR664 2530 | HQR664 2530 | 1 | | 8/17/2007 |
| | | HQR664 2531 | HQR664 2531 | 1 | | 8/17/2007 |
| | | HQR664 2532 | HQR664 2532 | 1 | | 8/17/2007 |
| | | HQR664 2533 | HQR664 2533 | 1 | | 8/17/2007 |
| | | HQR664 2534 | HQR664 2534 | 1 | | 8/17/2007 |
| | | HQR664 2535 | HQR664 2535 | 1 | | 8/17/2007 |
| | | HQR664 2890 | HQR664 2890 | 1 | | 8/17/2007 |
| | | HQR664 2891 | HQR664 2895 | 5 | | 8/17/2007 |
| | | HQR664 2915 | HQR664 2916 | 2 | | 8/17/2007 |
| | | HQR664 2917 | HQR664 3076 | 160 | | 8/17/2007 |

**U.S. Department of Justice**

Civil Division

PDK:JED:HDL:MESullivan
154-04-106

Telephone: (202) 307-0365
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

August 22, 2007

BY HAND

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: *Dairyland Power Cooperative v. United States*, No. 04-106C (Fed. Cl.)

Dear Mr. Stouck:

As we continue to prepare a privilege log for documents that the Government has identified as containing privileged information, the Department of Energy ("DOE") has identified several additional documents that it originally tagged as created through a deliberative process, but over which it has now decided not to continue to maintain a formal deliberative process privilege assertion. Accordingly, we are producing to you now those documents over which DOE has withdrawn its privilege claims. In addition, we have been able to access some of the previously inaccessible electronic files that had been produced by DOE and are producing the documents that are not privileged to you today. We continue to work with the remaining inaccessible files and, to the extent we are able access additional files, we will produce any additional non-privileged documents as soon as practicable. The documents that we are providing to you today are identified on the attached logs.

Please feel free to contact us if you have any questions about these documents.

Sincerely,

MARIAN E. SULLIVAN
Senior Trial Counsel
National Courts Section
Commercial Litigation Branch

Attachments

Dairyland Released Documents
on 8/22/2007
(Previously Inaccessible Electronic Files)

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | CTR621 | CTR621 0001 | CTR621 0039 | 39 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25 | 8/22/2007 |
| Box 1 | CTR622 | CTR622 0001 | CTR622 0002 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25 | 8/22/2007 |
| Box 1 | CTR623 | CTR623 0001 | CTR623 0081 | 81 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25 | 8/22/2007 |
| Box 1 | CTR624 | CTR624 0001 | CTR624 0326 | 326 | RESPONSIVE TO DAIRYLAND REQUEST NO.25 | 8/22/2007 |
| Box 1 | CTR625 | CTR625 0001 | CTR625 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 11 & 25 | 8/22/2007 |
| | | CTR625 0002 | CTR625 0021 | 20 | | 8/22/2007 |
| | | CTR625 0022 | CTR625 0041 | 20 | | 8/22/2007 |
| | | CTR625 0042 | CTR625 0061 | 20 | | 8/22/2007 |
| | | CTR625 0062 | CTR625 0080 | 19 | | 8/22/2007 |
| | | CTR625 0081 | CTR625 0100 | 20 | | 8/22/2007 |
| | | CTR625 0101 | CTR625 0119 | 19 | | 8/22/2007 |
| | | CTR625 0120 | CTR625 0131 | 12 | | 8/22/2007 |
| Box 1 | CTR626 | CTR626 0001 | CTR626 0108 | 108 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 11 & 38 | 8/22/2007 |
| Box 1 | CTR628 | CTR628 0001 | CTR628 0012 | 12 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 32, 35 | 8/22/2007 |
| Box 1 | CTR629 | CTR629 0001 | CTR629 0020 | 20 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 18, 19, 29, 30, 31, 36 | 8/22/2007 |
| Box 1 | CTR630 | CTR630 0001 | CTR630 0008 | 8 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 3, 6, 12, 19, 20, 21, 25, 29, 32 & 35 | 8/22/2007 |
| Box 1 | CTR631 | CTR631 0001 | CTR631 0014 | 14 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 32 | 8/22/2007 |
| Box 1 | CTR632 | CTR632 0001 | CTR632 0002 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 11, 25 | 8/22/2007 |
| Box 1 | CTR634 | CTR634 0001 | CTR634 0003 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25 & 32 | 8/22/2007 |
| | | CTR634 0004 | CTR634 0006 | 3 | | 8/22/2007 |
| Box 1 | HQR685 | HQR685 0001 | HQR685 0030 | 30 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 6, 25, 29, 31, 33, 35 | 8/22/2007 |
| | | HQR685 0031 | HQR685 0068 | 38 | | 8/22/2007 |
| | | HQR685 0069 | HQR685 0090 | 22 | | 8/22/2007 |
| | | HQR685 0091 | HQR685 0091 | 1 | | 8/22/2007 |
| | | HQR685 0092 | HQR685 0094 | 3 | | 8/22/2007 |
| | | HQR685 0095 | HQR685 0095 | 1 | | 8/22/2007 |
| | | HQR685 0096 | HQR685 0105 | 10 | | 8/22/2007 |
| | | HQR685 0106 | HQR685 0109 | 4 | | 8/22/2007 |
| | | HQR685 0110 | HQR685 0111 | 2 | | 8/22/2007 |
| | | HQR685 0112 | HQR685 0112 | 1 | | 8/22/2007 |
| | | HQR685 0113 | HQR685 0114 | 2 | | 8/22/2007 |
| | | HQR685 0115 | HQR685 0116 | 2 | | 8/22/2007 |
| | | HQR685 0117 | HQR685 0119 | 3 | | 8/22/2007 |
| | | HQR685 0120 | HQR685 0120 | 1 | | 8/22/2007 |
| | | HQR685 0121 | HQR685 0122 | 2 | | 8/22/2007 |
| | | HQR685 0123 | HQR685 0123 | 1 | | 8/22/2007 |
| | | HQR685 0124 | HQR685 0124 | 1 | | 8/22/2007 |
| | | HQR685 0125 | HQR685 0137 | 13 | | 8/22/2007 |
| | | HQR685 0138 | HQR685 0138 | 1 | | 8/22/2007 |
| | | HQR685 0139 | HQR685 0139 | 1 | | 8/22/2007 |
| | | HQR685 0140 | HQR685 0143 | 4 | | 8/22/2007 |
| | | HQR685 0144 | HQR685 0147 | 4 | | 8/22/2007 |
| | | HQR685 0148 | HQR685 0150 | 3 | | 8/22/2007 |
| | | HQR685 0151 | HQR685 0153 | 3 | | 8/22/2007 |
| | | HQR685 0154 | HQR685 0171 | 18 | | 8/22/2007 |
| | | HQR685 0172 | HQR685 0173 | 2 | | 8/22/2007 |
| | | HQR685 0174 | HQR685 0175 | 2 | | 8/22/2007 |
| | | HQR685 0176 | HQR685 0177 | 2 | | 8/22/2007 |
| | | HQR685 0178 | HQR685 0180 | 3 | | 8/22/2007 |
| | | HQR685 0181 | HQR685 0182 | 2 | | 8/22/2007 |
| | | HQR685 0183 | HQR685 0183 | 1 | | 8/22/2007 |
| | | HQR685 0184 | HQR685 0185 | 2 | | 8/22/2007 |