Dairyland Released Documents
on 8/22/2007
(Previously Inaccessible Electronic Files)

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | HQR685 | HQR685 0186 | HQR685 0194 | 9 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 6, 25, 29, 31, 33, 35 | 8/22/2007 |
| | | HQR685 0195 | HQR685 0196 | 2 | | 8/22/2007 |
| | | HQR685 0197 | HQR685 0198 | 2 | | 8/22/2007 |
| | | HQR685 0199 | HQR685 0199 | 1 | | 8/22/2007 |
| | | HQR685 0200 | HQR685 0219 | 20 | | 8/22/2007 |
| | | HQR685 0220 | HQR685 0222 | 3 | | 8/22/2007 |
| | | HQR685 0223 | HQR685 0226 | 4 | | 8/22/2007 |
| | | HQR685 0227 | HQR685 0232 | 6 | | 8/22/2007 |
| | | HQR685 0233 | HQR685 0235 | 3 | | 8/22/2007 |
| | | HQR685 0236 | HQR685 0266 | 31 | | 8/22/2007 |
| | | HQR685 0267 | HQR685 0267 | 1 | | 8/22/2007 |
| | | HQR685 0268 | HQR685 0269 | 2 | | 8/22/2007 |
| | | HQR685 0270 | HQR685 0272 | 3 | | 8/22/2007 |
| | | HQR685 0273 | HQR685 0273 | 1 | | 8/22/2007 |
| | | HQR685 0274 | HQR685 0274 | 1 | | 8/22/2007 |
| | | HQR685 0275 | HQR685 0276 | 2 | | 8/22/2007 |
| | | HQR685 0277 | HQR685 0281 | 5 | | 8/22/2007 |
| | | HQR685 0282 | HQR685 0282 | 1 | | 8/22/2007 |
| | | HQR685 0283 | HQR685 0288 | 6 | | 8/22/2007 |
| | | HQR685 0289 | HQR685 0289 | 1 | | 8/22/2007 |
| | | HQR685 0290 | HQR685 0294 | 5 | | 8/22/2007 |
| | | HQR685 0295 | HQR685 0297 | 3 | | 8/22/2007 |
| | | HQR685 0298 | HQR685 0304 | 7 | | 8/22/2007 |
| | | HQR685 0305 | HQR685 0305 | 1 | | 8/22/2007 |
| | | HQR685 0306 | HQR685 0309 | 4 | | 8/22/2007 |
| | | HQR685 0310 | HQR685 0314 | 5 | | 8/22/2007 |
| | | HQR685 0315 | HQR685 0316 | 2 | | 8/22/2007 |
| | | HQR685 0317 | HQR685 0318 | 2 | | 8/22/2007 |
| | | HQR685 0319 | HQR685 0325 | 7 | | 8/22/2007 |
| | | HQR685 0326 | HQR685 0326 | 1 | | 8/22/2007 |
| | | HQR685 0327 | HQR685 0331 | 5 | | 8/22/2007 |
| | | HQR685 0332 | HQR685 0335 | 4 | | 8/22/2007 |
| Box 1 | HQR686 | HQR686 0001 | HQR686 0006 | 6 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 31, 32 | 8/22/2007 |
| Box 1 | HQR687 | HQR687 0001 | HQR687 0008 | 8 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25 | 8/22/2007 |
| | | HQR687 0009 | HQR687 0122 | 114 | | 8/22/2007 |
| | | HQR687 0123 | HQR687 0215 | 93 | | 8/22/2007 |
| | | HQR687 0216 | HQR687 0217 | 2 | | 8/22/2007 |
| | | HQR687 0218 | HQR687 0220 | 3 | | 8/22/2007 |
| | | HQR687 0221 | HQR687 0402 | 182 | | 8/22/2007 |
| Box 1 | HQR688 | HQR688 0001 | HQR688 0011 | 11 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 6, 8, 9, 11, 24, 33 | 8/22/2007 |
| | | HQR688 0012 | HQR688 0012 | 1 | | 8/22/2007 |
| | | HQR688 0013 | HQR688 0014 | 2 | | 8/22/2007 |
| | | HQR688 0015 | HQR688 0016 | 2 | | 8/22/2007 |
| | | HQR688 0017 | HQR688 0017 | 1 | | 8/22/2007 |
| | | HQR688 0018 | HQR688 0020 | 3 | | 8/22/2007 |
| | | HQR688 0021 | HQR688 0021 | 1 | | 8/22/2007 |
| | | HQR688 0022 | HQR688 0022 | 1 | | 8/22/2007 |
| | | HQR688 0023 | HQR688 0032 | 10 | | 8/22/2007 |
| | | HQR688 0033 | HQR688 0033 | 1 | | 8/22/2007 |
| | | HQR688 0034 | HQR688 0035 | 2 | | 8/22/2007 |
| Box 1 | HQR689 | HQR689 0001 | HQR689 0008 | 8 | RESPONSIVE TO DAIRYLAND NO. 6 | 8/22/2007 |
| | | HQR689 0009 | HQR689 0010 | 2 | | 8/22/2007 |
| | | HQR689 0011 | HQR689 0013 | 3 | | 8/22/2007 |
| | | HQR689 0014 | HQR689 0015 | 2 | | 8/22/2007 |
| | | HQR689 0016 | HQR689 0017 | 2 | | 8/22/2007 |
| | | HQR689 0018 | HQR689 0023 | 6 | | 8/22/2007 |
| Box 1 | HQR690 | HQR690 0001 | HQR690 0003 | 3 | RESPONSIVE TO DAIRYLAND NOS. 1, 2, 24, 25 | 8/22/2007 |
| | | HQR690 0004 | HQR690 0008 | 5 | | 8/22/2007 |
| | | HQR690 0009 | HQR690 0011 | 3 | | 8/22/2007 |
| | | HQR690 0012 | HQR690 0014 | 3 | | 8/22/2007 |
| | | HQR690 0015 | HQR690 0015 | 1 | | 8/22/2007 |

Dairyland Released Documents
on 8/22/2007
(Previously Inaccessible Electronic Files)

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | HQR690 | HQR690 0016 | HQR690 0019 | 4 | RESPONSIVE TO DAIRYLAND NOS. 1, 2, 24, 25 | 8/22/2007 |
| | | HQR690 0020 | HQR690 0031 | 12 | | 8/22/2007 |
| | | HQR690 0032 | HQR690 0041 | 10 | | 8/22/2007 |
| | | HQR690 0042 | HQR690 0050 | 9 | | 8/22/2007 |
| | | HQR690 0051 | HQR690 0052 | 2 | | 8/22/2007 |
| | | HQR690 0053 | HQR690 0059 | 7 | | 8/22/2007 |
| | | HQR690 0060 | HQR690 0063 | 4 | | 8/22/2007 |
| Box 1 | HQR691 | HQR691 0001 | HQR691 0070 | 70 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 16, 25, 29, 32, 33 | 8/22/2007 |
| | | HQR691 0071 | HQR691 0072 | 2 | | 8/22/2007 |
| | | HQR691 0073 | HQR691 0077 | 5 | | 8/22/2007 |
| | | HQR691 0078 | HQR691 0091 | 14 | | 8/22/2007 |
| | | HQR691 0092 | HQR691 0103 | 12 | | 8/22/2007 |
| | | HQR691 0104 | HQR691 0215 | 112 | | 8/22/2007 |
| | | HQR691 0216 | HQR691 0219 | 4 | | 8/22/2007 |
| | | HQR691 0220 | HQR691 0236 | 17 | | 8/22/2007 |
| | | HQR691 0237 | HQR691 0260 | 24 | | 8/22/2007 |
| | | HQR691 0261 | HQR691 0269 | 9 | | 8/22/2007 |
| | | HQR691 0270 | HQR691 0271 | 2 | | 8/22/2007 |
| | | HQR691 0272 | HQR691 0281 | 10 | | 8/22/2007 |
| | | HQR691 0282 | HQR691 0289 | 8 | | 8/22/2007 |
| | | HQR691 0290 | HQR691 0298 | 9 | | 8/22/2007 |
| | | HQR691 0299 | HQR691 0310 | 12 | | 8/22/2007 |
| | | HQR691 0311 | HQR691 0331 | 21 | | 8/22/2007 |
| | | HQR691 0332 | HQR691 0340 | 9 | | 8/22/2007 |
| | | HQR691 0341 | HQR691 0343 | 3 | | 8/22/2007 |
| Box 1 | HQR693 | HQR693 0017 | HQR693 0042 | 26 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 8, 25, 29, 32, 40 | 8/22/2007 |
| | | HQR693 0044 | HQR693 0153 | 110 | | 8/22/2007 |
| | | HQR693 0154 | HQR693 0154 | 1 | | 8/22/2007 |
| Box 1 | HQR694 | HQR694 0001 | HQR694 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 31, 32 | 8/22/2007 |
| Box 1 | HQR695 | HQR695 0001 | HQR695 0035 | 35 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 13, 19, 23, 24, 29, 32, 35, 41 | 8/22/2007 |
| | | HQR695 0040 | HQR695 0052 | 13 | | 8/22/2007 |
| | | HQR695 0097 | HQR695 0117 | 21 | | 8/22/2007 |
| | | HQR695 0118 | HQR695 0145 | 28 | | 8/22/2007 |
| | | HQR695 0146 | HQR695 0154 | 9 | | 8/22/2007 |
| | | HQR695 0155 | HQR695 0159 | 5 | | 8/22/2007 |
| | | HQR695 0160 | HQR695 0166 | 7 | | 8/22/2007 |
| | | HQR695 0167 | HQR695 0175 | 9 | | 8/22/2007 |
| | | HQR695 0176 | HQR695 0195 | 20 | | 8/22/2007 |
| | | HQR695 0196 | HQR695 0215 | 20 | | 8/22/2007 |
| | | HQR695 0216 | HQR695 0236 | 21 | | 8/22/2007 |
| | | HQR695 0237 | HQR695 0257 | 21 | | 8/22/2007 |
| | | HQR695 0258 | HQR695 0275 | 18 | | 8/22/2007 |
| | | HQR695 0276 | HQR695 0293 | 18 | | 8/22/2007 |
| | | HQR695 0294 | HQR695 0313 | 20 | | 8/22/2007 |
| | | HQR695 0314 | HQR695 0321 | 8 | | 8/22/2007 |
| | | HQR695 0380 | HQR695 0387 | 8 | | 8/22/2007 |
| | | HQR695 0388 | HQR695 0408 | 21 | | 8/22/2007 |
| | | HQR695 0409 | HQR695 0429 | 21 | | 8/22/2007 |
| Box 1 | HQR696 | HQR696 0001 | HQR696 0021 | 21 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 19, 23, 29, 32, 35, 36, 42 | 8/22/2007 |
| | | HQR696 0022 | HQR696 0040 | 19 | | 8/22/2007 |
| Box 1 | HQR697 | HQR697 0001 | HQR697 0011 | 11 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 16, 25, 29, 32, 33 | 8/22/2007 |
| | | HQR697 0012 | HQR697 0025 | 14 | | 8/22/2007 |
| | | HQR697 0026 | HQR697 0030 | 5 | | 8/22/2007 |
| | | HQR697 0052 | HQR697 0059 | 8 | | 8/22/2007 |
| | | HQR697 0060 | HQR697 0063 | 4 | | 8/22/2007 |
| | | HQR697 0064 | HQR697 0072 | 9 | | 8/22/2007 |
| | | HQR697 0073 | HQR697 0090 | 18 | | 8/22/2007 |
| | | HQR697 0091 | HQR697 0107 | 17 | | 8/22/2007 |
| | | HQR697 0108 | HQR697 0244 | 137 | | 8/22/2007 |
| | | HQR697 0245 | HQR697 0246 | 2 | | 8/22/2007 |

**U.S. Department of Justice**

Civil Division

PDK:JED:HDL:MESullivan
154-04-106

Telephone: (202) 307-0365
Facsimile: (202) 307-2503

*Washington, D.C. 20530*

August 22, 2007

BY HAND

Jerry Stouck
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

Re: *Dairyland Power Cooperative v. United States*, No. 04-106C (Fed. Cl.)

Dear Mr. Stouck:

As we continue to prepare a privilege log for documents that the Government has identified as containing privileged information, the Department of Energy ("DOE") has identified several additional documents that it originally tagged as created through a deliberative process, but over which it has now decided not to continue to maintain a formal deliberative process privilege assertion. Accordingly, we are producing to you now those documents over which DOE has withdrawn its privilege claims. In addition, we have been able to access some of the previously inaccessible electronic files that had been produced by DOE and are producing the documents that are not privileged to you today. We continue to work with the remaining inaccessible files and, to the extent we are able access additional files, we will produce any additional non-privileged documents as soon as practicable. The documents that we are providing to you today are identified on the attached logs.

Please feel free to contact us if you have any questions about these documents.

Sincerely,

MARIAN E. SULLIVAN
Senior Trial Counsel
National Courts Section
Commercial Litigation Branch

Attachments

Dairyland Released Documents
on 8/22/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | COF037 | COF037 0238 | COF037 0238 | 1 | N/A | 8/22/2007 |
| | | COF037 1074 | COF037 1074 | 1 | | 8/22/2007 |
| Box 1 | CTR482 | CTR482 1756 | CTR482 1779 | 24 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 24, 29, 31, 32, 33, 40 | 8/22/2007 |
| | | CTR482 1780 | CTR482 1781 | 2 | | 8/22/2007 |
| | | CTR482 1782 | CTR482 1785 | 4 | | 8/22/2007 |
| | | CTR482 1786 | CTR482 1787 | 2 | | 8/22/2007 |
| | | CTR482 1788 | CTR482 1805 | 18 | | 8/22/2007 |
| | | CTR482 1806 | CTR482 1820 | 15 | | 8/22/2007 |
| | | CTR482 1821 | CTR482 1828 | 8 | | 8/22/2007 |
| | | CTR482 1829 | CTR482 1856 | 28 | | 8/22/2007 |
| | | CTR482 1857 | CTR482 1859 | 3 | | 8/22/2007 |
| | | CTR482 1860 | CTR482 1873 | 14 | | 8/22/2007 |
| | | CTR482 1874 | CTR482 1917 | 44 | | 8/22/2007 |
| | | CTR482 1918 | CTR482 1918 | 1 | | 8/22/2007 |
| | | CTR482 1919 | CTR482 1924 | 6 | | 8/22/2007 |
| | | CTR482 1925 | CTR482 1951 | 27 | | 8/22/2007 |
| | | CTR482 1952 | CTR482 1978 | 27 | | 8/22/2007 |
| | | CTR482 1979 | CTR482 1981 | 3 | | 8/22/2007 |
| | | CTR482 1982 | CTR482 2043 | 62 | | 8/22/2007 |
| | | CTR482 2044 | CTR482 2048 | 5 | | 8/22/2007 |
| | | CTR482 2049 | CTR482 2052 | 4 | | 8/22/2007 |
| | | CTR482 2053 | CTR482 2055 | 3 | | 8/22/2007 |
| | | CTR482 2061 | CTR482 2081 | 21 | | 8/22/2007 |
| | | CTR482 2082 | CTR482 2094 | 13 | | 8/22/2007 |
| | | CTR482 2095 | CTR482 2109 | 15 | | 8/22/2007 |
| | | CTR482 2115 | CTR482 2232 | 118 | | 8/22/2007 |
| Box 1 | HQR441 | HQR441 0087 | HQR441 0089 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 35 & 42 | 8/22/2007 |
| | | HQR441 0090 | HQR441 0091 | 2 | | 8/22/2007 |
| | | HQR441 1725 | HQR441 1727 | 3 | | 8/22/2007 |
| Box 1 | HQR492 | HQR492 0012 | HQR492 0171 | 160 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 31, 32 | 8/22/2007 |
| | | HQR492 0172 | HQR492 0249 | 78 | | 8/22/2007 |
| | | HQR492 0250 | HQR492 0327 | 78 | | 8/22/2007 |
| | | HQR492 0347 | HQR492 0363 | 17 | | 8/22/2007 |
| | | HQR492 0379 | HQR492 0399 | 21 | | 8/22/2007 |
| | | HQR492 0994 | HQR492 0995 | 2 | | 8/22/2007 |
| | | HQR492 1006 | HQR492 1011 | 6 | | 8/22/2007 |
| | | HQR492 1246 | HQR492 1263 | 18 | | 8/22/2007 |
| | | HQR492 1854 | HQR492 1882 | 29 | | 8/22/2007 |
| | | HQR492 1921 | HQR492 1924 | 4 | | 8/22/2007 |
| | | HQR492 1925 | HQR492 1926 | 2 | | 8/22/2007 |
| | | HQR492 1943 | HQR492 1951 | 9 | | 8/22/2007 |
| | | HQR492 2038 | HQR492 2039 | 2 | | 8/22/2007 |
| | | HQR492 2040 | HQR492 2047 | 8 | | 8/22/2007 |
| | | HQR492 2081 | HQR492 2084 | 4 | | 8/22/2007 |
| | | HQR492 2085 | HQR492 2086 | 2 | | 8/22/2007 |
| | | HQR492 2092 | HQR492 2092 | 1 | | 8/22/2007 |
| | | HQR492 2093 | HQR492 2096 | 4 | | 8/22/2007 |
| | | HQR492 2097 | HQR492 2113 | 17 | | 8/22/2007 |
| | | HQR492 2114 | HQR492 2130 | 17 | | 8/22/2007 |
| | | HQR492 2131 | HQR492 2160 | 30 | | 8/22/2007 |
| | | HQR492 2161 | HQR492 2222 | 62 | | 8/22/2007 |
| Box 1 | HQR494 | HQR494 0128 | HQR494 0129 | 2 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 25, 29 30, 31, 32, | 8/22/2007 |
| | | HQR494 0130 | HQR494 0144 | 15 | | 8/22/2007 |
| | | HQR494 0145 | HQR494 0184 | 40 | | 8/22/2007 |
| | | HQR494 0185 | HQR494 0205 | 21 | | 8/22/2007 |
| | | HQR494 0206 | HQR494 0227 | 22 | | 8/22/2007 |
| | | HQR494 0228 | HQR494 0243 | 16 | | 8/22/2007 |
| | | HQR494 0262 | HQR494 0283 | 22 | | 8/22/2007 |
| | | HQR494 0292 | HQR494 0316 | 25 | | 8/22/2007 |
| | | HQR494 0357 | HQR494 0358 | 2 | | 8/22/2007 |

Dairyland Released Documents
on 8/22/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | HQR494 | HQR494 0359 | HQR494 0406 | 48 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 25, 29 30, 31, 32, | 8/22/2007 |
| | | HQR494 0407 | HQR494 0408 | 2 | | 8/22/2007 |
| | | HQR494 0419 | HQR494 0420 | 2 | | 8/22/2007 |
| | | HQR494 0437 | HQR494 0450 | 14 | | 8/22/2007 |
| | | HQR494 0871 | HQR494 0875 | 5 | | 8/22/2007 |
| | | HQR494 0876 | HQR494 0880 | 5 | | 8/22/2007 |
| | | HQR494 0881 | HQR494 0886 | 6 | | 8/22/2007 |
| | | HQR494 0890 | HQR494 0893 | 4 | | 8/22/2007 |
| | | HQR494 0894 | HQR494 0903 | 10 | | 8/22/2007 |
| | | HQR494 0904 | HQR494 0912 | 9 | | 8/22/2007 |
| | | HQR494 0913 | HQR494 0922 | 10 | | 8/22/2007 |
| | | HQR494 0923 | HQR494 0933 | 11 | | 8/22/2007 |
| | | HQR494 0934 | HQR494 0943 | 10 | | 8/22/2007 |
| | | HQR494 0944 | HQR494 0954 | 11 | | 8/22/2007 |
| | | HQR494 0965 | HQR494 0976 | 12 | | 8/22/2007 |
| | | HQR494 0977 | HQR494 0997 | 21 | | 8/22/2007 |
| | | HQR494 0998 | HQR494 1019 | 22 | | 8/22/2007 |
| | | HQR494 1020 | HQR494 1041 | 22 | | 8/22/2007 |
| | | HQR494 1042 | HQR494 1048 | 7 | | 8/22/2007 |
| | | HQR494 1049 | HQR494 1053 | 5 | | 8/22/2007 |
| | | HQR494 1054 | HQR494 1058 | 5 | | 8/22/2007 |
| | | HQR494 1059 | HQR494 1067 | 9 | | 8/22/2007 |
| Box 1 | HQR496 | HQR496 0191 | HQR496 0304 | 114 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29 & 32 | 8/22/2007 |
| | | HQR496 0735 | HQR496 0737 | 3 | | 8/22/2007 |
| | | HQR496 0876 | HQR496 0876 | 1 | | 8/22/2007 |
| | | HQR496 0877 | HQR496 0936 | 60 | | 8/22/2007 |
| | | HQR496 0985 | HQR496 1166 | 182 | | 8/22/2007 |
| | | HQR496 1167 | HQR496 1280 | 114 | | 8/22/2007 |
| | | HQR496 1291 | HQR496 1302 | 12 | | 8/22/2007 |
| | | HQR496 1318 | HQR496 1321 | 4 | | 8/22/2007 |
| | | HQR496 1322 | HQR496 1501 | 180 | | 8/22/2007 |
| | | HQR496 1502 | HQR496 1615 | 114 | | 8/22/2007 |
| | | HQR496 1616 | HQR496 1729 | 114 | | 8/22/2007 |
| Box 1 | HQR497 | HQR497 0861 | HQR497 0874 | 14 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 29, 32, AND 42 | 8/22/2007 |
| Box 1 | HQR505 | HQR505 0033 | HQR505 0049 | 17 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2 & 28 | 8/22/2007 |
| | | HQR505 0051 | HQR505 0051 | 1 | | 8/22/2007 |
| | | HQR505 0053 | HQR505 0054 | 2 | | 8/22/2007 |
| | | HQR505 0074 | HQR505 0074 | 1 | | 8/22/2007 |
| | | HQR505 0083 | HQR505 0086 | 4 | | 8/22/2007 |
| | | HQR505 0087 | HQR505 0088 | 2 | | 8/22/2007 |
| | | HQR505 0094 | HQR505 0094 | 1 | | 8/22/2007 |
| | | HQR505 0095 | HQR505 0095 | 1 | | 8/22/2007 |
| | | HQR505 0096 | HQR505 0099 | 4 | | 8/22/2007 |
| | | HQR505 0107 | HQR505 0109 | 3 | | 8/22/2007 |
| | | HQR505 0219 | HQR505 0224 | 6 | | 8/22/2007 |
| | | HQR505 0332 | HQR505 0351 | 20 | | 8/22/2007 |
| | | HQR505 0916 | HQR505 0922 | 7 | | 8/22/2007 |
| | | HQR505 0927 | HQR505 0943 | 17 | | 8/22/2007 |
| | | HQR505 0947 | HQR505 0949 | 3 | | 8/22/2007 |
| | | HQR505 0950 | HQR505 0957 | 8 | | 8/22/2007 |
| | | HQR505 0958 | HQR505 0960 | 3 | | 8/22/2007 |
| | | HQR505 0962 | HQR505 0962 | 1 | | 8/22/2007 |
| | | HQR505 1018 | HQR505 1019 | 2 | | 8/22/2007 |
| | | HQR505 1241 | HQR505 1242 | 2 | | 8/22/2007 |
| Box 1 | HQR516 | HQR516 0029 | HQR516 0042 | 14 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1 & 2 | 8/22/2007 |
| Box 1 | HQR578 | HQR578 0012 | HQR578 0014 | 3 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 32 | 8/22/2007 |
| | | HQR578 0015 | HQR578 0016 | 2 | | 8/22/2007 |
| | | HQR578 0017 | HQR578 0033 | 17 | | 8/22/2007 |

Dairyland Released Documents
on 8/22/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 1 | HQR581 | HQR581 0263 | HQR581 0272 | 10 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2 & 42 | 8/22/2007 |
| | | HQR581 0273 | HQR581 0281 | 9 | | 8/22/2007 |
| | | HQR581 0282 | HQR581 0292 | 11 | | 8/22/2007 |
| | | HQR581 0336 | HQR581 0348 | 13 | | 8/22/2007 |
| | | HQR581 0583 | HQR581 0586 | 4 | | 8/22/2007 |
| | | HQR581 0601 | HQR581 0604 | 4 | | 8/22/2007 |
| | | HQR581 0742 | HQR581 0742 | 1 | | 8/22/2007 |
| | | HQR581 0743 | HQR581 0818 | 76 | | 8/22/2007 |
| | | HQR581 0844 | HQR581 0849 | 6 | | 8/22/2007 |
| | | HQR581 0859 | HQR581 0862 | 4 | | 8/22/2007 |
| | | HQR581 0865 | HQR581 0865 | 1 | | 8/22/2007 |
| | | HQR581 0866 | HQR581 0867 | 2 | | 8/22/2007 |
| Box 2 | HQR584 | HQR584 0025 | HQR584 0025 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NO. 25 & 32 | 8/22/2007 |
| | | HQR584 0044 | HQR584 0063 | 20 | | 8/22/2007 |
| | | HQR584 0064 | HQR584 0065 | 2 | | 8/22/2007 |
| | | HQR584 0066 | HQR584 0101 | 36 | | 8/22/2007 |
| | | HQR584 0218 | HQR584 0218 | 1 | | 8/22/2007 |
| | | HQR584 0219 | HQR584 0230 | 12 | | 8/22/2007 |
| | | HQR584 0231 | HQR584 0242 | 12 | | 8/22/2007 |
| | | HQR584 0243 | HQR584 0254 | 12 | | 8/22/2007 |
| | | HQR584 0255 | HQR584 0263 | 9 | | 8/22/2007 |
| | | HQR584 0264 | HQR584 0266 | 3 | | 8/22/2007 |
| | | HQR584 0267 | HQR584 0269 | 3 | | 8/22/2007 |
| | | HQR584 0270 | HQR584 0271 | 2 | | 8/22/2007 |
| | | HQR584 0272 | HQR584 0284 | 13 | | 8/22/2007 |
| | | HQR584 0285 | HQR584 0286 | 2 | | 8/22/2007 |
| | | HQR584 0287 | HQR584 0299 | 13 | | 8/22/2007 |
| | | HQR584 0300 | HQR584 0318 | 19 | | 8/22/2007 |
| | | HQR584 0319 | HQR584 0336 | 18 | | 8/22/2007 |
| | | HQR584 0337 | HQR584 0352 | 16 | | 8/22/2007 |
| | | HQR584 0353 | HQR584 0370 | 18 | | 8/22/2007 |
| | | HQR584 0371 | HQR584 0394 | 24 | | 8/22/2007 |
| | | HQR584 0425 | HQR584 0426 | 2 | | 8/22/2007 |
| | | HQR584 0474 | HQR584 0475 | 2 | | 8/22/2007 |
| Box 2 | HQR585 | HQR585 0286 | HQR585 0295 | 10 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 2,24,42 | 8/22/2007 |
| | | HQR585 0436 | HQR585 0436 | 1 | | 8/22/2007 |
| | | HQR585 0437 | HQR585 0461 | 25 | | 8/22/2007 |
| | | HQR585 0504 | HQR585 0508 | 5 | | 8/22/2007 |
| Box 2 | HQR586 | HQR586 0006 | HQR586 0013 | 8 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 12, 24 | 8/22/2007 |
| Box 2 | HQR611 | HQR611 0001 | HQR611 0004 | 4 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 28, 3, 6, 12, 35, 4, 29, 31, 32, 38, 39, 40, 29, 52, 1, 25, 30, 2, 42 | 8/22/2007 |
| | | HQR611 0005 | HQR611 0019 | 15 | | 8/22/2007 |
| | | HQR611 0020 | HQR611 0023 | 4 | | 8/22/2007 |
| | | HQR611 0088 | HQR611 0088 | 1 | | 8/22/2007 |
| | | HQR611 0089 | HQR611 0090 | 2 | | 8/22/2007 |
| | | HQR611 0091 | HQR611 0092 | 2 | | 8/22/2007 |
| | | HQR611 0093 | HQR611 0094 | 2 | | 8/22/2007 |
| | | HQR611 0111 | HQR611 0111 | 1 | | 8/22/2007 |
| | | HQR611 0123 | HQR611 0123 | 1 | | 8/22/2007 |
| | | HQR611 0160 | HQR611 0171 | 12 | | 8/22/2007 |
| | | HQR611 0188 | HQR611 0194 | 7 | | 8/22/2007 |
| | | HQR611 0226 | HQR611 0228 | 3 | | 8/22/2007 |
| | | HQR611 0552 | HQR611 0554 | 3 | | 8/22/2007 |
| | | HQR611 0555 | HQR611 0555 | 1 | | 8/22/2007 |
| | | HQR611 0556 | HQR611 0556 | 1 | | 8/22/2007 |
| | | HQR611 0621 | HQR611 0638 | 18 | | 8/22/2007 |
| | | HQR611 0644 | HQR611 0655 | 12 | | 8/22/2007 |
| | | HQR611 0656 | HQR611 0661 | 6 | | 8/22/2007 |
| | | HQR611 0958 | HQR611 1014 | 57 | | 8/22/2007 |
| | | HQR611 1015 | HQR611 1035 | 21 | | 8/22/2007 |
| | | HQR611 1036 | HQR611 1037 | 2 | | 8/22/2007 |
| | | HQR611 1038 | HQR611 1057 | 20 | | 8/22/2007 |

Dairyland Released Documents
on 8/22/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | HQR611 | HQR611 1058 | HQR611 1073 | 16 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 28, 3, 6, 12, 35, 4, 29, 31, 32, 38, 39, 40, 29, 52, 1, 25, 30, 2, 42 | 8/22/2007 |
| | | HQR611 1092 | HQR611 1113 | 22 | | 8/22/2007 |
| | | HQR611 1114 | HQR611 1138 | 25 | | 8/22/2007 |
| | | HQR611 1149 | HQR611 1164 | 16 | | 8/22/2007 |
| | | HQR611 1165 | HQR611 1166 | 2 | | 8/22/2007 |
| | | HQR611 1167 | HQR611 1180 | 14 | | 8/22/2007 |
| | | HQR611 1207 | HQR611 1225 | 19 | | 8/22/2007 |
| | | HQR611 1230 | HQR611 1230 | 1 | | 8/22/2007 |
| | | HQR611 1231 | HQR611 1232 | 2 | | 8/22/2007 |
| | | HQR611 1233 | HQR611 1234 | 2 | | 8/22/2007 |
| | | HQR611 1236 | HQR611 1250 | 15 | | 8/22/2007 |
| | | HQR611 1251 | HQR611 1255 | 5 | | 8/22/2007 |
| | | HQR611 1256 | HQR611 1260 | 5 | | 8/22/2007 |
| | | HQR611 1261 | HQR611 1266 | 6 | | 8/22/2007 |
| | | HQR611 1267 | HQR611 1269 | 3 | | 8/22/2007 |
| | | HQR611 1270 | HQR611 1273 | 4 | | 8/22/2007 |
| | | HQR611 1274 | HQR611 1283 | 10 | | 8/22/2007 |
| | | HQR611 1284 | HQR611 1292 | 9 | | 8/22/2007 |
| | | HQR611 1293 | HQR611 1302 | 10 | | 8/22/2007 |
| | | HQR611 1303 | HQR611 1313 | 11 | | 8/22/2007 |
| | | HQR611 1314 | HQR611 1323 | 10 | | 8/22/2007 |
| | | HQR611 1324 | HQR611 1334 | 11 | | 8/22/2007 |
| | | HQR611 1335 | HQR611 1344 | 10 | | 8/22/2007 |
| | | HQR611 1345 | HQR611 1356 | 12 | | 8/22/2007 |
| | | HQR611 1357 | HQR611 1377 | 21 | | 8/22/2007 |
| | | HQR611 1378 | HQR611 1399 | 22 | | 8/22/2007 |
| | | HQR611 1400 | HQR611 1421 | 22 | | 8/22/2007 |
| | | HQR611 1422 | HQR611 1428 | 7 | | 8/22/2007 |
| | | HQR611 1429 | HQR611 1433 | 5 | | 8/22/2007 |
| | | HQR611 1434 | HQR611 1438 | 5 | | 8/22/2007 |
| | | HQR611 1439 | HQR611 1447 | 9 | | 8/22/2007 |
| | | HQR611 1448 | HQR611 1450 | 3 | | 8/22/2007 |
| | | HQR611 1478 | HQR611 1483 | 6 | | 8/22/2007 |
| | | HQR611 1491 | HQR611 1509 | 19 | | 8/22/2007 |
| | | HQR611 1510 | HQR611 1513 | 4 | | 8/22/2007 |
| | | HQR611 1514 | HQR611 1516 | 3 | | 8/22/2007 |
| | | HQR611 1517 | HQR611 1520 | 4 | | 8/22/2007 |
| | | HQR611 1521 | HQR611 1534 | 14 | | 8/22/2007 |
| | | HQR611 1535 | HQR611 1538 | 4 | | 8/22/2007 |
| | | HQR611 1554 | HQR611 1557 | 4 | | 8/22/2007 |
| | | HQR611 1558 | HQR611 1561 | 4 | | 8/22/2007 |
| | | HQR611 1562 | HQR611 1565 | 4 | | 8/22/2007 |
| | | HQR611 1693 | HQR611 1716 | 24 | | 8/22/2007 |
| | | HQR611 1764 | HQR611 1787 | 24 | | 8/22/2007 |
| | | HQR611 1839 | HQR611 1845 | 7 | | 8/22/2007 |
| | | HQR611 1851 | HQR611 1868 | 18 | | 8/22/2007 |
| | | HQR611 1869 | HQR611 1878 | 10 | | 8/22/2007 |
| | | HQR611 1900 | HQR611 1917 | 18 | | 8/22/2007 |
| | | HQR611 1918 | HQR611 1921 | 4 | | 8/22/2007 |
| | | HQR611 1951 | HQR611 1966 | 16 | | 8/22/2007 |
| | | HQR611 1967 | HQR611 1971 | 5 | | 8/22/2007 |
| | | HQR611 2006 | HQR611 2019 | 14 | | 8/22/2007 |
| | | HQR611 2020 | HQR611 2023 | 4 | | 8/22/2007 |
| | | HQR611 2059 | HQR611 2060 | 2 | | 8/22/2007 |
| | | HQR611 2061 | HQR611 2064 | 4 | | 8/22/2007 |
| | | HQR611 2067 | HQR611 2068 | 2 | | 8/22/2007 |
| | | HQR611 2069 | HQR611 2144 | 76 | | 8/22/2007 |

Dairyland Released Documents
on 8/22/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | HQR612 | HQR612 0001 | HQR612 0026 | 26 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 3, 4, 5, 6, 17, 25, 26, 29, 31, 32, 33, 38, 39 | 8/22/2007 |
| | | HQR612 0027 | HQR612 0058 | 32 | | 8/22/2007 |
| | | HQR612 0059 | HQR612 0073 | 15 | | 8/22/2007 |
| | | HQR612 0074 | HQR612 0081 | 8 | | 8/22/2007 |
| | | HQR612 0082 | HQR612 0097 | 16 | | 8/22/2007 |
| | | HQR612 0098 | HQR612 0128 | 31 | | 8/22/2007 |
| | | HQR612 0135 | HQR612 0148 | 14 | | 8/22/2007 |
| | | HQR612 0247 | HQR612 0248 | 2 | | 8/22/2007 |
| | | HQR612 0606 | HQR612 0607 | 2 | | 8/22/2007 |
| | | HQR612 0612 | HQR612 0615 | 4 | | 8/22/2007 |
| | | HQR612 0616 | HQR612 0619 | 4 | | 8/22/2007 |
| | | HQR612 0620 | HQR612 0623 | 4 | | 8/22/2007 |
| | | HQR612 0624 | HQR612 0627 | 4 | | 8/22/2007 |
| | | HQR612 0636 | HQR612 0638 | 3 | | 8/22/2007 |
| | | HQR612 0639 | HQR612 0641 | 3 | | 8/22/2007 |
| | | HQR612 0642 | HQR612 0651 | 10 | | 8/22/2007 |
| | | HQR612 0724 | HQR612 0744 | 21 | | 8/22/2007 |
| | | HQR612 1271 | HQR612 1275 | 5 | | 8/22/2007 |
| | | HQR612 1276 | HQR612 1278 | 3 | | 8/22/2007 |
| | | HQR612 1279 | HQR612 1280 | 2 | | 8/22/2007 |
| | | HQR612 1283 | HQR612 1284 | 2 | | 8/22/2007 |
| | | HQR612 1285 | HQR612 1286 | 2 | | 8/22/2007 |
| | | HQR612 1287 | HQR612 1289 | 3 | | 8/22/2007 |
| | | HQR612 1302 | HQR612 1363 | 62 | | 8/22/2007 |
| | | HQR612 1364 | HQR612 1377 | 14 | | 8/22/2007 |
| | | HQR612 1378 | HQR612 1381 | 4 | | 8/22/2007 |
| Box 2 | HQR613 | HQR613 0735 | HQR613 0789 | 55 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 31, 32 | 8/22/2007 |
| | | HQR613 0790 | HQR613 0793 | 4 | | 8/22/2007 |
| | | HQR613 0794 | HQR613 0795 | 2 | | 8/22/2007 |
| | | HQR613 0796 | HQR613 0800 | 5 | | 8/22/2007 |
| | | HQR613 0801 | HQR613 0801 | 1 | | 8/22/2007 |
| | | HQR613 0802 | HQR613 0805 | 4 | | 8/22/2007 |
| | | HQR613 0806 | HQR613 0822 | 17 | | 8/22/2007 |
| | | HQR613 0823 | HQR613 0839 | 17 | | 8/22/2007 |
| | | HQR613 0850 | HQR613 0857 | 8 | | 8/22/2007 |
| | | HQR613 0858 | HQR613 0859 | 2 | | 8/22/2007 |
| | | HQR613 0868 | HQR613 0875 | 8 | | 8/22/2007 |
| | | HQR613 0935 | HQR613 0952 | 18 | | 8/22/2007 |
| | | HQR613 0985 | HQR613 1032 | 48 | | 8/22/2007 |
| | | HQR613 1046 | HQR613 1063 | 18 | | 8/22/2007 |
| | | HQR613 1064 | HQR613 1079 | 16 | | 8/22/2007 |
| | | HQR613 1080 | HQR613 1096 | 17 | | 8/22/2007 |
| | | HQR613 1097 | HQR613 1246 | 150 | | 8/22/2007 |
| | | HQR613 1247 | HQR613 1258 | 12 | | 8/22/2007 |
| | | HQR613 1259 | HQR613 1270 | 12 | | 8/22/2007 |
| | | HQR613 1271 | HQR613 1282 | 12 | | 8/22/2007 |
| | | HQR613 1283 | HQR613 1291 | 9 | | 8/22/2007 |
| | | HQR613 1292 | HQR613 1295 | 4 | | 8/22/2007 |
| | | HQR613 1296 | HQR613 1301 | 6 | | 8/22/2007 |
| | | HQR613 1302 | HQR613 1303 | 2 | | 8/22/2007 |
| | | HQR613 1334 | HQR613 1340 | 7 | | 8/22/2007 |
| | | HQR613 1341 | HQR613 1341 | 1 | | 8/22/2007 |
| | | HQR613 1348 | HQR613 1349 | 2 | | 8/22/2007 |
| | | HQR613 1351 | HQR613 1351 | 1 | | 8/22/2007 |
| | | HQR613 1390 | HQR613 1391 | 2 | | 8/22/2007 |

Dairyland Released Documents
on 8/22/2007

| Box Number | Containers | BATES START | BATES END | Page Count | Responsive to | Date Shipped |
|---|---|---|---|---|---|---|
| Box 2 | HQR613 | HQR613 1405 | HQR613 1419 | 15 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 25, 29, 31, 32 | 8/22/2007 |
| | | HQR613 1420 | HQR613 1434 | 15 | | 8/22/2007 |
| | | HQR613 1435 | HQR613 1449 | 15 | | 8/22/2007 |
| | | HQR613 1450 | HQR613 1467 | 18 | | 8/22/2007 |
| | | HQR613 1468 | HQR613 1483 | 16 | | 8/22/2007 |
| | | HQR613 1484 | HQR613 1484 | 1 | | 8/22/2007 |
| | | HQR613 1485 | HQR613 1544 | 60 | | 8/22/2007 |
| | | HQR613 1545 | HQR613 1548 | 4 | | 8/22/2007 |
| | | HQR613 1549 | HQR613 1728 | 180 | | 8/22/2007 |
| | | HQR613 1729 | HQR613 1842 | 114 | | 8/22/2007 |
| | | HQR613 1843 | HQR613 1956 | 114 | | 8/22/2007 |
| Box 2 | HQR680 | HQR680 0001 | HQR680 0001 | 1 | RESPONSIVE TO DAIRYLAND REQUEST NO. 42 | 8/22/2007 |
| Box 2 | NVR006 | NVR006 0218 | NVR006 0224 | 7 | RESPONSIVE TO DAIRYLAND REQUEST NOS. 1, 2, 42 | 8/22/2007 |

# EXHIBIT 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Docket No.: 04-106C |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Courtroom 4, Room 501
National Courts Building
717 Madison Place NW
Washington, D.C.

Tuesday,
August 7, 2007

The parties met, pursuant to the notice of the Judge, at 9:58 a.m.

BEFORE: HONORABLE EDWARD J. DAMICH
Chief Judge

APPEARANCES:

For the Plaintiff:

ROBERT L. SHAPIRO, Esquire
KEVIN E. STERN, Esquire
JERRY STOUCK, Esquire
PATRICK TOFILON, Esquire
TODD W. MONROE, Esquire
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
(202) 331-3174

THE COURT: Mr. Lo Re?

MR. LO RE: Your Honor, I am not familiar with the law in that area with respect to whether or not there is a waiver. But I will say first as a practical matter, we are on the phone right now with the Department of Energy trying to nail down an actual date for when we can have the deliberative process memo completed.

And again, I would like to go back and give you a little history here, that the government's position typically is that we assert the deliberative process and that we do not need to do a memorandum at the time of the assertion.

However, in the PG&E litigation, which we litigated with these same attorneys, they took the position that we needed to do our declaration at the time of the assertion. And frankly, that's the reason that it takes so long. The fact that these documents have been marked as deliberative process, that's just the beginning of the story. What we're doing now, as I described earlier, is we're going through and making sure. There are some that may very well come off the list.

THE COURT: What Mr. Shapiro, though, mentioned I think is correct, that the Court's

judgment when there is an assertion of deliberative process privilege, part of the test the Court has to go through is kind of a balancing. You would have to know what the documents are over which the privilege is asserted rather than to sort of abstractly argue whether or not deliberative process applies sort of in this case to these kinds of documents.

MR. LO RE: Oh, I'm sorry. No, maybe I wasn't clear, Your Honor. What I mean is that we could provide a list of documents, Document X, Y, Z, we are asserting deliberative process over.

But the tail that wags this dog, if you will, Your Honor, is taking all of the host documents, putting them into paragraph form, as we did in the PG&E case with Mr. Milner's declaration, and then going with particularity what the document is, a description of the document, how it relates to a predecisional meeting and how there would be a prejudice to the agency if those documents were reviewed.

That's what takes the time, the fact that it is deliberative process. We can with particularity provide a list, but it's not a list with the long declaration from the agency representative. And that's frankly what we proposed to do in PG&E. The

plaintiffs didn't like that, and Judge Hewitt agreed and said, no, the declaration has to be made at the time of the assertion. And that's what's taking the time here.

THE COURT: Well, you sort of passed over the point about that there has to be a deadline, and normally I would think that the close of fact discovery is when these kind of privileges, the log should be completed, the privilege asserted, so then the disputes can be teased out and the Court can make a decision before of course we go to trial. The difficulty here is is that the fact discovery deadline seems to have become somewhat meaningless.

MR. LO RE: I apologize if I didn't answer your question, Your Honor. From our perspective, we did not understand, and for that, we apologize to the Court. We did not understand that the close of discovery was the deadline for our assertion of privilege.

THE COURT: That's your experience, or I may be wrong?

MR. LO RE: In my experience, that is not the case, Your Honor. There are instances when we do assert the privilege after discovery has closed. Now obviously we do that with the understanding that there