# In the United States Court of Federal Claims

No. 04-106 C
(Filed: August 28, 2007)

| | |
|---|---|
| **DAIRYLAND POWER COOPERATIVE,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On August 1, 2007, Defendant filed an unopposed motion for leave to file, under seal, a motion for partial summary judgment. The Court granted Defendant's motion on August 6 and ordered the motion to be filed. In the meantime, in light of the deadline for filing dispositive motions, Defendant also submitted its motion in paper on the due date of August 3, 2007. It has since come to the Court's attention that the motion was never filed electronically. The Clerk of the Court did not officially docket the paper copy of the motion because the case has been designated as ECF (electronic case filing) only.

The Court therefore ORDERS Defendant to file its motion electronically under seal on or before August 29, 2007. The Clerk of the Court is directed to docket the motion as filed *nunc pro tunc* on August 3, 2007. Plaintiff's response shall be filed on or before September 12, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge