IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed electronically on August 29, 2007

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-106C<br><br>(Chief Judge Damich) |

DAIRYLAND'S UNOPPOSED MOTION FOR LEAVE TO FILE
REPLY TO GOVERNMENT RESPONSE TO DAIRYLAND FILINGS
REGARDING GOVERNMENT'S FAILURE TO SERVE PRIVILEGE LOG

Dairyland respectfully seeks leave to file a reply to the government's response to Dairyland's recent filings regarding the government's failure to serve a privilege log. The government makes factual assertions for the first time in its response to which Dairyland should have an opportunity to respond. In particular, the government states for the first time that it has been withholding 10,000 documents . *See* Govt. Resp. at 8. The government also states for the first time that it anticipates being able to serve a privilege log by September 17, 2007. *Id.* at 9. Further, the government makes allegations regarding Dairyland's assertions of privilege, *id.* at 7, n.3, that are both newly made and unfair. In addition, Dairyland would like to apprise the Court of yet further additional developments regarding this issue so that the Court may have available to it as complete picture of the current situation as possible. Dairyland has consulted with the government regarding this motion, and the government's counsel stated that the government does not oppose this motion.

For the foregoing reasons, Dairyland should have leave to file the attached reply.

Respectfully submitted,

Dated: August 29, 2007

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

*WDC 371461419v1 8/13/2007*