IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed electronically on September 10, 2007

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | No. 04-106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Dairyland moves pursuant to RCFC 6(b)(1) and 6.1 for a nine-day enlargement of time through September 21, 2007 in which to respond to the government's motion for summary judgment regarding Dairyland's claim for costs related to Private Fuel Storage. Although the time for Dairyland's response has not previously been enlarged, the Court's order of August 28, 2007 directing the filing of the government's motion set September 12 as the due date for Dairyland's response (at Dairyland's request), a date eight days later than would have been the due date had the government's summary judgment motion been filed on August 3 when it filed its motion for leave to file under seal. Dairyland's counsel has discussed this motion with the government's counsel and has determined that the government does not oppose this enlargement.

Dairyland needs this additional time so that its counsel has sufficient to consult with the appropriate officials at Dairyland regarding the factual representations made in Dairyland's response and to complete declarations from the appropriate Dairyland officials. Dairyland's counsel had hoped to complete the response before the Jewish

holiday on September 13-14, when he will be out of the office, but he was unable to do so. Further, this enlargement should not delay other progress in the case, as the government's motion addresses a discrete issue.

For the foregoing reasons, Dairyland should have an enlargement of time through September 21, 2007 in which to respond to the government's motion for summary judgment.

Respectfully submitted,

Dated: September 10, 2007

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP