# In the United States Court of Federal Claims

No. 04-106 C
(Filed: September 13, 2007)

****************************************
**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

A status conference concerning the pending dispositive motions and the discovery schedule in this case shall be held in Courtroom 4 of the U.S. Court of Federal Claims at 10:00 a.m., Thursday, September 20, 2007. A court reporter shall be present.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge