# In the United States Court of Federal Claims

No. 04-106 C
(Filed: September 17, 2007)

*************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

The status conference initially scheduled for 10:00 a.m. on Thursday, September 20, 2007, has been rescheduled to 9:00 a.m. on the same day.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge