IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 04-106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT PROPOSAL REGARDING TRIAL PREPARATION SCHEDULE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a two-day enlargement of time, through Wednesday, October 3, 2007, to file the parties' joint proposal for a modified trial preparation schedule in this matter, including the parties' position on whether postponement of the existing trial date is necessary. As the Court is aware, the parties have been working cooperatively toward finalizing for the Court's consideration a joint submission relating to trial and trial preparation deadlines. The parties' joint filing is currently due on October 1, 2007. Defendant has not previously sought an enlargement of time for this purpose. Counsel for plaintiff, Robert L. Shapiro, has represented that Dairyland Power Cooperative ("Dairyland") does not oppose this request.

A brief enlargement of time is necessary because key members of the Government's Dairyland trial team, including its counsel of record, have been heavily engaged with responsibilities at trial in another spent nuclear fuel case, Wisconsin Electric Power Co. v. United States, No. 00-697C (Fed. Cl.) (Merow, S.J.), and in briefing to the Federal Circuit Court of Appeals in additional spent fuel cases. As a result of the parties' discussions on this issue,

plaintiff's counsel has presented the Government with a draft joint proposal for modifying the trial preparation schedule in this case. However, counsel for the Government's involvement in the above pressing trial and appellate matters has limited the Government's ability to study and respond to Dairyland's draft joint proposal. However, we anticipate being able to address this matter and, in cooperation with counsel for plaintiff, to accomplish the parties' joint filing within the next two days.

To ensure that the parties are able to craft a mutually acceptable scheduling proposal for consideration by the Court, we respectfully request that the Court grant this unopposed request for a two-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Scott Slater
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

October 1, 2007

CERTIFICATE OF FILING

I hereby certify that on this 1st day of October 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT PROPOSAL REGARDING TRIAL PREPARATION SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott Slater