IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed: October 1, 2007

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | No. 04-0106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT REGARDING DAIRYLAND'S MOTION FOR SANCTIONS

Pursuant to the Court's Order of September 21, 2007, the parties have conferred in attempt to find some "middle ground" regarding Dairyland's motion to compel and for sanctions regarding the manner of the government's production of documents. The parties worked diligently in an effort to determine whether the government could offer Dairyland some additional information that would assist Dairyland's review of this prior production of documents. Unfortunately, the parties could not identify any such information. The government offered to provide Dairyland with bibliographic and OCR data covering this production, but Dairyland already has such data. Thus, the parties were not able to resolve Dairyland's motion.

The parties set forth below their separate positions on this issue.

Dairyland's Additional Statement Modifying Request for Relief In Its Motion

In light of Dairyland's discussions with the government's counsel and the passage of time, Dairyland has reassessed the relief it has requested concerning its motion. Dairyland has previously requested both monetary sanctions and an order directing the government to comply with its RCFC 34 obligations and this Court's February 5, 2007 Order to identify with

appropriate particularity the Dairyland document requests to which the government's previously produced documents are responsive. It is apparent that the government's only means of complying with RCFC 34 and the February 5, 2007 Order would require a document-by-document review, which would take an excessive amount of time at this juncture. Moreover, Dairyland has less need for this information now because it has already incurred the cost of an increased effort by its counsel to review the government's production in its current unwieldy format. Accordingly, Dairyland would like to limit its request to relief to monetary sanctions. Such sanctions should include Dairyland's costs of bringing its motion to compel compliance with RCFC 34 and its motion to compel compliance with the Court's February 5, 2007 Order,[1] as well as a reasonable amount to cover Dairyland's additional costs of having its counsel working with the government's unwieldy document production.

Government's Additional Statement Opposing Dairyland's Modified Request for Relief

As we have explained in our response to Dairyland's motion for sanctions, the Government fully complied with RCFC 34, particularly given that the Government's identification of documents in response to Dairyland's production requests far exceeds Dairyland's effort to identify its documents for the Government. Further, as set forth in the Government's briefing on this issue, the Government complied with the Court's order of February 5, 2007, by providing to Dairyland additional identifying information regarding these documents. As plaintiff acknowledges, to reach an accord on this issue, the Government offered to undertake further efforts to identify responsive documents by OCR-searching its production, exceeding its responsibility under RCFC 34 and the Court's February 5, 2007 order. That Dairyland may have already engaged in a similar OCR effort to identify documents on its own

[1] Dairyland will promptly provide the Court with documentation of these costs if the Court is inclined to proceed in this manner.

can hardly be taxed against the Government, especially since Dairyland is prosecuting this action. For these reasons, Dairyland's request for sanctions of any type should be denied.

Respectfully submitted,

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

October 1, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis by s/Jerry Stouck
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503
*Counsel for Defendant*