IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Filed electronically on October 1, 2007

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| Plaintiff, | ) | No. 04-106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S RESPONSE TO THE
GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME TO
SUBMIT JOINT PROPOSAL REGARDING TRIAL PREPARATION SCHEDULE

The government requests that the parties have two additional days in which to submit their joint proposal regarding the trial preparation schedule. Dairyland concurs with this request. As represented by Dairyland's counsel at the September 20, 2007 status conference, the parties remain in agreement on a pretrial schedule that would maintain the January 28, 2008 trial date. Particularly in light of the Court's expressed skepticism regarding such a schedule, however, it is appropriate for the parties to submit a brief explanation of the basis for their proposal. Dairyland's counsel has drafted a joint motion from the parties with such explanatory language, but as noted in the government's motion for an enlargement, the demands of the *WEPCO* trial have greatly apparently prevented the key government attorneys from having sufficient opportunity to comment on that draft.

Respectfully submitted,

Dated: October 1, 2007

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:

Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

*WDC 371461419v1 8/13/2007*