IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAIRYLAND POWER COOPERATIVE,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-106C
(Chief Judge Damich)

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY TO DAIRYLAND'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT REGARDING PRIVATE FUEL STORAGE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, to and including Tuesday, October 23, 2007, to file its reply to Dairyland Power Cooperative's ("Dairyland") "Opposition to the Government's Motion for Summary Judgment Regarding Private Fuel Storage," filed September 21, 2007. The Government's reply is presently due on October 9, 2007. Defendant has not previously sought an enlargement of time for this purpose. Counsel for plaintiff, Robert L. Shapiro, has represented that Dairyland does not oppose this request.

Counsel for the Government's involvement in numerous active spent nuclear fuel cases has impeded defendant's ability to prepare a reply to Dairyland's opposition brief. Defendant's counsel of record, and other attorneys on the Government's Dairyland trial team, have been engaged at trial in Wisconsin Electric Power Co. v. United States, No. 00-697C (Merow, S.J.), now in its fourth week. In addition, counsel for the Government have been heavily occupied by the drafting and development of the Government's post-trial brief in Boston Edison Co. v.

United States, No. 99-447C (Lettow, J.), currently due October 10th, 2007, and in preparing the Government's reply and response to the plaintiff-appellant's initial brief in Sacramento Municipal Utility District v. United States, Nos. 2007-5052, -5097 (Fed. Cir.), currently due tomorrow, October 5th, 2007.

In addition, counsel for plaintiff has filed a "Notice of New Authority" in this matter. This notice addresses the Court's recent opinion in Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.), issued September 26, 2007. Rather than responding separately to plaintiff's notice, we submit that it would be more efficient for the Government to incorporate into its pending reply any necessary rebuttal of plaintiff's interpretation of Northern States Power, as well as our own comments regarding this new authority. To do so further necessitates the enlargement requested herein.

To afford the Government sufficient time to prepare an adequate reply brief, the Government respectfully requests that the Court grant this unopposed request for a 14-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Russell A. Shultis by s/Scott Slater
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

October 5, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 5th day of October 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY TO DAIRYLAND'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT REGARDING PRIVATE FUEL STORAGE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater