# In the United States Court of Federal Claims

No. 04-106 C
(Filed: October 17, 2007)

*************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

A telephonic, audio-recorded status conference will be held at 11:30 a.m, Wednesday, October 17, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge