IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, Plaintiff, | ) | |
| v. | ) | No. 04-0106C (Chief Judge Damich) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S RESPONSE TO THE COURT'S OCTOBER 17, 2007 REQUEST REGARDING WAIVER OF THE TIME PROVIDED UNDER RCFC 53 FOR SUBMITTING OBJECTIONS TO THE REPORT OF A SPECIAL MASTER

Pursuant to the Court's order dated October 18, 2007, defendant, the United States, respectfully responds to the Court's request during the status conference on October 17, 2007, that the Government consider waiving the time allowed by RCFC 53(g) for reviewing and submitting any objections to the report of any special master that might be appointed in this case.

As an initial matter, the United States must reiterate its objections to the appointment of a special master in this individual case, which we outlined in the parties' joint filing with the Court on October 22, 2007. We continue to object to the appointment of a special master in this instance, for the purposes of reviewing discovery motions that the plaintiff filed in this case. The delegation to a private individual of these motions, which should not be burdensome to resolve, is particularly inappropriate given that they may raise sensitive issues concerning Presidential privilege and the interpretation of a recent Supreme Court decision, Cheney v. United States District Court for the District of Columbia, 542 U.S. 367, 382 (2004).

Without waiving these objections, defendant states that, after considering the time requirements associated with objections to the report of a special master in RCFC 53 and the possibility that intra-governmental discussions may be necessary, we cannot at this time agree to

reduce the amount of time available to review and object to any recommendations by the special master. RCFC 53(g) only provides the Government with 20 days after the issuance of a special master's report to file its objections. In light of the fact that the plaintiff's pending motions to compel involve more than 325 remaining privilege challenges, the 20-day period to object to all of the recommendations in the special master's report upon them seems likely to be inadequate, not too extensive.

Nevertheless, at the present time, prior to the appointment of the special master or issuance of the special master's report, we cannot estimate the amount of time and effort that will be required to review any recommendations contained in any such future report. We also do not know, at this time, the scope of any report or the level of detail that will be included in any such report or the level of staffing that we will have available when the report is issued to dedicate to our review and consideration of that report.

It is possible that, upon review of such a report, we may be able to expedite our review and the development of any objections. However, with our present level of knowledge regarding the report, we simply are not in a position to agree to reduce the time allotted to our time to review and submit objections to the special master's report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

s/Russell Shultis by s/Harold D. Lester, Jr.
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

October 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of October 2007, a copy of foregoing "DEFENDANT'S RESPONSE TO THE COURT'S OCTOBER 17, 2007 REQUEST REGARDING A WAIVER OF THE TIME PROVIDED UNDER RCFC 53 FOR SUBMITTING OBJECTIONS TO THE REPORT OF A SPECIAL MASTER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.