# In the United States Court of Federal Claims

No. 04-106 C
(Filed: October 19, 2007)

*************************************
**DAIRYLAND POWER COOPERATIVE**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.
*************************************

## ORDER

A telephonic, audio-recorded status conference will be held at 2:00 p.m, Monday, October 22, 2007. The parties shall contact chambers at (202) 357-6483 by no later than 1:00 p.m. on that day to advise of the phone numbers at which counsel can be reached and the names of those who will participate in the discussion.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge