IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAIRYLAND POWER COOPERATIVE,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-106C
(Chief Judge Damich)

DEFENDANT'S SECOND UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO FILE REPLY TO
PLAINTIFF'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT REGARDING PRIVATE FUEL STORAGE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a six-day enlargement of time, to and including Monday, October 29, 2007, to file its reply to the "Opposition to the Government's Motion for Summary Judgment Regarding Private Fuel Storage" that the plaintiff, Dairyland Power Cooperative ("Dairyland"), filed on September 21, 2007. The Government's reply is presently due on October 23, 2007. On October 5, 2007, defendant previously requested a 14-day enlargement of time for this purpose, which the Court granted. Counsel for plaintiff, Robert L. Shapiro, has represented that Dairyland does not oppose this request.

As the Court is aware, the Government is currently devoting significant time responding to Dairyland's motions to compel. Specifically, we are preparing our response to Dairyland's motion to compel documents withheld on the basis of attorney-client privilege and the attorney work product doctrine, which is due on October 22, 2007, as well as our response to Dairyland's

motion to compel documents withheld on the grounds of the deliberative process privilege, which is currently due on October 29, 2007. In addition, the Government is preparing a response to Dairyland's motion to compel documents withheld on the basis of the presidential communications privilege, which is currently due on October 24, 2007.

Furthermore, counsel for the Government's involvement in numerous active spent nuclear fuel cases has impeded defendant's ability to prepare a reply to Dairyland's opposition brief. Defendant's counsel of record, and other attorneys on the Government's trial team for the Dairyland case, have been engaged at trial in Wisconsin Electric Power Co. v. United States, No. 00-697C (Merow, S.J.), which concluded on October 16, 2007. Further, counsel for the Government have been preparing for the upcoming 11-day trial in Carolina Power & Light Co. v. United States, No. 04-037 (Wheeler, J.), which is scheduled to commence on November 5, 2007. In addition, counsel for the Government have been heavily occupied by the drafting and development of the Government's post-trial brief in Boston Edison Co. v. United States, No. 99-447C (Lettow, J.), filed on October 10, 2007, and in preparing the Government's reply and response to the plaintiff-appellant's initial brief in Sacramento Municipal Utility District v. United States, Nos. 2007-5052, -5097 (Fed. Cir.), filed on October 15, 2007. Counsel for the Government have also been engaged in depositions and other discovery-related matters in Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States, No. 04-0083C (Bruggink, J.), and Dominion Resources, Inc. and Virginia Electric and Power Co. v. United States, No. 04-0084C (same).

Accordingly, for the above reasons, to afford the Government sufficient time to prepare an adequate reply brief, the Government respectfully requests that the Court grant this unopposed request for a six-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Joshua E. Gardner
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

October 19, 2007