# In the United States Court of Federal Claims

No. 04-106 C
(Filed: October 22, 2007)

*************************************
**DAIRYLAND POWER COOPERATIVE**,

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.
*************************************

**ORDER**

Pursuant to the discussion in this afternoon's status conference, trial in this case will now begin at **10:00 a.m.** on **Monday, March 24, 2007**. As a result, the close of discovery in this case will now occur on **Tuesday, January 15, 2008**.

The parties are ordered to file, on or before October 29, 2007, a revised proposal for a pretrial schedule. In the proposal, the parties shall not propose decreasing the amount of time the Court has reserved to itself for its own actions.

On the date the proposed pre-trial schedule is due, the parties shall also indicate the cut-off date for damages claimed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge