IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of one day, to and including October 23, 2007, within which to file its response to the portion of plaintiff's October 5, 2007 motion to compel that relates to the attorney-client privilege and the work product doctrine ("AC/AW"). Defendant's response is currently due on October 22, 2007. Defendant previously requested an enlargement of this due date as it related to both the plaintiff's challenges to the Government's AC/AW privilege claims and its deliberative process privilege claims; by order dated October 18, 2007, the Court denied our motion as it related to the AC/AW claims but granted us until Monday, October 29, 2007, to file our response on the deliberative process claims. Counsel for plaintiff, Robert L. Shapiro, has represented that plaintiff, Dairyland Power Cooperative ("Dairyland"), does not oppose this motion.

Attorneys have worked over the weekend to comply with the Court's order that we file our response to Dairyland's challenge to the Government's AC/AW privilege claims by today. However, in addition to the time involved in participating in hearings before the Court in this case during the past few days, which reduced the amount of time that we had available to prepare our briefing here, one of the attorneys most familiar with some of the documents at issue

suffered a death in his family over the weekend, which has complicated our ability to complete all of the activities in which we are currently engaged, including the briefing here. In our response brief here, we have to address Dairyland's AC/AW challenges to more than 170 documents, which is taking significant time and effort. We are working to complete the briefing, but need an additional day to complete the response brief at issue here.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time of one day.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by Harold D. Lester, Jr.
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
SONIA M. ORFIELD
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

October 22, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of October 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.