IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO DAIRYLAND'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT REGARDING PRIVATE FUEL STORAGE UNDER SEAL

Pursuant to the Protective Order entered by the Court in the above-captioned case on August 17, 2006 ("Protective Order"), defendant, the United States, respectfully requests leave of the Court to file under seal the Government's reply to the "Opposition To The Government's Motion for Summary Judgment Regarding Private Fuel Storage" that the plaintiff, Dairyland Power Cooperative ("Dairyland"), filed on September 21, 2007. Counsel for Dairyland has represented that plaintiff has no objection to this motion.

The Government's reply brief is currently due on October 29, 2007. We anticipate that our reply will refer to documents that have been identified as confidential material in accordance with paragraph 1 of the Protective Order. Defendant intends to include discussions and quotations from those materials in the text of its reply and the accompanying appendix.

Therefore, pursuant to paragraph 8 of the Protective Order, we respectfully request that the Court enter an order permitting defendant to file its reply to Dairyland's opposition to our motion for partial summary judgment, as well as the accompanying appendix, under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

October 26, 2007

CERTIFICATE OF FILING

I hereby certify that on this 26th day of October 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO DAIRYLAND'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT REGARDING PRIVATE FUEL STORAGE UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patrick B. Bryan