IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO THE GOVERNMENT'S CROSS-MOTION FOR A PROTECTIVE ORDER REGARDING DOCUMENTS WITHHELD PURSUANT TO THE PRESIDENTIAL COMMUNICATIONS PRIVILEGE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a two-day enlargement of time, to and including Wednesday, November 21, 2007, to file its reply to the "Reply On Motion To Compel Production Of Documents Withheld On Claims Of Presidential Communications Privilege And Opposition To Motion For A Protective Order," which the plaintiff, Dairyland Power Cooperative ("Dairyland"), filed on November 5, 2007.[1] The Government's reply is presently due on November 19, 2007. Counsel for plaintiff, Robert L. Shapiro, has represented that Dairyland does not oppose this request.

[1] The Government included a cross-motion for a protective order in its October 24, 2007 "Opposition To Plaintiff's Motion To Compel Production Of Documents Withheld Pursuant To The Presidential Communications Privilege And Cross-Motion For A Protective Order," to which Dairyland responded in its November 5, 2007 filing. Our request for a two-day enlargement is for the purpose of ensuring that the Government have sufficient time to provide an adequate and complete reply in support of our October 24, 2007 cross-motion.

We had anticipated that we would be able to submit our reply today, but we are coordinating our reply with other offices within the Department of Justice, including the Office of Legal Counsel ("OLC"), and we have discovered that we need additional time to complete the coordination of our reply briefing with those other offices. In addition, counsel for the Government's involvement in numerous active spent nuclear fuel cases has impeded defendant's ability to prepare a reply to Dairyland's opposition brief. During the course of the past two weeks, counsel for the Government has been engaged at trial in Carolina Power & Light Co. v. United States, No. 04-0037 (Wheeler, J.), which concluded on November 19, 2007. Additionally, for the past two weeks, counsel for the Government have also been engaged in depositions and other discovery-related matters in this case as well as Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States, No. 04-0083 (Bruggink, J.), Dominion Resources, Inc. and Virginia Electric and Power Co. v. United States, No. 04-0084 (same), and Consolidated Edison Co. of New York, Inc. v. United States, No. 04-033 (Wheeler, J.). Further, we have been required to file the 11-volume joint appendix in Sacramento Municipal Utility District v. United States, Nos. 07-5052, -5097 (Fed. Cir.), today, an effort that took considerably more time than we had anticipated.

For the above reasons, to afford the Government sufficient time to prepare an adequate reply brief and to complete the necessary review process within the Department of Justice, the Government respectfully requests that the Court grant this unopposed request for a two-day enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/ Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

November 19, 2007

CERTIFICATE OF FILING

I hereby certify that on this 19th day of November 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO THE GOVERNMENT'S CROSS-MOTION FOR A PROTECTIVE ORDER REGARDING DOCUMENTS WITHHELD PURSUANT TO THE PRESIDENTIAL COMMUNICATIONS PRIVILEGE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patrick B. Bryan