# In the United States Court of Federal Claims

No. 04-106 C
(Filed: December 4, 2007)

**************************************

**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

**************************************

**ORDER**

In the Court's Order of November 19, 2007, after *in camera* inspection of the documents in the first binder of Defendant's submission,[1] Defendant was ordered to produce specific documents on or before December 10, 2007.

On November 30, 2007, Plaintiff filed a motion requesting clarification of the Order of November 19, 2007, specifically, the paragraph pertaining to the production of Document E112. The following language clarifies any ambiguity that exists with respect to the production of Document E112:

> Document E112 shall be produced, with certain limitations. CTR0400568 through CTR0400572 shall be produced. The first sentence of the second paragraph of page CTR0400568 may be redacted; the distribution list on page CTR0400569 may be redacted; and the middle paragraph and subtitle on page CTR0400572 may be redacted. The remainder of the document, CTR0400573 through CTR0400583, need not be produced. The portions to be produced are

[1] The documents were provided for *in camera* inspection pursuant to the Court's Opinion and Order of June 29, 2007. The order in which the documents are addressed herein corresponds to the order in which they were submitted within Defendant's binders, i.e., corresponding to the paragraphs in the Declaration of Ronald A. Milner, March 31, 2006. The documents are identified by reference numbers contained in Defendant's privilege log and, where applicable, the Bates-stamped page number(s).

essentially factual, not deliberative, and thus do not fall within the protection of the deliberative process privilege.

Defendant shall produce Document E112 under the terms as noted herein on or before December 10, 2007. The remainder of the documents shall be produced in accordance with the Order of November 19, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge