**Dairyland Cooperative v. U.S No. 04-106C September 20, 2007**

**Heritage Reporting Corporation**

**Page 1 to Page 77**

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

*HERITAGE REPORTING CORPORATION*
*1220 L Street, N.W.*
*Suite 600*
*Washington, DC 20005*
*Phone: 202-628-4888*
*FAX: 202-371-0935*