Page 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAIRYLAND COOPERATIVE, )
Plaintiff, )
)
v. ) Docket No.: 04-106C
UNITED STATES, )
Defendant. )

Courtroom 4, Room 501
National Courts Building
717 Madison Place NW
Washington, D.C.
Thursday,
September 20, 2007

The parties met, pursuant to the notice of the Court, at 9:03 a.m.

BEFORE: HONORABLE EDWARD J. DAMICH
Chief Judge

APPEARANCES:
For the Plaintiff:
JERRY STOUCK, Esquire
ROBERT L. SHAPIRO, Esquire
TODD W. MONROE, Esquire
KEVIN E. STERN, Esquire
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
(202) 331-3100

Page 2

APPEARANCES: (Cont'd)
For the Defendant:
RUSSELL A. SHULTIS, Esquire
ALAN J. LO RE, Esquire
PATRICK BRYAN, Esquire
SCOTT SLATER, Esquire
MARIAN SULLIVAN, Esquire
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-7571 / 616-8299 / 616-0467

Page 3

P R O C E E D I N G S
(9:03 a.m.)

THE CLERK: All rise. The United States Court of Federal Claims is now in session, the Honorable Edward J. Damich, Chief Judge, presiding. God save the United States and this Honorable Court.

THE COURT: Please be seated. I don't seem to have the case number here, do I? Good. This is the case of Dairyland Cooperative v. the United States, Docket No. 04-106C. Representing the Plaintiff is Mr. Jerry Stouck. Mr. Stouck, good morning to you.

MR. STOUCK: Yes. Good morning, Your Honor. I'm here with a couple of colleagues. As in the past, Robert Shapiro -- my colleague Robert Shapiro will be handling most of this hearing I think, if not all of it. I'm also here with Kevin Stern and Todd Monroe.

THE COURT: Okay, great. Thanks, very much, Mr. Stouck. Welcome to all of you.

MR. STOUCK: Thank you.

THE COURT: And representing the United States is Mr. Russell A. Shultis. And Mr. Shultis, how are you?

MR. SHULTIS: How are you?

THE COURT: Okay.

MR. SHULTIS: Yes, Your Honor, I am here with my colleagues from the Department of Justice, Alan J. Lo Re,

Page 4

Scott Slater, and Patrick Bryan.

MR. LO RE: Good morning, Your Honor.

MR. TODD: Good morning, Your Honor.

THE COURT: Great. Welcome to you all as well. We're here bright and early. You guys have a fuller day than I have.

MR. LO RE: Your Honor, just for the record, we appreciate that. We are in trial currently with Judge Merow.

THE COURT: I understand, that's why I was just about thank Judge Merow for delaying the trial for two hours. Hopefully, we don't need that amount of time to run through these issues. And I want to introduce Ernesto Sanchez, who is a new law clerk with me, although he has been at the Court for a while. He was formerly a law clerk of Judge Wolski and now he has come on, and along with my Chief of Staff, John Buckley, in the back. John and Ernesto are – I have to have two people to handle this case – are helping me out with the case. And then Steve Gardner next to John is also a new law clerk, who is not assigned to this case, lucky for him, but wants to observe and see what a complex case with a lot at stake actually looks like.

Speaking of that, here are the topics that I would like to talk about. And, of course, at the end, I will