IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed: December 12, 2007

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | No. 04-0106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S REPLY TO GOVERNMENT RESPONSE TO DAIRYLAND'S REPORT ON THE SUFFICIENCY OF THE GOVERNMENT'S ANSWERS TO CERTAIN CONTENTION INTERROGATORIES

The government's response to Dairyland's December 3, 2007 report on the sufficiency of the government's answers to Dairyland's contention interrogatories is telling. It confirms the principal point raised in Dairyland's report that, rather than squarely answering the straightforward questions posed by Dairyland's contention interrogatories and certifying under oath that its responses are true and correct, the government wishes to preserve a degree of wiggle room in its responses so it can, if it so chooses, maintain the ability to alter or change its positions at trial. The Court should not countenance such gamesmanship.

1. The government's argument that it has sufficiently answered interrogatory nos. 9, 15, 16 and 17 because it has stated that it "does not currently plan to argue" that the various actions taken by Dairyland with regard to storage of its spent fuel were unreasonable is untenable. The government's response fails to address the crux of Dairyland's report that, by phrasing these answers in terms of what the government's *current intentions* are with regard to

*arguments* it may ultimately take at trial, the government is improperly trying to leave the door open to changing its positions on key factual issues at trial for whatever reason. By purposefully leaving open this possibility and couching its answers in terms of "plans for making arguments," the government's contention interrogatory answers do not answer the questions posed or serve "to narrow and define issues for trial and to enable the propounding party to determine the proof required to rebut the respondent's position." *Koch v. Koch Indus., Inc.*, 6 F. Supp. 2d 1192, 1200 (D. Kan. 1998). In order to truly narrow and define the issues for trial and to bind the government to a fixed position on the key issues, the government should be compelled to state, under oath and without qualification or couching language, that, based upon the facts obtained in discovery, it *does not contend* that it was unreasonable for Dairyland to study, investigate, and/or implement dry storage (interrog. no. 9) or store its spent fuel at LACBWR in wet storage (interrog. no. 15). It also should be required to state that, based upon the discovered facts, it *does not contend* that Dairyland should have explored and/or implemented any particular strategy for the storage of its spent fuel (interrog. no. 16) or should have explored and/or implemented any particular strategy for the storage of its failed fuel" (interrog. no. 17).

2. While Dairyland does not dispute and has never disputed that a party's attorney can, under appropriate circumstances (such as the present case), certify under oath the truthfulness and accuracy of contention interrogatory answers, there is no support for the government's argument that this requirement under RCFC 33(b) can be satisfied for contention interrogatory answers by the signature of the party's attorney solely in the pleading's signature block pursuant to RCFC 26(g)(2). This is because, contrary to the government's suggestion, the certification requirements of RCFC 33(b) and 26(g)(2) serve two different purposes. A certification of an interrogatory answer under oath by the party who provides the answer

facilitates the use of that answer at trial as admissible testimony. 7 James Wm. Moore, *Moore's Fed. Practice* § 33.104[1] (3d ed. 2007). In contrast, the signature of a party's counsel in the signature block of a discovery response pursuant to RCFC 26(g)(2) constitutes a certification that the response is "(A) consistent with the [Rules of the Court of Federal Claims] and warranted by law or a good faith argument for extension, modification, or reversal of existing law; (B) not interposed for any improper purpose . . . ; and (C) not unreasonable or unduly burdensome . . . ." RCFC 26(g)(2). The Advisory Committee Notes to Fed. R. Civ. P. 26 explicitly distinguish an attorney's Rule 26(g) certification from Rule 33's certification requirement:

> Rule 26(g) does not require the signing attorney to certify the truthfulness of the client's factual responses to a discovery request. Rather, the signature certifies that the lawyer has made a reasonable effort to assure that the client has provided all the information and documents available to him that are responsive to the discovery demand. *Thus, the lawyer's certification under Rule 26(g) should be distinguished from other signature requirements in the rules, such as those in Rules 30(e) and 33.*

Fed. R. Civ. P. 26 Advisory Committee Notes, 1983 Amendments (emphasis added). Indeed, the government's steadfast refusal to comply with RCFC 33's simple, non-burdensome requirement can only be explained logically by a concern that its contention interrogatory answers will be used against it at trial if it provides the proper additional certification. Yet that is precisely what Dairyland may want to do, and is entitled to do, with properly certified interrogatory answers.

The one case the government cites in support of its position, *Lastick v. Bahama Cruise Line, Inc.*, No. 88 CIV. 3624(KC), 1990 WL 139023, at *5 (S.D.N.Y. Sept. 18, 1990), actually supports Dairyland's position. In that case, the court held that it was appropriate for the plaintiffs' attorney to verify the plaintiffs' responses to the defendants' contention interrogatories pursuant to Rule 33 because "the attorney, rather than the party, is the person who has personal knowledge of what legal theories he will rely on a trial." The court did not hold that the

signature of the plaintiffs' attorney on the contention interrogatory answers pursuant to Rule 26(g) satisfied the plaintiffs' certification obligation under Rule 33.

3. The government's contention that David Zabransky's Rule 30(b)(6) deposition testimony in this case regarding the government's plans for acceptance of Dairyland's failed fuel sufficiently supplements the government's original deficient answer to interrogatory no. 13 is without merit. First of all, the government has never supplemented its original response to interrogatory no. 13 to refer to or incorporate Mr. Zabransky's deposition testimony. Moreover, even if the government had supplemented its original answer, RCFC 33 does not allow a party to answer interrogatories (contention or otherwise) by merely referring to or incorporating prior testimony by reference. More fundamentally, Mr. Zabransky's deposition testimony, like the government's original response to interrogatory no. 13, does not answer the question posed by this interrogatory. Interrogatory no. 13 asks whether DOE contends that it *would have* picked up Dairyland's failed fuel later than the rest of its spent fuel had the government begun spent fuel acceptance starting in January 1998 (*i.e.*, the non-breach world). Mr. Zabransky's deposition testimony, however, concerns "DOE's plans [] for scheduling acceptance and acceptance of failed fuel, including failed fuel at Dairyland's site." In other words, the subject matter of his testimony concerns DOE's present plans for accepting failed fuel in the actual or "breach" world, not the non-breach world.

Finally, there is absolutely no basis for the government's continued assertion that it is unable to state its position on when it would have picked up Dairyland's failed fuel in the breach world because it lacks sufficient data from Dairyland concerning the extent of its failed fuel. *See* Gov't Resp. at 3. Since July 2006, the government has been in possession of numerous Dairyland documents that describe in precise detail the condition of each of its 333 spent fuel

assemblies and identify which ones Dairyland considers "failed." *See, e.g.*, La Crosse Boiling Water Reactor Fuel Condition Report dated Dec. 16, 2002 (attached hereto as Exhibit 1). It has also deposed Dairyland's witnesses on this issue. Thus, the government has been in a position to answer interrogatory no. 13 for at least several months and most likely longer. It is apparent that the government knows that it cannot demonstrate that it would have picked up Dairyland's failed fuel later than its other spent fuel had it commenced performance by January 1998. Its currently stated "might have/might have not" position is nothing more than deliberate obfuscation on its part that does nothing to narrow or define issues for trial or enable Dairyland to determine the necessary proof required to rebut the government's position.

Respectfully submitted,

December 12, 2007

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

**EXHIBIT 1**

Raffety

LAC-TR-140

# La Crosse Boiling Water Reactor Fuel Condition Report

Michael Brasel
Project Engineer
Generation Support Services

Dr. Seymour Raffety
Reactor Engineer
LACBWR

Michael Johnsen
Technical Support Engineer
LACBWR

Larry Nelson
Health and Safety Supervisor
LACBWR

Don Egge
Quality Assurance Supervisor
Dairyland Power Cooperative

Roger Christians
Plant Manager
LACBWR

Dairyland Power Cooperative
December 16, 2002
LAC-TR-140
Revision 0

Document History

| Revision Number | Date | Reason for Revision |
|---|---|---|
| 0 | 12/16/02 | Initial publication |
| | | |
| | | |
| | | |

# 50.59 SCREEN



Document Number: LAC-TR-140 Revision No. 0

Title: La Crosse Boiling Water Reactor Fuel Condition Report

*Brief Description of activity (what is being changed and why):* This is a new document, based on information from a number of existing plant records and documents and includes data from those records and documents compiled into a new database. This report provides a readily available and easily retrievable information asset describing the Nuclear Fuel stored at LACBWR.

**50.59 Screening Questions** (Check correct response)

1) Does the proposed activity involve a change to a System, Structure, or Component (SSC) that adversely affects a *design function* described in the Decommissioning Plan? ___YES _X_NO

2) Does the proposed activity involve a change to a procedure that adversely affects how SSC design functions, described in the Decommissioning Plan, are performed or controlled? ___YES _X_NO

3) Does the proposed activity involve revising or replacing an evaluation methodology, described in the Decommissioning Plan, that is used in establishing the *design bases* or used in the *safety analyses*? ___YES _X_NO

4) Does the proposed activity involve a *test or experiment not described in the Decommissioning Plan*, where an SSC is utilized or controlled in a manner that is outside the reference bounds of the design for that SSC or is inconsistent with analyses or descriptions in the Decommissioning Plan? ___YES _X_NO

5) Will the proposed change result in a significant environmental impact not previously evaluated in the Environmental Assessment in support of the August 7, 1991, Decommissioning Order or the Final Environmental Statement (FES) related to operation of LACBWR, dated April 21, 1980 (NUREG-0191)? ___YES _X_NO

6) Does the proposed activity require a change to the Technical Specifications? ___YES _X_NO

IF All questions are answered NO, **then** implement the activity per the applicable procedure for the type of activity. Attach this form to activity documentation.

IF Screen question 1, 2, 3, or 4 is answered YES and questions 5 and 6 are answered NO, **then** a 50.59 Evaluation shall be performed.

IF Screen question 5 or 6 is answered YES, **then** request and receive a License Amendment prior to implementation of the activity.

**List the documents** (e.g., LACBWR Decommissioning Plan, Technical Specifications, etc.) reviewed where relevant information was found, including section numbers:

Technical Specifications relating to the Fuel are found in:
- Section 2, "Design Features," sub-section 2.2, "Fuel Storage," and
- Section 4, "Performance Requirements," sub-section 4.1, "Fuel Storage and Handling"

Decommissioning Plan:
- Section 1, "Introduction," and sub-section 1.1, "Selection of SAFSTOR"
- Section 5, "Plant Status," sub-section 5.1, "Fuel Inventory"
- Section 6, "Decommissioning Program," sub-section 6.6, "Schedule" and sub-section 6.8, "Special Nuclear Material (SNM) Accountability"

QAPD, Section VI, Document Control

# 50.59 SCREEN



If the conclusion of the screening questions is that a 50.59 evaluation is not required, **provide justification** for that determination:

This report brings together distributed information about the LACBWR Nuclear Fuel. Creating this report does not involve a change to a system, structure, or component, and therefore does not adversely affect a design function described in the Decommissioning Plan. A concise description of Fuel Condition will provide a basis for future planning and disposition of the Nuclear Fuel but does not involve a change to any current procedure and does not change evaluation methods. This report utilizes information from many plant records, including the results of Dry Sipping, but does not involve new test or experiment. Issuance of this Technical Report, under the approved LACBWR Quality Assurance Program, is acceptable under current technical specifications.

Preparer: [signature] Date: 12/6/02

ORC Review: [signature] Date: 12/7/02
Chairman

# Index

1.0 Scope 1

2.0 Introduction 1

3.0 Allis Chalmers Fuel Physical Characteristics 2

4.0 Exxon Fuel Physical Characteristics 2

5.0 General Fuel Condition 3

6.0 Data Validation 4

7.0 References 5

Appendix A – Fuel Assembly Summary 9

Appendix B – Definitions 11

Appendix C – Dry Sipping 12

Appendix D – Reactor Operating Cycle Summary 13

Appendix E – Fuel Assembly Outline Drawings 14

Appendix F – Fuel Pin Orientation 16

Appendix G – Spent Fuel Radioactivity Inventory 17

Appendix H – Fuel Condition Database 19

## 1.0 Scope

This report is intended to provide users with a reliable source of information on the La Crosse Boiling Water Reactor (LACBWR) spent fuel condition and history. Users of this report may include cask vendors, fuel removal contractors, Nuclear Regulatory Commission (NRC), Department of Energy (DOE), Private Fuel Storage (PFS), and LACBWR staff. Data is stored in an electronically transferable format for the end user. In order to provide a "continuity of knowledge," all data in the report has been validated with source documents and controlled by the NRC approved LACBWR Quality Assurance Program.

## 2.0 Introduction

The LACBWR was a nuclear power plant of nominal 50 MW electrical output, 165 MW thermal output, which utilized a forced-circulation, direct-cycle boiling-water reactor as its heat source to produce steam for the turbine generator. The plant is located on the east bank of the Mississippi River approximately 19 miles south of the city of La Crosse, Wisconsin.

The nuclear reactor was designed and built by the Atomic Energy Commission and Allis-Chalmers Atomic Energy Division as a demonstration nuclear power plant. It achieved initial criticality on July 11, 1967, and was permanently shutdown and placed in SAFSTOR on April 30, 1987. During the 20 years of operation the reactor was critical for a total of 103,287.5 hours and the plant generated 4,046,923 Gross MWH of electricity. The LACBWR discharged uranium dioxide fuel on 12 separate occasions accumulating 333 spent fuel assemblies equaling 38 metric tons (42 US tons) of spent fuel.

Three fuel assembly designs have been used in the reactor. The first two designs were identical except for the uranium-235 enrichment. Type I and II fuel was designed and fabricated by Allis-Chalmers (AC) and includes 155 spent fuel assemblies. Exxon Nuclear (XN) designed and fabricated Type III fuel, which includes 178 spent fuel assemblies.

As of the date of this report, 276 fuel assemblies are intact, 32 fuel assemblies are considered damaged fuel, and 25 fuel assemblies are considered fuel debris. The majority of the damaged fuel and all of the debris fuel is AC Type I and II fuel. References 42 and 43 were used for guidance in damage classification.

All fuel is currently being stored in the spent fuel pool on-site. The oldest fuel assemblies stored were discharged from the reactor in August 1972. The average exposure of all the fuel assemblies is 14,758 MWD/MTU. The maximum fuel exposure is 21,532 MWD/MTU, and the minimum fuel exposure is 4,678 MWD/MTU.

## 3.0 Allis Chalmers Fuel Physical Characteristics

AC Type I and II fuel assemblies consists of 100 fuel rods, or pins, in a 10x10 array. Each fuel rod is a stainless steel tube, loaded along 83 inches of its length with uranium dioxide fuel pellets. The uranium in the fuel pellets is enriched in U-235 to 3.63 (Type I) or 3.92 (Type II) weight percent and is compacted to a density of 10.4 $gUO_2/cc$. Each rod is 0.396 in. in OD. The Type-348H stainless steel cladding tube is 0.020 in. thick and the uranium dioxide pellets are 0.350 in. in diameter, leaving a radial gap of 0.003 in. between the fuel and cladding. A stainless steel spring in the end space at the top of the rod prevents gaps between pellets. The loaded tubes are filled with 70 percent helium and 30 percent air at standard temperature and pressure.

The fuel pellets consist of a mixture of UO2 powder, densifier, and lubricant, mechanically pressed into a cylindrical shape and sintered. The length of the Type I and II fuel pellets varies from a minimum of 0.350 in. to a maximum of 1.050 in.

Each fuel assembly is composed of 88 regular fuel rods, eight holddown fuel rods, and four segmented fuel rods. A regular fuel rod consists of fuel pellets, a 3.67 in. space with spring, and end plugs with bullet-shaped tips that rest in the upper and lower fuel assembly grids. A holddown fuel rod, also known as a tie rod, consists of fuel pellets, a 3.67 in. space with spring, and end plugs with a threaded tip. These tie rods are retained in the fuel assembly grids by nuts that thread onto the end-plug tips, tying the 100-tube bundle to the end grid assemblies. A segmented fuel rod assembly consists of four separate segments (three with pellets and a 1.0 in. gap, and one with pellets and 3.93 in. gap with spring). The segments are joined together by stainless steel fittings that lock the spacer grids in place at three positions along the length of the assembly.

The spacer grids, placed at intervals of approximately one-fourth the length of the fuel rod, maintain proper fuel rod spacing.

Both the upper and lower fuel assembly end fittings are Type-304 stainless steel. The upper end fitting has a handle for the fuel assembly handling tool. The grids of the end fittings have a flange that maintains the proper spacing between the fuel rods and the fuel assembly shroud at the top and bottom of the fuel assembly. See Appendix A for fuel assembly physical and material characteristics.

## 4.0 EXXON Fuel Physical Characteristics

XN Type III fuel assemblies consists of 96 fuel rods, or pins, and four inert (non-fueled) rods in a 10x10 array. The four inert rods are located in the center of the array and contain Zircaloy filler slugs. Each fuel rod is a stainless steel tube loaded

along 83 in. of its length with uranium dioxide fuel pellets plus alumina insulator discs at the top and bottom of the fuel pellet stack.

The enrichment of fuel in individual fuel rods varies with the fuel rod position in the assembly as shown in reference 39. Twelve rods are enriched with to 3.12 weight percent, 36 are enriched to 3.43 weight percent, and 48 are enriched to 4.05 weight percent. The nominal density of the fuel pellets is 10.3 $gUO_2/cc$. Each fuel pellet is 0.343 in. in diameter and is nominally 0.250 in. long. The modified 348 stainless steel cladding is 0.394 in. OD with 0.022 in. wall thickness, leaving a nominal radial gap of 0.0035 in. between the fuel and cladding. An Inconel spring in the end space at the top of each fueled rod prevents gaps between pellets. The loaded tubes are filled with helium at standard temperature and pressure.

Fuel rod pitch is maintained by three grid spacers equally spaced along the length of the 100 rods and by the tie plates at the upper and lower ends of the rods. One centrally located inert rod is provided with connectors to hold the grid spacers in their axial position. The 100 rod assembly is held together by eight fueled tie rods located symmetrically in the outer row of fuel rods. The tie rods mechanically restrain the upper and lower tie plates against the fuel rod compression spring forces and support the bundle weight when suspended by the upper tie plate. The lower ends of the tie rods are threaded into the lower tie plate.

The grid spacers utilize an egg-crate type design of criss-crossed stainless steel strips interlocked and welded together with stainless steel side plates forming a cell for each rod. A handle is provided on the upper tie plate for grappling the fuel assembly with its handling tool. The lower tie plate assembly is the base on which the fuel assembly rests. See Appendix A for fuel assembly physical and material characteristics.

## 5.0 General Fuel Condition

The XN fuel assemblies began service in reactor operating cycle five in March of 1978. The XN fuel assemblies are in good condition. There are no indications of any fuel rod damage in the XN fuel as evidenced by past inspections and tests. Two assemblies are currently classified as damaged fuel due to minor physical damage. Assembly 5-04 has a bent handle and cannot be handled by the LACBWR grapple, but can be handled with a "J" hook. Assembly 3-77 has minor damage to the bottom spacer grid, and could not be placed into a fuel shroud.

The last AC fuel assemblies saw service in reactor operating cycle seven and were discharged in April of 1982. The fuel assemblies are in average to poor condition. Currently, 19 percent (30) of the AC fuel assemblies are classified as damaged fuel and 16 percent (25) are considered fuel debris. The AC fuel assemblies that are either damaged or fuel debris have varying degrees of pin bowing and fuel clad failures most often exhibited as circumferential cracking of the cladding.

Fuel pin bowing was first observed in 1969 during an inspection of all fuel assemblies in reactor operating cycle one. The cause of the pin bowing at that time was believed to be a combination of improper seating of the fuel assemblies in the shrouds, high transverse power gradients in the elements, and possible crud deposition in clearances between fuel rods and grid plates and spacers tending to restrict independent axial movement. In the next fuel cycle the conditions in the reactor were corrected and were much less conducive to fuel pin bowing. See reference 41 for more detailed information.

A majority of the cracks observed in the AC fuel rods are circumferential cracks. The cause of the circumferential cracking is believed to be a pellet-clad interaction resulting in stress corrosion cracking of the stainless steel cladding as indicated by post irradiation destructive examination. Reference 34 is the post irradiation evaluation of six Type I fuel rods from the LACBWR, and explains the destructive and nondestructive test results.

Reference 3 explains the cracking as pellet-clad interaction at pellet to pellet interfaces. The interaction stresses the clad as it loses ductility through irradiation. In the presence of stress and the corrosive envirionment, stress corrosion proceeds, causing intergranular crack growth in the clad at the pellet to pellet interface. The pellet-clad interaction has to do with the difference in thermal expansion of the UO2 pellet and the stainless steel cladding. The gap between the pellet outer diameter and the cladding inner diameter decreases at reactor power, add to this the fuel swelling and clad creepdown, and pellet-clad interaction results.

A change in operating practices including limiting the number and rate of power changes was initiated to minimize future defects in the fuel rods. Also, XN designed the fuel rods in Type III fuel to minimize the pellet-clad interaction. These changes along with specific tightly controlled chemistry requirements, the modified 348 stainless steel clad material, and other design changes in the fuel assemblies prevented stress corrosion cracking failures in the Type III fuel.

## 6.0 Data Validation

All data in this report and database have been validated and source checked to ensure accuracy. This report is controlled under the LACBWR Quality Assurance Program. It is intended that more information will be added to the database and report until all needed information for final disposal is collected. This report will be updated as a new revision when a sufficient amount of information has been collected and validated in the database. The electronic versions of the report and database are password protected with limited access for quality assurance purposes.

The goal is to maintain a "continuity of knowledge" for each assembly from initial receipt to the present. References 35 and 44 were consulted for identification of the needed information in the database.

The information in the database was collected from LACBWR historical files. All inspection data was taken from photographs, open reel video, and/or personal observations documented on inspection forms. The comments made by personnel on the inspection sheets were consolidated and cross-checked with the other forms of visual media to form the information in the database under "Inspections". Due to personnel interpreting what they see during visual inspections differently and the sometimes poor quality of the video and photographs, some comments were formed based on good engineering judgement and experience by Dr. S. Raffety.

## 7.0 References


1. S. J. Raffety and C. W. Angle, "Proposal for Partial Reload of LACBWR Fuel to Reduce Iodine Releases," DPC-851-46 (September 1972)

2. S. J. Raffety and C. W. Angle, "LACBWR Refueling Plan for Fuel Cycle II," DPC-851-56, (May 1973)

3. Dairyland Power Cooperative and Gulf United Services, "Supplement No. 1 to LACBWR Refueling Plan for Fuel Cycle II,"DPC-851-58 (June 1973)

4. S. J. Raffety and P. Buck, "LACBWR Refueling Plan for Cycle 3," LAC-TR-003 (December 1973)

5. S. J. Raffety and P. Buck, "LACBWR Cycle 3 Performance and Refueling Plan for Cycle 4," LAC-TR-026 (July 1975)

6. S. J. Raffety, "Nuclear Fuel Performance in the LACBWR," Nuclear Fuel Performance Conference, Atlanta, Georgia (October 1975)

7. S. J. Raffety, L. G. Papworth and P. Buck, "LACBWR Cycle 4 Performance and Refueling Plan for Cycle 5," LAC-TR-057 (September 1977)

8. S. J. Raffety and P. Buck, "LACBWR Cycle 5 Fuel Performance and Finalized Refueling Plan for Cycle 6," LAC-TR-068 (April 1979)

9. S. J. Raffety, "LACBWR Cycle 6 Fuel Performance and Finalized Refueling Plan for Cycle 7," LAC-TR-096 (November 1980)

10. S. J. Raffety, P. Buck, and M. Brandt, "LACBWR Cycle 7 Fuel Performance and Finalized Refueling Plan for Cycle 8," LAC-TR-112 (July 1982)

11. S. J. Raffety and P. Bronk, "LACBWR Cycle 8 Fuel Performance and Finalized Refueling Plan for Cycle 9," LAC-TR-119 (December 1983)

12. S. J. Raffety and P. Bronk, "LACBWR Cycle 9 Fuel Performance and Finalized Refueling Plan for Cycle 10," LAC-TR-128 (April 1985)

13. S. J. Raffety and P Bronk, "LACBWR Cycle 10 Fuel Performance and Finalized Refueling Plan for Cycle 11," (June 1986)

14. S. J. Raffety, et al. Refueling Outage No. 1 Procedures, Records, Comments and Notes. (August 1972 to October 1972)

15. S. J. Raffety, et al. Refueling Outage No. 1A Procedures, Records, Comments and Notes. (March 1973 to June 1973)

16. S. J. Raffety, et al. Refueling Outage No. 2 Procedures, Records, Comments and Notes. (November 1973 to December 1973)

17. S. J. Raffety, et al. Refueling Outage No. 3 Procedures, Records, Comments and Notes. (May 1975 to August 1975)

18. S. J. Raffety, et al. Refueling Outage No. 4 Procedures, Records, Comments and Notes. (May 1977 to March 1978)

19. S. J. Raffety, et al. Refueling Outage No. 5 Procedures, Records, Comments and Notes. (March 1979 to May 1979)

20. S. J. Raffety, et al. Refueling Outage No. 6 Procedures, Records, Comments and Notes. (November 1980 to January 1981)

21. S. J. Raffety, et al. Refueling Outage No. 7 Procedures, Records, Comments and Notes. (April 1982 to June 1982)

22. S. J. Raffety, et al. Refueling Outage No. 8 Procedures, Records, Comments and Notes. (November 1983 to January 1984)

23. S. J. Raffety, et al. Refueling Outage No. 9 Procedures, Records, Comments and Notes. (March 1985 to April 1985)

24. S. J. Raffety, et al. Refueling Outage No. 10 Procedures, Records, Comments and Notes. (March 1986 to May 1986)

25. S. J. Raffety, et al. Final Shutdown and Fuel Removal, Procedures, Records, Comments and Notes. (April 1987 to June 1987)

26. Hard Copy Output from TRILUX and XENOLUX Calculations Over the Life of the Facility. (October 1971 to June 1987)

27. Letter P. A. Morris (DRL-USAEC) to J. P. Madgett dated October 5, 1971,

28. Hard Copy Output from LACBWR Accountability System Calculations over the Life of the Facility. (December 1970 to June 1987)

29. N. J. Farrington, et al. "La Crosse Boiling Water Reactor Fuel Statistics and Accountability System Users Manual," (December 1970 and Revisions)

30. LACBWR Control Room Log, Volume 1-77 (May 1965 to September 1987)

31. S. J. Raffety, et al. Fuel Assembly Transfers, Book 1 (November 1965 to September 1972)

32. S. J. Raffety, et al. Fuel and Other Core Component Transfer Records, Book 2 (September 1972 to January 1984)

33. S. J. Raffety, et al. Fuel Element Transfer Records (January 1984 to August 1988)

34. G. F. Rieger, et al. "Post-Irradiation Evaluation of Fuel Rods from the La Crosse Boiling Water Reactor," NEDC-12633, Vallecitos Nuclear Center, General Electric Company (June 1976)

35. "Spent Nuclear Fuel Verification Plan," Department of Energy, Office of Civilian Radioactive Waste Management, Revision 0 (March 1997)

36. "La Crosse Boiling Water Reactor Decommissioning Plan," Dairyland Power Cooperative (December 2001)

37. "Final Safety Analysis Report La Crosse Boiling Water Reactor (LACBWR)," Dairyland Power Cooperative (1985)

38. LACBWR Fuel Element Details, Drawing Numbers 41-503-031 & -032, Allis-Chalmers Manufacturing Company (August 1965)

39. LACBWR Fuel Assembly, Drawing Numbers XN-NF-SK-301,899 & 900, Exxon Nuclear Company (July 1985)

40. L. Nelson, "Initial Site Characterization Survey for SAFSTOR," LAC-TR-138 (October 1995, Revised January 2001)

41. S. J. Raffety, "La Crosse Boiling Water Reactor Fuel Pin Bowing Study," DPC-851-7 (April 1970)

42. "Spent Nuclear Fuel Characterization," WPI and Constellation Nuclear Services, DPC.0101.09.01, Revision 0 (December 2002)

43. NRC Spent Fuel Project Office Interim Staff Guidance – 1, Damaged Fuel (October 2002)

44. DOE Standard Contract for Fuel Acceptance, 10CFR961

45. LACBWR Quality Assurance Program

46. DPC Letter, J. P. Madgett to A. Giambusso, LAC-3208 (June 26, 1975)

47. DPC Letter, F. Linder to J. G. Keppler, LAC-6213 (April 19, 1979)

## Appendix A – Fuel Assembly Summary

| Characteristic | AC Type I & II Fuel | XN Type III Fuel |
|---|---|---|
| Fuel material | $UO_2$ Sintered Pellets | $UO_2$ Sintered Pellets |
| Enrichment, w/o U-235<br>Number of rods | (I) 3.63 – 100<br>(II) 3.92 – 100 | 3.12 – 12<br>3.43 – 36<br>4.05 – 48<br>Inert – 4 |
| Pellet diameter, in. | 0.350 | 0.343 |
| Dish volume per pellet, % | 0.7-2.10 | 1.0 |
| Pellet length, in. | 0.35-1.05 | 0.250 |
| Pellet density, g/cc | 10.4 | 10.3 |
| Pellet density, % TD | 95.0 | 94.0 |
| Insulator discs | None | Yes |
| Clad material | 348H Stainless Steel | Mod 348 Stainless Steel |
| Clad ID, in. | 0.356 | 0.350 |
| Clad OD, in. | 0.396 | 0.394 |
| Clad thickness, in. | 0.020 | 0.022 |
| Diametrical gap, cold, in. | 0.006 | 0.007 |
| Active length, in. | 83 | 83 |
| Fill gas and pressure | He & air(atmospheric) | He (atmospheric) |
| Fuel weights: | | |
| UO2, kg/rod | 1.37 | 1.28 |
| U-235, g/rod | (I) 43.51<br>(II) 47.29 | 35.18 (3.12 w/o)<br>38.67 (3.43 w/o)<br>45.66 (4.05 w/o) |
| End cap material | 348 Stainless Steel | 304L Stainless Steel |

| Characteristics | AC Type I & II Fuel | XN Type III Fuel |
|---|---|---|
| Fuel rod array, square | 10 x 10 | 10 x 10 |
| Number of active fuel rods | 100 | 96 |
| Bundle avg. enrichment | (I) 3.63<br>(II) 3.92 | 3.70 |
| Total fuel weights, $KgU/KgUO_2$ | 120.5/136.5 | 108.3/122.8 |
| Fuel rod pitch, in. | 0.565 | 0.557 |
| Spacers<br>Type | Inconel 600 | 304L SS, Inconel 718 |
| Number/Assembly | 3 | 3 |
| Spacer outside dimensions, in. | 5.603 | 5.614 |
| Fuel rod to fuel rod envelope, in. | 5.481 | 5.407 |
| Fuel assembly pitch, in. | 6.37 | 6.37 |
| End fitting material | 304 Stainless Steel | 304L Stainless Steel |
| Length between tie plates, in. | 88.08 | 88.58 |
| Total assembly length, in. | 102.34 | 102.45 |

## Appendix B - Definitions

Gassing – the release of fission product gases from fuel assemblies with fuel cladding defects resulting in bubbles originating from the fuel assembly rods.

Crud Spalling – the flaking or exfoliation of crud from the fuel cladding.

Axially Bent – a sharp departure from the original alignment with evidence of cracking. The fuel pin may or may not be touching adjacent fuel pins.

Pin Bowing – a condition when a fuel pin is not axially straight over some length and cladding integrity is intact.

Zebra Striping – a discoloration on a fuel pin caused by thermal variation in the fuel cladding due to thermal gradients along the length of fuel pellets and/or fuel pellet to pellet gaps.

SAFSTOR – the decommissioning alternative in which the nuclear facility is placed and maintained in such condition that the nuclear facility can be safely stored and subsequently decontaminated to levels that permit release for unrestricted use.

Intact Fuel – (IF) fuel assemblies with out known or suspected cladding defects greater than hairline cracks or pinhole leaks and which can be handled by normal means. Partial fuel assemblies, that is fuel assemblies from which fuel rods are missing, shall not be classified as Intact Fuel assemblies unless dummy fuel rods are used to displace an amount of water equal to or greater than that displaced by the original fuel rod(s).

Damaged Fuel – (DF) fuel assemblies: with known or suspected cladding defects greater than hairline cracks or pinhole leaks; with missing fuel rods that are not replaced with dummy fuel rods; or which cannot be handled by normal means for reasons other than fuel cladding damage.

Fuel Debris – (FD) fuel assemblies: with known or suspected defects such as ruptured fuel rods, severed rods, or loose fuel pellets and pellet fragments; metal fragments such as portions of fuel rods and grid assemblies; and/or which cannot be handled by normal means due to fuel cladding damage.

Stress Corrosion Cracking – the localized attack of the grain boundaries of a susceptible material in an aggressive environment under stress.

FFELS – the Failed Fuel Element Location System was a system to detect failed fuel elements during reactor operation by measuring off gas activity in the coolant flow exiting a specific fuel assembly in the reactor. The system was used until 1974.

## Appendix C – Dry Sipping

Dry sipping was a fuel integrity test used from 1973 until 1983. It consisted of displacing the water from a fuel assembly located in a canister in the FESW with air. This permitted decay heat to increase the temperature and pressure in the fuel rods and drive fission product gasses out of the failed rods. These fission gases would then be vented through a line where a sample of the gases could be taken and analyzed on the laboratory pulse height analyzer.

The primary radioisotope used for analyses was Xe-133 (half-life 5.25 days). Analyses of the results from dry sipping are relative to each refueling outage due to background levels and time of sample after shutdown. By analyzing the data it could be seen that the activity in fuel assembly samples considered to be defective were at least one and often as much as five orders of magnitude greater than the fairly constant activity in samples of non-leaking fuel assemblies.

The following categories are used to report the results and maintain consistency between the various refueling outages.

No Leakage – Gas activity at the same general low magnitude as the average low activity from the majority of the fuel assemblies

Questionable Leakage – Gas activity at 1-2 orders of magnitude greater than the average low activity fuel assemblies.

Probable Leakage – Gas activity at 3-4 orders of magnitude greater than the average low activity fuel assemblies.

Definite Leakage – Gas activity at 5 or more orders of magnitude greater than the average low activity fuel assemblies.

## Appendix D – Reactor Operating Cycle Summary

The following table shows the fuel assemblies used and discharged for the12 reactor operating cycles. A number of fuel assemblies were unloaded and then used again in later reactor operating cycles as indicated by the Unloaded and Discharged columns' variance.

| Reactor Op Cycle | AC Fuel Used | XN Fuel Used | Total Fuel Assemblies Unloaded | Fuel Assemblies Discharged and Not Reused | AC Fuel Discharged | XN Fuel Discharged |
|---|---|---|---|---|---|---|
| 1 | 72 T1 | N/A | 8 | 6 | 6 T1 | N/A |
| 1A | 72 T1 | N/A | 26 | 26 | 26 T1 | N/A |
| 2 | 48 T1<br>24 T2 | N/A | 25 | 24 | 24 T1 | N/A |
| 3 | 24 T1<br>48 T2 | N/A | 25 | 25 | 24 T1<br>1 T2 | N/A |
| 4 | 72 T2 | N/A | 32 | 32 | 32 T2 | N/A |
| 5 | 40 T2 | 32 | 28 | 28 | 28 T2 | 0 |
| 6 | 2 T1<br>12 T2 | 58 | 24 | 12 | 12 T2 | 0 |
| 7 | 2 T1 | 70 | 34 | 30 | 2 T1 | 28 |
| 8 | 0 | 72 | 24 | 22 | 0 | 22 |
| 9 | 0 | 72 | 32 | 28 | 0 | 28 |
| 10 | 0 | 72 | 28 | 28 | 0 | 28 |
| 11 | 0 | 72 | 72 | 72 | 0 | 72 |
| Total | | | | 333 | 155 | 178 |

Note: T1 is Type I Fuel
T2 is Type II Fuel
All Exxon Fuel is Type III Fuel
Exxon Fuel was not available for Cycles 1-4

**Reactor Operating Cycle Dates:**

Cycle 1 from 07/11/67 to 08/1972
Cycle 1A from 10/14/72 to 03/30/73
Cycle 2 from 06/25/73 to 11/03/73
Cycle 3 from 12/21/73 to 05/09/75
Cycle 4 from 08/11/75 to 05/11/77
Cycle 5 from 03/09/78 to 03/25/79
Cycle 6 from 05/25/79 to 11/09/80
Cycle 7 from 01/11/81 to 04/09/82
Cycle 8 from 06/04/82 to 11/05/83
Cycle 9 from 01/05/84 to 03/11/85
Cycle 10 from 04/14/85 to 03/07/86
Cycle 11 from 05/06/86 to 04/30/87

# Appendix E – Fuel Assembly Outline Drawings




Exxon Fuel Assembly




Allis-Chalmers Fuel Assembly

## Appendix F – Fuel Pin Orientation

The inspection field in the database refers to specific fuel pins. The following chart explains the numbering system.



## Appendix G – Spent Fuel Radioactivity Inventory

The established radioactivity inventory in the 333 spent fuel assemblies was performed by using the computer program Fact 1 and hand calculations performed by Dr. S. Raffety during July of 1987. Activity in the fuel assemblies' hardware is based on neutron activation on this hardware. All activity values have been decay corrected to January 1988 and December 2002.

| Radionuclide | Half Life (years) | January 1988 Activity (curies) | December 2002 Activity (curies) |
|---|---|---|---|
| Cs-137 | 3.014 E+1 | 1.666 E+6 | 1.16 E+6 |
| Sr-90 | 2.770 E+1 | 1.147 E+6 | 7.70 E+5 |
| Pu-241 | 1.440 E+1 | 1.138 E+6 | 5.29 E+5 |
| Kr-85 | 1.072 E+1 | 1.160 E+5 | 4.14 E+4 |
| Ni-63 | 1.000 E+2 | 3.540 E+4 | 3.17 E+4 |
| Am-241 | 4.329 E+2 | 1.474 E+4 | 1.44 E+4 |
| Pu-238 | 8.774 E+1 | 1.262 E+4 | 1.11 E+4 |
| Fe-55 | 2.700 E+0 | 5.254 E+5 | 8.83 E+3 |
| Pu-239 | 2.410 E+4 | 8.837 E+3 | 8.83 E+3 |
| Co-60 | 5.270 E+0 | 6.395 E+4 | 7.88 E+3 |
| Pu-240 | 6.550 E+3 | 7.165 E+3 | 7.15 E+3 |
| Cm-244 | 1.812 E+1 | 3.603 E+3 | 1.96 E+3 |
| Cs-134 | 2.070 E+0 | 3.291 E+5 | 1.59 E+3 |
| Eu-154 | 8.750 E+0 | 4.020 E+3 | 1.14 E+3 |
| Pm-147 | 2.620 E+0 | 4.129 E+4 | 6.12 E+2 |
| Am-242m | 1.505 E+2 | 4.900 E+2 | 4.55 E+2 |
| Ni-59 | 8.000 E+4 | 2.87 E+2 | 2.87 E+2 |
| Tc-99 | 2.120 E+5 | 2.76 E+2 | 2.76 E+2 |
| Eu-152 | 1.360 E+1 | 5.110 E+2 | 2.27 E+2 |
| H-3 | 1.226 E+1 | 5.510 E+2 | 2.24 E+2 |
| U-234 | 2.440 E+5 | 6.37 E+1 | 6.37 E+1 |
| Am-243 | 7.380 E+3 | 6.31 E+1 | 6.30 E+1 |
| Ru-106 | 1.008 E+0 | 1.524 E+6 | 2.69 E+1 |
| Eu-155 | 4.960 E+0 | 1.68 E+2 | 1.82 E+1 |
| Nb-94 | 2.000 E+4 | 1.59 E+1 | 1.59 E+1 |
| Cs-135 | 3.000 E+6 | 1.40 E+1 | 1.40 E+1 |
| U-238 | 4.470 E+9 | 1.22 E+1 | 1.22 E+1 |
| Pu-242 | 3.760 E+5 | 8.58 | 8.58 |
| Cd-113m | 1.359 E+1 | 1.78 E+1 | 7.90 |
| U-236 | 2.340 E+7 | 6.32 | 6.32 |
| Sb-125 | 2.760 E+0 | 2.73 E+2 | 5.01 |
| Sn-121m | 7.600 E+1 | 4.44 | 3.84 |
| Np-237 | 2.140 E+6 | 2.19 | 2.19 |
| Ce-144 | 7.801 E-1 | 2.636 E+6 | 1.90 |

| Radionuclide | Half Life (years) | January 1988 Activity (curies) | December 2002 Activity (curies) |
|---|---|---|---|
| U-235 | 7.040 E+8 | 1.89 | 1.89 |
| Sm-151 | 9.316 E+1 | 1.51 | 1.34 |
| Sn-126 | 1.000 E+5 | 7.01 E-1 | 7.01 E-1 |
| Se-79 | 6.500 E+4 | 5.52 E-1 | 5.52 E-1 |
| I-129 | 1.570 E+7 | 3.90 E-1 | 3.90 E-1 |
| Zr-93 | 1.500 E+6 | 1.11 E-1 | 1.11 E-1 |
| Ag-110m | 6.990 E-1 | 1.018 E+5 | 1.42 E-2 |
| Total Activity = | | 1.00 E+7 | 2.60 E+6 |

# Appendix H – Fuel Database

| ID | Fuel Class | Rx SD Date Final Disch | Avg Exp MWD/Mtu | Tests | Inspections | R 1 | X 1A | 2 | O 3 | P 4 | 5 | C 6 | Y 7 | C 8 | L 9 | E 10 | 11 | References |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-01 | DF | 03/30/73 | 15205 | None | 5/11/73 - P31 & P41, one circumferential crack on each with cladding protruding slightly. Slight pin bowing. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-02 | FD | 03/30/73 | 14710 | 3/14/74 - P69, P79, P89 & P99 have been removed from the assembly for Post Irradiation Evaluation tests (PIE). | 5/11/73 - P08, P09, P14, P19, P22, P23, P32, P80 & P90 each appeared to have at least one circumferential crack between the bottom and middle spacer grid. Only P22 & P80 show any bowing at the cracks. To facilitate the removal of pins for PIE, the right side of the top tie plate was removed. Therefore the 6 pins remaining in the outer row of the right side of the assembly have no top restraint. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 34, 38 |
| 1-03 | IF | 11/03/73 | 16736 | 11/11/73 - Dry Sipped, No Leakage | 11/11/73 - Initial discharge inspection reported cracks on along front and backside. Another inspection reported they are probably rub marks on the surface due to withdrawal of assembly from the fuel shroud. 3/26/79 - Shipped to Morris, Illinois for temporary storage. 5/27/81 - Shipped back to LACBWR. | X | X | X | | | | | | | | | | 4, 16, 26, 30, 32, 38 |
| 1-04 | IF | 03/30/73 | 15294 | 4/7/73 - Dry Sipped, Questionable Leakage | 4/7/73 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-05 | IF | 11/03/73 | 9265 | 11/11/73 - Dry Sipped, Probable Leakage | 11/11/73 - Some crud spalling above top spacer. | X | X | X | | | | | | | | | | 4, 16, 26, 30, 32, 38 |
| 1-06 | IF | 03/30/73 | 15325 | 4/11/73 - Dry Sipped, No Leakage | 4/8/73 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-07 | IF | 08/19/72 | 12136 | 1/31/72 - FFELS, Definite Leakage | 8/25/72 - Three fuel rods exhibited severe crud spalling for about 6" above and below the top spacer grid. | X | | | | | | | | | | | | 1, 14, 30, 31, 38 |
| 1-08 | FD | 04/09/82 | 11006 | None | 5/18/82 - Pin P10 exhibited several cracks in the 6" length just above the lower grid band when it was moved from the reactor. A 5" length (72.5 gU) of this fuel pin fell from this area of the fuel assembly into the fuel racks below in the vicinity of rack cell position SW164. There may be pieces of this fuel pin on the top of Assembly 2-1 in SW164 or in rack positions in this vicinity. | | | | | | | X | X | | | | | 10, 21, 30, 32, 38 |
| 1-09 | IF | 05/09/75 | 13342 | 5/18/75 - Dry Sipped, No Leakage | 5/18/75 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. | X | X | X | X | | | | | | | | | 5, 17, 30, 32, 38 |
| 1-10 | FD | 03/30/73 | 15145 | None | 5/11/73 - Cladding of pins P84 and P95 ruptured just below the middle spacer grid. No fuel pellets are missing, but small sections of cladding, approximately 1/4" diameter, are missing. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-12 | IF | 11/03/73 | 13759 | 11/16/73 - Dry Sipped, Probable Leakage | 11/16/73 - Crud spalling on P00, P29, P69 & P99 from middle grid band to above top band and on P99 over most of length. | X | | X | | | | | | | | | | 4, 16, 26, 30, 32, 38 |
| 1-13 | IF | 03/30/73 | 15768 | 4/11/73 - Dry Sipped, No Leakage | 4/3/73 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. 3/27/79 - Shipped to Morris, Illinois for temporary storage. 6/8/81 - Shipped back to LACBWR. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-14 | IF | 03/30/73 | 15735 | 4/11/73 - Dry Sipped, No Leakage | 4/11/73 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. 3/30/79 - Shipped to Morris, Illinois for temporary storage. 6/2/81 - Shipped back to LACBWR. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |

| ID | Fuel Class | Rx SD Date Final Disch | Avg Exp MWD/Mtu | Tests | Inspections | R 1 | X 1A | 2 | O 3 | P 4 | 5 | C 6 | Y 7 | C 8 | L 9 | E 10 | 11 | References |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-15 | IF | 03/30/73 | 15746 | 4/11/83 - Dry Sipped, No Leakage | 4/11/73 - Zebra striping in lower third of assembly. Linear axial indication on a corner pin just below spacer grid. Most likely a scratch from handling. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-16 | IF | 03/30/73 | 15770 | 4/11/73 - Dry Sipped, No Leakage | 4/11/73 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-17 | DF | 11/03/73 | 13266 | None | 11/16/73 - Significant crud spalling on P08 and P80 above middle grid band to above top band. P23 initially was reported as ruptured, but according to the description it appears to be crud spalling due to only appearing on one side of pin. P96, P97, P98, P99 show line like cracks a few inches above the bottom tie plate. Based on location of the lines, they are most likely not cracks. | X | | X | | | | | | | | | | 4, 16, 26, 30, 32, 38 |
| 1-18 | IF | 11/03/73 | 15658 | 11/10/73 - Dry Sipped, No Leakage | 11/10/73 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. | X | X | X | | | | | | | | | | 4, 16, 26, 30, 32, 38 |
| 1-19 | DF | 03/30/73 | 14786 | 4/11/73 - Dry Sipped, Definite Leakage | 5/14/73 - Assembly gassing slightly during handling. One circumferential crack noted in P09 between bottom support and bottom spacer grid with slight bowing outward. There is small foreign object stuck to the bottom of the tie plate. It appears to be a lock washer tab. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-20 | DF | 03/30/73 | 14810 | None | 5/11/73 - Reported to be gassing during handling. P12 has a circumferential crack between bottom and middle spacer grids. P16 is badly bowed below middle spacer grid with a circumferential crack just below middle spacer grid. P17 has a circumferential crack just above bottom spacer grid and some cracking below top spacer grid. Some pin bowing in P17 & P82. P30 has considerable crud spalling below top spacer grid. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-21 | IF | 03/30/73 | 15019 | 4/11/73 - Dry Sipped, Definite Leakage | 4/8/73 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-22 | IF | 05/09/75 | 18989 | 5/20/75 - Dry Sipped, No Leakage | 5/20/75 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. 3/30/79 - Shipped to Morris, Illinois for temporary storage. 6/2/81 - Shipped back to LACBWR. | X | X | X | X | | | | | | | | | 5, 17, 30, 32, 38 |
| 1-23 | FD | 03/30/73 | 14678 | None | 5/14/73 - 5 pins P01, P05, P10, P12, and P99 have failed in this assembly with one severed rod (P01), which is displaced diagonally over between adjacent pins. The other cracks appear to be only minor circumferential cracks with some slight axial misalignment if any. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-24 | IF | 04/09/82 | 11021 | 4/19/82 - Dry Sipped, No Leakage | 4/18/82 - Assembly appeared to be in relatively good condition. A few marks on seven outer pins, but not considered to be cracks. | | | | | | | X | X | | | | | 10, 21, 30, 32, 38 |
| 1-25 | IF | 03/30/73 | 14768 | 4/11/73 - Dry Sipped, Definite Leakage | 4/10/73 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. | X | X | | | | | | | | | | | 2, 3, 15, 30, 32, 38 |
| 1-26 | IF | 05/09/75 | 18318 | 5/17/75 - Dry Sipped, No Leakage | 5/17/75 - No visible indications noted or recorded on video. Assembly appeared to be in relatively good condition. 3/28/79 - Shipped to Morris, Illinois for temporary storage. 6/8/81 - Shipped back to LACBWR. | X | X | X | X | | | | | | | | | 5, 17, 30, 32, 38 |