**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DAIRYLAND ELECTRIC POWER COOPERATIVE,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-106C<br>(Chief Judge Damich)<br>Filed electronically: December 13, 2007 |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with RCFC 83.1(c)(3), the undersigned counsel for Dairyland Electric Power Cooperative hereby provides notice that his contact information has changed. The new contact information is set forth below:

Jerry Stouck
Greenberg Traurig, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3173
(202) 261-4751 fax
stouckj@gtlaw.com

Of Counsel:
Robert Shapiro
Kevin Stern
Greenberg Traurig, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3100
(202) 331-3101 fax
shapiror@gtlaw.com
sternk@gtlaw.com

All future communication should be addressed as such.

Dated: December 13, 2007

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
GREENBERG TRAURIG, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3143
(202) 261-4751 fax
Counsel for Plaintiff
DAIRYLAND ELECTRIC POWER
COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP