# In the United States Court of Federal Claims

No. 04-106 C

(Filed: December 21, 2007)

*************************************** *
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***************************************

**ORDER**

The Court has concluded that supplemental briefing is required to assist in the consideration of Defendant United States's ("the Government") Motion for Summary Judgment ("Def.'s Mot.") regarding Plaintiff Dairyland Power Cooperative's ("Dairyland") Claim for Recovery of Off-Site Fuel Storage Investments. Specifically, the Court is unclear as to exactly which expenditures–those incurred by Dairyland's Genoa Fuel Tech ("GFT") subsidiary or those incurred by Dairyland itself in supporting GFT or both–the Government contends do not qualify as recoverable expenses as a matter of law.

The Government argues in its motion that Dairyland cannot recoup costs incurred in connection with the development of private off-site spent nuclear fuel storage because these costs were actually incurred by GFT, a separate legal entity and Dairyland subsidiary that lacked privity with the Government. *See* Def.'s Mot. at 7-13. "Dairyland does not disagree" with this contention. Dairyland's Opposition to the Government's Motion for Summary Judgment Regarding Private Fuel Storage ("Pl.'s Opp'n.") at 10. "Instead, Dairyland's claim....is for Dairyland's own expenditures on GFT," which in turn functioned "as a mere pass-through vehicle to facilitate Dairyland's" private fuel storage efforts. *Id*.

The Court, therefore, ORDERS the Government to submit a brief on the following questions:

Would the summary judgment the Government requests preclude Dairyland from recovering damages stemming from funds transferred to support GFT? If so, what is the legal justification for such a result?

The Government shall file a brief on or before **January 7, 2008.** Dairyland should file a response, if any, on or before **January 22, 2008.** Neither brief should be more than ten (10) pages in length.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge