IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR THE PRODUCTION OF THE FIVE REMAINING DOCUMENTS WITHHELD PURSUANT TO THE PRESIDENTIAL COMMUNICATIONS PRIVILEGE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a six-day enlargement of time, to and including Tuesday, January 8, 2008, to file its response to the "Motion to Compel Production of All Five Remaining Presidential Communications Privilege Documents," which the plaintiff, Dairyland Power Cooperative ("Dairyland"), filed on December 14, 2007. The Government's response is presently due on January 2, 2008. Counsel for plaintiff, Robert L. Shapiro, has represented that Dairyland opposes this request.

Although we had hoped to be able to submit our response by the current due date, counsel for the Government are required to coordinate the Government's response in this particular matter with other offices within the Department of Justice, including the Office of Legal Counsel ("OLC"). Unfortunately, we have discovered that many key Government personnel in OLC, as well as numerous others within the Department of Justice, are away from the office during the holidays. Consequently, we require additional time so that we may contact and consult with the

proper individuals before we will be able to provide the Court with a response to Dairyland's challenge to the assertion of the presidential communications privilege.

Additionally, since receiving Dairyland's motion, Government counsel have been involved in numerous activities related to other Dairyland discovery requests. In recent weeks, counsel for the Government have been involved in active discovery in other spent nuclear fuel cases, including Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States, No. 04-0083 (Bruggink, J.); Dominion Resources, Inc. and Virginia Electric and Power Co. v. United States, No. 04-0084 (Bruggink, J.); Consolidated Edison Co. of New York, Inc. v. United States, No. 04-033 (Wheeler, J.), and Vermont Yankee Nuclear Power Corp. v. United States, No. 04-898C (Wheeler, J.).

For the foregoing reasons, we respectfully request that the Court grant this request for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Russell A. Shultis by s/ Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

December 21, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of December 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR THE PRODUCTION OF THE FIVE REMAINING DOCUMENTS WITHHELD PURSUANT TO THE PRESIDENTIAL COMMUNICATIONS PRIVILEGE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patrick B. Bryan