IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 04-106C<br>(Chief Judge Damich) |

DEFENDANT'S NOTICE OF SUPPLEMENTAL DOCUMENT PRODUCTION

Defendant, the United States of America, respectfully notifies this Court that, pursuant to its continuing obligation under RCFC 26, the Government earlier today served upon plaintiff, Dairyland Power Cooperative ("Dairyland"), a supplemental production of approximately 700 documents. The Government further provided Dairyland an index identifying the individual Dairyland requests for production to which these documents are potentially responsive, and a supplemental privilege log identifying 217 documents withheld from production on the basis of the attorney-client privilege and/or work product protection. Although the rules of this Court do not require this filing, mindful of the contentious nature of discovery in this case to date, we provide this notice to inform the Court that we have supplemented the Government's discovery responses.

The documents comprising this supplemental production are from the files of two Department of Energy contractor employees. These documents were recently provided to the Department of Justice, after we had completed our production to Dairyland on September 17, 2007, of the documents that we previously had been provided as responsive to Dairyland's

expansive document production requests. Upon receipt of these documents, we processed them, including a privilege review, and provided them to Dairyland. Many of the documents being produced at this time are duplicates of each other or are drafts of documents previously produced to Dairyland in this case.

Throughout discovery, the Government has proceeded diligently and in good faith, in accordance with its obligations. Provision of these materials satisfies our duty under RCFC 26(e) to supplement prior discovery responses with subsequently acquired materials. Moreover, we have accomplished this supplemental production prior to the close of discovery in this case, which does not occur until January 15, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by Scott Slater
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

December 21, 2007