# In the United States Court of Federal Claims

No. 04-106 C
(Filed: January 3, 2008)

| | |
|---|---|
| ************************************** | |
| | * |
| **DAIRYLAND POWER COOPERATIVE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | |

**ORDER**

On January 2, 2008, Defendant filed a Motion for an Enlargement of Time to Submit the White House's Formal Invocation of Presidential Communications Privilege Pursuant to the Court's December 19, 2007 Order, and to Respond to Plaintiff's Motion to Compel Production of the Five Remaining Presidential Communications Privilege Documents. Defendant's motion for an enlargement of time contains a statement of Plaintiff's position, a portion of which is excerpted below:

> In order to accommodate the parties' concerns, and pursuant to RCFC 29, the parties have agreed to continue fact discovery beyond January 15 limited only to completion of briefing and resolution of outstanding discovery motions (including the assertions of the presidential communications privilege) and the conclusion of the three depositions of government personnel.

In light of Plaintiff's position and the outstanding issues related to the presidential communications privilege, Defendant's Motion for an Enlargement of Time to Submit the White House's Formal Invocation of Presidential Communications Privilege Pursuant to the Court's December 19, 2007 Order, and to Respond to Plaintiff's Motion to Compel Production of the Five Remaining Presidential Communications Privilege Documents is GRANTED.

Defendant shall file on or before **Tuesday, January 22, 2008**, a suitable affidavit reflecting a formal invocation of the presidential communications privilege, as required in the Order of December 19, 2007. Defendant shall file a response to Plaintiff's Motion to Compel of December 14, 2007, on or before **Tuesday, January 22, 2008**. Defendant's response to Plaintiff's Motion to Compel shall contain a suitable affidavit reflecting a formal invocation of the presidential communications privilege by appropriate White House officials.

Discovery shall be extended to **Tuesday, January 22, 2008**, for the limited purpose of the submission of the affidavit(s) reflecting a formal invocation of the presidential communications privilege and the response to Plaintiff's Motion to Compel. For all other purposes discovery shall close, as scheduled, on **Tuesday, January 15, 2008**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge