IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO SUBMIT ITS MEMORANDUM OF
LAW IN RESPONSE TO THE COURT'S DECEMBER 11, 2007 ORDER

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a three-day enlargement of time, to and including Monday, January 7, 2008, within which to submit our memorandum of law in response to the Court's December 11, 2007 order requesting supplemental briefing, as well as the supplemental brief that the plaintiff, Dairyland Power Cooperative ("Dairyland"), submitted in response to that order on December 21, 2007.[1] Pursuant to the December 11, 2007 order, the Government's supplemental brief is currently due on January 4, 2008. Counsel for the plaintiff, Dairyland Power

[1] In its December 11, 2007 order, the Court directed the Government to submit briefs regarding the following questions: (1) "[m]ust a party seeking to impose discovery sanctions in connection with a party's failure to adequately discharge the requirements of RCFC 30(b)(6) demonstrate that the violating party acted in bad faith," and, "[i]f so, does the conduct of the government in regard to the principal motion constitute bad faith?," and (2) "[w]hen, if ever, is an invocation of the deliberative process privilege that the Court finds improper and that prevented a party from answering questions in a deposition, particularly one under RCFC 30(b)(6), sanctionable under RCFC 37?" Order, at 3. In the order, Dairyland directed the Court to submit its supplemental brief regarding these questions on December 21, 2007, and the Government to submit its responsive brief on January 4, 2008.

Cooperative ("Dairyland"), Robert Shapiro, has represented that Dairyland does not oppose this request.

Although we had hoped to complete supplemental briefing by January 4, 2008, during the Department of Justice internal review process of our draft response brief, additional areas of research were identified that could not be completed prior to the current deadline. In addition, other case-related obligations, as well as the intervening holiday vacation season, have impeded the ability of counsel for the Government to complete our responsive brief by the current deadline. For example, in recent weeks, counsel for the Government has been engaged in deposition or other pre-trial activities in Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States, No. 04-0083 (Bruggink, J.); Dominion Resources, Inc. and Virginia Electric and Power Co. v. United States, No. 04-0084 (Bruggink, J.); Consolidated Edison Co. of New York, Inc. v. United States, No. 04-033 (Wheeler, J.); and Vermont Yankee Nuclear Power Corp. v. United States, No. 04-898C (Wheeler, J.). Additionally, counsel for the Government has been occupied in recent weeks in completing post-trial briefing activities in Wisconsin Electric Power Co. v. United States, No. 00-697C (Merow, S.J.), in which trial concluded on October 16, 2007. Because of counsel for the Government's participation in these discovery, pre-trial, and post-trial matters, an enlargement of time is necessary to allow the Government sufficient time to prepare an adequate brief in response to the Court's December 11, 2007 order.

For the above reasons, the United States respectfully requests that the Court grant this unopposed motion for a three-day enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/ Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

January 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day of January 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT ITS MEMORANDUM OF IN RESPONSE TO THE COURT'S DECEMBER 11, 2007 ORDER," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patrick B. Bryan