IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT ITS MEMORANDUM OF LAW IN RESPONSE TO THE COURT'S DECEMBER 21, 2007 ORDER REGARDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a two-day enlargement of time, to and including Wednesday, January 9, 2008, within which to submit our memorandum of law in response to the Court's December 21, 2007 order requesting supplemental briefing.[1] Pursuant to the December 21, 2007 order, the Government's supplemental brief is currently due on January 7, 2008. Counsel for the plaintiff, Dairyland Power Cooperative ("Dairyland"), Robert Shapiro, has represented that Dairyland does not oppose this request.

Although we had hoped to complete supplemental briefing by January 7, 2008, other case-related obligations have impeded the ability of Government counsel to do so by the current

[1] In its December 21, 2007 order, the Court directed the Government to "submit a brief on the following questions: Would the summary judgement the Government requests preclude Dairyland from recovering damages stemming from funds transferred to support [plaintiff's subsidiary, Genoa Fuel Tech, Inc.]? If so, what the is legal justification for such a result?" Order, at 1-2 (Fed. Cl. Dec. 21, 2007). The Court's order instructed the United States to submit its brief on or before January 7, 2008, and Dairyland to file its response, if any, on or before January 22, 2008. See id., at 2.

deadline. Since the issuance of the Court's December 21, 2007 order, counsel for the Government in this matter have been involved in numerous discovery and pretrial activities in other spent nuclear fuel ("SNF") cases pending before the Court, including the Dairyland case. For example, in recent weeks, counsel for the Government has been engaged in deposition or other pre-trial activities in Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States, No. 04-0083 (Bruggink, J.); Dominion Resources, Inc. and Virginia Electric and Power Co. v. United States, No. 04-0084 (Bruggink, J.); Consolidated Edison Co. of New York, Inc. v. United States, No. 04-033 (Wheeler, J.); and Vermont Yankee Nuclear Power Corp. v. United States, No. 04-898C (Wheeler, J.). Additionally, counsel for the Government has been occupied in recent weeks in completing post-trial briefing activities in Wisconsin Electric Power Co. v. United States, No. 00-697C (Merow, S.J.), in which trial concluded on October 16, 2007. Because of counsel for the Government's participation in these discovery, pre-trial, and post-trial matters, an enlargement of time is necessary to allow the Government sufficient time to prepare an adequate brief in response to the Court's December 21, 2007 order.

For the foregoing reasons, the United States respectfully requests that the Court grant this unopposed motion for a two-day enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/ Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

January 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day of January 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT ITS MEMORANDUM OF LAW IN RESPONSE TO THE COURT'S DECEMBER 21, 2007 ORDER REGARDING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGEMENT, " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patrick B. Bryan