IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT SUPPLEMENTAL INTERROGATORY RESPONSE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of two days, to and including Wednesday, January 9, 2008, to allow the Government to submit its supplemental response to Dairyland Power Cooperative's ("Dairyland") Interrogatory number 13 pursuant to the Court's order issue on December 21, 2007.[1] This is defendant's first request for an enlargement of time for this purpose. Although counsel for the Government called and left messages for counsel for Dairyland regarding this request, counsel for Dairyland has not responded.

Although we had hoped to complete our supplemental response by January 7, 2008, during the Department of Justice internal review process of our draft response, additional areas of inquiry requiring consultation within the Department of Justice as well as consultation with our client agency, the Department of Energy ("DOE"), were identified, but could not be completed prior to the current deadline. The DOE employees with whom we need to consult have been out of the office due to the holidays and, although we had hoped they would be available today to

[1] Interrogatory number 13 is a contention interrogatory seeking information regarding the Department of Energy's obligation to accept Dairyland's failed fuel in the "but-for" world.

assist in this matter, they have had no or limited time to assist us today because of other pressing matters. In addition, other case-related obligations, as well as intervening holiday vacation plans, have impeded the ability of counsel for the Government to complete our responsive interrogatory response by the current deadline. Among other things, counsel for the Government has been occupied with the post-trial briefing activities in Wisconsin Electric Power Co. V. United States, No. 00-697C (Merow, S.J.), in which the trial concluded on October 16, 2007. Because of the need to consult with DOE as well as the demands of other spent nuclear fuel cases, an enlargement of time is necessary to all the Government sufficient time to prepare an adequate supplemental response to Dairyland's interrogatory.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA A. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

January 7, 2008

CERTIFICATE OF FILING

I hereby certify that on this 7th day of January 2008, a copy of foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT SUPPLEMENTAL INTERROGATORY RESPONSE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis