IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 04-0106C<br>(Chief Judge Damich) |

DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW
IN RESPONSE TO THE COURT'S DECEMBER 21, 2007 ORDER UNDER SEAL

Pursuant to the protective order entered by the Court in this case on August 17, 2006, defendant, the United States, respectfully requests leave of the Court to file under seal the Government's response to the Court's December 21, 2006 order requesting supplemental briefing in connection with the Government's motion for partial summary judgement. The Government's supplemental brief is currently due on January 9, 2008. We anticipate that our brief will refer to documents that have been identified as containing confidential material in accordance with paragraph 1 of the protective order. Defendant intends to include discussions and quotations from these materials in the text of its brief and in the accompanying appendix.

Accordingly, pursuant to paragraph 8 of the August 17, 2006 protective order, we respectfully request that the Court enter an order permitting the United States to file its brief in response to the Court's December 21, 2007 order, as well as our accompanying appendix, under seal.

Respectfully submitted

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis by s/ Patrick B. Bryan
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT C. SLATER
Trial Attorneys
U.S. Department of Justice
Department of Justice

January 8, 2008

CERTIFICATE OF FILING

I hereby certify that on this 8th day of January 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN RESPONSE TO THE COURT'S DECEMBER 21, 2007 ORDER UNDER SEAL," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patrick B. Bryan