IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-0106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION TO SUBMIT
SUPPLEMENTAL INTERROGATORY RESPONSE OUT OF TIME

Defendant, the United States, respectfully requests that the Government be allowed to submit its supplemental response to Dairyland Power Cooperative's ("Dairyland") Interrogatory number 13 [1] out of time. Pursuant to the Court's orders issued on December 21, 2007 and January 8, 2008, the Government's supplemental response was due to be filed on Wednesday, January 9, 2008. Although the Government submitted that response to counsel for Dairyland in a timely way, the Government's response was not filed with the Court on the day it was due. Therefore, the Government respectfully requests that the Court allow the Government to file its supplemental response out of time. Counsel for Dairyland does not oppose the Government's request.

This request is necessary because undersigned counsel of record for the Government was out of the office on sick leave on Wednesday, January 9, 2008. Although other attorneys for the Government timely provided the Government's supplemental response to counsel for Dairyland, they were not aware that the Court's December 21, 2007 order required the Government's response to be filed with the Court. Additionally, several of those same attorneys for the

[1] Interrogatory number 13 is a contention interrogatory seeking information regarding the Department of Energy's obligation to accept Dairyland's failed fuel in the "but-for" world.

Government were involved in the submission of the Government's supplemental brief in response to the Court's December 21, 2007 order regarding the Government's motion for partial summary judgment which was filed on January 9, 2008 as well. The failure to submit the interrogatory response to the Court was an oversight upon our part, but, given that we timely served it on plaintiff, it should cause no prejudice to Dairyland.

For the foregoing reasons, we respectfully request that the Court grant this motion to accept the Government's submission of the supplemental response to interrogatory 13 out of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA A. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

January 10, 2008

CERTIFICATE OF FILING

I hereby certify that on this 10th day of January 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO SUBMIT SUPPLEMENTAL INTERROGATORY RESPONSE OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis

# Attachment