# In the United States Court of Federal Claims

No. 04-106 C
(Filed: January 14, 2008)

**DAIRYLAND POWER COOPERATIVE,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

**ORDER**

Pursuant to the discussion in the status conference of January 11, 2008, trial in this case will now begin at **10:00 a.m.** on **Monday, July 7, 2008**. The Trial Preparation Order of October 31, 2007, is VACATED. As previously noted in the Order of January 3, 2008, discovery shall be extended to **Tuesday, January 22, 2008**, for the limited purpose of the submission of the affidavit(s) reflecting a formal invocation of the presidential communications privilege and the response to Plaintiff's Motion to Compel. For all other purposes discovery shall close, as scheduled, on **Tuesday, January 15, 2008**.

Decisions shall issue regarding the Plaintiff's Motion to Compel Production of Documents Withheld on Deliberative Process Privilege, Attorney-Client Privilege and/or Work Product Doctrine Grounds filed October 5, 2007, Plaintiff's Motions to Compel Production of Presidential Communications Documents filed on September 18 and December 14, 2007, and Defendant's Motion for Summary Judgment Regarding Plaintiff's Claim for Recovery of Off-site Fuel Storage Investments filed August 28, 2007. Shortly after these decisions have issued, the Court shall hold a status conference to discuss reopening discovery for a limited time and a limited purpose and to determine the trial preparation schedule.

Plaintiff's Unopposed Motion for the Court to Schedule a Site Visit is GRANTED. Plaintiff and Defendant shall be prepared to discuss potential dates for the site visit at the next status conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge