IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT ITS AFFIDAVIT CERTIFYING THE GOVERNMENT'S RESPONSES TO INTERROGATORIES PURSUANT TO THE COURT'S DECEMBER 21, 2007 ORDER

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a three-day enlargement of time, to and including Friday, January 18, 2008, within which to submit our certification in support of our responses to interrogatories, pursuant to the Court's December 21, 2007 order in the above-captioned matter.[1] According to that order, the Government's certification is currently due on January 15, 2008. Counsel for the plaintiff, Dairyland Power Cooperative ("Dairyland"), Robert L. Shapiro, has represented that Dairyland does not oppose this request.

Although we had hoped to submit the necessary certification by January 15, 2008, the Department of Justice reviewing attorney for this matter is out of the office on sick leave today, and, consequently, we are unable to complete the necessary internal review process by the current deadline. Additionally, other case-related obligations have impeded the ability of counsel for the

[1] In relevant part, the Court's December 21, 2007 order directed the United States "to submit an affidavit, on or before January 15, 2008, stating, under penalties of perjury, that all its interrogatory responses, including the supplemental responses the Court has ordered, are true and correct." Order, at 6 (Fed. Cl. Dec. 21, 2007).

Government to complete this task by January 15, 2008. In recent weeks, counsel for the Government has been engaged in deposition or other pre-trial activities in Dominion Resources, Inc. and Dominion Nuclear Connecticut, Inc. v. United States, No. 04-0083 (Bruggink, J.); Dominion Resources, Inc. and Virginia Electric and Power Co. v. United States, No. 04-0084 (Bruggink, J.); Consolidated Edison Co. of New York, Inc. v. United States, No. 04-033 (Wheeler, J.); and Vermont Yankee Nuclear Power Corp. v. United States, No. 04-898C (Wheeler, J.). Further, counsel for the Government has been occupied in recent weeks in completing post-trial briefing activities in Wisconsin Electric Power Co. v. United States, No. 00-697C (Merow, S.J.), in which trial concluded on October 16, 2007. Because of the participation of Government counsel in these discovery, pre-trial, and post-trial matters, an enlargement of time is necessary to allow the Government sufficient time to complete an adequate certification pursuant to the Court's December 21, 2007 order.

For the above reasons, the United States respectfully requests that the Court grant this unopposed motion for a three-day enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Russell A. Shultis by s/ Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

January 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 15th day of January 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO SUBMIT ITS AFFIDAVIT CERTIFYING THE GOVERNMENT'S RESPONSES TO INTERROGATORIES PURSUANT TO THE COURT'S DECEMBER 21, 2007 ORDER," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patrick B. Bryan