IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SUBMISSION OF AFFIDAVITS RELATING TO DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, PURSUANT TO THE COURT'S ORDER DATED DECEMBER 21, 2007

Pursuant to the Court's order dated December 21, 2007, defendant, the United States, respectfully submits affidavits "stating, under penalties of perjury, that all its interrogatory responses, including the supplemental responses the Court has ordered, are true and correct." The affidavits are attached to this pleading.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Russell A. Shultis by s/Harold D. Lester
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

January 18, 2007

# ATTACHMENTS

CERTIFICATION AND AFFIDAVIT

I, David Zabransky, state that, in March 2007, I reviewed Defendant's Response to Plaintiff's First Set of Interrogatories As Amended In Response To The Court's February 5, 2007 Order in connection with Dairyland Power Cooperative v. United States, No. 04-0106C (Fed. Cl.), and, on March 23, 2007, I certified that I had provided factual information with regard to the response provided to Interrogatory Nos. 3, 5, 6, 7, 8, 10, 11, 12, 13, and 14. Further, based upon my review of those interrogatory responses, I certified under penalty of perjury in accordance with 28 U.S.C. § 1746 that the answers to those interrogatories were true and accurate to the best of my knowledge, information, and belief.

Since that time, I have reviewed the Government's supplemental responses to Plaintiff's First Set of Interrogatories As Amended In Response To The Court's February 5, 2007 Order, which the Government served on August 7, 2007. The August 7, 2007 answers to Interrogatory Nos. 3, 5, 6, 7, 8, 10, 11, 12, 13, and 14 were the same as those in the Government's March 23, 2007 answers. I have also reviewed the Government's supplemental responses to Interrogatory No. 5, dated December 3, 2007, and Interrogatory No. 13, dated January 9, 2008.

In response to the Court's order in Dairyland dated December 21, 2007, I hereby recertify that the answers to Interrogatory Nos. 3, 6, 7, 8, 10, 11, 12, and 14 in the Government's March 23 and August 7, 2007 interrogatory responses, and certify that the answers to Interrogatory No. 5 in the Government's December 3, 2007 supplemental response and to Interrogatory No. 13 in the Government's January 9, 2008 supplemental response, are true and accurate to the best of my knowledge, information, and belief.

Dated: January 18, 2008

DAVID ZABRANSKY

CERTIFICATION AND AFFIDAVIT

I, Jane K. Taylor, state that I have reviewed Interrogatory Response Nos. 9, 15, 16, and 17 of Defendant's Response To Plaintiff's First Set Of Interrogatories As Amended In Response To The Court's February 5, 2007 Order And Supplemented Following The Close Of Fact Discovery, which are dated August 7, 2007, in Dairyland Power Cooperative v. United States, No. 04-106C (Fed. Cl.). It is my understanding that Interrogatory Nos. 9, 15, 16, and 17 seek the disclosure of the contentions that the United States will raise with regard to particular matters in the Dairyland case, following the close of fact discovery in this case. Based upon my review of the supplemental responses dated August 7, 2007, and following my consultation with attorneys from the United States Department of Justice regarding these matters, I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the legal contentions that are identified in the Government's supplemental responses to Interrogatory Nos. 9, 15, 16, and 17 are true and accurate to the best of my knowledge, information, and belief.

Dated: January 18, 2008

Jane K Taylor

JANE K. TAYLOR
Office of the General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

CERTIFICATION AND AFFIDAVIT

I, Thomas Pollog, state that, in March 2007, I reviewed Defendant's Response to Plaintiff's First Set of Interrogatories As Amended In Response To The Court's February 5, 2007 Order in connection with Dairyland Power Cooperative v. United States, No. 04-0106C (Fed. Cl.), and, on March 23, 2007, I certified that I had provided factual information with regard to the response provided to Interrogatory Nos. 1, 2, 4, and 18. Further, based upon my review of those interrogatory responses, I certified under penalty of perjury in accordance with 28 U.S.C. § 1746 that the answers were true and accurate to the best of my knowledge, information, and belief. Since that time, I have reviewed the Government's supplemental responses to Plaintiff's First Set of Interrogatories As Amended In Response To The Court's February 5, 2007 Order, which the Government served on August 7, 2007. The August 7, 2007 answers to Interrogatory Nos. 1, 2, 4, and 18 were the same as those in the Government's March 23, 2007 answers.

In response to the Court's order in Dairyland dated December 21, 2007, I hereby recertify that the answers to Interrogatory Nos. 1, 2, 4, and 18 in the Government's March 23 and August 7, 2007 responses are true and accurate to the best of my knowledge, information, and belief.

Dated: January 18, 2008

THOMAS POLLOG

## CERTIFICATION AND AFFIDAVIT

I, Bernard White, Technical Assistant, Spent Fuel Storage and Transportation Division, Nuclear Regulatory Commission, state that, in March 2007, I reviewed Defendant's Response to Plaintiff's First Set of Interrogatories which were propounded in connection with Dairyland Power Cooperative v. United States, No. 04-0106C and, on March 22, 2007, I certified that I had provided factual information with regard to the response to Interrogatory Nos. 1, 2, and 10. Further, based upon my review, I certified under penalty of perjury in accordance with 28 U.S.C. § 1746 that the answers were true and accurate to the best of my knowledge, information, and belief. Since that time, I have reviewed the Government's supplemental responses to Plaintiff's First Set of Interrogatories As Amended in Response to the Court's February 5, 2007 Order, which the Government served on August 7, 2007. The August 7, 2007 answers to Interrogatory Nos. 1, 2, and 10 were the same as those in the Government's March 23, 2007 answers.

In response to the Court's order in Dairyland dated December 21, 2007, I hereby recertify under penalty of perjury in accordance with 28 U.S.C. § 1746 that the answers to Interrogatory Nos. 1, 2, and 10 in the Government's March 23 and August 7, 2007 responses are true and accurate to the best of my knowledge, information, and belief.

Dated: January 18, 2008

BERNARD WHITE

CERTIFICATE OF FILING

I hereby certify that on this 18th day of January 2008, a copy of the foregoing "DEFENDANT'S SUBMISSION OF AFFIDAVITS RELATING TO DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, PURSUANT TO THE COURT'S ORDER DATED DECEMBER 21, 2007" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.