# In the United States Court of Federal Claims

No. 04-106 C
(Filed: February 21, 2008)

| | |
|---|---|
| ************************************* | |
| | * |
| **DAIRYLAND POWER COOPERATIVE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

## ORDER

A telephonic, status conference to discuss reopening discovery for a limited time and a limited purpose and to review the trial preparation schedule shall be held on **Thursday, March 20, 2008, at 2:00 p.m.** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for audio recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website. Should the parties have any questions, they may contact law clerk Amy Hogan-Burney at (202) 357-6491.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge