IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, Plaintiff, | ) | |
| v. | ) | No. 04-106C (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S NOTICE OF PRODUCTION AND SUBMISSION OF AMENDED PRIVILEGE LOG

Defendant, the United States of America, respectfully notifies this Court that, pursuant to the Court's order dated February 22, 2008, it has, this day, served upon plaintiff, Dairyland Power Cooperative ("Dairyland"), the following 14 documents: Ref. Nos. S184, S1073, S1074, S1127, S1128, S1129, S11, S591, S592, S596, S597, S598, S684, and S700.[1] Previously, the Government had withheld these documents under the deliberative process privilege, the attorney-client privilege, and/or the attorney work product doctrine.

Further, the Government submits the attached excerpted privilege log, amended in accordance with the Court's February 22, 2008 order. Our amended log covers the following eight documents: Ref. Nos. S6, S251, S252, S589, S590, S604, S594, and S595. In conjunction with the Court's order, the Government hereby renews its claims of privilege over these documents.

[1] For the sake of consistency, we have referred to these documents by the "Ref. No." system applied by Dairyland and utilized by the Court. The documents' corresponding Bates numbers appear in the textual portion of the Court's February 22, 2008 order.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Scott Slater
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

February 29, 2008

ATTACHMENT

**Excerpted Privilege Log for Dairyland Production**
**Amended Pursuant to Court Order Dated 2/22/08**

| Ref. No. | FIRST IMAGE | LAST IMAGE | DATE | AUTHOR | ADDRESSEE | ORIGINAL DESCRIPTION | AMENDED DESCRIPTION | PRIV. |
|---|---|---|---|---|---|---|---|---|
| S6 | CTR358 0612 | CTR358 0614 | | Taylor, J. | | WHITEPAPER REGARDING ACR/DCS PROCESS; CONTAINS LEGAL ANALYSIS OF STANDARD CONTRACT PROVIDED BY COUNSEL.<br>AC ATTORNEY: J. TAYLOR (DOE-OGC). | WHITEPAPER REGARDING ACR/DCS PROCESS; CONTAINS LEGAL ADVICE AND ANALYSIS OF STANDARD CONTRACT PROVIDED BY J. TAYLOR, DOE-OGC, IN RESPONSE TO REQUEST FOR SAME BY DOE'S OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT; ADVICE AND ANALYSIS COMMUNICATED BY J. TAYLOR TO OCRWM.<br>AC ATTORNEY: J. TAYLOR (DOE-OGC). | AC |
| S251 | CTR610 3228 | CTR610 3253 | 06/21 2004 | Benz, E., Kordyak, A.. | Best, R. | EMAIL AND ATTACHED WHITEPAPER REGARDING SHIPMENTS OF SNF TO YUCCA MOUNTAIN; PREPARED AT THE DIRECTION OF COUNSEL, IN PART, IN CONNECTION WITH LITIGATION PENDING BEFORE THE COURT OF FEDERAL CLAIMS; BEARS LEGEND "LITIGATION SENSITIVE INFORMATION, SETTLEMENT DISCUSSION & PREPARED AT THE DIRECTION OF AN ATTORNEY."<br>AC/AW ATTORNEY: A. KORDYAK (DOE-OGC). | EMAIL AND ATTACHED WHITEPAPER REGARDING FORM OF SHIPMENT OF SPENT NUCLEAR FUEL TO YUCCA MOUNTAIN; CONTAINS LEGAL ADVICE PROVIDED BY A. KORDYAK, DOE-OGC, TO DOE'S OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT AT REQUEST OF THEN-DIRECTOR, P. GOLAN; PREPARED BY AND AT THE DIRECTION OF COUNSEL FOR DOE, IN PART, IN CONNECTION WITH SNF LITIGATION PENDING BEFORE THE COURT OF FEDERAL CLAIMS; DOCUMENT CONTAINS COUNSEL'S MENTAL IMPRESSIONS, CONCLUSIONS, AND LEGAL OPINIONS; BEARS LEGEND "LITIGATION SENSITIVE INFORMATION, SETTLEMENT DISCUSSION & PREPARED AT THE DIRECTION OF AN ATTORNEY."<br>AC/AW ATTORNEY: A. KORDYAK (DOE-OGC). | AC/AW |

**Excerpted Privilege Log for Dairyland Production**
**Amended Pursuant to Court Order Dated 2/22/08**

| Ref. No. | FIRST IMAGE | LAST IMAGE | DATE | AUTHOR | ADDRESSEE | ORIGINAL DESCRIPTION | AMENDED DESCRIPTION | PRIV. |
|---|---|---|---|---|---|---|---|---|
| S252 | CTR610 3254 | CTR610 3279 | 06/19 2004 | Benz, E., Kordyak, A. | Best, R. | EMAIL AND ATTACHED WHITEPAPER REGARDING SHIPMENTS OF SNF TO YUCCA MOUNTAIN; PREPARED AT THE DIRECTION OF COUNSEL, IN PART, IN CONNECTION WITH LITIGATION PENDING BEFORE THE COURT OF FEDERAL CLAIMS; BEARS LEGEND "LITIGATION SENSITIVE INFORMATION, SETTLEMENT DISCUSSION & PREPARED AT THE DIRECTION OF AN ATTORNEY." AC/AW ATTORNEY: A. KORDYAK (DOE-OGC). | EMAIL AND ATTACHED WHITEPAPER REGARDING FORM OF SHIPMENT OF SPENT NUCLEAR FUEL TO YUCCA MOUNTAIN; CONTAINS LEGAL ADVICE PROVIDED BY A. KORDYAK, DOE-OGC, TO DOE'S OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT AT REQUEST OF THEN-DIRECTOR, P. GOLAN; PREPARED BY AND AT THE DIRECTION OF COUNSEL FOR DOE, IN PART, IN CONNECTION WITH SNF LITIGATION PENDING BEFORE THE COURT OF FEDERAL CLAIMS; DOCUMENT CONTAINS COUNSEL'S MENTAL IMPRESSIONS, CONCLUSIONS, AND LEGAL OPINIONS; BEARS LEGEND "LITIGATION SENSITIVE INFORMATION, SETTLEMENT DISCUSSION & PREPARED AT THE DIRECTION OF AN ATTORNEY." AC/AW ATTORNEY: A. KORDYAK (DOE-OGC). | AC/AW |
| S589 | HQR501 1446 | HQR501 1448 | 6/12 2006 | Getz, T. | | WHITEPAPER CONTAINING LEGAL ANALYSIS AND ADVICE OF DOE COUNSEL REGARDING PROVISIONS FOR INTERIM STORAGE UNDER THE NWPA; ADVICE PROVIDED IN CONJUNCTION WITH DOE-OCG'S RESPONSIBILITY TO SUPPLY LEGAL SERVICES TO DOE. AC ATTORNEY: T. GETZ (DOE-OGC). | WHITEPAPER CONTAINING LEGAL ANALYSIS AND ADVICE BY T. GETZ, DOE-OGC, REGARDING PROVISIONS FOR INTERIM STORAGE OF SPENT NUCLEAR FUEL UNDER THE NWPA; ADVICE COMMUNICATED BY T. GETZ TO DOE'S OFFICE OF NUCLEAR ENERGY IN RESPONSE TO REQUEST BY NE FOR SAME; ADVICE RENDERED IN CONJUNCTION WITH DOE-OGC'S RESPONSIBILITY TO SUPPLY LEGAL SERVICES TO DOE. AC ATTORNEY: T. GETZ (DOE-OGC). | AC |

**Excerpted Privilege Log for Dairyland Production**
**Amended Pursuant to Court Order Dated 2/22/08**

| Ref. No. | FIRST IMAGE | LAST IMAGE | DATE | AUTHOR | ADDRESSEE | ORIGINAL DESCRIPTION | AMENDED DESCRIPTION | PRIV. |
|---|---|---|---|---|---|---|---|---|
| S590 | HQR501 1449 | HQR501 1452 | | Taylor, J. | | MEMORANDUM CONTAINING LEGAL ADVICE AND ANALYSIS BY COUNSEL FOR DOE PROVIDE IN RESPONSE TO REQUEST FOR SAME; PERTAINS TO DOE AUTHORITY TO PROVIDE INTERIM STORAGE OF COMMERCIAL SPENT NUCLEAR FUEL; ADVICE RENDERED AS PART OF DOE-OGC'S RESPONSIBILITY TO PROVIDE LEGAL SERVICES TO DOE. AC ATTORNEY: DOE-OGC. | MEMORANDUM CONTAINING LEGAL ADVICE AND ANALYSIS BY J. TAYLOR, DOE-OGC, PROVIDED IN RESPONSE TO REQUEST FOR SAME BY DOE'S OFFICE OF CONGRESSIONAL AFFAIRS; ADVICE AND ANALYSIS COMMUNICATED BY J. TAYLOR TO OCA; PERTAINS TO DOE AUTHORITY TO PROVIDE INTERIM STORAGE OF COMMERCIAL SPENT NUCLEAR FUEL; ADVICE RENDERED AS PART OF DOE-OGC'S RESPONSIBILITY TO PROVIDE LEGAL SERVICES TO DOE. AC ATTORNEY: J. TAYLOR. | AC |
| S604 | HQR505 0209 | HQR505 0215 | 2006 | Taylor, J. | | DRAFT WHITEPAPER REGARDING INTERIM STORAGE CONTAINING LEGAL ADVICE AND ANALYSIS OF COUNSEL FOR DOE REGARDING SPENT NUCLEAR FUEL LITIGATION; PREPARED BY AN ATTORNEY, AND CONTAINS MENTAL IMPRESSIONS OF COUNSEL REGARDING THE LITIGATION; BEARS LEGEND "PRIVILEGED - PREDECISIONAL - DELIBERATIVE PROCESS - PREPARED AT THE DIRECTION OF AN ATTORNEY FOR LITIGATION PURPOSES." AW ATTORNEY: DOE-OGC. | DRAFT WHITEPAPER REGARDING DOE STRATEGY RELATING TO INTERIM STORAGE OF SPENT NUCLEAR FUEL, FY 2008-2012, AND POTENTIAL EFFECTS UPON SNF LITIGATION PENDING BEFORE COURT OF FEDERAL CLAIMS, INCLUDING LIABILITY ESTIMATES GENERATED AT REQUEST OF COUNSEL; CONTAINS LEGAL ADVICE AND ANALYSIS BY J. TAYLOR, DOE-OGC, AS REQUESTED BY AND COMMUNICATED TO OCRWM; PREPARED BY COUNSEL FOR DOE IN ANTICIPATION OF SNF LITIGATION; DOCUMENT CONTAINS COUNSEL'S MENTAL IMPRESSIONS REGARDING INTERIM STORAGE AND LITIGATION; BEARS LEGEND "PRIVILEGED - PREDECISIONAL - DELIBERATIVE PROCESS - PREPARED AT THE DIRECTION OF AN ATTORNEY FOR LITIGATION PURPOSES." AW ATTORNEY: J. TAYLOR. | AW |

**Excerpted Privilege Log for Dairyland Production**
**Amended Pursuant to Court Order Dated 2/22/08**

| Ref. No. | FIRST IMAGE | LAST IMAGE | DATE | AUTHOR | ADDRESSEE | ORIGINAL DESCRIPTION | AMENDED DESCRIPTION | PRIV. |
|---|---|---|---|---|---|---|---|---|
| S594 | HQR502 0097 | HQR502 0099 | 11/15 2004 | Kouts, C., Taylor, J. | | LETTER REQUESTING COUNSEL REVIEW AND LEGAL ADVICE REGARDING ATTACHED DRAFT DCS OPTIONS PAPER; DRAFT PAPER REFLECTS LEGAL ADVICE OF COUNSEL ON DCS OPTIONS, PROVIDED AS PART OF DOE-OGC'S RESPONSIBILITY TO SUPPLY LEGAL SERVICES TO DOE; BEARS LEGEND "PREPARED AT THE DIRECTION OF AN ATTORNEY." AC ATTORNEY: J. TAYLOR (DOE-OGC). | LETTER FROM C. KOUTS TO M. CHU AND T. GARRISH REFLECTING REQUEST FOR COUNSEL REVIEW AND LEGAL ADVICE AS CONTAINED WITHIN ATTACHED DRAFT OPTIONS PAPER; ADVICE PROVIDED BY J. TAYLOR, DOE-OGC, AND COMMUNICATED TO DOE'S OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT IN RESPONSE TO REQUEST BY OCRWM FOR SAME; PERTAINS TO OPTIONS FOR DISPOSITION BY DOE OF RECENTLY SUBMITTED DELIVERY COMMITMENT SCHEDULES; ADVICE RENDERED AS PART OF DOE-OGC'S RESPONSIBILITY TO SUPPLY LEGAL SERVICES TO DOE; BEARS LEGEND "PREPARED AT THE DIRECTION OF AN ATTORNEY." AC ATTORNEY: J. TAYLOR (DOE-OGC). | AC |
| S595 | HQR502 0100 | HQR502 0103 | 2004 | Taylor, J. | | DRAFT DCS OPTIONS PAPER REFLECTING LEGAL ADVICE OF COUNSEL PURSUANT TO REQUEST FOR SAME; REVIEW SOUGHT IN CONJUNCTION WITH DOE-OGC'S RESPONSIBILITY TO PROVIDE LEGAL SERVICES TO DOE; BEARS LEGEND "PREPARED AT THE DIRECTION OF AN ATTORNEY." AC ATTORNEY: J. TAYLOR (DOE-OGC). | DRAFT OPTIONS PAPER CONTAINING LEGAL ADVICE BY J. TAYLOR, DOE-OGC; ADVICE COMMUNICATED TO DOE'S OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT IN RESPONSE TO REQUEST BY OCRWM FOR SAME; PERTAINS TO OPTIONS FOR DISPOSITION BY DOE OF RECENTLY SUBMITTED DELIVERY COMMITMENT SCHEDULES; ADVICE RENDERED AS PART OF DOE-OGC'S RESPONSIBILITY TO SUPPLY LEGAL SERVICES TO DOE; BEARS LEGEND "PREPARED AT THE DIRECTION OF AN ATTORNEY." AC ATTORNEY: J. TAYLOR (DOE-OGC). | AC |

CERTIFICATE OF FILING

I hereby certify that on this 29th day of February 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF PRODUCTION AND SUBMISSION OF AMENDED PRIVILEGE LOG" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater