IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, Plaintiff, | ) | |
| v. | ) | No. 04-106C (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO PRODUCE DOCUMENTS PURSUANT TO THE COURT'S MARCH 17, 2008 ORDER

Pursuant to RCFC 6(b), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including April 4, 2008, within which to produce to plaintiff, Dairyland Power Cooperative ("Dairyland"), the six documents that the Court directed the Government to produce in its March 17, 2008 order regarding Dairyland's September 18 and December 14, 2007 motions to compel the production of documents withheld subject to the presidential communications privilege.[1] Pursuant to the Court's March 17, 2008 order, the Government currently is required to produce these six documents to Dairyland "on or before 5:00 p.m. on March 21, 2008." Order, at 13 (Fed. Cl. Mar. 17, 2008). This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Robert Shapiro, has indicated that Dairyland intends to oppose the Government's request.

[1] The six specific documents that the Court directed the Government to produce (either in whole or in part) have been identified by Dairyland with the following reference numbers: Nos. E154 (Bates-stamped HQR0290177–HQR0290190), E171 (Bates-stamped HQR032021 – HQR0320245), E112 (Bates-stamped CTR0400568 – CTR0400583), E178 (Bates-stamped HQR0421452 – HQR0421464), E153 (Bates-stamped HQR0290044 – HAR0290051), and E156 (only the page Bates-stamped HQR0290826).

As the Court is aware, the Department of Justice has a critical interest in maintaining the integrity of the presidential communications privilege, as the privilege "is fundamental to the operation of Government and inextricably rooted in the separation of powers under the Constitution." United States v. Nixon, 418 U.S. 683, 708 (1974). Given that the Court's March 17, 2008 opinion implicates the contours of this essential governmental privilege, the United States seeks this enlargement of time to ensure that the Department of Justice has sufficient time to review this decision internally and with its clients to determine whether, and to what extent, it is necessary to pursue an interlocutory appeal of the Court's order.

Further necessitating this request is the fact that the Court's March 17, 2008 order requires the Government to produce the subject documents to Dairyland within a mere four days after the date of the order's issuance. Additional time is necessary to determine whether, and to what extent, it is necessary to pursue interlocutory relief. A 14-day enlargement of time will allow for the consultations and discussions that are part of the Department of Justice deliberative process for considering whether to appeal, including deciding whether to seek approval from the Solicitor General's Office to initiate the appeals process. For these reasons, and in light of the "high respect" and deference that the judiciary affords the Executive in litigation proceedings implicating presidential confidentiality interests, see Cheney v. United States District Court for the District of Columbia, 542 U.S. 367, 385 (2004), we respectfully request that the Court grant the Government's request for a 14-day enlargement of time within which to produce to Dairyland the six documents identified in the Court's March 17, 2008 order.

Accordingly, for the foregoing reasons, the United States respectfully requests that the Court grant this motion for a 14-day enlargement of time within which to produce the six documents identified by the Court in its March 17, 2008 order.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Patrick B. Bryan
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 305-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

PATRICK B. BRYAN
JOSHUA E. GARDNER
PATRICK B. BRYAN
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

March 20, 2008

CERTIFICATE OF FILING

I hereby certify that on this 20th day of March 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO PRODUCE DOCUMENTS PURSUANT TO THE COURT'S MARCH 17, 2008 ORDER," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Harold D. Lester, Jr.