# In the United States Court of Federal Claims

No. 04-106 C
(Filed: March 20, 2008)

*************************************
*
DAIRYLAND POWER COOPERATIVE, *
*
Plaintiff, *
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Pursuant to the discussion in the status conference today, discovery shall be reopened from March 21, 2008 to April 18, 2008, for the limited purpose of the depositions of three Government witnesses: Mr. Zabransky, Mr. Pollog and Mr. Kouts.

The Court issued a Trial Preparation Order on February 21, 2008, and on March 6, 2008, a joint motion to amend was filed. The Joint Motion to Amend Trial Preparation Order is GRANTED. The Trial Preparation Order is modified as follows:

| | |
|---|---|
| Paragraph 2(c)(ii)(1)(c) and (2)(c) | Absent good cause, the memorandum shall not exceed 50 pages. |
| Paragraph 3(a)(ii) | Documentary exhibits shall be contained in binders and shall be numbered and paginated, with tabs demarcating each exhibit. The pagination may make use of the existing Bates-stamped numbers. |

Additionally, if any of the dates in the Trial Preparation Order are not acceptable counsel shall confer, select at least two mutually agreed upon alternative dates and contact law clerk Amy Hogan-Burney at (202) 357-6491 to revise the schedule.

As previously ordered Plaintiff's Unopposed Motion for the Court to Schedule a Site Visit is GRANTED. The site visit to La Crosse Boiling Water Reactor in Genoa, Wisconsin is tentatively scheduled for June 2, 2008, beginning at 9:00 a.m. Counsel for Dairyland shall call Ms. Ellan Jackson at (202) 357-6483 to confirm this date.

Trial shall begin in this matter on July 7, 2008, at 10:00 a.m. Trial is scheduled to end on July 23, 2008. Each party shall be allocated equal time; therefore, if the matter proceeds as scheduled Dairyland shall complete its case on July 15, 2008, before lunch. The Government shall begin its case on July 15, 2008, after lunch and trial shall conclude at 4:00 p.m. on July 23, 2008.[1] Additionally, if required, Dairyland shall reserve an appropriate amount of time from the allocation of time above for rebuttal.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1]This calculation assumes that trial begins at 10:00 a.m. and ends at 4:00 p.m., with one hour for lunch and two fifteen minute breaks each day.