IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0106C<br>(Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION
TO CANCEL TELEPHONIC STATUS CONFERENCE

Defendant, the United States, respectfully requests that, in light of recent events, the Court cancel its status conference scheduled for Friday, April 4, 2008. Counsel for plaintiff, Robert Shapiro, has indicated that the plaintiff, Dairyland Power Cooperative ("Dairyland"), does not oppose this motion.

On March 17, 2008, this Court ordered the United States to produce five documents and a portion of a sixth document to Dairyland, which the Government had originally withheld pursuant to the presidential communications privilege. Following a status conference on March 20, 2008, this Court granted the Government's request for a 14-day enlargement of time to produce those documents to Dairyland, to and including April 4, 2008, to allow the Government to consider whether further action or court review regarding the Government's privilege claims might be necessary. The Court also scheduled a telephonic status conference to discuss the production of those six documents for Friday, April 4, 2008, at 10:00 a.m.

The Government has elected not to seek further review of this Court's order, and, on April 2, 2008, the Government submitted the documents subject to the Court's March 17, 2008 order to counsel for Dairyland. Because the documents that were the subject of discussions have

now been produced, there seems no need for the Court to hold an unnecessary status conference at this time.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion to cancel the telephonic status conference currently scheduled for Friday, April 4, 2008, at 10:00 a.m.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

SCOTT SLATER
JOSHUA E. GARDNER
PATRICK B. BRYAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

April 2, 2008

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of April, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO CANCEL TELEPHONIC STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Patrick B. Bryan