IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed: April 23, 2008

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | No. 04-0106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION TO AMEND TRIAL PREPARATION ORDER

Pursuant to RCFC 7(b), plaintiff Dairyland and defendant, the United States, respectfully request that the Court modify the Trial Preparation Order issued on February 21, 2008 by enlarging the time for the parties to submit their respective objections to each other's proposed trial exhibits by ten (10) days, from April 29, 2008 to May 9, 2008. This is the parties' first request for an enlargement of time for this purpose.

The parties request this additional time to ensure that they have adequate time to review the other side's proposed trial exhibits and consider their objections to such exhibits. On April 18, 2008, the parties exchanged their trial exhibit lists. Both exhibit lists contain hundreds of documents — 834 exhibits for Dairyland, 622 for the government. As required by the Trial Preparation Order, the parties are scheduled to exchange sets of their respective exhibits on April 25, 2008. Therefore, under the current Trial Preparation Order, the parties have only three days (and only one business day) to review each other's exhibits and determine what objections they may have. This shortened period of time will likely require the parties to lodge objections to numerous exhibits that they have not had sufficient time to provide thoughtful objections.

The parties believe that allowing the parties an additional ten days to review the proposed trial exhibits will result in better and likely fewer objections than under the current schedule and, therefore, likely require less time of the Court to address and resolve such objections. Further necessitating the requested 10-day enlargement is that counsel for Dairyland and the government who are primarily responsible for lodging objections to the proposed trial exhibits are scheduled to be out of the office for multiple days next week. The parties do not believe that this request will result in any other changes to the Court's Trial Preparation Order.

Accordingly, for the foregoing reasons, the parties jointly request that the Court modify the Trial Preparation Order by enlarging the time for the parties to submit their respective objections to each other's proposed trial exhibits by ten (10) days, from April 29, 2008 to May 9, 2008.

Respectfully submitted,

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

April 23, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis by s/Jerry Stouck
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant