# APPENDIX A

**Arthur, John**

Deposition Testimony dated 9/22/05

8:20 - 9:15
10:9 - 11:20
116:8 - 118:11
118:12 - 120:19
136:5 - 137:6
194:6 - 194:20
196:3 - 197:17

**Barrett, Lake**

Deposition Testimony dated 4/22/02

10:21 - 11:8
50:1 - 59:11
74:2 - 74:15
84:2 - 93:8
116:14 - 122:6
149:5 - 149:21
159:16 - 160:19
196:22 - 198:10

Deposition Testimony dated 4/23/02

337:10 - 350:11
414:14 - 415:9
425:12 - 427:13

Deposition Testimony dated 4/26/02

706:19 - 707:15
761:19 - 763:12
763:13 - 764:3
793:20 - 796:3

Deposition Testimony dated 5/8/02

900:6 - 900:10
945:13 - 953:7
962:13 - 964:7
1050:1 - 1050:9

Deposition Testimony dated 5/10/02

1163:10 - 1166:7
1284:19 - 1286:7
1301:21 - 1307:17
1331:21 - 1334:16
1346:19 - 1347:13
1369:4 - 1371:21

Deposition Testimony dated 5/14/02

64:6 - 65:24
71:3 - 72:18
90:16 - 91:8
120:22 - 121:10
174:7 - 177:19
178:3 - 178:12

Deposition Testimony dated 5/15/02

339:13 - 340:6
363:19 - 363:24
364:20 - 365:11
394:11 - 395:17

**Brownstein, Alan**

Deposition Testimony dated 4/9/02

9:18 - 10:14
18:17 - 18:19
27:22 - 29:11
31:10 - 32:5
33:7 - 36:18
37:3 - 37:9
40:7 - 41:23
79:22 - 80:14
98:17 - 100:17
136:7 - 136:25

Deposition Testimony dated 4/10/02

| | |
|---|---|
| 275:25 - 277:9 | 412:16 - 412:21 |
| 278:12 - 278:24 | 414:13 - 415:13 |
| 282:5 - 283:15 | 420:23 - 421:24 |
| 283:10 - 283:15 | 424:1 - 425:3 |
| 299:15 - 299:20 | 439:4 - 443:19 |
| 329:14 - 330:12 | 452:9 - 453:7 |
| 343:17 - 344:8 | 455:24 - 457:14 |
| 376:22 - 378:5 | 459:17 - 460:12 |
| 405:16 - 405:20 | 460:13 - 463:3 |

Deposition Testimony dated 4/11/02

630:9 - 631:17

Deposition Testimony dated 5/23/02

104:18 - 107:13
216:10 - 220:20

WEPCO Trial Testimony dated 10/9/07

| | |
|---|---|
| 5023:4 - 5023:24 | 5075:16 - 5076:1 |
| 5024:16 - 5025:16 | 5077:9 - 5079:11 |
| 5026:8 - 5026:22 | 5082:21 - 5083:12 |
| 5068:8 - 5068:18 | 5083:25 - 5085:3 |
| 5073:21 - 5074:17 | 5117:11 - 5119:23 |

**Burgoyne, Robert**

Deposition Testimony dated 7/8/04

11:17 - 11:21
13:1 - 13:7
119:12 - 120:6
132:16 - 133:22
137:8 - 138:10

**Cole, Billy**

Deposition Testimony dated 3/12/02:

| | |
|---|---|
| 33:10 - 36:24 | 106:14 - 112:14 |
| 34:4 - 36:24 | 129:5 - 132:1 |
| 74:23 - 75:14 | 162:14 163:16 |
| 78:11 - 81:13 | 171:9 - 176:8 |
| 103:11 - 104:12 | 201:4 - 203:5 |

Deposition Testimony dated 3/13/02

345:13 - 346:10
354:18 - 355:13

Deposition Testimony dated 6/4/02

199:5 - 200:11

**Klein, Keith**

Deposition Testimony dated 5/22/02

| | |
|---|---|
| 12:1 - 12:9 | 73:6 - 74:9 |
| 18:12 - 18:23 | 79:8 - 80:16 |
| 19:22 - 20:3 | 85:21 - 87:2 |
| 54:23 - 57:10 | 134:21 - 135:5 |
| 61:10 - 61:20 | 136:21 - 137:18 |
| 62:14 - 62:20 | 138:23 - 139:11 |

**Klein, Susan**

Deposition Testimony Dated 4/24/02

| | |
|---|---|
| 10:19 - 12:15 | 172:7 - 172:14 |
| 11:10 - 23:15 | 239:13 - 239:16 |
| 31:5 - 32:5 | 246:14 - 247:4 |
| 61:20 - 62:14 | 247:18 - 248:5 |
| 84:16 - 85:1 | 147:18 - 148:5 |
| 146:22 - 147:15 | 252:19 - 253:5 |
| 149:1 - 150:21 | |

Deposition dated 4/25/02

283:16 - 284:6
285:2 - 286:10
291:2 - 291:11
351:6 - 352:21
354:1 - 354:16
388:11 - 389:12
516:13 - 516:17
524:17 - 525:8
528:2 - 528:7

**Kouts, Christopher**

Yankee Trial Testimony dated 8/2/04

3443:24 - 3445:9
3445:21 - 3448:1
3517:3 - 3517:22

Southern Trial Testimony dated 10/26/05

1743:15 - 1747:11
1773:8 - 1774:6
1774:25 - 1775:6
1792:2 - 1793:12
1816:19 - 1818:6
1819:2 - 1822:8
1822:20 - 1822:25
1831:17 - 1833:8
1837:5 - 1837:10
1845:15 - 1847:6

TVA Trial Testimony dated 7/11/05

1385:13 - 1388:25

TVA Trial Testimony dated 7/12/05

1579:1 - 1579:15
1582:12 - 1582:25

PG&E Trial Testimony dated 6/14/06

2775:16 - 2777:5
2806:20 - 2809:14
2817:16 - 2819:25
2825:1 - 2826:2
2828:24 - 2829:7
2884:13 - 2885:24
2886:17 - 2887:9

Deposition Testimony dated 10/11/06

63:7 - 64:21
73:11 - 73:22

Northern States Trial Testimony dated 11/13/06

3134:3 - 3137:22
3235:9 - 3237:12

Northern States Trial Testimony dated 11/14/06

3356:21 - 3358:12
3359:8 - 3359:16
3363:4 - 3366:24
3380:16 - 3382:16
3481:12 - 3481:19
3534:5 - 3534:11

System Fuels Trial Testimony dated 4/12/07

3343:11 - 3344:20
3461:1 - 3461:15
3469:17 - 3470:7
3470:21 - 3472:19
3476:3 - 3477:1
3478:6 - 3481:1
3484:1 - 3484:15
3521:15 - 3524:1

Deposition Testimony dated 5/1/07

42:4 - 43:1
166:16 - 167:14
172:21 - 173:9
176:10 - 177:16
177:22 - 179:5
180:18 - 181:21
190:5 - 191:14
192:11 - 193:1
193:7 - 194:6
200:17 - 202:1
206:18 - 209:11
223:6 - 224:4
244:16 - 245:1
245:19 - 247:1
247:9 - 248:20
255:4 - 256:16
261:13 - 262:15

Deposition Testimony dated 5/2/07

376:7 - 377:3
383:11 - 383:17
384:7 - 390:3

WEPCO Trial Testimony dated 10/9/07

5142:4 - 5143:24

WEPCO Trial Testimony dated 10/10/07

5256:4 - 5256:13
5256:23 - 5258:1
5259:3 - 5260:12
5261:13 - 5262:8

**Lawrence, Michael**

Deposition Testimony dated 5/20/02

142:17 - 143:9
149:3 - 149:9
201:8 - 201:18
201:22 - 202:20

**Milner, Ronald**

Deposition Testimony dated 5/1/02

9:3 - 9:22
11:23 - 12:8
12:17 - 13:20
73:10 - 73:22
83:15 - 85:14
114:19 - 117:23

Deposition Testimony dated 5/2/02

217:8 - 217:22
232:7 - 232:16
232:22 - 233:9
245:19 - 249:2
330:19 - 335:11
356:13 - 357:4
372:24 - 375:10
378:20 - 378:25
389:8 - 391:19
393:5 - 394:19
398:1 - 402:4

Deposition Testimony dated 5/3/02

418:18 - 418:25
419:1 - 419:24
447:2 - 448:1
448:9 - 448:15
524:23 - 525:24
575:21 - 578:2

Deposition Testimony dated 5/7/02

17:5 - 25:21
28:11 - 32:11
37:9 - 37:22
40:5 - 40:11

Deposition Testimony dated 5/7/02 (Coordinated Discovery)

626:13 - 628:21

Deposition Testimony dated 5/8/02

155:4 - 156:1
266:23 - 267:4
268:10 - 270:11
273:5 - 274:1
275:4 - 276:9

Yankee Trial Testimony dated 8/11/04

4711:23 - 4712:3
4741:11 - 4741:18
4749:21 - 4750:6
4753:1 - 4753:10
4757:3 - 4760:11
4776:20 - 4777:23

**Pollog, Thomas**

Deposition Testimony dated 4/11/02

9:12 - 9:20
94:20 - 98:13

Deposition Testimony dated 4/12/02

21:17 - 24:21
43:13 - 43:22
44:24 - 45:3
45:7 - 45:14
51:14  52:8
60:20 - 62:8
62:17 - 63:13
136:8 - 136:24
142:14 - 145:16

Deposition Testimony dated 5/15/02

161:2 - 161:13
162:20 - 163:14
270:13 - 270:22

Deposition Testimony dated 5/16/02

277:9 - 277:16
293:3 - 294:23
309:10 - 309:25
390:13 - 390:25

Deposition Testimony dated 5/22/02

667:1 - 668:24

Yankee Trial Testimony dated 8/4/04

3902:21 - 3904:13
3970:22 - 3972:3
3995:12 - 3997:21
4000:3 - 4000:7
4003:20 - 4004:14
4014:1 - 4015:25
4017:12 - 4018:1
4021:17 - 4022:13
4022:1 - 4022:13
4035:11 - 4035:16
4039:3 - 4039:21
4042:9 - 4042:19
4047:18 - 4048:14
4084:25 - 4086:1

SMUD Trial Testimony dated 3/29/05

1964:20 - 1965:21
2027:12 - 2027:18
2030:18 - 2032:13
2031:4 - 2031:23
2033:20 - 2034:8
2049:5 - 2049:15
2049:5 -2049:11

TVA Trial testimony dated 7/12/05

1602:8 - 1603:25
1604:23 - 1605:15
1658:10 - 1659:25
1665:12 - 1666:18

Southern Trial Testimony dated 10/26/05

1861:21 - 1863:14
1906:6 - 1906:24
1909:9 - 1909:24
1910:19 - 1910:25
1921:2 - 1922:11
1922:22 - 1923:16
1926:9 - 1926:21
1927:13 - 1928:5

Deposition Testimony dated 10/12/06

11:22 - 13:18
22:2 - 22:7

Northern States Trial Testimony dated 11/15/06

3603:3 - 3604:20
3684:17 - 3687:17
3691:14 - 3691:22
3722:22 - 3723:3
3728:18 - 3731:8
3732:16 - 3734:18

Deposition Testimony dated 5/4/07

13:6 - 14:18
16:6 - 17:22
22:1 - 22:12
22:20 - 26:21
45:1 - 45:15
49:3 - 49:21
52:9 - 52:14
56:14 - 59:9
66:13 - 66:17
69:16 - 71:3
93:18 - 94:5
119:5 - 126:16
131:9 - 132:6
132:21 - 135:20
174:15 - 175:17
186:2 - 187:8
188:6 - 187:8
188:6 - 192:14
211:3 - 212:5

Carolina Power Trial Testimony dated 11/9/07

1224:15 - 1226:25
1227:11 - 1228:19
1242:15 - 1249:9
1276:2 - 1276:15
1277:1 - 1278:8

**Rosselli, Robert**

Deposition Testimony 4/15/02

11:1 - 25:24
11:12 - 11:19
17:11 - 17:20
134:23 - 135:5
136:24 - 140;10
140:11 - 141:18
142:16 - 144:15
148:3 - 148:17
148:21 - 149:17
154:23 - 154:19
157:1 - 158:10
166:23 - 169:2
176:5 - 181:2

**Slater - Thompson, Nancy H.**

Deposition Testimony dated 4/21/99

5:25 - 11:4
19:21 - 23:17
137:9 - 138:9

Deposition Testimony dated 4/22/99

273:11 - 274:5
284:14 - 286:15
289:20 - 289:23

Deposition Testimony dated 6/13/02

5:2 - 6:25
94:16 - 101:10
109:3 - 110:13
125:9 - 125:17
159:7 - 160:2

**Trebules, Victor**

Deposition Dated 4/17/02

10;21 - 19:17
52:11 - 54:4
59:18 - 60:14
97:1 - 103:22
122:10 - 124:18
180:7 - 180:22

Deposition Testimony dated 4/18/02 (Coordinated Discovery)

272:10 - 274:14
273:12 - 276:12
276:21 - 278:7

Deposition Testimony dated 4/18/02

19:17 - 20:16

Deposition Testimony dated 4/19/02

4:22 - 5:14

**Zabransky, David**

Deposition Testimony dated 4/17/02

101:11 - 105:14
150:4 - 150:21
163:1 - 164:10

Deposition Testimony dated 4/18/02

343:2 - 351:1
352:8 - 353:20
358:11 - 359:10
359:11 - 360:20
363:1 - 363:17
364:16 - 365:5
454:16 - 455:8

Deposition Testimony dated 4/19/02

632:1 - 632:5

Deposition Testimony dated 6/6/02

246:5 -247:25

Yankee Trial Testimony dated 8/5/04

4110;15 - 4112:3
4118:2 - 4118:12
4141:22 - 4142:16
4159:2 - 4160:16
4162:11 - 4173:16
4178:4 4182:3
4183:17 - 4184:6
4192:18 - 4192:24
4204:24 - 4205:13
4206:25 - 4207:21
4208:22 - 4209:7

Deposition Testimony dated 11/1/05

129:19 - 130:9
132:18 - 135:10

SMUD Trial Testimony dated 3/28/05

1592:6 - 1594:4

SMUD Trial Testimony dated 3/29/05

1913:26 - 1914:13
1919:17 - 1920:6

Southern Trial Testimony dated 10/27/05

1936:19 - 1938:9
1981:20 - 1982:1
1985:12 - 1989:23
1990:15 - 1991:2
1994:8 - 1997:25
1998:4 - 1998:11
1998:19 - 1999:12
1999:18 - 2001:18
2001:25 - 2002:18

PG&E Trial Testimony dated 6/15/06

2993:11 - 2995:13
3013:7 - 3015:4
3015:23 - 3016:2
3017:24 - 3018:15
3018:21 - 3019:10

System Fuels Trial Testimony dated 1/16/07

1929:8 - 1931:11
2017:11 - 2018:2
2030:4 - 2030:17

System Fuels Trial Testimony dated 4/12/07

3582:5 - 3583:17

System Fuels Trial Testimony dated 4/13/07

3698:8 - 3701:10
3705:15 - 3706:24
3719:18 - 3722:11
3734:6 - 3736:23
3782:1 - 3783:16
3806:15 - 3807:23
3823:4 - 3823:11
3824:4 - 3825:7

Deposition testimony dated 5/3/07

8:3 - 10:16
12:6 - 13:16
15:10 - 16:12
23:3 - 24:9
29:10 - 29:19
35:14 - 36:19
37:4 - 37:19
38:6 - 39:8
46:15 - 47:8
50:2 - 50:15
53:15 - 54:5
54:16 - 55:5
56:1 - 56:9
57:15 - 57:19
76:7 - 79:22
88:15 - 90:22
101:8 - 102:20
108:7 - 109:3
116:12 - 116:21
117:17 - 118:19
126:21 - 127:11
144:18- 145:13
148:3 - 149:21
164:6 - 164:12
165:4 - 165:21
166:20 - 167:14
170:12 - 171:3
174:17 - 175:13
177:19 - 178:3

WEPCO Trial Testimony dated 9/12/07

586:15 - 587:16
650:15 - 652:15
714:10 - 716:9

WEPCO Trial Testimony dated 10/11/07

5659:11 - 5661:15
5692:16 - 5693:16

WEPCO Trial Testimony dated 10/12/07

5736:18 - 5737:25
5750:3 - 5751:20
5795:5 - 5795:22
5795:23 - 5798:19

Carolina Power Trial Testimony dated 11/13/07

1488;23 - 1489:6
1491:3 - 1491:25
1503:17 - 1503:21
1514:8 - 1514:19
1515:4 - 1515:21
1516:9 - 1516:16
1516:23 - 1517:19
1523:20 - 1524:12
1529:11 - 1530:20

# APPENDIX B

| **Issue: DOE has had no plan to delay acceptance of failed fuel** | | |
|---|---|---|
| **Witness** | **Transcript** | **Page/Line** |
| Arthur, John | Deposition dated 9/22/05 | 116:8 - 118:11<br>118:12 - 120:19<br>136:5 - 137:6<br>196:3 - 197:17 |
| Barrett, Lake | Deposition dated 5/14/02 | 90:16 - 91:8 |
| | Deposition dated 5/15/02 | 394:11 - 395:17 |
| Burgoyne, Robert M. | Deposition dated 7/8/04 | 137:8 - 138:10 |
| Klein, Keith | Deposition dated 4/22/02 | 85:21 - 87:2 |
| Milner, Ronald | Deposition dated 5/3/02 | 575:21 - 578:2 |
| | Deposition dated 5/7/02 | 38:9 - 37:22 |
| Pollog, Thomas | Deposition dated 5/15/02 | 162:20 - 163:14 |
| | Deposition dated 5/4/07 | 22:20 - 26:21<br>211:3 - 212:5 |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4162:11 - 4173:16<br>4183:17 - 4184:6 |
| | Deposition dated 5/3/07 | 164:6 - 164:12<br>165:4 - 165:21<br>166:20 - 167:14<br>170:12 - 171:3<br>174:17 - 175:13 |
| **Issue: 1991 and 1995 ACRs required a change in law for implementation** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/23/02 | 414:14 - 415:9<br>425:12 - 427:13 |
| | Deposition dated 4/26/02 | 763:13 - 764:3<br>793:20 - 796:3 |
| | Deposition dated 5/8/02 | 945:13 - 953:7 |
| Brownstein, Alan | Deposition dated 4/10/02 | 278:12 - 278:24<br>282:5 - 283:15<br>329:14 - 330:12<br>459:17 - 460:12 |
| | WEPCO Trial Testimony dated 10/9/07 | 5117:11 - 5119:23 |
| Cole, Billy | Deposition dated 3/12/02 | 162:14 - 163:16 |

| | | |
|---|---|---|
| Kouts, Christopher | North States Trial Testimony dated 11/13/06 | 3235:9 - 3237:12 |
| | Deposition dated 5/1/07 | 176:10 - 177:16 |
| Milner, Ronald | Deposition dated 5/2/02 | 330:19 - 335:11 |
| | Deposition dated 5/7/02 | 17:5 - 25:21 |
| Pollog, Thomas | Deposition dated 4/12/02 | 136:8 - 136:24 |
| | Yankee Trial Testimony dated 8/4/04 | 4014:1 - 4015:25<br>4017:12 - 4018:1 |
| | SMUD Trial Testimony dated 3/29/05 | 2030:18 - 2032:13<br>2031:4 - 2031:23<br>2033:20 - 2034:8 |
| | Northern States Trial Testimony dated 11/15/06 | 3684:17 - 3687:17<br>3691:14 - 3691:22 |
| | Deposition dated 5/4/07 | 56:14 - 59:9<br>93:18- 94:5<br>119:5 - 126:16 |
| | Carolina Power Trial Testimony dated 11/9/07 | 1242:15 - 1249:9 |
| Zabransky, David | SMUD Trial Testimony dated 3/29/05 | 1919:17 - 1920:6 |
| | Southern Trial Testimony dated 10/27/05 | 1985:12 - 1989:23<br>1998:4 - 1998:11 |
| **Issue: 1991 and 1995 ACRs were influenced by litigation concerns** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/26/02 | 763:13 - 764:3<br>793:20 - 796:3 |
| Zabranksy, David | Deposition dated 4/18/02 | 359:11 - 360:20 |
| | Yankee Trial Testimony dated 8/5/04 | 4162:11 - 4173:16 |
| | Southern Trial Testimony dated 10/27/05 | 1998:19 - 1999:12 |
| | Carolina Power Trial Testimony dated 11/13/07 | 1515:4 - 1515:21<br>1516:9 - 1516:16<br>1516:23 - 1517:19 |

| **Issue: 1991 and 1995 ACRs were contrary to parties' initial intent for program** | | |
|---|---|---|
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/8/02 | 945:13 - 953:7 |
| Cole, Billy | Deposition dated 3/13/02 | 345:13 - 346:10 |
| Kouts, Christopher | PG&E Trial Testimony dated 6/14/06 | 2825:1 - 2826:2 |
| Milner, Ronald | Deposition dated 5/2/02 | 330:19 - 335:11 |
| | Yankee Trial Testimony dated 8/11/04 | 4753:1 - 4753:10 |
| Pollog, Thomas | Deposition dated 5/16/02 | 390:13 - 390:25 |
| | Yankee Trial Testimony dated 8/4/04 | 4042:9 - 4042:19 |
| | Deposition dated 5/4/07 | 174:15 - 175:17 |
| Zabransky, David | Deposition dated 4/18/02 | 343:2 - 351:1<br>363:1 - 363:17<br>364:16 - 365:5 |
| | SMUD Trial Testimony dated 3/29/05 | 1919:17 - 1920:6 |
| | Southern Trial Testimony dated 10/27/05 | 1998:4 - 1998:11 |
| | Carolina Power Trial Testimony dated 11/13/07 | 1515:4 - 1515:21<br>1516:9 - 1516:16 |
| **Issue: 3,000 MTU is an Efficient and Reasonable Annual Acceptance Rate** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/22/02 | 50:1 - 59:11<br>74:2 - 74:15<br>116:14 - 122:6<br>149:5 - 149:21<br>196:22 - 198:10 |
| | Deposition dated 4/23/02 | 337:10 350:11 |
| | Deposition dated 5/10/02 | 1163:10 - 1166:7<br>1284:19 - 1286:7<br>1331:21 - 1334:16<br>1346:19 - 1347:13<br>1369:4 - 1371:21 |
| | Deposition dated 5/14/02 | 120:22 - 121:10 |

| | | |
|---|---|---|
| Cole, Billy | Deposition dated 3/12/02 | 74:23 - 75:14<br>103:11 - 104:12<br>171:9 - 176:8 |
| Klein, Susan | Deposition dated 4/24/02 | 246:14 - 247:4<br>247:18 - 248:5 |
| | Deposition dated 4/25/02 | 283:16 - 284:6<br>285:2 - 286:10<br>291:2 - 291:11<br>351:6 - 352:21<br>354:1 - 354:16 |
| Kouts, Christopher | Southern Trial Testimony dated 10/26/05 | 1845:15 - 1847:6 |
| | PG&E Trial Testimony dated 6/14/06 | 2775:16 - 2777:5 |
| | Northern States Trial Testimony dated 11/14/06 | 3363:4 - 3366:24<br>3534:5 - 3534:11 |
| | Deposition dated 5/1/07 | 177:22 - 179:5<br>206:18 - 209:11 |
| | WEPCO Trial Testimony dated 10/10/07 | 5256:4 - 5256:13<br>5256:23 - 5258:1<br>5259:3 - 5260:12 |
| Milner, Ronald | Deposition dated 5/2/02 | 217:8 - 217:22<br>232:7 - 232:16 |
| | Deposition dated 5/7/02 (Coordinated Discovery) | 626:13 - 628:21 |
| | Deposition dated 5/8/02 | 275:4 - 276:9 |
| | Yankee Trial Testimony dated 8/11/04 | 4741:11 - 4741:18<br>4749:21 - 4750:6 |
| Pollog, Thomas | Deposition dated 4/11/02 | 94:20 - 98:13 |
| | Deposition dated 4/12/02 | 21:17 - 24:21<br>43:13 - 43:22<br>44:24 - 45:3 |
| | Deposition dated 5/22/02 | 667:1 - 668:24 |
| | Yankee Trial Testimony dated 8/4/04 | 4021:17 - 4022:13<br>4022:1 - 4022:13 |
| | SMUD Trial Testimony dated 3/29/05 | 2027:12 - 2027:18<br>2049:5 - 2049:15<br>2049:5 - 2049:11 |

| | | |
|---|---|---|
| | Southern Trial dated 10/26/05 | 1922:22 - 1923:16<br>1926:9 - 1926:21 |
| Rosselli, Robert | Deposition dated 4/15/02 | 142:16 - 144:15 |
| Trebules, Victor | Deposition dated 4/17/02 | 52:11 - 54:4<br>97:1 - 103:22<br>122:10 - 124:18<br>180:7 - 180:22 |
| | Deposition dated 4/18/02 (Coordinated Discovery) | 272:10 - 274:14<br>273:12 - 276:12 |
| Zabransky, David | Deposition dated 4/17/02 | 101:11 - 105:14 |
| | Yankee Trial Testimony dated 8/5/04 | 4162:11 - 4173:16 |
| | SMUD Trial Testimony dated 3/29/05 | 1913:26 - 1914:13 |
| | Southern Trial Testimony dated 10/27/05 | 1985:15 - 1989:23 |
| | System Fuels Trial Testimony dated 1/16/07 | 2030:4 - 2030:17 |
| | WEPCO Trial Testimony dated 9/12/07 | 586:15 - 187:16<br>714:10 - 716:9 |
| | Carolina Power Trial Testimony dated 11/13/07 | 1529:11 - 1530:20 |
| **Issue: 900 MTU Annual Acceptance Rate is Inefficient and Unreasonable and does not prevent Additional At-Reactor Storage Costs** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/22/02 | 50:1 - 59:11 |
| | Deposition dated 4/23/02 | 337:10 - 350:11 |
| | Deposition dated 5/8/02 | 945:13 - 953:7 |
| | Deposition dated 5/10/02 | 1369:4 - 1371:21 |
| Brownstein, Alan | Deposition dated 4/10/02 | 343:17 - 344:8 |
| Cole, Billy | Deposition dated 3/13/02 | 345:13 - 346:10 |
| Kouts, Christopher | TVA Trial Testimony dated 7/12/05 | 1579:1 - 1579:15 |
| | WEPCO Trial Testimony dated 10/10/07 | 5259:3 - 5260:12 |

| | | |
|---|---|---|
| Milner, Ronald | Yankee Trial Testimony dated 8/11/04 | 4753:1 - 4753:10 |
| Pollog, Thomas | Yankee Trial Testimony dated 8/4/07 | 4042:9 - 4042:19 |
| | TVA Trial Testimony dated 7/12/05 | 1665:12 - 1666:18 |
| | Southern Trial Testimony dated 10/26/05 | 1909:9 - 1909:24<br>1910:19 - 1910:25<br>1921:2 - 1922:11 |
| Zabransky, David | Southern Trial Testimony dated 10/27/05 | 1998:4 - 1998:11 |
| **Issue: Acceptance Rate should be reasonable** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/22/02 | 116:14 - 122:61 |
| | Deposition dated 5/10/02 | 1163:10 - 1166:7 |
| Cole, Billy | Deposition dated 3/12/02 | 33:10 - 36:24<br>103:11 - 104:12<br>171:9 - 176:8 |
| Trebules, Victor | Deposition dated 4/19/02 | 4:22 - 5:14 |
| **Issue: Acceptance scenario set forth in the 1991 and 1995 ACRs could not be achieved without change in the law, undoing the statutory linkage between MRS operation and construction authorization for repository** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/23/02 | 414:14 - 415:9<br>425:12 - 427:13 |
| | Deposition dated 5/8/02 | 945:13 - 953:7 |
| Brownstein, Alan | Deposition dated 4/10/02 | 275:25 - 277:9<br>278:12 - 278:24<br>282:5 - 283:15<br>329:14 - 330;12<br>459:17 - 460:12<br>460:13 - 463:3 |
| | WEPCO Trial Testimony dated 10/9/07 | 5077:9 - 5079:11<br>5083:25 - 5085:3<br>5117:11 - 5119:23 |
| Kouts, Christopher | Southern Trial Testimony dated 10/26/05 | 1819:2 - 1822:8<br>1822:20 - 1822:25<br>1837:5 - 1837:10 |

| | | |
|---|---|---|
| | PG&E Trial Testimony dated 6/14/06 | 2828:24 - 2829:7<br>2884:13 - 2885:24<br>2886:17 - 2887:9 |
| | Deposition dated 10/11/06 | 63:7 - 64:21 |
| | Northern States Trial Testimony dated 11/13/06 | 3235:9 - 3237:12 |
| | System Fuels Trial Transcript dated 4/12/07 | 3478:6 - 3481:1<br>3521:15 - 3524:1 |
| | Deposition dated 5/1/07 | 193:7 - 194:6 |
| | Deposition dated 5/2/07 | 383:11 - 383:17<br>384:7 - 390:3 |
| Milner, Ronald | Deposition dated 5/2/02 | 232:22 - 233:9<br>245:19 - 249:2 |
| | Deposition dated 5/7/02 | 17:5- 25:21<br>28:11 - 32:11 |
| Pollog, Thomas | Deposition dated 4/12/02 | 136:8 - 136:24 |
| | Yankee Trial Transcript dated 8/4/04 | 4014:1: - 4105:25<br>4017:12 - 4018:1 |
| | SMUD Trial Testimony dated 3/29/05 | 2030:18 - 2032:13<br>2031:4 - 2031:23<br>2033:20 - 2034:8 |
| | Northern States Trial Transcript dated 11/15/06 | 3684:17 - 3687:17<br>3691:14 - 3691:22 |
| | Deposition dated 5/4/07 | 56:14 - 59:9<br>93:18 - 94:5<br>119:5 - 126:16 |
| | Carolina Power Trial Transcript dated 11/9/07 | 1242:15 - 1249:9 |
| Zabransky, David | Deposition dated 4/17/02 | 150:4 - 150:21<br>163:1 - 164:10 |
| | Southern Trial Transcript dated 10/27/05 | 1985:12 - 1989:23<br>1994:8 - 1997:25 |
| | WEPCO Trial Transcript dated 9/12/07 | 650:15 - 652:15 |
| **Issue: Acceptance Schedule should be reasonable** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/14/02 | 64:6 - 65:24 |

| | | |
|---|---|---|
| Cole, Billy | Deposition dated 3/12/02 | 34:4 - 36:24 |
| Kouts, Christopher | Deposition dated 5/1/07 | 166:16 - 167:14 |
| Trebules, Victor | Deposition dated 4/19/02 | 4:22 - 5:14 |
| **Issue: Acceptance Start Date Has Been Uncertain** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/26/02 | 706:19 - 707:15 |
| Klein, Susan | Deposition dated 4/24/02 | 239:13 - 239:16 |
| Kouts, Christopher | Southern Trial Testimony dated 10/26/05 | 1819:2 - 1822:8<br>1822:20 - 1822:25 |
| | PG&E Trial Testimony dated 6/14/06 | 2884:13 - 2885:24<br>2886:17 - 2887:9 |
| | Deposition dated 5/1/07 | 223:6 - 224:4 |
| Zabransky, David | Southern Trial Testimony dated 10/27/05 | 2001:25 - 2002:18 |
| | Deposition dated 5/3/07 | 56:1 - 56:9<br>57:15 - 57:19<br>177:19 - 178:3 |
| **Issue: ACRs are not binding** | | |
| Witness | Transcript | Page / Line |
| Barrett, Lake | Deposition dated 4/26/02 | 761:19 - 763:12 |
| Brownstein, Alan | Deposition dated 4/9/02 | 98:17 - 100:17 |
| | Deposition dated 4/10/02 | 299:15 - 299:20<br>376:22 - 378:5<br>405:16 - 405:20 |
| Klein, Susan | Deposition dated 4/24/02 | 61:20 - 62:14 |
| | Deposition dated 4/25/02 | 388:11 - 389:12 |
| Kouts, Christopher | PG&E Trial Testimony dated 6/14/06 | 2817:16 - 2819:25 |
| | Deposition dated 5/1/07 | 42:4 - 43:1<br>172:21 - 173:9 |
| Milner, Ronald | Deposition dated 5/2/02 | 389:8 - 391:19 |
| Pollog, Thomas | Deposition dated 5/16/02 | 277:9 - 277:16 |
| | Deposition dated 5/4/07 | 45:1 - 45:15<br>49:3 - 49:21<br>52:9 - 52:14 |

| | | |
|---|---|---|
| | Carolina Power Trial Testimony dated 11/9/07 | 1242:15 - 1249:9<br>1277:1 - 1278:8 |
| Slater-Thompson, Nancy | Deposition date 4/22/99 | 273:11 - 274:5 |
| | Deposition dated 6/13/02 | 94:16 - 101:10<br>109:3 - 110:13 |
| Zabransky, David | Yankee Trial Transcript dated 8/5/04 | 4162:11 - 4173:16 |
| | Southern Trial Transcript dated 10/27/05 | 1990:15 - 1991:2 |
| | System Fuels Trial Transcript dated 4/13/07 | 3734:6 - 3736:23 |
| **Issue: APRs are not binding** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/26/02 | 761:19 - 763:12 |
| Brownstein, Alan | Deposition dated 4/10/02 | 376:22 - 378:5 |
| Kouts, Christopher | Deposition dated 5/1/07 | 42:4 - 43:1 |
| Milner, Ronald | Deposition dated 5/2/02 | 389:8 - 391:19 |
| Slater-Thompson, Nancy | Deposition dated 4/22/99 | 273:11 - 274:5 |
| **Issue: Consideration of Off-Site Storage was Foreseeable** | | |
| Witness | Transcript | Page / Line |
| Rosselli, Robert | Deposition dated 4/15/02 | 166:23 - 169:2 |
| **Issue: Continued Wet Storage of SNF is reasonable in light of uncertainty of DOE performance** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/10/02 | 1301:21 - 1307:17 |
| Brownstein, Alan | Deposition dated 4/10/02 | 414:13 - 415:13<br>420:23 - 421:24 |
| Kouts, Christopher | Deposition dated 5/1/07 | 247:9 - 248:20<br>255:4 - 256:16 |
| Zabransky, David | Deposition dated 5/3/07 | 38:6 - 39:8<br>46:15 - 47:8<br>53:15 - 54:5<br>54:16 - 55:5 |

| **Issue: DCSs are not binding** | | |
|---|---|---|
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/26/02 | 761:19 - 763:12 |
| Brownstein, Alan | Deposition dated 4/10/02 | 376:22 - 378:5 |
| | Deposition dated 5/23/02 | 216:10 - 220:20 |
| Cole, Billy | Deposition dated 6/4/02 | 199:5 - 200:11 |
| Klein, Susan | Deposition dated 4/24/02 | 84:16 - 85:1146:22 -147:15<br>149:1 - 150:21 |
| Kouts, Christopher | System Fuels Trial Testimony dated 4/12/07 | 3461:1 - 3461:15 |
| Milner, Ronald | Deposition dated 5/2/02 | 393:5 - 394:19 |
| | Deposition dated 5/8/02 | 155:4 - 156:1 |
| Pollog, Thomas | Deposition dated 5/15/02 | 270:13 - 270:22 |
| | Deposition dated 5/16/02 | 293:3 - 294:23 |
| | Yankee Trial Testimony dated 8/4/04 | 3970:22 - 3972:3<br>3995:12 - 3997:21<br>4000:3 - 4000:7<br>4003:20 - 4004:14 |
| | Southern Trial Testimony dated 10/26/05 | 1906:6 - 1906:24<br>1927:13 - 1928:5 |
| | Northern States Trial Testimony dated 11/15/06 | 3722:22 - 3723:3 |
| | Deposition Testimony dated 5/4/07 | 119:5 - 126:16<br>131:9 - 132:6<br>132:21 - 135:20 |
| | Carolina Power Trial Testimony dated 11/9/07 | 1277:1 - 1278:8 |
| Slater-Thompson, Nancy | Deposition dated 6/13/02 | 94:16 - 101:10<br>109:3 - 110:13<br>159:7 - 160:2 |
| Zabransky, David | Deposition dated 4/18/02 | 352:8 - 353:20<br>454:16 - 455:8 |
| | Deposition dated 4/19/02 | 632:1 - 632:5 |
| | Deposition dated 6/6/02 | 246:5 - 247:25 |

| | | |
|---|---|---|
| | Yankee Trial Testimony dated 8/5/04 | 4118:2 - 4118:12<br>4159:2 - 4160:16 |
| | Southern Trial Testimony dated 10/27/05 | 1990:15 - 1991:2<br>1999:18 - 2001:18<br>2001:25 - 2002:18 |
| | System Fuels Trial Testimony dated 1/16/07 | 2017:11 - 2018:2 |
| | System Fuels Trial Testimony dated 4/13/07 | 3705:15 - 3706:24<br>3719:18 - 3722:11<br>3806:15 - 3807:23<br>3823:4 - 3823:11<br>3824:4 - 3825:7 |
| | Deposition dated 5/3/07 | 76:7 - 79:22<br>88:15 - 90:22<br>101:8 - 102:20<br>108:7 - 109:3<br>116:12 -116:21<br>117:17 - 118:19<br>126:21 - 127:11 |
| | WEPCO Trial Testimony dated 10/12/07 | 5736:18 - 5737:25<br>5750:3 - 5751:20 |
| | Carolina Power Trial Testimony dated 11/13/07 | 1523:20 - 1524:12 |
| **Issue: DOE has no plan to delay acceptance of DPC Fuel** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Pollog, Thomas | Deposition dated 5/4/07 | 186:2 - 187:8<br>188:6 - 192:14<br>211:3 - 212:5 |
| **Issue: DOE has not opposed PFS** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Kouts, Christopher | Deposition dated 5/1/07 | 244:16 - 245:1<br>245:19 - 247:1 |
| Pollog, Thomas | Northern States Trial Testimony dated 11/15/06 | 3732:16 - 3734:18 |
| **Issue: Efficient Acceptance Sequence/Campaigns was Expected by Parties** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/14/02 | 64:6 - 65:24<br>71:3 - 72:18 |

| | | |
|---|---|---|
| Slater-Thompson, Nancy | Deposition dated 4/21/99 | 137:9 - 138:9 |
| | Deposition dated 4/22/99 | 284:14 - 286:15 |
| Zabransky, David | Deposition dated 11/1/05 | 132:18 - 135:10 |
| **Issue: Efficient Acceptance Sequence/Campaigns was Planned by DOE** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/14/02 | 64:6 - 65:24<br>174:7 - 177:19<br>178:3 - 178:12 |
| Burgoyne, Robert | Deposition dated 7/8/04 | 132:16 - 133:22 |
| Klein, Keith | Deposition dated 5/22/02 | 138:23 - 139:11 |
| Lawrence, Michael | Deposition dated 5/20/02 | 149:3 - 149:9 |
| Milner, Ronald | Deposition dated 5/1/02 | 83:15 - 85:14 |
| | Deposition dated 5/8/02 | 266:23 - 267:4 |
| Pollog, Thomas | Yankee Trial Testimony dated 8/4/04 | 4084:25 - 4086:1 |
| Trebules, Victor | Deposition dated 4/18/02 (Coordinated Discovery) | 273:12 - 276:12 |
| | Deposition dated 4/19/02 | 4:22 - 5:14 |
| ZabranskY, David | Deposition dated 11/1/05 | 132:18 - 135:10 |
| **Issue: Failed Fuel is not difficult or complicated to move or store** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/14/02 | 90:16 - 91:8 |
| Burgoyne, Robert | Deposition dated 7/8/04 | 137:8 - 138:10 |
| Kouts, Christopher | Yankee Trial Testimony dated 8/2/04 | 3517:3 - 3517:22 |
| Milner, Ronald | Deposition dated 5/3/02 | 575:21 - 578:2 |
| | Deposition dated 5/7/02 | 40:5 - 40:11 |
| | Deposition dated 5/8/02 | 273:5 - 274:1 |
| Pollog, Thomas | Deposition dated 5/15/02 | 161:2 - 161:13 |
| | Yankee Trial Testimony dated 8/4/04 | 4035:11 - 4035:16 |
| | Deposition dated 5/4/07 | 211:3 - 212:5 |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4178:4 - 4182:3<br>4183:17 - 4184:6 |

| Issue: Foundation | | |
|---|---|---|
| **Witness** | **Transcript** | **Page / Line** |
| Arthur, John | Deposition dated 9/22/05 | 8:20 - 9:15<br>10:9 - 11:20<br>194:6 - 194:20 |
| Barrett, Lake | Deposition dated 4/22/02 | 10:21 - 11:8 |
| Brownstein, Alan | Deposition dated 4/9/02 | 9:18 - 10:14<br>18:17 - 18:19<br>27:22 - 29:11<br>31:10 - 32:5<br>33:7 - 36:18<br>37:3 - 37:9<br>40:7 - 41:23 |
| | WEPCO Trial Testimony dated 10/9/07 | 5023:4 - 5023:24<br>5024:16 - 5025:16<br>5026:8 - 5026:22<br>5075:16 - 5076:1<br>5082:21 - 5038:12 |
| Burgoyne, Robert | Deposition dated 7/8/04 | 11:17 - 11:21<br>13:1 - 13:7 |
| Cole, Billy | Deposition dated 3/12/02 | 106:14 - 112:14 |
| Klein, Keith | Deposition dated 5/22/02 | 12:1 - 12:9<br>18:12 - 18:23<br>19:22 - 20:3 |
| Klein, Susan | Deposition dated 4/24/02 | 10:19 - 12:15<br>11:10 - 23:15<br>31:5 - 32:5 |
| Kouts, Christopher | Yankee Trial Testimony dated 8/2/04 | 3443:24 3445:9<br>3445:21- 3448:1 |
| | TVA Trail Testimony dated 7/11/05 | 1385:13 - 1388:25 |
| | Southern Trial Testimony dated 10/26/05 | 1743:15 - 1747:11<br>1774 - 1775:6 |
| | Northern States Trial Testimony dated 11/13/06 | 3134:3 - 3137:22 |
| | System Fuels Trial Testimony dated 4/12/07 | 3343:11 - 3344:20<br>3470:21 - 3472:19 |
| | Deposition dated 5/2/07 | 376:7 - 377:3 |

| | | |
|---|---|---|
| | WEPCO Trial Testimony dated 10/9/07 | 5142:4 - 5143:24 |
| Milner, Ronald | Deposition dated 5/1/02 | 9:3 - 9:22<br>11:23 - 12:8<br>12:17 - 13:20 |
| | Yankee Trial Testimony dated 8/11/04 | 4711:23 - 4712:3 |
| Pollog, Thomas | Deposition dated 4/11/02 | 9:12 - 9:20 |
| | Yankee Trial Testimony dated 8/4/04 | 3902:21 - 3904:13 |
| | SMUD Trial Testimony dated 3/29/05 | 1964:20 - 1965:21 |
| | TVA Trial Testimony dated 7/12/05 | 1602:8 - 1603:25<br>1604:23 - 1605:15 |
| | Southern Trial Testimony dated 10/26/05 | 1861:21 - 1863:14 |
| | Northern States Trial Testimony dated 11/15/06 | 3603:3 - 3604:20<br>3728:18 - 3731:8 |
| | Deposition dated 5/4/07 | 13:6 - 14:18<br>16:6 - 17:22<br>22:1 - 22:12<br>66:13 - 66:17 |
| | Carolina Power Trial Testimony dated 11/9/07 | 1224:15 - 1226:25<br>1227:11 - 1228:19<br>1276:2 - 1276:15 |
| Rosselli, Robert | Deposition dated 4/15/02 | 11:1 - 25:24<br>11:12 - 11:19<br>17:11 - 17:20 |
| Slater-Thompson, Nancy | Deposition dated 4/21/99 | 5:25 - 11:4 |
| | Deposition dated 6/13/02 | 5:2 - 6:25 |
| Trebules, Victor | Deposition dated 4/17/02 | 10:21 - 19:17 |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4110:15 - 4112:3 |
| | SMUD Trial Testimony dated 3/28/05 | 1592:6 - 1594:4 |
| | Southern Trial Testimony dated 10/27/05 | 1936:19 - 1938:9 |

| | | |
|---|---|---|
| | PG&E Trial Testimony dated 6/15/06 | 2993:11 - 2995:13 |
| | System Fuels Trial Testimony dated 1/16/07 | 1929:8 - 1931:11 |
| | System Fuels Trial Testimony dated 4/12/07 | 3582:5 - 3583:17 |
| | Deposition dated 5/3/07 | 8:3 - 10:16<br>12:6 - 13:16<br>15:10 - 16:12<br>23:3 - 24:9<br>29:10 - 29:19<br>35:14 - 36:19<br>37:4 - 37:19 |
| | WEPCO Trial Testimony dated 10/11/07 | 5659:11 - 5661:15 |
| | Carolina Power Trial Testimony dated 11/13/07 | 1488:23 - 1489:6<br>1491:3 - 1491:25<br>1514:8- 1514:19 |
| **Issue: Intent of Program was to prevent utilities from incurring avoidable at-reactor storage costs after January 1998** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/22/02 | 159:16 - 160:19 |
| | Deposition dated 5/8/02 | 1050:1 - 1050:9 |
| | Deposition dated 5/15/02 | 339:13 - 340:6 |
| Brownstein, Alan | Deposition dated 4/9/02 | 79:22 - 80:14 |
| | Deposition dated 4/10/02 | 412:16 - 412:21 |
| | WEPCO Trial Testimony dated 10/9/07 | 5068:8 - 5068:18 |
| Cole, Billy | Deposition dated 3/12/02 | 78:11 - 81:13<br>129:5 - 132:1<br>171:9 - 176:8<br>201:4 - 203:5 |
| Klein, Susan | Deposition dated 4/24/02 | 172:7 - 172:14 |
| Kouts, Christopher | WEPCO Trial Testimony dated 10/10/07 | 5261:13 - 5262:8 |
| Lawrence, Michael | Deposition dated 5/20/02 | 201:8 - 201:18<br>201:22 - 202:20 |

| | | |
|---|---|---|
| Pollog, Thomas | Deposition dated 4/11/02 | 94:20 - 98:13 |
| | Deposition dated 4/12/02 | 45:7 - 45:14<br>51:14 - 52:8<br>60:20 - 62:8<br>62:17 - 63:13 |
| | Deposition dated 5/16/02 | 309:10 - 309:25 |
| | Yankee Trial Testimony dated 8/4/04 | 4039:3 - 4039:21 |
| | Deposition dated 5/4/07 | 69:16 - 71:3 |
| Rosselli, Robert | Deposition dated 4/15/02 | 134:23 - 135:5<br>136:24 - 140:10<br>148:3 - 148:17<br>148:21 - 149:17<br>154:13 - 154:19<br>157:1 - 158:10<br>166:23 - 169:2<br>176:5 - 181:2 |
| Trebules, Victor | Deposition dated 4/17/02 | 52:11 - 54:4<br>97:1 - 103:22<br>180:7 - 180:22 |
| | Deposition dated 4/18/02 (Coordinated Discovery) | 273:12 - 276:12<br>276:21 - 278:7 |
| | Deposition dated 4/18/02 | 19:17 - 20:16 |
| Zabransky, David | Deposition dated 4/17/02 | 101:11 - 105:14 |
| | Yankee Trial Testimony dated 8/5/04 | 4162:11 - 4173:16 |
| | WEPCO Trial Testimony dated 10/12/07 | 5795:5 - 5795:22 |
| **Issue: Many utilities have failed fuel** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4162:11 - 4173:16 |
| | Deposition dated 5/3/07 | 170:12 - 171:3 |
| **Issue: MRS dead before the 1995 ACR was issued** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/22/02 | 84:2 - 93:8 |
| | Deposition dated 4/26/02 | 706:19 - 707:15 |

| | | |
|---|---|---|
| | Deposition dated 5/8/02 | 962:3 - 964:7 |
| Brownstein, Alan | Deposition dated 4/10/02 | 275:25 - 277:9 |
| Klein, Susan | Deposition dated 4/24/02 | 252:19 - 253:5 |
| Kouts, Christopher | Southern Trial Testimony dated 10/26/05 | 1773:8 - 1774:6<br>1792:2 - 1793:12<br>1831:17 - 1833:8<br>1837:5 -1837:10 |
| | Deposition dated 10/11/06 | 73:11 - 73:22 |
| | Northern States Trial Testimony dated 11/13/06 | 3235:9 - 3237:12 |
| | Northern States Trial Testimony dated 11/14/06 | 3481:12 - 3481:19 |
| | System Fuels Trial Testimony dated 4/12/07 | 3469:17 - 3470:7<br>3476:3 - 3477:1<br>3478:6 - 3481:1<br>3484:1 - 3484:15<br>3521:15 - 3524:1 |
| | Deposition dated 5/1/07 | 180:18 - 181:21 |
| | Deposition dated 5/2/07 | 383:11 - 383:17<br>384:7 - 390:3 |
| Milner, Ronald | Deposition dated 5/1/02 | 114:19 - 117:23 |
| | Deposition dated 5/2/02 | 378:20 - 378:25<br>398:1 - 402:4 |
| | Yankee Trial Testimony dated 8/11/04 | 4757:3 - 4760:11 |
| Pollog, Thomas | Deposition dated 4/12/02 | 142:14 - 145:16 |
| | TVA Trial Testimony dated 7/12/05 | 1658:10 - 1659:25 |
| | Deposition dated 5/4/07 | 66:13 - 66:17<br>69:16 - 71:3 |
| Zabransky, David | Deposition dated 4/18/02 | 343:2 - 351:1<br>358:11 - 359:10<br>359:11 - 360:20 |
| | Southern Trial Testimony dated 10/27/05 | 1994:8 - 1997:25 |
| | System Fuels Trial Testimony dated 4/13/07 | 3698:8 - 3701:10 |

| | | |
|---|---|---|
| | Carolina Power Trial Testimony dated 11/13/07 | 1503:17 - 1503:21 |
| **Issue: Parties understood even before 1987 amendment to NWPA that start of acceptance at an MRS (rather than a respository) was likley** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Brownstein, Alan | WEPCO Trial Testimony dated 10/9/07 | 5077:9 - 5079:11 |
| Kouts, Christopher | TVA Trial Testimony dated 7/12/05 | 1582:12 - 1582:25 |
| | Southern Trial Testimony dated 10/26/05 | 1816:19 - 1818:6 |
| | PG&E Trial Testimony dated 6/14/06 | 2806:20 - 2809:14 |
| | Northern States Trial Testimony dated 11/14/06 | 3556:21 - 3358:12<br>3359:8 - 3359:16<br>3363:4 - 3366:24 |
| | Deposition dated 5/1/07 | 190:5 - 191:14<br>192:11 - 193:1<br>200:17 - 202:1 |
| **Issue: PFS has been a reasonable option for utilities to consider** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/10/02 | 1301:21 - 1307:17 |
| Brownstein, Alan | Deposition dated 4/10/02 | 282:5 - 283:15 |
| Kouts, Christopher | Deposition dated 5/1/07 | 244:16 - 245:1<br>245:19 - 247:1 |
| Pollog, Thomas | Deposition dated 10/12/06 | 11:22 - 13:18<br>22:2 - 22:7 |
| | Northern States Trial Testimony dated 11/15/06 | 3732:16 - 3734:18 |
| Zabransky, David | Deposition dated 5/3/07 | 50:2 - 50:15 |
| **Issue: PFS is not fundamentally different from on-site dry storage** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett Lake | Deposition dated 5/10/02 | 1301:21 - 1307:17 |
| Brownstein, Alan | Deposition dated 4/10/02 | 283:10 - 283:15 |

| **Issue: Priority Acceptance for Shutdown Reactors Has Been a Viable Option** | | |
|---|---|---|
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/15/02 | 339:13 - 340:6<br>363:19 - 363:24<br>364:2 - 365:11 |
| Brownstein, Alan | Deposition dated 4/10/02 | 452:9 - 453:7<br>455:24 - 457:14 |
| | Deposition dated 4/11/02 | 630:9 - 631:17 |
| Klein, Keith | Deposition dated 5/22/02 | 134:21 - 135:5<br>136:21 - 137:18 |
| Klein, Susan | Deposition dated 4/25/02 | 516:13 - 516:17<br>524:17 - 525:8<br>528:2 - 528:7 |
| Milner, Ronald | Deposition dated 5/3/02 | 418:18 - 418:25<br>419:1 - 419:24 |
| | Yankee Trial Testimony dated 8/11/04 | 4776:20 - 4777:23 |
| Slater-Thompson, Nancy | Deposition dated 4/21/99 | 19:21 - 23:17 |
| Zabransky, David | Deposition dated 5/3/07 | 144:18 - 145:13 |
| **Issue: Robust Acceptance Rate was planned by DOE** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 4/22/02 | 50:1 - 59:11<br>116:14 - 122:61<br>196:22 - 198:10 |
| | Deposition dated 5/10/02 | 1163:10 - 1166:7<br>1331:21 - 1334:16<br>1346:19 - 1347:13 |
| | Deposition dated 5/14/02 | 120:22 - 121:10 |
| Brownstein, Alan | Deposition dated 4/9/02 | 136:7 - 136:25 |
| | Deposition dated 4/10/02 | 343:17 - 344:8 |
| | WEPCO Trial Testimony dated 10/9/07 | 5073:21 - 5074:17 |
| Cole, Billy | Deposition dated 3/12/02 | 33:10 - 36:24<br>103:11 - 104:12 |
| Klein, Keith | Deposition dated 5/22/02 | 73:6 - 74:9<br>79:8 - 80:16 |

| | | |
|---|---|---|
| Klein, Susan | Deposition dated 4/24/02 | 246:14 - 247:4 |
| | Deposition dated 4/25/02 | 351:6 - 352:21 |
| Kouts, Christopher | Northern States Trial Testimony dated 11/14/06 | 3380:16 - 3382:16 |
| Lawrence, Michael | Deposition dated 5/20/02 | 142:17 - 143:9<br>149:3 - 149:9 |
| Milner, Ronald | Deposition dated 5/1/02 | 73:10 - 73:22 |
| | Deposition dated 5/7/02 (Coordinated Discovery) | 626:13 - 628:21 |
| Pollog, Thomas | Deposition dated 4/11/02 | 94:20 - 98:13 |
| | Deposition dated 4/12/02 | 21:17 - 24:21<br>43:13 - 43:22<br>60:20 - 62:8<br>62:17 - 63:13 |
| Rosselli, Robert | Deposition dated 4/15/02 | 142:16 - 144:15<br>148:3 - 148:17 |
| Slater-Thompson, Nancy | Deposition dated 4/22/99 | 284:14 - 286:15 |
| Trebules, Victor | Deposition dated 4/17/02 | 52:11 - 54:4<br>59:18 - 60:14<br>97:1 - 103:22<br>122:10 - 124:18 |
| | Deposition dated 4/18/02 (Coordinated Discovery) | 272:10 - 274:14 |
| | Deposition dated 4/18/02 | 19:17 - 20:16 |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4162:11 - 4173:16 |
| | SMUD Trial Testimony dated 3/29/05 | 1913:26 - 1914:13 |
| | System Fuels Trial Testimony dated 4/13/07 | 3782:1 - 3783:16 |
| | WEPCO Trial Testimony dated 9/12/07 | 586:15 - 587:16<br>714:10 - 716:9 |
| | WEPCO Trial Testimony dated 10/11/07 | 5692:5693:16 |
| | WEPCO Trial Testimony dated 10/12/07 | 5795:23 - 5798:19 |

| | | |
|---|---|---|
| | Carolina Power Trial Testimony dated 11/13/07 | 1529:11 - 1530:20 |
| **Issue: Robert Acceptance Rate was Expected by the Parties** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Milner, Ronald | Deposition dated 5/3/02 | 524:23 - 525:24 |
| Slater-Thompson, Nancy | Deposition dated 4/22/99 | 284:14 - 286:15 |
| Zabransky, David | Deposition dated 4/17/02 | 101:11 - 105:14 |
| | Yankee Trial Testimony dated 8/5/04 | 4162:11 - 4173:16 |
| | Southern Trial Testimony dated 10/27/05 | 1981:20 - 1982:1 |
| | System Fuels Trial Testimony dated 1/16/07 | 2030:4 - 2030:17 |
| | WEPCO Trial Testimony dated 9/12/07 | 586:15 - 587:16<br>714:10 - 716:9 |
| | WEPCO Trial Testimony dated 10/11/07 | 5692:16 - 5693:16 |
| **Issue: Swaps Expected** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Brownstein, Alan | Deposition dated 4/11/02 | 630:9 - 631:17 |
| | Deposition dated 5/23/02 | 104:18 - 107:13 |
| Cole, Billy | Deposition dated 3/13/02 | 354:18 - 355:13 |
| Klein, Keith | Deposition dated 5/22/02 | 54:23 - 57:10 |
| Rosselli, Robert | Deposition dated 4/15/02 | 140:11 - 141:18 |
| Slater-Thompson, Nancy | Deposition dated 4/22/99 | 289:20 - 289:23 |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4141:22 - 4142:16<br>4204:24 - 4205:13<br>4208:22 - 4209:7 |
| | PG&E Trial Testimony dated 6/15/06 | 3013:7 - 3015:4<br>3015:23 - 3016:2<br>3018:21 - 3019:10 |
| | Deposition dated 5/3/07 | 148:3 - 149:21 |

| **Issue: Swaps only way to meet demand for acceptance even with robust acceptance rate** | | |
|---|---|---|
| **Witness** | **Transcript** | **Page / Line** |
| Pollog, Thomas | Yankee Trial Testimony dated 8/4/04 | 4047:18 - 4048:14 |
| **Issue: Swaps were supported by DOE** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Brownstein, Alan | Deposition dated 5/23/02 | 104:18 - 107:13 |
| Cole, Billy | Deposition dated 3/13/02 | 354:18 - 355:13 |
| Klein, Keith | Deposition dated 5/22/02 | 54:23 - 57:10 |
| Milner, Ronald | Deposition dated 5/3/02 | 447:2 - 448:1<br>448:9 - 448:15 |
| | Deposition dated 5/8/02 | 268:10 - 270:11 |
| | Yankee Trial Testimony dated 8/11/04 | 4776:20 - 4777:23 |
| Pollog, Thomas | Yankee Trial Testimony dated 8/4/04 | 4084:25 - 4086:1 |
| Slater-Thompson, Nancy | Deposition dated 6/13/02 | 125:9 - 125:17 |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4141:22 - 4142:16 |
| | PG&E Trial Testimony dated 6/15/06 | 3013:7 - 3015:4<br>3017:24 - 3018:15<br>3018:21 - 3019:10 |
| | Deposition dated 5/3/07 | 148:3 - 149:21 |
| **Issue: Swaps would be beneficial to DOE program** | | |
| Barrett, Lake | Deposition dated 5/14/02 | 71:3 - 72:18 |
| Brownstein, Alan | Deposition dated 5/23/02 | 104:18 - 107:13 |
| Klein, Keith | Deposition dated 5/22/02 | 54:23 - 57:10<br>61:10 - 61:20<br>62:14 - 62:20 |
| Milner, Ronald | Deposition dated 5/3/02 | 447:2 - 448:1<br>448:9 - 448:15 |
| Rosselli, Robert | Deposition dated 4/15/02 | 140:11 - 141:18 |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4206:25 - 4207:21 |

| | | |
|---|---|---|
| | Deposition dated 11/1/05 | 129:19 - 130:9<br>132:18 - 135:10 |
| | Deposition dated 5/3/07 | 148:3 - 149:21 |
| **Issue: Transferring SNF to Dry Storage has been reasonable in light of uncertainty of DOE performance** | | |
| **Witness** | **Transcript** | **Page / Line** |
| Barrett, Lake | Deposition dated 5/10/02 | 1301:21 - 1307:17 |
| Brownstein, Alan | Deposition dated 4/10/02 | 414:13 - 415:13<br>420:23 - 421:24<br>424:1 - 425:3<br>439:4 - 443:19<br>452:9 - 453:7<br>455:24 - 457:14 |
| Burgoyne, Robert | Deposition dated 7/8/04 | 119:12 - 120:6 |
| Kouts, Christopher | Deposition dated 5/1/07 | 261:13 - 262:15 |
| Milner, Ronald | Deposition dated 5/2/02 | 356:13 - 357:4<br>372:24 - 375:10 |
| Trebules, Victor | Deposition dated 4/18/02 (Coordinated Discovery) | 276:21 -278:7 |
| Zabransky, David | Yankee Trial Testimony dated 8/5/04 | 4192:18 - 4192:24 |
| | Deposition dated 5/3/07 | 46:15 - 47:8 |