IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed: April 29, 2008

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE, | |
| Plaintiff, | No. 04-0106C |
| v. | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

JOINT STATEMENT OF GOOD FAITH CONDUCT

Pursuant to RCFC, App. A, par. 13.(d) and this Court's Order of February 21, 2008 at 3, the parties hereby submit this joint statement of good faith conduct following their meeting of counsel.

The parties' counsel met in person at the offices of Dairyland's counsel. Counsel discussed in good faith all objections to witnesses and exhibits. Counsel also explored settlement in good faith.

Respectfully submitted,

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

April 29, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

HAROLD D. LESTER, JR.
Assistant Director

s/ Russell A. Shultis by s/Jerry Stouck
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

Attorneys for Defendant

*WDC 371,614,644v1 4/29/2008*