I think once some of those other constraints are considered, the behavior that would result, though still economically rational, would be different than if the only criterion is cost minimization.

Q. What professional experience do you have, other than your work in the spent fuel cases for the Department of Justice, involving electric utilities with commercial nuclear power plants?

A. None.

Q. What professional experience do you have, other than your work with spent fuel cases with the Department of Justice, working for electric utilities that don't have nuclear power plants?

A. None.

Q. Have you made any effort in your work in spent fuel cases to determine the extent of willingness of utilities to exchange away early acceptance rights?

A. I've not specifically studied or investigated utilities willingness to exchange away early allocation rights. What I have heard is an

absence of that willingness. I haven't heard anyone say in any of the spent fuel cases in which I have been involved that this was an area they were actively pursuing as a way to make a little bit of extra money.

I do recall some testimony, and I can't tell you who it was, from a prior spent fuel case. I believe it was NSP, but I can't seem to identify the actual testimony, where a utility executive investigated the possibility of other utilities selling them early rights. And was told in no uncertain terms that they were uninterested. They were not interested in selling any earlier rights.

I think that testimony was to that effect was also provided in the Yankee case, that though they asked, these utilities were unable to find anyone willing to trade away their early rights. So that is consistent with my expectations and it's consistent with my critique of the Graves models.

Q. What is your understanding as to when


©2007

1eac65e9-97d1-46c2-83f0-6e9652e239fe

utilities, correct?

A. Yes.

Q. Where does Mr. Graves say that he assumes perfect foresight of storage cost by utilities?

A. He doesn't state it. It's another one of these unstated assumptions that underlie the model.

Q. You say that without this assumption of perfect foresight of storage costs that the results would be different?

A. Yes.

Q. How different would the results be?

A. Having not run that I don't know.

Q. You didn't make any effort to quantify how different results would be if less than perfect foresight were assumed, correct?

A. The equilibrium in the model in any year requires knowledge of your own costs and in the current year and every future year. The spreadsheet in the model that determines your net cost to exchanging basically requires you to solve every single year. In that solution you are assuming perfect foresight with respect to your own costs.

 ©2007

1eac65e9-97d1-46c2-83f0-6e9652e239fe

There is no uncertainty about the predictions of your own costs.

Mr. Graves requires every utility to act in what is called a time consistent manner. If you think the cost of exchanges is going down, you wait until you absolutely need. Nobody bids early in the base case. I know there's those two scenarios where there's advance bidding.

One of the features of the model, and this is true of the basic model under Mr. Graves's acceptance rate, and the enhanced model under any acceptance rate, is that the price of exchanges falls in every year. And that price falling is again based on the simultaneous solutions of every year and this concept of perfect foresight that everybody projects their cost with perfect certainty.

How much the predictions of the model would change if you had a range of possibility predictions is certainly going to affect your willingness to pay, your willingness to participate in year-to-year and will result, will produce

different results.
Q. Dr. Neuberger, we are going to have difficulties, as you just did, as we go on in the afternoon, if you answer as you just did, which did not answer my question.
I'm going to get insistent about you answering my questions. And that was an interesting answer somewhat on the general topic we were discussing but it didn't answer my question.
My question is, you did not make any effort to quantify how the results would be different, if less than perfect foresight were assumed.
A. I don't recall that as the question. But no, I did not.
Q. Thank you. You have the expertise to have analyzed how Mr. Graves's results would have differed, if less than perfect foresight were assumed, don't you?
A. I could have made fundamental changes to Mr. Graves's models and estimated the impact of uncertainty about future prices, yes. I have that

expertise.

Q. You simply didn't employ that expertise here?

A. I did not feel it was necessary.

Q. Let me turn your attention, Dr. Neuberger, to paragraph 41 of your report. You say it's your opinion as economist that utilities will not behave as Mr. Graves assumes, correct?

A. Yes.

Q. Do you mean that it's your opinion that you don't believe that utilities will pay up to their avoidable costs for exchanges and that utilities would offer unneeded allocations into the exchanges market?

MR. BRYAN: Objection. Compound.

A. Two parts to that. I don't believe utilities would have behaved as Mr. Graves has predicted. I think the decision whether or not to exchange allocation rights is far more complex and has many factors that affect that decision that are not in Mr. Graves's model.

I also don't think every utility


1eac65e9-97d1-46c2-83f0-6e9652e239fe

would offer 100 percent of its non-used rights into the market for exchanges.

Q. Do you believe that utilities would have paid up to their avoidable cost for exchanges in the non-breach world?

A. That statement requires an assumption which I disagree with, that the only thing that matters to the decision is the potentially avoidable at reactor storage cost that Mr. Graves identifies in his model. I believe that other factors would affect that decision.

So the ultimate price that's paid would be more complicated than just the avoidable at reactor storage cost. I think there are other costs that would have been taken into account based on uncertainty, risk aversion, other factors that Mr. Graves's models does not address. So I don't believe that the metric is correct. It is one metric. It is one factor. I don't think it's the only one.

Q. Do you think it's possible that utilities might in the non-breach world pay more than their

avoidable spent fuel storage cost for early
acceptance allocations and exchanges?
     A. I would have to model that to know. But I
think just a narrow look at avoidable at reactor
storage cost is not sufficient to answer the
question, to answer the question what would they
have paid.
     Q. In reaching your opinion as an economist
that utilities would not have behaved as Mr. Graves
assumes, you did not do any quantitative analysis to
reach that conclusion, correct?
     A. I did not run, by quantitative analysis
you mean create my own model or run alternative
simulations of Mr. Graves's models, I did not.
     Q. What methodology did you employ to reach
your conclusion?
     A. My knowledge of the economics of
uncertainty and risk aversion. Decision making in
the presence of those factors.
     Q. How could other economists test your
conclusion that utilities would not have behaved as
Mr. Graves assumes?

A. I think conceptually they would largely reach the same conclusion. I think to test it you might have to create your own model and quantify that effect. It wasn't my job to figure out what utilities would pay for exchanges. I believe Mr. Graves has not adequately categorized an exchanges market. Therefore, misses factors that would affect that decision.

Q. So other economists couldn't test your conclusion that utilities wouldn't have behaved as Mr. Graves assumes without in fact performing quantifications that you didn't perform?

MR. BRYAN: Objection. Mischaracterizes testimony. Compound.

THE WITNESS: I don't think that's true. I think you could draw a qualitative conclusions. I think if you wanted to quantify those conclusions, you might need some kind of a modeling framework to do it.

BY MR. SHAPIRO:

Q. You understand that Mr. Graves asserts that the results of his economic sequence model are

adjustment based upon only technical feasibility issues with disposing of the spent fuel on the otherwise agreed to schedule, right?

A. Yes.

Q. You don't have any expertise regarding failed fuel, do you?

A. I don't have any technical expertise with respect to failed fuel.

Q. You don't have any expertise that would enable you to make a judgment as to the technical feasibility of disposing of failed fuel on one schedule as opposed to another, do you?

A. I do not.

Q. You didn't try to analyze the impact of failed fuel on the market for exchanges as analyzed here by Mr. Graves, did you?

A. I did not.

Q. You can't say that failed fuel, if that had been considered more explicitly in Mr. Graves's modeling, that it would have materially changed the results of his models, can you?

A. It could have. But I did not analyze

that.
Q. What's your understanding of how the presence of failed fuel might have affected the results of Mr. Graves's model?
A. To the extent that failed fuel is or the fuel that Dairyland that has designated as failed fuel, I understand there are a fair number of assemblies in the Dairyland spent fuel pool that are designated as failed fuel. To the extent that the existence of that fuel might complicate the acceptance of Dairyland spent fuel, it could affect their ability to have all of their fuel removed in 1998.
Q. Is it your opinion then that the presence of failed fuel wouldn't necessarily have impacted the extent of exchanges but rather would have affected the actual acceptance by DOE of that fuel based upon the results of the exchanges?
MR. BRYAN: Objection. Vague. Compound. Objection to the extent it mischaracterizes testimony.
A. I think it could manifest itself in both.

were taken into account, maybe that would have encouraged utilities with failed fuel to have swapped away some early slots and thereby helping Dairyland obtain those slots at lower cost?

MR. BRYAN: Objection. Vague. Compound.

THE WITNESS: I suppose anything is possible. It's not an issue that Mr. Graves has analyzed. And I haven't either.

BY MR. SHAPIRO:

Q. Let me turn your attention back to Exhibit 1 of your deposition, your report. Turn your attention to paragraph 49.

A. Yes, I'm there.

Q. You state that Mr. Graves assumes that in the non-breached world utilities without must move fuel don't value earlier acceptance allocations more than later allocations. True?

A. As long as they don't bump up against a must move situation, yes.

Q. Do you believe that utilities without must move fuel would have valued early allocations more?

A. Yes.

Q. What is the basis of that belief?

A. I think Mr. Graves actually attempts to incorporate that into his model in case scenarios 21 and 22 where a utility bids in advance of its actual must move need because of uncertainty or risk aversion.

Q. I understand Mr. Graves recorded those two scenarios in his report. Not necessarily meaning that Mr. Graves thinks that's the most plausible view of the non-breach world. I'm asking about your belief and the basis for it.

You just said that you believe that utilities without must move fuel would have valued early allocations more. I'm asking what the basis is for your belief?

A. Again, I think it's consistent with Mr. Graves's description of these two scenarios that as you approach a must move situation you, the utility, don't want to wait until the last minute to resolve that situation. So as you approach a must move situation, you want to act earlier rather than later because of concerns about risk or uncertainty. And,

therefore, you would value rights before they were absolutely needed on a deadline versus beginning to address your spent fuel storage issues earlier. I think there's real value in doing that.

Q. But you didn't analyze how much more you believe utilities would have valued early acceptance allocations more than later ones?

A. I have not done that, correct.

Q. Have you done any analysis of how much earlier in time utilities would value acceptance than later acceptance?

A. Not specifically, no.

Q. Can you put any parameters on what timeframe would be more preferable to a later timeframe?

A. I would say in general earlier is better. But I've not specifically parameterized that issue.

Q. Do you believe that Mr. Graves's scenario 21 reasonably models the possibility that utilities would value earlier acceptance allocations more than later ones, even if they didn't need such acceptance?


©2007

1eac65e9-97d1-46c2-83f0-6e9652e239fe

A. I think Mr. Graves two advanced bid scenarios address one aspect of why earlier rights would be valuable rather than later rights. That is specifically with respect to the demand for rights.

I also think that implicit evaluation would affect the participation decision in the exchanges market. Mr. Graves does not analyze that. So I think he's identified one aspect of it but not another. Both would be important in my view.

Q. Let me turn your attention, Dr. Neuberger, to paragraph 51 of your report. In this paragraph you assert that Mr. Graves should have more explicitly modeled uncertainty regarding the DOE program. Correct?

A. In effect. Yes.

Q. But you didn't attempt to model this uncertainty, did you?

A. I did not.

Q. So you can't say that, if this uncertainty were modeled more explicitly, that it would have a material affect on the results of Mr. Graves's model, can you?

 ©2007



1eac65e9-97d1-46c2-83f0-6e9652e239fe

MR. BRYAN: Objection. Mischaracterizes his testimony. Vague.

A. I believe very strongly that it would. I have not explicitly modeled it.

Q. How is it that you have an opinion, strong opinion that it would affect the results, if you didn't bother to actually do the quantitative analysis?

A. Again, I would fall back on my experience working with uncertainty based models that introducing uncertainty introduces the possibility that your best guess is not realized. And anything other than your best guess may impose on you some costs. And that any rational economic decision maker is going to take into account the probability weighted cost of being wrong.

And, therefore, would reach different decisions. It would certainly bid differently in terms of participating in the exchanges market. But I believe that, if uncertainty were explicitly incorporated in this model, it would produce different results.