Q. You have the expertise to have modeled uncertainty more explicitly, don't you?
A. Yes.
Q. But you decided not to apply that expertise here, correct?
A. I did not explicitly model uncertainty here.
Q. You understand that Mr. Graves looked at uncertainty in some of his sensitivities analysis that we discussed, correct?
A. Every iteration of Mr. Graves's model is a certainty based iteration. There is no explicitly uncertainty in Mr. Graves's model regardless of the scenario. There is some randomized -- there are some scenarios using randomized costs. But, again, the decision making, the decision criteria are all made in a certainty environment. There is no uncertainty explicit in this model.
I understand Mr. Graves says that some of his scenarios address elements of uncertainty. And I think some of those scenarios do. But this is not an uncertainty based model.


1eac65e9-97d1-46c2-83f0-6e9652e239fe

Q. What do you believe would have been the most appropriate means of looking at uncertainty?

A. Explicit modeling of uncertainty. Incorporating elements of uncertainty directly into the model and then solving the model in the presence of that uncertainty.

Q. How specifically would you have modeled uncertainty in the model, how would you have incorporated uncertainty explicitly in the model?

A. I would have acknowledged that uncertainty exists in many dimensions affecting this model. So, for example, the exact contours of DOE performance I would have introduced uncertainty about what those contours would have been.

I would have introduced uncertainty about projected costs. And simulating the impact of that. I would have introduced the concept of risk aversion, and recognizing that some degree of risk aversion would have required me to perhaps induce a counter party to offer early rights by perhaps paying them more money.

I would have acknowledged that risk

A. I haven't thought about it specifically. I haven't done the exercise so I don't know offhand. That's something that I would want to investigate.

Q. Can you give us any sense of how wide a range?

A. With respect to what parameter?

Q. Of expectation of disruptions of DOE performance in a non-breached world.

A. No. I can't give you a specific number or a range.

Q. Let me turn your attention, Dr. Neuberger, to paragraph 57 of your report. In this paragraph you opine that risk aversion would influence the market for exchanges?

A. Yes.

Q. You didn't attempt to model the effect on the market for exchanges for risk aversion, did you?

A. I did not.

Q. You had the expertise to have modeled risk aversion, true?

A. Yes.

Q. You didn't try to apply that expertise

here?

A. That's correct.

Q. Can you explain for me how your viewing risk aversion differently than uncertainty in this context?

A. They are obviously related. From an economist perspective there are different definitions for uncertainty in risk. In one instance you know something about the distribution of possible outcomes and the other you may not.

Uncertainty is a situation that exists in pretty much every economic, forward looking economic decision. There are many models of economic behavior that assume neutral risk aversion or ignore risk aversion. So even though there is uncertain outcomes, economic actors may not act any differently based on those potential outcomes.

Risk aversion is a very specific characteristic that the decision maker is assumed to have. And there are various measures on risk aversion. Some of them in absolute terms, some of them in relative terms. What often comes out of an

A. That is correct.
Q. Another area of uncertainty you discussed, Dr. Neuberger, is the fact that exchanges require DOE approval of approved delivery commitment schedules, correct?
A. Yes.
Q. You note, referring to paragraph 62 of your report, that the extent of DOE's approval of delivery commitment schedules and exchanges cannot be predicted with absolute certainty, right?
A. Yes.
Q. Is it your opinion that every aspect of an economic model has to be capable of prediction with absolute certainty to be useful?
A. Absolutely not. It does suggest there is some uncertainty in this dimension. And so a more complete model would acknowledge the possibility that every single exchange might not be approved and that might throw a wrench into the workings of an exchanges market.
Q. Is it your opinion that DOE would not have readily approved exchanges?

A. No.

Q. Have you attempted to model the extent to which exchanges that would have been agreed to amongst utilities would not have been approved by DOE?

A. No.

Q. Do you have any understanding as to why DOE would not have approved in an non-breach world exchanges that would say have been agreed to and proposed by utilities?

A. I can envision situations in which the logistics of a particular exchange just may not be workable for DOE. They are the ones who got to bring these trains around the country and get this stuff moving. It is possible that some exchanges just would not be physically or logistically possible.

Q. Why is it that an exchange that would have been thought of advantageous amongst utilities, that's why they agreed to it, would have been logistically more difficult to DOE than sticking with the oldest fuel first order with spent fuel

pick up?

A. It's not necessarily any relationship there. You could have exchanges between utilities in different parts of the country. DOE had been planning, for example, a southeast campaign, and all of a sudden you have got utilities in the upper midwest who are exchanging for rights. And logistically it may not be possible for DOE to perform under those conditions.

And so, DOE's objectives, the constraints faced by DOE are not identical to the constraints faced by individual utilities. And, as a result, DOE has the right to disapprove an exchange, if for whatever reason, logistical, political, it just can't do that.

Q. You refer to the possibility, and I understand it was off-the-cuff, that maybe DOE would have been planning for a southeast campaign. To the extent that DOE was planning and had the capability to accept spent fuel on an oldest fuel first basis, that DOE had to have robust acceptance capability because there wouldn't have been any campaigning


©2007

1eac65e9-97d1-46c2-83f0-6e9652e239fe

under oldest fuel first that would enable you to, for example, concentrate on a particular region of the country, correct?

A. Yes. But there's no geographic limitation on these exchanges. I don't know if anybody would consider geographic considerations in making exchanges. It was just an example that I used. And it's in the contract. DOE has to approve these exchanges. All I'm suggesting is, that a more realistic model would acknowledge the possibility, however remote it might be, that DOE might not approve every exchange.

Q. And how would you have modeled that possibility?

A. Just the way I described it. You would introduce some kind of randomness factor that would acknowledge the possibility that an exchange could be disapproved. What does it do? Well, as Mr. Graves has described it, some of the exchanges end up being fairly complex, multiparty arrangements.

Some link in that particular chain gets broken. You might have to engage in extensive

A. The implication of that sentence seems to be either you ignore uncertainty altogether or you include every possible dimension of uncertainty. There's a whole continuum of approaches that could have been taken somewhere in between. It's a false choice. Either you ignore uncertainty or you only do uncertainty in every possible dimension. That doesn't make sense.

Q. You haven't tried to determine which areas ultimately you believe Mr. Graves should have explored in terms of uncertainty in greater detail?

A. I have described any number of elements of uncertainty in my report that I think are important and that should have been addressed. On the outside, on the outcome maybe some of those factors wouldn't be important and you could simplify the model by just excluding it.

Some of the factors that I've discussed could be modeled together that they might all work in one direction and have one particular impact. You could just summarize three or four different dimensions of uncertainty with one random


©2007

1eac65e9-97d1-46c2-83f0-6e9652e239fe

variable.

Having not gone through the exercise and really dug deep into these elements of uncertainty, I don't know which ones are most important. I don't know which ones will have the biggest effect.

I do know that in my understanding of this particular market and the environment in which these decisions would be made, uncertainty would have exited and some incorporation of uncertainty would have been appropriate. There isn't any.

Q. You just testified that you could have determined that some elements of uncertainty were not sufficiently important to have warranted further analysis. How would you have reached such a conclusion?

A. By doing the work.

Q. What work?

A. The work that we have been describing for the last hour, hour and a half. Introducing uncertainty, solving the model many, many times. Thinking about the parameters of the uncertainty.

Determining whether they would have any impact on Dairyland or its cost. Running the simulations. If you run 15,000 simulations of one particular aspect of uncertainty and it didn't change anything, maybe it isn't one you need to consider. If, on the other hand, other elements of uncertainty did prove to have empirically large impacts, then I think those should be included.

Instead what we have is a model with no uncertainty. I don't think that's correct either. So the exercise would need to be done to determine what's the best way to incorporate uncertainty into this model. What effect does it have.

Q. Since you haven't actually run the numbers yourself in terms of incorporating more uncertainty into the exchanges model, do you know even whether if that had happened whether that would have improved Dairyland's result or made Dairyland's result less attractive?

MR. BRYAN: Objection. Vague. Compound.

THE WITNESS: I haven't done the work so I



1eac65e9-97d1-46c2-83f0-6e9652e239fe

don't know. I don't see how you are going to get a lot better than what Mr. Graves says would happen to Dairyland in this situation. They have already moved up in his model to the very first year of acceptance paying a relatively low cost for acceptances net cost.

So it seems like you've almost bounded the problem on one side. It can only get worse from there. I haven't done the analysis.

Q. Another area that you said Mr. Graves perhaps could have taken into account more in his model is sociopolitical factors. You say utilities have to take into account various sociopolitical factors, other than economic interests in determining your participation in exchanges market?

A. It's my experience that they do.

Q. What experience are you referring to?

A. Testimony in PG&E. Testimony in this case.

Q. Let's do one at a time. What testimony in PG&E are you referring to that informs you about sociopolitical factors that utilities taking into

A. I don't have any a priori reason to believe there would be any different in a breached world versus a non-breached world.

Q. You don't think there's a greater concern in the breached world that spent fuel is not moving from its current location because the government is not taking that would have been the case in the non-breached world, if the government were actually in the process of removing spent fuel from a utility site?

A. I don't know how interest groups would have been affected by DOE performance or not.

(Brief Recess.)

BY MR. SHAPIRO:

Q. Dr. Neuberger, we were discussing sociopolitical factors that might influence the exchanges market. You haven't attempted to model the impact of taking into account sociopolitical factors on the exchanges market, have you?

A. That's correct. I have not.

Q. How would you have done so?

A. I think I would have acknowledged somehow,



1eac65e9-97d1-46c2-83f0-6e9652e239fe

and I don't know exactly off the top of my head, that there were constraints on any individual utility's ability to simply act in a profit maximizing way or a cost minimizing way. That there are other interests -- again, I can't tell you off the top of my head exactly how I would have done it, but I would have attempted to introduce some friction into a potential exchanges market, acknowledging the fact that there are other interests and sometimes utilities cost minimizing behavior is constraint by those interests. I don't know exactly how I would have gone about doing it.

Q. We have discussed earlier today some of the other factors that you feel should have been explicitly in Mr. Graves's model. I have a sense one way or the other you could have come up with a means of doing that. Because those were economic concerns.

This sociopolitical factor issue almost by definition is non-economic concern. It's less clear to me how you could go about incorporating into an economic model such



1eac65e9-97d1-46c2-83f0-6e9652e239fe

A. I do not without doing work.
Q. Let me turn your attention to paragraph 65 of your report. In this paragraph you assert that most parties would support an acceleration of spent fuel acceptance, but that the same support would not be forthcoming for utilities to decelerate acceptance, correct?
A. Yes.
Q. What is the basis for this assertion?
A. I don't have any empirical or quantitive basis. This is my impression. And, again, I think it gets to this point that participation in this exchanges market isn't going to be or may not be viewed symmetrically between those who accelerate and those who decelerate.

I think there could indeed be pressure on a utility board not to decelerate. That is consistent with evidence that I've seen in this and other cases where almost everybody seems to think that aceleration is a good idea. I haven't seen anybody who is actually willing to decelerate.

So certainly my perspective is

informed by the cases that I've worked in where this exchanges mechanism has been talked about. To date I've not heard testimony or seen any documents from any utility in any of the cases I've worked in or from any other utilities for that matter that specifically identifies a willingness or desire to decelerate.

Q. Can you point to an example of a utility with a desire to accelerate that didn't have a must move fuel need to do so?

A. I know NSP in some of its testimony, some of the testimony by its executives had indicated a willingness or desire to accelerate before they actually hit a must move situation. So in advance of a must move there was interest in accelerating. But I think it's not unreasonable to expect that a must move situation would be a primary motivator for accelerating or wanting to accelerate.

Q. In paragraph 65, which you reference parties would tend to favor acceleration more than deceleration. What parties are you referring to?

A. I think any stakeholder, whether it's a

ultimate removal of all the spent fuel is not delayed?

A. Just a general sense that less is better. Having less fuel around is somehow better.

Q. What expertise are you applying to reach that conclusion?

A. Common sense.

Q. Why does common sense tell you that less spent fuel as opposed to a little more is better, if you are not changing the time for the removal of the last of the spent fuel?

A. Why would the residents around Diablo Canyon not want any of Humboldt Bay's fuel. Obviously something is going on there. Where a little bit more fuel is seen as a bad thing. The converse I think is true, a little less fuel is probably seen as a good thing.

Q. You are not applying your economic expertise in this instance. You are merely applying common sense to conclude that, as you put, a little less spent fuel is preferable to a little more?

A. There is no specific economic expertise.


©2007

1eac65e9-97d1-46c2-83f0-6e9652e239fe

segmented without collusion.

Q. Perfectly?

A. I don't know if perfectly or not. You asked me for another mechanism, what it would produce. There's an example. Mr. Graves has assumed a particular, whether explicit or not, it's actually implicit, he doesn't really say, but in his model inclusion is a particular exchange mechanism. Yet that exchange mechanism isn't specified, so you can't identify who the seller is. And he acknowledges that alternative exchange mechanisms could have worked and would have produced different prices and perhaps different outcomes than his model.

So all I'm acknowledging is that possibility. And I think this issue needs some more work before you can really say with any reasonable degree of certainty that this is how the market worked.

Q. You've testified that you think that some market segmentation would have been possible, but absent collusion maybe not perfect segmentation.

Have you done any analysis to determine how much segmentation you think would have been possible in the non-breached world?

A. No.

Q. Do you have the expertise to have performed such an analysis?

A. Yes.

Q. How would you have gone about doing that?

A. I would model different exchange mechanisms. I would explicitly identify the exchange mechanism. And seen what kind of results it produced. I would have looked at different exchange mechanisms and seen what kind of results they produced.

Any kind of mechanism like that requires some assumptions. I would have made those assumptions, compared the results. I would have attempted to understand how this market would have worked, how the participates expected the market to work.

Mr. Graves has not done that. He's made a particular assumption basically saying this

was a perfectly competitive market, it would have cleared at this Welrasian auctioneer's price. But even he acknowledges other exchange mechanisms are possible. And the results under those alternative mechanisms would be different.

Q. How specifically would you have analyzed how much segmentation would have been possible in a market characterized by bilateral exchanges?

A. I don't know off the top of my head. I obviously have to think about it. Again, we are dealing with a relatively small market here. There aren't that many participates in this market. Under Mr. Graves's acceptance rate OFF does a pretty darn good job after the first couple of years. So the volume of exchanges may not have been all that high after the first couple years of the program.

Again, I would have made some guesses. Done some research. Tried to put some parameters around that. Estimated what the effect is and done that multiple times.

Q. You noted that Mr. Graves assumes that generally good information about buyers costs would

Q. You didn't make any attempt to run Mr. Graves's model by substituting Dairyland site specific costs for influencing how Dairyland would have exchanged?

A. I did not.

Q. Why not?

A. I think the basic critique that I have on this point, many aspects of it survive even if I haven't done that. Yes, it may have been helpful. I didn't do it. I just chose not to.

Q. You say that the spent fuel storage cost inputs that go into the exchanges model will affect the price of exchanges, correct?

A. Yes.

Q. You haven't attempted to quantify the extent of this affect on the price of exchanges, have you?

A. Having not run those simulations, no. Remember, this is a cost based model. Costs matter for what each facility is willing to pay. Using the same cost for every utility, despite the fact that I assume, I believe Mr. Graves would acknowledge that

 ©2007

1eac65e9-97d1-46c2-83f0-6e9652e239fe

A. Yes.

Q. You have no basis for saying that some plants would likely have different policies, do you?

A. I am aware from some of my work in other spent fuel cases that some utilities have adopted alternative full core reserve. In some instances one plus a reload. In other instances where there was a shared pool, 2 plus a reload reserve. But I don't know from direct experience what the distribution of reserve policies is at nuclear power plants.

Q. You say that if some utilities had non-standard practices that this would affect the results of Mr. Graves's exchanges model?

A. Yes, it would affect those utilities willingness to pay for exchanges.

Q. You don't have any basis for determining how likely it is that utilities would have had such non-standard practice, do you?

A. I do not, correct.

Q. You haven't attempted to quantify the impact of adoption of non-standard full core reserve

on results of Mr. Graves's models, have you?

A. That's correct.

MR. SHAPIRO: That's all the questions I have for you, Dr. Neuberger. I appreciate your time.

THE WITNESS: Thank you.

MR. BRYAN: Off the record.

(Discussion off the record.)

EXAMINATION BY COUNSEL FOR DEFENDANT

BY MR. BRYAN:

Q. Good-afternoon, Dr. Neuberger. Just a few follow-up questions. Mr. Shapiro asked you a lot of questions concerning whether you had independently modeled the risks that you had said Mr. Graves has failed to consider in preparing his report. Do you recall that?

A. Yes.

Q. And I believe you testified that you did not independently model those risks. Is that correct?

A. Yes, that's correct.

Q. Why didn't you independently model those

 ©2007

1eac65e9-97d1-46c2-83f0-6e9652e239fe