# APPENDIX

Index to the Appendix

1. Ivan F. Stuart Expert Witness Report
and attached Exhibits, dated 03/23/2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

2. Deposition of Ivan F. Stuart, dated 05/24/2007
(Relevant Experts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

3. Documents Considered in Forming Opinions

a. Remarks by Ivan Selin at Annual Meeting
of Institute of Nuclear Materials
Materials, dated 07/18/1994 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

b. OCRWM Report to the Committee on
Appropriations, dated 01/2001 (Relevant Excerpts) . . . . . . . . . . . . . . . . 48

c. *Going the Distance? The Safe Transport of
Spent Nuclear Fuel and High-Level Radioactive
Waste in the United States*,
Prepublication Draft, dated 2006 (Relevant Excerpts) . . . . . . . . . . . . . . 54

4. Trial Testimony of Ivan F. Stuart

a. *Pacific Gas & Electric Company v. U.S.*,
No. 04-74C, dated 06/06-07/2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

b. *Sacramento Municipal Utility v. U.S.*,
No. 98-488C, dated 03/25/2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106 C |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## IVAN F. STUART EXPERT WITNESS REPORT

This report addresses matters relevant to the contract entered into by Dairyland Power Cooperative ("DPC") with the government for the acceptance of spent nuclear fuel and high-level radioactive waste (together "spent fuel"). This contract is one of approximately 50 such contracts with essentially the same terms between the government and commercial nuclear utilities. The form of each such contact is sometimes referred to as a Standard Contract. I am aware that the government breached DPC's contract by not beginning to accept spent fuel from DPC by January 31, 1998.

Neither the terms of DPC's contract nor those of the Standard Contracts specify either the pace at which the Department of Energy ("DOE") should accept spent fuel from the contracting parties or the schedule on which DOE was required to accept spent fuel from DPC after the government commenced acceptance. I have been asked to present my opinions on the ability of DOE to implement a spent fuel acceptance schedule with a reasonable ramp up to 3,000 MTU and that would accommodate swaps of acceptance allocations amongst contracting utilities. This report presents those opinions and the bases therefor, together with the other information called for in RCFC 26 (a)(2)(B).

## I. Opinions to be Expressed and the Bases Therefor

I offer the following points as the opinions to which I expect to testify at the trial of this matter. I present my reasoning for reaching my conclusions along with the conclusions themselves. My opinions are based on my over 40 years of experience in the nuclear industry as described in Exhibit 4 including in the field of spent fuel management, particularly in the area of spent fuel transportation and storage. My opinions are also based on my review of relevant documents shown in Exhibit 3.

My principal opinions are as follows:

The acceptance of 3,000 MTU per year by DOE with a reasonable ramp up beginning in 1998 would have been readily achievable if appropriate planning and preparations had started sufficiently in advance of the January 31, 1998 deadline set by the DPC contract and the Standard Contract. Sufficient advance work was clearly possible in view of the large body of experience in the transportation of spent fuel gathered by and/or available to DOE prior and subsequent to 1983. Adequate planning and preparations would have ensured the availability of a sufficient number of casks to transport the spent fuel, as well as the availability of a suitable transportation network. This network could have been used for the acceptance of spent fuel in "campaigns" (defined below), and would have been flexible enough to accommodate exchanges of acceptance allocations amongst contracting utilities. There are no site specific conditions that would have prevented DOE from utilizing acceptance campaigns to transport spent fuel from the LaCrosse Boiling Water Reactor (LACBWR) operated by DPC.



2

A. DOE's experience in transporting spent fuel

Over the course of many years, starting long before the Standard Contracts were formulated, a great deal of experience in the transportation of spent fuel was developed. This experience was developed by and/or available to DOE, and could have easily been drawn upon and expanded upon to enable the development of a national program that by January 31, 1998 would have begun the systematic transport of spent fuel from reactor sites to one or more storage/disposal locations in the United States.

Commercial nuclear power has been used for many years in the United States, and throughout this long history of use, significant quantities of spent fuel have been shipped from reactor sites to commercial and government facilities. These shipments have been for various purposes, including: testing storage technologies; post-irradiation fuel examination; and reprocessing. Exhibit 1 to this report lists some of the spent fuel shipments that have been conducted for the government and for nuclear utilities. Altogether, since the early 1960's, enough commercial spent fuel has been shipped by road and rail in the United States to fill (or empty) the cores of twenty commercial nuclear reactors.

There is also a substantial body of experience in transporting spent fuel in foreign countries as shown in Exhibit 2. Outside the United States, spent fuel shipments have been and continue to be conducted frequently. Most of these shipments are made from reactor sites to spent fuel reprocessing centers in Britain, France, Japan and Russia. Through 1998, more than 100,000 MTU of spent fuel has been shipped by road, rail and sea outside the United States. This is greater than the total amount of spent fuel projected to be discharged from all current domestic commercial reactors over the course of their initial licensed lives.



3

Thus, had the government started to commence acceptance of spent fuel by January 31, 1998, there was a wealth of experience that DOE could have drawn upon and expanded upon prior to 1998 in order to have a suitable spent fuel transportation plan ready for implementation by January 31, 1998.

B. The availability of casks to transport spent fuel

There were spent fuel transportation casks available well before 1998 to support the acceptance of 3,000 MTU per year with a reasonable ramp up beginning by January 31, 1998. In fact, as early as the 1970s, at least two types of casks were available for, and used in, the transportation of spent fuel by rail. One of those casks, the General Electric IF-300, is still in use today. In 1995, the Nuclear Regulatory Commission ("NRC") licensed a cask for the dual purposes of storage and transportation of spent fuel. That cask, the NAC-STC, can accommodate 26 standard pressurized water reactor (PWR) assemblies. If existing casks were determined to be insufficient, DOE could have readily developed a transportation cask in time to commence the performance of its contractual obligations in 1998. For example, NAC was able to obtain an NRC license for the NAC-STC within five years of the time NAC started work on that cask. This amount of time reflected extra licensing time required because the NAC-STC was the first dual-purpose cask to be licensed by the NRC.

DOE would not have needed to obtain a large fleet of casks to establish a receipt rate of 3,000 MTU per year. The following example illustrates this point:

> Using the mass of a standard PWR fuel assembly as a reference, the NAC-STC's capacity is equivalent to about 10 MTU[1].
>
> Therefore, 300 cask trips per year would be required to establish an

[1] The Westinghouse 17 x 17 fuel assembly is considered to be a standard fuel assembly.

> acceptance rate of 3,000 MTU. To make a complete cycle with a cask between utilities as far away as on the East Coast and an acceptance facility in Nevada, for example, would require about a one-month turnaround time. Given a one-month turnaround time, and allowing for two months per year of down time for maintenance, one cask could transport 100 MTU per year. Thus, in this scenario, as few as 30 casks would have been required to meet the 3,000 MTU acceptance rate. The LACBWR site is much closer to Nevada and so cask turnaround time would be shorter for those shipments.

Of course, the government could have procured a greater number of casks than called for in the example above, which would have made it even easier to meet the 3,000 MTU acceptance rate. I expect that DOE would procure some additional casks to allow for accommodating uncertainties. Plans that I have heard discussed by DOE staff and its contractors described a cask fleet much larger than in my example above.

Regardless of the particular cask model selected, DOE could easily have designed, built, and licensed the requisite number of casks if it had started this process in the early 1990's. In the example given above, it would have taken approximately 24 months to fabricate the first of the necessary number of NAC-STC casks. Each cask would have cost between $2 and 2.5 million dollars; thus, thirty or more NAC-STC casks could have been purchased with a small portion of the Nuclear Waste Fund. Had DOE initiated this process early enough, DOE could have procured a large enough fleet of suitable casks to be available on January 31, 1998, to accept 3,000 MTU with a reasonable ramp up and in an efficient sequence.



5

The "non-standard" fuel, or failed fuel, generated by the contracting nuclear utilities would not have been a barrier to DOE's acceptance of spent fuel in a timely manner. With sufficient advanced planning, DOE could also have developed a cask or casks for non-standard fuel, or failed fuel, and obtained the necessary license from the NRC, and procured enough such casks in time to accept these materials from DPC (and other utilities) in a timely manner. Such casks have now been developed by private industry and are in use at several reactor sites around the country. A significant portion of the industry's transportation experience has been in transporting non standard fuel so that it could be studied in test facilities operated by the fuel manufacturers to determine the fuel performance characteristics. These shipments have been handled using standard practices and procedures showing that there would be no impediments to operating an efficient program.

C. The use of shipping campaigns

DOE's transportation performance in fulfillment of its obligations under the DPC contract and the Standard Contracts should have included acceptance campaigns. Acceptance campaigns are the movement of spent fuel from one location to another using multiple casks at a time and with the associated personnel and equipment in a repetitive manner. Shipments of spent fuel should be conducted in campaigns in order to achieve efficient operations, and the government should have done so in this case.

There are several advantages to shipping campaigns versus moving only a small number of assemblies at a time. Perhaps the biggest advantage is that efficiencies in transportation operations can be realized. Effort expended on repetitive operations such as cask handling, loading, decontamination, receipt and turnaround can be reduced in the aggregate through the use of campaigns.



6

The value of shipping campaigns is evidenced by the fact that DOE has encouraged the use of campaigns in the spent fuel transportation services for which it has contracted. In the 1980's, DOE contracted with NAC to move spent fuel from Taiwan to the United States. This project included shipping campaign sizes of up to 11 casks. Additionally, a campaign size of 8 casks has been used in the past – and campaigns continue to be used – by NAC in the government's ongoing program to return spent nuclear fuel from research reactors in foreign countries. NAC has transported research reactor fuel pursuant to a contract with the government. In both of these cases, NAC was encouraged by the government to use shipping campaigns to provide for the efficient transportation of the spent fuel at issue.

In the case of the LACBWR site, the total inventory of spent fuel could have been transported in 5 or 6 of the large rail casks discussed above and removed from the site in a single campaign. This would have been the most efficient way for DOE to remove that spent fuel.

Sufficient transportation resources were available to, or could have been obtained by, DOE prior to 1998 to implement the type of acceptance campaigns called for to efficiently accept 3,000 MTU per year. Returning again to the example cited earlier:

> 30 NAC-STC casks making 300 cask trips would have been required to transport 3,000 MTU per year. If each shipment consisted of 5 casks on average, and shipments to the acceptance facility were to be conducted by rail, 60 rail shipments would have been involved, or about 1 shipment per week.

Based on my experience supervising the transport of spent fuel from reactor sites and my knowledge of the transport and receipt of other heavy equipment, I believe that adequate heavy-



7

haul vehicles and mobile cranes were available, or could readily have been made available, to DOE prior to 1998 to support this level of spent fuel transport from reactor sites.

This level of spent fuel transport would represent a very small fraction of the current rail system capacity. Union Pacific Railroad alone owns more than 6,900 locomotives in the United States. I estimate that a spent fuel shipment of 5 casks carrying approximately 50 MTU of spent fuel as defined above would require two locomotives. Therefore, 1 spent fuel shipment on rail each week would constitute a 30th of one percent of Union Pacific Railroad's locomotives.[2]

It should be noted that although the example I have provided features rail transportation of spent fuel, my conclusions regarding the technical feasibility of shipping 3,000 MTU per year would not change if truck transportation were included in the DOE transportation system. Clearly more casks in total would be needed to make up for the lower capacity truck casks to achieve the same total removal rate. Based on the experience I have cited above, I believe that a sufficient number of trucks, casks and transporters could readily have been made available to DOE prior to 1998 to support a 3,000 MTU acceptance schedule if a mix of rail and truck transport were used for the DOE transportation system.

D. The ability to accommodate swaps of acceptance allocations and priority acceptance from shutdown reactors

There would be no technical barriers to swaps of acceptance allocations amongst contracting utilities under the transportation program described above. Provided that reasonable acceptance campaigns are utilized, the level of transportation resources necessary to establish the 3,000 MTU per year acceptance schedule is largely independent of the sequence in which spent

[2] There are, of course, numerous rail lines in the United States that could be used for spent fuel shipments alone or in combination with other rail lines. The example of Union Pacific is provided simply for illustrative purposes.



8

fuel is to be accepted from the contract holders as a result of swaps. In fact, swaps can contribute to program efficiencies by encouraging campaigns. In the same vein, accordance of priority acceptance to spent fuel at permanently shutdown reactors could also contribute to program efficiency, since such shutdown priority would entail campaigned acceptance from those reactors. Moreover, there could be enough flexibility in the program – in terms of the number of casks, the availability of heavy-haul equipment to handle casks, and rail system capacity – to accommodate changes in the sequence of spent fuel removal.

E. Site Specific Conditions for LACBWR

Based upon my experience in various aspects of the transportation of spent fuel, it is my opinion that DOE would have faced no significant logistical impediments to accepting all of the spent fuel contained in LACBWR's spent fuel pool within one year from the commencement of acceptance. After the requisite license was obtained from the NRC, shipment would likely begin with heavy-haul vehicle shipment from the reactor site to the nearest rail access point at the north end of the LACBWR site.

At this point the casks would be transferred to rail cars. Potential destinations can be reached by an array of rail routes. In addition, barge transport is conducted at the site servicing the adjacent coal plant.

II. Data or Information Considered in Forming Opinions

Data and other information I considered in forming my opinions is listed in Exhibit 3 to this report.



9

III. Qualifications

My qualifications to offer the opinions included in this report, including a list of all publications I have authored within the preceding ten years and my testimony over the past four years, are set out in herein and in Exhibit 4 to this report.

IV. Compensation

I am being paid $325 per hour for my time working on this matter.

VI. Other Expert Testimony

I have testified as an expert at trial or by deposition in the following cases within the preceding four years (all in the United States Court of Federal Claims): *Yankee Atomic v. U.S.*, No. 98-126C; *Connecticut Yankee v. U.S.*, No. 98-154C; *Maine Yankee v. U.S.* No. 98-474C; *SMUD v. U.S.*, No. 98-488C; and *PG&E v. U.S.*, No. 98-04-74C and 04-75C

Respectfully submitted,

[signature]

Ivan F. Stuart

Dated: March 23, 2007

# Exhibit 1

# NAC International Historical Spent Fuel Shipments Through May 2004

## Shipments by Truck

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments | Cask Type |
|---|---|---|---|---|---|
| *Arkansas Power and Light* | | | | | |
| ANO 1 | B&W–Lynchburg | 6 rods | 1987 | 1 | NLI-1/2 |
| ANO 1 | AECL–Chalk River | 7 rods | 1990 | 1 | NLI-1/2 |
| *Baltimore Gas and Electric* | | | | | |
| Calvert Cliffs | Battelle Co. | rods[1,2] | 1981 | 1 | NAC-1/NFS-4 |
| Battelle Co. | Calvert Cliffs | rods[1,2] | 1984 | 1 | NLI-1/2 |
| Calvert Cliffs | PNL | rods[1,2] | 1985 | 1 | NLI-1/2 |
| Calvert Cliffs | AECL–Chalk River | 6 rods | 1990 | 1 | NLI-1/2 |
| *Carolina Power and Light* | | | | | |
| Robinson 2 | INEL | 1 | 1975 | 1 | NAC-1/NFS-4 |
| Brunswick 2 | Battelle Co. | 8 rods[2] | 1981 | 1 | NLI-1/2 |
| Robinson 2 | AECL[3] | 10 rods | 1986 | 1 | NLI-1/2 |
| Robinson 2 | GE-Vallecitos | 12 rods | 2001 | 1 | NAC-LWT |
| *Commonwealth Edison* | | | | | |
| Dresden 1 | NFS | 120 | 1973 | 52 total for both campaigns | NAC-1/NFS-4 |
| Dresden 1 | NFS | 86 | 1974 | | NAC-1/NFS-4 |
| Dresden 2 | Battelle Co. | 1 | 1976 | 1 | NAC-1/NFS-4 |
| Dresden 1 | INEL | 2 | 1978 | 2 | NAC-1/NFS-4 |
| Zion 1 | Battelle Co. | 1 | 1982 | 1 | NLI-1/2 |
| Battelle Co. | Zion 1 | 1 + rods | 1983 | 1 | NLI-1/2 |
| Zion 1 | Battelle Co. | 1 | 1983 | 1 | NLI-1/2 |
| Battelle Co. | Zion 1 | 1 | 1984 | 1 | NLI-1/2 |
| NFS | Dresden 2/3 | 1 | 1985 | 1 | NLI-1/2 |
| Quad Cities | B&W–Lynchburg | 3 | 1986 | 3 | NLI-1/2 |
| Byron | AECL–Chalk River | 5 rods | 1991 | 1 | NLI-1/2 |
| Dresden 2 | B&W Lynchburg | 6 rods | 1992 | 1 | NLI-1/2 |
| Quad Cities | GE–Vallecitos | 6 rods | 1993 | 1 | NLI-1/2 |
| *Connecticut Yankee APC* | | | | | |
| Haddam Neck | Battelle Co. | 3 | 1980 | 3 | NAC-1/NFS-4 |
| *Dairyland* | | | | | |
| Lacrosse | Savannah River | 1 | 1970 | 1 | NAC-1/NFS-4 |
| Lacrosse | MSF | 8 | 1979 | 8 | NAC-1/NFS-4 |
| MSF | Lacrosse | 8 | 1981 | 4 | NAC-1/NFS-4 |
| *Duke Power Company* | | | | | |
| Oconee 1 | B&W–Lynchburg | 1 | 1975 | 1 | NAC-1/NFS-4 |
| B&W–Lynchburg | Oconee 3 | 1 | 1975 | 1 | NAC-1/NFS-4 |
| Oconee 1 | B&W–Lynchburg | 1 | 1976 | 1 | NAC-1/NFS-4 |
| B&W–Lynchburg | Oconee 3 | 1 | 1976 | 1 | NAC-1/NFS-4 |
| Oconee 1 | Oconee 3 | 134 | 1976–1978 | 134 | NAC-1/NFS-4 |
| Oconee 2 | Oconee 3 | 36 | 1977 | 36 | NAC-1/NFS-4 |
| Oconee 3 | Oconee 2 | 12 | 1977 | 12 | NAC-1/NFS-4 |
| Oconee 1 | B&W–Lynchburg | 3 | 1978 | 3 | NAC-1/NFS-4 |
| Oconee 1 | Crystal River 3 | 4 | 1978 | 4 | NAC-1/NFS-4 |
| B&W–Lynchburg | Oconee 3 | 3 | 1978 | 3 | NAC-1/NFS-4 |
| Oconee 2 | Oconee 3 | 53 | 1978–1979 | 53 | NAC-1/NFS-4 |
| Oconee 1 | Oconee 3 | 44 | 1979 | 44 | NAC-1/NFS-4 |
| Oconee 3 | Oconee 1 | 1 | 1980 | 1 | NAC-1/NFS-4 |
| Oconee 1 | B&W–Lynchburg | 2 | 1980 | 2 | NAC-1/NFS-4 |
| B&W–Lynchburg | Oconee 3 | 1 | 1980 | 1 | NAC-1/NFS-4 |
| Oconee 3 | Oconee 1 & 2 | 52 | 1981 | 52 | NAC-1/NFS-4 |

## Shipments by Truck

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments | Cask Type |
|---|---|---|---|---|---|
| Oconee 3 | McGuire 1 | 13 | 1982 | 13 | NLI-1/2 |
| Oconee 3 | Oconee 1 & 2 | 284 | 1982 | 284 | NAC-1/NFS-4 |
| Oconee 3 | McGuire 1 | 4 | 1983 | 4 | NLI-1/2 |
| Oconee 3 | Oconee 1 & 2 | 201 | 1983 | 201 | NAC-1/NFS-4 |
| Oconee[4] | McGuire 1 | 6 | 1984–1985[5] | 6[5] | NLI-1/2 |
| Oconee[4] | Oconee[4] | 294 | 1984–1985[5] | 294[5] | NAC-1/NFS-4 |
| Oconee 2 | McGuire 2 | 21 | 1985 | 21[5] | NLI-1/2 |
| Oconee[4] | Oconee[4] | 81 | 1986 | 81 | NAC-1/NFS-4 |
| Oconee[4] | Oconee[4] | 1 | 1987 | 1 | NAC-1/NFS-4 |
| Oconee[4] | McGuire 1 | 12 | 1986 | 12 | NLI-1/2 |
| Oconee[4] | B&W–Lynchburg | 12 rods | 1989 | 1 | NLI-1/2 |
| McGuire | B&W–Lynchburg | 3 rods | 1994 | 1 | NLI-1/2 |
| *Florida Power and Light* | | | | | |
| Turkey Point 3 | Turkey Point 4 | 57 | 1976 | 57 | NLI-1/2 |
| Turkey Point 4 | Turkey Point 3 | 189 | 1976–1977 | 189 | NLI-1/2 |
| Turkey Point 3 | Battelle Co. | 5 | 1978 | 5 | NAC-1/NFS-4 |
| Turkey Point 3 | Turkey Point 4 | 272 | 1977–1978 | 272 | NAC-1 & NLI-1/2 |
| Turkey Point 3 | EMAD | 8 | 1979 | 8 | NLI-1/2 |
| Turkey Point 3 | EMAD[5] | 5 | 1979 | 5 | NLI-1/2 |
| Turkey Point 4 | Turkey Point 3 | 168 | 1981 | 168 | NAC-1/NFS-4 |
| Turkey Point 3 | Turkey Point 4 | 1 | 1981 | 1 | NAC-1/NFS-4 |
| Turkey Point 3 | Turkey Point 4 | 2 | 1983 | 2 | NAC-1/NFS-4 |
| Turkey Point 4 | Turkey Point 3 | 2 | 1983 | 2 | NAC-1/NFS-4 |
| Turkey Point 4 | Turkey Point 3 | 4 | 1983 | 4 | NAC-1/NFS-4 |
| *GPU Nuclear* | | | | | |
| Oyster Creek 1 | NFS | 24 | 1973[1] | 12 | NAC-1/NFS-4 |
| Oyster Creek 1 | NFS | 136 | 1974 | 68 | NAC-1/NFS-4 |
| Oyster Creek 1 | NFS | 64 | 1975[1] | 32 | NAC-1/NFS-4 |
| Oyster Creek 1 | Battelle Co. | rods | 1981 | 1 | NAC-1/NFS-4 |
| *Georgia Power* | | | | | |
| E.I. Hatch | B&W–Lynchburg | 7 rods | 1992 | 1 | NLI-1/2 |
| *IES Utilities* | | | | | |
| Duane Arnold | GE–Vallecitos | 1 can | 1998 | 1 | NLI-1/2 |
| *Maine Yankee* | | | | | |
| Maine Yankee | C-E | 7 rods | 1974 | 1 | NAC-1/NFS-4 |
| Maine Yankee | Battelle Co. | 30 rods | 1974 | 1 | NAC-1/NFS-4 |
| *McMaster University,* | SRS | 41[11] | 1996 | 1 | NAC-LWT |
| *Hamilton, Ontario* | SRS | 90[11] | 2000 | 1 | NAC-LWT |
| *National Institute of* | Savannah River | 126 | 1997 | 3 | NAC-LWT |
| *Standards & Technology* | Savannah River | 84 | 1999 | 2 | NAC-LWT |
| *Nebraska Public Power District* | | | | | |
| Cooper | PNL[7] | 2 | 1986 | 2 | NLI-1/2 |
| Cooper | GE–Vallecitos | control blade | 1994 | 1 | NLI-1/2 |
| *Omaha Public Power District* | | | | | |
| Fort Calhoun | Battelle Co. | 23 rods. | 1982 | 1 | NLI-1/2 |
| Battelle Co. | Fort Calhoun | 23 rods | 1983 | 1 | NLI-1/2 |
| Fort Calhoun | Battelle Co. | 1 | 1985 | 1 | NLI-1/2 |
| *Northern States Power Co.* | | | | | |
| Monticello | Battelle Co. | rods | 1981 | 1 | NAC-1/NFS-4 |
| Monticello | Battelle Co. | 1 | 1983 | 1 | NLI-1/2 |
| *Philadelphia Electric* | | | | | |
| Peach Bottom 2 | INEL | 2 | 1977 | 1 | NLI-1/2 |
| Limerick | GE-Vallecitos | 1 | 1999 | 1 | NLI-1/2 |

**Shipments by Truck**

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments | Cask Type |
|---|---|---|---|---|---|
| *Progress Energy (formerly CP&L)* | | | | | |
| Robinson Plant, Hartsville, SC | GE-Pleasanton, CA | 2 | 2001 | 1 | NAC-LWT |
| *Public Service Electric & Gas* | | | | | |
| Hope Creek | GE-Vallecitos | 5 rods | 1993 | 1 | NLI-1/2 |
| *Rochester Gas and Electric* | | | | | |
| R.E. Ginna | NFS | 12 | 1973 | 12 | NAC-1/NFS-4 |
| R.E. Ginna | NFS | 61 | 1974 | 61 | NAC-1/NFS-4 |
| R.E. Ginna | NFS | 48 | 1976 | 48 | NAC-1/NFS-4 |
| NFS | R.E. Ginna | 36 | 1985 | 36 | NLI-1/2 |
| NFS | R.E. Ginna | 45 | 1986 | 45 | NLI-1/2 |
| *South Carolina Electric & Gas* | | | | | |
| V.C. Summer | AECL–Chalk River | 6 rods | 1990 | 1 | NLI-1/2 |
| V.C. Summer | AECL–Chalk River | | 1995 | 1 | NLI-1/2 |
| *Southern California Edison* | | | | | |
| San Onofre 1 | MSF | 55 | 1976 | 55 | NAC-1/NFS-4 |
| San Onofre 1 | MSF | 85 | 1977 | 85 | NAC-1/NFS-4 |
| San Onofre 1 | MSF | 19 | 1978 | 19 | NAC-1/NFS-4 |
| San Onofre 1 | MSF | 16 | 1980 | 16 | NAC-1/NFS-4 |
| *Tennessee Valley Authority* | | | | | |
| Watts Bar | INEL | 4[12] | 1999 | 4 | NAC-LWT |
| *Union Electric* | | | | | |
| Callaway | AECL–Chalk River | 6 rods | 1991 | 1 | NLI-1/2 |
| *Virginia Electric Power Co.* | | | | | |
| Surry | Battelle Co. | 1 | 1983 | 1 | NLI-1/2 |
| *Wisconsin Electric Power Co.* | | | | | |
| Point Beach 1 | NFS | 44 | 1974 | 44 | NAC-1/NFS-4 |
| Point Beach 1 | MSF | 14 | 1975 | 14 | NAC-1/NFS-4 |
| Point Beach 2 | MSF | 20 | 1975 | 20 | NAC-1/NFS-4 |
| Point Beach 1 | NFS | 76 | 1975 | 76 | NAC-1/NFS-4 |
| Point Beach 2 | Battelle Co. | 1 + 16 rods | 1976 | 2 | NAC-1/NFS-4 |
| Point Beach 2 | MSF | 38 | 1976 | 38 | NAC-1/NFS-4 |
| Point Beach 2 | MSF | 1 + 16 rods | 1976 | 2 | NAC-1/NFS-4 |
| Point Beach 2 | MSF | 36 | 1977 | 36 | NAC-1/NFS-4 |
| Point Beach 1 | PNL[7] | 6 | 1978 | 6 | NAC-1/NFS-4 |
| *Wisconsin Electric Power Co.* | | | | | |
| MSF | Point Beach 1 | 60 | 1983 | 60 | NLI-1/2 |
| NFS | Point Beach 1 | 13 | 1983 | 13 | NLI-1/2 |
| NFS | Point Beach 1 | 101 | 1984 | 101 | NLI-1/2 |
| MSF | Point Beach 1 | 49 | 1984 | 49 | NLI-1/2 |
| Point Beach 1 | PNL | 3 | 1985 | 3 | NLI-1/2 |
| *U.S. Department of Energy* | | | | | |
| Battelle Co. | EMAD | 1 | 1978 | 1 | NAC-1/NFS-4 |
| B&W–Lynchburg | Battelle Co. | rods | 1978 | 1 | NAC-1/NFS-4 |
| Battelle Co. | B&W–Lynchburg | rods | 1978 | 1 | NAC-1/NFS-4 |
| Battelle Co. | EMAD | 3 | 1979 | [8] | NAC-1/NFS-4 |
| Rockwell | INEL | 5 | 1988 | 5 | NLI-1/2 |
| Savannah River Site | Rockwell | 5 | 1988 | 5 | NLI-1/2 |
| Savannah River Site | Battelle–PNL | 7[9] | 1989–1994 | 7 | NLI-1/2 |

**Shipments by Truck**

| Origin | Destination | Number of Assemblies | Shipment Date | Number of Shipments | Cask Type |
| --- | --- | --- | --- | --- | --- |
| Savannah River Site | Sandia National Laboratory | 1[10] | 1990 | 1 | NLI-1/2 |
| Battelle-PNL | Oak Ridge National Laboratory | 5[9] | 1991–1994 | 5 | NLI-1/2 |
| Georgia Institute of Technology | Savannah River | 25[11] | 1996 | 1 | NAC-LWT |
| Los Alamos National Laboratory | Savannah River | 82[11] | 1997 | 3 | NAC-LWT |
| SRS | INEL | 7 | 2001 | 1 | TN 6-3 |
| SRS | INEL | 119 | 2001 | 2 | GNS-16 |

Key

AECL = Atomic Energy of Canada, Ltd.
B&W–Lynchburg = Babcock & Wilcox, Lynchburg, VA
Battelle Co. = Battelle, Columbus, OH
C-E = Combustion Engineering
EMAD = Nevada Test Site
GE–Vallecitos = General Electric, California Research Facility
INEL = Idaho National Engineering & Environmental Laboratory
MSF = General Electric–Midwest Storage Facility, Morris, IL
NFS = Nuclear Fuel Services, West Valley, NY
PNL = Battelle, Pacific Northwest Laboratories

Footnotes

1 Unknown number of rods shipped
2 Shipment of rods not equal to an assembly
3 First shipped to INEL then to AECL
4 Specific unit(s) not known
5 NAC assumption
6 First shipped to Battelle Columbus Laboratories, then to EMAD
7 First shipped to NPS, then to PNL
8 Multiple shipments prior to 1980 were not covered in this contract
9 Mark 42 assembly
10 Mark 22 assembly
11 Materials-test reactor (MTR)
12 Tritium Target Assembly

# NAC International Historical Spent Fuel Shipments Through May 2004

## Intermodal Shipments

| Origin | Destination | Assemblies | Shipment Date. | Number of Shipments | Cask Type |
|---|---|---|---|---|---|
| ZPRL, Lung-Tan, Taiwan (INER) | SRS, Aiken, SC | 1,577(1) | 1986–1991 | 121 | NLI-1/2, NAC-1, NAC-LWT |
| IRT-5000 & Tammuz-2 Al Tuwaitha, Iraq | Mayak, Chelyabinsk, Russia | 208 (2) | 1993–1994 | 8 | NAC-LWT |
| Demokritos, Attiki, Greece (Inst. Nuclear Technology) | SRS, Aiken, SC | 64 (2) | 1995 | 2 | NAC-LWT |
| Demokritos, Attiki, Greece (Inst. Nuclear Technology) | SRS, Aiken, SC | 40 (2) | 1998 | 1 | NAC-LWT |
| La Riena, Santiago, Chile (CCHEN) | SRS, Aiken, SC | 28 (2) | 1996 | 1 | NAC-LWT |
| IAN-R1, Bogota, Colombia (INEA) | SRS, Aiken, SC | 25 (2) | 1996 | 1 | NAC-LWT |
| HFBR, Brookhaven National Lab, Upton, NY (DOE) | SRS, Aiken, SC | 1,050 (2) | 1996–1997 | 25 | NAC-LWT |
| IRT-M, Tbilisi, Georgia (Inst. Of Physics) | Dounreay, Thurso, UK | 5 | 1998 | 1 | NAC-LWT |
| Fuel from Triga II & III, Taejeon, South Korea (KAERI) | INEL, Idaho Falls, ID | 299 (3) | 1998 | 3 | NAC-LWT |
| TRR-1, Bangkok, Thailand (OAEP) | SRS, Aiken, SC | 31 (2) | 1999 | 1 | NAC-LWT |
| GA Siwabessy MPR, Tangerang, Indonesia (NAEA) | SRS, Aiken, SC | 47 (2) | 1999 | 2 | NAC-LWT |
| PRR-1, Quezon City, Philippines (PNRI) | SRS, Aiken, SC | 51 (2) | 1999 | 2 | NAC-LWT |
| Triga II, Pitesti, Romania (RPA) | INEL, Idaho Falls, ID | 267 (3) | 1999 | 1 | NAC-LWT |
| Triga II, Ljubljana, Slovenia (Inst. Jozef Stefan) | INEL, Idaho Falls, ID | 218 (3) | 1999 | 2 | NAC-LWT |
| Cassacia, Italy | INEL, Idaho Falls, ID | 140 (3) | 1999 | 1 | NAC-LWT |
| ZPRL, Lung-Tan, Taiwan (INER) | SRS, Aiken, SC | 35 (2) | 1999 | 1 | IU04 |
| THOR, Hsinchu, Taiwan (Tsing Hua Univiversity | SRS, Aiken, SC | 35 (2) | 1999 | 1 | IU04 |
| DR-3, Roskilde, Denmark (Risoe National Lab.) | SRS, Aiken, SC | 60 (4) | 1999 | 2 | IU04 |
| Triga I, Hannover, Germany (Inst. FNB) | INEL, Idaho Falls, ID | 76 (3) | 1999 | 1 | GNS-16 |
| RPI, Sacavem, Portugal (INETI) | SRS, Aiken, SC | 39 (2) | 1999 | 1 | IU04 |
| ICI Triga, Billingham, England (ICI Petrochemical)) | INEL, Idaho Falls, ID | 90 (3) | 2000 | 1 | NAC-LWT |
| RA-3, Buenos Aires, Argentina (CNEA) | SRS, Aiken, SC | 210 (2) | 2000 | 5 | NAC-LWT |
| Santiago, Chile (CCHEN) | SRS, Aiken, SC | 34 (2) | 2000 | 1 | NAC-LWT |
| Vandellos 2, Vandellos, Spain (PWR) | Studsvik, Sweden | 12 (1) | 2001 | 1 | NAC-LWT |
| ASTRA, Seibersdorf, Austria | SRS, Aiken, SC | 54 | 2001 | 2 | NAC-LWT |
| PETTEN, Petten, Netherlands | SRS, Aiken, SC | 119 | 2001 | 3 | NAC-LWT |
| DR3 - Risoe National Laboratory, Denmark | SRS, Aiken, SC | 84 (4) | 2001 | 2 | NAC-LWT |
| Oconee | Chalk River, Canada | | 2002 | 1 | NAC-LWT |
| North Anna (Westinghouse) | Studsvik hot cell, Sweden | 12 (1) | 2002 | 1 | NAC-LWT |
| R2 - Studsvik, Sweden | SRS, Aiken, SC | 41 (2) | 2002 | 1 | NAC-LWT |
| DR3 –Risoe National Laboratory, Denmark | SRS, Aiken SC | 125 (4) | 2002 | 3 | NAC-LWT |
| DR3 – Risoe National Laboratory, Denmark | SRS, Aiken, SC | 46 (4) | 2002 | 1 | TN-MTR |
| Julich, Germany | SRS, Aiken, SC | 60 (2) | 2002 | 1 | TN 7-2 |
| Garching, Germany | SRS, Aiken ,SC | 48 (2) | 2002 | 2 | GN 16 |
| Veteran Administration, Omaha | INEEL, Idaho | 57 (3) | 2002 | 1 | NAC-LWT |
| Duane Arnold | GE, Vallecitos | 6 (1) | 2002 | 1 | NAC-LWT |
| Pacific Northwest Division of Battle-Memorial Laboratory Institute (PNNL) | ANL-W, ID | 4 (1) | 2002 | 1 | NAC-LWT |

**Intermodal Shipments**

| Origin | Destination | Assemblies | Shipment Date | Number of Shipments | Cask Type |
|---|---|---|---|---|---|
| Brookhaven National Laboratory | SRS, Aiken, SC | 60 (2) | 2003 | 2 | NAC-LWT |
| General Atomic, CA | DOE, Idaho | | 2003 | 1 | NAC-LWT |
| Limerick Nuclear Power Plant | GE, Vallecitos | 5 (1) | 2003 | 1 | NAC-LWT |
| Rikkyo Univeristy Japan | DOE, Idaho | 72 (3) | 2003 | 1 | Rikkyo cask |
| Exelon Nuclear Power Plant | Studsvik, Sweden | 5 (1) | 2003 | 1 | NAC-LWT |
| NIST | SRS, Aiken | (2) | 2003 | 3 | NAC-LWT |
| Cornell University | DOE, Idaho | (3) | 2003 | 1 | NAC-LWT |
| Browns Ferry NPP | GE, Hot Cell Vallecitos | (1) | 2003 | 1 | NAC-LWT |
| GAS MPR, Serpong, Indonesia | SRS | 111+1plate(2) | 2004 | 3 | NAC-LWT |
| Triga II, Yogyarkarta, Indonesia | INL | 70 (3) | 2004 | 1 | NAC-LWT |
| Triga II, Bandung, Indonesia | INL | 111 (3) | 2004 | 1 | NAC-LWT |

Footnotes: (1) Mettalic Rods, (2)MTR fuel, (3) Triga fuel, (4) DIDO fuel

# Exhibit 2

| Year | France | Un. Kingdom |
|---|---|---|
| 1960 | 194.7256 | 879.888 |
| 1961 | 102.0164 | 879.888 |
| 1962 | 102.0164 | 471.316 |
| 1963 | 102.0164 | 314.272 |
| 1964 | 102.0164 | 338.51934 |
| 1965 | 112.72878 | 477.79584 |
| 1966 | 165.73257 | 641.77866 |
| 1967 | 262.72647 | 817.18198 |
| 1968 | 362.13286 | 1109.25644 |
| 1969 | 337.16777 | 1149.63178 |
| 1970 | 293.05076 | 1201.0786 |
| 1971 | 197.04376 | 1109.96534 |
| 1972 | 393.178 | 1306.63404 |
| 1973 | 541.47272 | 1059.42346 |
| 1974 | 679.74513 | 1121.62204 |
| 1975 | 709.86463 | 1321.84781 |
| 1976 | 592.62966 | 893.57667 |
| 1977 | 745.56847 | 1123.00473 |
| 1978 | 852.07049 | 1156.02351 |
| 1979 | 664.07127 | 1033.51468 |
| 1980 | 747.16371 | 2065.24589 |
| 1981 | 911.73136 | 1494.68094 |
| 1982 | 991.79306 | 1738.93599 |
| 1983 | 1211.96689 | 1664.66454 |
| 1984 | 1437.13289 | 1736.05555 |
| 1985 | 1529.08703 | 1448.81287 |
| 1986 | 1545.49566 | 1493.25543 |
| 1987 | 1545.22061 | 1657.73539 |
| 1988 | 1555.44454 | 1550.8262 |
| 1989 | 1809.16694 | 1689.62505 |
| 1990 | 1664.68501 | 1698.99453 |
| 1991 | 1671.8989 | 1624.4592 |
| 1992 | 1994.84891 | 1733.54925 |
| 1993 | 2092.18745 | 1615.62106 |
| 1994 | 2007.63724 | 1677.07253 |
| 1995 | 1380.3811 | 1904.70775 |
| 1996 | 2919.17088 | 1365.68591 |
| 1997 | 1524.77268 | 1569.9051 |
| 1998 | 815.30496 | 1591.42212 |
| 1999 | 977.326 | 1185.25458 |
| 2000 | 1123.189 | 1206.26966 |
| 2001 | 1153.556 | 1794.64123 |
| 2002 | 1373.952 | 1614.7242 |
| 2003 | 1417.976 | 1619.9549 |
| 2004 | 1310.26257 | 1375.7279 |

## Historical Spent Fuel Shipments in France and the United Kingdom



# Exhibit 3

DATA AND OTHER INFORMATION CONSIDERED IN FORMING OPINIONS

1) Facility Interface Capability Assessment (FACA) Study, NAC International

2) Near Site Transportation Infrastructure (NSTI) Study, NAC International

3) Certificate of Compliance for Radioactive Materials Packages, NAC Storage Transport Cask, rev. 2 March 25, 1999

4) Safety Analysis Report for NAC Storage Transport Cask, rev.12, April 1999

5) The Shipment of Spent Nuclear Fuel: How Big a Project Does the United States Face?, FOCUS Nuclear Fuel Cycle Quarterly, Issue 39, Winter 1997, Michael J. Smith

6) Deposition of John Parkyn, December 12, 2006 Case No. 040106 C

7) Deposition of Michael A. Brasel, December 13, 2006 Case 04-0106 C

8) Deposition of Seymour J. Raffety, December 14, 2006 Case 04-0106 C

9) Table 3.1 Summary of Purchasers' Annual Allocations, 1991 ACR

10) Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste, April 18, 1983

11) Timely Topics on Spent Fuel Storage, Ivan Selin, Chairman of the Nuclear Regulatory Commission, presented at the INMM Conference July 14, 1994

12) DOE report to the Committees on Appropriations, by Ivan Itkin, Director of Office of Civilian Radioactive Waste Management, January 19,2001

13) The Safe Transport of Spent Nuclear Fuel and High Level Radioactive Waste in the United States, Committee on Transportation of Radioactive Waste, National Research Council, 2006

# Exhibit 4

*I. Stuart & Co. Inc. - International Nuclear Consulting.*

# Resume of Ivan F. Stuart, President

## Current Activities

Mr. Stuart has more than 40 years of experience in the nuclear industry. Recent consulting experience in the past 5 years includes preparing recommendations for Japanese industry evaluating the adoption of US dual purpose spent fuel cask technology; services to the Department of Energy (DOE) in its program to disposition excess Russian weapons plutonium, and with the Nuclear Threat Initiative (NTI) programs in Former Soviet Union states. As a senior consultant to NAC International, Stuart managed the design of innovative spent fuel casks, provided expert witness testimony for lawsuit support, led the operation of an annual Global Spent Fuel Management conference and provided project management of the Wyoming private spent fuel storage initiative (Owl Creek Energy Project).

## Previous Experience

### NAC International, Inc. – Senior Vice President, 1990-1999

Stuart served as Senior Vice President of EDS (Engineering & Design Services), managing all of NAC's technical staff and project managers. He oversaw the NRC licensing function for all of the company's nuclear fuel storage systems, fuel transport casks and fuel consolidation systems. This included the concept development, detailed design, NRC licensing, testing, procurement, fabrication follow and acceptance testing of these products. Specific project accomplishments include:

- NAC-STC Dual Purpose 26 PWR Assembly Cask Design and Licensing Project.
- NAC-I26 S/T Storage Cask Fabrication Project for Almaraz Nuclear Station in Spain.
- NAC-I28 S/T Storage Cask Fabrication Project for Surry Nuclear Power Station in Virginia, United States.
- Design of the DPT Dual Purpose Cask for 21 KWU fuel assemblies for the Trillo Station, Spain.
- Design of the NAC-STC (VVER) Dual Purpose Cask for 85 VVER-440 (Russian design) fuel assemblies.
- Design of the NAC-CTC Transport Cask under U.S. DOE contract.
- Design of the NAC Fuel-Pac fuel consolidation system.
- NAC-CTC Advanced 21-element design Transport Cask for DOE-OCRWM that included advanced ALARA hydraulic lid design.
- Negotiated an international license agreement for a proprietary cask neutron shielding material.

## Previous Experience

### General Electric Co. — 1962-1988

#### General Manager, Waste Management Services

- Responsible for Vallecitos Nuclear Laboratory in California, including operation of several test and isotope production reactors; shipment of irradiated lead test fuel assemblies from commercial operating reactors for destructive tests and examinations in hot cells.
- Responsible for operation of Morris wet fuel storage facility at Morris, Illinois, including transport of spent fuel from commercial operating reactors for storage at Morris using the IF-300 rail casks.
- Design/development and testing of low-level waste volume reduction systems, including dry compactors and liquid waste solidification systems utilizing azeotropic distillation processes.

#### Manager, Field Services

- Commercial reactor original equipment installation, startup testing. Site supervision for all GE-BWR nuclear steam systems operations.
- Reactor outage planning, fuel loading, repair and maintenance implementation at all GE-BWR operating commercial plants.
- Design, testing and installation of reactor upgrade and retrofit systems in compliance with NRC requirements and quality assurance programs.

#### Manager, Engineering Consulting Services

- Design/procurement/installation of mechanical, electrical and hydraulic systems to improve nuclear plant operating performance.
- Design and operation of remote, ultrasonic inspection devices for reactor pressure vessels and piping using state-of-the-art robotics and computerized data recording systems.
- Operated a design/procurement/warehousing system for pooling inventory of large, long-lead procurement equipment for all operating GE-BWR plants, including adapter kits for use of equipment in multiple plants.

#### Manager, Licensing and Safety

- NRC licensing responsibility for all GE-BWR plants, including construction permits and operating licenses.
- Prepared generic Topical Reports for NRC approval of nuclear, thermal hydraulic, and structural analytical techniques used in plant design.
- Operated the BWR owners group of utilities which owned/operated all U.S. BWR plants, designing and implementing all NRC generic requirements resulting from the TMI post-accident analysis.

## Education

Newark (New Jersey) College of Engineering, B.S., Mechanical Engineering, 1959

New York University/U.S. Air Force. Graduate Meteorological Program, 1960

## *Memberships*

- American Nuclear Society
- Institute for Nuclear Power Operation — SPAC Group

## *Professional Certification*

- Registered Professional Engineer — Nuclear, State of California