CERTIFICATE OF FILING

I hereby certify that on this 29th day of April 2008, a copy of the foregoing "DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF IVAN F. STUART" and the "APPENDIX" thereto were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater