CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on April 29, 2008, a copy of this "DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE ADMISSION AT TRIAL OF DOCUMENTS PREPARED BY GOVERNMENT CONTRACTORS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anthony W. Moses