# EXPERT WITNESS REPORT OF FRANK C. GRAVES

I. Introduction and Approach ..... 1
I.A. Approach to Modeling Non-Breach Spent Fuel Acceptance ..... 3
II. Pace of Acceptance in the Non-Breach World ..... 5
II.A. The Economic Need for Spent Fuel Removal – Must Move Analysis ..... 5
II.B. Feasibility of Acceptance Rate ..... 9
II.C. Acceptance Rate Conclusion ..... 11
III. Sequence of Acceptance in the Non-Breach World ..... 15
III.A. Modeling the Acceptance Priority Resulting From Exchanges ..... 18
III.B. Modeling Exchanges – Analysis and Base Case Results ..... 20
III.C. Modeling Exchanges – Sensitivity Analyses ..... 24
Scenarios – Nuclear Life Extensions and Early Shutdowns ..... 25
Scenarios – Acceptance Rates ..... 27
Scenarios – Storage Cost Variability ..... 30
Scenarios – Potential Barriers to Participation in Exchanges ..... 31
Scenarios – OFF Priority ..... 39
Other Benefits of Exchanges ..... 42
IV. Characterizing the Breach World ..... 42
V. Discussion and Conclusion ..... 44

APPENDICES

Appendix A: List of Documents Considered
Appendix B: Resume of Frank C. Graves
Appendix C: Disclosure of Deposition and Testimony
Apendix D: Disclosure of Publications
Appendix E: Summary of Scenario Results

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE<br>Plaintiff,<br><br>v.<br>UNITED STATES OF AMERICA<br>Defendant. | : | No. 04-106C<br>(Chief Judge Damich) |

EXPERT WITNESS REPORT OF FRANK C. GRAVES

## I. INTRODUCTION AND APPROACH

I have been asked to prepare this report to describe what would have been reasonable performance by the United States government in accepting spent nuclear fuel and high-level radioactive waste (together, spent fuel) under the terms of its 1983 contract with the Plaintiff, Dairyland Power Cooperative (Dairyland). Dairyland owns a shutdown nuclear plant, the LaCrosse plant (referred to as LACBWR, the LaCrosse boiling water reactor), which is covered by a contract with the government (via the U.S. Department of Energy, DOE) for spent fuel removal. It is well known and accepted that the government has failed to remove spent fuel from any commercial nuclear facility. I describe in this report a reasonable description of how the government would have performed in the hypothetical non-breach world where it did satisfy its contract obligations. In particular, I characterize the schedule of spent fuel acceptance from LACBWR in that non-breach environment.

In reaching my conclusions, I have considered information contained in a number of documents related to spent fuel storage and disposal, the DOE spent fuel program, and publicly available information on nuclear power plants. I have also considered representative estimates of spent

the overall program, and the schedule of acceptance from other facilities. Conceptually, the problem can be separated into two parts:

- Pace of acceptance: the aggregate rate at which the spent fuel program accepts spent fuel.
- Sequence of acceptance: The allocation of the program's aggregate acceptance among individual Purchasers and facilities (the acceptance priority).

Despite the Contract's lack of specificity, economic logic can be used to characterize a reasonable non-breach program, addressing both pace and sequence. This characterization is based on the timing and quantity of the different Purchasers' economic needs for spent fuel removal, along with evidence that a program capable of reasonably serving those needs would have been economically reasonable and technically achievable. The importance of implementing the DOE program in an efficient manner, in terms of pace and sequence, is reflected in many DOE spent fuel program documents. This need and expectation was testified to by John Bartlett, former Director of the DOE spent fuel program, during the summer 2004 trial in the Yankee cases, as well as in the PG&E trial in summer 2006, and it is consistent with mitigating the financial burden on Purchasers, who are responsible for the total costs of the spent fuel program.

To characterize the non-breach program, I have developed an analytic model that I use to evaluate the timing of spent fuel removal from particular facilities, under a set of reasonable assumptions about pace and sequence. In addition to the Base Case analysis on which I base my conclusions, I have also considered several alternative acceptance rates and a number of issues that could affect acceptance sequence, evaluating the potential effect of a wide range of scenarios on the fuel removal schedule for Dairyland. Examination of these alternative scenarios tests and ultimately confirms the validity of my analyses.

## II. PACE OF ACCEPTANCE IN THE NON-BREACH WORLD

To evaluate the acceptance rate in the non-breach world, I rely on evidence regarding Purchasers' economic need for spent fuel removal, and on evidence regarding what acceptance rate would be feasible and reasonable. This latter evidence comes in part from the DOE's plans for the spent fuel program over time, and it is corroborated by other sources.

### II.A. THE ECONOMIC NEED FOR SPENT FUEL REMOVAL – MUST MOVE ANALYSIS

To identify Purchasers' economic needs for spent fuel removal, it is first necessary to understand the underlying economics of spent fuel storage. An operating nuclear reactor must have a spent fuel pool, and the costs of operating that pool (e.g., security, engineering and maintenance) are essentially fixed, i.e., independent of the quantity of fuel in the pool. Any individual pool can accommodate only a limited amount of spent fuel because of physical space limits and how the fuel is arranged in the pool. I understand that almost all operating nuclear plants make it a practice to reserve sufficient space in the pool to accommodate the discharge of all the fuel in the reactor core in case of emergency – a so-called Full Core Reserve or Full Core Offload Capability (FCR or FCOC). Thus the available storage capacity in an operating plant's pool is the total pool capacity minus FCR, minus the inventory of spent fuel already stored in the pool.

If an operating plant runs out of available storage space in its pool and has additional spent fuel discharges to accommodate, then either some spent fuel must be removed from the site (e.g., delivered to the DOE under the spent fuel program), or substantial incremental cost must be incurred to create additional at-reactor storage capacity (e.g., installing a dry storage facility).[2]

---

[2] In some circumstances, it may be possible to create additional capacity within a pool, for instance by re-racking the spent fuel assemblies in an arrangement of greater density. Though re-racking can be less costly than dry storage, it nonetheless incurs a substantial expense. Re-racking is not an issue for Dairyland, and I do not consider the possibility of additional re-racking at other facilities (beyond the early

When a reactor shuts down permanently, the pool must continue to operate for some time, until the last fuel discharged becomes cool enough for handling (5 years, under the Standard Contract). After that time, the pool can be decommissioned and ongoing pool operating costs can be avoided, if and when the spent fuel is removed.

This leads to an economic concept for understanding how the government's spent fuel program should have worked in the non-breach world. Spent fuel storage imposes essentially no incremental (avoidable) cost, as long as the spent fuel inventory does not exceed a pool's capacity, or until 5 years beyond reactor shutdown. However, once 1) pool storage limits are reached, or 2) the plant has been shut down for at least 5 years, the plant owner begins to incur avoidable incremental costs from adding or maintaining storage capacity. This results in an economic need to remove spent fuel, which I refer to as a "Must Move" condition. That is, a facility is in a Must Move condition if it needs to remove spent fuel in order to avoid significant incremental or ongoing storage costs. I label the two circumstances that can lead to a Must Move condition as Full Pool Must Move (FPMM), when an operating facility runs out of available pool space, or Shutdown Must Move (SDMM), five years after shutdown when all the spent fuel is available to be removed.

I have performed an analysis of the Must Move needs of each commercial nuclear power plant in the U.S. This analysis determines, for each facility, when spent fuel storage requirements will begin to impose significant incremental costs, and how much spent fuel would have to be removed by what time to avoid that incremental cost. Reliable data on historical and forecasted

re-rackings that occurred for reasons unrelated to program performance), in part because it is difficult to obtain data on the potential for re-racking at individual sites. This approach to re-racking lends conservatism to my results. This is because to the extent that my analysis ignores lower-cost alternatives at other facilities, then it will, if anything, show a later fuel removal date for Dairyland than would otherwise be the case.




**Figure 1: Aggregate Must Move Spent Fuel**

This figure shows the aggregate quantity of Must Move spent fuel starting in 1998 at several thousand metric tons (MTU) that reach Must Move status prior to the program's contractual start date, climbing at around 1,000 to 2,000 MTU/year for about the first twenty years, then climbing at over 3,000 MTU/year for about the next twenty years as large numbers of plants begin to shut down, starting around 2015.[6,7] This pattern is consistent with the fact that spent fuel is discharged from operating reactors at a rate of about 2,000 MTU per year, which begins to drop off when significant numbers of plants begin to shut down. With regard to these needs, an

[6] Spent fuel quantities are measured in units of metric tons of uranium (MTU), reflecting the mass of uranium in the original fuel.

[7] Figure 1 is based on data showing that reactors shut down at the end of their original license lives. To the extent that many plants receive license extensions and operate beyond their original lives, as is now expected, the industry will continue to discharge about 2,000 MTU/year for many additional years, and the

only 900 MTU/year – for an extended period, reflecting the use of a temporary facility with limited storage capacity.

### II.C. Acceptance Rate Conclusion

In my numerical analyses characterizing non-breach acceptance, I considered a number of different acceptance rates. These rates encompass (or are at least very similar to) most of the rates that have been used in program planning over the history of the program. Figure 2 illustrates several of these rates, showing their cumulative acceptance over time, and also showing for comparison the Must Move results discussed previously. (Figure 3 following shows the annual acceptance quantities for these rates.) With respect to Must Move needs, any of the 3,000 MTU rates may be candidates for reasonable acceptance rates – they accommodate average Must Move needs, are not overwhelmed by the higher needs in later years, and generally stay ahead of aggregate Must Move needs after the first few years of program operation. The highest (6,000 MTU) and lowest (900 MTU) rates do not satisfy these criteria.




**Figure 2: Non-Breach Acceptance Rate and Must Move Spent Fuel (Supply and Demand for Spent Fuel Acceptance)**

| Acceptance Rate (MTU) | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 Forward |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 Mission Plan | 1,200 | 1,200 | 2,000 | 2,000 | 2,700 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 1983 Mission Plan [1] | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 1987 Mission Plan Amendment | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 2,000 | 2,650 | 2,650 | 2,650 | 2,650 | 3,000 |
| 2006 CRWMS Requirements Doc | 400 | 600 | 1,200 | 2,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 1985 Mission Plan: Improved | 5,200 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,900 | 4,800 | [2] |
| 1991 Annual Capacity Report | 400 | 600 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | [3] |

[1]: The 1983 Draft Mission Plan rate reflects only acceptance at a single repository starting operations in 1998, though that plan also contemplated a second repository starting five years later.

[2]: The 1985 Mission Plan: Improved Performance rate ultimately reached 6,000 MTU/year, with two repositories operating in parallel.

[3]: The 1991 Annual Capacity Report rate was not specified beyond 2007. For the purpose of this analysis, it is continued at 900 MTU/year through 2009, then follows the 1988 Mission Plan rate pattern starting in 2010.

**Figure 3: Aggregate Non-Breach DOE Acceptance Rate**

allocated the total allowed acceptance over time, from 1998 to the then-forecast start of repository operation in 2010. Thus it was simply a way to manage the combination of the government's failure to develop a timely repository and its self-imposed restriction on an interim facility. It had little, if anything, to do with addressing the program's original purpose – to deal with Purchasers' aggregate spent fuel storage needs – and would necessarily force many plants to incur substantial unnecessary onsite storage costs, regardless of how efficiently this limited acceptance was allocated.

## III. SEQUENCE OF ACCEPTANCE IN THE NON-BREACH WORLD

Although the Contract does not explicitly identify the sequence in which spent fuel would actually have been accepted in the non-breach world, its provisions, in particular the initial OFF allocation of acceptance priority and the exchange mechanism, create the basis for understanding how a reasonable sequence would have been achieved.[11] It is necessary to make some initial allocation of acceptance rights in a program like this, and OFF can be an acceptable way of doing that. With the OFF ranking creating a well-defined initial right for spent fuel removal

---

10 Costs may also be affected by the extent to which shipments can be consolidated, as I address later. This issue can be separated from the question of the aggregate acceptance rate.

11 In addition to the OFF and Exchange provisions, the Contract also raises shutdown priority, emergency deliveries, and failed fuel as issues that may affect acceptance priority. Article VI.B.1 states that priority "may" be granted to shut down facilities, though does not say how that determination would be made; Article V.D makes allowance to accept emergency deliveries. I do not consider these alternative allocations of acceptance priority. Shutdown priority rights are not clearly defined, and would affect only the initial priority allocation, not the economically efficient allocation. By ignoring this possibility, my results for LACBWR are conservative. The need for emergency deliveries may not materialize, and would likely be small relative to the overall program, so would not substantially change the result in any case. Regarding failed fuel (other-than-standard fuel), the contract appears to allow (at Article VI.A.2(b)) other-than-standard fuel to be accepted on an adjusted schedule, if it is not feasible to accept it on the same schedule as standard fuel. I am aware of no such technical feasibility issues. Experience has shown that failed fuel has not created substantially different technical requirements for placement in dry storage, as evidenced by testimony from Michael Meisner, Chief Nuclear Officer of Maine Yankee Atomic Power Co., during that company's summer 2004 spent fuel hearing. I am not aware of any evidence to suggest that DOE has been planning to accept failed fuel on a different schedule than other spent fuel. Thus I do not treat failed fuel differently.

priority, Purchasers could exchange their allocations to redistribute acceptance priority and substantially improve the program's efficiency.[12] While the DOE has the right to approve exchanges, its position was that Purchasers themselves would "optimize" the acceptance sequence, without direct involvement by the DOE.

In the non-breach world, Purchasers would have used exchanges to improve on the initial OFF acceptance priority, because they would have been able to realize very large cost savings by doing so. As I show later, the OFF acceptance priority is highly inefficient and would impose substantial unnecessary costs on Purchasers. In brief, the problem with OFF is that it allocates acceptance to many facilities at times when they have no need for it, while simultaneously many other facilities are incurring large unnecessary storage costs that could be easily avoided by reallocating acceptance priority. By pursuing exchanges with one another, Purchasers in the aggregate could save billions of dollars in unnecessary at-reactor storage costs, as I show later. Exchanges are entirely voluntary so they would be pursued (and paid for) insofar as they are in Purchasers' individual interest, making almost all Purchasers better off and none worse off.

It is important to understand that because the OFF priority is so inefficient at addressing storage needs, it presents many, many opportunities for Purchasers to make exchanges that advance relevant fuel removal for one Purchaser while not delaying removal for any other Purchaser. For example, if Plant A is an operating reactor that will not reach full pool status until 2008 but has OFF allocations in each year starting in 1998, it can exchange its 1998 OFF allocation for an equal quantity in 2002. By doing so, it will have just as much fuel removed by the time it needs

[12] The exact mechanism by which exchanges would have occurred was not developed, because the program has not progressed to that stage. But as in many other markets, a number of alternative mechanisms (e.g., a formal centralized exchange, brokers, bulletin boards, and/or bilateral trades) are possible and would have reached essentially the same result. In fact, multiple different exchange mechanisms might have co-existed, as is the case in many markets.

it, and the consolidation would probably also simplify removal logistics. Plant B, a shutdown reactor that wants removal in 1998, could benefit immensely from being on the other side of such an exchange and would be willing to pay for the opportunity. In this case, one plant advances its fuel removal and the other is not delayed. Ultimately both benefit overall. It is not the case, as might at first be suspected, that one of the parties gains (by advancing its fuel removal) at the expense of the other's loss (delayed removal). With exchanges, no facility's storage burden is ever extended beyond when it would have ended under OFF; instead the burden is reduced for the large majority of facilities and unchanged for the rest.

In the non-breach world, it would have been simple and straightforward to identify and achieve attractive exchanges. It requires determining the relative need for spent fuel removal priority among the Purchasers, which can be done by analyzing spent fuel storage capacities and requirements at individual facilities to determine their respective economic needs. This is just what I have done in the analyses I describe below (and was performed in part in the DOE document that I use as my data source). These can be readily reflected in a price at which exchanges would beneficially occur. Indeed, such analysis is much easier than determining supply and demand in many other markets that nonetheless can be usefully forecasted and that in operation perform quite well. Purchasers who desired to exchange acceptance priority in the non-breach world could have easily identified potential buyers and sellers of acceptance priority, along with the approximate prices at which they would be willing to transact. Potential sellers are just those with OFF priority in advance of their Must Move needs; those with needs in advance of their OFF priority are potential buyers.

In fact, given any sort of exchange mechanism, such as a centralized exchange, bulletin board or broker, the only information an individual Purchaser would require to participate in exchanges is their own costs and removal needs. The market price of exchanges would contain implicitly all

other relevant information about the costs and needs of other facilities, just as it does in other markets. The price depends on the aggregate balance of supply and demand of acceptance priority, but individual Purchasers need not know in advance what it will be.

The timing of when exchanges would have occurred would have been somewhat flexible. It is likely that many exchanges would have occurred in the early 1990s, after Delivery Commitments Schedules (DCSs) were issued by the DOE, and before the 1998 start of acceptance. But these dates are not strict constraints; arrangements to exchange could have been made before DCSs were issued, and additional exchanges would continue to be made over time, including beyond 1998, as storage needs were revised from earlier expectations. Exchanges could have continued on an ongoing basis throughout much of the program's life.

### III.A. Modeling the Acceptance Priority Resulting From Exchanges

I have developed a model, the Economic Sequence Model (ESM), which can be used to characterize the efficient sequence of spent fuel removal. That is, it finds the removal priority (and thus the fuel removal schedule for each plant, and net cost of exchanges) resulting from exchanges of OFF acceptance priority among Purchasers. As I discuss below, by altering the inputs to the ESM I can evaluate a range of scenarios representing different acceptance rates, potential inefficiencies in exchanges and differences in other assumptions and parameters.

The ESM is conceptually very simple. In each year it begins with the Must Move needs of each facility, determines the storage costs that could be avoided if those needs were met (using representative spent fuel storage costs), and ranks the facilities according to their economic priority for removing spent fuel.[13] This economic priority ranking is based on the facilities'

[13] Some of the basic data for the ESM come from the Must Move analysis described above, which itself was based on DOE data on spent fuel discharges, capacity and inventory at each facility. The ESM also relies

"willingness to pay", or avoidable annual costs, for spent fuel removal priority (on a cost-per-MTU basis, since exchanges would occur on an MTU-for-MTU basis). In economic terms, this ranking creates the demand curve for acceptance priority in that year. The year's available acceptance is allocated according to this priority ranking – i.e., to those with the greatest economic need, matching supply (total annual acceptance) to demand.[14] If any Must Move needs are unmet in a given year, they are carried over to the following year (because that fuel is still Must Move) and combined with new Must Move needs. The process is repeated, year after year, to determine the economically efficient acceptance sequence, given the overall program acceptance rate.[15] The model yields the least-cost, redistributed spent fuel removal schedule, after exchanges, for all plants, including LACBWR. It also yields the corresponding price of exchanges for acceptance priority. When applied to a given plant's initial and final priority allocations, this yields the plant's net exchange costs.

It is reasonable to expect that Purchasers would make essentially all advantageous exchanges, arriving at a good approximation of an economically efficient acceptance sequence. This is because they have substantial incentives to do so. Any materially different sequence would entail considerable unnecessary storage costs – potentially millions to tens of millions of dollars a year at a single facility, up to billions of dollars in aggregate. Since information regarding the allocations and likely needs of potential exchange counterparties is readily available, there is ample opportunity for Purchasers to identify and perform essentially all advantageous exchanges.

---

on estimates of the representative cost of spent fuel storage (e.g., O&M costs, the cost of developing a new dry storage facility) that I obtain from publicly available records of the actual and projected costs at a sample of existing plants.

14 Consistent with the efficient use of transportation resources, the ESM allocates acceptance so as to completely fill each transport cask.

15 For some extreme scenarios, the process is complicated by the need to ensure that allocating priority according to immediate needs does not interfere with greater needs in the long term, but conceptually the approach is the same.

Still, as discussed below, I give careful consideration to what would have occurred even if exchanges were less than efficient, in some cases quite inefficient.

The modeling approach I have used to identify the efficient sequence – balancing supply and demand and finding the marginal value of a good – is a standard economic approach commonly applied in modeling other industries to understand market outcomes. This approach is applied successfully across markets that use different exchange mechanisms, and in markets using multiple mechanisms. My sensitivity analyses thoroughly address the concern that such modeling cannot perfectly represent every factor that might inject some friction into the exchange process and thereby complicate efficient reallocation. However, because the data regarding the supply and demand of spent fuel acceptance priority are much more detailed and accurate than corresponding data in other markets, it is possible to have greater confidence in the results here.

### III.B. Modeling Exchanges – Analysis and Base Case Results

The Base Case analysis uses a ramp-to-3000 MTU/year acceptance rate that first appeared in the 1988 Draft Mission Plan; this is neither the fastest nor slowest ramp-up that has been used in program planning. The Base Case also assumes efficient exchanges of acceptance rights and representative storage costs. In addition to this Base Case, I have also analyzed a number of scenarios involving different assumptions on issues including acceptance rate, estimated storage costs, reactor lives and barriers to efficient exchanges. These scenarios, which I discuss later, test and ultimately confirm the validity of my Base Case analysis.

The ESM results for the Base Case, depicted graphically in Figure 4, show that the program could and would have served the vast majority of Must Move needs as they arose, shortly after the program began. This figure shows the matrix of facilities (in rows) and years (in columns),




| | |
|---|---|
| Pool O&M (Plt.-Yrs) | 5 |
| Dry O&M (Plt.-Yrs) | 8 |
| Dry - Add Fuel (Plt.-Yrs) | 0 |
| New Dry Facilities | 0 |
| Total Unserved Plt-Yrs | 13 |
| Total Unserved Plants | 8 |
| Estimated Incremental System Storage Costs | |
| 1998-2030 (2007 $Mil PV) | $88 |
| 1998-2009 (2007 $Mil PV) | $88 |
| LaCrosse Swap Costs (2007 $Mil PV) | $2.8 |
| LaCrosse Fuel Out Year | 1998 |

**Figure 4: Unserved Must Move Needs – Base Case**

Of course, since there is a shortage of available acceptance in the early years before all Must Move needs could be served, Purchasers would not relinquish acceptance priority freely. The ESM determines the market value or price of early acceptance priority as the willingness to pay of the marginal Purchaser in that year (the first Purchaser whose Must Move needs could not be entirely served). This is consistent with market results expected in microeconomic theory, which observes that prices are set by the intersection of the aggregate willingness to pay curve

(the demand curve) with the supply curve.[17] The exchange prices for the Base Case show that acceptance priority starts at an initial value of $[67,380 per MTU in 1998 and then drops quickly to zero in 2001. This occurs because in the first few years cumulative acceptance is below the aggregate Must Move need, causing the resource (spent fuel acceptance priority) to be scarce and valuable. Beginning in 2001 and beyond, total acceptance exceeds immediate Must Move needs for spent fuel removal – i.e., supply exceeds demand – and the value accordingly goes to zero.[18]

These prices relate to the program mechanics for exchanging priority. Since the Standard Contract contemplated exchanges of acceptance priority rather than independent purchases and sales of acceptance rights, each Purchaser wanting a different acceptance priority would exchange away some of their existing allocation and acquire the same quantity in a different year, paying or receiving the net difference in value based on the timing.

In this Base Case, LACBWR would have all of its spent fuel removed in the first year of the program, 1998, as a result of exchanging its OFF priority allocations (that occur in years 1998 through 2004 under this acceptance rate) for all 1998 allocations. Figure 4 shows LACBWR (labeled in red) with no unserved Must Move spent fuel – i.e., its Must Move fuel is removed in 1998. LACBWR's exchanges would have involved a net economic cost estimated at $[2.8] million in 2007 present value, but this would allow it to save [6] years of unnecessary pool

---

17 Here, the "supply curve" is vertical in each year at that year's annual acceptance, since the program would have fixed, pre-specified annual acceptance quantities that are not affected by price.

18 This is not to say that exchanges beyond 2001 would occur at precisely $0/MTU; there could be some nominal price to reflect administrative and convenience costs. But since there is an excess supply and there could be inconvenience to having fuel removed before it becomes Must Move, the price would be essentially zero. Having a valuable service sell at a zero price is by no means unheard of in the electric industry. Some power plants offer to sell their output for nothing (or even at a loss, i.e., a negative price) at times when it would be more costly to shut down than to operate for free.

operating costs.[19] LACBWR advances its acceptance because it has very high economic priority. That is, it has a high willingness to pay relative to most other facilities, even those wanting to advance their removal priority. This is because it has small quantities of Must Move spent fuel to remove (only 38 MTU in total), and is therefore willing to pay quite a lot, on a per-MTU basis, for earlier priority. Figure 5 shows LACBWR's initial OFF allocation and final removal schedule after exchanges.

| Year | OFF Priority Allocation *(MTU)* *[1]* | Must Move Needs *(MTU)* *[2]* | Priority Allocation After Exchanges *(MTU)* *[3]* | Unserved Must Move Needs After Exchanges *(MTU)* *[4]* | Acceptance Priority Value *(1998 $/Mtu)* *[5]* |
|---|---|---|---|---|---|
| 1998 | 7 | 38 | 38 | 0 | 67,380 |
| 1999 | 3 | 0 | 0 | 0 | 23,556 |
| 2000 | 4 | 0 | 0 | 0 | 4,883 |
| 2001 | 3 | 0 | 0 | 0 | 0 |
| 2002 | 5 | 0 | 0 | 0 | 0 |
| 2003 | 5 | 0 | 0 | 0 | 0 |
| 2004 | 11 | 0 | 0 | 0 | 0 |
| 2005 | 0 | 0 | 0 | 0 | 0 |
| 2006 | 0 | 0 | 0 | 0 | 0 |
| 2007 | 0 | 0 | 0 | 0 | 0 |
| 2008 | 0 | 0 | 0 | 0 | 0 |
| 2009 | 0 | 0 | 0 | 0 | 0 |
| | | | LaCrosse Exchange Costs (PV 1998 $Million): | | **$2.0** |
| | | | LaCrosse Exchange Costs (PV 2007 $Million): | | **$2.8** |
| | | | Lacrosse Fuel Out Under OFF: | | 2004 |
| | | | Lacrosse Fuel Out With Exchanges: | | 1998 |

**Figure 5: LACBWR's Non-Breach Spent Fuel Removal, Summary of Base Case Results**

### III.C. MODELING EXCHANGES – SENSITIVITY ANALYSES

In addition to the Base Case, I have considered a number of alternative scenarios to assess the robustness of my results to different market and political conditions that might prevail. These take into account the effects of issues such as alternate acceptance rates, license extensions and

19 This is equal to the quantity of acceptance allocations exchanged (totaling 38 MTU in 1999 through 2004) times the difference in value between 1998 and the year of the OFF allocation, totaling about $[2.0] million in 1998 present value. The future value of this in 2007 (at the risk-free interest rate of 3.7%) is $[2.8] million.

early shutdowns, alternative estimates of storage costs, uncertainty, reluctance to exchange, and different types and degrees of inefficiency that might conceivably occur in an exchange market. Where appropriate, I have performed analytic sensitivity analyses with the ESM. With modifications to the input data and interpretation of the results, the ESM can be used to evaluate (or in some cases to bound) the performance of the system and the resulting fuel removal schedules under these alternative scenarios. To illustrate the results of these other scenarios, I use the same type of facility-year matrix as in Figure 4 to show unserved Must Move needs, and similarly estimate the incremental aggregate storage costs involved. In addition to the figures included in the body of the report, Appendix E reproduces in one place the results for all the scenarios I discuss, for ease of comparison. As explained below, the results of these additional analyses show that the conclusions I draw from the Base Case are very robust.

**Scenarios – Nuclear Life Extensions and Early Shutdowns**

The data I used for the Base Case are 1995 DOE data, which reflect original license lives for all plants (except for a few plants that had already shut down early by that time). We now know that several additional plants have shut down early, and most of the remaining plants are planning for (and in some cases have received) license extensions that will allow them to operate for an additional 20 years. This change in reactor lives will affect the amount and timing of Must Move fuel. I evaluate the effect of these updated reactor life parameters in Case 2, shown below in Figure 6, and find they have very little effect relative to the Base Case results. Note that there are very few shaded cells overall, indicating few delays of Must Move fuel removal, just as in the Base Case. There is also no effect on the timing of LACBWR's fuel removal – it is removed in 1998 in both cases. While the several early shutdown plants create some additional Must Move spent fuel, this is mostly delayed until a few years after the start of the program (because of the 5-year cooling requirement), and so aggregate acceptance still catches up with

removal needs in 2001. Eliminating the high-cost full-pool needs that would have occurred without these early shutdowns actually decreases the price of exchanges, so that LACBWR's exchange costs go down to $[1.9] million.

All the remaining sensitivity cases I discuss in this report use the same, updated assumptions on reactor lives as Case 2, but I have also tested all of them with original reactor lives, and the results are essentially unchanged in all cases.[20]




**Figure 6: Unserved Must Move Needs – Updated Reactor Lives**

[20] I use Case 1, the Base Case, as a "reference case" in the figures illustrating the remaining sensitivity cases discussed below, even though it assumes original reactor lives while all the sensitivity cases are based on alternative reactor lives of Case 2. Since the Base Case is virtually identical to Case 2, the distinction is immaterial. For the more "pure" comparison with Case 2, see Appendix E.

**Scenarios – Acceptance Rates**

As was illustrated in Figures 2 and 3, a number of different aggregate program acceptance rates have been used in the DOE's program planning. I have analyzed the effect of several of these different acceptance rates on my results. In addition to the rate analyzed in the Base Case, I consider three alternative 3,000 MTU rates (differing in the initial ramp-up years; see Figure 3 for the precise differences), plus one low 900 MTU rate, and one high 6,000 MTU rate. All of the 3,000 MTU rates yield similar results, as shown by Cases [3 through 5] in Figure 7. The slightly faster ramp-up period of Case 3 means program acceptances catches up with aggregate Must Move needs more quickly, while the modestly slower starts of Cases 4 and 5 correspond to slightly later dates; all of these involve some differences in the fuel removal dates of a few plants. Still, exchanges allow the large majority of Must Move needs to be served and avoid the need to construct any new dry storage facility, though the slower starts do require adding more spent fuel to some existing dry facilities. Under any of these 3,000 MTU rates, LACBWR's spent fuel is removed in 1998, though with somewhat different exchange costs. With these alternate 3,000 MTU rates, the incremental fuel storage costs across the entire program range from $[34] to $[271] million (vs. $88 million in the Base case). Cases 4 and 5 are less efficient at addressing at-reactor storage needs than the Base Case rate, and both cannot avoid adding more spent fuel to dry storage facilities after the 1998 start of the program, which is contrary to the stated program goal of avoiding the need for additional at-reactor storage.[21] Indeed, this goal can be interpreted as a desire to prevent utilities from incurring any avoidable storage costs (including for continued operation of existing facilities) after January 31, 1998. In that case, an

[21] E.g., the Draft 1983 Mission Plan, at page 2-1, stated that DOE planned an "acceptance rate in the first five years such that no utility will have to provide additional storage capacity after January 31, 1998."

acceptance rate with a faster (and earlier) ramp-up would be appropriate. This would mean that there would be no unserved Must Move spent fuel at all, and zero exchange costs for LACBWR and all other facilities.

| | Case 3<br>1983 Mission Plan | Case 4<br>Requirements Doc<br>Acceptance - 3,000 | Case 5<br>1987 Mission Plan<br>Acceptance - 3,000 |
|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 2 | 13 | 8 |
| Dry O&M (Plt.-Yrs) | 3 | 9 | 9 |
| Dry - Add Fuel (Plt.-Yrs) | 0 | 15 | 4 |
| New Dry Facilities | 0 | 0 | 0 |
| Total Unserved Plt-Yrs | 5 | 37 | 21 |
| Total Unserved Plants | 4 | 16 | 8 |
| Estimated Incremental System Storage Costs | | | |
| 1998-2009 (2007 $Mil PV) | $34 | $271 | $138 |
| 1998-2030 (2007 $Mil PV) | $34 | $271 | $138 |
| LaCrosse Swap Costs (2007 $Mil PV) | $0.9 | $8.5 | $2.7 |
| LaCrosse Fuel Out Year | 1998 | 1998 | 1998 |



**Figure 7: Unserved Must Move Needs – Alternative 3,000 MTU Acceptance Rates**

The Improved Performance rate of the 1985 Mission Plan starts prior to 1998 and would serve all Must Move needs of all plants immediately by the 1998 program start (see Case 6 in Figure 8). Although it has twice the long-run annual acceptance (and more important in this context, starts prior to 1998), its advantage over the 3,000 MTU rate of the Base Case is limited, simply because the Base Case rate performs relatively well to begin with.

In sharp contrast, the performance of the inadequate 900 MTU/year rate of the 1991 ACR is still poor even with efficient exchanges, as seen below in Case 7 of Figure 8). It leaves [19 facilities with unserved Must Move spent fuel for many years, including some until [2016. It requires that additional spent fuel be added to a number of existing dry storage facilities, resulting in incremental fuel storage costs across the program of about $[1,428 million. Nonetheless, even under this unreasonably low acceptance rate, exchanges would allow LACBWR to remove its fuel in 1998, though at a higher exchange cost of $[21.2] million.




**Figure 8: Unserved Must Move Needs – Low and High Acceptance Rates**

**Scenarios – Storage Cost Variability**

In the previous scenarios, I have treated storage costs as though they varied little from plant to plant. This is obviously a simplification, since storage costs do differ across plants and over time (e.g. if new monitoring regulations are imposed). In order to assess the importance of this variability, I have analyzed the sensitivity of my results to significantly perturbing the values I use for spent fuel storage costs. Specifically, I modeled the effect of doubling or halving each of the four categories of storage costs in my model (Pool O&M, Dry O&M, Dry Setup, and Cask Cost). These cost ranges – 50% below to 100% above the average estimates – cover the most extreme values I observed among the sample of facilities for which I found cost data.

First I changed the cost for each category, one at a time, across every facility. I doubled each cost category in Cases [8 to 11, and halved them in Cases [12 to 15. I then explored cost diversity, randomly and independently doubling, halving or leaving unchanged each of the four categories of storage costs at each facility (and performing this randomization several times, independently), in Cases [16 to 20.

In all of these storage cost sensitivity runs, despite the wide variations in costs examined, the results are nearly unchanged. Figure 9 summarizes the results of the cost sensitivity cases (only the numeric results are shown here; graphic results are shown in Appendix E. There are some minor changes in the fuel removal schedules of a few plants, because changes in relative costs cause minor changes in the economic priority ranking. A plant that was willing to pay a bit more than the market clearing price with nominal cost parameters may have a lower cost in a cost sensitivity run, slipping below the margin and getting out a year later, while one that was below the margin moves above it and gets out a year earlier. But in none of these different cost scenarios does any plant change by more than a single year in terms of its fuel removal, and the timing of the overall program catching up with Must Move needs is unchanged.

LACBWR's fuel removal is always in 1998, because it has relatively small fuel quantities and thus a very high willingness to pay relative to other plants. Since it is high in the priority ranking, not near the margin, its rank is not affected by even substantially different or diverse storage costs. Its exchange costs change modestly in some cases, but is always in the range of $[1.6 to 3.6 million.

| Sensitivity | | LaCrosse Fuel Out Year<br>*[a]* | LaCrosse Swap Cost 1998-2030 *(2007 $mil PV)*<br>*[b]* | ESM System Clear Year (First Year of 80 Swaps)<br>*[c]* | System Storage Cost 1998-2030 *(2007 $mil PV)*<br>*[d]* |
|---|---|---|---|---|---|
| [1] | Base Case | 1998 | 2.8 | 2001 | 88 |
| [8] | Double Pool O&M Cost | 1998 | 3.6 | 2001 | 117 |
| [9] | Double Dry O&M Cost | 1998 | 3.3 | 2001 | 108 |
| [10] | Double Dry Setup Cost | 1998 | 1.9 | 2001 | 73 |
| [11] | Double Cask Cost | 1998 | 1.9 | 2001 | 73 |
| [12] | Halve Pool O&M Cost | 1998 | 1.6 | 2001 | 54 |
| [13] | Halve Dry O&M Cost | 1998 | 1.8 | 2001 | 59 |
| [14] | Halve Dry Setup Cost | 1998 | 1.9 | 2001 | 73 |
| [15] | Halve Cask Cost | 1998 | 1.9 | 2001 | 73 |
| [16] | Randomize Costs - Draw 1 | 1998 | 2.7 | 2001 | 88 |
| [17] | Randomize Costs - Draw 2 | 1998 | 2.3 | 2001 | 84 |
| [18] | Randomize Costs - Draw 3 | 1998 | 2.6 | 2001 | 83 |
| [19] | Randomize Costs - Draw 4 | 1998 | 2.6 | 2001 | 101 |
| [20] | Randomize Costs - Draw 5 | 1998 | 2.3 | 2001 | 91 |

**Figure 9: Unserved Must Move Needs – Cost Variation and Diversity**

This robustness with respect to storage costs occurs because the exchange results are driven primarily by the quantities and timing of Must Move spent fuel relative to the acceptance rate; storage costs are a second-order factor with little effect on the results. The economic priority ranking for exchanges is determined by willingness to pay – avoidable costs per MTU. The denominator, spent fuel quantity, varies by much more than the avoidable costs in the numerator, and thus the denominator largely determines the rank ordering and the removal priority.

### Scenarios – Potential Barriers to Participation in Exchanges

Another possibility I have considered is that exchanges might not be entirely efficient – i.e., that there might be barriers that prevent some desirable economic exchanges of spent fuel acceptance

priority. Counsel and expert witnesses for the Defendant have suggested in previous spent fuel litigation that this might be the case, and that such intangible barriers might have prevented facilities from having their fuel removed in a timely manner in the non-breach world. Some of the issues raised as potential barriers include risk aversion, uncertainty, and political, regulatory and community pressure. The concern appears to be that these factors might make Purchasers reluctant to exchange acceptance priority, causing them to value acceptance priority in ways unrelated to economic storage costs, and perhaps hoard their priority. If Purchasers potentially attach such high non-economic value to early priority, the argument goes, the holders of early OFF allocations might be unwilling to exchange their priority allocations and exchanges would be effectively shut down.

Part of this concern seems to stem from confusing the hypothetical non-breach world, in which performance should not be considered speculative, with the Breach world, where risk and uncertainty about program performance abound. It is important to ensure that in the non-breach world, the program actually performs and is understood to perform. This is not to dismiss such issues out of hand; even within the bounds of a reasonable non-breach world, there can still be some legitimate concerns about potential barriers to exchanges. But these concerns are amenable to analysis. Below I consider three alternative scenarios which, in addition to those already discussed, reasonably represent potential barriers to participation in exchanges. I find that, contrary to the government's concerns, exchanges would not break down completely and that the program could still function quite well. Before describing the specific sensitivities, I briefly explain why I believe some of these concerns are exaggerated.

The Incentive to Participate. It is highly implausible that intangible or non-economic factors would make Purchasers entirely averse to exchanging away early acceptance priority, not least because in negotiations with DOE over the Standard Contract, it was important to Purchasers

that the exchange clause be included, and they clearly expected to utilize it.[22] Further, to the extent that any hypothesized intangible factors might influence Purchasers' willingness to participate in exchanges, or cause them to attach higher value to early spent fuel removal, these factors would likely apply at least as much to potential buyers (those with early Must Move needs in excess of their OFF priority rights) as to potential sellers (those with early OFF rights in excess of their needs). That is, if potential sellers placed high intangible value on early acceptance priority, making them reluctant to exchange, then potential buyers would likely have correspondingly high or higher intangible values, making them even more eager to pay for an exchange. On top of any such intangible value, potential buyers, but not sellers, would place additional value on early priority due to the tangible economic benefit of avoidable storage costs, hence would be willing to pay to overcome sellers' reluctance. Any intangible effect, if present, might increase the price of exchanges, but would be unlikely to substantially change the ultimate priority allocation.

The Influence of Sociopolitical Pressures on Exchanges. To the extent that there might be non-economic concerns that affect how Purchasers value removal priority, such concerns would be related to the storage situation at the site, and would generally be closely aligned with the economic Must Move incentives. For example, sociopolitical pressures might oppose the development of an entirely new spent fuel storage facility (e.g., dry storage) or unnecessarily extended storage operation (prolonged pool operation at a shutdown plant), and thus support fuel removals that prevent such situations. On the other hand, partial fuel removals that do not resolve a Must Move situation would probably also fail to address such sociopolitical concerns,

---

22 This is reflected in DOE's statements in the Final Rule accepting the utilities' requests to add the exchange provision to the contract. 48 Fed. Reg. 16590, 16592 (April 18, 1983). Also, see testimony of Loring Mills at the Yankee trial, transcript pp. 355-56, July 13, 2004.

because the actual and perceived risks of spent fuel storage are largely all-or-nothing, like the avoidable economic costs. The arbitrarily-timed removals of OFF priority involve unnecessary fuel movements and the attendant potential for public opposition, but do nothing to prevent building a new storage facility, eliminate the presence of spent fuel altogether, or avoid prolonged post-shutdown storage. Thus sociopolitical pressures could tend to promote fuel removal in economic Must Move situations, but might actually oppose arbitrary fuel movements when no Must Move condition is imminent. This would reinforce the economic incentives, encouraging exchanges rather than hampering them.

Risk Aversion and Uncertainty over Program Performance. Some uncertainty would doubtless be present in a market for exchanges for acceptance priority. For instance, a Purchaser might have some uncertainty about its SNF discharge schedule and its own storage costs, about regulatory requirements, and there might be uncertainty about program performance. (E.g., would the program accept exactly the amount planned? Would a technical or political problem cause a temporary delay in acceptance?) But such uncertainty would not affect the fundamental forces driving exchanges of acceptance priority. Neither this nor any other market requires certainty to function – markets and rational economic planning are based on reasonable expectations, not on paralysis by uncertainty and doomsday scenarios. Virtually every market faces some uncertainties – markets for energy, metals, agricultural products, consumer goods, etc. all involve substantial uncertainty and risk, including technological and regulatory performance, uncertainty in demand and supply, incomplete knowledge of others' costs, sociopolitical factors, and many others. Yet these markets generally perform reasonably well. It is also possible to model them effectively without representing every such friction explicitly.

Despite this, suppose for sake of argument that there was some non-economic factor that would cause reluctance to exchange acceptance priority, and that it was so strong that it made many

potential sellers unwilling to exchange away any acceptance rights (though all potential buyers would still want to buy). This would make it more difficult for potential buyers of priority allocations (those wanting to move forward in the priority ranking) to make the necessary exchanges. In the extreme, this situation would look similar to a reduced program acceptance rate – cutting the supply of spent fuel acceptance without reducing demand. A given acceptance rate with half the Purchasers unwilling to exchange would be similar to an acceptance rate only half as large, but with all Purchasers exchanging.[23] The low 900 MTU acceptance rate, analyzed above in Case 7, evaluates the effect of a dramatically lower acceptance rate. Reinterpreting this as withholding acceptance priority from exchanges, it corresponds to about 70% of acceptance rights being withheld and not used at all for the first 12 years of the program, relative to a 3,000 MTU/year rate. As was seen above, overall program performance would be worsened, but even with such severely limited exchanges, LACBWR would have had its fuel removed in 1998 (albeit at a higher exchange cost). In fact, even if the total program acceptance was very low (the 900 MTU rate), and fully half of those acceptance priority allocations were withheld from exchanges and not used at all, LACBWR still would have its spent fuel removed in the first year of the program, because its willingness to pay puts it very near the top of the economic priority ranking for 1998. (This is not to suggest that this would be a reasonable way to characterize the non-breach world.)

*Barriers to Exchanges – Early Removal of Full Pool Must Move Fuel*

There may be other, potentially more reasonable interpretations of non-economic factors such as risk aversion. For instance, a facility approaching a full pool condition within a few years might

---

[23] In fact, this would be a lower bound on performance. A 50% unwillingness to exchange is much less restrictive than an acceptance rate half as large, since in the former case the priority rights withheld from exchanges would actually be used by their OFF holders and so at least reduce their own demand in the

want to avoid any possibility of disrupting operations, and so it may prefer not to wait until the last moment to resolve its Must Move needs. But because expanding storage capacity requires only a few years (or less in some cases), such a concern could push the facility to want removal a few years ahead of the actual full pool condition. A facility with an upcoming shutdown condition would not want removal before its Must Move date, regardless of non-economic factors, because the fuel cannot all be removed earlier (it is not all 5-years cool); removing just part of the fuel earlier would be pointless.

I examined the potential effect of this type of risk aversion, characterizing it in two different ways. First, I advanced the timing of Full Pool Must Move quantities by three years for all facilities that have it (Case 21 in Figure 10).[24] The pattern of unserved Must Move in this case is slightly worse, because the accelerated FPMM (which is not yet truly Must Move) displaces some fuel that has immediate Must Move needs. The date at which aggregate acceptance catches up with Must Move needs delayed by [two additional years to [2003, and incremental storage costs increase to an estimated $[234 million. Exchange costs for LACBWR increase to $[5.1] million, but its fuel is still removed in 1998. Next, I model the same issue again in a slightly different and more extreme way (Case 22, in Figure 10). Here, in addition to bidding for acceptance priority for the year in which its fuel actually reaches Full Pool Must Move status, a facility also bids for priority in the 6 prior years. For acceptance in the three years prior to an actual FPMM condition, it is willing to pay 60% of its future avoidable costs; for acceptance in the three years prior to that, it is willing to pay 20% of its costs. In this case, some Must Move fuel remains unserved for an additional [four years (until [2005), since to a greater extent than

---

current and subsequent years, decreasing total demand and making it easier to serve the remaining demand.

24 This is equivalent to utilities holding more than one Full Core Reserve in their pools; it corresponds to each facility holding about [1 2/3] FCR.

before, the accelerated FPMM fuel displaces fuel that is actually Must Move, delaying its removal. System-wide storage cost is higher than the previous case, estimated at about $[477 million, since it takes longer for the system to catch up with actual Must Move needs. LACBWR's exchange cost increases in this case to $[12.4] million, but still its timing is not affected.




**Figure 10: Unserved Must Move Needs – Early Full Pool Removal**

*Barriers to Exchanges – Transaction Costs*

Another factor that could potentially impair the efficiency of exchanges is transaction costs. These can be thought of variously as implicit costs (e.g., search costs) required to identify and execute exchanges, an explicit cost such as a broker fee, or just a premium demanded by those who exchange away their early priority rights. In Case 23, I modeled transaction cost consisting

of a fixed component of $1 million per transaction, plus a variable component of $5,000 per MTU to recognize that exchange transactions for more MTU could involve higher transaction costs. These correspond to total transaction costs of a little over $[1 million for a small facility like LACBWR needing to arrange a few dozen MTU in exchanges, or as much as $[6 million for a large shutdown facility that needs 1,000 MTU in priority exchanges. This level of transaction costs would easily cover search and administrative costs. It is also well below the potential one-year storage cost savings available. I found that transaction costs would have only very modest effects on removal schedules and exchange costs, as shown in Figure 11. Even if transaction costs were much higher, they might discourage a few transactions by facilities with very large quantities, who would then just use their OFF priority. But this would not significantly affect Purchasers like LACBWR with small quantities.




**Figure 11: Unserved Must Move Needs – Transaction Costs**

These cases demonstrate an important point. Intangible barriers such as risk aversion, uncertainty, and political, regulatory and community pressure are very unlikely to be strict barriers to participation in a market. Rather, to the extent they exist, they will manifest primarily in terms of somewhat higher exchange costs, and potentially modest delays for Purchasers with lower economic priority. But such increased exchange costs cannot credibly be so large as to undermine exchanges entirely, since there are millions of dollars of potential savings each year at each site with Must Move spent fuel.

**Scenarios – OFF Priority**

To help understand why my results are so robust, and to understand the economic imperative for exchanges of acceptance priority, it is helpful to look at what would have happened if in fact exchanges were to break down entirely, leaving OFF as the acceptance priority to be implemented. In previous cases, Defendant's counsel and witnesses have suggested (though have not endorsed) OFF priority to describe the non-breach acceptance sequence. (They have also suggested, but not endorsed, a 900 MTU acceptance rate.) I have evaluated the program effects of OFF priority with three different acceptance rates.

Characterizing system performance in the absence of exchanges (i.e., following OFF priority) shows vastly worse program performance, regardless of the acceptance rate. First, a 3,000 MTU acceptance rate and OFF priority (Case 24, Figure 12) would entail the unnecessary construction of several new dry storage facilities after 1998, and require extended operation of many wet and dry storage facilities for many years. Nearly half of all facilities ([31 of 77) would have unserved Must Move, with estimated additional storage costs of $[1,936 million (as compared

with only $[73 million with efficient exchanges.[25] A 3,000 MTU acceptance rate with OFF priority actually performs substantially worse than the 900 MTU rate with exchanges (Case 7 above). That is, efficient allocation via exchanges more than outweighs the disadvantage of a much lower acceptance rate.

Second, OFF priority with the low 900 MTU acceptance rate (Case 25, Figure 12) is even worse than the sum of its inefficient parts borne separately. It incurs an estimated $[3,655] million in additional storage costs through 2009 (and more beyond that – unserved Must Move spent fuel continues to be present well beyond 2030). It leaves [71] out of 78 facilities with unserved Must Move at some point, [50] of them prior to 2010. To illustrate the point further, even a 6,000 MTU acceptance rate, which is unreasonably high, would perform poorly if implemented according to OFF priority (see Case 26, Figure 12). It would involve an estimated $909 million in additional storage costs, and leave [20] facilities with unserved Must Move spent fuel. Notice how densely colored the OFF matrices in Figure 12 are, indicating many years of unserved Must Move fuel at numerous facilities.

[25] This is based on a facility-level allocation of OFF priority; actually OFF priority is assigned at the Purchaser level. Some Purchasers with multiple facilities may choose a different allocation across their facilities – essentially equivalent to within-Purchaser exchanges.



| | Case 24 OFF and 3,000 MTU Rate | Case 25 OFF and Low 900 MTU Rate | Case 26 OFF and High 6,000 MTU Rate |
|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 98 | 131 | 63 |
| Dry O&M (Plt.-Yrs) | 58 | 91 | 21 |
| Dry - Add Fuel (Plt.-Yrs) | 36 | 138 | 6 |
| New Dry Facilities | 8 | 23 | 4 |
| Total Unserved Plt-Yrs | 200 | 383 | 94 |
| Total Unserved Plants | 31 | 50 | 20 |
| Estimated Incremental System Storage Costs | | | |
| 1998-2009 (2007 $Mil PV) | $1,790 | $3,655 | $909 |
| 1998-2030 (2007 $Mil PV) | $1,936 | $5,999 | $909 |
| LaCrosse Swap Costs (2007 $Mil PV) | n/a | n/a | n/a |
| LaCrosse Fuel Out Year | 2004 | 2013 | 2002 |

**Figure 12: Unserved Must Move Needs – OFF Priority**

These analyses of OFF priority acceptance show why exchanges are so compelling. Exchanges result in a vastly better allocation of acceptance priority than OFF, saving Purchasers billions of dollars in unnecessary storage costs. And OFF's disadvantages are not offset by any advantages – OFF priority is simply inefficient and wasteful.[26] This multi-billion dollar incentive is precisely what would motivate Purchasers to engage in (and brokers to facilitate) exchanges in the non-breach world, and makes it unreasonable to think that exchanges would not have been widespread. Even if exchanges were imperfect, inefficient or impaired by non-economic factors,

---

[26] The inefficiency of OFF is not surprising, since it was never meant to be an efficient allocation. Rather, it was only a simple, unambiguous initial allocation of acceptance priority. It was always intended that exchanges would ensure efficiency.

this would not substantially lessen the incentives to participate in them. LACBWR would have been one of the first to have its fuel removed in the non-breach world. It needs to remove only a small quantity of fuel and has large costs that could be avoided, giving it a very high willingness to pay to exchange for an earlier priority, even relative to other facilities that would have wanted to improve on their OFF positions.

**Other Benefits of Exchanges**

While the most important benefit of reallocating acceptance according to economic priority is the ability to avoid unnecessary at-reactor storage costs, exchanges would also have other benefits. One is that while an OFF acceptance priority would entail accepting essentially arbitrary and usually small amounts of spent fuel from many different Purchasers in each year, exchanges would tend to consolidate acceptance into fewer, larger batches, or "campaigns," and would have allowed even more consolidation after the first few years of program operation. This would likely simplify logistics and reduce costs both at reactors and in transportation, relative to OFF priority, and so the DOE itself would have been likely to actively encourage such exchanges. Ivan Stuart supports the proposition that campaigns are a more efficient way to accept spent fuel, as does a study directed specifically at this question.[27]

## IV. CHARACTERIZING THE BREACH WORLD

The Breach world is simple to characterize in terms of fuel removal for LACBWR and other facilities, at least for a number of years – there is no spent fuel removal and will not be for quite some time. I understand that while the official position is that the repository could theoretically start operations in 2017, the Director of OCRWM has acknowledged that acceptance is not likely

---

[27] J.W. Doman and T.E. Tehan, "Significance of Campaigned Spent Fuel Shipments," High Level Radioactive Waste Management, 1993.

Respectfully submitted,

Frank C. Graves

March 23, 2007

# APPENDIX E: SCENARIO RESULTS

**Summary of Sensitivities Analyses**

| | Sensitivity | | LaCrosse Fuel Out Year [a] | LaCrosse Swap Cost 1998-2030 (2007 $mil PV) [b] | ESM System Clear Year (First Year of $0 Swaps) [c] | System Storage Cost 1998-2009 (2007 $mil PV) [d] | System Storage Cost 1998-2030 (2007 $mil PV) [e] |
|---|---|---|---|---|---|---|---|
| Base | [1] | 1988 MP (Base Case) | 1998 | 2.8 | 2001 | 88 | 88 |
| | [2] | 1988 MP (Updated Reactor Lives) | 1998 | 1.9 | 2001 | 73 | 73 |
| Acceptance Rate | [3] | 1983 MP | 1998 | 0.9 | 2000 | 34 | 34 |
| | [4] | CRWMS Req. Doc '06 | 1998 | 8.5 | 2003 | 271 | 271 |
| | [5] | 1987 MP Amendment | 1998 | 2.7 | 2004 | 138 | 138 |
| | [6] | 1985 MP: Improved | 1998 | 0.0 | 1998 | 0 | 0 |
| | [7] | 1991 ACR | 1998 | 21.2 | 2017 | 1,161 | 1,428 |
| Storage Cost | [8] | Double Pool O&M Cost | 1998 | 3.6 | 2001 | 117 | 117 |
| | [9] | Double Dry O&M Cost | 1998 | 3.3 | 2001 | 108 | 108 |
| | [10] | Double Dry Setup Cost | 1998 | 1.9 | 2001 | 73 | 73 |
| | [11] | Double Cask Cost | 1998 | 1.9 | 2001 | 73 | 73 |
| | [12] | Halve Pool O&M Cost | 1998 | 1.6 | 2001 | 54 | 54 |
| | [13] | Halve Dry O&M Cost | 1998 | 1.8 | 2001 | 59 | 59 |
| | [14] | Halve Dry Setup Cost | 1998 | 1.9 | 2001 | 73 | 73 |
| | [15] | Halve Cask Cost | 1998 | 1.9 | 2001 | 73 | 73 |
| | [16] | Randomize Costs - Random Draw 1 | 1998 | 2.7 | 2001 | 88 | 88 |
| | [17] | Randomize Costs - Random Draw 2 | 1998 | 2.3 | 2001 | 84 | 84 |
| | [18] | Randomize Costs - Random Draw 3 | 1998 | 2.6 | 2001 | 83 | 83 |
| | [19] | Randomize Costs - Random Draw 4 | 1998 | 2.6 | 2001 | 101 | 101 |
| | [20] | Randomize Costs - Random Draw 5 | 1998 | 2.3 | 2001 | 91 | 91 |
| Barriers to Exchanges | [21] | Advanced FPMM (3 Yrs.) | 1998 | 5.1 | 2003 | 234 | 234 |
| | [22] | Early-Bid FPMM (3/6 Yrs.) | 1998 | 12.4 | 2005 | 477 | 477 |
| | [23] | Transaction: 1m Fixed + 5k var | 1998 | 2.7 | 2001 | 73 | 73 |
| OFF | [24] | 1988 MP | 2004 | N/A | N/A | 1,790 | 1,936 |
| | [25] | 1991 ACR | 2013 | N/A | N/A | 3,655 | 5,999 |
| | [26] | 1985 MP: Improved | 2002 | N/A | N/A | 909 | 909 |
| Breach | [27] | No Fuel Pickup | ? | N/A | N/A | 5,147 | 11,511 |

*Note:* All cases other than [1] assume license extensions and existing early shutdowns.

**Figure E-1: Unserved Must Move Needs – Results for All Cases 1 Through 27**



| | Case 1 Base Case | Case 2 Updated Reactor Lives | Case 3 1983 Mission Plan | Case 4 Requirements Doc Acceptance - 3,000 | Case 5 1987 Mission Plan Acceptance - 3,000 | Case 6 High Acceptance - 6,000 | Case 7 Low Acceptance - 900 |
|---|---|---|---|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 5 | 4 | 2 | 13 | 8 | 0 | 80 |
| Dry O&M (Plt.-Yrs) | 8 | 7 | 3 | 9 | 9 | 0 | 51 |
| Dry - Add Fuel (Plt.-Yrs) | 0 | 0 | 0 | 15 | 4 | 0 | 36 |
| New Dry Facilities | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Unserved Plt-Yrs | 13 | 11 | 5 | 37 | 21 | 0 | 167 |
| Total Unserved Plants | 8 | 7 | 4 | 16 | 8 | 0 | 19 |
| Estimated Incremental System Storage Costs | | | | | | | |
| 1998-2009 (2007 $Mil PV) | $88 | $73 | $34 | $271 | $138 | $0 | $1,161 |
| 1998-2030 (2007 $Mil PV) | $88 | $73 | $34 | $271 | $138 | $0 | $1,428 |
| LaCrosse Swap Costs (2007 $Mil PV) | $2.8 | $1.9 | $0.9 | $8.5 | $2.7 | $0.0 | $21.2 |
| LaCrosse Fuel Out Year | 1998 | 1998 | 1998 | 1998 | 1998 | 1998 | 1998 |

**Figure E-2: Unserved Must Move Needs – Acceptance Rates Sensitivities**



| | Case 8 Double Pool O&M Cost | Case 9 Double Dry O&M Cost | Case 10 Double Dry Setup Cost | Case 11 Double Cask Cost |
|---|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 4 | 6 | 4 | 4 |
| Dry O&M (Plt.-Yrs) | 8 | 5 | 7 | 7 |
| Dry - Add Fuel (Plt.-Yrs) | 0 | 0 | 0 | 0 |
| New Dry Facilities | 0 | 0 | 0 | 0 |
| Total Unserved Plt-Yrs | 12 | 11 | 11 | 11 |
| Total Unserved Plants | 8 | 7 | 7 | 7 |
| Estimated Incremental System Storage Costs 1998-2009 (2007 $Mil PV) | $117 | $108 | $73 | $73 |
| 1998-2030 (2007 $Mil PV) | $117 | $108 | $73 | $73 |
| LaCrosse Swap Costs (2007 $Mil PV) | $3.6 | $3.3 | $1.9 | $1.9 |
| LaCrosse Fuel Out Year | 1998 | 1998 | 1998 | 1998 |

| | Case 12 Halve Pool O&M Cost | Case 13 Halve Dry O&M Cost | Case 14 Halve Dry Setup Cost | Case 15 Halve Cask Cost |
|---|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 6 | 4 | 4 | 4 |
| Dry O&M (Plt.-Yrs) | 5 | 8 | 7 | 7 |
| Dry - Add Fuel (Plt.-Yrs) | 0 | 0 | 0 | 0 |
| New Dry Facilities | 0 | 0 | 0 | 0 |
| Total Unserved Plt-Yrs | 11 | 12 | 11 | 11 |
| Total Unserved Plants | 7 | 8 | 7 | 7 |
| Estimated Incremental System Storage Costs 1998-2009 (2007 $Mil PV) | $54 | $59 | $73 | $73 |
| 1998-2030 (2007 $Mil PV) | $54 | $59 | $73 | $73 |
| LaCrosse Swap Costs (2007 $Mil PV) | $1.6 | $1.8 | $1.9 | $1.9 |
| LaCrosse Fuel Out Year | 1998 | 1998 | 1998 | 1998 |

| | Case 16 Random Cost Draw #1 | Case 17 Random Cost Draw #2 | Case 18 Random Cost Draw #3 | Case 19 Random Cost Draw #4 | Case 20 Random Cost Draw #5 |
|---|---|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 4 | 5 | 3 | 6 | 5 |
| Dry O&M (Plt.-Yrs) | 10 | 4 | 6 | 4 | 7 |
| Dry - Add Fuel (Plt.-Yrs) | 0 | 2 | 3 | 3 | 1 |
| New Dry Facilities | 0 | 0 | 0 | 0 | 0 |
| Total Unserved Plt-Yrs | 14 | 11 | 12 | 13 | 13 |
| Total Unserved Plants | 10 | 7 | 8 | 7 | 9 |
| Estimated Incremental System Storage Costs 1998-2009 (2007 $Mil PV) | $88 | $84 | $83 | $101 | $91 |
| 1998-2030 (2007 $Mil PV) | $88 | $84 | $83 | $101 | $91 |
| LaCrosse Swap Costs (2007 $Mil PV) | $2.7 | $2.3 | $2.6 | $2.6 | $2.3 |
| LaCrosse Fuel Out Year | 1998 | 1998 | 1958 | 1998 | 1998 |

**Figure E-3: Unserved Must Move Needs – Cost Sensitivities**



| | Case 21 Advanced FPMM (3 Yrs.) | Case 22 Early Bid FPMM (3/6 Yrs.) | Case 23 Transaction Costs | Case 24 OFF and 3,000 MTU Rate | Case 25 OFF and Low 900 MTU Rate | Case 26 OFF and High 6,000 MTU Rate | Case 27 DOE Program Breach (No Acceptance) |
|---|---|---|---|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 10 | 24 | 4 | 98 | 131 | 63 | 135 |
| Dry O&M (Plt.-Yrs) | 18 | 24 | 7 | 58 | 91 | 21 | 126 |
| Dry - Add Fuel (Plt.-Yrs) | 8 | 19 | 0 | 36 | 138 | 6 | 235 |
| New Dry Facilities | 0 | 0 | 0 | 8 | 23 | 4 | 34 |
| Total Unserved Plt-Yrs | 36 | 67 | 11 | 200 | 383 | 94 | 530 |
| Total Unserved Plants | 16 | 21 | 7 | 31 | 50 | 20 | 61 |
| Estimated Incremental System Storage Costs | | | | | | | |
| 1998-2009 (2007 $Mil PV) | $234 | $477 | $73 | $1,790 | $3,655 | $909 | $5,147 |
| 1998-2030 (2007 $Mil PV) | $234 | $477 | $73 | $1,936 | $5,999 | $909 | $11,511 |
| LaCrosse Swap Costs (2007 $Mil PV) | $5.1 | $12.4 | $2.7 | n/a | n/a | n/a | n/a |
| LaCrosse Fuel Out Year | 1998 | 1998 | 1998 | 2004 | 2013 | 2002 | ? |

**Figure E-4: Unserved Must Move Needs – Potential Barriers to Participation in Exchanges Sensitivities**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE<br>Plaintiff,<br><br>v.<br>UNITED STATES OF AMERICA<br>Defendant. | No. 04-106C<br>(Chief Judge Damich) |

REBUTTAL REPORT OF FRANK C. GRAVES

## 1. INTRODUCTION

This rebuttal report responds to criticisms directed at my March 23, 2007 expert witness report, made by Dr. Jonathan Neuberger in his report of June 29, 2007.[1] Dr. Neuberger claims that my analysis does not assist the court in determining Dairyland's damages. He asserts that my analysis is "fundamentally flawed", "overly speculative" and "relies on numerous unsupported assumptions" and that it thus fails to provide reliable estimates of the timing, quantity and cost of exchanges. Broadly, he criticizes my analysis for allegedly:

- Using extreme assumptions regarding utility behavior;
- Failing to actually model the market for exchanges, failing to identify the market mechanism(s) of exchanges, and failing to predict specific transactions;
- Ignoring factors, such as uncertainty, risk aversion and sociopolitical forces that would affect participation in exchanges;
- Using flawed input parameters (storage costs and utilities' full core reserve policy); and
- Overstating the robustness of my results.

It is important to understand at the outset what exactly Dr. Neuberger does and does not opine on. He has no opinion about the central question I have addressed, *i.e.*, the non-breach fuel

[1] My qualifications have not changed from those set out in my initial expert witness report in this case; my compensation has increased to $510 per hour. My testimony, depositions and publications are also unchanged, except for additions noted in Appendix 1.

Respectfully submitted,

Frank C. Graves

August 17, 2007

## Appendix 2

### Unserved Must Move Needs – Results for All Cases 1 Through 27, Including Impact of Actual LACBWR Cost

| | | | Initial Analysis Using Representative Costs | | Using LACBWR Actual Cost | | |
|---|---|---|---|---|---|---|---|
| | | Sensitivity | LACBWR Fuel Out Year [a] | LACBWR Exchange Cost 1998-2030 *(2007 $mil PV)* [b] | LACBWR Fuel Out Year [f] | LACBWR Exchange Cost 1998-2030 *(2007 $mil PV)* [g] | Change in 2007 Damages *(2007 $mil PV)* [h] |
| Base | [1] | 1988 MP (Base Case) | 1998 | 2.8 | 1998 | 2.8 | 0.0 |
| | [2] | 1988 MP (Updated Reactor Lives) | 1998 | 1.9 | 1998 | 1.9 | 0.0 |
| Acceptance Rate | [3] | 1983 MP | 1998 | 0.9 | 1998 | 0.9 | 0.0 |
| | [4] | CRWMS Req. Doc '06 | 1998 | 8.5 | 1998 | 8.5 | 0.0 |
| | [5] | 1987 MP Amendment | 1998 | 2.7 | 1998 | 2.7 | 0.0 |
| | [6] | 1985 MP: Improved | 1998 | 0.0 | 1998 | 0.0 | 0.0 |
| | [7] | 1991 ACR | 1998 | 21.2 | 1998 | 21.2 | 0.0 |
| Storage Cost | [8] | Double Pool O&M Cost | 1998 | 3.6 | 1998 | 3.6 | 0.0 |
| | [9] | Double Dry O&M Cost | 1998 | 3.3 | 1998 | 3.3 | 0.0 |
| | [10] | Double Dry Setup Cost | 1998 | 1.9 | 1998 | 1.9 | 0.0 |
| | [11] | Double Cask Cost | 1998 | 1.9 | 1998 | 1.9 | 0.0 |
| | [12] | Halve Pool O&M Cost | 1998 | 1.6 | 1998 | 1.6 | 0.0 |
| | [13] | Halve Dry O&M Cost | 1998 | 1.8 | 1998 | 1.8 | 0.0 |
| | [14] | Halve Dry Setup Cost | 1998 | 1.9 | 1998 | 1.9 | 0.0 |
| | [15] | Halve Cask Cost | 1998 | 1.9 | 1998 | 1.9 | 0.0 |
| | [16] | Randomize Costs - Random Draw 1 | 1998 | 2.7 | 1998 | 2.7 | 0.0 |
| | [17] | Randomize Costs - Random Draw 2 | 1998 | 2.3 | 1998 | 2.3 | 0.0 |
| | [18] | Randomize Costs - Random Draw 3 | 1998 | 2.6 | 1998 | 2.6 | 0.0 |
| | [19] | Randomize Costs - Random Draw 4 | 1998 | 2.6 | 1998 | 2.6 | 0.0 |
| | [20] | Randomize Costs - Random Draw 5 | 1998 | 2.3 | 1998 | 2.3 | 0.0 |
| Barriers to Exchanges | [21] | Advanced FPMM (3 Yrs.) | 1998 | 5.1 | 1998 | 5.1 | 0.0 |
| | [22] | Early-Bid FPMM (3/6 Yrs.) | 1998 | 12.4 | 1999 | 5.2 | 2.7 |
| | [23] | Transaction: 1m Fixed + 5k var | 1998 | 2.7 | 1998 | 2.7 | 0.0 |
| OFF | [24] | 1988 MP | 2004 | N/A | 2004 | N/A | 0.0 |
| | [25] | 1991 ACR | 2013 | N/A | 2013 | N/A | 0.0 |
| | [26] | 1985 MP: Improved | 2002 | N/A | 2002 | N/A | 0.0 |
| Breach | [27] | No Fuel Pickup | ? | N/A | ? | N/A | N/A |

*Note:* All cases other than [1] assume license extensions and existing early shutdowns.

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - x
PACIFIC GAS AND ELECTRIC COMPANY, :
:
Plaintiff, : No. 04-0074C
:
v. : Volume I
:
UNITED STATES OF AMERICA, :
:
Defendant. :
- - - - - - - - - - - - - - - - - - x

Washington, D.C.
Tuesday, January 24, 2006

Deposition of:

FRANK C. GRAVES,

called for examination by counsel for the Defendant, at the Offices of Greenberg Traurig, 800 Connecticut Avenue, N.W., Suite 500, Washington, D.C., before Barbara A. Huber, court reporter and notary public in and for the District of Columbia, and commencing at 9:30 a.m., when were present on behalf of the the respective parties:

APPEARANCES:

On Behalf of the Plaintiff:

ROBERT L. SHAPIRO, ESQUIRE
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
202-331-3174
shapiro@gtlaw.com

DEAN M. MURPHY, ESQUIRE
The Brattle Group
44 Brattle Street
Cambridge Massachusetts 02138-3736
617-864-7900
dmurphy@brattle.com

On Behalf of Defendant:

JOHN C. EKMAN, ESQUIRE
TED LUNDSFORD, ESQUIRE
JOSHUA E. GARDNER, ESQUIRE
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
202-353-0897
john.ekman@usdoj.gov

Also Present:

Allyson Reed
Jonathan A. Neugerger
Stuart D. Gurrea

P-R-O-C-E-E-D-I-N-G-S

Thereupon,

FRANK C. GRAVES,

the Witness, called for examination by counsel for the Defendant, and, after having been sworn by the notary, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT

BY MR. EKMAN:

Q Morning, Mr. Graves.

A How are you?

Q It's good to see you again. For the record, my name is John Ekman. I'm going to be taking your deposition here today. With me today is quite a crew. Next to me is Ted Lunsford, from Navigant; Josh Gardner, from the Department of Justice; Allyson Reed, from Navigant; Dr. Stuart Gurrea and Dr. Jonathan Neuberger, both from Economists Incorporated.

A Okay. Great.

Q Since you've had your deposition taken numerous times before, I'll save the instructions.

not apparently likely to perform well, it's possible that utilities would -- some utilities would choose not to participate because they don't believe the program is going to be viable. And so they think that a swap arrangement, exchange arrangement may break down, or that future services may not be forthcoming under the promised quality and schedule.

So they might adhere to an inefficient schedule that takes things out earlier, simply because they're nervous about the credibility of the whole program. So there could be some degree of risk aversion to participate.

**Q And that only occurs in the breach world?**

A It certainly occurs in the breach world. It's possible that even in a performing world some utilities would feel that way and would choose not to participate.

**Q So risk aversion might be a reason, even in the non-breach world?**

A Up to a point, yes.

**Q What point?**

A I don't think it would be very prevalent, because it would be -- the risks of -- also cut both ways. There's the -- again, as we mentioned before, there's inconvenience of having extra waste handling at your facility prematurely. And that's also risky, both in terms of the operational performance problems, transportation, political, challenge, etc.

So in a world where the government is performing well, I don't think there would be very many that would be risk adverse, in terms of participation.

**Q And since you bring it up, can you define a world in which the government is performing well, what that world looks like?**

A I think I have a pretty good description of it in my report. It's one in which the government would've begun in 1998 to remove on a fairly expeditious basis, such that after four or five years they were approaching a steady state rate of around 3,000 tons per year. And they were