acceptance rate with a faster (and earlier) ramp-up would be appropriate. This would mean that there would be no unserved Must Move spent fuel at all, and zero exchange costs for LACBWR and all other facilities.



| | Case 3<br>1983 Mission Plan | Case 4<br>Requirements Doc<br>Acceptance - 3,000 | Case 5<br>1987 Mission Plan<br>Acceptance - 3,000 |
|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 2 | 13 | 8 |
| Dry O&M (Plt.-Yrs) | 3 | 9 | 9 |
| Dry - Add Fuel (Plt.-Yrs) | 0 | 15 | 4 |
| New Dry Facilities | 0 | 0 | 0 |
| Total Unserved Plt-Yrs | 5 | 37 | 21 |
| Total Unserved Plants | 4 | 16 | 8 |
| Estimated Incremental System Storage Costs | | | |
| 1998-2009 (2007 $Mil PV) | $34 | $271 | $138 |
| 1998-2030 (2007 $Mil PV) | $34 | $271 | $138 |
| LaCrosse Swap Costs (2007 $Mil PV) | $0.9 | $8.5 | $2.7 |
| LaCrosse Fuel Out Year | 1998 | 1998 | 1998 |

**Figure 7: Unserved Must Move Needs – Alternative 3,000 MTU Acceptance Rates**

The Improved Performance rate of the 1985 Mission Plan starts prior to 1998 and would serve all Must Move needs of all plants immediately by the 1998 program start (see Case 6 in Figure 8). Although it has twice the long-run annual acceptance (and more important in this context, starts prior to 1998), its advantage over the 3,000 MTU rate of the Base Case is limited, simply because the Base Case rate performs relatively well to begin with.

In sharp contrast, the performance of the inadequate 900 MTU/year rate of the 1991 ACR is still poor even with efficient exchanges, as seen below in Case 7 of Figure 8). It leaves [19 facilities with unserved Must Move spent fuel for many years, including some until [2016. It requires that additional spent fuel be added to a number of existing dry storage facilities, resulting in incremental fuel storage costs across the program of about $[1,428 million. Nonetheless, even under this unreasonably low acceptance rate, exchanges would allow LACBWR to remove its fuel in 1998, though at a higher exchange cost of $[21.2] million.

| | Case 1 Base Case | Case 6 High Acceptance - 6,000 | Case 7 Low Acceptance - 900 |
|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 5 | 0 | 80 |
| Dry O&M (Plt.-Yrs) | 8 | 0 | 51 |
| Dry - Add Fuel (Plt.-Yrs) | 0 | 0 | 36 |
| New Dry Facilities | 0 | 0 | 0 |
| Total Unserved Plt-Yrs | 13 | 0 | 167 |
| Total Unserved Plants | 8 | 0 | 19 |
| Estimated Incremental System Storage Costs | | | |
| 1998-2009 (2007 $Mil PV) | $88 | $0 | $1,161 |
| 1998-2030 (2007 $Mil PV) | $88 | $0 | $1,428 |
| LaCrosse Swap Costs (2007 $Mil PV) | $2.8 | $0.0 | $21.2 |
| LaCrosse Fuel Out Year | 1998 | 1998 | 1998 |



Figure 8: Unserved Must Move Needs – Low and High Acceptance Rates

**Scenarios – Storage Cost Variability**

In the previous scenarios, I have treated storage costs as though they varied little from plant to plant. This is obviously a simplification, since storage costs do differ across plants and over time (e.g. if new monitoring regulations are imposed). In order to assess the importance of this variability, I have analyzed the sensitivity of my results to significantly perturbing the values I use for spent fuel storage costs. Specifically, I modeled the effect of doubling or halving each of the four categories of storage costs in my model (Pool O&M, Dry O&M, Dry Setup, and Cask Cost). These cost ranges – 50% below to 100% above the average estimates – cover the most extreme values I observed among the sample of facilities for which I found cost data.

First I changed the cost for each category, one at a time, across every facility. I doubled each cost category in Cases [8 to 11, and halved them in Cases [12 to 15. I then explored cost diversity, randomly and independently doubling, halving or leaving unchanged each of the four categories of storage costs at each facility (and performing this randomization several times, independently), in Cases [16 to 20.

In all of these storage cost sensitivity runs, despite the wide variations in costs examined, the results are nearly unchanged. Figure 9 summarizes the results of the cost sensitivity cases (only the numeric results are shown here; graphic results are shown in Appendix E. There are some minor changes in the fuel removal schedules of a few plants, because changes in relative costs cause minor changes in the economic priority ranking. A plant that was willing to pay a bit more than the market clearing price with nominal cost parameters may have a lower cost in a cost sensitivity run, slipping below the margin and getting out a year later, while one that was below the margin moves above it and gets out a year earlier. But in none of these different cost scenarios does any plant change by more than a single year in terms of its fuel removal, and the timing of the overall program catching up with Must Move needs is unchanged.

LACBWR's fuel removal is always in 1998, because it has relatively small fuel quantities and thus a very high willingness to pay relative to other plants. Since it is high in the priority ranking, not near the margin, its rank is not affected by even substantially different or diverse storage costs. Its exchange costs change modestly in some cases, but is always in the range of $[1.6 to 3.6 million.

| Sensitivity | | LaCrosse Fuel Out Year *[a]* | LaCrosse Swap Cost 1998-2030 *(2007 $mil PV)* *[b]* | ESM System Clear Year (First Year of S0 Swaps) *[c]* | System Storage Cost 1998-2030 *(2007 $mil PV)* *[d]* |
|---|---|---|---|---|---|
| [1] | Base Case | 1998 | 2.8 | 2001 | 88 |
| [8] | Double Pool O&M Cost | 1998 | 3.6 | 2001 | 117 |
| [9] | Double Dry O&M Cost | 1998 | 3.3 | 2001 | 108 |
| [10] | Double Dry Setup Cost | 1998 | 1.9 | 2001 | 73 |
| [11] | Double Cask Cost | 1998 | 1.9 | 2001 | 73 |
| [12] | Halve Pool O&M Cost | 1998 | 1.6 | 2001 | 54 |
| [13] | Halve Dry O&M Cost | 1998 | 1.8 | 2001 | 59 |
| [14] | Halve Dry Setup Cost | 1998 | 1.9 | 2001 | 73 |
| [15] | Halve Cask Cost | 1998 | 1.9 | 2001 | 73 |
| [16] | Randomize Costs - Draw 1 | 1998 | 2.7 | 2001 | 88 |
| [17] | Randomize Costs - Draw 2 | 1998 | 2.3 | 2001 | 84 |
| [18] | Randomize Costs - Draw 3 | 1998 | 2.6 | 2001 | 83 |
| [19] | Randomize Costs - Draw 4 | 1998 | 2.6 | 2001 | 101 |
| [20] | Randomize Costs - Draw 5 | 1998 | 2.3 | 2001 | 91 |

**Figure 9: Unserved Must Move Needs – Cost Variation and Diversity**

This robustness with respect to storage costs occurs because the exchange results are driven primarily by the quantities and timing of Must Move spent fuel relative to the acceptance rate; storage costs are a second-order factor with little effect on the results. The economic priority ranking for exchanges is determined by willingness to pay – avoidable costs per MTU. The denominator, spent fuel quantity, varies by much more than the avoidable costs in the numerator, and thus the denominator largely determines the rank ordering and the removal priority.

### Scenarios – Potential Barriers to Participation in Exchanges

Another possibility I have considered is that exchanges might not be entirely efficient – i.e., that there might be barriers that prevent some desirable economic exchanges of spent fuel acceptance

priority. Counsel and expert witnesses for the Defendant have suggested in previous spent fuel litigation that this might be the case, and that such intangible barriers might have prevented facilities from having their fuel removed in a timely manner in the non-breach world. Some of the issues raised as potential barriers include risk aversion, uncertainty, and political, regulatory and community pressure. The concern appears to be that these factors might make Purchasers reluctant to exchange acceptance priority, causing them to value acceptance priority in ways unrelated to economic storage costs, and perhaps hoard their priority. If Purchasers potentially attach such high non-economic value to early priority, the argument goes, the holders of early OFF allocations might be unwilling to exchange their priority allocations and exchanges would be effectively shut down.

Part of this concern seems to stem from confusing the hypothetical non-breach world, in which performance should not be considered speculative, with the Breach world, where risk and uncertainty about program performance abound. It is important to ensure that in the non-breach world, the program actually performs and is understood to perform. This is not to dismiss such issues out of hand; even within the bounds of a reasonable non-breach world, there can still be some legitimate concerns about potential barriers to exchanges. But these concerns are amenable to analysis. Below I consider three alternative scenarios which, in addition to those already discussed, reasonably represent potential barriers to participation in exchanges. I find that, contrary to the government's concerns, exchanges would not break down completely and that the program could still function quite well. Before describing the specific sensitivities, I briefly explain why I believe some of these concerns are exaggerated.

The Incentive to Participate. It is highly implausible that intangible or non-economic factors would make Purchasers entirely averse to exchanging away early acceptance priority, not least because in negotiations with DOE over the Standard Contract, it was important to Purchasers

that the exchange clause be included, and they clearly expected to utilize it.[22] Further, to the extent that any hypothesized intangible factors might influence Purchasers' willingness to participate in exchanges, or cause them to attach higher value to early spent fuel removal, these factors would likely apply at least as much to potential buyers (those with early Must Move needs in excess of their OFF priority rights) as to potential sellers (those with early OFF rights in excess of their needs). That is, if potential sellers placed high intangible value on early acceptance priority, making them reluctant to exchange, then potential buyers would likely have correspondingly high or higher intangible values, making them even more eager to pay for an exchange. On top of any such intangible value, potential buyers, but not sellers, would place additional value on early priority due to the tangible economic benefit of avoidable storage costs, hence would be willing to pay to overcome sellers' reluctance. Any intangible effect, if present, might increase the price of exchanges, but would be unlikely to substantially change the ultimate priority allocation.

The Influence of Sociopolitical Pressures on Exchanges. To the extent that there might be non-economic concerns that affect how Purchasers value removal priority, such concerns would be related to the storage situation at the site, and would generally be closely aligned with the economic Must Move incentives. For example, sociopolitical pressures might oppose the development of an entirely new spent fuel storage facility (e.g., dry storage) or unnecessarily extended storage operation (prolonged pool operation at a shutdown plant), and thus support fuel removals that prevent such situations. On the other hand, partial fuel removals that do not resolve a Must Move situation would probably also fail to address such sociopolitical concerns,

---

[22] This is reflected in DOE's statements in the Final Rule accepting the utilities' requests to add the exchange provision to the contract. 48 Fed. Reg. 16590, 16592 (April 18, 1983). Also, see testimony of Loring Mills at the Yankee trial, transcript pp. 355-56, July 13, 2004.

because the actual and perceived risks of spent fuel storage are largely all-or-nothing, like the avoidable economic costs. The arbitrarily-timed removals of OFF priority involve unnecessary fuel movements and the attendant potential for public opposition, but do nothing to prevent building a new storage facility, eliminate the presence of spent fuel altogether, or avoid prolonged post-shutdown storage. Thus sociopolitical pressures could tend to promote fuel removal in economic Must Move situations, but might actually oppose arbitrary fuel movements when no Must Move condition is imminent. This would reinforce the economic incentives, encouraging exchanges rather than hampering them.

Risk Aversion and Uncertainty over Program Performance. Some uncertainty would doubtless be present in a market for exchanges for acceptance priority. For instance, a Purchaser might have some uncertainty about its SNF discharge schedule and its own storage costs, about regulatory requirements, and there might be uncertainty about program performance. (E.g., would the program accept exactly the amount planned? Would a technical or political problem cause a temporary delay in acceptance?) But such uncertainty would not affect the fundamental forces driving exchanges of acceptance priority. Neither this nor any other market requires certainty to function – markets and rational economic planning are based on reasonable expectations, not on paralysis by uncertainty and doomsday scenarios. Virtually every market faces some uncertainties – markets for energy, metals, agricultural products, consumer goods, etc. all involve substantial uncertainty and risk, including technological and regulatory performance, uncertainty in demand and supply, incomplete knowledge of others' costs, sociopolitical factors, and many others. Yet these markets generally perform reasonably well. It is also possible to model them effectively without representing every such friction explicitly.

Despite this, suppose for sake of argument that there was some non-economic factor that would cause reluctance to exchange acceptance priority, and that it was so strong that it made many

potential sellers unwilling to exchange away any acceptance rights (though all potential buyers would still want to buy). This would make it more difficult for potential buyers of priority allocations (those wanting to move forward in the priority ranking) to make the necessary exchanges. In the extreme, this situation would look similar to a reduced program acceptance rate – cutting the supply of spent fuel acceptance without reducing demand. A given acceptance rate with half the Purchasers unwilling to exchange would be similar to an acceptance rate only half as large, but with all Purchasers exchanging.[23] The low 900 MTU acceptance rate, analyzed above in Case 7, evaluates the effect of a dramatically lower acceptance rate. Reinterpreting this as withholding acceptance priority from exchanges, it corresponds to about 70% of acceptance rights being withheld and not used at all for the first 12 years of the program, relative to a 3,000 MTU/year rate. As was seen above, overall program performance would be worsened, but even with such severely limited exchanges, LACBWR would have had its fuel removed in 1998 (albeit at a higher exchange cost). In fact, even if the total program acceptance was very low (the 900 MTU rate), and fully half of those acceptance priority allocations were withheld from exchanges and not used at all, LACBWR still would have its spent fuel removed in the first year of the program, because its willingness to pay puts it very near the top of the economic priority ranking for 1998. (This is not to suggest that this would be a reasonable way to characterize the non-breach world.)

*Barriers to Exchanges – Early Removal of Full Pool Must Move Fuel*

There may be other, potentially more reasonable interpretations of non-economic factors such as risk aversion. For instance, a facility approaching a full pool condition within a few years might

[23] In fact, this would be a lower bound on performance. A 50% unwillingness to exchange is much less restrictive than an acceptance rate half as large, since in the former case the priority rights withheld from exchanges would actually be used by their OFF holders and so at least reduce their own demand in the

want to avoid any possibility of disrupting operations, and so it may prefer not to wait until the last moment to resolve its Must Move needs. But because expanding storage capacity requires only a few years (or less in some cases), such a concern could push the facility to want removal a few years ahead of the actual full pool condition. A facility with an upcoming shutdown condition would not want removal before its Must Move date, regardless of non-economic factors, because the fuel cannot all be removed earlier (it is not all 5-years cool); removing just part of the fuel earlier would be pointless.

I examined the potential effect of this type of risk aversion, characterizing it in two different ways. First, I advanced the timing of Full Pool Must Move quantities by three years for all facilities that have it (Case 21 in Figure 10).[24] The pattern of unserved Must Move in this case is slightly worse, because the accelerated FPMM (which is not yet truly Must Move) displaces some fuel that has immediate Must Move needs. The date at which aggregate acceptance catches up with Must Move needs delayed by [two additional years to [2003, and incremental storage costs increase to an estimated $[234 million. Exchange costs for LACBWR increase to $[5.1] million, but its fuel is still removed in 1998. Next, I model the same issue again in a slightly different and more extreme way (Case 22, in Figure 10). Here, in addition to bidding for acceptance priority for the year in which its fuel actually reaches Full Pool Must Move status, a facility also bids for priority in the 6 prior years. For acceptance in the three years prior to an actual FPMM condition, it is willing to pay 60% of its future avoidable costs; for acceptance in the three years prior to that, it is willing to pay 20% of its costs. In this case, some Must Move fuel remains unserved for an additional [four years (until [2005), since to a greater extent than

current and subsequent years, decreasing total demand and making it easier to serve the remaining demand.

24 This is equivalent to utilities holding more than one Full Core Reserve in their pools; it corresponds to each facility holding about [1 2/3] FCR.

before, the accelerated FPMM fuel displaces fuel that is actually Must Move, delaying its removal. System-wide storage cost is higher than the previous case, estimated at about $[477 million, since it takes longer for the system to catch up with actual Must Move needs. LACBWR's exchange cost increases in this case to $[12.4] million, but still its timing is not affected.




**Figure 10: Unserved Must Move Needs – Early Full Pool Removal**

*Barriers to Exchanges – Transaction Costs*

Another factor that could potentially impair the efficiency of exchanges is transaction costs. These can be thought of variously as implicit costs (e.g., search costs) required to identify and execute exchanges, an explicit cost such as a broker fee, or just a premium demanded by those who exchange away their early priority rights. In Case 23, I modeled transaction cost consisting

of a fixed component of $1 million per transaction, plus a variable component of $5,000 per MTU to recognize that exchange transactions for more MTU could involve higher transaction costs. These correspond to total transaction costs of a little over $[1 million for a small facility like LACBWR needing to arrange a few dozen MTU in exchanges, or as much as $[6 million for a large shutdown facility that needs 1,000 MTU in priority exchanges. This level of transaction costs would easily cover search and administrative costs. It is also well below the potential one-year storage cost savings available. I found that transaction costs would have only very modest effects on removal schedules and exchange costs, as shown in Figure 11. Even if transaction costs were much higher, they might discourage a few transactions by facilities with very large quantities, who would then just use their OFF priority. But this would not significantly affect Purchasers like LACBWR with small quantities.




**Figure 11: Unserved Must Move Needs – Transaction Costs**

These cases demonstrate an important point. Intangible barriers such as risk aversion, uncertainty, and political, regulatory and community pressure are very unlikely to be strict barriers to participation in a market. Rather, to the extent they exist, they will manifest primarily in terms of somewhat higher exchange costs, and potentially modest delays for Purchasers with lower economic priority. But such increased exchange costs cannot credibly be so large as to undermine exchanges entirely, since there are millions of dollars of potential savings each year at each site with Must Move spent fuel.

**Scenarios – OFF Priority**

To help understand why my results are so robust, and to understand the economic imperative for exchanges of acceptance priority, it is helpful to look at what would have happened if in fact exchanges were to break down entirely, leaving OFF as the acceptance priority to be implemented. In previous cases, Defendant's counsel and witnesses have suggested (though have not endorsed) OFF priority to describe the non-breach acceptance sequence. (They have also suggested, but not endorsed, a 900 MTU acceptance rate.) I have evaluated the program effects of OFF priority with three different acceptance rates.

Characterizing system performance in the absence of exchanges (i.e., following OFF priority) shows vastly worse program performance, regardless of the acceptance rate. First, a 3,000 MTU acceptance rate and OFF priority (Case 24, Figure 12) would entail the unnecessary construction of several new dry storage facilities after 1998, and require extended operation of many wet and dry storage facilities for many years. Nearly half of all facilities ([31 of 77) would have unserved Must Move, with estimated additional storage costs of $[1,936 million (as compared

with only $[73 million with efficient exchanges.[25] A 3,000 MTU acceptance rate with OFF priority actually performs substantially worse than the 900 MTU rate with exchanges (Case 7 above). That is, efficient allocation via exchanges more than outweighs the disadvantage of a much lower acceptance rate.

Second, OFF priority with the low 900 MTU acceptance rate (Case 25, Figure 12) is even worse than the sum of its inefficient parts borne separately. It incurs an estimated $[3,655] million in additional storage costs through 2009 (and more beyond that – unserved Must Move spent fuel continues to be present well beyond 2030). It leaves [71] out of 78 facilities with unserved Must Move at some point, [50] of them prior to 2010. To illustrate the point further, even a 6,000 MTU acceptance rate, which is unreasonably high, would perform poorly if implemented according to OFF priority (see Case 26, Figure 12). It would involve an estimated $909 million in additional storage costs, and leave [20] facilities with unserved Must Move spent fuel. Notice how densely colored the OFF matrices in Figure 12 are, indicating many years of unserved Must Move fuel at numerous facilities.

[25] This is based on a facility-level allocation of OFF priority; actually OFF priority is assigned at the Purchaser level. Some Purchasers with multiple facilities may choose a different allocation across their facilities – essentially equivalent to within-Purchaser exchanges.





| | Case 24 OFF and 3,000 MTU Rate | Case 25 OFF and Low 900 MTU Rate | Case 26 OFF and High 6,000 MTU Rate |
|---|---|---|---|
| Pool O&M (Plt.-Yrs) | 98 | 131 | 63 |
| Dry O&M (Plt.-Yrs) | 58 | 91 | 21 |
| Dry - Add Fuel (Plt.-Yrs) | 36 | 138 | 6 |
| New Dry Facilities | 8 | 23 | 4 |
| Total Unserved Plt-Yrs | 200 | 383 | 94 |
| Total Unserved Plants | 31 | 50 | 20 |
| Estimated Incremental System Storage Costs | | | |
| 1998-2009 (2007 $Mil PV) | $1,790 | $3,655 | $909 |
| 1998-2030 (2007 $Mil PV) | $1,936 | $5,999 | $909 |
| LaCrosse Swap Costs (2007 $Mil PV) | n/a | n/a | n/a |
| LaCrosse Fuel Out Year | 2004 | 2013 | 2002 |

**Figure 12: Unserved Must Move Needs – OFF Priority**

These analyses of OFF priority acceptance show why exchanges are so compelling. Exchanges result in a vastly better allocation of acceptance priority than OFF, saving Purchasers billions of dollars in unnecessary storage costs. And OFF's disadvantages are not offset by any advantages – OFF priority is simply inefficient and wasteful.[26] This multi-billion dollar incentive is precisely what would motivate Purchasers to engage in (and brokers to facilitate) exchanges in the non-breach world, and makes it unreasonable to think that exchanges would not have been widespread. Even if exchanges were imperfect, inefficient or impaired by non-economic factors,

[26] The inefficiency of OFF is not surprising, since it was never meant to be an efficient allocation. Rather, it was only a simple, unambiguous initial allocation of acceptance priority. It was always intended that exchanges would ensure efficiency.

this would not substantially lessen the incentives to participate in them. LACBWR would have been one of the first to have its fuel removed in the non-breach world. It needs to remove only a small quantity of fuel and has large costs that could be avoided, giving it a very high willingness to pay to exchange for an earlier priority, even relative to other facilities that would have wanted to improve on their OFF positions.

**Other Benefits of Exchanges**

While the most important benefit of reallocating acceptance according to economic priority is the ability to avoid unnecessary at-reactor storage costs, exchanges would also have other benefits. One is that while an OFF acceptance priority would entail accepting essentially arbitrary and usually small amounts of spent fuel from many different Purchasers in each year, exchanges would tend to consolidate acceptance into fewer, larger batches, or "campaigns," and would have allowed even more consolidation after the first few years of program operation. This would likely simplify logistics and reduce costs both at reactors and in transportation, relative to OFF priority, and so the DOE itself would have been likely to actively encourage such exchanges. Ivan Stuart supports the proposition that campaigns are a more efficient way to accept spent fuel, as does a study directed specifically at this question.[27]

## IV. CHARACTERIZING THE BREACH WORLD

The Breach world is simple to characterize in terms of fuel removal for LACBWR and other facilities, at least for a number of years – there is no spent fuel removal and will not be for quite some time. I understand that while the official position is that the repository could theoretically start operations in 2017, the Director of OCRWM has acknowledged that acceptance is not likely

---

27 J.W. Doman and T.E. Tehan, "Significance of Campaigned Spent Fuel Shipments," High Level Radioactive Waste Management, 1993.

to start before 2020.[28] Examining this Breach scenario (Case 27, Figure 13) in the same way I did the previous scenarios, I estimate that this will entail approximately $[5,147 million in avoidable storage costs through 2009 and leaves [61] facilities unserved during that time. Costs through 2030 would be substantially higher, even if the program starts on its current schedule.




**Figure 13: DOE Program Breach (vs Non-Breach Base Case)**

Not represented in my Breach world model is the decision of many shutdown facilities, including LACBWR, to install dry storage to limit their long-term storage costs. This increases storage costs substantially in the near term because of the high installation cost of dry storage, but the

---

[28] See Report by National Conference of State Legislatures of presentation of Edward Sproat (Director, Office of Civilian Radioactive Waste Management, DOE) before The National Academy of Sciences,

lower operating costs will decrease total costs in the long term. In the very long term, the program will presumably eventually begin to accept spent fuel, though it is currently difficult to have much confidence in how the program will operate, what acceptance rate it will have, and how acceptance priority will be determined (e.g., whether it will start with OFF and allow exchanges, in light of the partial breach).

Comparing the Breach world with the OFF cases is also instructive. The OFF cases with 3,000 and 900 MTU acceptance (Cases 24 and 25, respectively) entail $[1,790] and $[3,655 million in avoidable storage costs through 2009 and leave [31] and [50 facilities unserved. In terms of efficiency and effectiveness at addressing the spent fuel storage problem, these OFF scenarios (and particularly Case 25 which pairs OFF with a low acceptance rate) are more similar to the total absence of any program than to a reasonable non-breach scenario. Thus these OFF scenarios cannot represent a plausible description of the non-breach world.

## V. DISCUSSION AND CONCLUSION

I have shown that the economic incentives for exchanges – several billion dollars in aggregate – are so compelling that it is unreasonable to think they might not have been widespread. The alternative scenarios I have analyzed have shown conservatively that even if some non-economic factors impaired the scope or efficiency of exchanges, LACBWR would have reached a similar priority allocation and achieved most of the available benefits shown in my Base case. It is wholly implausible that there might have been factors that could have entirely prevented exchanges from achieving most of the efficiencies available.

---

Nuclear and Radiation Studies Board, November 29, 2006, available at https://www.ncsl.org/programs/environ/cleanup/NAS1106.htm.

Other markets routinely engage in analogous trading and exchange activity, and the electric utility industry is particularly prone to engaging in efficiency-promoting exchanges. For example, emissions trading for SO2 and other pollutants in the U.S., and now CO2 in Europe, show that such exchanges among utilities occur readily and can improve efficiency substantially. Nuclear utilities exchange fuel production rights, and power companies routinely trade in a wide variety of products, such as energy, capacity, and electric transmission rights. All of these real-world markets, to varying degrees, display features that in principle might interfere with efficient market reallocation, such as a uncertainty, risk aversion, lack of information and political or regulatory pressure. Yet they overcome these barriers easily, generally by building their effects into the price of transactions (rather than not transacting at all). Similarly, in the case of exchanges of spent fuel acceptance priority, frictions and barriers that might make the program perform differently or less well do not affect my basic conclusions. This is true even for extreme hypothetical cases where the program performs so poorly (e.g., with a very low acceptance rate, or extraordinarily limited exchanges) that it is difficult to view them as plausible descriptors of a "non-breach" world.

My analysis shows that LACBWR would have had its spent fuel removed promptly in 1998 at the start of the program, and would have exchanged acceptance priority allocations, making exchange payments of approximately $[2.8] million. In addition to my Base Case, I analyzed scenarios spanning a very broad range of circumstances, including different program acceptance rates, potential inefficiencies in exchanges, and alternative assumptions about reactor lives and storage costs. These scenarios show that, like the Base Case, any of these alternative assumptions also results in LACBWR having its spent fuel removed promptly in 1998 at the start of the program. These alternate cases do involve different exchange payments, and it is difficult to estimate the exchange cost with the same level of confidence as the fuel removal date.

However, taken together, the scenarios confirm the reliability of my Base Case, including the reasonableness of my exchange cost estimate.

My results show that prompt fuel removal would have been achieved when necessary for nearly all facilities, but the conclusion for LACBWR is particularly strong. This is because its small fuel quantities and large avoidable costs give it extraordinarily high economic priority and incentive for early removal, even compared to other facilities wanting early priority. LACBWR's high economic priority means that even a greatly reduced program or highly impaired exchange process would not prevent the prompt removal of its fuel.

Respectfully submitted,

Frank C. Graves

March 23, 2007