# In the United States Court of Federal Claims

No. 04-106 C
(Filed: May 27, 2008)

**************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

## ORDER

Pursuant to the Trial Preparation Order of February 21, 2008, a hearing on the parties' motions in limine shall be held on May 29, 2008, at 10:00 a.m. At the request of the parties the Court sets forth the following sequence for the motions to be addressed at the hearing:

1. The Government's Motion *In Limine* to Exclude the Admission at Trial of Documents Prepared by Government Contractors;

2. Dairyland's Motion to Exclude Evidence of the Reasons for DOE's "Delay" in Performance - i.e., Its Breach of Contract;

3. Dairyland's Motion *In Limine* to Exclude Evidence Inconsistent with the Government's Contention Interrogatory Answers;

4. Dairyland's Motion to Exclude Warren K. Brewer's Testimony;

5. Dairyland's Motion to Exclude R. Larry Johnson's Testimony;

6. The Government's Motion *In Limine* to Exclude Expert Testimony Regarding Overhead Costs;

7. The Government's Motion *In Limine* to Exclude the Testimony of Ivan F. Stuart;

8. The Government's Motion *In Limine* to Exclude the Testimony of Plaintiff's Expert Witness, Frank C. Graves;

9. Dairyland's Motion to Exclude Jonathan A. Neuberger's Testimony; and

10. The parties Proposed Procedures for Sequestration.

The hearing is scheduled to begin at 10:00 a.m. and should conclude at approximately 1:00 p.m.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge