# In the United States Court of Federal Claims

No. 04-106 C
(Filed: June 4, 2008)

*************************************
DAIRYLAND POWER COOPERATIVE, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*************************************

**ORDER**

The Court is in receipt of Defendant's Unopposed Motion to Amend Trial Preparation Order filed on June 4, 2008. Upon review of paragraph 2.c.iii.(4) of the Trial Preparation Order, the Court agrees with the parties that filing a set of exhibits with the clerk's office is unnecessary at this time. Defendant's Unopposed Motion to Amend Trial Preparation Order is GRANTED; therefore, two sets of each party's exhibits need only be submitted to chambers on or before June 13, 2008.

On May 2, 2008, the parties' filed objections to the opposing party's proposed trial exhibits. To the extent that either party wishes to respond to any of these objections, these responses shall be filed on or before June 13, 2008.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge