IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FINAL WITNESS LIST

Pursuant to the Court's pretrial scheduling order entered February 21, 2008, and paragraph 13(b) of Appendix A to the Rules of the Court of Federal Claims, defendant, the United States, provides the following list of trial witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. Defendant reserves the right to: (1) identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiff, Dairyland Power Cooperative ("Dairyland"), in response to the exhibit lists served in this case; (2) amend this list as described in the Court's rules or based upon the Court's rulings upon motions *in limine* filed by Dairyland; and (3) call all witnesses listed on the witness list provided by Dairyland.

FACT WITNESSES

Government Employees (Present and Former)

1. Alan Brownstein
Chief Operating Officer
Office of Civilian Radioactive Waste Management
United States Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Mr. Brownstein may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the Annual Capacity Report ("ACR"), the issuance and content of the Acceptance Priority Ranking ("APR") report, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

2. Christopher Kouts
Director, Office of Systems Analysis and Strategy Development
Office of Civilian Radioactive Waste Management
United States Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Mr. Kouts is expected to testify concerning the Department of Energy's ("DOE") plans to accept spent nuclear fuel at a geological repository and a Monitored Retrievable Storage ("MRS") facility, the reasons for the delays in the Yucca Mountain project, and DOE's ability to accept utility spent nuclear fuel, budgetary issues, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

3. Ronald Milner
15102 Carlbern Drive
Centreville, VA 20120

Mr. Milner, former Chief Operating Officer for DOE's Office of Civilian Radioactive Waste Management ("OCRWM"), may testify concerning the implementation of the Standard Contract, including the development of acceptance rates, the issuance and content of the Annual Capacity Report ("ACR"), the ACR issue resolution process conducted with industry representatives, the issuance and content of the Acceptance Priority Ranking ("APR") report, delivery commitment schedules, schedule negotiations, and other relevant matters.

Estimated Time For Direct Examination: 1 hour

4. Robert L. Morgan
P. O. Box 2584
Monument, CO 80132

Mr. Morgan, former Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office, is expected to testify concerning the early implementation of the NWPA, the formation of the Standard Contract, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

5. David Zabransky
Office of Civilian Radioactive Waste Management
United States Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Mr. Zabransky is expected to testify concerning the Government's implementation of the Standard Contract, including acceptance rates, the ACR issue resolution process conducted with industry representatives, the issuance and content of the ACRs, the issuance and content of the APRs, delivery commitment schedules, schedule negotiations, and other relevant matters. Mr.

Zabransky is also expected to testify concerning his knowledge of issues concerning the Standard Contract based upon his experience in the nuclear utility industry prior to his employment with DOE.

Estimated Time For Direct Examination: 1-2 hours

Plaintiff's Employees (Present and Former)

1. Michael Brasel
Dairyland Power Cooperative

Mr. Brasel is expected to testifying concerning Dairyland's rector pressure vessel removal project, spent fuel storage management issues at LACBWR, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

2. Robert Brimer
1218 Redwood Street
Onalaska, Wisconsin 54650-2367

Mr. Brimer is expected to testify concerning the investment by Genoa Fuel Tech in Private Fuel Storage, Dairyland's investigation of the exchange of approved Delivery Commitment Schedules, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

3. Roger Christians
Dairyland Power Cooperative

Mr. Christians is expected to testify about Dairyland's rector pressure vessel removal project, spent fuel storage management issues at LACBWR, decommissioning at LACBWR, accounting for internal labor and overhead costs, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

4. John Parkyn
Dairyland Power Cooperative

Mr. Parkyn is expected to testify about the formation of Genoa Fuel Tech and its investment in Private Fuel Storage, spent fuel management issues at LACBWR, decommissioning at LACBWR, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

5. Dr. Seymour Raffety
Dairyland Power Cooperative

Dr. Raffety is expected to testify concerning contract formation issues, spent fuel acceptance issues, the rate of acceptance, Dairyland's failed spent nuclear fuel, Dairyland's reactor pressure vessel removal project, decommissioning at LACBWR, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

6. Charles Sans Crainte
Dairyland Power Cooperative

Mr. Sans Crainte is expected to testify concerning Dairyland's investment in Genoa Fuel Tech and involvement in Private Fuel Storage, spent fuel management issues at LACBWR, Dairyland's reactor pressure vessel removal project, decommissioning at LACBWR, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

7. Keith Stubbendick
Dairyland Power Cooperative

Mr. Stubbendick is expected to testify concerning Dairyland's investment in Genoa Fuel Tech and involvement in Private Fuel Storage; Dairyland's costs, including the allocation of indirect overhead and general and administrative overhead at Dairyland; Dairyland's accounting systems, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

Third Party Witnesses

1. Loring E. Mills
132 Eareckson Lane
Stevensville, MD 21666

Mr. Mills, formerly with the Edison Electric Institute, a utility trade association, from 1976 to 1993, is expected to testify concerning the development of the Standard Contract, the utilities' alleged understanding regarding the rate and schedule of spent nuclear fuel acceptance by DOE, and other relevant matters.

Estimated Time For Direct Examination: 1-2 hours

GOVERNMENT'S EXPERT WITNESSES

1. Warren Brewer
ABZ, Inc.
4451 Brookfield Corporate Drive
Suite 101
Chantilly, VA 20151

Mr. Brewer is expected to testify concerning his technical critique of the opinions offered by Dairyland's expert, Todd Smith, as well as offer other technical critiques of Dairyland's damages claim, including the identification of activities that would have occurred at Dairyland

regardless of DOE's partial breach of the Standard Contract. Mr. Brewer's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Brewer's expert witness report.

Estimated Time For Direct Examination: 1-2 hours

2. R. Larry Johnson
Veris Consulting, LLC
11710 Plaza American Drive
Suite 300
Reston, VA 20190

Mr. Johnson is expected to testify concerning accounting issues associated with Dairyland's damages claim, including the identification of activities and costs that would have occurred at Dairyland regardless of DOE's partial breach of the Standard Contract and certain costs that are either unsupported or unreasonable from an accounting perspective. In addition, Mr. Johnson will testify concerning his critique of Dairyland's expert, Charles Wilkins. Mr. Johnson's opinions and the bases for those opinions are set out in his expert witness report. The information specified in FRCP 26(a)(2)(B) is attached to Mr. Johnson's expert witness report.

Estimated Time For Direct Examination: 1-2 hours

3. Jonathan Neuberger
Economists, Inc.
5980 Horton Street
Emeryville, CA 94608

Dr. Neuberger is expected to testify concerning an economic critique of the opinions of Frank Graves, Dairyland's expert witness, regarding Dairyland's claimed damages. Dr. Neuberger's opinions and the bases for those opinions are set out in his expert witness report. The information specified in Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(B) is attached

to Dr. Neuberger's expert witness report.

Estimated Time For Direct Examination: 1-2 hours

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shutlis by s/Scott Slater
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
JOSHUA E. GARDNER
ANTHONY MOSES
SONIA ORFIELD
SCOTT SLATER
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

June 6, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of June 2008, a copy of foregoing "DEFENDANT'S FINAL WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater