IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-0106C<br>(Chief Judge Damich) |

JOINT STIPULATIONS OF FACT

Pursuant to paragraph 17 of Appendix A of the Rules of the Court of Federal Claims and this Court's order issued on February 21, 2008, plaintiff, Dairyland Power Cooperative ("Dairyland"), and defendant, the United States, submit the following stipulations.

I. Background

1. Most commercial nuclear power reactors in the United States use nuclear fuel made of enriched uranium U235 contained in pellet form.

2. Generally, nuclear fuel assemblies are composed of enriched uranium pellets placed within long tubes, made of material called cladding, that are fastened together by tie plates and spacer bars within an array.

3. After the nuclear fuel assemblies are placed in the sealed reactor core of the Reactor Pressure Vessel ("RPV"), a fission reaction in the reactor core produces heat which creates steam that drives a turbine which turns an electrical generator that produces electricity.

4. After the nuclear fuel assemblies have undergone the fission process for a period of time, used nuclear fuel, which cannot economically sustain power production, is removed from the RPV. These nuclear fuel assemblies are radioactive.

5. Generally, after spent nuclear fuel is removed from the reactor core, it is transferred to a pool of water commonly known as the spent fuel storage pool. Such storage is sometimes referred to as wet storage.

6. After a period of time, spent nuclear fuel may be stored in airtight casks outside the spent fuel storage pool. Such storage is sometimes referred to as dry storage.

7. Dairyland is an electric generation and transmission cooperative that generates and transmits electricity to 25 electric distribution cooperatives and 19 municipal utilities located in four states (Wisconsin, Minnesota, Iowa, and Illinois).

8. The 25 electric distribution cooperatives are members of Dairyland, which is their exclusive wholesale power supplier under long-term contracts. The municipal utilities comprise another class of Dairyland membership.

9. Dairyland is exempt from Federal income taxes as long as no more than 15 percent of its gross revenues come from nonmembers of the cooperative.

10. Dairyland is the sole owner of the nuclear power plant known as the La Crosse Boiling Water Reactor ("LACBWR"), which was designed to produce 50 megawatts ("MW') of electric power.

11. LACBWR is located along the east bank of the Mississippi River on the same site as a coal fired power plant, Genoa Unit 3, which is also owned by Dairyland.

12. LACBWR is located in Vernon County, Wisconsin, within the village of Genoa, Wisconsin, and approximately 19 miles south of the city of LaCrosse, Wisconsin.

13. A Burlington Northern Santa Fe rail line and a state highway border the LACBWR site on the east; a steep bluff lies immediately east of the highway.

14. On June 6, 1962, Dairyland and the Atomic Energy Commission ("AEC") entered into a contract under which the AEC would construct and own the nuclear reactor portion of LACBWR and Dairyland would construct and own the turbine generator portion of the facility. Dairyland would operate and maintain the plant, as well as purchase all steam produced by the plant.

15. The contract was entered into in accordance with the AEC's Second Round Cooperative Power Reactor Demonstration Program.

16. LACBWR was built for the AEC by Allis-Chalmers Company of West Allis, Wisconsin, acting as the Nuclear Steam Supplier ("NSS"). The Architect-Engineering firm ("AE") was Sargent and Lundy of Chicago, Illinois.

17. LACBWR first attained criticality (sustained nuclear fission in the reactor core) on July 11, 1967.

18. The AEC accepted the facility from Allis-Chalmers, and Dairyland first began operating it on November 1, 1969.

19. By a contract modification executed on August 6, 1973, the AEC sold the reactor portion of LACBWR and two cores of nuclear fuel to Dairyland for $1.

20. The AEC granted Dairyland a provisional operating license for LACBWR on August 28, 1973.

21. Dairyland's management decided permanently to shutdown LACBWR in April 1987 due to economic reasons.

22. On August 4, 1987, the Provisional Operating License for LACBWR was modified by the NRC to a Possession Only License.

23. LACBWR officially entered custodial SAFSTOR status on August 7, 1991.

II. Spent Fuel Pool

24. LACBWR's spent fuel pool is located within the reactor containment building directly next to the cavity formerly occupied by the RPV.

25. Dairyland has expanded the capacity of its spent fuel pool twice.

26. In 1979, as part of the re-racking process, Dairyland shipped eight spent fuel assemblies to the General Electric spent fuel storage facility in Morris, Illinois, ("GE Morris"), for temporary storage.

27. In 1980, Dairyland replaced the existing racks for holding the nuclear fuel assemblies and expanded pool storage capacity to 440 spent fuel assemblies.

28. Upon completion of the re-racking in 1980, the assemblies sent to GE Morris were returned to LACBWR in 1981.

29. Since shortly after shutdown, Dairyland has 333 fuel assemblies stored in the LACBWR spent fuel pool.

30. Dairyland's SNF is stored in two-tiered racks in the spent fuel pool at LACBWR.

31. Some of the assemblies in the spent fuel pool at LACBWR have not been handled in any way since June 1987.

32. Dairyland has identified at least 51 assemblies in which some of the fuel has been displaced or is missing or which have visibly defective fuel rods.

33. SNF in the lower rack at LACBWR is not accessible without removing the assemblies from the upper racks to allow access to the lower racks.

34. Some displaced fuel rod material is known to have fallen from the assemblies at LACBWR and is now in non-accessible locations in the spent fuel pool.

35. Some of the SNF at LACBWR is stored in debris buckets in the spent fuel pool.

36. None of the spent fuel stored at LACBWR has been placed in canisters.

III. The Standard Contract

37. On February 4, 1983, the Department of Energy ("DOE") published a notice of proposed rulemaking in the Federal Register, draft terms for the "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste" ("Standard Contract") as mandated by the Nuclear Waste Policy Act, 42 U.S.C. § 10222. 48 Fed. Reg. 5458 (Feb. 4, 1983).

38. The proposed rule provided that written comments be submitted by March 7, 1983. 48 Fed. Reg. at 5458.

39. DOE received comments regarding the proposed rule from Dairyland in a letter dated March 7, 1983.

40. On April 18, 1983, DOE issued the Standard Contract as a final rule. 48 Fed. Reg. 16590 (April 18, 1983).

41. On June 15, 1983, Dairyland executed the Standard Contract with DOE containing the same terms as those provided in the final rule promulgated by DOE on April 14, 1983.

42. Dairyland Power Cooperative submitted Delivery Commitment Schedules ("DCSs") to DOE on September 17, 1992, referencing the following amounts of spent fuel: (1) 0.72 Metric Tons Uranium ("MTUs"), or six assemblies in 1998; (2) 5.99 MTUs, or 51 assemblies, in 1999; (3) 3.00 MTUs, or 27 assemblies, in 2000; (4) 3.86 MTUs, or 35

assemblies, in 2001; (5) 3.37 MTUs, or 31 assemblies, in 2003; (6) 1.45 MTUs, or 13 assemblies, in 2006; and (7) 3.29 MTUs, or 30 assemblies, in 2007.

43. DOE's contracting officer approved Dairyland's DCSs on December 22, 1992.

IV. Private Fuel Storage

44. Genoa Fuel Tech, Inc. ("GFT") is a Wisconsin corporation incorporated in 1995 which is wholly owned by Dairyland.

45. GFT has a board of directors and operates according to a corporate charter and bylaws.

46. Private Fuel Storage, LLC ("PFS") is a Delaware limited liability company that was formed by a consortium of companies to locate, license, build and operate a centralized spent fuel storage facility for domestic U.S. civilian nuclear power reactors.

47. GFT has made $8,669,517 in capital contributions to PFS.

V. Reactor Pressure Vessel

48. Dairyland sent its RPV to the Low-Level Radioactive Waste site in Barnwell, South Carolina, in 2007.

Respectfully submitted,

s/Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, D.C. 20037
Tele: (202) 331-3100
Fax: (202) 261-4751

Attorneys for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

June 6, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of June 2008, a copy of foregoing "JOINT STIPULATIONS OF FACT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis