IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-0106C<br>(Chief Judge Damich) |

JOINT EXHIBITS

Pursuant to paragraph 17 of Appendix A of the Rules of the Court of Federal Claims and this Court's order issued on February 21, 2008, plaintiff, Dairyland Power Cooperative ("Dairyland"), and defendant, the United States, submit the following list of Joint Exhibits. This list is composed, first, of exhibits that are common to the Government's and Dairyland's exhibit lists. Next, we have listed Dairyland exhibits, and then Government exhibits, to which there was no objection.

Respectfully submitted,

s/Jerry Stouck by s/Russell A. Shultis
JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, D.C. 20037
Tele: (202) 331-3100
Fax: (202) 261-4751

Attorneys for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

June 6, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of June 2008, a copy of foregoing "JOINT EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis