IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed on June 6, 2008

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | No. 04-0106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S FINAL WITNESS LIST

Pursuant to the Court's Trial Preparation Order of February 21, 2008 ¶ 2.c.iii.(3) and RCFC, Appendix A ¶ 15(a), Dairyland provides the following witness list:

Witnesses Dairyland Expects to Call

John W. Bartlett. (stipulated witness) 1300 Crystal Drive, Arlington, Virginia 22202, (703) 415-4541. Dr. Bartlett, who is a former Director of OCRWM, will testify regarding the objectives and planning for and operation of DOE's commercial spent fuel acceptance and disposition program. He will also testify about his other work on matters related to spent fuel management, including DOE's spent fuel program. Dr. Bartlett may also testify regarding other related matters. One and a half hours of direct examination.

Michael A. Brasel. (stipulated witness) DPC[1] (608) 689-4220. Mr. Brasel is an engineer with Dairyland. He was the project manager for the removal of the La Crosse Boiling Water Reactor ("LACBWR") reactor pressure vessel ("RPV"), and he is the project manager for Dairyland's on-site dry storage project. Mr. Brasel will testify regarding these projects and his

[1] This abbreviation is being used to note individuals located at Dairyland's administrative offices. The address there is 3200 East Avenue South, La Crosse, Wisconsin 54602.

support of Dairyland expert Todd Smith. Mr. Brasel may also testify about other related matters. His testimony may include hybrid fact-expert testimony. One and a half hours of direct examination.

Roger E. Christians. (stipulated witness) LACBWR[2] (608) 689-4216. Mr. Christians is the plant manager at LACBWR. Mr. Christians will testify about the layout of LACBWR and the personnel, activities and costs associated with storage of spent fuel in the LACBWR spent fuel pool. He will also testify about the removal of LACBWR's RPV and its on-site dry storage project. Mr. Christians also may testify about other related matters. His testimony may include hybrid fact-expert testimony. One and a half hours of direct examination.

Frank C. Graves. 44 Brattle Street, Cambridge, Massachusetts 02138, (617) 864-7900. Mr. Graves is an expert in economics and the electric utility industry. Mr. Graves' testimony will address opinions described in his expert witness report and his rebuttal expert witness report, as well as matters addressed at his depositions. He may also testify on other related matters. Three and a half hours of direct examination.

Loring E. Mills. (stipulated witness) 132 Eareckson Lane, Stevensville, Maryland 21666, (410) 643-1244. Mr. Mills worked at the Edison Electric Institute ("EEI"), a utility trade association, from 1976 to 1993. Mr. Mills was a vice president of EEI from 1982 to 1993. Mr. Mills will testify concerning the background leading to the enactment of the Nuclear Waste Policy Act of 1982 and the development of the parties' contract. Mr. Mills will testify about the understandings and intentions of the contracting utilities regarding the pace and schedule of spent fuel acceptance. Mr. Mills also may testify about other related matters. Two hours of direct examination.

---

[2] This abbreviation is being used to note individuals located at LACBWR. The address there is 4601 State Road 35, Genoa, Wisconsin 54632.

John D. Parkyn. (stipulated witness) DPC (608) 787-1236. Mr. Parkyn is a manager of special projects at Dairyland and Chairman of Private Fuel Storage ("PFS"). Mr. Parkyn previously worked at LACBWR, including a period as plant superintendent. Mr. Parkyn will testify regarding LACBWR's history, Dairyland's contract with DOE, consideration of exchanges of approved delivery commitment schedules and the history and Dairyland's participation in PFS. He also may testify about other related matters. His testimony may include hybrid fact-expert testimony. Two hours of direct examination.

Charles V. Sans Crainte. (stipulated witness) DPC (608) 787-1233. Mr. Sans Crainte is vice president of generation for Dairyland. Mr. Sans Crainte will testify about Dairyland's structure, its participation in PFS, the timing of the removal of the LACBWR RPV, its on-site dry storage project and Dairyland's participation in various types of exchanges with other utilities. Mr. Sans Crainte may also testify about other related matters. One and a half hours of direct examination.

Todd D. Smith. (stipulated witness) 79 Aviator Place, Oakland, Maine 04963 (860) 573-5254. Mr. Smith is an expert in the costs of decommissioning nuclear facilities. His testimony will address opinions set out in his expert report, as well as matters addressed at his depositions. He may also testify on other related matters. One and a half hours of direct examination.

Ivan F. Stuart. 500 Ocean Drive, Apt. E, Juno Beach, Florida 33408, (561) 691-4696. Mr. Stuart is being offered as both a fact and expert witness. Mr. Stuart has many years of experience in the nuclear industry in which he was engaged in moving and storing spent nuclear fuel. He will testify about those experiences, focusing on spent fuel container systems and technologies. In addition, Mr. Stuart will testify as an expert concerning the technical feasibility of a spent fuel acceptance rate by DOE of 3,000 MTU/yr. Mr. Stuart will also explain the advantages of using acceptance campaigns, and the feasibility of implementation swaps of slots,

for spent fuel acceptance. He will further explain that no site or spent fuel specific conditions would have prevented DOE from efficiently accepting spent fuel, including failed fuel, from Dairyland. Mr. Stuart's testimony will address opinions described in his expert witness report, as well as matters addressed at his deposition. Mr. Stuart may also testify about other related matters. Two hours of direct examination.

Keith A. Stubbendick. (stipulated witness) DPC (608) 787-1245. Mr. Stubbendick is director of accounting at Dairyland. He will testify about the costs Dairyland has incurred because of DOE's partial breach of contract. He will also testify about Dairyland's accounting system and accounting for costs of management and storage of spent fuel, the removal of the LACBWR RPV and the costs of Dairyland's participation in PFS. Mr. Stubbendick may also testify about other related matters. His testimony may include hybrid fact-expert testimony. One and a half hours of direct examination.

Charles Wilkins. 2001 M Street, NW, Washington, DC 20036, (202) 285-6967. Mr. Wilkins is a cost accountant who will provide expert testimony on issues related to the damages Dairyland has incurred because of DOE's partial breach of contract. His testimony will address opinions set out in his expert report and in his rebuttal report, as well as matters addressed at his depositions. He may also testify on other related matters. Two hours of direct examination.

Witnesses Dairyland May Call if the Need Arises

Lake E. Barrett. (stipulated witness) 7805 Potters Mill Court, Derwood, Maryland 20855 (301) 519-8636. Mr. Barrett is a former Deputy Director and Acting Director of the Office of Civilian Radioactive Waste Management ("OCRWM") within the U.S. Department of Energy ("DOE") and he has been a consultant to Dairyland. Mr. Barrett may testify regarding the history of DOE's planning to accept spent fuel from utilities, a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities and DOE's plans and expectations for

exchanges amongst utilities of spent fuel acceptance allocations. One half hour of direct examination

Robert M. Brimer. (stipulated witness) 1218 Redwood Street, Onalaska, Wisconsin 54650 (608) 783-7497. Mr. Brimer is a former director of generation support services at Dairyland. He may testify regarding Dairyland's investigation of exchanging approved delivery commitment schedules. Mr. Brimer may also testify about other related matters. One half hour of direct examination.

Christopher Kouts. (stipulated witness) DOE.[3] Mr. Kouts is an official with OCRWM. Dairyland may call Mr. Kouts to testify regarding the history of DOE's planning to accept spent fuel from utilities, a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities and DOE's plans and expectations for exchanges amongst utilities of spent fuel acceptance allocations. One half hour of direct examination.

Thomas Pollog. (stipulated witness) DOE. Mr. Pollog is an official with OCRWM. Dairyland may call Mr. Pollog to testify regarding the history of DOE's planning to accept spent fuel from utilities, a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities and DOE's plans and expectations for exchanges amongst utilities of spent fuel acceptance allocations. One half hour of direct examination.

Seymour J. Raffety. (stipulated witness) LACBWR (608) 689-4222. Dr. Raffety is an engineer at LACBWR. Dr. Raffety may testify regarding the condition of LACBWR's spent nuclear fuel and the administration of Dairyland's contract with DOE. Dr. Raffety may also testify about other related matters. One half hour of direct examination.

David K. Zabransky. (stipulated witness) DOE. Mr. Zabransky is an official with OCRWM. Dairyland may call Mr. Zabransky to testify regarding the history of DOE's planning

to accept spent fuel from utilities, a reasonable rate and schedule for DOE's acceptance of spent fuel from utilities and DOE's plans and expectations for exchanges amongst utilities of spent fuel acceptance allocations. One half hour of direct examination.

Dairyland may also call other witnesses identified on the government's witness list.

Respectfully submitted,

June 6, 2008

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP

*WDC 371633645v1 June 6, 2008*

[3] This abbreviation refers to individuals at the U.S. Department of Energy. The address there is 1000 Independence Avenue, SW, Washington, DC 20585.