IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0106C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF WITNESSES

Pursuant to the Court's pretrial scheduling order dated February 21, 2008, plaintiff, Dairyland Power Cooperative ("Dairyland"), and defendant, the United States, submit the following joint stipulation of witnesses, listing all witnesses to which neither party objects and briefly describing each individual.[1]

A. Witnesses Appearing Only On Plaintiff's Witness List

1. Lake E. Barrett
7805 Potters Mill Court
Derwood, MD 20855

Mr. Barrett is a former Deputy Director and Acting Director of the Office of Civilian Radioactive Waste Management ("OCRWM"), U.S. Department of Energy ("DOE"). He also has served as a consultant to Dairyland.

2. John W. Bartlett
1300 Crystal Drive
Arlington, VA 22202

Mr. Bartlett is a former Director of OCRWM.

[1] Each party has provided the descriptions for those witnesses appearing solely on its list, with the exception of Mr. Pollog, for whom the defendant drafted the description. The defendant also has provided descriptions of the witnesses appearing on both lists. Neither party necessarily agrees in full with the other's descriptions.

3. Michael A. Brasel
Dairyland Power Cooperative
3200 East Avenue South
La Crosse, WI 54602

Mr. Brasel is an engineer with Dairyland. He was the project manager for the removal of the La Crosse Boiling Water Reactor ("LACBWR") reactor pressure vessel ("RPV"), and he is the project manager for Dairyland's on-site dry cask storage project.

4. Robert M. Brimer
1218 Redwood Street
Onalaska, WI 54650

Mr. Brimer is a former director of generation support services at Dairyland.

5. Roger E. Christians
La Crosse Boiling Water Reactor
4601 State Road 35
Genoa, WI 54632

Mr. Christians is the plant manager at LACBWR.

6. Loring E. Mills
132 Eareckson Lane
Stevensville, MD 21666

Mr. Mills worked at the Edison Electric Institute ("EEI"), a utility trade association, from 1976 to 1993. He was a vice president of EEI from 1982 to 1993.

7. John D. Parkyn
Dairyland Power Cooperative
3200 East Avenue South
La Crosse, WI 54602

Mr. Parkyn is a manager of special projects at Dairyland and Chairman of Private Fuel Storage ("PFS"). He previously worked at LACBWR, including a period as plant superintendent.

8. Thomas Pollog
Office of Civilian Radioactive Waste Management
United States Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Mr. Pollog is a Nuclear Engineer with OCRWM. His responsibilities include implementing the terms and conditions of the Standard Contract into which DOE and the nuclear utilities entered.

9. Seymour J. Raffety
La Crosse Boiling Water Reactor
4601 State Road 35
Genoa, WI 54632

Dr. Raffety is an engineer at LACBWR.

10. Charles V. Sans Crainte
Dairyland Power Cooperative
3200 East Avenue South
La Crosse, WI 54602

Mr. Sans Crainte is vice president of generation for Dairyland.

11. Todd D. Smith
79 Aviator Place
Oakland, ME 04963

Dairyland is calling Mr. Smith as an expert in the costs of decommissioning nuclear facilities.

12. Keith A. Stubbendick
Dairyland Power Cooperative
3200 East Avenue South
La Crosse, WI 54602

Mr. Stubbendick is director of accounting at Dairyland.

B. Witnesses Appearing Only On Defendant's Witness List

1. Alan Brownstein
Chief Operating Officer
Office of Civilian Radioactive Waste Management
United States Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Mr. Brownstein is the Chief Operating Officer for OCRWM. He is involved in and broadly familiar with DOE's civilian radioactive waste management program, and he is responsible for providing analysis on policy, business management, and technical issues relating to the overall mission of OCRWM to program offices and other Federal agencies.

2. Ronald Milner
15102 Carlbern Drive
Centreville, VA 20120

Mr. Milner is OCRWM's former Chief Operating Officer. As such, he previously managed day-to-day operational aspects of the program, including contractual and personnel matters.

3. Robert L. Morgan
P. O. Box 2584
Monument, CO 80132

Mr. Morgan served as Director of DOE's Nuclear Waste Policy Act ("NWPA") Project Office from approximately January 1983 to January 1984. Now retired from public service, he was involved in DOE's implementation of the NWPA, formation of the Standard Contract, and the development of early program documents.

C. Witnesses Appearing On Both Parties' Witness Lists

1. Christopher Kouts
Principal Deputy Director
Office of Civilian Radioactive Waste Management
United States Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Mr. Kouts is the Principal Deputy Director of the Office of Civilian Radioactive Waste Management ("OCRWM"), U.S. Department of Energy ("DOE"). Since joining OCRWM in 1985, Mr. Kouts has been deeply involved in the planning, budgeting, implementation, and development of DOE's civilian radioactive waste management program.

2. David Zabransky
Office of Civilian Radioactive Waste Management
United States Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Mr. Zabransky is a Nuclear Utility Specialist at OCRWM. He is responsible for providing a wide variety of assistance to the Director of OCRWM, and he serves as Contracting Officer for administration of the Standard Contracts between DOE and the nuclear utilities.

Respectfully submitted,

s/Jerry Stouck by s/Scott Slater
JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, D.C. 20037
Tele: (202) 331-3100
Fax: (202) 261-4751

Attorneys for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Russell A. Shultis by s/Scott Slater
RUSSELL A. SHULTIS
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7571
Fax: (202) 307-2503

June 6, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of June 2008, a copy of foregoing “JOINT STIPULATION OF WITNESSES” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater