IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-0106C |
| | ) (Chief Judge Damich) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Alan J. Lo Re as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Dated: June 12, 2008

s/ Alan J. Lo Re
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0226
Fax: (202) 307-2503
Email: alan.lo.re@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this 12th day of June 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Alan J. Lo Re