IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Electronically filed on June 13, 2008

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, | ) | |
| Plaintiff, | ) | No. 04-0106C |
| v. | ) | (Chief Judge Damich) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DAIRYLAND'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE RESPONSE TO GOVERNMENT
OBJECTIONS TO DAIRYLAND'S PROPOSED TRIAL EXHIBITS

Dairyland moves pursuant to RCFC 6 and 6.1 for a one business-day enlargement of time through June 16, 2008 in which to file its response to the government's objections to Dairyland's list of proposed trial exhibits.[1] This Court's Order of June 4, 2008 invited the parties to file such responses by today. Dairyland has not previously sought an enlargement of this time period. Dairyland's counsel has attempted to reach the government's counsel by telephone and email today to determine the government's position on this motion, but the government's counsel has not yet responded to those messages.

Dairyland had planned to file its response today, but its counsel has lost the time needed to complete that filing today to transportation delays related to the substantial

[1] A motion is arguably not necessary since the Court has been officially closed on June 13, 2008 and Rule 6(a) provides for extensions of deadlines when the clerk's office is inaccessible. But since that rule specifically only applies when the act to be done is "the filing of a paper in court," it is not clear if that provision applies to the filing of papers through the ECF system as is the situation here.

Metro delays and power outages. In particular, Kevin Stern, the attorney primarily responsible for the preparation of Dairyland's response was stranded for a long period on a Metro train. As the Court has been otherwise closed on June 13, 2008, it appears unlikely that this enlargement would delay the Court's consideration of the exhibit issue.

For the foregoing reasons, the time for Dairyland's response to the government's objections to Dairyland's proposed trial exhibits should be enlarged through Monday, June 16, 2008.

Respectfully submitted,

June 13, 2008

s/ Jerry Stouck
JERRY STOUCK
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
(202) 331-3100 (Telephone)
(202) 261-4751 (Facsimile)
*Counsel for Plaintiff*
DAIRYLAND POWER COOPERATIVE

Of Counsel:
Robert L. Shapiro
Kevin E. Stern
GREENBERG TRAURIG, LLP
*WDC 371,638,925v1 6-13-08*