IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-106C<br>(Chief Judge Damich) |

DEFENDANT'S MOTION FOR LEAVE
TO FILE AMENDED FINAL EXHIBIT LIST

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims and paragraph 16 of Appendix A of the Court's rules, defendant, the United States, respectfully requests leave to amend its final exhibit list, which was filed on June 6, 2008.[1] After defendant filed its final exhibit list, we recognized that we had inadvertently neglected to designate exhibits on the basis of "expect" to use versus "may" use as required by Appendix A, paragraph 16. We therefore request leave from this Court to amend our filing to include the appropriate designations. Further, in the course of preparing for the trial of this matter, we have identified three additional documents that defendant expects to use at trial (DX0550, DX0551, and DX0552), but which, as a result of an error, do not appear on our present exhibit list. Thus, we also request leave to add these three items to our list of trial exhibits.

[1] Although we had intended to file this motion on June 13, 2008, a power outage that affected a substantial portion of the greater Washington, D.C. metropolitan area on that date precluded us from doing so.

In written correspondence dated June 12, 2008, we advised counsel for plaintiff, Dairyland Power Cooperative ("Dairyland"), of our intention to request leave to amend defendant's final exhibit list to include expect to use / may use designations and to add three new documents as described above. Defendant makes this motion because it is in the best interest of the Court and the parties to know which exhibits defendant currently plans to use during the upcoming trial in this matter. For example, knowing which exhibits defendant expects to use will permit the parties and the Court to focus more of their energies upon those documents. In addition, defendant requests that the Court grant our motion for leave to add the three documents cited above to our exhibit list because doing so will not prejudice plaintiffs and will permit defendant to present its case more fully.

For the reasons stated above, defendant requests that the Court grant this motion for leave to amend its final exhibit list to include expect to use / may use designations and to include exhibits DX0550, DX0551, and DX0552.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Alan J. Lo Re by s/Scott Slater
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0226
Fax: (202) 305-2503

PATRICK B. BRYAN
JOSHUA E. GARDNER
ANTHONY W. MOSES
SONIA M. ORFIELD
SCOTT SLATER
Trial Attorneys
U.S. Department of Justice

June 16, 2008

Attorneys for Defendant