CERTIFICATE OF FILING

I hereby certify that on this 16th day of June 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED FINAL EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Slater