IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 04-106C<br>(Chief Judge Damich) |

DEFENDANT'S RESPONSES TO PLAINTIFF'S
OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS

Pursuant to the Court's order filed on June 4, 2008, defendant, the United States, responds to the objections to its trial exhibits that plaintiff, Dairyland Power Cooperative ("Dairyland"), filed on May 2, 2008. By responding to Dairyland's objections, the Government does not waive and hereby reserves any and all other available and applicable responses and/or offers of proof to additional objections subsequently asserted by Dairyland to the Government's trial exhibits.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Alan J. Lo Re by s/Anthony W. Moses
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0226
Fax: (202) 307-2503

PATRICK B. BRYAN
JOSHUA E. GARDNER
ANTHONY W. MOSES
SONIA M. ORFIELD
SCOTT SLATER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice

June 16, 2008

Attorneys for Defendant

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0003 | PLAC0114590 | PLAC0114608 | LACBWR Refueling Plan for Cycle 3, Submitted by: S.J. Raffety, Dairyland Power Cooperative and P. Buck, Gulf United Services | 12/02/1973 | Not relevant | Relevant to Failed Fuel |
| | 0004 | PLAC0151378 | PLAC0151379 | Photographs of Failed Fuel Assemblies | 06/1977 | Not relevant; Authentication | From Dairyland's Files; Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0005 | PLAC0151382 | PLAC0151383 | Photographs of Failed Fuel Assemblies | 06/1977 | Not relevant; Authentication | From Dairyland's Files; Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0006 | PLAC0151366 | PLAC0151367 | Photographs of Failed Fuel Assemblies | 06/1977 | Not relevant; Authentication | From Dairyland's Files; Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0007 | PLAC0151360 | PLAC0151361 | Photographs of Failed Fuel Assemblies | 06/1977 | Not relevant; Authentication | From Dairyland's Files; Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0008 | PLAC0151364 | PLAC0151365 | Photographs of Failed Fuel Assemblies | 06/1977 | Not relevant; Authentication | From Dairyland's Files; Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0009 | PLAC0114691 | PLAC0114694 | US Nucelar Regulatory Commission, Current Events Power Reactors, Degradation of Fuel Rod Integrity, published mid October 1997 (Received by DPC November 11, 1977) | 10/1977 | Not relevant | Relevant to Failed Fuel |
| | 0010 | NRC14600000 1 | NRC146000023 | Certified Minutes of the ACRS Subcommittee Meeting on La Crosse Boiling Water Reactor | 06/30/1979 | Not relevant; Hearsay | Relevant to Failed Fuel; Admission by Party-Opponent; Ancient Document |
| | 0011 | PLAC0050808 | PLAC0050845 | Dairyland Power Cooperative LACBWR Economic Analysis | 08/1979 | Not relevant | Relevant to Decommissioning |
| | 0012 | NRC14600002 4 | NRC146000045 | Letter to ACRS Members from J.C. McKinley RE: Certification of the Minutes of the ACRS Subcommittee Meeting on La Crosse Boiling Water Reactor - Washingtion, DC- October 26, | 02/06/1980 | Hearsay | Public Record; Admission by Party-Opponent; Ancient Document |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0015 | TV 1378 | TV 1426 | Letter from James J. Fiore, DOE, to Ray Hoskins, TVA, Enclosing Draft Version of Contract for Disposal of Spent Nuclear Fuel | 06/03/1982 | Not relevant; Hearsay | Relevant to Contract Formation; Ancient Document |
| | 0016 | NRC14600006 0 | NRC146000079 | Letter from Frank Linder to James G. Keppler RE: Dairyland Cooperative LABWR Provisional Operating License No. DPR -45 Reportable Occurence No. 82-06 | 08/10/1982 | Not relevant | Relevant to Failed Fuel |
| | 0017 | SN011616 | SN011620 | Memo from D. C. Hagan to B. E. Hunt, re: Utility Nuclear Fuel Economic Group Meeting November 4-5, 1982 | 11/15/1982 | Not relevant | Relevant to Contract Formation |
| | 0018 | SN145831 | SN145837 | Memo from R. E. L. Stanford, UNWMG, to Members, Steering Committee, re: High-Level Waste Policy Act of 1982 | 12/23/1982 | Authentication; Hearsay | Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0019 | SN048515 | SN048568 | Comments of the EEI/UNWMG Added, Draft Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 01/1983 | Not relevant; Authentication; Hearsay | Ancient Document; Relevant to Contract Formation; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0020 | SN145731 | SN145766 | Memo from Loring Mills to Members, Nuclear Power Executive Advisory Committee, re: Nuclear Waste Policy Act of 1982 and Safety Goal Policy Statement | 01/11/1982 | Authentication; Hearsay; Incomplete | Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0021 | TV 1365 | TV 1376 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, Enclosing Parts of a Working Draft of Contract | 01/12/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0022 | TV 1317 | TV 1359 | Letter from S.P. Kraft, Edison Electric Institute, to Robert Mullin, TVA, enclosing EEI mark-up of draft contract | 01/24/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0023 | TV1236 | TV1250 | Letter from the American Public Power Association, L. Hobart to DOE, Dr. Thomas Dillon, re: APPA's Comments on DOE's January 19, 1983 Draft Standard Contract | 01/21/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0024 | TV 1251 | TV 1261 | Letter from Larry Hobart, American Public Power Association, to Charles Dean, TVA, enclosing APPA Correspondence with DOE | 01/24/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0025 | TV1362 | TV1362 | Letter from the Atomic Industrial Forum, Inc., Emanuel Gordon to Working Group on Nuclear Waste Fund Draft Contract, re: EEI's and Shaw Pittman's Comments Upon DOE's January 19, 1983 Standard | 01/24/1983 | Not relevant; Authentication; Hearsay; Incomplete | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0026 | TV1226 | TV1235 | Memorandum from Eileen Peerless to APPA Members with Interest in Nuclear Power, re: Results of DOE Briefing on Nuclear Waste Bill and Disposal Contracts | 01/24/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0027 | SN048683 | SN048724 | EEI's Draft Unsolicited Comments on Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste | 01/25/1983 | Not relevant Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0029 | SMUDPRIV0050 | SMUDPRIV0054 | Letter to David Kaplan, SMUD, from Jay Silberg re: DOE Spent Fuel Disposal Contract | 02/04/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0031 | SN010659, SN011066 | SN010682, SN011067 | Memo from J. R. Tomonto from M. C. Cook, re: EEI Meeting to Prepare Comments on the DOE Disposal Contract - February 10, 1983 | 02/11/1983 | Not relevant; Authentication; Incomplete | Relevant to Contract Formation; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0032 | GPE0010322 | GPE0010392 | Letter from Edison Electric Institute, S.P. Kraft, to Members of the Nuclear Fuel Committee, re: Comments on Draft DOE/Utility Standard Waste Disposal Contract | 02/18/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0034 | TVA000079 | TVA000127 | Memo from H.G. Parris to W.F. Willis, re: Nuclear Waste Policy Act of 1982 (Act) - Comments on Draft Contract between the Department of Energy (DOE) and Utilities for Disposal of Spent | 03/02/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0036 | SMUDPRIV0102 | SMUDPRIV0108 | Shaw Pittman Memorandum from Jay Silberg, re: DOE Final Disposal Contract | 04/14/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0037 | YDK024125 | YDK024129 | Presentation to The Institute of Nuclear Materials: Management Presentation by Mr. Loring Mills, Edison Electric Company, re: Importance of Various Provisions of the Nuclear Waste Policy Act of | 05/04/1983 | Hearsay | Ancient Document |
| | 0040 | SN010996 | SN011011 | Memo from S. P. Kraft, EEI, to Members, Task Group on the Waste Contract, re: Results of May 12, 1983 Meeting | 05/24/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0041 | TV 1467 | TV 1475 | Memorandum from Allan T. Mullins to Erik Kvaven, re: Requisition for Contract with DOE Required by the Nuclear Waste Policy Act of 1982 (ACT) | 05/24/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0044 | PLAC0094069 | PLAC0094070 | Letter to Dairyland Power Coop. ATTN: Richard Shimshak from C.J. Ross Re: Survey Conducted to Determine Utility Intentions Regarding Contracts with the DOE | 06/17/1983 | Hearsay; Incomplete | Ancient Document; Business Record |
| | 0046 | SN011047 | SN011067 | Letter from Kraft, Edison, to Members Task Force, w/05/20/83 Kearney, Edison, to Morgan, DOE, with Net v. Gross Generation Attachment, 06/17/83 Morgan, to Kearney, with Draft | 07/15/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0047 | SN011286 | SN011302 | Potential Issues to be Addressed in a Rulemaking Proceeding on the DOE Disposal Contract | 08/29/1982 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0049 | YDK045589 | YDK045591 | Memorandum from Yankee Atomic - Bolton, J. Buchheit and E. Pilat to R. Grube and R. Rich re: Sept. 27, 1983 UNWMG DOE Contract - Task Force Meeting | 10/19/1983 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0050 | PLAC0112602 | PLAC0112626 | Report on the Decomissioning and Capital Recovery Costs of Dairyland's LACBWR Nuclear Facility | 12/1983 | Not relevant | Relevant to Decommissioning |
| | 0051 | PDPC0026063 | PDPC0026091 | Minutes of the Meeting of the Board of Directors of Dairyland Power Cooperative for the Month of December 1983 | 12/1983 | Not relevant | Relevant to Decommissioning |
| | 0052 | PDPC0023061 | PDPC0023074 | Dairyland Power Memo from Bob Mueller to Frank Linder Re: Financial Planning for the Decommissioning of LACBWR | 12/06/1983 | Not relevant | Relevant to Decommissioning |
| | 0053 | YDK023771 | YDK023772 | Memorandum from Yankee Atomic, J.M. Buchheit to R.M. Grube, re: Petition for Rulemaking to Amend the Nuclear Waste Contract | 01/20/1984 | Not relevant; Authentication; Hearsay | Relevant to Contract Formation; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0058 | SN046231 | SN046272 | Letter from James Hall to Members, Steering and HLW/SF Storage Working Group, re: Comments on DOE Draft Mission Plan for the Civilian Radioactive Waste Management Program | 07/13/1984 | Hearsay | Ancient Document |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0061 | SMUD0014889 | SMUD0014914 | Memorandum in Support of Petition for Rulemaking Larkin10 | 03/18/1985 | Not relevant; Hearsay | Relevant to Rate of Acceptance; Ancient Document |
| | 0067 | PLAC0135481 | PLAC0135481 | Utility Nuclear Waste Management Group Standard Contract Issues | 11/10/1986 | Not relevant; Authentication; Hearsay | Relevant to Rate of Acceptance and Failed Fuel; Ancient Document; Defendant will Authenticate Exhibit |
| | 0068 | SN007280 | SN007284 | Utility Nuclear Waste Management Group High-level Waste / Spent Fuel Storage Working Group December 17, 1986 Meeting Notes | 12/17/1986 | Not relevant; Authentication; Hearsay | Relevant to Rate of Acceptance; Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0070 | PA142473 | PA142480 | Letter from John J. Kearney, Senior Vice President, Edison Electric Institute, to Ben, C. Rusche, Director, OCRWM | 04/03/1987 | Authentication | Ancient Document; Defendant will Authenticate Exhibit at Trial |
| | 0075 | YDK038291 | YDK038416 | Letter from Utility Nuclear Waste Management Group, Nancy Montgomery to Members, High-Level Waste/Spent Fuel Storage Working Group, re: Changes to the Standard Contract | 06/24/1987 | Not relevant; Authentication; Hearsay | Relevant to Rate of Acceptance; Ancient Document; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0090 | CTR0060075 | CTR0060085 | Minutes of Meeting between ACR Response Team, UNWMG, and DOE | 10/13/1988 | Authentication; Hearsay | Business Records; Defendant will Authenticate Exhibit at Trial |
| | 0091 | PLAC0148472 | PLAC0148480 | Dairyland Power Cooperative Correspondence from Seymour Raffety to Peter Knoetgen, Subject: Facility Interface Capability Assessment Project | 03/08/1989 | Not relevant | Relevant to Failed Fuel |
| | 0092 | CDB006316 | CDB006336 | Letter from Edison Electric Institute, Brian Farrell to ACR Committee, re: DOE White Papers | 07/17/1989 | Authentication; Hearsay | Business Records; Defendant will Authenticate Exhibit at Trial |
| | 0096 | SN168529 | SN168532 | Meeting Minutes of the High-level Waste/Spent Fuel Storage Working Group Meeting of March 29, 1990, in Washington, D.C. | 03/29/1990 | Not relevant; Authentication; Hearsay | Business Record; Relevant to Rate of Acceptance; Defendant will Authenticate Exhibit at Trial |
| | 0098 | PPGE0002186 | PPGE0002188 | Memo to Larry Womack, Nuclear Operations Support, from David H. Oatley, Nuclear Operations Support, RE: EEI/UWASTE Steering Committee Meeting | 05/09/1990 | Not relevant; Authentication; Hearsay | Relevant to Rate of Acceptance; Business Record; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0099 | PLAC0046172 | PLAC0046213 | Letter from William L. Berg re: DPC Decommissioning Fund Report for the La Crosse Boiling Water Reactor with Attached Decommissioning Funding and Trust Reports | 07/25/1990 | Not relevant; PLAC0046181-213 consists of unrelated documents | Relevant to Decommissioning and Rate of Acceptance |
| | 0109 | PDCP0014492 | PDCP0014528 | Letter from John Bartlett (DOE) to Richard Clarke (PG&E) re: DOE's Requirement to Issue an Annual Priority Ranking for the Receipt of Spent Nuclear Fuel with attached letter to J.E. Barrett and draft APR | 05/20/1991 | Not relevant | Relevant to Rate of Acceptance |
| | 0115 | SN169918 | SN169922 | UWaste Report Utility Nuclear Waste and Transportation Program Number 91-8 | 11/15/1991 | Not relevant | Relevant to Rate of Acceptance; |
| | 0125 | YDK037850 | YDK037850 | Memorandum from Yankee Atomic, Rudy Grube to A. Kadak re: conversation with L. Mills and J. Bartlett concerning letter on SNF Shipping Priority | 02/13/1992 | Authentication; Hearsay | Business Record; Defendant will Authenticate Exhibit at Trial |
| | 0129 | NET0010333 | NET0010337 | Letter from Energy Resource International to Edison Electric Institute | 05/13/1992 | Not relevant; Authentication; Hearsay | Relevant to Rate of Acceptance, Decommissioning and Priority for Shutdown; Business Record; Defendant |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0131 | SN170236 | SN170240 | UWaste Report Utility Nuclear Waste and Transportation Program Number 92-13 | 08/01/1992 | Not relevant | Relevant to Rate of Acceptance |
| | 0134 | PLAC0101815 | PLAC0101819 | Dairyland Power Cooperative v. The United States, Affidavit of Seymour J. Raffety | 10/15/1992 | Hearsay | Admission by Party-Opponent |
| | 0135 | D135.001 | D135.105 | Plaintiff's Cross-Motion for Summary Judgment and Response Opposing Defendant's Motion to Dismiss or, Alternatively, for Summary Judgment | 10/19/1992 | Not relevant | Relevant to Exchanges, Decommissioning, and SAFST0R |
| | 0138 | PLAC0101790 | PLAC0101810 | Dairyland Power Cooperative v. The United States,Supplemental Affidavit of Seymour J. Raffety | 01/21/1993 | Hearsay | Admission by Party-Opponent |
| | 0141 | CTR0030001 | CTR0030030 | DOE Standard Contract Issue Resolution Process - An Overview and Status; 1993 International High-Level Radioactive Waste Management Conference | 04/29/1993 | Hearsay | Business Record |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0142 | PLAC0078464 | PLAC0078469 | Spreadsheet: LACBWR Fuel Disposal Options for Long Range Planning Case (SAFSTOR) | 04/30/1993 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0146 | D146.001 | D146.065 | Appeal From A Decision Of The US Court Of Federal Claims In 91-1676C Entered March 29, 1993, From Judge Moody R. Tidwell by Appellant Dairyland Power Cooperative In The US | 07/12/1993 | Not relevant | Relevant to Exchanges, Decommissioning, and SAFSTOR |
| | 0150 | PDPC0027809 | PDPC0027847 | Decommissioning Presentation entitled "LACBWR Decommissioning 1994" | 1994 | Authentication; PDPC0027809-28 and PDPC0027829-47 are unrelated | Defendant will Authenticate Exhibit at Trial |
| | 0153 | NRC14600086 1 | NRC146000865 | Certificate of Compliance For Radioactive Material Packages Certificate No. 9010 | 04/13/1994 | Not relevant | Relevant to Damages Calculation and Failed Fuel |
| | 0154 | NRC14600086 6 | NRC146000868 | U.S. NRC Transport Certification Branck Approval Record Certificates of Compliance Nos. 6698, 9001, 9010, 9015, 9016, 9023 for Radioactive Material Packages | 04/13/1994 | Not relevant | Relevant to Failed Fuel |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0155 | PLAC0023837 | PLAC0024122 | La Crosse Boiling Water Reactor LACBWR | 06/1994 | Authentication; Incomplete | Defendant will Authenticate Exhibit at Trial |
| | 0156 | YDK007568 | YDK007572 | Letter from DOE, R. A. Milner, Response to Andrew Kadak's Letter of April 20, 1994, to the Secretary of Energy | 06/16/1994 | Hearsay | Business Record; Public Records and Reports |
| | 0159 | DP0001842 | DP0001846 | Remarks by Ivan Selin, Chairman U.S. NRC brfoe the Annual Meeting of the Institute of Nuclear Materials Management, Timely Topics on Spent fuel Storage | 07/18/1994 | Authentication; Hearsay | Defendant will Authenticate Exhibit at Trial; Business Record; Public Record; Public Records and Reports |
| | 0160 | SN179033 | SN179046 | Private Fuel Storage Facility, Financial Analysis | 07/20/1994 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0161 | EDB0021127 | EDB0021127 | Letter from DOE, Office of Civilian Radioactive Waste Management, D. Dreyfus to Commissioner Striebel, re: The Statutory Limit on Acceptance Capacity | 09/06/1994 | Not relevant; Hearsay | |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0163 | CE102763 | CE102766 | Letter from Commonwealth Edison, James O'Connor to Yankee Atomic Electric Company, A. Kadak re: HLW Acceptance - Preference for Shutdown Plants | 10/10/1994 | Hearsay | Business Record |
| | 0166 | PLAC0106544 | PLAC0106544 | Dairyland Power Cooperative Short Circuits Publicaation | 02/02/1995 | Not relevant | Relevant to Private Fuel Storage |
| | 0168 | PDPC0014758 | PDPC0014760 | Decommisioning Questionaire Completed by Bob Brimer, Director, Generation Support Services | 02/24/1995 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0181 | PLAC0104999 | PLAC0104999 | Memorandum from Roger Christians to NRC Administrative Letter File cc: SRC, Duncan, Leifer, Wery, Route/Staff Subject: NRC Administrative Letter 96-02; Licensee Responsibilities Related | 08/27/1996 | Not relevant | Relevant to Decommissioning |
| | 0190 | PLAC0150872 | PLAC0150881 | Dairyland Questions from State of the Business (SOB) Meetings | 1997 | Authentication; Hearsay | Defendant will Authenticate Exhibit at Trial; Admission by Party-Opponent; Business Record |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0192 | PDPC0022731 | PDPC0022732 | Memo from Larry Nelson to Roger Christians RE: 1996 LACBWR Dismantlement Project | 01/27/1997 | Not relevant | Relevant to Decommissioning |
| | 0199 | GPE0010125 | GPE0010304 | Decommissioning Cost Analysis for the Maine Yankee Atomic Power Station | 10/1997 | Not relevant; Hearsay | Relevant to Decommissioning; Business Record |
| | 0204 | PLAC0077589 | PLAC0077589 | Memorandum from Robin De Clute To ORC re ORC Assignment #1, ORC-98-03, Investigation of the Reported Increase in the FESW Average Daily Leak Rate | 02/11/1998 | Not relevant | Relevant to Failed Fuel and Decommissioning |
| | 0205 | PLAC0012415 | PLAC0012416 | Memorandum from Larry Nelson to Roger Christians RE: 1997 LACBWR Dismantlement Projects | 02/27/1998 | Not relevant | Relevant to Decommissioning |
| | 0210 | PLAC0048745 | PLAC0048805 | NRC Transcript of a "Public Meeting - Lacrosse Boiler Water Reactor" - Reported by Ann Riley & Associates, LTD | 05/13/1998 | Hearsay | Business Record; Public Records and Reports; Admission by Party-Opponent |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0215 | PLAC0136431 | PLAC0136433 | Letter from Seymour Raffety to Bernard Gilligan RE:Holtec Letter dated August 27, 1998, Concerning Holtec Project 70651 PFS-LLC HI-STAR 100 and HI-STORM 100 Licensing | 09/09/1998 | Not relevant | Relevant to Failed Fuel |
| | 0216 | PLAC0079452 | PLAC0079454 | Unsigned Letter from John D. Parkyn re: Progress of Private Fuel Storage, L.L.C. (PFS) | 10/30/1998 | Incomplete | |
| | 0217 | PLAC0014646 | PLAC0014658 | Interim Staff Guidance Prepared by US NRC, Spent Fuel Project Office, Office of Nuclear Material Safety and Safeguards, WIlliam F. Kane October and November 1998 | 11/02/1998 | Not relevant | Relevant to Failed Fuel |
| | 0227 | PLAC0112909 | PLAC0112911 | Letter from William Berg to Document Control Desk (NRC) RE: DPC Annual Report on the Status of Decommissioning Funding | 03/9/1999 | Not relevant | Relevant to Decommissioning |
| | 0240 | NRC14600083 0 | NRC146000833 | Certificate of Compliance For Radioactive Material Packages Certificate No. 9183 | 09/24/1999 | Not relevant | Relevant to Failed Fuel |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0246 | PLAC0012412 | PLAC0012414 | Memo from Larry Nelson to Roger Christians cc: SRC, Cota, Egge, Garrett, Johnsen, Mueller, Rafferty, Sans Crainte Re 1999 LACBWR Dismantlement Projects | 01/31/2000 | Not relevant | Relevant to Decommissioning |
| | 0247 | PLAC0119244 | PLAC0119244 | Email to LACBWR Staff and Delene A. Hart from Roger E. Christians re: How to Reduce the Budget Deficit at LACBWR | 02/14/2000 | Not relevant | Relevant to Decommissioning |
| | 0259 | NRC14600083 4 | NRC146000842 | Certificate of Compliance For Radioactive Material Packages Certificate No. 9293 | 01/31/2001 | Not relevant | Relevant to Decommissioning |
| | 0260 | PLAC0024400 | PLAC0024402 | Memorandum from Larry Nelson to Roger Christians, re: 2000 LACBWR Dismantlement Projects | 02/05/2001 | Not relevant | Relevant to Decommissioning |
| | 0261 | PLAC0112896 | PLAC0112899 | Letter from William Berg, Dairyland, to NRC Document Control Desk re: Annual Report on the Status of Decomissioning Funding | 03/02/2001 | Not relevant | Relevant to Decommissioning |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0263 | NRC14600085 3 | NRC146000856 | Certificate of Compliance For Radioactive Material Packages Certificate No. 9016 (revison No. 12) | 05/16/2001 | Not relevant | Relevant to Decommissioning |
| | 0268 | PLAC0012408 | PLAC0012410 | Memo from Larry Nelson to Roger Christians RE: 2001 LACBWR Dismantlement Projects | 01/30/2002 | Not relevant | Relevant to Decommissioning |
| | 0269 | PDCP0010239 | PDCP0010336 | Decommissioning Cost Study for the Humboldt Bay Power Plant Unit 3 2015 SAFSTOR | 02/2002 | Not relevant; Authentication | Relevant to Decommissioning; Defendant will Authenticate Exhibit at Trial |
| | 0273 | PLAC0009803 | PLAC0009805 | Letter from William Berg to the NRC re: Annual Report on the Status of Decomissioning Funding | 03/06/2002 | Not relevant | Relevant to Decommissioning |
| | 0277 | PDPC0013176 | PDPC0013176 | Nuclear Energy Institute Correspondence to Charles Sans Crainte from Joe Colvin, cc: Brian Rude, Subject: Yucca Mountain Vote and Private Fuel Storage | 06/26/2002 | Hearsay | Business Record |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0281 | PDPC0012085 | PDPC0012094 | Email to Al Gould, Chuck Sans Crainte et al, cc: Scott Northard, Charles Bomberger et al from Max Delong with attached power point presentation titled " Private Fuel Storage Telepone | 10/11/2002 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0289 | NRC14600082 1 | NRC146000829 | Certificate of Compliance For Radioactive Material Packages Certificate No. 9001 | 12/02/2002 | Not relevant | Relevant to Failed Fuel |
| | 0297 | PLAC0136488 | PLAC0136489 | Email from Cindi Spears to Christians CC Chuck V. Sans Crainte RE: Fuel Shrouds | 01/14/2003 | Not relevant; Hearsay | Relevant to Damages; Business Record |
| | 0298 | PLAC0136496 | PLAC0136499 | Email from Cindi Spears to David Rybarik, Roger Christians RE: Fuel Shrouds | 01/14/2003 | Not relevant; Hearsay | Relevant to Damages; Business Record |
| | 0299 | PLAC0010482 | PLAC0010483 | Email to Roger E Christians, Mike N Johnsen from Bob C Mueller, Subject: NRC Project Manager Call | 01/14/2003 | Not relevant | Relevant to Decommissioning |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0300 | PLAC0012404 | PLAC0012407 | Memorandum from Larry Nelson to Roger Christians RE: 2002 LACBWR Dismantlement Projects | 01/27/2003 | Not relevant | Relevant to Decommissioning |
| | 0304 | PDPC0020961 | PDPC0020963 | Email from Thomas Zaremba to Chuck Sans Crainte re: LACBWR Shrouds | 02/12/2003 | Not relevant; Hearsay | Relevant to Damages; Business Record |
| | 0305 | PLAC0016834, PLAC0016802 | PLAC0016834,PLAC0016829 | Email String from David L. Rybarik to Mike N. Johnsen, Roger E. Christians, Chuck V. Sans Crainte, et. al. Subject: Kris Singh Presentation | 02/19/2003 | Hearsay | Business Record |
| | 0307 | PLAC0026282 | PLAC0026298 | Summary Report, Research of Material Displaced from LACBWR Spent Fuel Assemblies, LAC-TR-141 Prepared by Seymour J. Raffety | 02/21/2003 | Not relevant | Relevant to Failed Fuel |
| | 0311 | PDPC0022112 | PDPC0022131 | Dairyland LACBWR Funding Initiative Options with Attachments | 03/11/2003 | Authentication; PDPC0022121-24, PDPC0022125-29 and PDPC0022130-31 are not attachments to memo | Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0316 | PLAC0009793 | PLAC0009795 | Letter from William Berg to the NRC re: Annual Report on the Status of Decommissioning Funding | 03/28/2003 | Not relevant | Relevant to Decommissioning |
| | 0321 | NRC14600077 7 | NRC146000784 | Certificate of Compliance For Radioactive Material Packages Certificate No. 9226 | 07/17/2003 | Not relevant | Relevant to Failed Fuel |
| | 0327 | PLAC0026241 | PLAC0026242 | Memorandum from Mike Brasel to Distribution RE: Spent Fuel Inspection Tapes | 12/04/2003 | Not relevant | Relevant to Failed Fuel |
| | 0331 | D331.001 | D331.022 | Auctions: Theory and Practice | 2004 | Not relevant; Hearsay | Relevant to Damages; Learned Treatises |
| | 0332 | PLAC0012376 | PLAC0012378 | Excerpt from an Undated Email from Lake Barrett Re: Settlement Process/Proposal | 2004 | Not relevant; Authentication; Hearsay | Relevant to Damages; Defendant will Authenticate Exhibit at Trial; Business Record |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0333 | D333.001 | D333.075 | Putting Auction Theory to Work | 2004 | Not relevant; Hearsay | Relevant to Damages; Learned Treatises |
| | 0337 | PDPC0021893 | PDPC0021897 | Email from Lake Barrett to Brian Rude & Chuck Sans Crainte, cc: Ernie Tremmel & Tom Zaremba, Subject: Notes from January 16th DOE/Dairyland Spent Fuel Meeting | 01/18/2004 | Hearsay | Business Record; Admission by Party-Opponent |
| | 0339 | PLAC0012401 | PLAC0012403 | Memo to Roger Christians from Larry Nelson RE: 2003 LACBWR Dismantlement Projects | 01/27/2004 | Not relevant | Relevant to Decommissioning |
| | 0340 | PLAC0151237 | PLAC0151238 | Email from Roger Christians to Mike Johnsen, Jeff McRill & Seymour Raffety, Subject: Dairyland DC Information; &, Email from Lake Barrett to Brian Rude, cc: Chuck Sans Crainte, | 02/02/2004 | Hearsay | Admission by Party-Opponent |
| | 0344 | PLAC0009790 | PLAC0009792 | Letter from William Berg, Dairyland, to the NRC, re: Annual Report on the Status of Decommissioning Funding | 03/08/2004 | Not relevant | Relevant to Decommissioning |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0352 | D352.001 | D352.001 | Letter from Susan F. Beard, DOE, to Lake H. Barrett, Confirming Telephone Conversation of 5/6/04, Regarding Post-Employment Restrictions | 05/07/2004 | Not relevant; Hearsay | Relevant to Damages; Business Record |
| | 0356 | PDPC0020397 | PDPC0020398 | DPC Memo from Seymour Raffety Response to NRC Information Notice 2004-12: Spent Fuel Rod Accountability | 08/25/2004 | Not relevant | Relevant to Failed Fuel |
| | 0359 | PLAC0052691 | PLAC0052694 | LACBWR - Duratek, handwritten notes | 09/02/2004 | Authentication; Hearsay | Defendant will Authenticate Exhibit at Trial; Admission by Party-Opponent |
| | 0360 | PDPC0021906 | PDPC0021909 | Email Rude to Barrett, cc: Sans Crainte, Subj: re: Post Election Discussion; 10/8/04 Eml Barrett to Rude, cc: Sans Crainte & Tremmel; 10/6/04 Eml Rude to Barrett, cc: Tremmel; 9/30/4 Eml | 10/08/2004 | Not relevant | Relevant to Damages |
| | 0361 | PDPC0021910 | PDPC0021913 | Email Barrett to Rude cc: Sans Crainte, Subj: re: Salt Lake Tribune Article on PFS; Email Rude to Barrett, Subj: Salt Lake Tribune Article on PFS; &, Email Mirasola to GRP-Sr. Staff, | 10/15/2004 | Hearsay | Business Record |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0363 | PLAC0020847 | PLAC0020848 | E-mail from Christians to Johnsen forwarding an email from Dorothy Davidson to Barret RE: Shipping Fuel to La Hague | 12/13/2004 | Hearsay | Business Record |
| | 0368 | PLAC0012398 | PLAC0012400 | Memo to Roger Christians from Larry Nelson re: 2004 LACBWR Dismantlement Projects | 01/26/2005 | Not relevant | Relevant to Decommissioning |
| | 0369 | PLAC0105113 | PLAC0105115 | Letter to NRC Document Control Desk from William Berg re: Annual Report on the Status of Decommissioning Funding | 02/02/2005 | Not relevant | Relevant to Decommissioning |
| | 0372 | PLAC0012268 | PLAC0012282 | Letter from Berg, Dairyland, to DocumentControl Desk, NRC, cc: Banovac, Subj: Dairyland Power Cooperative (DPC), La Crosse Boiling Water Reactor (LACBWR), Possession-Only | 03/10/2005 | Not relevant | Relevant to Failed Fuel and Decommissioning |
| | 0373 | NRC14600077 4 | NRC146000776 | Certificate of Compliance For Radioactive Material Packages Certificate No.5805 | 03/11/2005 | Not relevant | Relevant to Decommissioning |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0379 | PLAC0105096 | PLAC0105099 | Letter from Berg to Document Control Desk, NRC, cc: Christians & Egge, Subj: Dairyland Power Cooperative, La Crosse Boiling Water Reactor (LACBWR), Possession-Only License No. | 05/09/2005 | Not relevant | Relevant to Failed Fuel |
| | 0391 | PDPC0027530 | PDPC0027540 | Email from Charles V. Sans Crainte to WLB RE: LACBWR SNF Legislation Options & Decisions | 08/01/2005 | Hearsay | Admission by Party-Opponent; Business Record |
| | 0392 | PLAC0151287 | PLAC0151288 | Email to Michael A Brasel from Chuck V Sans Crainte, cc: Cindi S. Spears. Subject New DOE Spent Fuel Canister Concept | 08/04/2005 | Hearsay | Admission by Party-Opponent; Business Record |
| | 0396 | PLAC0151234 | PLAC0151235 | Email from Christians to Johnsen & Raffety, Subj: Fw: New DOE Spent Fuel Canister Concept | 08/18/2005 | Not relevant | Relevant to Damages |
| | 0406 | D406.001 | D406.021 | Testimony of Todd Smith Volume 1 | 11/14/2005 | Hearsay | Public Record |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0408 | PLAC0151232 | PLAC0151233 | Email from Christians to Johnsen & Raffety, Subj: Fw: DOE-Utility Canister Information, Misc DC Information, & Forthcoming 11/28 LACBWR SNF Meeting; &, Email Barrett to Sans Crainte, cc: Rude, | 11/18/2005 | Not relevant; Hearsay | Relevant to Damages; Business Record |
| | 0413 | PDPC0022077 | PDPC0022080 | Email from Barrett to Rude, cc: Sans Crainte, Tremmel, Scheevel, Christians, Zaremba, Johnsen & Brasel, Subj: General December DC Spent Fuel InFormation (Confidential) | 12/30/2005 | Hearsay | Business Record |
| | 0418 | PLAC0095794 | PLAC0095796 | Letter to NRC Document Control Desk from William Berg re: DPC, La Crosse Boiling Water Reactor, Possession Only License No. DPR -45 for Annual Report of the Status of Decommissioning | 02/02/2006 | Not relevant | Relevant to Decommissioning |
| | 0419 | PLAC0113687 | PLAC0113694 | LACBWR Operations Procedure FESW Debris Cleanup | 02/03/2006 | Not relevant | Relevant to Failed Fuel and Decommissioning |
| | 0420 | NRC14600084 3 | NRC146000852 | Certificate of Compliance For Radioactive Material Packages Certificate No. 9293 (Revison No. 2) | 02/10/06 | Not relevant | Relevant to Decommissioning |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0426 | PLAC0151224 | PLAC0151229 | Email from Chuck Sans Crainte to Lake Barrett, Forwarded from Roger Christians to Seymore Raffety re: General DC Info: DOE Canister Information, USTC Meeting Information & Legislation | 04/04/2006 | Hearsay | Admission by Party-Opponent; Business Record |
| | 0427 | PDPC0021467 | PDPC0021469 | Email from Barrett to Sans Crainte, cc: Rude, Brasel, Tremmel & Zaremba, Subj: TAD SNF Canisters Schedules | 04/28/2006 | Not relevant | Relevant to Damages |
| | 0429 | NRC14600085 7 | NRC146000860 | Certificate of Compliance For Radioactive Material Packages Certificate No. 9016 (Revision No. 14) | 05/19/2006 | Not relevant | Relevant to Decommissioning |
| | 0430 | NRC0800661 | NRC0800674 | Letter from Jeffery Cruz to William Berg re: La Crosse Boiling Water Reactor - NRC Material Control and Accounting Program Inspection Report No. 05000409/2006201 and Notice of | 06/16/2006 | Not relevant | Relevant to Failed Fuel and Decommissioning |
| | 0431 | NRC0800676 | NRC0800682 | Dairyland Power Cooperative La Crosse Boiling Water Reactor Possession-Only License No. Dpr-45 Response to Notice of Violation Identified in NRC Inspection Report | 07/26/2006 | Not relevant | Relevant to Failed Fuel and Decommissioning |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0441 | WILK0001469 | WILK0001471 | Email from Robert Shapiro to Kevin Stern RE: FW: Dairyland with attaching Dairyland Power Work Plan for Overhead Damages Review 1-4-07.doc. (does not contain attachment) | 01/04/2007 | Not relevant | Relevant to Damages |
| | 0442 | SMIT0000113 | SMIT0000116 | Email from Todd Smith to Robert Shapiro re: FW: No-Breach RPV Estimate with attached Breach vs. Non Breach analysis of DPC RPV Removal Project | 01/10/2007 | Not relevant | Relevant to Damages |
| | 0443 | SMIT0000122 | SMIT0000125 | Email from Michael Brasel to Todd Smith re: No-Breach RPV Estimate, with Attachment titled Breach vs. Non Breach analysis of DPC RPV Removal Project | 01/11/2007 | Not relevant | Relevant to Damages |
| | 0444 | NRC0800729 | NRC0800732 | Letter from Kristina Banovac to William Berg Re: Request for Additional Information on Request for Exemption from Certain Requirements of 10 Cfr 74.19(b) and 10 CFR 74.19(c) | 02/08/2007 | Not relevant | Relevant to Failed Fuel and Decommissioning |
| | 0446 | SMIT0000070 | SMIT0000070 | Email from Todd Smith to Tharryn Smith re: RPV Drawing | 03/05/2007 | Not relevant; Authentication; Hearsay | Relevant to Damages; Defendant will Authenticate Exhibit at Trial; Not Offered for the Truth of the |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0448 | NRC14600065 3 | NRC146000675 | Letter from William Berg to Kristina Banovac Re: DPC Response to NRC Request for Additional Information on Request for Exemption from Certain Requirements of NRC | 03/21/2007 | Not relevant | Relevant to Failed Fuel and Decommissioning |
| | 0450 | DXD0050001 | DXD0050035 | Expert Report of R. Larry Johnson, Dairyland Power Cooperative v. United States of America, In the United States Court of Federal Claims | 06/15/2007 | Hearsay | |
| | 0451 | DXD0030001 | DXD0030045 | Expert Report of Warren K. Brewer, Dairyland Power Cooperative v. United States of America, In the United States Court of Federal Claims | 06/15/2007 | Hearsay | |
| | 0452 | DXD0080001 | DXD0080057 | Expert Witness Report of Jonathan A. Neuberger, Ph.D., In the United States Court of Federal Claims, Dairyland Power Cooperative vs. The United States of America | 06/29/2007 | Hearsay | |
| | 0457 | D457.001 | D457.016 | Letter from Camper to Berg Re: NRC Environmental Assessment Related to Granting of an Exemption from Certain Inventory-Related Requirements | 12/28/2007 | Not relevant | Relevant to Failed Fuel and Decommissioning |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0459 | PLAC0139638 | PLAC0139647 | NE-869 Greater Than Class C Low-Level Radioactive Waste and Radium Waste Data Form | No Date | Not relevant | Relevant to Decommissioning and Damages |
| | 0460 | SMIT0000062 | SMIT0000062 | DPC Power Cooperative La Crosse BWR Pressure Vessel Disposition Analysis Phase I Report - Executive Summary | No Date | Incomplete | |
| | 0464 | PLAC0043582 | PLAC0043582 | RPV Recirc. Piping and Containment Vessel Sketch | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0466 | PLAC0152738 | PLAC0152738 | Photographs of Failed Fuel Assemblies | No Date | Not relevant; Authentication | Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0468 | PLAC0152737 | PLAC0152737 | Photographs of Failed Fuel Assemblies | No Date | Not relevant; Authentication | Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0469 | PDPC0044274 | PDPC0044274 | Control Rod Grapple Assembly | 04/13/83 | Not relevant | Relevant to Failed Fuel |
| | 0472 | PDPC0040266 | PDPC0040266 | Bigge Bio Shield Concrete Cutting Block BS-22 Details RPV Removal Project | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0473 | PLAC0151355 | PLAC0151355 | Dairyland Photogragh | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0474 | PLAC0151392 | PLAC0151392 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0475 | PLAC0151397 | PLAC0151397 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0476 | PLAC0136081 | PLAC0136081 | LACBWR Spent Fuel Transfer Diagram | No Date | Not relevant | Relevant to Failed Fuel and Damages |
| | 0477 | PLAC0151472 | PLAC0151472 | Dairyland Photograph | 08/22/06 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0479 | CTR0031111 | CTR0031120 | Paper by A. Brownstein and B. Cole re: Utility and DOE Efforts to Improve the Standard Disposal Contract - An Experiment in Cooperation | Undated | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0480 | PLAC0151831 | PLAC0151831 | Photo of Workers Working on a Reactor Pressure Vessel | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0482 | PDPC0011646 | PDPC0011869 | Appendices and Exhibits to Initial Claim Volume 1 (DPC v. US and DOE, re: Supplemental Agreement to Contract No. AT(11-1)-851 | No Date | Not relevant | Relevant to Damages |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0483 | PLAC0136485 | PLAC0136486 | Email from Michael A. Brasel to David L. Rybarik RE: LACBWR Shrouds | 2/10/2003 | Not relevant | Relevant to Damages |
| | 0485 | SMIT0000087 | SMIT0000095 | Appendix B: One-Piece Removal of Reactor Pressure Vessel, with Marginalia | No Date | Authentication; Hearsay | Defendant will Authenticate Exhibit at Trial; Admission by Party-Opponent; Business Record |
| | 0486 | PEXP0005188 | PEXP0005193 | Significance of Campaigned Spent Fuel Shipments (authors: J.W. Doman, WESTON/Rogers & Associates; T.E. Tehan, Pacific Nuclear) | No Date | Not relevant; Hearsay | Designated as a Joint Exhibit |
| | 0487 | PLAC0151428 | PLAC0151428 | Dairyland Photograph | 06/10/2006 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0490 | PLAC0000957 | PLAC0000959 | Table, Fuel Classification Process | No Date | Not relevant; Authentication | Relevant to Failed Fuel and Damages; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0491 | PLAC0151895 | PLAC0151895 | Photographs of Failed Fuel Assemblies | No Date | Not relevant; Authentication | Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0492 | PLAC0152047 | PLAC0152047 | Photographs of Failed Fuel Assemblies | No Date | Not relevant; Authentication | Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0493 | PLAC0152050 | PLAC0152050 | Photographs of Failed Fuel Assemblies | No Date | Not relevant; Authentication | Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0494 | PLAC0152731 | PLAC0152731 | Photographs of Failed Fuel Assemblies | No Date | Not relevant; Authentication | Relevant to Failed Fuel; Defendant will Authenticate Exhibit at Trial |
| | 0496 | NRC145000007 | NRC145000008 | Grapple A Assembly/Grapple Actuator Assemply Modified | 11/1979 | Not relevant | Relevant to Damages |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0497 | PLAC0152012 | PLAC0152012 | Dairyland Photograph | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0498 | PLAC0152014 | PLAC0152014 | Dairyland Photograph | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0499 | PLAC0152102 | PLAC0152102 | Dairyland Photograph | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0500 | PLAC0152402 | PLAC0152402 | Dairyland Photograph | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0501 | NRC145000001 | NRC145000001 | Reactor Internal Component Elevations (Diagram) | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0502 | NRC14500000 2 | NRC145000003 | Irradiated Fuel, Shroud Can, and Control Rod Storage Plan | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0503 | NRC14500000 4 | NRC145000004 | Typical Section Thru Fuel Storage | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0504 | PLAC0151405 | PLAC0151405 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0505 | NRC14500000 6 | NRC145000006 | Core Spray Bundle Storage Rack | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0506 | PLAC0151765 | PLAC0151765 | Dairyland Photograph | No Date | Not relevant; Authentication | Relevant to Decommissioning, Damages, and Reactor Pressure Vessel; Defendant will Authenticate |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0508 | NRC145000009 | NRC145000010 | LACBWR Fuel Grapple Assembly | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0510 | NRC145000011 | NRC145000012 | LACBWR FSAR Diagram | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0511 | NRC145000013 | NRC145000014 | General Arragement, Grade Floor | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0512 | NRC145000015 | NRC145000015 | General Arrangement, Basement Floor | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0513 | NRC145000016 | NRC145000017 | General Arrangment, Section A-A | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0514 | NRC145000005 | NRC145000005 | 8x9 Spent Fuel Storage Rack | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0515 | PLAC0151474 | PLAC0151474 | Dairyland Photograph | 08/22/06 | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0516 | NRC145000018 | NRC145000019 | General Arrangement, Section B-B | No Date | Not relevant; Authentication | Relevant to Damages; Defendant will Authenticate Exhibit at Trial |
| | 0517 | PLAC0151442 | PLAC0151442 | Dairyland Photograph | 06/11/2006 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0518 | PLAC0151452 | PLAC0151452 | Dairyland Photograph | 06/11/06 | Authentication | Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0519 | PLAC0151454 | PLAC0151454 | Dairyland Photograph | 06/11/06 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0520 | PLAC0151462 | PLAC0151462 | Dairyland Photograph | 08/14/2006 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0521 | PLAC0151464 | PLAC0151464 | Dairyland Photograph | 08/14/06 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0522 | PLAC0151471 | PLAC0151471 | Dairyland Photograph | 08/22/06 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0523 | PLAC0151799 | PLAC0151799 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0524 | PLAC0151473 | PLAC0151473 | Dairyland Photograph | 08/22/2006 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0525 | PLAC0151768 | PLAC0151768 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0526 | PLAC0151475 | PLAC0151475 | Dairyland Photograph | 08/22/06 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0527 | PLAC0151478 | PLAC0151478 | Dairyland Photograph | 08/22/06 | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0528 | PLAC0151480 | PLAC0151480 | Dairyland Photograph | 08/22/06 | Authentication | Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0529 | PLAC0151582 | PLAC0151582 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0530 | PLAC0151699 | PLAC0151699 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0531 | PLAC0151710 | PLAC0151710 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0532 | PLAC0151761 | PLAC0151761 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |
| | 0533 | PLAC0151410 | PLAC0151410 | Dairyland Photograph | No Date | Authentication | Defendant will Authenticate Exhibit at Trial |

| | DX # | Bates - Begin | Bates - End | Full Name | Doc Date | Plaintiff Objections | Gov. Response |
|---|---|---|---|---|---|---|---|
| | 0536 | PLAC0106560 | PLAC0106563 | Article by W.J. Bailey, Experience with Failed or Damaged Spent Fuel and Its Impacts on Handling, JNMM Journel | 05/1990 | Not relevant; Hearsay | Relevant to Failed Fuel; Business Record |
| | 0537 | D537.1 | D537.1 | Nuclear Waste Fund & Defense Nuclear Waste Fund, Requested Funds v Appropriated Funds, 1993-1998 | No Date | Not relevant; Summary | Relevant to Damages |
| | 0538 | D538.1 | D538.1 | Nuclear Waste Fund & Defense Nuclear Waste Fund, Requested Funds v Appropriated Funds, 1993-2005 | No Date | Not relevant; Summary | Relevant to Damages |
| | 0539 | HQR3890001 | HQR3890220 | Summary of Energy and Water Development Appropriations for Nuclear Waste Fund & Defense Nuclear Waste Fund for FY1983 - FY2006 | No Date | Not relevant; Summary | Relevant to Damages |

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 16th day of June, 2008, a copy of the foregoing "DEFENDANT'S RESPONSES TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anthony W. Moses