# APPENDIX

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 6 | PA-100827 | PA-100842 | JANUARY 1980 - SPENT FUEL STORAGE REQUIREMENTS- THE NEED FOR AWAY-FROM-REACTOR STORAGE | 1/00/1980 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 8 | PA-164418 | PA-164483 | SPENT FUEL STORAGE - FACTS BOOKLET (DOE/NE-0005) | 4/00/1980 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- interim storage of SNF |
| 11 | PA-100843 | PA-100902 | MARCH 1981 - SPENT FUEL STORAGE REQUIREMENTS- AN UPDATE OF DOE/NE-0002 | 3/00/1981 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 15 | PA-100903 | PA-100986 | JUNE 1982 - SPENT FUEL STORAGE REQUIREMENTS - AN UPDATE OF DOE/SR-0007 | 6/00/1982 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>Relevant to:<br>- determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 68 | PNL173-1282 | PNL173-1288 | MEMORANDUM TO DISTRIBUTION (DOE) FROM RICHARD H. WILLIAMSON RE: MISSION PLAN STRATEGY WITH ATTACHED ""NUCLEAR WASTE STRATEGY: AN OVERVIEW PROPOSAL"" | 9/15/1983 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>Relevant to: DOE's decision-making<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 69 | HQZ.870304.1273 | HQZ.870304.1273 | LETTER TO DONALD HODEL (SECRETARY OF ENERGY) FROM MARILYN LLOYD, LARRY WINN, JR., AND ROBERT S. WALKER (MEMBERS OF CONGRESS, COMMITTEE ON SCIENCE AND TECHNOLOGY) | 11/17/1983 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Public Record Exception<br><br>FRE 803(16) - Admissible as ancient document\ |
| 70 | CTR042-1065 | CTR042-1190 | DRAFT - CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM MISSION PLAN, VOLUME I. OVERVIEW AND CURRENT PROGRAM PLANS. | 12/20/1983 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>Relevant to:<br>- determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 71 | SN069588<br>SN069599 | SN069592;<br>SN069600 | PROCEEDINGS OF THE 1983 CIVILIAN RADIOACTIVE WASTE MANAGEMENT INFORMATION MEETING, DECEMBER 12-15, 1983, WASHINGTON, D.C., PAGES 11-12: "PROGRAM OVERVIEW" BY ROBERT MORGAN | 2/00/1984 | FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Admitted in both *Yankee Atomic* and *PG&E* |
| 74 | PNL173-0225 | PNL173-0264 | STATEMENT OF MICHAEL J. LAWRENCE, ACTING DIRECTOR, OCRWM, DOE, BEFORE THE SUBCOMMITTEE ON ENERGY CONSERVATION AND POWER, HOUSE COMMITTEE ON ENERGY AND COMMERCE | 2/22/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>Relevant to: DOE's decision-making<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 902(b)(8) - Authenticated as ancient document |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 75 | PNL150-0157 | PNL150-0161 | MEMORANDUM (BATTELLE/PNL) TO DISTRIBUTION FROM RON LIIKALA RE: ATTACHED DRAFT ""PROGRAM STRATEGY"" (RW-30 2/29/84) | 3/12/1984 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document |
| 76 | RIS-MOV.990831.0022-0001 | RIS-MOV.990831.0022-0037 | MEMORANDUM (DOE) TO R. WILLIAMSON, ETC. FROM MICHAEL J. LAWRENCE RE: MISSION PLAN FOR THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM WITH ATTACHMENT | 3/28/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 77 | RIS-MOV.990831.0022-0038 | RIS-MOV.990831.0022-0168 | MEMORANDUM (DOE) TO R. WILLIAMSON, ETC. FROM MICHAEL J. LAWRENCE RE: MISSION PLAN FOR THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM WITH ATTACHMENTS | 3/30/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 79 | PNL020-1491 | PNL020-1657 | FINAL DRAFT - ""PRELIMINARY ANALYSIS OF THE TOTAL SYSTEM LIFE CYCLE COST OF THE COMMERCIAL HIGH-LEVEL RADIOACTIVE WASTE DISPOSAL PROGRAM"" (WORK PERFORMED UNDER CONTRACT NO. DE-AC01-83-NE-44301) BY ROY F. WESTON, INC. | 4/27/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document |
| 80 | PA-105469 | PA-105470 | LETTER TO SEN. J. BENNETT JOHNSTON FROM THEODORE J. GARRISH (GENERAL COUNSEL, DOE) | 5/30/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 81 | PA-105467 | PA-105468 | LETTER TO DONALD PAUL HODEL (SEC. OF ENERGY) FROM SEN. J. BENNETT JOHNSTON | 6/21/1984 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document |
| 82 | PA-177336 | PA-177349 | NUCLEAR WASTE FUND FEE ADEQUACY: AN ASSESSMENT. SECOND ANNUAL REPORT - JULY 1984 (DE85000440) | 7/00/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 86 | DG-000038 | DG-000062 | DOE LETTER TO BEN C. RUSCHE FROM MICHAEL J. LAWRENCE RE: RL COMMENTS ON THE DRAFT MISSION PLAN DATED APRIL 1984 WITH ATTACHMENTS | 7/23/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>Relevant to: DOE's decision-making |
| 87 | PA-162926 | PA-163155 | SEPTEMBER 1984 - SECRETARY OF ENERGY - ANNUAL REPORT TO CONGRESS (DOE/S-0010(84)) | 9/00/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevant to: DOE's decision-making |
| 88 | PA-178614 | PA-178643 | TRANSPORTATION BUSINESS PLAN: STRATEGY OPTIONS DOCUMENT (DOE/RW-0007) | 10/00/1984 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- DOE's decision-making<br>- Determining a reasonable rate and schedule for acceptance |
| 90 | DER-003-0966 | DER-003-0983 | NUCLEAR WASTE FUND FEE ADEQUACY: AN ASSESSMENT (DOE/RW-0020) | 2/00/1985 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- DOE's decision-making<br>- Determining a reasonable rate and schedule for acceptance |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 92 | CTR042-1853 | CTR042-1854 | LETTER TO PAUL F. SCHUTT (NUCLEAR ASSURANCE CORPORATION) FROM BEN C. RUSCHE (DOE) | 3/11/1985 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 94 | PA-176450 | PA-176675 | ANALYSIS OF THE TOTAL SYSTEM LIFE CYCLE COST FOR THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM (DOE/RW-0024) | 4/00/1985 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 101 | HQ0014932 | HQ0014933 | LETTER TO JAMES HALL (UNWMG) FROM ROBERT BAUER (DOE) RE: CLARIFICATION OF STANDARD CONTRACT ASPECTS - "OTHER THAN STANDARD FUEL" AND "PROOF OF OWNERSHIP" | 9/13/1985 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevant to:<br>- DOE's decision-making<br>- Interim storage of SNF |
| 102 | PA-178708 | PA-178764 | TRANSPORTATION BUSINESS PLAN | 1/00/1986 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 105 | PNL023-0467 | PNL023-0515 | NUCLEAR WASTE FUND FEE ADEQUACY: AN ASSESSMENT - MARCH 1986 (DOE/RW-0020) [INCLUDES SUPERSEDED VERSION OF FEB. 1985 AND DRAFT OF DEC. 1984] | 3/00/1986 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 108 | PNL046-0701 | PNL046-0727 | ALLOCATION OF DOE NUCLEAR WASTE ACCEPTANCE CAPACITY AND UTILITY BEHAVIOR: OVERVIEW AND STATUS--DRAFT (WITH 4/25/1986 COVER LETTER FROM THOMAS WOOD TO CARL CONNER) | 4/00/1986 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 902(b)(8) - Authenticated as ancient document<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 109 | Milner Dep. Ex. 24 | | ANALYSIS OF THE TOTAL SYSTEM LIFE CYCLE COST FOR THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM. VOLUME I: THE ANALYSIS AND ITS RESULTS - APRIL 1986 | 4/00/1986 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 110 | PNL171-0057 | PNL171-0073 | T.W. WOOD PRESENTATION, ""ALLOCATION OF WASTE ACCEPTANCE RIGHTS"" | 8/6/1986 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 902(b)(8) - Authenticated as ancient document<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 111 | HQR-002-0105 | HQR-002-0145 | ACR BRIEFING FOR OCRWM EXECUTIVE COMMITTEE | 11/1/1986 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 902(b)(8) - Authenticated as ancient document<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 113 | RA-110571 | RA-110630 | DRAFT MISSION PLAN AMENDMENT - JANUARY 1987 | 1/00/1987 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 128 | PA-176705 | PA-176998 | ANALYSIS OF THE TOTAL SYSTEM LIFE CYCLE COST FOR THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM - VOLUME I: THE ANALYSIS AND ITS RESULTS (DOE/RW-0047.VOL.1-REV.) AND VOLUME II: SUPPORTING INFORMATION (DOE/RW-0047.VOL.2-REV.) | 6/00/1987 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 134 | Thomas Wood Dep. Ex. 5 | | DRAFT OF REPORT TITLED, "AT-REACTOR SPENT FUEL STORAGE REQUIREMENTS WITH AND WITHOUT ACCEPTANCE RIGHTS TRADING" | 8/00/1987 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 136 | PNL144-1715 | PNL144-1871 | LETTER TO MICHAEL S. KAROL (DOE) FROM GORDON H. BEEMAN (BATTELLE, PNL) RE: ATTACHED DRAFT - AT-REACTOR SPENT FUEL STORAGE REQUIREMENTS WITH AND WITHOUT ACCEPTANCE RIGHTS TRADING | 9/8/1987 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 902(b)(8) - Authenticated as ancient document<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 137 | PNL102-0359 | PNL102-0377 | DOE INTERNAL MEMO TO L. BARRETT FROM RONALD A. MILNER RE: PROPOSED ASSUMPTIONS AND CASE LIST FOR 1988 TSLCC | 9/9/1987 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 139 | PNL046-0002 | PNL046-0169 | MEMORANDUM TO H.J. HALE, OFFICE OF STORAGE AND TRANSPORTATION SYSTEMS, FROM M.S. KAROL, DIRECTOR OF STORAGE AND TRANSPORTATION DIVISION, ENCLOSING DRAFT REPORT, ""AT-REACTOR SPENT FUEL STORAGE REQUIREMENTS WITH AND WITHOUT ACCEPTANCE RIGHTS TRADING"" | 10/6/1987 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 902(b)(8) - Authenticated as ancient document<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 141 | PNL046-0279 | PNL046-0288 | LETTER FROM E.R. JOHNSON (E.R. JOHNSON ASSOCIATES, INC.) TO JIM SALING (OAK RIDGE NATIONAL LABORATORY) RE: ATTACHED ""DETAILED COMMENTS/QUESTIONS ON PNL DRAFT REPORT ENTITLED ""AT-REACTOR SPENT FUEL STORAGE REQUIREMENTS WITH AND WITHOUT ACCEPTANCE RIGHTS | 12/31/1987 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 902(b)(8) - Authenticated as ancient document<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 142 | PNL108-0507 | PNL108-0531 | DOE INTERNAL MEMO FROM SAMUEL ROUSSO RE: ASSUMPTIONS FOR 1988 TSLCC WITH ATTACHMENTS | 1/28/1988 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 803(16) - Admissible as ancient document<br><br>Relevant to: DOE's decision-making |
| 149 | PNL098-1106 | PNL098-1144 | LETTER TO JOSEPH SUTEY (DOE) FROM B. COLE (BATTELLE) RE: ATTACHED DCS - PROCESSING, APPROVAL, AND MANAGEMENT CONTROL SYSTEM - REV 4 [AND REV 3] | 8/30/1988 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 158 | CTR-001-2664 | CTR-001-2717 | DRAFT - SPENT FUEL ACCEPTANCE SCENARIOS DEVOTED TO SHUTDOWN REACTORS -- A PRELIMINARY ANALYSIS (PREPARED BY T.W. WOOD, D.G. DIPPOLD, S.M. SHORT, (PNL)) | 5/00/1989 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 159 | PA-177145 | PA-177334 | ANALYSIS OF THE TOTAL SYSTEM LIFE CYCLE COST FOR THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM (DOE/RW-0236) | 5/00/1989 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 166 | HQR-007-0817 | HQR-007-0862 | SPENT FUEL ACCEPTANCE SCENARIOS DEVOTED TO SHUTDOWN REACTORS -- A PRELIMINARY ANALYSIS (PNL) | 10/00/1989 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 172 | RA-115998 | RA-116032 | MEMORANDUM (DOE) FROM C. KOUTS RE: ENCLOSED MINUTES OF THE TRANSPORTATION COORDINATION GROUP (TCG) MEETING ON JULY 25-26, 1989 | 11/29/1989 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 173 | PNL017-3359 | PNL017-3365 | DOE MEMO TO ACTING DIRECTOR, OCRWM FROM L. BARRETT RE: EVALUATION OF THE MRS REVIEW COMMISSION REPORT WITH ATTACHMENT | 11/30/1989 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 174 | HQR-008-0575 | HQR-008-0576 | MEMORANDUM TO D.C. LANGSTAFF AND A.B. BROWNSTEIN FROM P.N. MCDUFFIE RE: COMPARISON OF OFF AND FCR ALLOCATION - [CHART ATTACHED: COMPARISON OF CAPACITY ALLOCATION ON AN FCR BASIS VS. AN OFF BASIS] | 1/10/1990 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 175 | HQR034-1028 | HQR034-1156 | ACCEPTANCE OF FAILED SNF ASSEMBLIES BY THE FEDERAL WASTE MANAGEMENT SYSTEM (PREPARED BY E.R. JOHNSON FOR OAK RIDGE NATIONAL LABORATORY) | 3/00/1990 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 179 | HQR-008-0500 | HQR-008-0534 | MEMORANDUM FROM P.N. MCDUFFIE TO A. BROWNSTEIN - [ATTACHMENTS: THE ""ORIGINAL 34 ISSUES""] | 6/8/1990 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br><br>FRE 901(b)(7) - Authenticated as public record or report |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 187 | EDB-001-1487 | EDB-001-1515 | DOE MEMO TO DISTRIBUTION FROM A. BROWNSTEIN RE: PRELIMINARY DRAFT OF THE 1990 ACR [ATTACHED REVISION 10/03/90] | 10/5/1990 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 189 | HQR-007-0446 | HQR-007-0479 | DRAFT - COST ESTIMATES OF OPERATING ON-SITE SPENT FUEL POOLS AFTER FINAL REACTOR SHUTDOWN (AUTHOR: S.R. ROD, PNL) | 11/00/1990 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 190 | PA-176999 | PA-177023 | NUCLEAR WASTE FUND FEE ADEQUACY: AN ASSESSMENT (DOE/RW-0291P) | 11/00/1990 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 201 | CTR-001-2190 | CTR-001-2214 | MEMORANDUM TO C. KOUTS RE: ALTERNATIVE ALLOCATION STRATEGIES - DRAFT ISSUE PAPER | 2/21/1991 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |

*Dairyland Power Cooperative v. United States*, No. 04-106C
Dairyland's Response to Government Objections to "Will Use" Trial Exhibits

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 215 | YMP003-0444 | YMP003-0700 | FACILITY INTERFACE CAPABILITY ASSESSMENT (FICA) PROJECT REPORT (JUNE 1991) | 6/00/1991 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *PG&E*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 219 | CTR0060514 | CTR0060546 | COST ESTIMATES OF OPERATING ON-SITE SPENT FUEL POOLS AFTER FINAL REACTOR SHUTDOWN (AUTHOR: S.R. ROD, PNL) | 8/00/1991 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- DOE's decision-making<br>- Interim storage of SNF |
| 228 | HQR-043-3296 | HQR-043-3329 | GAO REPORT - OPERATION OF MONITORED RETRIEVABLE STORAGE FACILITY IS UNLIKELY BY 1998 | 9/00/1991 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- DOE's decision-making<br>- Interim storage of SNF |
| 231 | Bernero 1/24/2003 Dep. Ex. 10 | | OFFICIAL TRANSCRIPT OF PROCEEDINGS. U.S. NRC ADVISORY COMMITTEE ON NUCLEAR WASTE. 36TH ACNW MEETING [EXCERPT, PAGES 122-174] | 10/18/1991 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to: DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 241 | HQR-001-2007 | HQR-001-2019 | PRELIMINARY DRAFT -- DCS EXCHANGE REQUESTS (AND ACCOMPANYING LETTERS) | 1/27/1992 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 243 | HQR-001-2146 | HQR-001-2147 | LETTER TO J.E. MCKISSICK (NORTHEAST UTILITIES) FROM M. DETMER (DOE) RE: SUBMISSION OF DCSS TO DOE UNDER THE STANDARD CONTRACT | 3/4/1992 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 246 | EXP000305 | EXP000316 | THROUGHPUT STUDY FOR THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT SYSTEM (PREPARED BY P. GOTTLIEB, W. BAILEY III, F. EMAMI, L. FORD, AND J. KING (TRW/TESS) AND PRESENTED AT THE HIGH LEVEL RADIOACTIVE WASTE MANAGEMENT PROCEEDINGS OF T | 4/00/1992 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 248 | CTR-001-1509 | CTR-001-1552 | MEMORANDUM TO DC LANGSTAFF/N MONTGOMERY FROM PAT MCDUFFIE RE: PROPOSED CONTRACT CHANGES (REVISION 0) WITH ATTACHMENT | 4/13/1992 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to: DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 255 | HQR-004-0225 | HQR-004-0302 | WHITE PAPER - "EFFECTS OF EXCHANGES OF DCSs ON THE CRWMS TRANSPORTATION SYSTEM", PREPARED FOR DOE BY OAK RIDGE NATIONAL LABORATORY; | 8/00/1992 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 261 | HQR038-0090 | HQR038-0093 | LETTER TO SENATOR J. BENNETT JOHNSTON FROM JAMES D. WATKINS (SEC OF ENERGY) RE: ATTACHED ""A NEW STRATEGY FOR MANAGEMENT OF COMMERCIAL SPENT NUCLEAR FUEL"" | 12/17/1992 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>Relevant to: DOE's decision-making |
| 262 | HQR-001-0109 | HQR-001-0116 | PRELIMINARY DRAFT - PROPOSED OCRWM POSITION - ISSUE 015 - SHUTDOWN REACTORS, REV.3 (WITH DEC 29, 1992 COVER LETTER AND OTHER ATTACHMENTS TO COVER LETTER) | 12/19/1992 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 267 | HQR064-3925 | HQR064-3930 | MEMORANDUM TO THE SECRETARY (DOE) FROM L. BARRETT RE: APPROVAL: IMPLEMENTATION PLAN FOR ACCEPTANCE OF CIVILIAN SPENT NUCLEAR FUEL BY THE FEDERAL GOVERNMENT IN JANUARY, 1998 WITH ATTACHMENT | 1/25/1993 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report |
| 269 | HQR064-3900 | HQR064-3904 | DOE MEMO TO C. KOUTS FROM R. MILNER RE: BACK-UP MATERIAL FOR NEW RW INITIATIVES | 2/23/1993 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 274 | YDK-007-0766 | YDK-007-0770 | LETTER TO J.M. BUCHHEIT (YA) FROM B. TOMASONI (CONTRACTING OFFICER, DOE) | 4/8/1993 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 278 | HQR036-1109 | HQR036-1114 | LETTER TO JOHN E. CANTLON (NWTRB) FROM L. BARRETT (DOE) RE: ATTACHED DOE RESPONSE TO NWTRB'S RECOMMENDATIONS | 5/13/1993 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 284 | YDK-006-1306 | YDK-006-1308 | LETTER TO J.M. BUCHHEIT (YA) FROM B. TOMASONI (CONTRACTING OFFICER, DOE) | 7/15/1993 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 286 | PDPC0002434 | PDPC0002435 | LACBWR DECOMMISSIONING COST STUDY SCOPE INCREASE FOR REACTOR PRESSURE VESSEL SEGMENTATION COST ANALYSIS | 10/28/1993 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Authenticity will be established at trial by Dairyland witnesses.<br><br>FRE 803(6) - Admissible under Business Record Exception<br><br>FRE 802 - Dairyland does not intend to offer this exhibit for the truth of what it asserts<br><br>Relevant to: Costs related to DOE's breach |
| 287 | HQR060-1810 | HQR060-1826 | PRESENTATION MATERIALS: DOE MANAGEMENT STRATEGY AND PLAN FOR THE INTERIM STORAGE OF SPENT FUEL, BEFORE THE NWTRB ENGINEERED BARRIER SYSTEM, TRANSPORTATION AND SYSTEMS JOINT PANEL MEETING | 11/1/1993 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptanc<br>- DOE's decision-making<br>- Interim storage of SNF |
| 292 | PPL-000075 | PPL-000077 | TIMELY TOPICS ON SPENT FUEL STORAGE, IVAN SELIN, JOURNAL OF NUCLEAR MATERIALS MANAGEMENT, OCTOBER 1994 | 10/00/1994 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Admitted in both *Yankee Atomic* and *PG&E*<br><br>Relevant to: DOE's decision-making<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent |
| 294 | HQR036-1057 | HQR036-1066 | STATEMENT OF RONALD A. MILNER, ASSOCIATE DIRECTOR FOR STORAGE AND TRANSPORTATION, OCRWM, DOE, BEFORE MINNESOTA STATE LEGISLATURE COMMITTEE ON JOBS, ENERGY, AND COMMUNITY DEVELOPMENT. JANUARY 27, 1994 | 1/27/1994 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 302 | HQR064-4412 | HQR064-4449 | INTERIM STORAGE OPTIONS - BRIEFING TO DAN DREYFUS. PRESENTED ON FEBRUARY 8, 1994. REVISED MARCH 8, 1994. PRESENTED BY: R.A. MILNER, ASSOCIATE DIRECTOR, OFFICE OF STORAGE AND TRANSPORTATION | 3/8/1994 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- DOE's decision-making<br>- Interim storage of SNF |
| 303 | HQR028-2747 | HQR028-2762 | DOE MEMORANDUM FROM R. MILNER RE: MODIFICATION OF THE CRWMS PROGRAM BASELINE TO A MULTIPURPOSE CANISTER-BASED SYSTEM WITH ATTACHMENT | 3/8/1994 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception |
| 305 | HQR-004-0005 | HQR-004-0006 | MEMORANDUM TO THE SEC. OF ENERGY FROM D. DREYFUS RE: APPROVAL OF NOTICE OF INQUIRY REGARDING WASTE ACCEPTANCE ISSUES (WITH ATTACHMENTS) | 5/19/1994 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to: DOE's decision-making |
| 321 | HQR057-1467 | HQR057-1492 | DOE MEMO FROM R. MILNER RE: DRAFT TSLCC 1995 ASSUMPTION PACKAGE WITH ATTACHED DRAFT TSLCC 1995 ASSUMPTIONS PACKAGE | 11/28/1994 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 333 | PA-102081 | PA-102224 | JUNE 1995 - SPENT FUEL STORAGE REQUIREMENTS 1994--2042 | 6/00/1995 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- DOE's decision-making<br>- Interim storage of SNF |
| 338 | YDK-006-1069 | YDK-006-1070 | LETTER FROM DANIEL A. DREYFUS (DOE) TO REPRESENTATIVE ALBERT R. HERREN (MASSACHUSETTS) IN RESPONSE TO LETTER OF JUNE 7, 1995 | 7/13/1995 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 342 | PA-176202 | PA-176266 | ANALYSIS OF THE TOTAL SYSTEM LIFE CYCLE COST FOR THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM (DOE/RW-0479) | 9/00/1995 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 358 | HQR038-0304 | HQR038-0306 | ROUTING AND TRANSMITTAL SLIP (DOE) TO L. BARRETT FROM J. WILLIAMS WITH ATTACHED EXCERPT FROM MRS SYSTEM STUDY SUMMARY REPORT, JUNE 1989 | 2/12/1997 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 360 | PHBP0000271 | PHBP0000294 | OCRWM WASTE ACCEPTANCE STORAGE AND TRANSPORTATION PROJECT SPENT NUCLEAR FUEL VERIFICATION PLAN REVISION 0 (E00000000-00811-4600-00001) | 3/4/1997 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *PG&E*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 369 | MPA-011-0299 | MPA-011-0317 | CIVILIAN RADIOACTIVE WASTE MANAGEMENT SYSTEM TOTAL SYSTEM DESCRIPTION - REVISION 0 | 6/00/1997 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 373 | PDPC0018621 | PDPC0018624 | LETTER FROM EDLOW RE: DRAFT VERSION OF PROPOSED AGREEMENT FOR EXCLUSIVE BROKERAGE AND PLACEMENT SERVICES FROM EDLOW TO ASSIST DAIRYLAND IN EFFORTS TO "MOVE UP IN THE QUEUE" | 6/4/1997 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 802 - Dairyland does not intend to offer this exhibit for the truth of what it asserts<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 375 | WILK0000538 | WILK0000931 | RURAL UTILITIES SERVICE BULLETIN 1767B-1 - UNIFORM SYSTEM OF ACCOUNTS - ELECTRIC; | 9/5/1997 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 802 - Dairyland does not intend to offer this exhibit for the truth of what it asserts<br><br>Relevant to: Will be offered to support the costs related to DOE's breach |
| 404 | HQR036-0006 | HQR036-0086 | ANALYSIS OF THE TOTAL SYSTEM LIFE CYCLE COST OF THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM - DECEMBER 1998 (DOE/RW-0510) | 12/00/1998 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 405 | HQR-007-0659 | HQR-007-0816 | CRWMS MODULAR DESIGN/CONSTRUCTION AND OPERATION OPTIONS REPORT, REVISION 02 (PREPARED BY TESS -- TRW ENVIRONMENTAL SAFETY SYSTEMS, INC.) | 12/18/1998 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 407 | HQO.19950929.0010.0001 | HQO.19950929.0010.0058 | CIVILIAN RADIOACTIVE WASTE MANAGEMENT SYSTEM REQUIREMENTS DOCUMENT, REVISION 05 (DOE/RW-0406) | 1/00/1999 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 431 | PDCP0030016 | PDCP0030022 | MEETING MINUTES OF 1/18/2000 PG&E/DOE MEETING RE: POSSIBLE RENEGOTIATION OF THE STANDARD CONTRACT | 1/18/2000 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | FRE 901(4) - Authenticated by appearance, contents, substance of other distinctive characteristics, taken in conjunction with circumstances<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>Relevant to: DOE's decision-making |
| 434 | HQR058-0749 | HQR058-0806 | CIVILIAN RADIOACTIVE WASTE MANAGEMENT SYSTEM REQUIREMENTS DOCUMENT, REVISION 05 DCN 01 (DOE/RW-0406) | 5/00/2000 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 444 | PA-224097 | PA-224174 | ANALYSIS OF THE TOTAL SYSTEM LIFE CYCLE COST OF THE CIVILIAN RADIOACTIVE WASTE MANAGEMENT PROGRAM - MAY 2001 (DOE/RW-0533) | 5/00/2001 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 461 | CTR116-0001 | CTR116-0004 | E-MAIL FROM E. BENZ TO D. ZABRANSKY RE: CANISTERIZATION OF FAILED SNF, WITH ATTACHED ""CLASSIFICATION OF FAILED SNF UNDER THE STANDARD CONTRACT"" | 12/11/2001 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF<br><br>FRE 901(b)(7) - Authenticated as public record or report |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 462 | Susan Klein<br>Dep. Ex. 27 | | CIVILIAN RADIOACTIVE WASTE MANAGEMENT SYSTEM - WASTE ACCEPTANCE SYSTEM REQUIREMENTS DOCUMENT, REVISION 4 (DOE/RW-0351) | 1/00/2002 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making<br>- Interim storage of SNF |
| 479 | HQR164-0032 | HQR164-0036 | E-MAIL (APR 29, 2002) FROM ROBERT CAMPBELL RE: ATTACHED REVISED POLICY PAPER AND COVER NOTE. | 4/29/2002 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. | Admitted in *Yankee Atomic*<br><br>Relevant to:<br>- DOE's decision-making<br><br>FRE 901(b)(7) - Authenticated as public record or report |
| 480 | HQR168-0036 | HQR168-0037 | E-MAIL FROM KENNETH PICHA TO PATRICE BUBAR, KENT HANCOCK, EDGARDO DELEON, AND SUZANNE RUDZINSKI RE: EM-1/RW01 MEETING RESULTS? | 4/29/2002 | FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception.<br><br>Relevant to:<br>- DOE's decision-making |
| 506 | EXHIBIT 1 TO DECLARATION OF KEITH STUBBENDICK ATTACHED TO DAIRYLAND'S OPPOSITION TO GOVERNMENT'S MOTION FOR SUMMARY JUDGMENT REGARDING PFS COSTS | | BYLAWS OF DAIRYLAND - ARTICLE X | 7/1/2002 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible under Business Record Exception<br><br>FRE 802 - Dairyland does not intend to offer this exhibit for the truth of what it asserts<br><br>Relevant to: Will be offered to support the PFS -related costs relative to DOE's breach |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 518 | PLAC0007892 | PLAC0007897 | DAIRYLAND POWER COOPERATIVE ORGANIZATIONAL CHARTS | 9/0/2002 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible under Business Record Exception<br><br>FRE 802 - Dairyland does not intend to offer this exhibit for the truth of what it asserts<br><br>Relevant to: Will be offered to support Dairyland's damages claim |
| 551 | PA-227143 | PA-227161 | NRC'S TRANSPORTATION PROGRAM. PRESENTATION BY E. WILLIAM BRACH, DIRECTOR, SPENT FUEL PROJECT OFFICE, U.S. NRC. MAY 16, 2003 | 5/16/2003 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 587 | PDCP0009591 | PDCP0009670 | JULY 2004 APR/ACR | 7/00/2004 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Admitted in *PG&E*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 588 | HQR328-2400 | HQR328-2480 | JULY 2004 APR AND ACR | 7/1/2004 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 595 | PLAC0079607 | PLAC0079617 | LETTER FROM DAIRYLAND TO DOE (ZABRANSKY) RESPONDING TO 7/28/2004 DOE LETTER ANNOUNCING RESUMPTION OF DCS PROCESS AND PROVIDING NEW DCS SUBMITTALS (ENCLOSED) FOR DELIVERY OF SNF IN YEARS 2010-2017 | 9/22/2004 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible under Business Record Exception<br><br>Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 602 | PLAC0110458 | PLAC0110458 | LETTER FROM DOE (ZABRANSKY) RETURNING DAIRYLAND'S 2004 DCS SUBMISSIONS AND PUTTING DCS PROCESS BACK ON HOLD | 12/1/2004 | FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Relevant to:<br>- Determining a reasonable rate and schedule for acceptance<br>- DOE's decision-making |
| 614 | PLAC0043717 | PLAC0043733 | DAIRYLAND ACCOUNT NUMBERS FOR GENERAL USE | 2/11/2005 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible under Business Record Exception<br><br>Relevant to: Will be offered to support the presentation of Dairyland's damages. |
| 716 | WILKAPPENDI XA | WILKAPPENDI XA | DAIRYLAND PROJECTS TO NFS OR NDT | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |
| 717 | WILKAPPENDI XB | WILKAPPENDI XB | CALENDAR YEAR 1999 - DAIRYLAND SCHEDULE OF INDIRECT COST ALLOCATIONS - FTI_1999MODEL - MAR 21 07.XLS | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 718 | WILKAPPENDIXC | WILKAPPENDIXC | CALENDAR YEAR 2000 - DAIRYLAND SCHEDULE OF INDIRECT COST ALLOCATIONS - FTI_2000MODEL - MAR 21 07.XLS | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |
| 719 | WILKAPPENDIXD | WILKAPPENDIXD | CALENDAR YEAR 2001 - DAIRYLAND SCHEDULE OF INDIRECT COST ALLOCATIONS - FTI_2001MODEL - MAR 21 07.XLS | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |
| 720 | WILKAPPENDIXE | WILKAPPENDIXE | CALENDAR YEAR 2002 - DAIRYLAND SCHEDULE OF INDIRECT COST ALLOCATIONS - FTI_2002MODEL - MAR 21 07.XLS | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |
| 721 | WILKAPPENDIXF | WILKAPPENDIXF | CALENDAR YEAR 2003 - DAIRYLAND SCHEDULE OF INDIRECT COST ALLOCATIONS - FTI_2003MODEL - MAR 21 07.XLS | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |
| 722 | WILKAPPENDIXG | WILKAPPENDIXG | CALENDAR YEAR 2004 - DAIRYLAND SCHEDULE OF INDIRECT COST ALLOCATIONS - FTI_2004MODEL - MAR 21 07.XLS | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |
| 723 | WILKAPPENDIXH | WILKAPPENDIXH | CALENDAR YEAR 2005 - DAIRYLAND SCHEDULE OF INDIRECT COST ALLOCATIONS - FTI_2005MODEL - MAR 21 07.XLS | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 724 | WILKAPPENDIXI | WILKAPPENDIXI | CALENDAR YEAR 2006 - DAIRYLAND SCHEDULE OF INDIRECT COST ALLOCATIONS - FTI_2006MODEL - MAR 21 07.XLS | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |
| 725 | WILKAPPENDIXJ | WILKAPPENDIXJ | LACBWR UNCLAIMED CHARGES BY ACTIVITY BY YEAR - RECONCILIATION TO MODEL LACBWR DIRECT BASE CALENDAR YEAR 1999-2006 | 3/21/2007 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>Dairyland does not intend to offer this exhibit for the truth of what it asserts. |
| 730 | PDPC0048822 | PDPC0048839 | REVISED DAIRYLAND DAMAGES SUMMARY | 3/21/2008 | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witnesses.<br><br>FRE 1006 - Admissible as a summary exhibit |
| 732 | DPID0000539 PDPC0032905 | DPID0000565; PDPC0032908 | BASELINE ACTIVITY - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 733 | DPID0000566 PDPC0032909 | DPID0000683; PDPC0032959 | BASELINE ACTIVITY - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 734 | DPID0000012 PDPC0032967 | DPID0000024; PDPC0032969 | P4042 - ROUTINE HEALTH PHYSICS - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 735 | DPID0000025 PDPC0032970 | DPID0000108; PDPC0033000 | P4042 - ROUTINE HEALTH PHYSICS - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 736 | DPID0000109 PDPC0033008 | DPID0000121; PDPC0033048 | P4045 - ROUTINE PLAN MAINTENANCE & UPKEEP - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 737 | DPID0000122 PDPC0033010 | DPID0000214; PDPC0033048 | P4045 - ROUTINE PLAN MAINTENANCE & UPKEEP - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 738 | DPID0000215 PDPC0033049 | DPID0000220; PDPC0033050 | P4046 - MAINT. OF SYSTEMS FOR SAFSTOR - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 739 | DPID0000221 PDPC0033051 | DPID0000266; PDPC0033065 | P4046 - MAINT. OF SYSTEMS FOR SAFSTOR - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 740 | DPID0000267 PDPC0033069 | DPID0000275; PDPC0033070 | P4047 - ROUTINE OPERATIONS - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 741 | DPID0000276 PDPC0033071 | DPID0000334; PDPC0033086 | P4047 - ROUTINE OPERATIONS - COST DOCUMENTATION AND INVOICES -ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 742 | DPID0000335 PDPC0033090 | DPID0000340; PDPC0033091 | P4049 - ROUTINE SECURITY - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 743 | DPID0000341 PDPC0033092 | DPID0000364; PDPC0033181 | P4049 - ROUTINE SECURITY - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 744 | DPID0000365 | DPID0000373 | P4051 - PLANT PERFORMANCE - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 745 | DPID0000374 | DPID0000390 | P4051 - PLANT PERFORMANCE - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 746 | DPID0000391 PDPC0033182 | DPID0000397; PDPC0033183 | P4052 - REGULATORY, INSURANCE, LICENSING - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 747 | DPID0000398 PDPC0033184 | DPID0000412; PDPC0033189 | P4052 - REGULATORY, INSURANCE, LICENSING - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 748 | DPID0000413 PDPC0033190 | DPID0000415; PDPC0033192 | P4054 - ZEBRA MUSSEL CONTROL AND P4822 TRAINING AND CONFERENCE - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 749 | DPID0000416 PDPC0033192 | DPID0000417; PDPC0033194 | P4054 - ZEBRA MUSSEL CONTROL AND P4822 TRAINING AND CONFERENCE - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 750 | DPID0000418 PDPC0033195 | DPID0000424; PDPC0033196 | P4822 - TRAINING AND CONFERENCES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 751 | DPID0000425 PDPC0033197 | DPID0000456; PDPC0033206 | P4822 - TRAINING AND CONFERENCES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 754 | DPID0000468 PDPC0033207 | DPID0000471; PDPC0033208 | P6267 - NRC FEES/PLANT DECOMMISSIONING - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 755 | DPID0000472 PDPC0033209 | DPID0000477; PDPC0033210 | P6267 - NRC FEES/PLANT DECOMMISSIONING - COST DOCUMENTATION AND INVOICES -ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness. FRE 803(6) - Admissible as business record/data compilation. |
| 756 | DPID0000478 PDPC0033222 | DPID0000483; PDPC0033223 | P6564 - FUEL REMOVAL - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness. FRE 803(6) - Admissible as business record/data compilation. |
| 757 | DPID0000484 PDPC0033224 | DPID0000503; PDPC0033236 | P6564 - FUEL REMOVAL - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness. FRE 803(6) - Admissible as business record/data compilation. |
| 758 | DPID0000504 PDPC0033250 | DPID0000509; PDPC0033251 | P6815 - SPECIAL SECURITY REQUIRED POST 9/11 - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness. FRE 803(6) - Admissible as business record/data compilation. |
| 759 | DPID0000510 PDPC0033252 | DPID0000530; PDPC0033266 | P6815 - SPECIAL SECURITY REQUIRED POST 9/11 - COST DOCUMENTATION AND INVOICES -ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness. FRE 803(6) - Admissible as business record/data compilation. |
| 760 | DPID0000531 PDPC0033348 | DPID0000534; PDPC0033349 | P7140 - DECOMMISSIONING PLANTS COALITION - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE SUMMARY - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims. FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness. FRE 803(6) - Admissible as business record/data compilation. |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 761 | DPID0000535 PDPC0033350 | DPID0000538; PDPC0033356 | P7140 - DECOMMISSIONING PLANTS COALITION - COST DOCUMENTATION AND INVOICES - ACTIVITY SOURCE DETAIL - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 762 | DPID0000684 | DPID0000805 | GFT CAPITAL CONTRIBUTIONS - 1999 - 2005 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 763 | DPID0000806 PDPC0033369 | DPID0001764; PDPC0033415 | B6552 - GFT TO DPC BILLING - COST DOCUMENTATION AND INVOICES - JULY 2006 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 1006 - Summary Exhibit - Document appears to be summary which may contain some admissible material. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 764 | DPID0001765 PDPC0033357 | DPID0001805; PDPC0033368 | INSURANCE EXPENSE - JANUARY 1999 - DECEMBER 2006 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 1006 - Summary Exhibit - Document appears to be summary which may contain some admissible material. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 765 | DPID0001806 PDPC0033416 PDPC0048696 | DPID0001834; PDPC0033438; PDPC00487 | RPV REMOVAL PROJECT - COST DOCUMENTATION AND INVOICES - JULY 2006 - AUGUST 2007 | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 1006 - Summary Exhibit - Document appears to be summary which may contain some admissible material. | Authenticity will be established at trial by Dairyland witness.<br><br>FRE 803(6) - Admissible as business record/data compilation. |
| 785 | WILK0001101 | WILK0001103 | PRESENTATION SLIDES DETAILING ACTIONS RELATING TO DAIRYLAND/GENOA FUEL TECH/PRIVATE FUEL STORAGE TRANSACTIONS | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 106 - Completeness - Document appears to be missing material which should, in fairness, be considered contemporaneously with the exhibit. | Authenticity will be established at trial by Dairyland witnesses.<br><br>FRE 803(6) - Admissible under Business Record Exception<br><br>Exhibit is complete, but not produced in numerical order |
| 807 | CTR-001-2009 | CTR-001-2060 | PRELIMINARY DRAFT - GUIDEBOOK FOR STANDARD CONTRACT FOR DISPOSAL | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to: DOE's decision-making |

| PX # | Bates - Begin | Bates - End | Full Name | Doc Date | Government Objections | Dairyland's Response |
|---|---|---|---|---|---|---|
| 810 | HQR-007-0627 | HQR-007-0636 | SPENT FUEL STORAGE REQUIREMENTS FOR NUCLEAR UTILITIES AND OCRWM (T.W. WOOD, PNL) | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to: DOE's decision-making |
| 811 | PA-222554 | PA-222559 | THROUGHPUT STUDY PREPARED BY CRWMS M&O CONTRACTOR, BY LAWRENCE FORD, W. BAILEY, P. GOTTLIEB, F. EMAMI, MARK FLEMMING, AND DONALD ROBINSON | Undated | FRE 901 - Authentication - Document lacks indicia which establishes that exhibit is what proponent claims.<br><br>FRE 802 - Hearsay - Out-of-court statement offered to prove the truth of the matter asserted.<br><br>FRE 402 - Relevance - Document does not address fact that is of consequence to determination of this case.<br><br>DOE Contractor Document - Unadopted statements by a DOE Contractor are not an admission of a party opponent and are not relevant. | Admitted in *Yankee Atomic*<br><br>FRE 901(b)(7) - Authenticated as public record or report<br><br>FRE 801(d)(2) - Admissible as Admission by party-opponent<br><br>FRE 803(8) - Admissible under Public Records Exception<br><br>Relevant to: DOE's decision-making |