IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAIRYLAND POWER COOPERATIVE, Plaintiff, | ) | |
| v. | ) | No. 04-106C (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S CROSS-DESIGNATIONS OF DEPOSITION AND PRIOR TRIAL TESTIMONY TRANSCRIPTS

Pursuant to the Court's trial preparation order filed on February 21, 2008, and its order dated May 30, 2008, defendant, the United States, submits cross-designations of deposition and prior trial testimony transcripts in the above-captioned case.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/Alan J. Lo Re by s/Anthony W. Moses
ALAN J. LO RE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0226
Fax: (202) 307-2503

PATRICK B. BRYAN
JOSHUA E. GARDNER
ANTHONY W. MOSES
SONIA M. ORFIELD
SCOTT SLATER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice

June 23, 2008

Attorneys for Defendant

# Defendant's Cross-Designations

| Witness | Date | Cite |
|---|---|---|
| Arthur, John | 9/22/2005 | 79:4-22 |
| | | 98:5-99:14 |
| | | 116:8-118:11 |
| | | 122:4-123:12 |
| | | 137:7-138:1 |
| | | 240:3-244:17 |
| | | 318:5-321:14 |
| Barrett, Lake | 4/22/2002 | 16:12-16 |
| | | 38:14-15 |
| | | 43:13-49:1 |
| | | 65:10-69:19 |
| | | 80:10-81:1 |
| | | 83:7-84:5 |
| | | 116:14-117:18 |
| | | 120:22-121:21 |
| | | 137:22-139:9 |
| | | 140:21-142:17 |
| | | 144:16-145:13 |
| | | 149:5-150:20 |
| | | 180:16-181:17 |
| | | 194:19-197:22 |
| | | 209:17-211:10 |
| | | 242:16-249:19 |
| | | 256:5-258:2 |
| | 4/23/2002 | 399:22-401:3 |
| | | 412:22-413:16 |
| | | 427:14-435:2 |
| | | 442:19-445:5 |
| | | 461:14-465:9 |
| | | 470:4-472:22 |
| | 4/26/2002 | 594:18-595:7 |
| | | 616:9-619:5 |
| | | 633:20-634:12 |
| | | 686:9-689:7 |
| | | 699:6-16 |
| | | 718:12-16 |
| | | 742:14-743:6 |
| | | 782:20-786:20 |
| | 5/8/2002 | 939:13-942:1 |
| | | 953:21-955:14 |
| | | 965:2-966:15 |
| | | 1044:1-1064:9 |

| | | |
|---|---|---|
| Barrett, Lake (cnt'd) | 5/10/2002 | 1148:22-1151:4<br>1152:20-1154:22<br>1333:4-16<br>1334:17-1335:10<br>1341:2-1342:14<br>1346:19-1348:19<br>1368:10-1369:3<br>1369:15-21<br>1371:22-1373:6 |
| | 5/14/2002 | 66:18-67:14<br>69:4-70:8<br>72:19-73:9<br>77:4-79:14<br>82:22-83:14<br>87:7-90:15 |
| | 5/15/2002 | 340:7-20<br>363:3-18<br>363:25-364:19 |
| Brownstein, Alan | 4/9/2002 | 16:12-16<br>57:1-58:2<br>59:1-63:4<br>88:5-89:8<br>111:13-118:6<br>128:18-138:10<br>144:19-145:6 |
| | 4/10/2002 | 277:10-277:21<br>278:12-282:3<br>294:7-295:19<br>299:21-300:7<br>319:19-320:11<br>343:4-14<br>388:23-400:21<br>405:8-405:15<br>411:24-412:21<br>413:13-20 |
| | 4/11/2002 | 549:7-552:14<br>562:4-576:2<br>582:13-583:14<br>585:16-588:10<br>595:19-597:1<br>599:1-601:25<br>623:10-626:4<br>696:24-698:1<br>731:15-732:17 |

| | | |
|---|---|---|
| Brownstein, Alan (cnt'd) | 5/23/2002 | 23:14-24:10<br>25:4-28:12<br>32:8-37:19<br>100:10-101:7<br>110:14-113:8<br>152:6-156:25<br>162:1-167:15<br>226:1-229:11 |
| | 6/14/2002 | 253:19-255:10<br>281:21-283:15<br>287:21-288:1<br>295:6-298:5 |
| | 10/9/2007 | 5032:10-5049:12<br>5074:18-5074:20<br>5076:2-5077:8<br>5079:12-5079:14<br>5083:13-5083:15<br>5119:24-5120:23<br>5123:4-5123:22<br>5127:25-5129:24 |
| Burgoyne, Robert | 7/8/2004 | 138:11-139:8 |
| Cole, Billy | 3/12/2002 | 1:1-10:10<br>22:18-24:1<br>47:21-48:2<br>60:17-67:19<br>74:11-80:19<br>81:24-85:11<br>88:24-89:12<br>101:13-25<br>119:20-120:10<br>128:11-146:6<br>151:6-152:13<br>171:9-173:2<br>180:1-24<br>186:12-187:17<br>188:23-190:12<br>199:10-201:18 |
| | 3/13/2002 | 278:2-13<br>279:25-282:6<br>303:12-307:10<br>325:11-327:4<br>343:5-345:12<br>353:20-354:17<br>355:14-357:23<br>422:10-423:14<br>429:3-430:3<br>504:6-21 |
| | 6/4/2002 | 11:19-15:23 |

| | | |
|---|---|---|
| Klein, Keith | 5/22/2002 | 57:11-58:2<br>62:21-63:10<br>68:14-69:10<br>74:10-77:18<br>79:8-17<br>84:4-13<br>87:3-87:20<br>135:1-5<br>139:12-140:14 |
| Klein, Susan | 4/24/2002 | 56:8-58:7<br>62:21-63:16<br>123:5-7<br>139:7-140:6<br>247:5-16 |
| | 4/25/2002 | 342:4-18<br>376:13-382:22<br>515:5-516:12 |
| Kouts, Christopher | 6/4/1999 | 53:24-55:1<br>86:23-89:2 |
| | 1/30/2004 | 21:14-22:3<br>45:5-10 |
| | 3/29/2005 | 2120:14-2126:25<br>2127:16-2133:14 |
| | 4/11/2005 | 16:19-17:3<br>72:21-73:19<br>118:20-120:9 |
| | 7/11/2005 | 1450:23-1455:22<br>1460:2-1463:6<br>1478:1-14<br>1479:13-1481:22<br>1542:21-1546:16 |
| | 7/12/2005 | 1590:20-1593:10 |
| | 10/26/2005 | 1776:22-1787:24<br>1788:15-1793:12<br>1833:9-17<br>1834:22-1836:9<br>1843:13-1845:3 |
| | 6/13/2006 | 2582:12-2629:16 |
| | 6/14/2006 | 2636:19-2734:21<br>2806:5-19<br>2829:8-2830:21<br>2883:16-2890:4<br>2892:6-2902:10 |
| | 11/13/2006 | 3161:11-3164:22<br>3181:5-3182:25<br>3230:1-3235:8 |
| | 11/14/2006 | 3359:17-3361:18<br>3532:25-3534:4<br>3534:12-3534:19<br>3550:9-3551:19 |

| | | |
|---|---|---|
| Kouts, Christopher (cnt'd) | 1/16/2007 | 1834:3-1835:10<br>1841:12-1844:9<br>1895:18-1896:7<br>1900:1-1901:13<br>1922:14-1924:12<br>1924:25-1926:18 |
| | 4/12/2007 | 3347:21-22<br>3349:4-22<br>3351:4-3354:20<br>3359:13-3362:3<br>3372:19-3373:22<br>3376:9-21<br>3388:22-3392:25<br>3401:4-3402:22<br>3417:11-3421:16<br>3423:21-24<br>3433:14-3435:10<br>3461:16-3462:7<br>3470:10-19<br>3472:21-3474:20<br>3484:16-3485:3<br>3545:19-20<br>3546:4-3550:2<br>3551:19-3552:16<br>3553:18-3557:9<br>3557:20-3561:10 |
| | 5/1/2007 | 113:2-7<br>134:4-135:4<br>169:9-170:20<br>239:3-244:15<br>245:2-8<br>256:17-18<br>258:12-259:7<br>262:16-22 |
| | 5/2/2007 | 383:18-384:6 |
| | 6/18/2007 | 3539:12-3541:18 |
| | 10/10/2007 | 5220:12-5222:2<br>5222:7-5223:11<br>5262:2-23<br>5331:1-5332:4<br>5346:23-5347:18 |
| | 4/25/2008 | 69:20-70:11<br>94:16-95:14 |

| | | |
|---|---|---|
| Lawrence, Michael | 5/20/2002 | 13:11-25:25<br>111:10-113:20<br>114:12-117:2<br>122:8-123:25<br>124:8-126:23<br>142:10-142:16<br>165:13-167:6<br>169:11-174:24<br>184:3-185:24<br>201:11-204:4 |
| | 5/21/2002 | 255:3-258:10<br>259:14-260:22<br>266:22-267:25<br>294:6-295:5<br>308:1-309:20<br>311:10-315:18<br>316:20-317:25<br>325:1-332:19<br>333:12-337:23<br>341:19-345:19 |
| Milner, Ronald | 5/1/2002 | 27:23-28:6<br>67:5-71:25<br>72:9-73:9<br>132:2-133:4<br>139:11-25<br>140:15-24 |
| | 5/2/2002 | 232:22-233:21<br>300:10-306:4<br>317:24-318:21<br>325:16-326:7<br>391:13-394:19 |
| | 5/3/2002 | 416:8-418:17<br>419:1-14<br>435:16-437:16<br>440:13-441:1<br>441:21-444:25<br>446:12-447:1<br>448:2-449:7<br>450:12-451:18<br>454:11-455:22<br>465:14-25<br>475:8-476:15<br>486:12-20<br>493:4-496:8<br>552:12-555:6 |

| | | |
|---|---|---|
| Milner, Ronald (cnt'd) | 5/7/2002 | 6:9-10:18<br>25:2-21<br>31:4-18<br>38:10-40:3<br>40:12-40:19<br>41:8-42:1<br>42:6-43:8 |
| | 5/8/2002 | 52:8-53:19<br>56:23-59:19<br>61:18-62:15<br>70:18-71:20<br>73:10-24<br>77:3-20<br>90:7-24<br>99:8-100:3<br>100:18-102:1<br>155:4-16<br>172:12-23<br>204:1-207:12<br>208:7-209:5<br>210:2-211:7<br>211:24-216:2<br>220:14-221:2<br>228:19-229:20<br>233:7-234:9<br>256:11-257:10<br>267:5-268:8<br>279:10-280:3<br>280:12-281:2 |
| | 8/11/2004 | 4711:23-4716:2<br>4722:23-4232:25<br>4746:23-4747:15<br>4753:11-4754:9<br>4756:14-4757:2<br>4760:12-4761:2<br>4780:19-4790:16<br>4792:24-4793:7 |
| Pollog, Thomas | 4/11/2002 | 16:11-14<br>31:1-34:5<br>41:5-44:15<br>60:1-63:18<br>155:18-156:13<br>174:1-22<br>206:16-208:6 |

| | | |
|---|---|---|
| Pollog, Thomas (cnt'd) | 4/12/2002 | 9:25-16:17<br>21:17-24:21<br>37:15-41:8<br>43:23-45:3<br>49:14-50:23<br>91:4-92:18<br>100:22-110:1<br>115:11-116:20<br>117:11-118:18<br>160:12-162:19<br>163:5-19 |
| | 5/15/2002 | 159:16-159:24<br>267:25-268:3 |
| | 5/16/2002 | 320:15-321:7<br>322:20-323:17<br>381:1-24<br>409:1-23<br>417:19-418:13 |
| | 5/22/2002 | 575:5-577:1<br>599:9-600:11 |
| | 12/17/2003 | 178:16-180:13 |
| | 8/4/2004 | 3902:19-3944:25<br>3953:23-3954:11<br>3970:12-3970:16<br>4003:14-19<br>4004:15-19<br>4019:25-4020:18<br>4022:14-4023:4<br>4032:6-4032:18<br>4038:7-4039:2<br>4065:25-4076:10 |
| | 3/29/2005 | 1973:24-1974:6<br>2027:19-2029:8<br>2049:16-2049:20 |
| | 7/12/2005 | 1612:15-1614:6<br>1659:13-1659:25<br>1662:13-1664:6 |
| | 10/26/2005 | 1864:5-1865:19<br>1906:6-1906:13 |
| | 11/15/2006 | 3722:11-3722:21<br>3737:18-3737:20 |
| | 5/4/2007 | 30:11-30:21<br>31:12-31:15<br>47:5-47:19<br>103:11-105:22<br>126:17-127:6<br>127:12-128:14<br>130:6-131:7<br>173:22-174:13 |

| | | |
|---|---|---|
| Pollog, Thomas (cnt'd) | 11/9/2007 | 1263:3-1263:7<br>1285:1-1285:13<br>1304:17-1306:4<br>1312:21-1313:25 |
| Rosselli, Robert | 4/15/2002 | 47:9-48:17<br>68:9-71:16<br>75:14-76:12<br>92:16-24<br>93:20-94:13<br>121:3-122:7<br>122:18-123:6<br>128:3-129:2<br>129:6-129:21<br>134:23-138:14<br>154:20-155:12<br>158:5-162:18<br>164:3-166:12 |
| | 4/16/2002 | 193:25-196:14<br>263:23-264:6<br>296:8-300:22 |
| Slater-Thompson, Nancy | 4/21/1999 | 32:23-33:6<br>68:24-70:17<br>82:10-15<br>82:18-83:10<br>106:16-108:10<br>164:23-165:13<br>176:11-25<br>195:16-199:9 |
| | 4/22/1999 | 212:1-215:1<br>220:7-221:3<br>225:25-226:24<br>230:17-231:4<br>244:16-246:4<br>251:23-253:10<br>253:22-254:11<br>257:23-259:24<br>265:4-268:21<br>286:16-24 |
| | 6/13/2002 | 43:21-44:12<br>87:24-89:21<br>92:19-93:20<br>114:13-117:18<br>119:4-17<br>124:14-125:8<br>129:8-130:4<br>138:4-139:2<br>149:9-153:14<br>158:18-160:3<br>160:18-162:11 |

| | | |
|---|---|---|
| Trebules, Victor | 4/17/2002 | 15:17-16:17<br>18:18-19:4<br>41:21-45:17<br>51:10-60:7<br>76:17-81:20<br>84:12-88:6<br>93:18-103:22<br>113:18-116:14<br>122:10-124:18<br>143:13-146:5<br>146:12-148:21<br>173:2-176:9<br>179:4-186:22 |
| | 4/18/2002 | 20:22-22:2<br>125:14-127:13<br>268:4-270:8<br>272:10-274:14<br>302:10-306:16 |
| | 4/19/2002 | 5:21-8:19 |
| Zabransky, David | 4/17/2002 | 53:7-57:17<br>60:20-61:10<br>105:15-110:2<br>128:10-132:4<br>150:22-164:10<br>197:4-199:10 |
| | 4/18/2002 | 242:10-253:12<br>254:9-19<br>266:21-267:20<br>293:20-295:5<br>334:6-351:1<br>351:6-365:9<br>395:18-396:21<br>412:20-414:16<br>449:7-451:18 |
| | 4/19/2002 | 628:15-631:22<br>639:12-640:22<br>648:15-651:20 |
| | 6/6/2002 | 229:7-231:20<br>234:6-240:19<br>248:1-250:21<br>281:15-294:17 |

| | | |
|---|---|---|
| Zabransky, David (cnt'd) | 8/5/2004 | 4134:5-4143:4<br>4154:6-4160:16<br>4161:19-4162:9<br>4173:17-4185:4<br>4186:11-4192:16<br>4207:22-4208:21<br>4209:8-4212:23<br>4216:3-4217:13<br>4218:5-4226:3 |
| | 3/29/2005 | 1913:17-24 |
| | 4/12/2005 | 16:9-17:17<br>25:1-22 |
| | 11/1/2005 | 135:11-136:12 |
| | 6/15/2006 | 3015:5-22 |
| | 11/20/2006 | 4476:20-4479:19<br>4484:20-4485:11 |
| | 4/13/2007 | 3816:1-3818:8<br>3823:12-3825:7<br>3830:9-3837:4 |
| | 5/3/2007 | 56:22-57:13<br>104:14-105:6<br>141:17-22<br>145:15-146:13<br>150:6-153:14 |
| | 9/12/2007 | 587:17-587:22<br>715:10-716:16 |
| | 10/12/2007 | 5738:1-5742:5<br>5751:21-5752:20<br>5807:15-5809:7 |
| | 11/13/2007 | 1531:10-1531:20<br>1559:23-1561:15<br>1562:21-1565:13 |