# In the United States Court of Federal Claims

No. 04-106 C
(Filed: July 2, 2008)

*************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

On May 2, 2008, Plaintiff, Dairyland Power Cooperative, and Defendant, the United States, filed their respective Objections to Exhibit Lists. On June 16, 2008, the parties filed their responses to the objections. Attached to this Order is this Court's ruling on each of the objections.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge