# In the United States Court of Federal Claims

No. 04-106 C
(Filed: August 21, 2008)

**************************************
*
**DAIRYLAND POWER COOPERATIVE,** *
*
Plaintiff, *
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**************************************

## ORDER

A telephonic, status conference to discuss the recent decisions from the United States Court of Appeals for the Federal Circuit in three spent nuclear fuel cases and any impact the cases may have on the trial that took place in this matter shall be held on **Thursday, August 28, 2008, at 10:00 A.M.** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) or call Ms. Ellan Jackson at (202) 357-6483 to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference. The Court, however, strongly emphasizes its preference for audio recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website. Should the parties have any questions, they may contact law clerk Amy Hogan-Burney at (202) 357-6491.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge